Skip to main content

## 1981CV00692 Dechter, Alan et al vs. City Of Newton School Committee et al



- Case Type
- Equitable Remedies
- Case Status
- Open
- File Date
- 03/12/2019
- DCM Track:
- F - Fast Track
- Initiating Action:
- Other Equity Action
- Status Date:
- 03/12/2019
- Case Judge:
- 
- Next Event:
- 

| All Information | Party | Tickler | Docket | Disposition |

### Party Information



**Dechter, Alan**
- Plaintiff

Alias

**Party Attorney**
- Attorney
- Hurvitz, Esq., Karen Diane
- Bar Code
- 245720
- Address
- Law Office of Karen D. Hurvitz
- 34 Tanglewood Drive
- Concord, MA  01742
- Phone Number
- (617)513-3365

*More Party Information*

**Kadis, Leon**
- Plaintiff

Alias

**Party Attorney**
- Attorney
- Hurvitz, Esq., Karen Diane
- Bar Code
- 245720
- Address
- Law Office of Karen D. Hurvitz
- 34 Tanglewood Drive
- Concord, MA  01742
- Phone Number
- (617)513-3365

*More Party Information*

**Smith, Merry**
- Plaintiff

Alias

**Party Attorney**
- Attorney
- Hurvitz, Esq., Karen Diane
- Bar Code
- 245720
- Address
- Law Office of Karen D. Hurvitz
- 34 Tanglewood Drive
- Concord, MA  01742
- Phone Number
- (617)513-3365

*More Party Information*

**Marshall, Traute**
- Plaintiff

Alias

**Party Attorney**
- Attorney
- Hurvitz, Esq., Karen Diane
- Bar Code
- 245720
- Address
- Law Office of Karen D. Hurvitz
- 34 Tanglewood Drive
- Concord, MA  01742
- Phone Number
- (617)513-3365

*More Party Information*

**Flesh, George**
- Plaintiff

Alias

**Party Attorney**
- Attorney
- Hurvitz, Esq., Karen Diane
- Bar Code
- 245720
- Address
- Law Office of Karen D. Hurvitz
- 34 Tanglewood Drive

Concord, MA  01742
- Phone Number
- (617)513-3365

More Party Information

**Katz, Rebecca**
- Plaintiff

| Alias | **Party Attorney** |
|---|---|
| | Attorney |
| | Hurvitz, Esq., Karen Diane |
| | Bar Code |
| | 245720 |
| | Address |
| | Law Office of Karen D. Hurvitz |
| | 34 Tanglewood Drive |
| | Concord, MA  01742 |
| | Phone Number |
| | (617)513-3365 |

More Party Information

**City Of Newton School Committee**
- Defendant

| Alias | **Party Attorney** |
|---|---|
| | Attorney |
| | Pucci, Esq., Jennifer Cullinane |
| | Bar Code |
| | 669823 |
| | Address |
| | City of Newton Law Department |
| | 1000 Commonwealth Ave |
| | Newton Centre, MA  02459 |
| | Phone Number |
| | (617)796-1240 |

More Party Information

**Ruth Goldman, in her official capacity as Newton School Committee Chairperson**
- Defendant

| Alias | **Party Attorney** |
|---|---|
| | Attorney |
| | Pucci, Esq., Jennifer Cullinane |
| | Bar Code |
| | 669823 |
| | Address |
| | City of Newton Law Department |
| | 1000 Commonwealth Ave |
| | Newton Centre, MA  02459 |
| | Phone Number |
| | (617)796-1240 |

More Party Information

**David Fleishman in her official capacity as Newton Superintendent of Schools**
- Defendant

| Alias | **Party Attorney** |
|---|---|
| | Attorney |
| | Pucci, Esq., Jennifer Cullinane |
| | Bar Code |
| | 669823 |
| | Address |
| | City of Newton Law Department |
| | 1000 Commonwealth Ave |
| | Newton Centre, MA  02459 |
| | Phone Number |
| | (617)796-1240 |

More Party Information

**Henry Turner in her official capacity as Principal of Newtono North High School**
- Defendant

| Alias | **Party Attorney** |
|---|---|
| | Attorney |
| | Pucci, Esq., Jennifer Cullinane |
| | Bar Code |
| | 669823 |
| | Address |
| | City of Newton Law Department |
| | 1000 Commonwealth Ave |
| | Newton Centre, MA  02459 |
| | Phone Number |
| | (617)796-1240 |

More Party Information

**Joel Stembridge in her official capacity as Principal of Newton South High School**
- Defendant

| Alias | **Party Attorney** |
|---|---|
| | Attorney |
| | Pucci, Esq., Jennifer Cullinane |
| | Bar Code |
| | 669823 |
| | Address |
| | City of Newton Law Department |
| | 1000 Commonwealth Ave |
| | Newton Centre, MA  02459 |
| | Phone Number |
| | (617)796-1240 |

More Party Information

**Jonathan Bassett in her official capacity as Chair of the History and Social Sciences Department of Newton North High School**
- Defendant

| Alias | **Party Attorney** |
|---|---|
| | Attorney |
| | Pucci, Esq., Jennifer Cullinane |

- Bar Code
- 669823
- Address
- City of Newton Law Department
  1000 Commonwealth Ave
  Newton Centre, MA  02459
- Phone Number
- (617)796-1240

More Party Information

**David Bedar in her official capacity as History Teacher at Newton North High School**
- Defendant

| Alias | Party Attorney |
|-------|----------------|
|       | - Attorney<br>- Pucci, Esq., Jennifer Cullinane<br>- Bar Code<br>- 669823<br>- Address<br>- City of Newton Law Department<br>1000 Commonwealth Ave<br>Newton Centre, MA  02459<br>- Phone Number<br>- (617)796-1240 |

More Party Information

**Jamie Rinaldi in her official capacity as History Teacher at Newton South High School**
- Defendant

| Alias | Party Attorney |
|-------|----------------|
|       | - Attorney<br>- Pucci, Esq., Jennifer Cullinane<br>- Bar Code<br>- 669823<br>- Address<br>- City of Newton Law Department<br>1000 Commonwealth Ave<br>Newton Centre, MA  02459<br>- Phone Number<br>- (617)796-1240 |

More Party Information

**Jennifer Morrill in her official capacity as Chair of the History Department of Newton South High School**
- Defendant

| Alias | Party Attorney |
|-------|----------------|
|       | - Attorney<br>- Pucci, Esq., Jennifer Cullinane<br>- Bar Code<br>- 669823<br>- Address<br>- City of Newton Law Department<br>1000 Commonwealth Ave<br>Newton Centre, MA  02459<br>- Phone Number<br>- (617)796-1240 |

More Party Information

**Susan Wilkins in her official capacity as History Teacher at Newton High School**
- Defendant

| Alias | Party Attorney |
|-------|----------------|
|       | - Attorney<br>- Pucci, Esq., Jennifer Cullinane<br>- Bar Code<br>- 669823<br>- Address<br>- City of Newton Law Department<br>1000 Commonwealth Ave<br>Newton Centre, MA  02459<br>- Phone Number<br>- (617)796-1240 |

More Party Information

**Paul Estin in her official capacity as History Teacher at Newton South High School**
- Defendant

| Alias | Party Attorney |
|-------|----------------|
|       | - Attorney<br>- Pucci, Esq., Jennifer Cullinane<br>- Bar Code<br>- 669823<br>- Address<br>- City of Newton Law Department<br>1000 Commonwealth Ave<br>Newton Centre, MA  02459<br>- Phone Number<br>- (617)796-1240 |

More Party Information

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---------|-----------|----------|----------|----------------|
| Service | 03/12/2019 | 06/10/2019 | 90 | |
| Answer | 03/12/2019 | 07/10/2019 | 120 | |
| Rule 12/19/20 Served By | 03/12/2019 | 07/10/2019 | 120 | |
| Rule 12/19/20 Filed By | 03/12/2019 | 08/09/2019 | 150 | |
| Rule 12/19/20 Heard By | 03/12/2019 | 09/09/2019 | 181 | |
| Rule 15 Served By | 03/12/2019 | 07/10/2019 | 120 | |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---------|-----------|----------|----------|----------------|
| Rule 15 Filed By | 03/12/2019 | 08/09/2019 | 150 | |
| Rule 15 Heard By | 03/12/2019 | 09/09/2019 | 181 | |
| Discovery | 03/12/2019 | 01/06/2020 | 300 | |
| Rule 56 Served By | 03/12/2019 | 02/05/2020 | 330 | |
| Rule 56 Filed By | 03/12/2019 | 03/06/2020 | 360 | |
| Final Pre-Trial Conference | 03/12/2019 | 07/06/2020 | 482 | |
| Judgment | 03/12/2019 | 03/11/2021 | 730 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|-------------|-------------|---------------|--------------|
| 03/11/2019 | Complaint electronically filed. | 1 | Image |
| 03/11/2019 | Case assigned to:<br>DCM Track F - Fast Track was added on 03/12/2019 | | |
| 03/12/2019 | Civil action cover sheet filed. | 2 | Image |
| 03/12/2019 | Alan Dechter, Leon Kadis, Merry Smith, Traute Marshall, George Flesh, Rebecca Katz's MOTION for appointment of Special Process Server. | 3 | Image |
| 03/12/2019 | Endorsement on Motion for Special Process Server (#3.0): ALLOWED<br><br>Judge: Henry, Hon. Bruce R | | Image |
| 03/12/2019 | Case assigned to:<br>DCM Track F - Fast Track was added on 03/12/2019 | | Image |
| 03/28/2019 | Amended: First amended complaint filed by Alan Dechter, Leon Kadis, Merry Smith, Traute Marshall, George Flesh, Rebecca Katz | 4 | Image |
| 04/01/2019 | Attorney appearance<br>On this date Jennifer Cullinane Pucci, Esq. added as Private Counsel for Defendant City Of Newton School Committee | | Image |
| 04/01/2019 | Attorney appearance<br>On this date Jennifer Cullinane Pucci, Esq. added as Private Counsel for Defendant Ruth Goldman, in her official capacity as Newton School Committee Chairperson | | |
| 04/01/2019 | Attorney appearance<br>On this date Jennifer Cullinane Pucci, Esq. added as Private Counsel for Defendant David Fleishman in her official capacity as Newton Superintendent of Schools | | |
| 04/01/2019 | Attorney appearance<br>On this date Jennifer Cullinane Pucci, Esq. added as Private Counsel for Defendant Henry Turner in her official capacity as Principal of Newtono North High School | | |
| 04/01/2019 | Attorney appearance<br>On this date Jennifer Cullinane Pucci, Esq. added as Private Counsel for Defendant Joel Stembridge in her official capacity as Principal of Newton South High School | | |
| 04/01/2019 | Attorney appearance<br>On this date Jennifer Cullinane Pucci, Esq. added as Private Counsel for Defendant Jonathan Bassett in her official capacity as Chair of the History and Social Sciences Department of Newton North High School | | |
| 04/01/2019 | Attorney appearance<br>On this date Jennifer Cullinane Pucci, Esq. added as Private Counsel for Defendant David Bedar in her official capacity as History Teacher at Newton North High School | | |
| 04/01/2019 | Attorney appearance<br>On this date Jennifer Cullinane Pucci, Esq. added as Private Counsel for Defendant Jamie Rinaldi in her official capacity as History Teacher at Newton South High School | | |
| 04/01/2019 | Attorney appearance<br>On this date Jennifer Cullinane Pucci, Esq. added as Private Counsel for Defendant Jennifer Morrill in her official capacity as Chair of the History Department of Newton South High School | | |
| 04/01/2019 | Attorney appearance<br>On this date Jennifer Cullinane Pucci, Esq. added as Private Counsel for Defendant Susan Wilkins in her official capacity as History Teacher at Newton High School | | |
| 04/01/2019 | Attorney appearance<br>On this date Jennifer Cullinane Pucci, Esq. added as Private Counsel for Defendant Paul Estin  in her official capacity as History Teacher at Newton South High School | | |

## Case Disposition

| Disposition | Date | Case Judge |
|-------------|------|------------|
| Pending | | |

COMMONWEALTH OF MASSACHUSETTS

THE TRIAL COURT

MIDDLESEX, SS

SUPERIOR COURT DEPARTMENT
CIVIL ACTION No.

---

ALAN DECHTER, LEON KADIS, MERRY SMITH,
    TRAUTE MARSHALL, REBECCA KATZ, and
    GEORGE FLESH,

                    Plaintiffs

                      v

CITY OF NEWTON SCHOOL COMMITTEE, RUTH
    GOLDMAN, in her official capacity as NEWTON
    SCHOOL COMMITTEE CHAIRPERSON, DAVID
    FLEISHMAN in his official capacity as NEWTON
    SUPERINTENDENT OF SCHOOLS, HENRY
    TURNER in his official capacity as PRINCIPAL OF
    NEWTON NORTH HIGH SCHOOL, JOEL
    STEMBRIDGE in his official capacity as PRINCIPAL
    OF NEWTON SOUTH HIGH SCHOOL, JONATHAN
    BASSETT in his official capacity as CHAIR OF THE
    HISTORY AND SOCIAL SCIENCES DEPARTMENT
    OF NEWTON NORTH HIGH SCHOOL, JENNIFER
    MORRILL in her official capacity as CHAIR OF THE
    HISTORY DEPARTMENT OF NEWTON SOUTH
    HIGH SCHOOL, DAVID BEDAR in his official
    capacity as HISTORY TEACHER AT NEWTON
    NORTH HIGH SCHOOL, and JAMIE RINALDI in his
    official capacity as HISTORY TEACHER AT NEWTON
    SOUTH HIGH SCHOOL

                    Defendants

**RECEIVED**

3/11/2019

MANDAMUS COMPLAINT

---

## **INTRODUCTION**

Anti-Semitism is a deadly hatred. Defendants either disagree with this statement or share in

this hatred because, for years, they have stubbornly refused to remove anti-Semitic and anti-

JP

Israel materials from the history lessons that they teach in the high schools of the City of Newton. Despite significant community concerns, scholarly findings of anti-Jewish bias, and formal citizen requests for remedial action, Defendants have categorically and repeatedly refused to remedy the teaching of false and hateful stereotypes about Israel, Israelis, and the Jewish people. These refusals are not simply indecent and vile: they are also illegal under Massachusetts education and civil rights laws. Plaintiffs therefore bring this complaint for a writ of mandamus pursuant to G.L. c. 249, § 5, to compel Defendants to perform their mandatory, mandatory, non-discretionary duties under G.L. c. 71, §§ 37, 59 & 59B; G.L. c. 76, § 5; and 603 Mass. Code Regs. 26.05(1) & (2).

After seven Sisyphean years spent petitioning, begging, and pleading with Defendants to review their curricula for simplistic and demeaning generalizations of the Jewish religion and Israeli national origin, Plaintiffs have exhausted all avenues and are now at a complete loss for any alternative remedy. We ask the Court to end this continuing public injustice with an order 1) directing Defendants to perform their mandatory, non-discretionary duties under G.L. c. 71, §§ 37, 59 & 59B; G.L. c. 76, § 5 and 603 Mass. Code Regs. 26.05 (1 & 2); and 2) granting such other legal and equitable actions as the Court deems proper to ensure that the civil rights of Jewish and Israeli students in the City of Newton are protected under the civil rights laws of the Commonwealth.

## JURISDICTION AND VENUE

1. The Court has jurisdiction pursuant to G.L. c. 249, § 5, which provides a right of action in the Supreme Judicial or Superior Court to obtain relief formerly available by writ of mandamus.

2. Venue is appropriate pursuant to G.L. c. 249, § 5.

## PARTIES

3.    The Plaintiffs are Massachusetts-domiciled citizens:

a.    Alan Dechter

b.    Leon Kadis

c.    Merry Smith

d.    Traute Marshall

e.    Rebecca Katz

f.    George Flesh

4.    Plaintiffs are all residents and taxpayers of Newton, Middlesex County, MA. They oppose

the payment of any further monies for the teaching of false and hateful stereotypes about

Israel, Israelis, and the Jewish people; they believe that Defendants' refusal to stop this

teaching violates Article 106 of the Massachusetts Constitution, G.L. c. 76, § 5, and 603

Code Mass. Regs. 26.05(1 & 2). Plaintiffs are seeking "to procure the enforcement of a

public duty" under the public right doctrine. *See Sears v. Treasurer & Receiver Gen.*, 327

Mass. 310, 314-15 (1951), *quoting Brewster v. Sherman*, 195 Mass. 222, 224-25 (1907). *See*

*also Bancroft v. Bldg. Comm'r of Boston*, 257 Mass. 82, 84 (1926) ("[W]hen the question is

one of public right and the purpose is to procure the performance of a public duty, and no

other remedy is open, a petitioner [for a writ of mandamus] need not show that he has any

special interest in the result: it is sufficient that as a citizen he is interested in the due

execution of the laws.").

5.    The public duty that Defendants refuse to perform and Plaintiffs seek to enforce is

sufficiently "clear and unequivocal," *Perella v. Massachusetts Turnpike Authy.*, 55 Mass.

App. Ct. 537, 540 (2002), for standing under the public right doctrine. The duty was explicitly created by statute and regulations, and its enforcement has been delegated to Plaintiffs by the Massachusetts Board of Elementary and Secondary Education. *See* G.L. c. 76, § 5; 603 Code Mass. Regs. 26.05(1&2); *see also* 603 Code Mass. Regs. 26.09(1).

6.  Plaintiffs thus have standing to seek an order in the nature of a writ of mandamus by virtue of their Massachusetts residence, as "private parties who are legitimately concerned in the performance by public officers of a public duty," *Quinn v. School Comm. of Plymouth*, 332 Mass. 410, 413 (1955), *quoting Cape Cod Steamship Co. v. Selectmen of Provincetown*, 295 Mass. 65, 69 (1936).

7.  Defendant City of Newton School Committee ("School Committee") is a department of the City of Newton operating under Commonwealth laws pertaining to education and under regulations of the Massachusetts Board of Elementary and Secondary Education.

8.  Defendant Ruth Goldman ("Goldman") is the Chairperson of the City of the School Committee. She is sued in her official capacity.

9.  Defendant David Fleishman ("Fleishman") is the Superintendent of the City of Newton Public Schools ("NPS"). He is sued in his official capacity.

10. Defendant Henry Turner ("Turner") is the Principal of Newton North High School ("North"), a comprehensive high school that is part of Newton Public Schools. He is sued in his official capacity.

11. Defendant Joel Stembridge ("Stembridge") is the Principal of Newton South High School ("South"). He is sued in his official capacity.

12. Defendant Jonathan Bassett ("Bassett") is a history teacher and Chair of the History and Social Sciences Department at North. He is sued in his official capacity.

13. Defendant Jennifer Morrill ('Morrill') is a history teacher and Chair of the History Department South. She is sued in her official capacity.

14. Defendant David Z. Bedar ("Bedar") is a history teacher at North. He is sued in his official capacity.

15. Defendant Jaimie Rinaldi ("Rinaldi") is a history teacher at South. He is sued in his official capacity.

16. All defendants together are collectively referred to as "Defendants."

17. Defendants have a mandatory, non-discretionary and affirmative duty to the Plaintiff Massachusetts-domiciled citizens and to the public under G.L. c. 76, § 5, which requires that "[n]o person shall be excluded from or discriminated against in admission to a public school of any town, or in obtaining the advantages, privileges and courses of study of such public school on account of race, color, sex, gender identity, religion, national origin or sexual orientation."

18. Defendants have a mandatory, non-discretionary and affirmative duty to the Plaintiff Massachusetts-domiciled citizens and the public under 605 Mass. Code Regs. 26.05(1), which requires that "[a]ll public school systems shall, through their curricula, encourage respect for the human and civil rights of all individuals regardless of race, color, sex, gender identity, religion, national origin or sexual orientation."

19. Defendants School Committee and Goldman have a mandatory, non-discretionary and affirmative duty to the Plaintiff Massachusetts-domiciled citizens and to the public under G.L. c. 71, § 37, which requires that "[t]he school committee in each city and town . . . shall establish educational goals and policies for the schools in the district consistent with the

requirements of law and statewide goals and standards established by the board of education.

20. Defendant Fleishman has a mandatory, non-discretionary and affirmative duty to the Plaintiff Massachusetts-domiciled citizens and to the public under G.L. c. 71, § 59, which requires that a school superintendent "shall manage the [school] system in a fashion consistent with state law and the policy determinations of [his or her] school committee."

21. Defendants Turner and Stembridge have a mandatory, non-discretionary and affirmative duty to the Plaintiff Massachusetts-domiciled citizens and to the public under G.L. c. 71 § 59B, which requires that "[p]rincipals employed [by the superintendent of a school district] shall be the educational administrators and managers of their schools and shall supervise the operation and management of their schools and school property, subject to the supervision and direction of the superintendent," and that "[i]t shall be the responsibility of the principal in consultation with professional staff of the building to promote participatory decision making among all professional staff for the purpose of developing educational policy."

22. Defendants Bassett, Morrill, Bedar, and Rinaldi have a mandatory, non-discretionary and affirmative duty to the Plaintiff Massachusetts-domiciled citizens and to the public under 603 Mass. Code Regs. 26.05(2), which requires that "[t]eachers shall review all instructional and educational materials for simplistic and demeaning generalizations, lacking intellectual merit, on the basis of race, color, sex, gender identity, religion, national origin or sexual orientation. Appropriate activities, discussions and/or supplementary materials shall be used to provide balance and context for any such stereotypes depicted in such materials."

23. Defendants' refusal to exercise those mandatory, non-discretionary public duties directly and irreparably harms the Plaintiff Massachusetts-domiciled citizens, and the public.

## LEGAL BACKGROUND

### The Massachusetts Education Reform Act of 1993

24. The Massachusetts Education Reform Act of 1993 ("MERA") "established high standards and required more accountability across the entire education system" of the Commonwealth. MITCHELL D. CHESTER, COMM'R, MASS. DEPT. OF ELEMENTARY AND SECONDARY EDUC., BUILDING ON 20 YEARS OF MASSACHUSETTS EDUCATION REFORM 1 (2014).

25. As codified in the General Laws, the Legislature's paramount goal in enacting MERA was "to provide a public education system of sufficient quality to extend to all children . . . opportunity to reach their full potential and to lead lives as participants in the political and social life of the commonwealth and as contributors to its economy." G.L. c. 69, § 1. The intent of the new legislation was to ensure, inter alia, "that each public school classroom provides the conditions for all pupils to engage fully in learning as an inherently meaningful and enjoyable activity without threats to their sense of security or self-esteem," and to create "an effective mechanism for monitoring progress toward those goals and for holding educators accountable for their achievement." *Id.*

26. MERA mandated that each city and town of the Commonwealth establish a school committee, hire a superintendent to manage the entire school system, and employ principals to manage each individual school or joint schools. Contained primarily within G.L. c. 71, this statutory scheme created a nested chain of accountability – from the school committee on down to the individual teacher – to Massachusetts education laws and to the goals, policies, and standards established by the Massachusetts Board of Elementary and Secondary Education under G.L. c. 69, § 1B.

7

27. For the Massachusetts Board of Elementary and Secondary Education ("BESE"), G.L. c. 69, § 1B creates a statutory nondiscretionary and public duty requiring that it "shall establish policies relative to the education of students in public early childhood, elementary, secondary and vocational-technical schools."

28. For Massachusetts city and town school committees, G.L. c. 71, § 37 creates a statutory nondiscretionary and public duty requiring that they "shall establish educational goals and policies for the schools in the[ir school] district consistent with the requirements of law and statewide goals and standards established by the board of education;" and G.L. c. 71 § 59 creates a statutory nondiscretionary and public duty requiring that they "shall employ a superintendent of schools and fix his compensation."

29. For all Massachusetts city and town school superintendents, G.L. c. 71 § 59 creates a statutory nondiscretionary and public duty requiring that they "shall manage the [school] system in a fashion consistent with state law...," and G.L. c. 71 § 59B creates a statutory nondiscretionary and public duty requiring that they "shall appoint principals for each public school within the district..."

30. For Massachusetts public school principals, G.L. c. 71 § 59B creates a statutory nondiscretionary and public duty requiring that they "shall be the educational administrators and managers of their schools and shall supervise the operation and management of their schools and school property, subject to the supervision and direction of the superintendent;" as well as that they "shall be responsible, consistent with district personnel policies and budgetary restrictions and subject to the approval of the superintendent, for hiring all teachers, athletic coaches, instructional or administrative aides and other personnel assigned

to the school and for terminating all such personnel, subject to review and prior approval by the superintendent. . ."

## Massachusetts Student Anti-Discrimination Law

31. For all Massachusetts public school officials, the Massachusetts Student Anti-Discrimination Act, as codified in G.L. c. 76, § 5, creates a statutory nondiscretionary and public duty requiring that "[n]o person shall be excluded from or discriminated against in admission to a public school of any town, or in obtaining the advantages, privileges and courses of study of such public school on account of race, color, sex, gender identity, religion, national origin or sexual orientation."

32. Under the regulatory authority of G.L. c. 76, § 5; G.L. c. 69, § 1B of MERA; and G.L. c. 30A of the Massachusetts Administrative Procedure Act ("MAPA"), BESE has issued regulations on access to equal educational opportunity, codified as 603 Code Mass. Regs. 26.00 and most recently amended in 2012.

33. As part of these regulations, 603 Code Mass. Regs. 26.05 creates additional regulatory nondiscretionary and public duties on public school systems and individual teachers to ensure that public school curricular materials comply with the purpose of the Student Anti-Discrimination Act, G.L c. 76, § 5.

34. From public school systems, 603 Code Mass. Regs. 26.05(1) requires that they "shall, through their curricula, encourage respect for the human and civil rights of all individuals regardless of race, color, sex, gender identity, religion, national origin or sexual orientation."

35. From public school teachers, 603 Code Mass. Regs. 26.05(2) requires that they "shall review all instructional and educational materials for simplistic and demeaning generalizations, lacking intellectual merit, on the basis of race, color, sex, gender identity,

9

religion, national origin or sexual orientation. Appropriate activities, discussions and/or

supplementary materials shall be used to provide balance and context for any such

stereotypes depicted in such materials."

36. In 603 Code Mass. Regs. 26.09(1), BESE delegated enforcement of the duties created by

G.L. c. 76, § 5, and, implicitly, by the regulations deriving authority from G.L. c. 76, § 5, to

private individuals, such as the Plaintiffs, affected by the refusal of public school officials to

perform the duty. ("Nothing in 603 CMR 26.00 shall abridge or in any way limit the right of

a parent, guardian, or person affected to seek enforcement of M.G.L. c. 76, § 5 in any court

or administrative agency of competent jurisdiction.")

37. Plaintiffs seek an order from the Court in the nature of a writ of mandamus to enforce the

nondiscretionary duties created by the mandatory ("shall") language of 603 Code Mass.

Regs. 26.05(1 & 2) − duties that themselves arise from a nested chain of duties created by

the constitutional, anti-discrimination, and education laws of the Commonwealth.

### The Equal Rights Amendment

38. In 1976, Commonwealth voters approved the legislatively-referred Massachusetts Equal

Rights Amendment. As codified, Article 106 of the Amendments to the Massachusetts

Constitution, guarantees that "[e]quality under the law shall not be denied or abridged

because of sex, race, color, creed or national origin."

39. The Supreme Judicial Court ("SJC") has ruled that the level of protection against

discrimination created by the Massachusetts Equal Rights Amendment in the context of

public school education is on par with that provided by the Massachusetts Student Anti-

Discrimination Act, G.L. c. 76, § 5, adding thereto the constitutional preemption and the

strict scrutiny standard. *See Opinion of Justices to House of Representatives,* 374 Mass. 836,

838-42 (1977) (applying a strict scrutiny standard in an advisory opinion that Art. 106

would be violated by proposed legislation amending G.L. c. 76 § 5 to give public schools

the option to bar male and female students from playing jointly the sports of football and

wrestling); *Attorney Gen. v. Mass. Interscholastic Athletic Ass'n*, 378 Mass. 342, 349-53

(1979) (striking down a private corporation's rule that "no boy may play on a girls'" team,

as impressed upon and carried out by public schools under school committee jurisdiction).

According to the SJC, "With the passage of [the Equal Rights Amendment], our

constitutional law has caught up to § 5," and "the statute equates with ERA" on the subject

of discrimination in public school education. The Massachusetts Constitution therefore

creates an additional constitutional duty not to discriminate against Israeli and Jewish

students in education, a duty which all Defendants are required to perform, with a strict

scrutiny standard applied to review of their performance. *Id.*, at n. 5.

### Order in the Nature of a Writ of Mandamus

40.  It is a general principle of law in the Commonwealth that "mandamus properly lies to

compel a public official charged by statute with a duty to act, . . . to perform that duty if he

has failed or refused to do so or has done so in a manner contrary to statutory authority. . ."

*Lynch v. Police Comm'r*, 43 Mass. App. Ct. 107, 109 (1997). *See also Anzalone v. Admin.*

*Office of the Trial Court*, 457 Mass. 647, 655 (2010) ("The petition [in the nature of a writ

of mandamus] may be brought by an individual or group of citizens to 'enforce a public

duty of interest to citizens generally.'"), *quoting Nickols v. Comm'rs of Middlesex Cty.*, 341

Mass. 13, 18 (1960). The Supreme Judicial Court has previously granted relief in the nature

of mandamus to remedy discrimination in education, and to enforce a G.L. c. 76 anti-

discrimination provision analogous to § 5. *See Quinn v. Quinn v. School Committee of Plymouth*, 332 Mass. 410, 413 (1955).

41. While Defendants have broad discretion in how they "through their curricula, encourage respect for the human and civil rights of" Jews and Israelis, the requirement imposed by BESE is that there be no discrimination against Jews and Israelis in what the school system, in its discretion, decides to put into its curricula.

42. Although the teacher Defendants may have broad discretion in how they "review all instructional and educational materials for simplistic and demeaning generalizations, lacking intellectual merit" against Jews and Israelis; and in how they use "appropriate activities, discussions and/or supplementary materials . . . to provide balance and context for any such stereotypes depicted in such materials," the requirement imposed by BESE is that the teachers *shall* 1) review and 2) provide balance and context for stereotypes and generalizations against Jews and Israelis.

43. Defendants have failed and refused to carry out these mandatory requirements, which failure is not within their discretion.  While they can choose how to act, they cannot choose not to act. *See, e.g., Lynch v. Police Comm'r*, 43 Mass. App. Ct. 107, 111 ("The commissioner's broad discretion must nonetheless be exercised to effectuate the purposes of the statute.") *See also Bd. of Health v. Sousa*, 338 Mass. 547, 553 (1959) ("Complete inaction may be as arbitrary as affirmative action. To be sure, a board which does not act promptly may be compelled to act by mandamus."), *citing* G. L. c. 249, § 5.

### No Adequate Alternative Remedies to Mandamus

44. Although two potential statutory remedies for a school system's violation of G.L. c. 76, § 5 and 603 Mass. Code Regs. 26.05(1 & 2) exist, neither remedy is available to plaintiffs.

12

45. The first remedy is a private right of action in tort for pupils and parents of pupils who had "been refused admission to or excluded from the public schools or from the advantages, privileges and courses of study of such public schools . . . unlawfully. . ." G.L. c. 76, § 16. However, Plaintiffs are not parents or pupils of Newton Public Schools. Moreover, this private right of action does not explicitly extend to the enforcement of the 603 Mass. Code Regs. 26.05(1&2) duties to encourage respect for the human and civil rights of Jews and Israelis in school curricula, as well as to review such curricula and provide balance and context for stereotypes and generalizations of Jews and Israelis. G.L. c. 76, § 16.

46. The second remedy for the violation of G.L. c. 76, § 5 and 603 Mass. Code Regs. 26.05(1&2) is through administrative action by BESE under the authority of G.L. c. 69, § 1B, which provides that "[t]he board shall see to it that all school committees comply with all laws relating to the operation of the public schools and in the event of noncompliance the commissioner of education shall refer all such cases to the attorney general for appropriate action to obtain compliance. But BESE has explicitly delegated enforcement of the student anti-discrimination statute, G.L. c. 76, § 5, and, it follows, the regulations issued under that statute's authority, to private individuals, such as the Plaintiffs, affected by the refusal of public school officials to perform the duty. Specifically, the private right of action created in 603 Code Mass. Regs. 26.09(1), states that "[n]othing in 603 CMR 26.00 [(the set of regulations dealing with 'access to equal educational opportunity')] shall abridge or in any way limit the right of a parent, guardian, or person affected to seek enforcement of M.G.L. c. 76, § 5 in any court or administrative agency of competent jurisdiction." 603 Code Mass. Regs. 26.09(1).

47. Mandamus standing under the public right doctrine developed over the legal history of the Commonwealth specifically so that "a public duty not due to the government as such" may be enforced "without the intervention of the attorney general" by "any private person." *See Brewster v. Sherman*, 195 Mass. 222, 224-225 (1907), *citing Warren v. Mayor & Aldermen of Charlestown*, 2 Gray, 84 (1854); *Larcom v. Olin*, 160 Mass. 102, 110 (1893).

## FACTS

### Charitable Organizations Involved in Newton School Controversy

48. Americans for Peace and Tolerance (APT) is a Watertown, Massachusetts-based 501(c)(3) international peace and security charitable organization primarily focused on "promoting peaceful coexistence among people of different religious faiths and ethnic backgrounds in the United States."

49. The Committee for Accuracy in Middle East Reporting in America (CAMERA), founded in 1984, is a Newton, Massachusetts-based 501(c)(3) charitable "media-monitoring, research and membership organization devoted to promoting accurate and balanced coverage of Israel and the Middle East." CAMERA employs Middle East experts to vet and refute simplistic and demeaning generalizations, lacking intellectual merit, about the Jewish people and Israel, specifically focusing on the history and current events of the Arab-Israeli conflict. CAMERA is a member organization of the Jewish Community Relations Council of Boston.

50. Judicial Watch, Inc. is a 501(c)(3) "conservative, non-partisan educational foundation [that] promotes transparency, accountability and integrity in government, politics and the law. Through its educational endeavors, Judicial Watch advocates high standards of ethics and morality in our nation's public life and seeks to ensure that political and judicial officials do

14

not abuse the powers entrusted to them by the American people. Judicial Watch fulfills its educational mission through litigation, investigations and public outreach."

51. The Anti-Defamation League ("ADL") is a 501(c)(3) civil liberties advocacy group with twenty-six offices nationwide, including in New England. The ADL "was founded in 1913 to stop the defamation of the Jewish people and to secure justice and fair treatment to all. Today it is the world's leading organization combating anti-Semitism, exposing hate groups, training law enforcement on hate crimes, developing anti-bias education programs for students, countering cyber-hate and relentlessly pursuing equal rights for all." Its New England branch is a member organization of the Jewish Community Relations Council of Boston.

52. The Israeli-American Council ("IAC") is a 501(c)(3) leadership development charitable organization, whose "mission is to build an engaged and united Israeli-American community that strengthens the Israeli and Jewish identity of [the Israeli-American community's] next generation, the American-Jewish community and the bond between the peoples of the United States and the State of Israel." Its Boston branch is based in Newton and many IAC members have children in the NPS system. IAC Boston is a member organization of the Jewish Community Relations Council of Boston.

53. The Jewish Community Relations Council of Boston ("JCRC") is a 501(c)(3) charitable community organization that describes itself as the "representative voice of the organized Jewish community in the Greater Boston area."

### NPS High Schools' World History Curriculum

54. Since 2011, Newton parents, taxpayers, and public interest groups have been publicly expressing their concerns that instructional and educational materials used by teachers in

NPS contain simplistic and demeaning generalizations, lacking intellectual merit, on the basis of Israeli national origin and Jewish religion; and that no appropriate activities, discussions and/or supplementary materials are being used to provide balance and context for any such stereotypes depicted in such materials.

55. During 2013 and 2014, APT obtained instructional and educational materials used to teach the history of the Islamic world in ninth-grade world history classes and the Arab-Israel conflict in tenth-grade world history classes at both South and North. The materials were obtained through a formal public records request, as well as directly and informally from parents of NPS students (collectively, "2014 APT Production").

56. During 2014 and 2015, Judicial Watch, through public records requests, also obtained the instructional and educational materials used by teachers to teach the history of the Islamic world in ninth-grade world history classes and the history of the Arab-Israel conflict in tenth grade modern world history classes at both South and North. ("Judicial Watch Production")

57. Both the 2014 APT Production and the Judicial Watch Production were made available to CAMERA for analysis. In 2017, CAMERA published a monograph based on the two productions, entitled *Indoctrinating Our Youth: How a U.S. Public School Curriculum Skews the Arab-Israeli Conflict and Islam*. The monograph is "a case study of a nationally prominent public school system whose curriculum was compromised by inaccurate accounts of the Israeli-Palestinian conflict and simplistic expositions of Islamic culture." The monograph is annexed hereto as Exhibit A.

58. The 109-page CAMERA monograph described, in high detail, various problematic Newton high school instructional and educational materials on the Middle East, concluding:

> The materials used in the unit covering the Israeli-Palestinian conflict consisted primarily of items found on the Internet. . . . Many of the materials used to address the Israeli-Palestinian conflict were marred by biased historical accounts [that] favor fringe perspectives at the expense of mainstream historians and include mainly unscholarly sources presenting distorted and incomplete information."

59. For example, one reading assignment obtained in the Judicial Watch Production from the North ninth-grade world history classes is represented to students as an excerpt "from an introductory college-level textbook on Islam," thereby indicating to students that the text is objective. Under this guise of objectivity, however, the assignment, excerpted from the book, *Islam: The Straight Path*, contains simplistic and demeaning characterizations disparaging the Christian and Jewish religions as "falsified." A true and accurate copy of this assignment is annexed hereto as Exhibit B.

60. The text states that "after the falsification of the revelation given to the Jews and the Christians, God in his mercy sent down His word one final time." The statement is never qualified as a theological belief, but is presented as fact. "Thus," Newton North ninth-grade students learn, "Islam is not a new religion with a new Scripture." Instead, "Islam represents the 'original' as well as the final revelation of the God of Abraham, Moses, Jesus, and Muhammad," freed of the Judeo-Christian "perversion of Scripture."

61. In some passages the assignment text hedges these attacks on Judaism and Christianity with qualifiers like "Muslims believe" and "Islam considers," but it then goes on to provide what seems to be objective academic evidence that these beliefs are based in fact, claiming that:

> Arabic is the sacred language of Islam because, in a very real sense, it is the language of God. In contrast to Judaism and Christianity, whose Scriptures were not only translated into Greek and Latin at an early date but also disseminated in vernacular languages, in Islam Arabic has remained the language of the Quran and of religious learning. Until modern times, the Quran was printed only in Arabic; it could not be translated in Muslim countries.

62.  These simplistic and demeaning characterizations lack intellectual merit. The Jewish book

of scripture, the Torah, was and remains written, read at services, and studied, in Hebrew,

with modern secular scholars dating its first drafts to more than a thousand years before the

Quran was codified. *See, e.g.*, Shira Faigenbaum Golovin et al., *Algorithmic handwriting*

*analysis of Judah's military correspondence sheds light on composition of biblical texts*,

113 PROCEEDINGS OF THE NATIONAL ACADEMY OF SCIENCES 4664-69, 4664 (2016). The

New Testament was never translated into Greek. It was originally written in Greek. This is a

basic and exhaustively studied historical fact. *See, e.g.*, Andrew W. Pitts, *Greek Word Order*

*and Clause Structure: A Comparative Study of Some New Testament Corpora, in* THE

LANGUAGE OF THE NEW TESTAMENT: CONTEXT, HISTORY, AND DEVELOPMENT 311-46

(Stanley E. Porter & Andrew Pitts eds., 2013).

63.  As for the Quran, it was translated very shortly after it was written – into Persian (in a

Muslim country) soon after the birth of Islam in the seventh century, into Greek in the

eighth or ninth century, and into Latin in the twelfth. Now one can find it in languages from

Albanian to Zulu, and dozens in between. Most Muslims don't even speak Arabic; and

hundreds of millions of Muslims primarily understand their religion through their own

vernacular. Reading the Quran in their own language does not make them any less Muslim,

and many devout Muslims consider translating the Quran into new languages to be a holy

task. Indeed, even among the earliest Islamic sources, "[o]ne is hard pressed to find jurists

who actually forbade the translation of the Qur'an for the purpose of comprehension or for

the propagation of Islam." TRAVIS ZADEH, THE VERNACULAR QUR'AN: TRANSLATION AND

THE RISE OF PERSIAN EXEGESIS 51 (2012).

64. No appropriate activities, discussions and/or supplementary materials are used to provide balance and context for the simplistic and demeaning generalizations, lacking intellectual merit, depicted in the *Islam: The Straight Path* excerpt assigned to North students. Instead, based on only these falsehoods, students are asked to explain, in a written assignment, "the relationship between [sic] the Quran, the Torah, and the Bible," and why it is "important that the Quran is not typically translated out of Arabic[.]"

65. This is a junk history lesson, made up from religious dogma, but misrepresented as an authentic historical narrative. It is comparable to teaching creationism in a class on natural history because the assignment is based on the tenets of a religious doctrine instead of historical fact. Specifically, the North assignment pushes the Islamic concept of *i'jāz*, or "Quranic inimitability," the theological idea that "the word of God cannot be reproduced by the word of man." *See* James Dickins, *Book Review: Qur'an Translation: Discourse, Texture and Exegesis by Hussein Abdul-Raof,* 32 BRITISH JOURNAL OF MIDDLE EASTERN STUDIES 283-85, 284 (2005).

66. As a result, when it comes to historically-accurate facts about the history of the holy texts of the major world religions, North "selects from the body of knowledge a particular segment which it proscribes for the sole reason that it is deemed to conflict with a particular religious doctrine; that is, with a particular interpretation of the [dates and sources of the Old Testament, the New Testament, and the Quran] by a particular religious group." *Epperson v. Arkansas,* 393 U.S. 97, 106 (1968). A century and a half ago, the U.S. Supreme Court admonished: "The law knows no heresy, and is committed to the support of no dogma, the establishment of no sect." Watson v. Jones, 80 U.S. 679, 728 (1872). Though it is not currently pleaded in this complaint, it is arguable that the preference of religious doctrine

within North's instructional and educational materials violates the Establishment Clause of the U.S. Constitution.

67. On October 27, 2014, Defendant Bassett approved the assignment from *Islam: The Straight Path* for use by the North "9th grade [history] team," as part of the "resources for the Islam unit," together with another assignment described as "quotes from the Qur'an that students are asked to put into their own words." A true and accurate copy of this written approval is annexed hereto as Exhibit C.

68. As the United States Supreme Court ruled in the 1968 "human evolution" case, *Epperson v. Arkansas:*

> While study of religions and of the Bible from a literary and historic viewpoint, presented objectively as part of a secular program of education, need not collide with the First Amendment's prohibition, the State may not adopt programs or practices in its public schools or colleges which "aid or oppose" any religion. This prohibition is absolute. It forbids alike the preference of a religious doctrine or the prohibition of theory which is deemed antagonistic to a particular dogma." *Epperson v. Arkansas*, 393 U.S. 97, 106-07 (1968) (internal citations omitted).

69. South's tenth grade world history curricula also contain simplistic and demeaning generalizations based on Israeli national origin and Jewish religion. One example is a map reading exercise based on a series of four maps used to teach about the Arab-Israeli conflict. The series of maps falsely represents Israel progressively appropriating 88% of the territory of "Historic Palestine."

70. In October 2013, a series of maps almost identical to the ones used at South was posted on MBTA billboard advertisements at subway stations across Boston by an anti-Israel political group. The ADL opposed the use of the maps series in the advertisements as "hurtful and erroneous," "aimed at delegitimizing Israel," and "intentionally designed to mislead the public." According the ADL, the maps series "distorts the issues by oversimplifying the

facts surrounding the Israeli-Palestinian conflict," and that the maps "perpetuate a one-sided narrative that appears to delegitimize any Jewish claims to the land of Israel." A true and accurate copy of this article is annexed hereto as Exhibit D.

71. In 2015, the cable news channel MSNBC apologized for using the same series of maps in a broadcast on the Middle East, saying that "we realized after we went off the air that the maps were not factually accurate, and we regret using them." *MSNBC Live with Kate Snow* (MSNBC television broadcast Oct. 19, 2015), youtu.be/4ugYCxCeZ5k.

72. The series of four maps used by South to teach tenth grade world history was originally created by the Palestine Liberation Organization's (PLO) propaganda unit, the "Negotiations Affairs Department." That source and its propagandistic purpose were concealed from the students. Even worse, a fine print disclaimer under the original maps graphic admitting that the maps are actually "for illustrative purposes only," and that "[b]oundary representations are not authoritative" was deleted from the maps as presented to students. A true and accurate copy of the original maps graphic is annexed hereto as Exhibit E.

73. The PLO maps are only one sheet of a packet of fifteen maps handed out to South students as part of the maps exercise, which is part of the "Israel-Palestine unit" within the South tenth grade world history classes. Most of these maps contain simplistic and demeaning generalizations, lacking intellectual merit, about Israel and the Jewish religion. One of the maps labels the ancient Jewish Quarter in the Old City of Jerusalem as an Israeli settlement in occupied Palestinian territory. No maps or other materials provide balance and context for the stereotypes depicted. A true and accurate copy of this maps assignment is annexed hereto as Exhibit F.

74. Email communications produced by NPS show that Defendant Rinaldi developed the South "Israel-Palestine unit" and Defendant Bassett adopted the unit for use in North. *See* ¶¶ 115, 117, 140, 141.

75. Instructional and educational materials, as well as email communications produced by NPS in response to a February 21, 2018 public records request by APT have shown that the Israel-Palestine unit continues to be taught at South and North high schools. Among the instructional and educational materials that continue to be used are the maps series and several other biased instructional and educational materials described in Exhibit A (the CAMERA monograph). *See* ¶¶ 114-139.

**Newton North Senior Elective – Middle East, Asia, and Latin America**

76. On May 24, 2018, APT filed a public records request for instructional and educational materials used in teaching on any topic related to Israel and/or the Arab-Israeli conflict in a new course at Newton North called Middle East, Asia, and Latin America ("MEALA"). The course was designed by Defendant Bedar and has been taught by him since the 2016-2017 academic year.

77. CAMERA analyzed the instructional and educational materials produced in response to this request ("the MEALA Production"), and published a report titled "Anti-Israel Indoctrination Continues in Newton Public High School" ("the CAMERA MEALA Report"). According to the CAMERA MEALA Report, "[t]he MEALA course fails to accurately convey the history of the Arab-Israeli conflict. Its omissions and factual errors serve the purpose of favoring the Palestinian narrative over the Zionist account . . . [and] diminish[] the historic Jewish connection to the land [of Israel]." CAMERA's report is annexed hereto as Exhibit G.

22

78. Because Zionism is the national movement of the Jewish people in the State of Israel, the

    MEALA course consists of simplistic and demeaning generalizations based on Israeli

    national origin and Jewish religion.

79. According to Exhibit G (the CAMERA MEALA Report): "The presentation offers no

    substantive information on the millennia-old and continuous Jewish presence in the land that

    explains Zionism's emergence. . . . Stripped of its historical legacy, Zionism is treated as a

    newcomer, colonial movement with vague claims of an ancient connection to the land."

80. One of the "Essential Questions," that Defendant Bedar requires students in the MEALA

    course to consider and discuss in the classroom is "What are the pros and cons to the one

    and two-state solutions?" Students complete classroom debate assignments such as this one:

> U.N. General Assembly discussion seminar. In your first written assignment, you
> were asked to develop a solution to the conflict in Palestine as of the year 1947.
> Now, we're going to revisit that question using our deeper understanding of the
> more recent history and current events. Should we have a one or two state
> solution?

81. A true and accurate copy of this assignment is annexed hereto as Exhibit H.

82. Israel thus becomes the only nation whose continued existence as an independent and

    sovereign Jewish state is debatable in Newton Public Schools. NPS students of Israeli

    national origin and Jewish religion are the only ones whose nation and religion are treated in

    such a fashion in NPS classrooms. Defendant Bedar is thus in direct violation of G.L. c. 76,

    § 5 and the Equal Rights Amendment to the Massachusetts Constitution. When Defendant

    Bedar questions whether Israel even has a right to exist, persons of Israeli national origin

    and Jewish religion are being effectively excluded or discriminated against "in obtaining the

    advantages, privileges" of Defendant Bedar's MEALA course.

83. As the ADL has written in its fact sheet publication, "Response To Common Inaccuracy:

Bi-National/One-State Solution," about the claim that "a two-state solution for the Israeli-

Palestinian conflict is not feasible and is outdated":

> The proposal of a bi-national state, or a "one-state solution," is nothing less than an indirect attempt to bring about an end to the State of Israel as the national homeland of the Jewish people.
>
> The State of Israel was established out of the nationalist aspirations of the Jewish people and an international recognition of the rights of Jews to a homeland following millennia of persecution. While a Jewish state, Israel's founding principles guarantee equal treatment and protection for all its citizens' – regardless of religion, ethnicity or color.
>
> A bi-national state, in principle and in practice, would mean the ideological end of the Jewish State of Israel and lead to the forsaking of Jewish nationalism and identity, along with its special status as a refuge for Jews fleeing persecution.
>
> Within certain intellectual circles the call for a bi-national Israeli-Palestinian state has gained traction. While couching their arguments in terms of egalitarianism and justice, proponents of a bi-national state are predominantly harsh critics of Israel, and use this proposal as a vehicle to further their advocacy against an independent Jewish state.

84. A true and accurate copy of this ADL publication is annexed hereto as Exhibit I.

85. In adjudicating Title VI complaints, the U.S. Department of Education has recently adopted

the definition of anti-Semitism used by the U.S. Department of State and a thirty-one nation

international organization called the International Holocaust Remembrance Alliance. *See,*

*e.g.,* Press Release, American Jewish Committee, AJC Praises U.S. Education Department

Use of Anti-Semitism Working Definition (Sept. 4, 2018). Defendant Bedar's assigned

debate over the one or two state solution fits squarely within this definition, which includes

"[d]enying the Jewish people their right to self-determination" as one of several

"[c]ontemporary examples of antisemitism." A true and accurate copy of the full definition

is annexed hereto as Exhibit J.

86. MEALA instructional and educational reading materials also contain a variety of simplistic and demeaning generalizations, presented as objective historical facts without balance and context, in violation of 603 Code Mass. Regs. 26.05(2). One example consists of these passages from an assigned portion of a textbook written by two anti-Israel academics and presented by Defendant Bedar as an objective "introductory essay":

> Having little connection to the older Jewish community in Palestine, modern Zionism arose in response to the upsurge of European anti-Semitism and had few roots in the Middle East...
>
> Israel's distrust of its neighbors and the importance ascribed to military concerns extend back even before the state formed. Signals of Arab moderation have met deep suspicion as mere tactical moves or "traps" camouflaging hostile intent. Relentless military policy-immediate armed retaliation and aversion to risky diplomatic initiatives-have not brought peace...
>
> Anguish over the Nazi extermination of six million Jews swung global opinion behind the Zionist cause and away from Arab plight. Arabs could find no compelling reason why the world community believed that Jewish suffering had to be rectified at Palestinian expense.

87. A true and accurate copy of the materials containing these passages is annexed hereto as Exhibit K.

88. Contrary to these simplistic and demeaning generalizations, modern Zionism is rooted in millennia of Jewish history; Israel has quite demonstrably engaged in a variety of risky diplomatic initiatives (including one that resulted in the assassination of its prime minister) while avoiding immediate armed retaliation on multiple occasions; and the claim that Zionists used the Holocaust to swing global opinion behind their cause at the expense of the Palestinians is deeply offensive and widely rejected by Holocaust historians. The Director of the Yad Vashem Libraries at the World Holocaust Remembrance Center in Jerusalem, Dr. Robert Rozett, puts it this way:

Frequently it is asserted that the Palestinians and Arabs are paying for the Holocaust. This claim, however, has no foundation in the historical record. Certainly it is the Jews who paid for the Holocaust with the blood of some six million innocent victims - not the perpetrators, not the bystanders and not Arabs in Palestine or anywhere else.

Alleging that the Palestinians are paying for the Holocaust falsely presupposes that the Jewish tie to the Land of Israel became significant only in the wake of the Nazi attempt to eradicate the Jews. It overlooks the ancient and ceaseless connection of the Jewish people to Israel, and the modern Zionist enterprise that returned an exiled people to their ancestral home.

While facile slogans may be part and parcel of shallow political discourse, they should not have a role in sincere efforts to advance peace in a highly complex region like the Middle East. To foster actual and lasting coexistence, we must strive first to understand the complexities. Without such an understanding, there is no chance whatsoever of developing innovative strategies that nurture peace. Incendiary rhetoric has no role in this process.

A true and accurate copy of Dr. Rozett's article is annexed hereto as Exhibit L.

89. Defendant Bedar's MEALA course materials do not provide any balance, context, or understanding of the complexities of the region to the simplistic and demeaning generalizations based on Israeli national origin and Jewish religion that have been found in large numbers within the MEALA production.

**Newton North Middle East Day**

90. On April 28, 2017, Defendant Bedar approached Defendant Turner "to ask about a possible event about Middle Eastern politics and culture that [redacted] two seniors of mine in the Middle East, Asia, & Latin America elective, would like to put on for the school." Defendant Bedar's students described the instructional and educational purpose of the Middle East Day to Defendant Turner as follows:

While studying the Middle East, we expanded our knowledge on the history of the Islamic religion, the countries in the Middle East like Syria and Saudi Arabia, and the current issues in the region. What we are learning in this class is valuable knowledge that should be shared with the rest of the school community. Before this class I had heard of the Israeli-Palestinian conflict, but I did not know the

26

history behind it, why the conflict was an issue or to what extreme it was an issue. Now, I understand why there is a disagreement about who the country should belong to. . .

91. It should be noted that only Israeli NPS students are subjected to the simplistic and demeaning generalization that "there is a disagreement about who[m] the[ir] country should belong to." Defendant Turner viewed the plans and replied: "Wow! What a fantastic lineup. You have my support on the topic." A true and accurate copy of this email exchange is annexed hereto as Exhibit M.

92. The lineup for the first Middle East Day, which took place on May 24, 2017, ("the 2017 Middle East Day") turned out to include two anti-Israel extremists who made simplistic and demeaning generalizations based on Israeli national origin and Jewish religion in their presentations to several classes of North students.

93. One of the individuals who made a presentation during the 2017 Middle East Day was Amahl Bishara, a Tufts University professor and anti-Israel activist. Ms. Bishara is active in the boycott, divestment, and sanctions ("BDS") movement against Israel. According to the ADL, the "predominant drive of the BDS campaign and its leadership is not criticism of policies, but the demonization and delegitimization of Israel. BDS campaigns promote a biased and simplistic approach to the complex Israeli-Palestinian conflict, and present this dispute over territorial and nationalist claims as the fault of only one party – Israel."

94. In 2014, Ms. Bishara signed a petition in support of Popular Front for the Liberation of Palestine terrorist Rasmea Odeh, who was convicted of a double murder in Israel for her role in a Jerusalem supermarket bombing and deported from the United States for lying about the conviction on her naturalization application.

95. According to a CAMERA report about the 2017 Middle East Day, "Bishara's presentation
    at the high school reportedly included a hail of radical statements and distorted allegations.
    Attendees relayed that there was no opportunity for students to challenge or discuss the
    litany of attacks on Israel." A true and accurate copy of this CAMERA report is annexed
    hereto as Exhibit N.

96. Indeed, Ms. Bishara was assured, prior to her presentation: "I have faith that by now our
    students know to respect others options/views/perspectives, and just an FYI it won't be an
    open mic [for questions,] . . . we will give out note cards for them to write down their
    questions." A true and accurate copy of this communication is annexed hereto as Exhibit O.

97. By contrast, at the 2017 Middle East Day, Defendant Bedar allowed anti-Israel students to
    protest and disrupt a presentation by representatives of the American Israel Public Affairs
    Committee ("AIPAC"), a pro-Israel organization. The student who invited the AIPAC
    representatives felt it necessary to apologize for the "disruptive and rude" interruption of
    their pro-Israel presentation. As a consequence, very little balance and context for the
    stereotypes depicted by Ms. Bishara was provided during the 2017 Middle East Day. A true
    and accurate copy of this emailed apology is annexed hereto as Exhibit P.

98. This lack of balance and context can only be characterized as intentional due to Defendant
    Bedar's bias against the pro-Israel viewpoint, which he appears to consider as
    propagandistic. Defendant Bedar wrote in a February 19, 2018 email while planning for the
    2018 Middle East Day that, "some [Newton North students] may revolt if we invite AIPAC
    back to propagandize :-)" A true and accurate copy of this email is annexed hereto as
    Exhibit Q.

99. Indeed, no pro-Israel guests spoke at the following year's Middle East Day at North on May 2, 2018 ("the 2018 Middle East Day") Consequently, no balance or context whatsoever was provided for the stereotypes based on Israeli national origin and Jewish religion depicted in a presentation at the 2018 Middle East Day by a representative of the Boston Palestine Film Festival ("BPFF"). BPFF is headed by Ali Abunimah, the purveyor of the anti-Semitic website, Electronic Intifada, and is funded by Ali Abunimah's Middle East Charitable and Cultural Society ("MECCS"). (Intifada is the term for Palestinian violence and terror attacks against Israel.)

100. The Jewish Daily Forward has called Abunimah, "the rock star of the Boycott Israel Movement, who is trying to start an "Electronic Intifada" on American college campuses." Ali Abunimah and his Electronic Intifada website promote hateful anti-Israel and anti-Semitic positions. Abunimah denies Israel's right to exist, predicts its destruction, and works to promote its destruction through the BDS movement. He says that "coercion is necessary" to destroy Israel and that during this destruction, "we couldn't rule out some disastrous situation" for the Jews. He has called for another Palestinian terror campaign comparable to the 2000-2004 intifada that took over one thousand innocent Israeli civilians' lives. He has written that, "[s]upporting Zionism is not atonement for the Holocaust, but its continuation in spirit." He has also written that, "[i]t's racist to think Jews need a special state and can't live with other people. Aren't they human like the rest of us[?]" Public records requests indicate that the school failed to vet and review the leadership and ideology of Abunimah's BPFF before allowing the organization to present instructional and educational materials at North. A fact sheet on these online statements by Mr. Abunimah is annexed hereto as Exhibit R.

101. During the 2018 Middle East Day at North, the representative for Ali Abunimah's BPFF screened a half-hour-long fictional film called *Ismail* and trailers for two other films. Production of *Ismail* was financed by the Jordanian government. *See* ISMAIL (Greyscale Films 2013), vimeo.com/63467320.

102. In *Ismail's* opening scenes, actors portraying Palestinian Arab families are shown being driven out of their homes in 1948 by actors portraying Jewish Israeli soldiers. One of the Jewish Israeli soldiers strikes an innocent Palestinian Arab man – the protagonist of the film – in the head with his rifle butt, then points the rifle at a group of sad, frightened people while yelling at them in Hebrew to hurry up along.

103. The BPFF representative also screened a trailer for the Palestinian film *Wajib*. The film is set in the village of Nazareth, which is located within Israel proper, but which is misrepresented in the film as occupied Palestinian territory. The only Jewish character in the film lives in a "settlement," works as an Israeli spy who represses Arabs, and is the primary source of conflict in the film. Israelis are portrayed as caring more about the lives of their dogs than the lives of Palestinians. *See* WAJIB (Pyramide International 2017), youtu.be/FBDINbuzQRg.

104. The last trailer screened at the 2018 Middle East Day by the BPFF representative was for the film "The Man Who Stole Banksy," ostensibly about intellectual property theft, but really about brave Palestinian graffiti artists being persecuted by the Israeli army for spreading their "message of peace". The trailer is replete with decontextualized scenes of Israeli violence against Palestinian protesters meant to present Israel in the worst light. *See* THE MAN WHO STOLE BANKSY (Geomovies 2017), youtu.be/Z1GwJu_y0Pk. A true and

accurate copy of the North student newspaper article describing the event is annexed hereto
as Exhibit S.

105. No balance or context was provided for any of the stereotypes based on Israeli national
origin and Jewish religion depicted in these films and other 2018 Middle East Day
presentations.

106. In response to an APT public records request, the attorney representing NPS asserted that
NPS has no records of any communications by any of its officials or employees with BPFF
or MECCS. Likewise, NPS claims that it has no records of any instructional and educational
materials presented to North students by BPFF or MECCS. It is thus clear that the BPFF
presentation, or any portion thereof, was never reviewed for simplistic and demeaning
generalizations based on Israeli national origin and Jewish religion by Defendant Bedar, or
by any North teacher before presentation to the students. A true and accurate copy of the
NPS attorney's letter stating these claims is annexed hereto as Exhibit T.

107. On July 27, 2018, Robert Trestan, the New England Regional Director of the ADL, and
Jeremy Burton, the Executive Director of the JCRC, wrote an open letter to Defendant
Fleishman with their concerns about the 2018 Middle East Day:

> [W]hile we recognize the good intentions by which the Middle East Day was
> initiated, and understand that the original goal was to include speakers who would
> present diverse views and perspectives, we are disappointed that this important
> goal was not achieved. In particular, we find it disappointing that instead of
> showing a film from the Seeds of Peace Organization and coordinating with the
> "Jewish club" to bring a Middle East studies professor from Brandeis University,
> as was initially intended according to the correspondence we reviewed, the
> program as it was finalized included the screening of a film from the Boston
> Palestine Film Festival, and no outside speaker to present on the Israeli
> perspective.
>
> A brief internet search and vetting process could have alerted the faculty assisting
> the team of students that the Boston Palestine Film Festival is a program of the
> Middle East Charitable and Cultural Society Inc., which also supports the website

> Electronic Intifada, a website which regularly publishes anti-Israel and anti-Semitic content, and whose co-founder and executive director Ali Abunimah, is a leading advocate of BDS (boycotts, divestments and sanctions) campaigns which delegitimize Israel's right to exist.
>
> As we have discussed before, we recognize that the Middle East, and the Israeli-Palestinian conflict in particular, is a complex subject to teach. The continuously changing landscape and political situation in the region necessitates using up-to-date materials from scholarly and credible sources when presenting materials to students, and it is critical to ensure that proper context is provided, but of equal importance is the quality and credibility of said materials.

A true and accurate copy of their joint letter is annexed hereto as Exhibit U.

108. Defendant Fleishman did not publicly reply to ADL and JCRC's concerns in this letter.

### Defendants Bassett and Morrill's Refusal to Perform Nondiscretionary Duties Required Under 603 Code Mass. Regs. 26.05(2).

109. During the preceding year, on June 27, 2017, CAMERA officials wrote to Defendant

Fleishman about the then-just-released CAMERA monograph on the NPS world history

curriculum. CAMERA's letter cited specific examples of simplistic and demeaning

generalizations based on Israeli national origin and Jewish religion that its analysis

identified within that curriculum. The CAMERA letter, which accompanied a copy of the

CAMERA monograph, concluded by urging NPS to review its instructional and educational

materials:

> To ensure going forward that all students in Newton's schools are provided the most scholarly, accurate information possible, World History teachers, as well as other subject area teachers and those in charge of the curriculum, need to establish a rigorous policy for selecting and vetting materials taken from the Internet and from teacher workshops.

A true and accurate copy of this letter is annexed hereto as Exhibit V.

110. More than two months later, on September 7, 2017, Defendant Fleishman wrote to

Defendants Morrill, Bassett, Turner, and Stembridge in an email, to which he attached the

CAMERA letter: "Hi Jen and Jon, I am sorry to bother you with this distraction. Attached is

32

the letter that we received in June. Henry and Joel, we will discuss. Thx." A true and accurate copy of this email is annexed hereto as Exhibit W.

111. A day later, on September 8, 2017, Defendant Fleishman wrote to Defendants Morrill and Bassett in an email with the subject line "meeting with ADL": "Hi Jen and Jon, I am sorry that your valuable time is being taken by this challenge. I just heard from Matt and we can meet with [ADL New England Regional Director] Robert Trestan and Matt King next Thursday. A true and accurate copy of this email is annexed hereto as Exhibit X.

112. According to a follow-up letter sent by Mr. Trestan to Defendant Fleishman on October 23, 2017, the meeting with Defendants Fleishman, Morrill, and Bassett was held to discuss "questions [that] continue to be raised about some of the of teaching materials used in the Middle East unit of the World History class taught at the high schools. . ." The Trestan follow-up letter was copied to Jeremy Burton, Executive Director of the JCRC; Rob Leikind, Director of the American Jewish Committee's Boston office; and Barry Shrage, President of Combined Jewish Philanthropies of Boston – all prominent Jewish institutions in New England.

113. According to the Trestan follow-up letter, the meeting had seemingly been productive, with Defendants Bassett and Morrill promising that a process akin to the review and balance duties under 603 Code Mass. Regs. 26.05(2) had already been implemented:

> We were very glad to learn in more detail about the review process through which Newton vets the quality of materials and context of presentations used in the classroom. . . . We were pleased to learn that the District made the determination prior to the 2015-16 school year that the Middle East curriculum should be changed, and therefore the materials and subject were not part of the World History class during the last school year. We understand from our meeting that until a new curriculum is developed, this subject and the previously used materials will not be taught in World History.

A true and accurate copy of this email is annexed hereto as Exhibit Y.

114. Subsequent public records requests revealed that these assurances given to Mr. Trestan by

Defendants Fleishman, Morrill, and Bassett had been false.

115. Far from not teaching the Middle East curriculum in the 2016-2017 year, on December 1,

2016, Defendant Bassett wrote in an email addressed to, inter alia, Defendants Fleishman,

Turner, and Morrill: "Our tenth grade world history curriculum is expanding to include a

unit on the modern Middle East - which will be taught in May [2017]."   A true and accurate

copy of this email is annexed hereto as Exhibit Z.

116. Other email communications corroborate the 2016-2017 expansion of the Middle East

curriculum, contradicting Defendants Fleishman, Bassett, and Morrill's assurances to Mr.

Trestan and the ADL. On May 3, 2016, Newton North history teacher John Fitzgerald wrote

to Defendant Bassett:

> Hi John, The [Newton North] 10th grade [world history] team would be interested
> in two days for three people sometime after [Defendant] Jamie [Rinaldi] and I
> have completed the Primary source course [on the modern Middle East] *so that
> we can finalize the ME Unit for next year's roll out.* (emphasis supplied).

A true and accurate copy of this email is annexed hereto as Exhibit AA.

117. On May 9, 2016, Defendant Bassett wrote to Defendant Morrill:

> Jen: My tenth grade team has been trying valiantly to get [Defendant] Jamie
> Rinaldi to come to a meeting to share South's Israel-Palestine unit, which we are
> hoping to incorporate into our Middle East unit in tenth grade.

A true and accurate copy of this email is annexed hereto as Exhibit BB.

118. Indeed, while Defendant Bassett promised that the biased Middle East curriculum would be

changed, he was saying something else entirely to Newton North history teachers. Shortly

after ADL sent Defendant Fleishman the follow-up letter on October 23, 2017, Defendant

Bassett wrote to the Newton North history department faculty about the curriculum

controversy:

> Dear Esteemed Colleagues:
>
> There has been an op-ed, an article, and some letters in the Tab, and on
> Wednesday night there was a city council committee hearing about the history
> curriculum in NPS. Here's what I want you to know about all of this:
>
> *You should not change a thing in your teaching. Keep doing what you do, and
> ignore the noise.* We continue to enjoy the full confidence and support of our
> Superintendent, School Committee, City Council, and public (emphasis supplied).
>
> Thank you for all your excellent work!

A true and accurate copy of this email is annexed hereto as Exhibit CC.

119. Not only has Defendant Bassett himself refused to perform the nondiscretionary duties

required under 603 Code Mass. Regs. 26.05(2), but he, as department chair, also instructed

all the teachers in the Newton North history department to refuse to perform these duties as

well.

120. Instructional and educational materials produced in response to a February 21, 2018 public

records request by APT revealed that the "Israel-Palestine unit" continued to be taught at

both North and South during the 2016-2017 school year with many of the same problematic

materials, even as Defendants Fleishman, Morrill, and Bassett assured the ADL that this

wasn't the case.

121. Defendant Morrill's email communications reveal that she also had no plans to review the

Israel-Palestine unit for simplistic and demeaning generalizations based on Israeli national

origin and Jewish religion, or to have her teachers do so. In a February 27, 2018 email, in

which she asked South teachers to compile instructional and educational materials

responsive to the February 21, 2018 public records request by APT, Defendant Morrill

wrote:

> The work several of you did to develop the I/P [Israel-Palestine] unit was
> excellent and *we are not going to step away* from teaching students to understand
> complex events from multiple perspectives. This latest FOIA request only
> underscores for me that it is well worth our time to revise the unit so it is more in
> keeping with current events and to *continue all teaching the I/P [Israel-Palestine]
> unit with the same thoughtfully chosen materials.* As always, thank you for your
> excellent work on behalf of our students! (emphasis supplied).

A true and accurate copy of this email is annexed hereto as Exhibit DD.

122. On April 4, 2018, the *Boston Jewish Advocate* newspaper reported that the February 21,

2018 public records request by APT once again revealed anti-Israel bias in the Newton

South curriculum, and that this "[r]evelation contradicts superintendent's assurances." A

true and accurate copy of this article is annexed hereto as Exhibit EE.

123. On the same day, Defendant Fleishman forwarded the *Boston Jewish Advocate* article in an

email to Defendant Morrill, with the message: "Hi Jen, So sorry to forward this to you but I

figured I would give you a heads up in case you get questions." Defendant Morrill

proceeded to draft an explanatory statement regarding the contradiction, which she asked

Defendants Fleishman and Bassett to review. Defendant Fleishman suggested that she add a

paragraph stating that the decision to revamp the unit was due to a need to *update the unit -

not because it was in any way biased or false.* A true and accurate copy of these emails is

annexed hereto as Exhibit FF.

124. The statements by Defendants quoted in ¶¶ 114-122 explicitly and intentionally reject the

nondiscretionary duties under 603 Code Mass. Regs. 26.05(2) to review the tenth grade

world history Middle East curriculum for simplistic and demeaning generalizations, lacking

intellectual merit, on the basis of Israeli national origin and Jewish religion, and to provide

balance and context for any such stereotypes depicted in such materials. Instead, Defendants Morrill and Bassett instruct their history teachers to "continue all teaching the I/P [Israel-Palestine] unit with the same thoughtfully chosen materials," and to "*not change a thing in your teaching.*" Meanwhile, Defendant Fleishman insists that "the decision to revamp the unit was due to a need to update not because it was in any way biased," making it likely that, contrary to his statements to the ADL, no review for anti-Israel and anti-Semitic bias was ever even contemplated.

125. On February 9, 2018, in response to an inquiry from a retired Newton North teacher about a protest by members of the Newton Jewish community against the Newton world history curriculum to take place on February 12 at the city council, Defendant Bassett wrote:

> This is the same tired crapola that a bunch of Islamophobic folks have been pushing for some years now: "The history curriculum is anti-semitic." I don't have time to give you the full run-down but suffice to say:
> Their claims that our curriculum materials are anti-Israel are false.
> Their claims that NPS hides curriculum are false.

A true and accurate copy of this email is annexed hereto as Exhibit GG.

126. But, contrary to the statement he made in this email, Defendant Bassett in fact *did* try to hide Newton North's Arab-Israeli conflict curriculum: less than three weeks later, on February 27, 2018, in response to the February 21, 2018 public records request by APT, Defendant Bassett falsely stated in an email reply to the designated Records Access Officer ("RAO") for NPS, Toby Romer: "North's tenth grade course did not include any teaching on the Arab Israeli conflict in 2016-2017." And on March 15, 2018, Mr. Romer responded to APT's records request that "Newton North High School has no records responsive to your request." A true and accurate copy of these communications is annexed hereto as Exhibit HH.

127. Subsequently, during the course of August of 2018, Mr. Romer and the NPS attorney, Jill Murray, were presented with a sequence of evidence that contradicted this assertion:

a.   Defendant Bassett's December 1, 2016 email to Defendants Fleishman, Turner, Morrill, et al., stating: "Our tenth grade world history curriculum is expanding to include a unit on the modern Middle East - which will be taught in May [2017]."

b.   A "film guide" document created by North history teacher Subheen Razzaqui on July 27, 2016, which includes the statement: "This film will be shown on the day 2 of my two week unit on the Modern Middle East."

c.   Three syllabi from tenth grade world history classes taught by North history teacher Dr. Isongesit Ibokette over the course of two years, 2016-2018. Each syllabus contains the following identical unit: "Unit 11: Colonialism and Nationalism in Africa and the Middle East •European Imperial Conquests •Struggles for Independence •Challenges of Nation Building."

128. True and accurate copies of these statements and the syllabi are annexed hereto as Exhibit II (a), (b) and (c).

129. On August 6, 2018, in response to a complaint from APT that he had failed to supply documents responsive to a public records request, Mr. Romer wrote: "Your claim that we have failed to comply is incorrect. . . . The inferences you have made from these documents are inaccurate." And on August 24, 2018 Attorney Murray similarly wrote: "As NPS has stated multiple times, you have been provided with all documents within the custody of control of NPS that was [sic] responsive to your February 28, 2018 request (seeking curriculum materials related to "the Arab-Israeli conflict".)" True and accurate copies of these letters are annexed hereto as Exhibit JJ.

130. Attorney Murray's statement was false: on September 17, 2018, Mr. Romer changed his tune, writing: "In reviewing our records recently we discovered an additional set of responsive materials from a class that was taught by one teacher at Newton North during the 2016-2017 school year." A true and accurate copy of Romer's correspondence is annexed hereto as Exhibit KK.

131. Along with Exhibit KK, Romer enclosed instructional and educational materials, among which were some of the *same biased materials on the Arab-Israeli conflict that were identified in Exhibit A (the CAMERA monograph)*. Contrary to Defendant Bassett's original reply to the APT public records request, the Arab-Israeli conflict *was* taught at Newton North at during the 2016-2017 school year using anti-Israel materials, a fact that Defendant Bassett tried to hide from being discovered by the public records request.

132. Far from there being only one teacher involved, the email communications in Exhibit AA, together with the materials in Romer's response reveal a department-wide effort to "roll out" a new Middle East unit in the 2016-2017 school year, a unit that was adopted from the biased South unit designed by Defendant Rinaldi.

133. Combined with the exhortations from Defendants Fleishman, Bassett and Morrill to ignore the concerns about the curriculum, their active encouragement to carry on teaching the materials with no regard to the bias and truth or falsehoods they contained, and the deliberately false statements by Defendant Bassett, Mr. Romer, and Attorney Murray about this roll-out, it is dubious that only one teacher at North taught the Middle East unit in 2016-2017, as Defendant Bassett, Mr. Romer, and Attorney Murray continue to insist.

134. In addition to her instruction to *all* her teachers to *continue teaching* the same materials they had been teaching, Defendant Morrill created a deliberately false cover-up story that only one teacher at South had actually taught the conflict – and only by accident by not obeying her (non-

existent) directions to her teachers to not teach the conflict: she wrote a response to the *Boston Jewish Advocate's* reporting that the Arab-Israeli conflict continues to be taught at Newton South with biased instructional and educational materials, claiming that:

> Last spring (2017) I asked all 10th grade teachers not to teach the unit [on the Israeli-Palestinian conflict]. Last fall when we met with Robert Trestan and other representatives from the ADL, *I believed that all of the teachers had followed my directive and not taught the unit during the 2016-2017 school year.* However, when the FOIA was issued recently, I found that one teacher had not followed my directive and had taught the entire old unit (emphasis supplied).

A true and accurate copy of her statement is annexed hereto as Exhibit LL.

135. Attorney Murray repeated this false denial in an August 24, 2018 letter to APT, writing that "those documents were inadvertently used by one teacher during the 2016-2017 SY only. . . ." A true and accurate copy of her letter is annexed hereto as Exhibit MM.

136. However, the February 21, 2018 public records request by APT had explicitly requested that NPS "keep the records for each school, as well as each teacher's materials, separate." Defendant Morrill followed these instructions and provided materials segregated into four portions, with labels corresponding to four separate teachers, not one, in response.

137. Defendant Morrill's claim that she "asked all 10th grade teachers not to teach the unit" is shown to be even more outrageously disingenuous in light of the responses by multiple teachers to Defendant Morrill's February 27, 2018 email asking them, for the purposes of the February 21, 2018 public records request by APT: "Did you teach the I/P [Israel-Palestine] unit?"

   a. Newton South history teacher Dr. Marcia Okun replied on February 28, 2018: "You had said it was required, so I taught it."

    b. Newton South history teacher Lisa Soohoo replied on the same day: "I too thought it

       was required."

True and accurate copies of these teachers' emails are annexed hereto as Exhibit NN.

138. Defendants Fleishman, Basset, and Morrill gave blatantly and intentionally false assurances

    to ADL, "the world's leading organization combating anti-Semitism," that NPS had

    reviewed the Israel-Palestine unit for simplistic and demeaning generalizations based on

    Israeli national origin and Jewish religion. Mr. Bassett also violated the Massachusetts

    Public Records Law by withholding Newton North's instructional and educational materials

    on the Arab-Israeli conflict from production in the February 21, 2018 public records by

    APT.

139. Given its intentionally deceptive behavior, any future promises by NPS and any of its

    officials to instruct its teachers to perform its mandatory, non-discretionary duties under 603

    Code Mass. Regs. 26.05(2), can not be considered to be credible absent supervision and

    verification of their performance.

**Defendant Rinaldi's Refusal to Perform Nondiscretionary Duties Required Under 603
Code Mass. Regs. 26.05(2).**

140. Defendant Rinaldi developed the South tenth grade world history Middle East unit and

    Defendant Bassett adapted it for use by North. On February 12, 2016, Defendant Bassett

    wrote to Defendant Rinaldi: "Jen Morrill tells me that you are the key person in your

    department for working on the Middle East unit you've had in your 10th grade course for

    some years now. We are finally ready to add one ourselves. . ." A true and accurate copy of

    this email is annexed hereto as Exhibit OO.

141. Two years before, on February 13, 2014, Defendant Rinaldi wrote to Defendant Morrill and

   Defendant Stembridge regarding some of the first outside critical analyses of the South

   Middle East unit, which had then just been obtained through the 2014 APT Production:

> Now, in regards to my classroom agendas:  This I stand by with no hesitation and
> no caveats. . . . I don't believe the [Arab-Israeli] conflict is fundamentally
> ideological or religious and I think a robust historical analysis would lead us to
> this conclusion.  Our unit today rests upon the question of land and resources. . .
> APT wants to frame this conflict in terms of a holy war, but we can't allow this
> mistruth to be taught in our classrooms.

   A true and accurate copy of this email is annexed hereto as Exhibit PP.

142. While APT's framing of the Arab-Israeli conflict is completely irrelevant here, Defendant

   Rinaldi's is not: he is constrained by the education and civil rights laws of the

   Commonwealth as to what he may or may not teach in his classroom. He cannot frame the

   Arab-Israeli conflict in ways that promote simplistic and demeaning generalizations, lacking

   intellectual merit, on the basis of race, color, sex, gender identity, religion, national origin or

   sexual orientation without providing balance and context for any such stereotypes.

143. The claim that the Arab-Israeli conflict is simply a land dispute is a simplistic and

   demeaning generalization, without intellectual merit, based on Israeli national origin and

   Jewish religion, as it denies the complex national ideological and religious factors that led to

   both the Jewish national building project in Israel and the Arab opposition to that project.

144. Defendant Rinaldi refuses to "allow this mistruth" in his classroom to provide balance and

   context for his claim that the conflict is merely a land dispute, thereby failing to perform the

   nondiscretionary duty required of him by 603 Code Mass. Regs. 26.05(2).

145. The CAMERA analysis of Defendant Bedar's MEALA course (Exhibit G), in which

   Defendant Bedar teaches the same simplistic "land dispute" generalization, criticized

Defendant Rinaldi's simplistic and demeaning assertion that the Arab-Israeli conflict is

fundamentally only about land:

> Denial of the religious basis of the conflict is a widely held view among Newton
> history teachers, although ruling out this dimension of the conflict contradicts
> historical scholarship. . . . For example, a history teacher at Newton South High
> School [Defendant Rinaldi] ridiculed a critic for "fram[ing] this conflict in terms
> of a holy war." The teacher added, "but we can't allow this mistruth to be taught
> in our classrooms."

> The teacher's comments reflect an overestimation of his knowledge and
> unfamiliarity with such distinguished Middle East historians as Nadav Safran,
> Bernard Lewis, Efraim Karsh, Barry Rubin and Fouad Ajami, who shed light on
> religion's role in the conflict.

146. Writing on May 31, 2018 for the Washington Institute, a widely-respected think tank

dedicated to improving the quality of U.S. Middle East policy, Mohamed Galal Mostafa,

former Egyptian diplomat and currently a researcher at the Heller School for Social Policy

and Management at Brandeis University, asserted essentially the opposite of Defendant

Rinaldi's "robust historical analysis."  In "Religion and the Israel-Palestinian Conflict:

Cause, Consequence, and Cure," May 2018) he wrote that:

> The Israeli-Palestinian conflict is driven by several factors: ethnic, national,
> historical, and religious. This brief essay focuses on the religious dimension of the
> conflict, which both historical and recent events suggest lies at its core. That
> much is almost a truism. . . . It follows that religion must also be part of any real
> solution to this tragic and protracted conflict. . . .

A true and accurate copy of Mr. Mostafa's paper is annexed hereto as Exhibit QQ.

147. Defendant Morrill's statements about the "classroom agendas" of South history teachers

acknowledge that, on controversial contemporary political issues, South history teachers

intentionally (even though perhaps misguidedly) maintain rigid and simplistic positions that

do not allow for balance and context in classrooms. Writing to Defendant Bassett on

January 25, 2017 about NPS guidelines for talking about politics in history class, Defendant

Morrill complained: "My dilemma at South is that a fair number of my teachers see issues

as settled that aren't."  A true and accurate copy of the email containing this statement is

annexed hereto as Exhibit RR.

148. Defendant Rinaldi appears to be one such teacher. What to legitimate historians and

academics are "truisms," are to Defendant Rinaldi "mistruths" that cannot be allowed to be

taught in the classroom. It is Defendant Rinaldi's own personal biases that drive his refusal

to perform his nondiscretionary duties under 603 Code Mass. Regs. 26.05(2); and force his

instructional and educational materials to contain simplistic and demeaning generalization,

without intellectual merit, and with no balance or context provided.

**Defendant Bedar's Categorical Refusal to Perform Nondiscretionary Duties Required
Under 603 Code Mass. Regs. 26.05(2).**

149. Defendant Bedar has been very public about his refusal to review instructional and

educational materials in his MEALA course, and those used during North's Middle East

Day, for simplistic and demeaning generalizations based on Israeli national origin and

Jewish religion.

150. In response to a February 1, 2018 online article published by JewishBoston.com, an

initiative of the Combined Jewish Philanthropies of Boston, and entitled "CAMERA Fights

Anti-Israel Bias in Newton and Beyond," Defendant Bedar posted a series of comments,

including:

> I am the History teacher who helped students to coordinate the event at Newton
> North High School mentioned in this piece of "journalism."
>
> Politicization of curricula and the stifling of free discussion and critical thinking
> are teachers' worst nightmares, but by publishing an article that gives a platform
> to a hateful group like CAMERA and treats it as a heroic muckraking
> organization, you are aiding and abetting exactly that.

> On a personal level, the fact that people who haven't set foot in a classroom in decades would tell me what I am or am not doing is infuriating. . . . The point is that as a teacher who was hired to teach in one of the best school districts in the country, it is reasonably safe to assume that I care about my work and would I [sic] good judgment in crafting lessons on a potentially hazaradous [sic] topic.

A true and accurate copy of the article and Defendant's Bedar's comments are annexed hereto as Exhibit SS.

151. Whether Defendant Bedar finds it infuriating or not, curriculum decisions in a democracy are intrinsically politicized. The free and vigorous people of Massachusetts, through curriculum decisions made by their elected representatives in drafting the education and civil rights laws of the Commonwealth, have the right to tell Defendant Bedar what he may or may not do as a public school teacher, regardless of when they last set foot inside a classroom. Defendant Bedar's academic freedom in devising his curriculum is limited by 603 Code Mass. Regs. 26.05(2), which creates a nondiscretionary duty for teachers like Defendant Bedar to "review all instructional and educational materials for simplistic and demeaning generalizations, lacking intellectual merit, on the basis of race, color, sex, gender identity, religion, national origin or sexual orientation." Additionally, "[a]ppropriate activities, discussions and/or supplementary materials shall be used to provide balance and context for any such stereotypes depicted in such materials."

152. Moreover, his actions amply demonstrate that it is he who is stifling free discussion and critical thinking by including only perspective, and a historically inaccurate one at that. Like Defendant Rinaldi, Defendant Bedar's own personal biases drive his refusal to perform his nondiscretionary duties under 603 Code Mass. Regs. 26.05(2); and force his instructional and educational materials to contain simplistic and demeaning generalization, without intellectual merit, and with no balance or context provided.

153. Defendant Bedar has vocally and adamantly refused to perform his nondiscretionary duties

to do the review, and to provide balance to the anti-Israel and anti-Semitic stereotypes in his

instructional and educational materials. On October 9, 2018, the Jewish community

organizations CAMERA, ADL, JCRC, and IAC held a panel discussion and a question and

answer session about the problematic NPS Middle East history curriculum at the IAC's

Newton headquarters. All panelists, representing the four organizations, reviewed the

materials and agreed that the NPS Middle East history curriculum contains instructional and

educational materials that are biased against Israel; and that Defendant Bedar's 2018 Middle

East Day included presentations that were extremely biased against Israel.

154. Two days later, Defendant Bedar lashed out against Jewish community organizations at a

"teacher standout" rally on the grounds of Newton North organized in support of Defendant

Bedar by his public employee union, the Newton Teachers Association ("NTA"). Speaking

to a group of teachers and students, Defendant Bedar said:

> We've actually been attacked in recent weeks and in recent months. Harassment,
> bullying by hate groups. . . We were also excluded from a so-called "discussion
> panel" on Tuesday night that was not meant to be held in good faith — there was
> no reasonable desire for a reasoned conversation and a reasonable discussion. A
> discussion about the Newton public schools without representation from the
> Newton public schools. *[Far from being excluded, Defendant Bedar registered
> online for the IAC event and was issued an admission ticket, but failed to attend.]*
> Uh, that is just indicative of what we've been dealing with, as far as outside
> groups trying to dictate what it is that actually happens in our classrooms. . . . But
> we will not be intimidated. We will maintain the academic freedom. . ."

The portion of the teacher standout at which Defendant Bedar made this statement is

reflected in the transcript made of that standout from a news recording of it and is annexed

hereto as Exhibit TT.

155. Defendant Bedar's teaching materials contain simplistic and demeaning generalizations,

lacking intellectual merit, on the basis of Israeli national origin and Jewish religion without

providing balance and context to such stereotypes. And that is because he has adamantly,

steadfastly, and openly refused to perform the nondiscretionary duties he is required to

perform by 603 Code Mass. Regs. 26.05(2).

**Defendant Fleishman's Refusal to Perform Nondiscretionary Duties Required Under G.L. c. 71 § 59 and 603 Code Mass. Regs. 26.05(1).**

156. Defendant Fleishman has refused to perform his nondiscretionary duty under G.L. c. 71 § 59 to "manage the [NPS] system in a fashion consistent with state law. . ."

157. Massachusetts state law, 603 Code Mass. Regs. 26.05(1), requires that Massachusetts school systems like NPS "shall, through their curricula, encourage respect for the human and civil rights of all individuals regardless of race, color, sex, gender identity, religion, national origin or sexual orientation." By his long-standing refusal to direct NPS history teachers to review and balance their instructional and educational materials consistent with 603 Code Mass. Regs. 26.05(2) and to require Defendants Stembridge and Turner to direct NPS history teachers to do the same, Defendant Fleishman has caused NPS to fail to encourage respect for the human and civil rights of Israelis and Jews through the NPS curriculum – he has, in fact, caused NPS to do the exact opposite.

158. As described above in ¶¶ 109-138, Defendant Fleishman lied to the ADL that the biased NPS Middle East curriculum was reviewed and removed from classrooms starting in the 2016-2017 year. He described ADL and CAMERA requests that NPS review and balance its Middle East curriculum as a "distraction" or a "challenge" and apologized to Defendants Morrill and Bassett for having to waste their "valuable time" on Jewish organizations concerned about the civil rights of Jewish and Israeli students in the NPS system. He insisted that any changes that would be made to the Middle East curriculum were "due to a need to update not because it was in any way biased or false." In the same email, Defendant

Fleishman claimed that "[f]or example . . . the two state solution [is] outdated," which

would be news to the majority of Israelis and Palestinians who still support it. *See* Exhibit

FF.

159. On June 11, 2018, Messrs. Trestan of the ADL and Burton of the JCRC wrote to Defendant

Fleishman about the Jewish community's concerns over the 2018 Middle East Day's grossly

unbalanced events featuring anti-Israel and anti-Semitic speakers, described above in ¶¶90-

0. They wrote:

> Given the concerns that the Middle East Day has generated from within the
> Jewish community, we request that your office <u>publicly</u> *[emphasis in original]*
> address the current concerns, including:
> - A full accounting of all content used for the May 2, 2018 Middle East Day,
> including materials, media presentations, handouts, and resources materials.

A true and accurate copy of this letter is annexed hereto as Exhibit UU.

160. To help obtain a full accounting of all content used for the 2018 Middle East Day, APT

made a public records request for this content. On June 22, 2018, NPS Attorney Jill Murray

refused to provide this content, making the dubious claim that:

> Other than emails among and between NPS staff and/or NPS staff and NPS
> students that contained the schedule and description of events of Middle East Day
> that NPS produced and provided to you, there are no materials, including but not
> limited to handouts, websites, videos, films, multimedia presentations,
> PowerPoint or other slide presentations, and any printed material whatsoever,
> given, handed out, presented, showed, or related to students at Newton North
> High School during the 2017 AND 2018 "Middle East Days that are within the
> possession, custody or control of Newton Public Schools." *See* Exhibit T.

162. In a July 3, 2018 reply to the June 11, 2018 ADL and JCRC letter requesting a full

accounting of the Middle East Day instructional and educational materials, Defendant

Fleishman also refused to provide these materials. Instead, he claimed that the simplistic and

demeaning generalizations on the basis of the Jewish religion and Israeli national origin

presented during the 2018 Middle East Day without any balance or context were necessary

as a "critical thought" exercise in presenting diverse opinions on controversial topics (even though pro-Israel opinions were entirely excluded):

> While some of the day's sessions hope to broaden students' cultural perspectives, others aim to challenge the thinking of students through the presentation of multiple perspectives in a constructive and respectful setting. . . . Teaching controversial topics may engender questions, discomfort and often criticism. We remain committed to exposing students to diverse opinions and to encouraging our faculty to teach about tough issues that require open minds and critical thought. Students will not agree with every perspective and point of view they encounter in our classrooms nor should they. Our goal is to help them formulate their own opinions and learn how to think, rather than what to think.

A true and accurate copy of his reply is annexed hereto as Exhibit VV.

163. Under G.L. c. 71 § 59 and 603 Code Mass. Regs. 26.05(1), Defendant Fleishman does not have the discretion to manage the Newton school system in a fashion inconsistent with state law by presenting perspectives and opinions that result in the Newton school system failing to, "through [its] curricula, encourage respect for the human and civil rights of all individuals regardless of . . . religion [or] national origin. . ." Moreover, under the statutory language of the Massachusetts Student Anti-Discrimination Act and the constitutional language of the Equal Rights Amendment, Defendant Fleishman does not have the discretion to, as he puts it, "engender . . . discomfort" in Jewish and Israeli NPS students to the extent that this discomfort causes exclusion or discrimination for such students "in obtaining the advantages, privileges and courses of study of [NPS] on account of" their Israeli national origin and Jewish religion. G.L. c. 76, § 5.

164. In the July 27, 2018 open letter quoted at length in ¶ 107, the ADL and JCRC expressed their disappointment with Defendant Fleishman's reply, and with Newton North High School's welcoming to its 2018 Middle East Day an organization whose "website which regularly publishes anti-Israel and anti-Semitic content." *See* Exhibit U.

49

165. On September 17, 2018, Defendant Fleishman issued a public statement on the NPS Middle

East curriculum controversy, in which he refused to even acknowledge the concerns of

Jewish community organizations like ADL, much less their requests to review and balance

the NPS Middle East curriculum:

> For the past seven years, the Newton Public Schools have been the target of
> outside groups claiming anti-Israel bias in our history curriculum. These baseless
> claims, often reliant upon materials and documents taken out of context, are
> misleading and only serve to denigrate the hard work and professionalism of our
> skilled and dedicated faculty.

A true and accurate copy of this statement is annexed hereto as Exhibit WW.

166. On October 10, 2018, the day after the Jewish community organizations, ADL, JCRC, IAC,

and CAMERA held a panel discussion about anti-Israel and anti-Semitic bias in the NPS

Middle East curriculum, Defendant Fleishman attended the North teacher standout in

support of Defendant Bedar described above in ¶ 154. At the rally, North teachers described

the Jewish community organizations concerned about curriculum bias by NPS against Israel

as "hate groups" and "outside groups" with a "hateful agenda," engaged in "unprincipled

behavior," through "baseless accusations without any evidence, without any proof." *See*

Exhibit TT.

167. At a November 14, 2018 meeting of the NSC to discuss Defendant Fleishman's contract

renewal, at which Defendant Fleishman was present, a Newton resident and an attorney

whose two children attended NPS high schools entered a public comment for the record, in

which he deplored Fleishman's behavior at the rally and urged him to comply with

Massachusetts education and civil rights laws. He stated:

> To those of us who have repeatedly criticized the Superintendent's stone cold
> silence to our objections, the Superintendent HAS now replied, without any
> demonstrated review as required by regulation, by these false, demeaning,
> insulting, inflaming and defamatory sanctioned statements. . . Now just think if

you were a student of Newton North who happened to be a pro-Israeli Jew or pro-Israeli Israeli, watching the Superintendent and teachers organizing and leading such a rally. Talk about intimidation; talk about remaining fearfully silent. And think about that in terms of the Superintendent's utter lack of good faith compliance with Massachusetts Regulation, 603 CMR 26.05(2), of which the School Committee has been made fully aware -- which leads to this: Retaining Superintendent Fleishman is the City of Newton buying, at the expense of Newton Taxpayers, more litigation. That's a certainty.

A true and accurate copy of the statement as submitted for the record and emailed to

Defendants NSC, Goldman, and Fleishman is annexed hereto as Exhibit XX.

168. Defendant Fleishman did not reply – that is, with anything other than "stone cold silence."

169. Defendant Fleishman has demonstrated a hostile and evasive attitude toward the Jewish

community organizations which have repeatedly petitioned him to ensure that NPS, through

its curricula, encourages respect for the human and civil rights of all individuals regardless

of Jewish religion or Israeli national origin.

170. Based on Defendant Fleishman's demonstrated record of contempt for Jewish community

concerns about the Middle East curriculum and dishonesty about having removed biased

materials, any future promises by Defendant Fleishman to comply with the Equal Rights

Amendment, G.L. c. 71 § 59, G.L. c. 76 § 5, and 603 Code Mass. Regs. 26.05(1) cannot be

accepted as credible absent supervision and verification of compliance.

**Defendants Newton School Committee and Goldman's Refusal to Perform Nondiscretionary Duties Required Under G.L. c. 71, § 37 and 603 Code Mass. Regs. 26.05(1).**

171. Defendants NSC and Goldman have refused to perform their statutory nondiscretionary and

public duties under G.L. c. 71, § 37, which requires that they "shall establish educational

goals and policies for the schools in the[ir school] district consistent with the requirements

of law and statewide goals and standards established by the board of education." Defendants

School Committee and Goldman have acted inconsistently with the requirements of law and

statewide goals and standards established by the board of education because they have refused to perform their nondiscretionary duties under 603 Code Mass. Regs. 26.05(1), which requires that Massachusetts school districts like NPS "shall, through their curricula, encourage respect for the human and civil rights of all individuals regardless of race, color, sex, gender identity, religion, national origin or sexual orientation." Through their refusal to require that Defendant Fleishman follow Commonwealth law and direct NPS history teachers to review and balance their instructional and educational materials consistent with 603 Code Mass. Regs. 26.05(2), Defendants School Committee and Goldman have refused to encourage respect for the human and civil rights of Israelis and Jews through the NPS curriculum. As a result, and by these actions, they are also in violation of the Equal Rights Amendment and G.L. c. 76 § 5.

172. Throughout 2018, at multiple public meetings of the School Committee, Newton residents have directly petitioned Defendant School Committee and Defendant Goldman as its chairperson to encourage respect for the human and civil rights of Israelis and Jews through the NPS curricula, and to ensure that NPS history teachers review and balance their biased instructional and educational materials on Middle East history. Five members of the public urged Defendants School Committee and Goldman to review and balance the NPS Middle East curriculum at the January 22, 2018 meeting; seven members of the public at the June 11, 2018 meeting; eight at the June 18, 2018 meeting; four at the July 19, 2018 meeting; two at the September 4, 2018 meeting; five at the September 17, 2018 meeting; four at the October 1, 2018 meeting; two at the October 22, 2018 meeting; and four at the November 14, 2018 meeting. In all, twenty-nine individual members of the public came before Defendants School Committee and Goldman petitioning them to perform their

nondiscretionary and public duties. At least three of them are now the Plaintiffs in this

petition for an order in the nature of a writ of mandamus. Dozens other members of the

public attended but were not allowed to speak because it is Defendant School Committee's

policy to cut off public comment after thirty minutes.

173. At every single meeting of the School Committee, Plaintiffs and the other members of the

public were invariably met with a wall of silence from Defendants School Committee and

Goldman. School Committee policy gives committee members full discretion on whether to

reply to comments by members of the public. The public's requests that Defendants School

Committee and Goldman perform their nondiscretionary duties might as well have been

made to a row of mannequins.

174. During this entire time, the only public statement by Defendants School Committee and

Goldman that acknowledged the public's concerns with the curriculum was in response to a

protest rally by concerned members of the public outside of the School Committee's

February 12, 2018 meeting. In a February 21, 2018 article in the local newspaper, *The*

*Newton TAB*, signed by all members of the School Committee, Defendant School

Committee lied outright to the Newton community, claiming that:

> For the past five years, the Newton Public Schools district has been the target of
> groups claiming bias in our high school history curriculum concerning the Middle
> East. Time and again, these allegations have proven to be misleading or untrue. . .
> . When similar claims resurfaced last summer, the Anti-Defamation League met
> with Newton Public Schools leaders and determined there was no issue with the
> curriculum.

A true and accurate copy of this statement is annexed hereto as Exhibit YY.

175. Defendant Goldman also lied outright about Defendant Bedar's classroom debate on

whether there should be a one-state or two-state solution to the Arab-Israeli conflict. The

same Newton resident and father of two NPS alumnae referenced in ¶ 167 wrote a letter

published in *The Newton TAB* on October 10, 2018, in which he stated:

> I've read online and elsewhere Newton School Superintendent Fleishman's
> September 17, 2018 letter to the school community where he cites the importance
> of teaching "controversial issues that require open minds and critical thought" as
> the reason essentially to make High School students debate whether Jews have a
> right to a homeland in Israel.

A true and accurate copy of this published letter is annexed hereto as Exhibit ZZ.

176. Defendant Goldman, on her own initiative, emailed the author of the letter several times,

insisting:

> To my knowledge, students have never been and never will be asked to debate
> this question.  I have no idea where you are getting your information, but this is
> just not true. . . . I have never heard of such a thing and I would like to know
> where you get your information since I believe it to be very misleading and
> incorrect. . . . [W]ho are the students who are in these classes that are giving you
> this information?

A true and accurate copy of the email exchange between the Newton resident and Defendant

Goldman is annexed hereto as Exhibit AAA.

177. When, in response, the Newton resident presented her with direct evidence of students'

being asked to debate this question, which is defined as anti-Semitic by the U.S. Department

of Education, but which serves as an "Essential Question" in Defendant Bedar's MEALA

course (described above in ¶¶ 76-89), Defendant Goldman failed to reply. *See* Exhibit AAA.

178. On September 17, 2018, despairing of convincing Defendants School Committee and

Goldman to respond to public concerns about the Middle East curriculum in the context of

normal school board meeting procedure, 212 Newton residents filed a petition ("the

Curriculum Petition") with the Newton City Clerk pursuant to Section 10-2 of the Newton

City Charter, which requires, in relevant part, that "the school committee shall hold a public

hearing and act with respect to every petition which is addressed to it, which is signed by at

least 50 voters, and which seeks the passage of a measure."

179. The petition requested that Defendants NSC and Goldman pass, inter alia, the following

measures consistent with 603 Code Mass. Regs. 26.05(1-2):

    a.  Vet all teaching materials and approaches concerning the [history of the Middle

        East] using a panel of scholars, historians and educators.

    b.  Immediately cease all teaching on these topics until such time as properly vetted,

        unbiased materials can be identified.

    c.  Initiate a policy of transparency so that parents and the public will know what the

        students are being taught.

180. Defendants School Committee and Goldman held the required public hearing with respect to

the Curriculum Petition on November 27, 2018. This hearing made a mockery of the due

process outlined in the Newton City Charter. Defendants School Committee and Goldman

coordinated with the NTA teachers' union to subvert the hearing's purpose and to once

again ignore the public concern that motivated the filing of the petition.

181. Defendants School Committee and Goldman first manipulated the hearing process by

delaying the public announcement of the date of the hearing, which was made on November

8, 2018, while letting the teachers' union know well in advance, with teachers knowing the

date least as early as the October 10, 2018 teacher protest rally at Newton North, where they

urged supporters to organize for the hearing. On information and belief, while the public

was told that the hearing would start at 6:30 PM, the NTA coordinated with Defendants

School Committee and Goldman to have union activists and NPS students, who were urged

to come and support their teachers, arrive at 5:30 and sign up to speak before the petitioners were allowed to enter the building.

182. In addition, the NSC secretary was observed highlighting the names of NPS supporters who signed up to speak to distinguish them from the petitioners who came to speak.

183. When the hearing began, Defendant Goldman called on NPS supporters -- whose names had been highlighted so she would know who they were -- to speak *before* any of the petitioners had a chance to state their complaint.

184. The speakers Goldman called merely expressed general support for the NPS but did not address any of the amply documented problems in the curriculum.

185. This well-orchestrated charade culminated with Defendant Goldman's calling on Defendant Bedar. Defendant Bedar stated that "[t]eachers should not avoid teaching challenging subjects or be intimidated into watering down their curriculum," and then asked "all those present who support the curriculum and values of the Newton public schools to stand at this time."

*186.* Defendant Bedar then led all those who stood -- over 100 union activists and students -- out of the auditorium where the hearing was being held – *before any of the Newton residents who had signed the petition had even been allowed to speak.*

187. Defendant Goldman did nothing to prevent this walk out.

188. When residents who are concerned with NPS' distorted history curriculum and who brought the petition to address it were finally allowed to speak, the room was half-empty.

189. At no point during the hearing did members of the School Committee respond to any particularized concerns about specific instances of simplistic and demeaning generalizations

on the basis of the Jewish religion and Israeli national origin found in the NPS history curriculum.

190. No specific question asked and no specific concern expressed by any petitioner was addressed. Instead, the School Committee allotted speakers a strict 3 minutes each, cutting off their microphones mid-sentence at the end of the allowed time.

191. After petitioners had spoken, the School Committee said that it would take a five-minute break to deliberate. After the break they returned to read from prepared statements which denounced all concerns as baseless. They denied every request in the Curriculum Petition.

192. The public hearing and deliberation required by law never happened.

193. Defendant Goldman claimed, wrongly that the School Committee had no authority over the curriculum:

> [Curriculum] transparency is a, sort of, slippery term for me. I firmly believe that it is really not the purview of the School Committee to be involved in curriculum design, development, and we have really no authority to determine what should be in the curriculum and what isn't in the curriculum.

194. School Committee member Anping Sheng stated, incomprehensibly and offensively:

> I was not even quite sure how to understand this petition. The language, um, was very — how to say? And it gave me impression that Newton is Jewish province, Jewish city, and this gave people a very bad taste.

195. School Commitee ex officio member and Newton Mayor Ruthanne Fuller insisted:

> You may have the perception that we have sat here in silence for years and have not been listening, and that we've been doing nothing. That is, um, so far from the truth. And I also just want to be really clear that I reject categorically the characterization of our curriculum as anti-Christian, anti-Semitic, anti-American. . . . I don't know if "no action necessary" [on the petition] is the right thing or the "deny it" [option], but, one or the other, this is not necessary.

A true and accurate copy of excerpts from the transcript of this hearing which contain the statements made in ¶¶ 193–195 is annexed hereto as Exhibit BBB.

196. Defendant School Committee voted unanimously to deny some petition measures and to declare "no action necessary" on other petition measures.

161. The next day, Defendant NSC reiterated its refusal to perform its nondiscretionary duties under the Equal Rights Amendment, G.L. c. 76 § 5, and 603 Code Mass. Regs. 26.05(1). In a public statement, Defendant NSC wrote: "[W]e categorically rejected that Newton Public Schools' curriculum is anti-Semitic or that there is an anti-Semitic bias inherent in our schools." A true and accurate copy of this pubic statement is annexed hereto as Exhibit CCC.

162. Plaintiffs – and the facts – disagree. Having now exhausted all administrative remedies with the Defendants, and having been denied by Defendants the process due pursuant to the Newton City Charter, Plaintiffs file this petition for an order in the nature of a writ of mandamus directing the Defendants to perform the mandatory, non-discretionary duties created by G.L. c. 71, §§ 37, 59 & 59B; G.L. c. 76, § 5 and 603 Mass. Code Regs. 26.05(1-2).

197. On information and belief, as of this date none of the defendants has bothered to read Exhibits A or G, the two CAMERA analyses of the NPS curriculum.

### COUNT I
### (Violation of G.L. c. 76, § 5)
### All Defendants

198. Plaintiffs hereby reallege and incorporate herein all of the allegations contained in ¶¶ 1- 199 as if fully set forth herein.

199. By their actions, Defendants are in violation of G.L. c. 76, § 5.

### COUNT II
### (Violation of 605 Mass. Code Regs. 26.05(1))
### All Defendants

200. Plaintiffs hereby reallege and incorporate herein all of the allegations contained in ¶¶ 1- 199

    as if fully set forth herein.

201. By their actions, Defendants are in violation of 605 Mass. Code Regs. 26.05(1).

## COUNT III
### (Violation of G.L. c. 71, § 37)
### Defendants School Committee and Goldman

202. Plaintiffs hereby reallege and incorporate herein all of the allegations contained in ¶¶ 1- 199

    as if fully set forth herein.

203. Defendants School Committee and Goldman are in violation of G.L. c. 71, § 37.

## COUNT IV
### (Violation of G.L. c. 71, § 59)
### Defendant Fleishman

204. Plaintiffs hereby reallege and incorporate herein all of the allegations contained in ¶¶ 1- 199

    as if fully set forth herein.

205. Defendant Fleishman is in violation of G.L. c. 71, § 59.

## COUNT V
### (Violation of G.L. c. 71 § 59B)
### Defendants Turner and Stembridge

206. Plaintiffs hereby reallege and incorporate herein all of the allegations contained in ¶¶ 1- 199

    as if fully set forth herein.

207. Defendants Turner and Stembridge are in violation of G.L. c. 71 § 59B.

## COUNT VI
### (Violation of 603 Mass. Code Regs. 26.05(2))
### Defendants Bassett, Morrill, Bedar, and Rinaldi

208. Plaintiffs hereby reallege and incorporate herein all of the allegations contained in ¶¶ 1- 199

    as if fully set forth herein.

209. Defendants Bassett, Morrill, Bedar, and Rinaldi are in violation of 603 Mass. Code Regs. 26.05(2).

## **REQUESTS FOR RELIEF**

Plaintiffs request that this Honorable Court, after hearing, enter judgment in their favor on Counts I, II, III, IV and V, and grant the following relief:

1) Adjudge and declare that the Defendants are in violation of G.L. c. 76, § 5.

2) Adjudge and declare that Defendants are in violation of 605 Mass. Code Regs. 26.05(1)

3) Adjudge and declare that Defendants School Committee and Goldman are in violation of G.L. c. 71, § 37.

4) Adjudge and declare that Defendant Fleishman is in violation of G.L. c. 71, § 59.

5) Adjudge and declare that Defendants Turner and Stembridge are in violation of G.L. c. 71 § 59B.

6) Adjudge and declare that Defendants Bassett, Morrill, Bedar, and Rinaldi are in violation of 603 Mass. Code Regs. 26.05(2).

7) Issue a Writ of Mandamus requiring that each of the above Defendants and all of them perform their mandatory and non-discretionary duties under each of the statutes and regulations as enumerated above.

8) Issue an Order that the performance of each of the defendants and all of them be monitored by this Court or other appropriate entity to ensure compliance with the Writ.

9) Such other and further relief as this Court finds just and proper.

Plaintiffs
By their attorney,


Karen D. Hurvitz, BBO#245720
Law Offices of Karen D. Hurvitz
34 Tanglewood Drive
Concord MA 01742
HurvitzLaw@comcast.net
(617) 513-3365

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

PLAINTIFF(S): ALAN DECHTER, LEON KADIS,
ADDRESS: MERRY SMITH, TRAVIS MARSHALL,
GEORGE FLESH, REBECCA
KATZ *

ATTORNEY: KAREN HURVITZ
ADDRESS: TO LAW OFFICE OF
KAREN HURVITZ,
34 TANGLEWOOD DR, CONCORD
BBO: 245720      MA 01742

COUNTY: MIDDLESEX

DEFENDANT(S): CITY OF NEWTON SCHOOL
COMMITTEE, RUTH GOLDMAN,
DAVID FLEISMAN, HENRY TURNER,
JOE STEMBRIDGE, DAVID
BEDAR, JENNIFER MORRILL,
JAMIE RINALDI *

**TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| D99 | MANDAMUS | | ☐ YES   ☒ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?   ☐ YES  ☒ NO          Is this a class action under Mass. R. Civ. P. 23?   ☐ YES  ☒ NO

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ........................................................ $ _____
2. Total doctor expenses ........................................................... $ _____
3. Total chiropractic expenses .................................................. $ _____     N/A
4. Total physical therapy expenses ........................................... $ _____
5. Total other expenses (describe below) .................................. $ _____
                                                                          Subtotal (A): $ _____

B. Documented lost wages and compensation to date ......................... $ _____
C. Documented property damages to date ........................................... $ _____
D. Reasonably anticipated future medical and hospital expenses ........ $ _____     N/A
E. Reasonably anticipated lost wages ................................................... $ _____
F. Other documented items of damages (describe below) .................... $ _____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

                                                                    TOTAL (A-F):$ _____

### CONTRACT CLAIMS
(attach additional sheets as necessary)

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):
                                                                    TOTAL: $ _____

Signature of Attorney/ Unrepresented Plaintiff: X _____        Date: 3/11/19

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X _____        Date: 3/11/19

* ALL ADDRESSES PROVIDED IN ELECTRONIC
FILING OF COMPLAINT.

3

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT

MIDDLESEX, SS                                SUPERIOR COURT DEPARTMENT
                                             C. A. No.

ALAN DECHTER, LEON KADIS, MERRY SMITH,
    TRAUTE MARSHALL, GEORGE FLESH, and
    REBECCA KATZ
                              Plaintiffs

                    v

CITY OF NEWTON SCHOOL COMMITTEE, RUTH
    GOLDMAN, in her official capacity as NEWTON
    SCHOOL COMMITTEE CHAIRPERSON, DAVID
    FLEISHMAN in his official capacity as NEWTON
    SUPERINTENDENT OF SCHOOLS, HENRY
    TURNER in his official capacity as PRINCIPAL OF
    NEWTON NORTH HIGH SCHOOL, JOEL
    STEMBRIDGE in his official capacity as PRINCIPAL
    OF NEWTON SOUTH HIGH SCHOOL, JONATHAN
    BASSETT in his official capacity as CHAIR OF THE
    HISTORY AND SOCIAL SCIENCES DEPARTMENT
    OF NEWTON NORTH HIGH SCHOOL, JENNIFER
    MORRILL in her official capacity as CHAIR OF THE
    HISTORY DEPARTMENT OF NEWTON SOUTH
    HIGH SCHOOL, DAVID BEDAR in his official
    capacity as HISTORY TEACHER AT NEWTON
    NORTH HIGH SCHOOL, and JAMIE RINALDI in his
    official capacity as HISTORY TEACHER AT NEWTON
    SOUTH HIGH SCHOOL
                              Defendants



FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

MAR 1 2 2019

CLERK

**MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

Plaintiffs, in accordance with the provisions of Rule 4(c) of the Massachusetts Rules of

Civil Procedure, hereby moves this Honorable Court to appoint QuickServ and its

authorized agents as Special Process Server in this action.

The undersigned affirms to the best of her knowledge that person(s) to be appointed as

Special Process Server is a sworn and bonded constable, highly experienced in the service

of process, is over the age of 18 and is not a party in this action. The undersigned believes

that said appointment would be of substantial savings in cost and time.

Plaintiffs,
By their attorney,

Karen D. Hurvitz
BBO#245720
Law Offices of Karen D. Hurvitz
34 Tanglewood Drive
Concord MA 01742
HurvitzLaw@comcast.net
(617) 513-3365

3/

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT

MIDDLESEX, SS
SUPERIOR COURT DEPARTMENT
C. A. No.

ALAN DECHTER, LEON KADIS, MERRY SMITH,
TRAUTE MARSHALL, GEORGE FLESH, and
REBECCA KATZ

Plaintiffs

v

CITY OF NEWTON SCHOOL COMMITTEE, RUTH
GOLDMAN, in her official capacity as NEWTON
SCHOOL COMMITTEE CHAIRPERSON, DAVID
FLEISHMAN in his official capacity as NEWTON
SUPERINTENDENT OF SCHOOLS, HENRY
TURNER in his official capacity as PRINCIPAL OF
NEWTON NORTH HIGH SCHOOL, JOEL
STEMBRIDGE in his official capacity as PRINCIPAL
OF NEWTON SOUTH HIGH SCHOOL, JONATHAN
BASSETT in his official capacity as CHAIR OF THE
HISTORY AND SOCIAL SCIENCES DEPARTMENT
OF NEWTON NORTH HIGH SCHOOL, JENNIFER
MORRILL in her official capacity as CHAIR OF THE
HISTORY DEPARTMENT OF NEWTON SOUTH
HIGH SCHOOL, DAVID BEDAR in his official
capacity as HISTORY TEACHER AT NEWTON
NORTH HIGH SCHOOL, and JAMIE RINALDI in his
official capacity as HISTORY TEACHER AT NEWTON
SOUTH HIGH SCHOOL

Defendants

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

MAR 1 2 2019

CLERK

**MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

Plaintiffs, in accordance with the provisions of Rule 4(c) of the Massachusetts Rules of

Civil Procedure, hereby moves this Honorable Court to appoint QuickServ and its

authorized agents as Special Process Server in this action.

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1- 88) | DOCKET NUMBER<br>1981CV00692 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

| CASE NAME:<br>Alan Dechter et al vs. City Of Newton School Committee et al | Michael A. Sullivan, Clerk of Court<br>Middlesex County |
|---|---|
| TO: File Copy<br><br>  , | COURT NAME & ADDRESS<br>  ,<br><br> |

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**                                   **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 06/10/2019 | |
| Response to the complaint filed (also see MRCP 12) | | 07/09/2019 | |
| All motions under MRCP 12, 19, and 20 | 07/09/2019 | 08/08/2019 | 09/09/2019 |
| All motions under MRCP 15 | 07/09/2019 | 08/08/2019 | 09/09/2019 |
| All discovery requests **and depositions** served and non-expert depositions completed | 01/06/2020 | | |
| All motions under MRCP 56 | 02/04/2020 | 03/05/2020 | |
| Final pre-trial conference held and/or firm trial date set | | | 07/03/2020 |
| Case shall be resolved and judgment shall issue by | | | 03/10/2021 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED<br>03/12/2019 | ASSISTANT CLERK | PHONE |
|---|---|---|

4

COMMONWEALTH OF MASSACHUSETTS

THE TRIAL COURT

MIDDLESEX, SS

SUPERIOR COURT DEPARTMENT
CIVIL ACTION No. 1981-CV-00692

ALAN DECHTER, LEON KADIS, MERRY SMITH,
   TRAUTE MARSHALL, REBECCA KATZ, and
   GEORGE FLESH,

                                          Plaintiffs

                    v

CITY OF NEWTON SCHOOL COMMITTEE, RUTH
   GOLDMAN, in her official capacity as NEWTON
   SCHOOL COMMITTEE CHAIRPERSON, DAVID
   FLEISHMAN in his official capacity as NEWTON
   SUPERINTENDENT OF SCHOOLS, HENRY
   TURNER in his official capacity as PRINCIPAL OF
   NEWTON NORTH HIGH SCHOOL, JOEL
   STEMBRIDGE in his official capacity as PRINCIPAL
   OF NEWTON SOUTH HIGH SCHOOL, JONATHAN
   BASSETT in his official capacity as CHAIR OF THE
   HISTORY AND SOCIAL SCIENCES DEPARTMENT
   OF NEWTON NORTH HIGH SCHOOL, JENNIFER
   MORRILL in her official capacity as CHAIR OF THE
   HISTORY DEPARTMENT OF NEWTON SOUTH
   HIGH SCHOOL, DAVID BEDAR in his official
   capacity as HISTORY TEACHER AT NEWTON
   NORTH HIGH SCHOOL, JAMIE RINALDI in his
   official capacity as HISTORY TEACHER AT NEWTON
   SOUTH HIGH SCHOOL, SUSAN WILKINS in her
   official capacity as HISTORY TEACHER AT NEWTON
   NORTH HIGH SCHOOL, and PAUL ESTIN in his
   official capacity as HISTORY TEACHER AT NEWTON
   SOUTH HIGH SCHOOL.

                                          Defendants

**RECEIVED**

3/28/2019

FIRST AMENDED

COMPLAINT

3/28/2019

CJ

## **INTRODUCTION**

Anti-Semitism is a deadly hatred. Defendants either disagree with this statement or share in this hatred because, for years, they have stubbornly refused to remove anti-Semitic and anti-Israel materials from the history lessons that they teach in the high schools of the City of Newton. Despite significant community concerns, scholarly findings of anti-Jewish bias, and formal citizen requests for remedial action, Defendants have categorically and repeatedly refused to remedy the teaching of false and hateful stereotypes about Israel, Israelis, and the Jewish people. These refusals are not simply indecent and vile: they are also illegal under Massachusetts education and civil rights laws. Plaintiffs therefore bring this complaint for a writ of mandamus pursuant to G.L. c. 249, § 5, to compel Defendants to perform their mandatory, mandatory, non-discretionary duties under G.L. c. 71, §§ 37, 59 & 59B; G.L. c. 76, § 5; and 603 Mass. Code Regs. 26.05(1) & (2).

After seven Sisyphean years spent petitioning, begging, and pleading with Defendants to review their curricula for simplistic and demeaning generalizations of the Jewish religion and Israeli national origin, Plaintiffs have exhausted all avenues and are now at a complete loss for any alternative remedy. Additionally, Plaintiffs recently discovered that Defendants are blatantly violating the Religion Clauses of the First Amendment to the U.S. Constitution by disparaging Judaism and Christianity, and by coercing students into acting out Islamic rituals for a grade. We ask the Court to end this continuing public injustice with an order 1) directing Defendants to perform their mandatory, non-discretionary duties under G.L. c. 71, §§ 37, 59 & 59B; G.L. c. 76, § 5 and 603 Mass. Code Regs. 26.05 (1 & 2); and 2) granting such other legal and equitable actions as the Court deems proper a) to ensure that the civil rights of Jewish and Israeli students in the City of Newton are protected under the civil

rights laws of the Commonwealth, and b) to remedy violations of the First Amendment to the U.S. Constitution.

## JURISDICTION AND VENUE

1. The Court has jurisdiction to hear petitions for a writ of mandamus pursuant to G.L. c. 249, § 5, which provides a right of action in the Supreme Judicial or Superior Court to obtain relief formerly available by writ of mandamus.

2. The Court has jurisdiction to hear civil actions under the First Amendment to the U.S. Constitution pursuant to the Massachusetts Superior Court original jurisdiction statute, G.L. c. 212, § 4, which provides that "[t]he court shall have original jurisdiction of all civil actions, except those of which other courts have exclusive original jurisdiction."

**3.** Venue is appropriate pursuant to G.L. c. 249, § 5 and G.L. c. 212, § 4.

## PARTIES

4. The Plaintiffs are Massachusetts-domiciled citizens:

a. Alan Dechter

b. Leon Kadis

c. Merry Smith

d. Traute Marshall

e. Rebecca Katz

f. George Flesh

4. Plaintiffs are all residents and taxpayers of Newton, Middlesex County, MA. They oppose the payment of any further monies for the teaching of false and hateful stereotypes about Israel, Israelis, and the Jewish people; they believe that Defendants' refusal to stop this

teaching violates Article 106 of the Massachusetts Constitution, G.L. c. 76, § 5, and 603 Code Mass. Regs. 26.05(1 & 2). Plaintiffs are seeking "to procure the enforcement of a public duty" under the public right doctrine. *See Sears v. Treasurer & Receiver Gen.*, 327 Mass. 310, 314-15 (1951), *quoting Brewster v. Sherman*, 195 Mass. 222, 224-25 (1907). *See also Bancroft v. Bldg. Comm'r of Boston*, 257 Mass. 82, 84 (1926) ("[W]hen the question is one of public right and the purpose is to procure the performance of a public duty, and no other remedy is open, a petitioner [for a writ of mandamus] need not show that he has any special interest in the result: it is sufficient that as a citizen he is interested in the due execution of the laws.").

5.   The public duty that Defendants refuse to perform and Plaintiffs seek to enforce is sufficiently "clear and unequivocal," *Perella v. Massachusetts Turnpike Authy.*, 55 Mass. App. Ct. 537, 540 (2002), for standing under the public right doctrine. The duty was explicitly created by statute and regulations, and its enforcement has been delegated to Plaintiffs by the Massachusetts Board of Elementary and Secondary Education. *See* G.L. c. 76, § 5; 603 Code Mass. Regs. 26.05(1&2); *see also* 603 Code Mass. Regs. 26.09(1).

6.   Plaintiffs thus have standing to seek an order in the nature of a writ of mandamus by virtue of their Massachusetts residence, as "private parties who are legitimately concerned in the performance by public officers of a public duty," *Quinn v. School Comm. of Plymouth*, 332 Mass. 410, 413 (1955), *quoting Cape Cod Steamship Co. v. Selectmen of Provincetown*, 295 Mass. 65, 69 (1936).

7.   Plaintiffs have standing under the Religion Clauses of the First Amendment to the U.S. Constitution, applied to the states by the Fourteenth Amendment, as City of Newton taxpayers whose monies pay for $199,753,146 (data from 2017) in direct expenditures by

the City of Newton on municipal contributions to NPS (comprising 81% of the NPS budget), where the tax monies are being used to illegally subsidize the teaching of religion.

8.  Defendant City of Newton School Committee ("School Committee") is a department of the City of Newton operating under Commonwealth laws pertaining to education and under regulations of the Massachusetts Board of Elementary and Secondary Education.

9.  Defendant Ruth Goldman ("Goldman") is the Chairperson of the City of the School Committee. She is sued in her official capacity.

10. Defendant David Fleishman ("Fleishman") is the Superintendent of the City of Newton Public Schools ("NPS"). He is sued in his official capacity.

11. Defendant Henry Turner ("Turner") is the Principal of Newton North High School ("North"), a comprehensive high school that is part of Newton Public Schools. He is sued in his official capacity.

12. Defendant Joel Stembridge ("Stembridge") is the Principal of Newton South High School ("South").  He is sued in his official capacity.

13. Defendant Jonathan Bassett ("Bassett") is a history teacher and Chair of the History and Social Sciences Department at North. He is sued in his official capacity.

14. Defendant Jennifer Morrill ('Morrill") is a history teacher and Chair of the History Department South. She is sued in her official capacity.

15. Defendant David Z. Bedar ("Bedar") is a history teacher at North. He is sued in his official capacity.

16.  Defendant Jaimie Rinaldi ("Rinaldi") is a history teacher at South.  He is sued in his official capacity.

17. Defendant Susan Wilkins ("Wilkins") is a history teacher at North. She is sued in her official capacity.

18. Defendant Paul Estin ("Estin") is a history teacher at South. He is sued in his official capacity.

19. All defendants together are collectively referred to as "Defendants."

20. Defendants have a mandatory, non-discretionary and affirmative duty to the Plaintiff Massachusetts-domiciled citizens and to the public under G.L. c. 76, § 5, which requires that "[n]o person shall be excluded from or discriminated against in admission to a public school of any town, or in obtaining the advantages, privileges and courses of study of such public school on account of race, color, sex, gender identity, religion, national origin or sexual orientation."

21. Defendants have a mandatory, non-discretionary and affirmative duty to the Plaintiff Massachusetts-domiciled citizens and the public under 605 Mass. Code Regs. 26.05(1), which requires that "[a]ll public school systems shall, through their curricula, encourage respect for the human and civil rights of all individuals regardless of race, color, sex, gender identity, religion, national origin or sexual orientation."

22. Defendants School Committee and Goldman have a mandatory, non-discretionary and affirmative duty to the Plaintiff Massachusetts-domiciled citizens and to the public under G.L. c. 71, § 37, which requires that "[t]he school committee in each city and town . . . shall establish educational goals and policies for the schools in the district consistent with the requirements of law and statewide goals and standards established by the board of education.

23. Defendant Fleishman has a mandatory, non-discretionary and affirmative duty to the Plaintiff Massachusetts-domiciled citizens and to the public under G.L. c. 71, § 59, which requires that a school superintendent "shall manage the [school] system in a fashion consistent with state law and the policy determinations of [his or her] school committee."

24. Defendants Turner and Stembridge have a mandatory, non-discretionary and affirmative duty to the Plaintiff Massachusetts-domiciled citizens and to the public under G.L. c. 71 § 59B, which requires that "[p]rincipals employed [by the superintendent of a school district] shall be the educational administrators and managers of their schools and shall supervise the operation and management of their schools and school property, subject to the supervision and direction of the superintendent," and that "[i]t shall be the responsibility of the principal in consultation with professional staff of the building to promote participatory decision making among all professional staff for the purpose of developing educational policy."

25. Defendants Bassett, Morrill, Bedar, and Rinaldi have a mandatory, non-discretionary and affirmative duty to the Plaintiff Massachusetts-domiciled citizens and to the public under 603 Mass. Code Regs. 26.05(2), which requires that "[t]eachers shall review all instructional and educational materials for simplistic and demeaning generalizations, lacking intellectual merit, on the basis of race, color, sex, gender identity, religion, national origin or sexual orientation. Appropriate activities, discussions and/or supplementary materials shall be used to provide balance and context for any such stereotypes depicted in such materials."

26. Defendants' refusal to exercise those mandatory, non-discretionary public duties directly and irreparably harms the Plaintiff Massachusetts-domiciled citizens, and the public.

## LEGAL BACKGROUND

### The Massachusetts Education Reform Act of 1993

27. The Massachusetts Education Reform Act of 1993 ("MERA") "established high standards and required more accountability across the entire education system" of the Commonwealth. MITCHELL D. CHESTER, COMM'R, MASS. DEPT. OF ELEMENTARY AND SECONDARY EDUC., BUILDING ON 20 YEARS OF MASSACHUSETTS EDUCATION REFORM 1 (2014).

28. As codified in the General Laws, the Legislature's paramount goal in enacting MERA was "to provide a public education system of sufficient quality to extend to all children . . . opportunity to reach their full potential and to lead lives as participants in the political and social life of the commonwealth and as contributors to its economy." G.L. c. 69, § 1. The intent of the new legislation was to ensure, inter alia, "that each public school classroom provides the conditions for all pupils to engage fully in learning as an inherently meaningful and enjoyable activity without threats to their sense of security or self-esteem," and to create "an effective mechanism for monitoring progress toward those goals and for holding educators accountable for their achievement." *Id.*

29. MERA mandated that each city and town of the Commonwealth establish a school committee, hire a superintendent to manage the entire school system, and employ principals to manage each individual school or joint schools. Contained primarily within G.L. c. 71, this statutory scheme created a nested chain of accountability – from the school committee on down to the individual teacher – to Massachusetts education laws and to the goals, policies, and standards established by the Massachusetts Board of Elementary and Secondary Education under G.L. c. 69, § 1B.

30. For the Massachusetts Board of Elementary and Secondary Education ("BESE"), G.L. c. 69, § 1B creates a statutory nondiscretionary and public duty requiring that it "shall establish

policies relative to the education of students in public early childhood, elementary, secondary and vocational-technical schools."

31. For Massachusetts city and town school committees, G.L. c. 71, § 37 creates a statutory nondiscretionary and public duty requiring that they "shall establish educational goals and policies for the schools in the[ir school] district consistent with the requirements of law and statewide goals and standards established by the board of education;" and G.L. c. 71 § 59 creates a statutory nondiscretionary and public duty requiring that they "shall employ a superintendent of schools and fix his compensation."

32. For all Massachusetts city and town school superintendents, G.L. c. 71 § 59 creates a statutory nondiscretionary and public duty requiring that they "shall manage the [school] system in a fashion consistent with state law. . . ," and G.L. c. 71 § 59B creates a statutory nondiscretionary and public duty requiring that they "shall appoint principals for each public school within the district. . ."

33. For Massachusetts public school principals, G.L. c. 71 § 59B creates a statutory nondiscretionary and public duty requiring that they "shall be the educational administrators and managers of their schools and shall supervise the operation and management of their schools and school property, subject to the supervision and direction of the superintendent;" as well as that they "shall be responsible, consistent with district personnel policies and budgetary restrictions and subject to the approval of the superintendent, for hiring all teachers, athletic coaches, instructional or administrative aides and other personnel assigned to the school and for terminating all such personnel, subject to review and prior approval by the superintendent. . ."

**Massachusetts Student Anti-Discrimination Law**

34. For all Massachusetts public school officials, the Massachusetts Student Anti-Discrimination Act, as codified in G.L. c. 76, § 5, creates a statutory nondiscretionary and public duty requiring that "[n]o person shall be excluded from or discriminated against in admission to a public school of any town, or in obtaining the advantages, privileges and courses of study of such public school on account of race, color, sex, gender identity, religion, national origin or sexual orientation."

35. Under the regulatory authority of G.L. c. 76, § 5; G.L. c. 69, § 1B of MERA; and G.L. c. 30A of the Massachusetts Administrative Procedure Act ("MAPA"), BESE has issued regulations on access to equal educational opportunity, codified as 603 Code Mass. Regs. 26.00 and most recently amended in 2012.

36. As part of these regulations, 603 Code Mass. Regs. 26.05 creates additional regulatory nondiscretionary and public duties on public school systems and individual teachers to ensure that public school curricular materials comply with the purpose of the Student Anti-Discrimination Act, G.L c. 76, § 5.

37. From public school systems, 603 Code Mass. Regs. 26.05(1) requires that they "shall, through their curricula, encourage respect for the human and civil rights of all individuals regardless of race, color, sex, gender identity, religion, national origin or sexual orientation."

38. From public school teachers, 603 Code Mass. Regs. 26.05(2) requires that they "shall review all instructional and educational materials for simplistic and demeaning generalizations, lacking intellectual merit, on the basis of race, color, sex, gender identity, religion, national origin or sexual orientation. Appropriate activities, discussions and/or supplementary materials shall be used to provide balance and context for any such stereotypes depicted in such materials."

39. In 603 Code Mass. Regs. 26.09(1), BESE delegated enforcement of the duties created by

G.L. c. 76, § 5, and, implicitly, by the regulations deriving authority from G.L. c. 76, § 5, to

private individuals, such as the Plaintiffs, affected by the refusal of public school officials to

perform the duty. ("Nothing in 603 CMR 26.00 shall abridge or in any way limit the right of

a parent, guardian, or person affected to seek enforcement of M.G.L. c. 76, § 5 in any court

or administrative agency of competent jurisdiction.")

40. Plaintiffs seek an order from the Court in the nature of a writ of mandamus to enforce the

nondiscretionary duties created by the mandatory ("shall") language of 603 Code Mass.

Regs. 26.05(1 & 2)  –  duties that themselves arise from a nested chain of duties created by

the constitutional, anti-discrimination, and education laws of the Commonwealth.

### The Equal Rights Amendment

41. In 1976, Commonwealth voters approved the legislatively-referred Massachusetts Equal

Rights Amendment. As codified, Article 106 of the Amendments to the Massachusetts

Constitution, guarantees that "[e]quality under the law shall not be denied or abridged

because of sex, race, color, creed or national origin."

42. The Supreme Judicial Court ("SJC") has ruled that the level of protection against

discrimination created by the Massachusetts Equal Rights Amendment in the context of

public school education is on par with that provided by the Massachusetts Student Anti-

Discrimination Act, G.L. c. 76, § 5, adding thereto the constitutional preemption and the

strict scrutiny standard. *See Opinion of Justices to House of Representatives,* 374 Mass. 836,

838-42 (1977) (applying a strict scrutiny standard in an advisory opinion that Art. 106

would be violated by proposed legislation amending G.L. c. 76 § 5 to give public schools

the option to bar male and female students from playing jointly the sports of football and

wrestling); *Attorney Gen. v. Mass. Interscholastic Athletic Ass'n*, 378 Mass. 342, 349-53

(1979) (striking down a private corporation's rule that "no boy may play on a girls'" team,

as impressed upon and carried out by public schools under school committee jurisdiction).

According to the SJC, "With the passage of [the Equal Rights Amendment], our

constitutional law has caught up to § 5," and "the statute equates with ERA" on the subject

of discrimination in public school education. The Massachusetts Constitution therefore

creates an additional constitutional duty not to discriminate against Israeli and Jewish

students in education, a duty which all Defendants are required to perform, with a strict

scrutiny standard applied to review of their performance. *Id.*, at n. 5.

### Order in the Nature of a Writ of Mandamus

43. It is a general principle of law in the Commonwealth that "mandamus properly lies to

compel a public official charged by statute with a duty to act, . . . to perform that duty if he

has failed or refused to do so or has done so in a manner contrary to statutory authority. . ."

*Lynch v. Police Comm'r*, 43 Mass. App. Ct. 107, 109 (1997). *See also Anzalone v. Admin.*

*Office of the Trial Court*, 457 Mass. 647, 655 (2010) ("The petition [in the nature of a writ

of mandamus] may be brought by an individual or group of citizens to 'enforce a public

duty of interest to citizens generally.'"), *quoting Nickols v. Comm'rs of Middlesex Cty.*, 341

Mass. 13, 18 (1960). The Supreme Judicial Court has previously granted relief in the nature

of mandamus to remedy discrimination in education, and to enforce a G.L. c. 76 anti-

discrimination provision analogous to § 5. *See Quinn v. Quinn v. School Committee of*

*Plymouth*, 332 Mass. 410, 413 (1955).

44. While Defendants have broad discretion in how they "through their curricula, encourage

respect for the human and civil rights of" Jews and Israelis, the requirement imposed by

BESE is that there be no discrimination against Jews and Israelis in what the school system, in its discretion, decides to put into its curricula.

45. Although the teacher Defendants may have broad discretion in how they "review all instructional and educational materials for simplistic and demeaning generalizations, lacking intellectual merit" against Jews and Israelis; and in how they use "appropriate activities, discussions and/or supplementary materials . . . to provide balance and context for any such stereotypes depicted in such materials," the requirement imposed by BESE is that the teachers *shall* 1) review and 2) provide balance and context for stereotypes and generalizations against Jews and Israelis.

46. Defendants have failed and refused to carry out these mandatory requirements, which failure is not within their discretion.  While they can choose how to act, they cannot choose not to act. *See, e.g.*, *Lynch v. Police Comm'r*, 43 Mass. App. Ct. 107, 111 ("The commissioner's broad discretion must nonetheless be exercised to effectuate the purposes of the statute.") *See also Bd. of Health v. Sousa*, 338 Mass. 547, 553 (1959) ("Complete inaction may be as arbitrary as affirmative action. To be sure, a board which does not act promptly may be compelled to act by mandamus."), *citing* G. L. c. 249, § 5.

**No Adequate Alternative Remedies to Mandamus**

47. Although two potential statutory remedies for a school system's violation of G.L. c. 76, § 5 and 603 Mass. Code Regs. 26.05(1 & 2) exist, neither remedy is available to plaintiffs.

48. The first remedy is a private right of action in tort for pupils and parents of pupils who had "been refused admission to or excluded from the public schools or from the advantages, privileges and courses of study of such public schools . . . unlawfully. . ." G.L. c. 76, § 16. However, Plaintiffs are not parents or pupils of Newton Public Schools. Moreover, this

private right of action does not explicitly extend to the enforcement of the 603 Mass. Code Regs. 26.05(1&2) duties to encourage respect for the human and civil rights of Jews and Israelis in school curricula, as well as to review such curricula and provide balance and context for stereotypes and generalizations of Jews and Israelis. G.L. c. 76, § 16.

49. The second remedy for the violation of G.L. c. 76, § 5 and 603 Mass. Code Regs. 26.05(1&2) is through administrative action by BESE under the authority of G.L. c. 69, § 1B, which provides that "[t]he board shall see to it that all school committees comply with all laws relating to the operation of the public schools and in the event of noncompliance the commissioner of education shall refer all such cases to the attorney general for appropriate action to obtain compliance. But BESE has explicitly delegated enforcement of the student anti-discrimination statute, G.L. c. 76, § 5, and, it follows, the regulations issued under that statute's authority, to private individuals, such as the Plaintiffs, affected by the refusal of public school officials to perform the duty. Specifically, the private right of action created in 603 Code Mass. Regs. 26.09(1), states that "[n]othing in 603 CMR 26.00 [(the set of regulations dealing with 'access to equal educational opportunity')] shall abridge or in any way limit the right of a parent, guardian, or person affected to seek enforcement of M.G.L. c. 76, § 5 in any court or administrative agency of competent jurisdiction." 603 Code Mass. Regs. 26.09(1).

50. Mandamus standing under the public right doctrine developed over the legal history of the Commonwealth specifically so that "a public duty not due to the government as such" may be enforced "without the intervention of the attorney general" by "any private person." *See Brewster v. Sherman*, 195 Mass. 222, 224-225 (1907), *citing Warren v. Mayor & Aldermen of Charlestown*, 2 Gray, 84 (1854); *Larcom v. Olin*, 160 Mass. 102, 110 (1893).

**The Establishment and Free Exercise Clauses in Public Secondary Schools**

51. The U.S. Constitution is the supreme law of the land. The First Amendment to the U.S.
Constitution provides for freedom of religion in its Establishment and Free Exercise
Clauses. (Collectively, the "Religion Clauses.") U.S. Const. amend. I ("Congress shall make
no law respecting an establishment of religion, or prohibiting the free exercise thereof. . .").
States are bound by the Religion Clauses via the Fourteenth Amendment of the U.S.
Constitution. *See Cantwell v. Connecticut*, 310 U.S. 296, 303 (1940).

52. According to the U.S. Supreme Court, "[t]he vigilant protection of constitutional freedoms
is nowhere more vital than in the community of American schools." *Shelton v. Tucker*, 364
U.S. 479, 487 (1960). The Court is particularly vigilant in monitoring compliance with the
Religion Clauses in public elementary and secondary education because:

> Families entrust public schools with the education of their children, but condition
> their trust on the understanding that the classroom will not purposely be used to
> advance religious views that may conflict with the private beliefs of the student
> and his or her family. Students in such institutions are impressionable and their
> attendance is involuntary. The State exerts great authority and coercive power
> through mandatory attendance requirements, and because of the students'
> emulation of teachers as role models and the children's susceptibility to peer
> pressure. Furthermore, the public school is at once the symbol of our democracy
> and the most pervasive means for promoting our common destiny. In no activity
> of the State is it more vital to keep out divisive forces than in its schools. *Edwards
> v. Aguillard*, 482 U.S. 578, 583-584 (1987) (citations omitted) (internal quotation
> marks omitted).

53. Outside of the land use and institutionalized person context, *state* government actions that
have the potential to burden the free exercise of religion are reviewed for violation of the
Free Exercise Clause under the standards set out in *Employment Div. v. Smith*, 494 U.S. 872,
877 (1990), quoted here in relevant part:

> The free exercise of religion means, first and foremost, the right to believe and profess whatever religious doctrine one desires. Thus, the First Amendment obviously excludes all "governmental regulation of religious beliefs as such." *Sherbert v. Verner*, [374 U.S. 398,] 402 [(1963)]. The government may not compel affirmation of religious belief, *see Torcaso v. Watkins*, 367 U.S. 488 (1961), . . . or lend its power to one or the other side in controversies over religious authority or dogma, *see Presbyterian Church in U. S. v. Mary Elizabeth Blue Hull Memorial Presbyterian Church*, 393 U.S. 440, 445-452 (1969); *Kedroff v. St. Nicholas Cathedral*, 344 U.S. 94, 95-119 (1952); *Serbian Eastern Orthodox Diocese v. Milivojevich*, 426 U.S. 696, 708-725 (1976).

54.   The Establishment Clause standard for state government actions that tend to establish an

officially-favored religion is much more stringent. According to the U.S. Supreme Court in

the public school prayer case *Engel* v. *Vitale*, 370 U.S. 421, 430-431 (1962):

> The Establishment Clause, unlike the Free Exercise Clause, does not depend upon any showing of direct governmental compulsion and is violated by the enactment of laws which establish an official religion whether those laws operate directly to coerce nonobserving individuals or not. . . . Its first and most immediate purpose rested on the belief that a union of government and religion tends to destroy government and to degrade religion. The history of governmentally established religion, both in England and in this country, showed that whenever government had allied itself with one particular form of religion, the inevitable result had been that it had incurred the hatred, disrespect and even contempt of those who held contrary beliefs.

55.   More recently, in another school prayer case, *Lee* v. *Weisman*, 505 U.S. 577, 591-592

(1992) (citations omitted), the Supreme Court pointed out the unique historical background

of the Establishment Clause:

> The Free Exercise Clause embraces a freedom of conscience and worship that has close parallels in the speech provisions of the First Amendment, but the Establishment Clause is a specific prohibition on forms of state intervention in religious affairs with no precise counterpart in the speech provisions. The explanation lies in the lesson of history that was and is the inspiration for the Establishment Clause, the lesson that in the hands of government what might begin as a tolerant expression of religious views may end in a policy to indoctrinate and coerce.

56.   Noting that "political division along religious lines was one of the principal evils against

which the First Amendment was intended to protect," the Supreme Court set out the so-

called "Lemon Test" used to scrutinize both state and federal government actions for violation of the Establishment Clause. *See Lemon* v. *Kurtzman*, 403 U.S. 602, 612-13, 622 (1971). All three prongs must be met for a government action to be valid under the Establishment Clause:

  a. The government action must have a secular purpose;

  b. The government action's principal or primary effect must be one that neither advances nor inhibits religion;

  c. The government action must not foster an excessive government entanglement with religion. *See id*.

57. Within the public school context, the U.S. Supreme Court has applied the Lemon Test to various religious activities, including the specific activities at issue in how Defendants Moore and Estin teach about the religion of Islam in their ninth grade world history classes at North and South:

  a. Student participation in school prayer.

  b. Use of religious scriptural texts in the classroom.

  c. Teaching religious dogma as fact.

58. In *Lee v. Weisman*, 505 U.S. 577 (1992), the U.S. Supreme Court struck down a Providence, R.I. School Committee policy that allowed religious invocations by members of the clergy at middle and high school graduation ceremonies, for violating the second prong of the Lemon Test "to the point of creating a state-sponsored and state-directed religious exercise in a public school. *Id.* at 587.

59. The Court insisted that prayer exercises in public schools, however voluntary or however inclusive they may be, are highly likely to result in division and coercion:

> "The potential for divisiveness is of particular relevance [when] it centers [on] an overt religious exercise in a secondary school environment where . . . subtle coercive pressures exist and where the student had no real alternative which would have allowed her to avoid the fact or appearance of participation." *Lee v. Weisman*, 505 U.S. 577, 588 (1992).

60. Students did not actually have to pray along with the invocation, and were not directly coerced into participating in the ceremony through, for example, the threat of receiving a poor grade. Nevertheless, the Court noted at length the particular vulnerabilities of high school students, due to their age and the school environment, of indirect coercion. This coercion can be every bit as real as getting an F for refusing to pray as part of a classroom assignment. According to the Court:

> prayer exercises in public schools carry a particular risk of indirect coercion. The concern may not be limited to the context of schools, but it is most pronounced there. What to most believers may seem nothing more than a reasonable request that the nonbeliever respect their religious practices, in a school context may appear to the nonbeliever or dissenter to be an attempt to employ the machinery of the State to enforce a religious orthodoxy.

> We need not look beyond the circumstances of this case to see the phenomenon at work. The undeniable fact is that the school district's supervision and control of a high school graduation ceremony places public pressure, as well as peer pressure, on attending students to stand as a group or, at least, maintain respectful silence during the invocation and benediction. This pressure, though subtle and indirect, can be as real as any overt compulsion. Of course, in our culture standing or remaining silent can signify adherence to a view or simple respect for the views of others. And no doubt some persons who have no desire to join a prayer have little objection to standing as a sign of respect for those who do. But for the dissenter of high school age, who has a reasonable perception that she is being forced by the State to pray in a manner her conscience will not allow, the injury is no less real.

> . . .

> Finding no violation under these circumstances would place objectors in the dilemma of participating, with all that implies, or protesting. We do not address whether that choice is acceptable if the affected citizens are mature adults, but we think the State may not, consistent with the Establishment Clause, place primary and secondary school children in this position. Research in psychology supports the common assumption that adolescents are often susceptible to pressure from their peers towards conformity, and that the influence is strongest in matters of social convention. To recognize that the choice imposed by the State constitutes

an unacceptable constraint only acknowledges that the government may no more use social pressure to enforce orthodoxy than it may use more direct means. *Lee v. Weisman*, 505 U.S. 577, 592-594 (1992).

61. In *Sch. Dist. of Abington Twp. v. Schempp*, 374 U.S. 203 (1963), the U.S. Supreme Court struck down voluntary public school readings from the Christian Bible and the voluntary recitation of Christianity's "Lord's Prayer." "Surely the place of the Bible as an instrument of religion cannot be gainsaid," the Court noted in its opinion. *Id.* at 224. It also noted the testimony of an expert witness, "that portions of the New Testament were offensive to Jewish tradition and that, from the standpoint of Jewish faith, the concept of Jesus Christ as the Son of God was 'practically blasphemous.'" *Id.* at 209. The expert witness also "cited instances in the New Testament which, assertedly, were not only sectarian in nature but tended to bring the Jews into ridicule or scorn." *Id.*

62. In *Stone v. Graham*, 449 U.S. 39, 39 (1980), the U.S. Supreme Court struck down, under the first prong of the Lemon Test, a Kentucky statutory requirement that copies of the Ten Commandments, derived from the Old Testament, be posted in the state's public school classrooms. The Kentucky legislature had explained the secular purpose of the statute: "The secular application of the Ten Commandments is clearly seen in its adoption as the fundamental legal code of Western Civilization and the Common Law of the United States." *Id.* at 41. Nevertheless, the Court found that:

> The pre-eminent purpose for posting the Ten Commandments on schoolroom walls is plainly religious in nature. The Ten Commandments are undeniably a sacred text in the Jewish and Christian faiths, and no legislative recitation of a supposed secular purpose can blind us to that fact. The Commandments do not confine themselves to arguably secular matters, such as honoring one's parents, killing or murder,  adultery, stealing, false witness, and covetousness. Rather, the first part of the Commandments concerns the religious duties of believers: worshipping the Lord God alone, avoiding idolatry, not using the Lord's name in vain, and observing the Sabbath Day. *Id.* at 41-42 (citations omitted).

63. Neither did the Court find it "significant that the Bible verses involved in this case are merely posted on the wall, rather than read aloud as in *Schempp*. . ." *Id.* at 42. According to the Court:

> If the posted copies of the Ten Commandments are to have any effect at all, it will be to induce the schoolchildren to read, meditate upon, perhaps to venerate and obey, the Commandments. However desirable this might be as a matter of private devotion, it is not a permissible state objective under the Establishment Clause. *Id.*

64. In two cases striking down state requirements that either the scientific theory of human evolution shall not be taught, or that it may only be taught on par with the religious belief in creation by a supernatural being, the U.S. Supreme Court held and then reiterated that "the First Amendment does not permit the State to require that teaching and learning must be tailored to the principles or prohibitions of any religious sect or dogma." *Edwards v. Aguillard*, 482 U.S. 578, 591 (1987); *Epperson v. Arkansas*, 393 U.S. 97, 106 (1968).

65. In ruling that an Arkansas criminal statute making it a misdemeanor for public school teachers to teach the theory of human evolution, the Court stated that "the First Amendment 'does not tolerate laws that cast a pall of orthodoxy over the classroom.'" *Epperson v. Arkansas*, 393 U.S. 97, 105 (1968) (quoting *Keyishian v. Board of Regents*, 385 U.S. 589, 603 (1967)).

66. Specifically, public schools may not use the Bible as a source of, or confirmation for, religious dogma in preference to objective science:

> While study of religions and of the Bible from a literary and historic viewpoint, presented objectively as part of a secular program of education, need not collide with the First Amendment's prohibition, the State may not adopt programs or practices in its public schools or colleges which "aid or oppose" any religion. This prohibition is absolute. It forbids alike the preference of a religious doctrine or the prohibition of theory which is deemed antagonistic to a particular dogma. *Epperson v. Arkansas*, 393 U.S. 97, 106-107 (1968) (citations omitted).

67. The constitutional infirmity of the Arkansas "monkey law," as the Court termed it, was, to

the Court, unmistakable:

> The overriding fact is that Arkansas' law selects from the body of knowledge a
> particular segment which it proscribes for the sole reason that it is deemed to
> conflict with a particular religious doctrine; that is, with a particular interpretation
> of the Book of Genesis by a particular religious group. The antecedents of today's
> decision are many and unmistakable. They are rooted in the foundation soil of our
> Nation. They are fundamental to freedom. Government in our democracy, state
> and national, must be neutral in matters of religious theory, doctrine, and practice.
> It may not be hostile to any religion or to the advocacy of no-religion; and it may
> not aid, foster, or promote one religion or religious theory against another or even
> against the militant opposite. *Id.* at 103-104.

68. The U.S. Supreme Court affirmed the Epperson ruling in striking down a Louisiana statute

that required the teaching of "creation science" to accompany any teaching of the theory of

evolution in Louisiana public schools, reiterating that "there can be no legitimate state

interest in protecting particular religions from scientific views distasteful to them. . ."

*Edwards v. Aguillard*, 482 U.S. 578, 590-591 (1987) (internal quotation marks omitted).

69. The Court struck down the Louisiana statute under the first prong of the Lemon Test,

rejecting the statute's ostensible secular purpose to protect academic freedom:

> The legislative history documents that the Act's primary purpose was to change
> the science curriculum of public schools in order to provide persuasive advantage
> to a particular religious doctrine that rejects the factual basis of evolution in its
> entirety. . . . In this case, the purpose of the Creationism Act was to restructure the
> science curriculum to conform with a particular religious viewpoint. Out of many
> possible science subjects taught in the public schools, the legislature chose to
> affect the teaching of the one scientific theory that historically has been opposed
> by certain religious sects. . . . Because the primary purpose of the Creationism Act
> is to advance a particular religious belief, the Act endorses religion in violation of
> the First Amendment. Edwards v. Aguillard, 482 U.S. 578, 592-93 (1987)

70. The third prong of the Lemon Test was used by the U.S. Supreme Court in Lemon v.

Kurtzman itself to invalidate state education subsidies to religious groups. The Lemon

analysis of entanglement looks at the form of the government's relationship with a religious

entity in light of all the circumstances, including:

    a.   The character and purpose of the religious institutions benefited.

    b.   The nature of the aid provided to the religious institutions.

    c.   The resulting relationship between the government and the religious authority.

    *See Lemon* v. *Kurtzman*, 403 U.S. 602, 615 (1971).

71. At several times in the U.S. Supreme Court's Religion Clauses jurisprudence, the Court has been forced to respond to charges that it is hostile to a particular religion – or to all religions in general. In *County of Allegheny v. ACLU*, 492 U.S. 573, 610 (1989), while ruling the government display of a nativity scene unconstitutional, the Court complained that Justice Kennedy, writing in dissent, "misperceived a respect for religious pluralism, a respect commanded by the Constitution, as hostility or indifference to religion. No misperception could be more antithetical to the values embodied in the Establishment Clause. . . . [N]othing could be further from the truth, and the accusations could be said to be as offensive as they are absurd." *Id.*

72. In the school prayer case *Engel* v. *Vitale*, 370 U.S. 421, 433-434 (1962), the Court complained that: "It has been argued that to apply the Constitution in such a way as to prohibit state laws respecting an establishment of religious services in public schools is to indicate a hostility toward religion or toward prayer. Nothing, of course, could be more wrong. . . . It is neither sacrilegious nor antireligious to say that each separate government in this country should stay out of the business of writing or sanctioning official prayers and leave that purely religious function to the people themselves and to those the people choose to look to for religious guidance." *Engel* v. *Vitale*, 370 U.S. 421, 433-435 (1962)

## **FACTS**

### **Charitable Organizations Involved in Newton School Controversy**

73. Americans for Peace and Tolerance (APT) is a Watertown, Massachusetts-based 501(c)(3) international peace and security charitable organization primarily focused on "promoting peaceful coexistence among people of different religious faiths and ethnic backgrounds in the United States."

74. The Committee for Accuracy in Middle East Reporting in America (CAMERA), founded in 1984, is a Newton, Massachusetts-based 501(c)(3) charitable "media-monitoring, research and membership organization devoted to promoting accurate and balanced coverage of Israel and the Middle East." CAMERA employs Middle East experts to vet and refute simplistic and demeaning generalizations, lacking intellectual merit, about the Jewish people and Israel, specifically focusing on the history and current events of the Arab-Israeli conflict. CAMERA is a member organization of the Jewish Community Relations Council of Boston.

75. Judicial Watch, Inc. is a 501(c)(3) "conservative, non-partisan educational foundation [that] promotes transparency, accountability and integrity in government, politics and the law. Through its educational endeavors, Judicial Watch advocates high standards of ethics and morality in our nation's public life and seeks to ensure that political and judicial officials do not abuse the powers entrusted to them by the American people. Judicial Watch fulfills its educational mission through litigation, investigations and public outreach."

76. The Anti-Defamation League ("ADL") is a 501(c)(3) civil liberties advocacy group with twenty-six offices nationwide, including in New England. The ADL "was founded in 1913 to stop the defamation of the Jewish people and to secure justice and fair treatment to all. Today it is the world's leading organization combating anti-Semitism, exposing hate groups, training law enforcement on hate crimes, developing anti-bias education programs for

students, countering cyber-hate and relentlessly pursuing equal rights for all." Its New England branch is a member organization of the Jewish Community Relations Council of Boston.

77. The Israeli-American Council ("IAC") is a 501(c)(3) leadership development charitable organization, whose "mission is to build an engaged and united Israeli-American community that strengthens the Israeli and Jewish identity of [the Israeli-American community's] next generation, the American-Jewish community and the bond between the peoples of the United States and the State of Israel." Its Boston branch is based in Newton and many IAC members have children in the NPS system. IAC Boston is a member organization of the Jewish Community Relations Council of Boston.

78. The Jewish Community Relations Council of Boston ("JCRC") is a 501(c)(3) charitable community organization that describes itself as the "representative voice of the organized Jewish community in the Greater Boston area."

**NPS High Schools' World History Curriculum**

79. Since 2011, Newton parents, taxpayers, and public interest groups have been publicly expressing their concerns that instructional and educational materials used by teachers in NPS contain simplistic and demeaning generalizations, lacking intellectual merit, on the basis of Israeli national origin and Jewish religion; and that no appropriate activities, discussions and/or supplementary materials are being used to provide balance and context for any such stereotypes depicted in such materials.

80. During 2013 and 2014, APT obtained instructional and educational materials used to teach the history of the Islamic world in ninth-grade world history classes and the Arab-Israel conflict in tenth-grade world history classes at both South and North. The materials were

obtained through a formal public records request, as well as directly and informally from

parents of NPS students (collectively, "2014 APT Production").

81.  During 2014 and 2015, Judicial Watch, through public records requests, also obtained the

instructional and educational materials used by teachers to teach the history of the Islamic

world in ninth-grade world history classes and the history of the Arab-Israel conflict in tenth

grade modern world history classes at both South and North. ("Judicial Watch Production")

82.  Both the 2014 APT Production and the Judicial Watch Production were made available to

CAMERA for analysis. In 2017, CAMERA published a monograph based on the two

productions, entitled *Indoctrinating Our Youth: How a U.S. Public School Curriculum

Skews the Arab-Israeli Conflict and Islam*. The monograph is "a case study of a nationally

prominent public school system whose curriculum was compromised by inaccurate accounts

of the Israeli-Palestinian conflict and simplistic expositions of Islamic culture." The

monograph is annexed hereto as Exhibit A.

83.  The 109-page CAMERA monograph described, in high detail, various problematic Newton

high school instructional and educational materials on the Middle East, concluding:

> The materials used in the unit covering the Israeli-Palestinian conflict consisted
> primarily of items found on the Internet. . . . Many of the materials used to
> address the Israeli-Palestinian conflict were marred by biased historical accounts
> [that] favor fringe perspectives at the expense of mainstream historians and
> include mainly unscholarly sources presenting distorted and incomplete
> information."

84.  For example, one reading assignment obtained in the Judicial Watch Production from the

North ninth-grade world history classes is represented to students as an excerpt "from an

introductory college-level textbook on Islam," thereby indicating to students that the text is

objective. Under this guise of objectivity, however, the assignment, excerpted from the

book, *Islam: The Straight Path*, contains simplistic and demeaning characterizations

disparaging the Christian and Jewish religions as "falsified." A true and accurate copy of

this assignment is annexed hereto as Exhibit B.

85. The text states that "after the falsification of the revelation given to the Jews and the

Christians, God in his mercy sent down His word one final time." The statement is never

qualified as a theological belief, but is presented as fact. "Thus," Newton North ninth-grade

students learn, "Islam is not a new religion with a new Scripture." Instead, "Islam represents

the 'original' as well as the final revelation of the God of Abraham, Moses, Jesus, and

Muhammad," freed of the Judeo-Christian "perversion of Scripture."

86. In some passages the assignment text hedges these attacks on Judaism and Christianity with

qualifiers like "Muslims believe" and "Islam considers," but it then goes on to provide what

seems to be objective academic evidence that these beliefs are based in fact, claiming that:

> Arabic is the sacred language of Islam because, in a very real sense, it is the
> language of God. In contrast to Judaism and Christianity, whose Scriptures were
> not only translated into Greek and Latin at an early date but also disseminated in
> vernacular languages, in Islam Arabic has remained the language of the Quran
> and of religious learning. Until modern times, the Quran was printed only in
> Arabic; it could not be translated in Muslim countries.

87. These simplistic and demeaning characterizations lack intellectual merit. The Jewish book

of scripture, the Torah, was and remains written, read at services, and studied, in Hebrew,

with modern secular scholars dating its first drafts to more than a thousand years before the

Quran was codified. *See, e.g.*, Shira Faigenbaum Golovin et al., *Algorithmic handwriting*

*analysis of Judah's military correspondence sheds light on composition of biblical texts*,

113 Proceedings of the National Academy of Sciences 4664-69, 4664 (2016). The

New Testament was never translated into Greek. It was originally written in Greek. This is a

basic and exhaustively studied historical fact. *See, e.g.*, Andrew W. Pitts, *Greek Word Order*

*and Clause Structure: A Comparative Study of Some New Testament Corpora*, *in* THE LANGUAGE OF THE NEW TESTAMENT: CONTEXT, HISTORY, AND DEVELOPMENT 311-46 (Stanley E. Porter & Andrew Pitts eds., 2013).

88. As for the Quran, it was translated very shortly after it was written – into Persian (in a Muslim country) soon after the birth of Islam in the seventh century, into Greek in the eighth or ninth century, and into Latin in the twelfth. Now one can find it in languages from Albanian to Zulu, and dozens in between. Most Muslims don't even speak Arabic; and hundreds of millions of Muslims primarily understand their religion through their own vernacular. Reading the Quran in their own language does not make them any less Muslim, and many devout Muslims consider translating the Quran into new languages to be a holy task. Indeed, even among the earliest Islamic sources, "[o]ne is hard pressed to find jurists who actually forbade the translation of the Qur'an for the purpose of comprehension or for the propagation of Islam." TRAVIS ZADEH, THE VERNACULAR QUR'AN: TRANSLATION AND THE RISE OF PERSIAN EXEGESIS 51 (2012).

89. No appropriate activities, discussions and/or supplementary materials are used to provide balance and context for the simplistic and demeaning generalizations, lacking intellectual merit, depicted in the *Islam: The Straight Path* excerpt assigned to North students. Instead, based on only these falsehoods, students are asked to explain, in a written assignment, "the relationship between [sic] the Quran, the Torah, and the Bible," and why it is "important that the Quran is not typically translated out of Arabic[.]"

90. The assignment from *Islam: The Straight Path* is a junk history lesson, made up from religious dogma, but misrepresented as an authentic historical narrative. It is comparable to teaching creationism in a class on natural history because the assignment is based on the

tenets of a religious doctrine instead of historical fact. Specifically, the North assignment pushes the Islamic concept of *i'jāz*, or "Quranic inimitability," the theological idea that "the word of God cannot be reproduced by the word of man." *See* James Dickins, *Book Review: Qur'an Translation: Discourse, Texture and Exegesis by Hussein Abdul-Raof*, 32 BRITISH JOURNAL OF MIDDLE EASTERN STUDIES 283-85, 284 (2005).

91. As a result, when it comes to historically-accurate facts about the history of the holy texts of the major world religions, North "selects from the body of knowledge a particular segment which it proscribes for the sole reason that it is deemed to conflict with a particular religious doctrine; that is, with a particular interpretation of the [dates and sources of the Old Testament, the New Testament, and the Quran] by a particular religious group." *Epperson v. Arkansas*, 393 U.S. 97, 106 (1968). A century and a half ago, the U.S. Supreme Court admonished: "The law knows no heresy, and is committed to the support of no dogma, the establishment of no sect." Watson v. Jones, 80 U.S. 679, 728 (1872). This preference of religious doctrine within North's instructional and educational materials violates the Establishment Clause of the U.S. Constitution.

92. The Islamic religious doctrine that the Quran had magically predated the very scriptures from which it quite obviously borrows for its own narrative. is given the imprimatur of an objective academic "college-level textbook" theory by Newton Public Schools, providing a government platform to disparage Judaism and Christianity, and creating potential religious divisiveness, against which the Establishment Clause was meant to guard. *See Lemon* v. *Kurtzman*, 403 U.S. 602, 612-13, 622 (1971).

93. On October 27, 2014, Defendant Wilkins requested and Defendant Bassett approved the assignment from *Islam: The Straight Path* for use by the North "9th grade [history] team,"

as part of the "resources for the Islam unit," together with another assignment described as "quotes from the Qur'an that students are asked to put into their own words." A true and accurate copy of this written approval is annexed hereto as Exhibit C.

94. As the United States Supreme Court ruled in the 1968 "human evolution" case, *Epperson v. Arkansas:*

> While study of religions and of the Bible from a literary and historic viewpoint, presented objectively as part of a secular program of education, need not collide with the First Amendment's prohibition, the State may not adopt programs or practices in its public schools or colleges which "aid or oppose" any religion. This prohibition is absolute. It forbids alike the preference of a religious doctrine or the prohibition of theory which is deemed antagonistic to a particular dogma."
> *Epperson v. Arkansas*, 393 U.S. 97, 106-07 (1968) (internal citations omitted).

95. At South, Defendant Estin is violating both the Establishment and Free Exercise Clauses. The Judicial Watch Production showed that Defendant Estin requires his ninth grade world history students to simulate various Islamic religious practices during an exercise he calls the "Historical Hajj Project." The exercise is also available on the website of the library at South. *See* Paul Estin, *Historical Hajj Project*, NEWTON SOUTH LIBRARY (last accessed Mar. 27, 2019), https://nshslibrary.newton.k12.ma.us/historicalHajj. A true and accurate copy of the assignment as received in the Judicial Watch Production is annexed hereto as Exhibit DDD.

96. Defendant Estin grades his students on how well they "work in groups to simulate a historical hajj (pilgrimage) to Mecca," and on how well they perform the "five pillars" – Islamic rituals that the Oxford Dictionary of Islam defines as "five official acts considered obligatory for all Muslims." A true and accurate copy of Defendant Estin's grading rubric for this assignment is annexed hereto as Exhibit EEE.

97. Defendant Estin's students must pretend to "be part of a group of Muslim pilgrims" from "an Islamic cit[y]" like Jerusalem circa 1000 C.E., completing graded assignments that "represent three of the "five pillars" -Hajj (Pilgrimmage [sic]), Shahada (Faith), and Salaat (Prayer). . ." To simulate Islamic faith, Mr. Estin has his students create artistic banners, on which they're required to write the *Shahada*, or the core testament of the Islamic faith, in English or in Arabic, for presentation in class. The *Shahada* translates into: "There is no god but Allah and Muhammad is the messenger of Allah," and is an integral part of the five Islamic daily prayers. Uttered with conviction, is considered the only act necessary under Islamic law to convert to Sunni Islam. In direct coercion that implicates the Free Exercise Clause, Mr. Estin's grading rubric shows that students lose points if they don't write out this testament of Islamic faith on their banners.

98. Defendant Estin also requires his students to simulate the Islamic pillar of prayer. In doing so, Defendant Estin seems to candidly recognize that he is approaching a forbidden area, telling them that, "[o]wing to the sensitive nature of imitating another's form of prayer, you will not be asked to directly simulate the pillar of Salaat (Prayer)." In Lemon v. Kurtzman, the U.S. Supreme Court held it significant, in determining an Establishment Clause violation has occurred, that defendants had taken precautions "in candid recognition that the programs approached, even if they did not intrude upon, the forbidden areas under the Religion Clauses." *Lemon* v. *Kurtzman*, 403 U.S. 602, 613 (1971).

99. However, what Defendant Estin assigns instead of prayer is no less problematic, requiring instead that students must "show [their] understanding of several religious sayings by reading and analyzing one verse from the Qur'an, and memorizing, reciting, and explaining three proverbs."

100. Among the Quranic verses from which students could choose to analyze are explicitly

Islamic religious messages whose analysis has no secular educational purpose:

> "And certainly We made above you seven heavens; and never are We heedless of
> creation. . . . Certainly We created man in the best make. Then We render him the
> lowest of the low. Except those who believe and do good, so they shall have a
> reward never to be cut off. Then who can give you the lie after (this) about the
> judgment? Is not Allah the best of the Judges? . . . [S]urely Allah knows all
> things. . . . [S]urely Allah is a witness over all things. . . . [S]urely Allah is High,
> Great. . . . [S]urely Allah is Knowing, Aware. . . ."

101. Newton South ninth grade world history students are coerced to perform Quranic exegesis

for a grade. Defendant Estin tells them: "You will be graded on effectiveness of delivery

and quality of analysis." And Defendant Estin is not the only teacher to cross the boundary

from teaching about religion to teaching religion in Newton's public schools. Within the

Newton North and South curricula on Islam obtained by Judicial Watch in the Judicial

Watch Production, several teachers are assigning Quranic verses for students to analyze, and

several different versions of the *hajj* simulation exercise have apparently been adopted by

other teachers from Defendant Estin's original.

102. Like at North, South's tenth grade world history curricula also contain simplistic and

demeaning generalizations based on Israeli national origin and Jewish religion. One

example is a map reading exercise based on a series of four maps used to teach about the

Arab-Israeli conflict. The series of maps falsely represents Israel progressively appropriating

88% of the territory of "Historic Palestine."

103. In October 2013, a series of maps almost identical to the ones used at South was posted on

MBTA billboard advertisements at subway stations across Boston by an anti-Israel political

group. The ADL opposed the use of the maps series in the advertisements as "hurtful and

erroneous," "aimed at delegitimizing Israel," and "intentionally designed to mislead the

public." According the ADL, the maps series "distorts the issues by oversimplifying the

facts surrounding the Israeli-Palestinian conflict," and that the maps "perpetuate a one-sided narrative that appears to delegitimize any Jewish claims to the land of Israel."   A true and accurate copy of this article is annexed hereto as Exhibit D.

104. In 2015, the cable news channel MSNBC apologized for using the same series of maps in a broadcast on the Middle East, saying that "we realized after we went off the air that the maps were not factually accurate, and we regret using them." *MSNBC Live with Kate Snow* (MSNBC television broadcast Oct. 19, 2015), youtu.be/4ugYCxCeZ5k.

105. The series of four maps used by South to teach tenth grade world history was originally created by the Palestine Liberation Organization's (PLO) propaganda unit, the "Negotiations Affairs Department." That source and its propagandistic purpose were concealed from the students. Even worse, a fine print disclaimer under the original maps graphic admitting that the maps are actually "for illustrative purposes only," and that "[b]oundary representations are not authoritative" was deleted from the maps as presented to students. A true and accurate copy of the original maps graphic is annexed hereto as Exhibit E.

106. The PLO maps are only one sheet of a packet of fifteen maps handed out to South students as part of the maps exercise, which is part of the "Israel-Palestine unit" within the South tenth grade world history classes. Most of these maps contain simplistic and demeaning generalizations, lacking intellectual merit, about Israel and the Jewish religion. One of the maps labels the ancient Jewish Quarter in the Old City of Jerusalem as an Israeli settlement in occupied Palestinian territory. No maps or other materials provide balance and context for the stereotypes depicted.  A true and accurate copy of this maps assignment is annexed hereto as Exhibit F.

107. Email communications produced by NPS show that Defendant Rinaldi developed the South "Israel-Palestine unit" and Defendant Bassett adopted the unit for use in North. *See* ¶¶ 148, 150, 173, 174.

108. Instructional and educational materials, as well as email communications produced by NPS in response to a February 21, 2018 public records request by APT have shown that the Israel-Palestine unit continues to be taught at South and North high schools. Among the instructional and educational materials that continue to be used are the maps series and several other biased instructional and educational materials described in Exhibit A (the CAMERA monograph). *See* ¶¶ 147-172.

**Newton North Senior Elective – Middle East, Asia, and Latin America**

109. On May 24, 2018, APT filed a public records request for instructional and educational materials used in teaching on any topic related to Israel and/or the Arab-Israeli conflict in a new course at Newton North called Middle East, Asia, and Latin America ("MEALA"). The course was designed by Defendant Bedar and has been taught by him since the 2016-2017 academic year.

110. CAMERA analyzed the instructional and educational materials produced in response to this request ("the MEALA Production"), and published a report titled "Anti-Israel Indoctrination Continues in Newton Public High School" ("the CAMERA MEALA Report").  According to the CAMERA MEALA Report, "[t]he MEALA course fails to accurately convey the history of the Arab-Israeli conflict. Its omissions and factual errors serve the purpose of favoring the Palestinian narrative over the Zionist account . . . [and] diminish[] the historic Jewish connection to the land [of Israel]."  CAMERA's report is annexed hereto as Exhibit G.

111. Because Zionism is the national movement of the Jewish people in the State of Israel, the MEALA course consists of simplistic and demeaning generalizations based on Israeli national origin and Jewish religion.

112. According to Exhibit G (the CAMERA MEALA Report): "The presentation offers no substantive information on the millennia-old and continuous Jewish presence in the land that explains Zionism's emergence. . . . Stripped of its historical legacy, Zionism is treated as a newcomer, colonial movement with vague claims of an ancient connection to the land."

113. One of the "Essential Questions," that Defendant Bedar requires students in the MEALA course to consider and discuss in the classroom is "What are the pros and cons to the one and two-state solutions?" Students complete classroom debate assignments such as this one:

> U.N. General Assembly discussion seminar.  In your first written assignment, you were asked to develop a solution to the conflict in Palestine as of the year 1947. Now, we're going to revisit that question using our deeper understanding of the more recent history and current events.  Should we have a one or two state solution?

114. A true and accurate copy of this assignment is annexed hereto as Exhibit H.

115. Israel thus becomes the only nation whose continued existence as an independent and sovereign Jewish state is debatable in Newton Public Schools. NPS students of Israeli national origin and Jewish religion are the only ones whose nation and religion are treated in such a fashion in NPS classrooms. Defendant Bedar is thus in direct violation of G.L. c. 76, § 5 and the Equal Rights Amendment to the Massachusetts Constitution. When Defendant Bedar questions whether Israel even has a right to exist, persons of Israeli national origin and Jewish religion are being effectively excluded or discriminated against "in obtaining the advantages, privileges" of Defendant Bedar's MEALA course.

116. As the ADL has written in its fact sheet publication, "Response To Common Inaccuracy:

Bi-National/One-State Solution," about the claim that "a two-state solution for the Israeli-

Palestinian conflict is not feasible and is outdated":

> The proposal of a bi-national state, or a "one-state solution," is nothing less than an indirect attempt to bring about an end to the State of Israel as the national homeland of the Jewish people.
>
> The State of Israel was established out of the nationalist aspirations of the Jewish people and an international recognition of the rights of Jews to a homeland following millennia of persecution. While a Jewish state, Israel's founding principles guarantee equal treatment and protection for all its citizens' – regardless of religion, ethnicity or color.
>
> A bi-national state, in principle and in practice, would mean the ideological end of the Jewish State of Israel and lead to the forsaking of Jewish nationalism and identity, along with its special status as a refuge for Jews fleeing persecution.
>
> Within certain intellectual circles the call for a bi-national Israeli-Palestinian state has gained traction. While couching their arguments in terms of egalitarianism and justice, proponents of a bi-national state are predominantly harsh critics of Israel, and use this proposal as a vehicle to further their advocacy against an independent Jewish state.

117. A true and accurate copy of this ADL publication is annexed hereto as Exhibit I.

118. In adjudicating Title VI complaints, the U.S. Department of Education has recently adopted

the definition of anti-Semitism used by the U.S. Department of State and a thirty-one nation

international organization called the International Holocaust Remembrance Alliance. *See,*

*e.g.*, Press Release, American Jewish Committee, AJC Praises U.S. Education Department

Use of Anti-Semitism Working Definition (Sept. 4, 2018). Defendant Bedar's assigned

debate over the one or two state solution fits squarely within this definition, which includes

"[d]enying the Jewish people their right to self-determination" as one of several

"[c]ontemporary examples of antisemitism." A true and accurate copy of the full definition

is annexed hereto as Exhibit J.

119. MEALA instructional and educational reading materials also contain a variety of simplistic and demeaning generalizations, presented as objective historical facts without balance and context, in violation of 603 Code Mass. Regs. 26.05(2). One example consists of these passages from an assigned portion of a textbook written by two anti-Israel academics and presented by Defendant Bedar as an objective "introductory essay":

> Having little connection to the older Jewish community in Palestine, modern Zionism arose in response to the upsurge of European anti-Semitism and had few roots in the Middle East…
>
> Israel's distrust of its neighbors and the importance ascribed to military concerns extend back even before the state formed. Signals of Arab moderation have met deep suspicion as mere tactical moves or "traps" camouflaging hostile intent. Relentless military policy-immediate armed retaliation and aversion to risky diplomatic initiatives-have not brought peace…
>
> Anguish over the Nazi extermination of six million Jews swung global opinion behind the Zionist cause and away from Arab plight. Arabs could find no compelling reason why the world community believed that Jewish suffering had to be rectified at Palestinian expense.

120. A true and accurate copy of the materials containing these passages is annexed hereto as Exhibit K.

121. Contrary to these simplistic and demeaning generalizations, modern Zionism is rooted in millennia of Jewish history; Israel has quite demonstrably engaged in a variety of risky diplomatic initiatives (including one that resulted in the assassination of its prime minister) while avoiding immediate armed retaliation on multiple occasions; and the claim that Zionists used the Holocaust to swing global opinion behind their cause at the expense of the Palestinians is deeply offensive and widely rejected by Holocaust historians. The Director of the Yad Vashem Libraries at the World Holocaust Remembrance Center in Jerusalem, Dr. Robert Rozett, puts it this way:

Frequently it is asserted that the Palestinians and Arabs are paying for the Holocaust. This claim, however, has no foundation in the historical record. Certainly it is the Jews who paid for the Holocaust with the blood of some six million innocent victims - not the perpetrators, not the bystanders and not Arabs in Palestine or anywhere else.

Alleging that the Palestinians are paying for the Holocaust falsely presupposes that the Jewish tie to the Land of Israel became significant only in the wake of the Nazi attempt to eradicate the Jews. It overlooks the ancient and ceaseless connection of the Jewish people to Israel, and the modern Zionist enterprise that returned an exiled people to their ancestral home.

While facile slogans may be part and parcel of shallow political discourse, they should not have a role in sincere efforts to advance peace in a highly complex region like the Middle East. To foster actual and lasting coexistence, we must strive first to understand the complexities. Without such an understanding, there is no chance whatsoever of developing innovative strategies that nurture peace. Incendiary rhetoric has no role in this process.

A true and accurate copy of Dr. Rozett's article is annexed hereto as Exhibit L.

122. Defendant Bedar's MEALA course materials do not provide any balance, context, or understanding of the complexities of the region to the simplistic and demeaning generalizations based on Israeli national origin and Jewish religion that have been found in large numbers within the MEALA production.

**Newton North Middle East Day**

123. On April 28, 2017, Defendant Bedar approached Defendant Turner "to ask about a possible event about Middle Eastern politics and culture that [redacted] two seniors of mine in the Middle East, Asia, & Latin America elective, would like to put on for the school." Defendant Bedar's students described the instructional and educational purpose of the Middle East Day to Defendant Turner as follows:

While studying the Middle East, we expanded our knowledge on the history of the Islamic religion, the countries in the Middle East like Syria and Saudi Arabia, and the current issues in the region. What we are learning in this class is valuable knowledge that should be shared with the rest of the school community. Before this class I had heard of the Israeli-Palestinian conflict, but I did not know the

history behind it, why the conflict was an issue or to what extreme it was an issue. Now, I understand why there is a disagreement about who the country should belong to. . .

124. It should be noted that only Israeli NPS students are subjected to the simplistic and demeaning generalization that "there is a disagreement about who[m] the[ir] country should belong to." Defendant Turner viewed the plans and replied: "Wow! What a fantastic lineup. You have my support on the topic."  A true and accurate copy of this email exchange is annexed hereto as Exhibit M.

125. The lineup for the first Middle East Day, which took place on May 24, 2017, ("the 2017 Middle East Day") turned out to include two anti-Israel extremists who made simplistic and demeaning generalizations based on Israeli national origin and Jewish religion in their presentations to several classes of North students.

126. One of the individuals who made a presentation during the 2017 Middle East Day was Amahl Bishara, a Tufts University professor and anti-Israel activist. Ms. Bishara is active in the boycott, divestment, and sanctions ("BDS") movement against Israel. According to the ADL, the "predominant drive of the BDS campaign and its leadership is not criticism of policies, but the demonization and delegitimization of Israel.  BDS campaigns promote a biased and simplistic approach to the complex Israeli-Palestinian conflict, and present this dispute over territorial and nationalist claims as the fault of only one party – Israel."

127. In 2014, Ms. Bishara signed a petition in support of Popular Front for the Liberation of Palestine terrorist Rasmea Odeh, who was convicted of a double murder in Israel for her role in a Jerusalem supermarket bombing and deported from the United States for lying about the conviction on her naturalization application.

128. According to a CAMERA report about the 2017 Middle East Day, "Bishara's presentation at the high school reportedly included a hail of radical statements and distorted allegations. Attendees relayed that there was no opportunity for students to challenge or discuss the litany of attacks on Israel." A true and accurate copy of this CAMERA report is annexed hereto as Exhibit N.

129. Indeed, Ms. Bishara was assured, prior to her presentation: "I have faith that by now our students know to respect others options/views/perspectives, and just an FYI it won't be an open mic [for questions,] . . . we will give out note cards for them to write down their questions."  A true and accurate copy of this communication is annexed hereto as Exhibit O.

130. By contrast, at the 2017 Middle East Day, Defendant Bedar allowed anti-Israel students to protest and disrupt a presentation by representatives of the American Israel Public Affairs Committee ("AIPAC"), a pro-Israel organization. The student who invited the AIPAC representatives felt it necessary to apologize for the "disruptive and rude" interruption of their pro-Israel presentation. As a consequence, very little balance and context for the stereotypes depicted by Ms. Bishara was provided during the 2017 Middle East Day. A true and accurate copy of this emailed apology is annexed hereto as Exhibit P.

131. This lack of balance and context can only be characterized as intentional due to Defendant Bedar's bias against the pro-Israel viewpoint, which he appears to consider as propagandistic. Defendant Bedar wrote in a February 19, 2018 email while planning for the 2018 Middle East Day that, "some [Newton North students] may revolt if we invite AIPAC back to propagandize :-)" A true and accurate copy of this email is annexed hereto as Exhibit Q.

132. Indeed, no pro-Israel guests spoke at the following year's Middle East Day at North on May 2, 2018 ("the 2018 Middle East Day") Consequently, no balance or context whatsoever was provided for the stereotypes based on Israeli national origin and Jewish religion depicted in a presentation at the 2018 Middle East Day by a representative of the Boston Palestine Film Festival ("BPFF"). BPFF is headed by Ali Abunimah, the purveyor of the anti-Semitic website, Electronic Intifada, and is funded by Ali Abunimah's Middle East Charitable and Cultural Society ("MECCS"). (Intifada is the term for Palestinian violence and terror attacks against Israel.)

133. The Jewish Daily Forward has called Abunimah, "the rock star of the Boycott Israel Movement, who is trying to start an "Electronic Intifada" on American college campuses." Ali Abunimah and his Electronic Intifada website promote hateful anti-Israel and anti-Semitic positions. Abunimah denies Israel's right to exist, predicts its destruction, and works to promote its destruction through the BDS movement. He says that "coercion is necessary" to destroy Israel and that during this destruction, "we couldn't rule out some disastrous situation" for the Jews. He has called for another Palestinian terror campaign comparable to the 2000-2004 intifada that took over one thousand innocent Israeli civilians' lives. He has written that, "[s]upporting Zionism is not atonement for the Holocaust, but its continuation in spirit." He has also written that, "[i]t's racist to think Jews need a special state and can't live with other people. Aren't they human like the rest of us[?]" Public records requests indicate that the school failed to vet and review the leadership and ideology of Abunimah's BPFF before allowing the organization to present instructional and educational materials at North. A fact sheet on these online statements by Mr. Abunimah is annexed hereto as Exhibit R.

134. During the 2018 Middle East Day at North, the representative for Ali Abunimah's BPFF screened a half-hour-long fictional film called *Ismail* and trailers for two other films. Production of *Ismail* was financed by the Jordanian government. *See* Ismail (Greyscale Films 2013), vimeo.com/63467320.

135. In *Ismail's* opening scenes, actors portraying Palestinian Arab families are shown being driven out of their homes in 1948 by actors portraying Jewish Israeli soldiers. One of the Jewish Israeli soldiers strikes an innocent Palestinian Arab man – the protagonist of the film – in the head with his rifle butt, then points the rifle at a group of sad, frightened people while yelling at them in Hebrew to hurry up along.

136. The BPFF representative also screened a trailer for the Palestinian film *Wajib*. The film is set in the village of Nazareth, which is located within Israel proper, but which is misrepresented in the film as occupied Palestinian territory. The only Jewish character in the film lives in a "settlement," works as an Israeli spy who represses Arabs, and is the primary source of conflict in the film. Israelis are portrayed as caring more about the lives of their dogs than the lives of Palestinians. *See* Wajib (Pyramide International 2017), youtu.be/FBDINbuzQRg.

137. The last trailer screened at the 2018 Middle East Day by the BPFF representative was for the film "The Man Who Stole Banksy," ostensibly about intellectual property theft, but really about brave Palestinian graffiti artists being persecuted by the Israeli army for spreading their "message of peace". The trailer is replete with decontextualized scenes of Israeli violence against Palestinian protesters meant to present Israel in the worst light. *See* The Man Who Stole Banksy (Geomovies 2017), youtu.be/Z1GwJu_y0Pk. A true and

accurate copy of the North student newspaper article describing the event is annexed hereto as Exhibit S.

138. No balance or context was provided for any of the stereotypes based on Israeli national origin and Jewish religion depicted in these films and other 2018 Middle East Day presentations.

139. In response to an APT public records request, the attorney representing NPS asserted that NPS has no records of any communications by any of its officials or employees with BPFF or MECCS. Likewise, NPS claims that it has no records of any instructional and educational materials presented to North students by BPFF or MECCS. It is thus clear that the BPFF presentation, or any portion thereof, was never reviewed for simplistic and demeaning generalizations based on Israeli national origin and Jewish religion by Defendant Bedar, or by any North teacher before presentation to the students. A true and accurate copy of the NPS attorney's letter stating these claims is annexed hereto as Exhibit T.

140. On July 27, 2018, Robert Trestan, the New England Regional Director of the ADL, and Jeremy Burton, the Executive Director of the JCRC, wrote an open letter to Defendant Fleishman with their concerns about the 2018 Middle East Day:

> [W]hile we recognize the good intentions by which the Middle East Day was initiated, and understand that the original goal was to include speakers who would present diverse views and perspectives, we are disappointed that this important goal was not achieved. In particular, we find it disappointing that instead of showing a film from the Seeds of Peace Organization and coordinating with the "Jewish club" to bring a Middle East studies professor from Brandeis University, as was initially intended according to the correspondence we reviewed, the program as it was finalized included the screening of a film from the Boston Palestine Film Festival, and no outside speaker to present on the Israeli perspective.
>
> A brief internet search and vetting process could have alerted the faculty assisting the team of students that the Boston Palestine Film Festival is a program of the Middle East Charitable and Cultural Society Inc., which also supports the website

Electronic Intifada, a website which regularly publishes anti-Israel and anti-Semitic content, and whose co-founder and executive director Ali Abunimah, is a leading advocate of BDS (boycotts, divestments and sanctions) campaigns which delegitimize Israel's right to exist.

As we have discussed before, we recognize that the Middle East, and the Israeli-Palestinian conflict in particular, is a complex subject to teach. The continuously changing landscape and political situation in the region necessitates using up-to-date materials from scholarly and credible sources when presenting materials to students, and it is critical to ensure that proper context is provided, but of equal importance is the quality and credibility of said materials.

A true and accurate copy of their joint letter is annexed hereto as Exhibit U.

141. Defendant Fleishman did not publicly reply to ADL and JCRC's concerns in this letter.

**Defendants Bassett and Morrill's Refusal to Perform Nondiscretionary Duties Required Under 603 Code Mass. Regs. 26.05(2).**

142. During the preceding year, on June 27, 2017, CAMERA officials wrote to Defendant Fleishman about the then-just-released CAMERA monograph on the NPS world history curriculum. CAMERA's letter cited specific examples of simplistic and demeaning generalizations based on Israeli national origin and Jewish religion that its analysis identified within that curriculum. The CAMERA letter, which accompanied a copy of the CAMERA monograph, concluded by urging NPS to review its instructional and educational materials:

To ensure going forward that all students in Newton's schools are provided the most scholarly, accurate information possible, World History teachers, as well as other subject area teachers and those in charge of the curriculum, need to establish a rigorous policy for selecting and vetting materials taken from the Internet and from teacher workshops.

A true and accurate copy of this letter is annexed hereto as Exhibit V.

143. More than two months later, on September 7, 2017, Defendant Fleishman wrote to Defendants Morrill, Bassett, Turner, and Stembridge in an email, to which he attached the CAMERA letter: "Hi Jen and Jon, I am sorry to bother you with this distraction. Attached is

43

the letter that we received in June. Henry and Joel, we will discuss. Thx."  A true and accurate copy of this email is annexed hereto as Exhibit W.

144. A day later, on September 8, 2017, Defendant Fleishman wrote to Defendants Morrill and Bassett in an email with the subject line "meeting with ADL": "Hi Jen and Jon, I am sorry that your valuable time is being taken by this challenge. I just heard from Matt and we can meet with [ADL New England Regional Director] Robert Trestan and Matt King next Thursday.  A true and accurate copy of this email is annexed hereto as Exhibit X.

145. According to a follow-up letter sent by Mr. Trestan to Defendant Fleishman on October 23, 2017, the meeting with Defendants Fleishman, Morrill, and Bassett was held to discuss "questions [that] continue to be raised about some of the of teaching materials used in the Middle East unit of the World History class taught at the high schools. . ." The Trestan follow-up letter was copied to Jeremy Burton, Executive Director of the JCRC; Rob Leikind, Director of the American Jewish Committee's Boston office; and Barry Shrage, President of Combined Jewish Philanthropies of Boston – all prominent Jewish institutions in New England.

146. According to the Trestan follow-up letter, the meeting had seemingly been productive, with Defendants Bassett and Morrill promising that a process akin to the review and balance duties under 603 Code Mass. Regs. 26.05(2) had already been implemented:

> We were very glad to learn in more detail about the review process through which Newton vets the quality of materials and context of presentations used in the classroom. . . . We were pleased to learn that the District made the determination prior to the 2015-16 school year that the Middle East curriculum should be changed, and therefore the materials and subject were not part of the World History class during the last school year. We understand from our meeting that until a new curriculum is developed, this subject and the previously used materials will not be taught in World History.

A true and accurate copy of this email is annexed hereto as Exhibit Y.

147. Subsequent public records requests revealed that these assurances given to Mr. Trestan by Defendants Fleishman, Morrill, and Bassett had been false.

148. Far from not teaching the Middle East curriculum in the 2016-2017 year, on December 1, 2016, Defendant Bassett wrote in an email addressed to, inter alia, Defendants Fleishman, Turner, and Morrill: "Our tenth grade world history curriculum is expanding to include a unit on the modern Middle East - which will be taught in May [2017]."   A true and accurate copy of this email is annexed hereto as Exhibit Z.

149. Other email communications corroborate the 2016-2017 expansion of the Middle East curriculum, contradicting Defendants Fleishman, Bassett, and Morrill's assurances to Mr. Trestan and the ADL. On May 3, 2016, Newton North history teacher John Fitzgerald wrote to Defendant Bassett:

> Hi John, The [Newton North] 10th grade [world history] team would be interested in two days for three people sometime after [Defendant] Jamie [Rinaldi] and I have completed the Primary source course [on the modern Middle East] *so that we can finalize the ME Unit for next year's roll out.* (emphasis supplied).

A true and accurate copy of this email is annexed hereto as Exhibit AA.

150. On May 9, 2016, Defendant Bassett wrote to Defendant Morrill:

> Jen: My tenth grade team has been trying valiantly to get [Defendant] Jamie Rinaldi to come to a meeting to share South's Israel-Palestine unit, which we are hoping to incorporate into our Middle East unit in tenth grade.

A true and accurate copy of this email is annexed hereto as Exhibit BB.

151. Indeed, while Defendant Bassett promised that the biased Middle East curriculum would be changed, he was saying something else entirely to Newton North history teachers. Shortly after ADL sent Defendant Fleishman the follow-up letter on October 23, 2017, Defendant

Bassett wrote to the Newton North history department faculty about the curriculum

controversy:

> Dear Esteemed Colleagues:
>
> There has been an op-ed, an article, and some letters in the Tab, and on Wednesday night there was a city council committee hearing about the history curriculum in NPS. Here's what I want you to know about all of this:
>
> *You should not change a thing in your teaching. Keep doing what you do, and ignore the noise*. We continue to enjoy the full confidence and support of our Superintendent, School Committee, City Council, and public (emphasis supplied).
>
> Thank you for all your excellent work!

A true and accurate copy of this email is annexed hereto as Exhibit CC.

152. Not only has Defendant Bassett himself refused to perform the nondiscretionary duties required under 603 Code Mass. Regs. 26.05(2), but he, as department chair, also instructed all the teachers in the Newton North history department to refuse to perform these duties as well.

153. Instructional and educational materials produced in response to a February 21, 2018 public records request by APT revealed that the "Israel-Palestine unit" continued to be taught at both North and South during the 2016-2017 school year with many of the same problematic materials, even as Defendants Fleishman, Morrill, and Bassett assured the ADL that this wasn't the case.

154. Defendant Morrill's email communications reveal that she also had no plans to review the Israel-Palestine unit for simplistic and demeaning generalizations based on Israeli national origin and Jewish religion, or to have her teachers do so. In a February 27, 2018 email, in which she asked South teachers to compile instructional and educational materials

responsive to the February 21, 2018 public records request by APT, Defendant Morrill

wrote:

> The work several of you did to develop the I/P [Israel-Palestine] unit was
> excellent and *we are not going to step away* from teaching students to understand
> complex events from multiple perspectives. This latest FOIA request only
> underscores for me that it is well worth our time to revise the unit so it is more in
> keeping with current events and to *continue all teaching the I/P [Israel-Palestine]
> unit with the same thoughtfully chosen materials.* As always, thank you for your
> excellent work on behalf of our students! (emphasis supplied).

A true and accurate copy of this email is annexed hereto as Exhibit DD.

155. On April 4, 2018, the *Boston Jewish Advocate* newspaper reported that the February 21,

2018 public records request by APT once again revealed anti-Israel bias in the Newton

South curriculum, and that this "[r]evelation contradicts superintendent's assurances." A

true and accurate copy of this article is annexed hereto as Exhibit EE.

156. On the same day, Defendant Fleishman forwarded the *Boston Jewish Advocate* article in an

email to Defendant Morrill, with the message: "Hi Jen, So sorry to forward this to you but I

figured I would give you a heads up in case you get questions." Defendant Morrill

proceeded to draft an explanatory statement regarding the contradiction, which she asked

Defendants Fleishman and Bassett to review. Defendant Fleishman suggested that she add a

paragraph stating that the decision to revamp the unit was due to a need to *update the unit -

not because it was in any way biased or false.* A true and accurate copy of these emails is

annexed hereto as Exhibit FF.

157. The statements by Defendants quoted in ¶¶ 147-155 explicitly and intentionally reject the

nondiscretionary duties under 603 Code Mass. Regs. 26.05(2) to review the tenth grade

world history Middle East curriculum for simplistic and demeaning generalizations, lacking

intellectual merit, on the basis of Israeli national origin and Jewish religion, and to provide

balance and context for any such stereotypes depicted in such materials. Instead, Defendants Morrill and Bassett instruct their history teachers to "continue all teaching the I/P [Israel-Palestine] unit with the same thoughtfully chosen materials," and to "*not change a thing in your teaching.*" Meanwhile, Defendant Fleishman insists that "the decision to revamp the unit was due to a need to update not because it was in any way biased," making it likely that, contrary to his statements to the ADL, no review for anti-Israel and anti-Semitic bias was ever even contemplated.

158. On February 9, 2018, in response to an inquiry from a retired Newton North teacher about a protest by members of the Newton Jewish community against the Newton world history curriculum to take place on February 12 at the city council, Defendant Bassett wrote:

> This is the same tired crapola that a bunch of Islamophobic folks have been pushing  for some years now: "The history curriculum is anti-semitic." I don't have time to give you the full run-down but suffice to say:
> Their claims that our curriculum materials are anti-Israel are false.
> Their claims that NPS hides curriculum are false.

A true and accurate copy of this email is annexed hereto as Exhibit GG.

159. But, contrary to the statement he made in this email, Defendant Bassett in fact *did* try to hide Newton North's Arab-Israeli conflict curriculum: less than three weeks later, on February 27, 2018, in response to the February 21, 2018 public records request by APT, Defendant Bassett falsely stated in an email reply to the designated Records Access Officer ("RAO") for NPS, Toby Romer: "North's tenth grade course did not include any teaching on the Arab Israeli conflict in 2016-2017." And on March 15, 2018, Mr. Romer responded to APT's records request that "Newton North High School has no records responsive to your request."  A true and accurate copy of these communications is annexed hereto as Exhibit HH.

160. Subsequently, during the course of August of 2018, Mr. Romer and the NPS attorney, Jill Murray, were presented with a sequence of evidence that contradicted this assertion:

a.   Defendant Bassett's December 1, 2016 email to Defendants Fleishman, Turner, Morrill, et al., stating: "Our tenth grade world history curriculum is expanding to include a unit on the modern Middle East - which will be taught in May [2017]."

b.   A "film guide" document created by North history teacher Subheen Razzaqui on July 27, 2016, which includes the statement: "This film will be shown on the day 2 of my two week unit on the Modern Middle East."

c.   Three syllabi from tenth grade world history classes taught by North history teacher Dr. Isongesit Ibokette over the course of two years, 2016-2018. Each syllabus contains the following identical unit: "Unit 11: Colonialism and Nationalism in Africa and the Middle East •European Imperial Conquests •Struggles for Independence •Challenges of Nation Building."

161. True and accurate copies of these statements and the syllabi are annexed hereto as Exhibit II (a), (b) and (c).

162. On August 6, 2018, in response to a complaint from APT that he had failed to supply documents responsive to a public records request, Mr. Romer wrote: "Your claim that we have failed to comply is incorrect. . . . The inferences you have made from these documents are inaccurate." And on August 24, 2018 Attorney Murray similarly wrote: "As NPS has stated multiple times, you have been provided with all documents within the custody of control of NPS that was [sic] responsive to your February 28, 2018 request (seeking curriculum materials related to "the Arab-Israeli conflict".)" True and accurate copies of these letters are annexed hereto as Exhibit JJ.

163. Attorney Murray's statement was false: on September 17, 2018, Mr. Romer changed his tune, writing: "In reviewing our records recently we discovered an additional set of responsive materials from a class that was taught by one teacher at Newton North during the 2016-2017 school year." A true and accurate copy of Romer's correspondence is annexed hereto as Exhibit KK.

164. Along with Exhibit KK, Romer enclosed instructional and educational materials, among which were some of the *same biased materials on the Arab-Israeli conflict that were identified in Exhibit A (the CAMERA monograph)*. Contrary to Defendant Bassett's original reply to the APT public records request, the Arab-Israeli conflict *was* taught at Newton North at during the 2016-2017 school year using anti-Israel materials, a fact that Defendant Bassett tried to hide from being discovered by the public records request.

165. Far from there being only one teacher involved, the email communications in Exhibit AA, together with the materials in Romer's response reveal a department-wide effort to "roll out" a new Middle East unit in the 2016-2017 school year, a unit that was adopted from the biased South unit designed by Defendant Rinaldi.

166. Combined with the exhortations from Defendants Fleishman, Bassett and Morrill to ignore the concerns about the curriculum, their active encouragement to carry on teaching the materials with no regard to the bias and truth or falsehoods they contained, and the deliberately false statements by Defendant Bassett, Mr. Romer, and Attorney Murray about this roll-out, it is dubious that only one teacher at North taught the Middle East unit in 2016-2017, as Defendant Bassett, Mr. Romer, and Attorney Murray continue to insist.

167. In addition to her instruction to *all* her teachers to *continue teaching* the same materials they had been teaching, Defendant Morrill created a deliberately false cover-up story that only one teacher at South had actually taught the conflict – and only by accident by not obeying her (non-

existent) directions to her teachers to not teach the conflict: she wrote a response to the *Boston Jewish Advocate's* reporting that the Arab-Israeli conflict continues to be taught at Newton South with biased instructional and educational materials, claiming that:

> Last spring (2017) I asked all 10th grade teachers not to teach the unit [on the Israeli-Palestinian conflict]. Last fall when we met with Robert Trestan and other representatives from the ADL, *I believed that all of the teachers had followed my directive and not taught the unit during the 2016-2017 school year.* However, when the FOIA was issued recently, I found that one teacher had not followed my directive and had taught the entire old unit (emphasis supplied).

A true and accurate copy of her statement is annexed hereto as Exhibit LL.

168. Attorney Murray repeated this false denial in an August 24, 2018 letter to APT, writing that "those documents were inadvertently used by one teacher during the 2016-2017 SY only. . . ." A true and accurate copy of her letter is annexed hereto as Exhibit MM.

169. However, the February 21, 2018 public records request by APT had explicitly requested that NPS "keep the records for each school, as well as each teacher's materials, separate." Defendant Morrill followed these instructions and provided materials segregated into four portions, with labels corresponding to four separate teachers, not one, in response.

170. Defendant Morrill's claim that she "asked all 10th grade teachers not to teach the unit" is shown to be even more outrageously disingenuous in light of the responses by multiple teachers to Defendant Morrill's February 27, 2018 email asking them, for the purposes of the February 21, 2018 public records request by APT: "Did you teach the I/P [Israel-Palestine] unit?"

  a. Newton South history teacher Dr. Marcia Okun replied on February 28, 2018: "You had said it was required, so I taught it."

    b.   Newton South history teacher Lisa Soohoo replied on the same day: "I too thought it was required."

True and accurate copies of these teachers' emails are annexed hereto as Exhibit NN.

171. Defendants Fleishman, Basset, and Morrill gave blatantly and intentionally false assurances to ADL, "the world's leading organization combating anti-Semitism," that NPS had reviewed the Israel-Palestine unit for simplistic and demeaning generalizations based on Israeli national origin and Jewish religion. Mr. Bassett also violated the Massachusetts Public Records Law by withholding Newton North's instructional and educational materials on the Arab-Israeli conflict from production in the February 21, 2018 public records by APT.

172. Given its intentionally deceptive behavior, any future promises by NPS and any of its officials to instruct its teachers to perform its mandatory, non-discretionary duties under 603 Code Mass. Regs. 26.05(2), can not be considered to be credible absent supervision and verification of their performance.

**Defendant Rinaldi's Refusal to Perform Nondiscretionary Duties Required Under 603 Code Mass. Regs. 26.05(2).**

173. Defendant Rinaldi developed the South tenth grade world history Middle East unit and Defendant Bassett adapted it for use by North. On February 12, 2016, Defendant Bassett wrote to Defendant Rinaldi: "Jen Morrill tells me that you are the key person in your department for working on the Middle East unit you've had in your 10th grade course for some years now. We are finally ready to add one ourselves. . ."  A true and accurate copy of this email is annexed hereto as Exhibit OO.

174. Two years before, on February 13, 2014, Defendant Rinaldi wrote to Defendant Morrill and Defendant Stembridge regarding some of the first outside critical analyses of the South Middle East unit, which had then just been obtained through the 2014 APT Production:

> Now, in regards to my classroom agendas:  This I stand by with no hesitation and no caveats. . . . I don't believe the [Arab-Israeli] conflict is fundamentally ideological or religious and I think a robust historical analysis would lead us to this conclusion.  Our unit today rests upon the question of land and resources. . . APT wants to frame this conflict in terms of a holy war, but we can't allow this mistruth to be taught in our classrooms.

A true and accurate copy of this email is annexed hereto as Exhibit PP.

175. While APT's framing of the Arab-Israeli conflict is completely irrelevant here, Defendant Rinaldi's is not: he is constrained by the education and civil rights laws of the Commonwealth as to what he may or may not teach in his classroom. He cannot frame the Arab-Israeli conflict in ways that promote simplistic and demeaning generalizations, lacking intellectual merit, on the basis of race, color, sex, gender identity, religion, national origin or sexual orientation without providing balance and context for any such stereotypes.

176. The claim that the Arab-Israeli conflict is simply a land dispute is a simplistic and demeaning generalization, without intellectual merit, based on Israeli national origin and Jewish religion, as it denies the complex national ideological and religious factors that led to both the Jewish national building project in Israel and the Arab opposition to that project.

177. Defendant Rinaldi refuses to "allow this mistruth" in his classroom to provide balance and context for his claim that the conflict is merely a land dispute, thereby failing to perform the nondiscretionary duty required of him by 603 Code Mass. Regs. 26.05(2).

178. The CAMERA analysis of Defendant Bedar's MEALA course (Exhibit G), in which Defendant Bedar teaches the same simplistic "land dispute" generalization, criticized

Defendant Rinaldi's simplistic and demeaning assertion that the Arab-Israeli conflict is

fundamentally only about land:

> Denial of the religious basis of the conflict is a widely held view among Newton history teachers, although ruling out this dimension of the conflict contradicts historical scholarship. . . . For example, a history teacher at Newton South High School [Defendant Rinaldi] ridiculed a critic for "fram[ing] this conflict in terms of a holy war." The teacher added, "but we can't allow this mistruth to be taught in our classrooms."

> The teacher's comments reflect an overestimation of his knowledge and unfamiliarity with such distinguished Middle East historians as Nadav Safran, Bernard Lewis, Efraim Karsh, Barry Rubin and Fouad Ajami, who shed light on religion's role in the conflict.

179. Writing on May 31, 2018 for the Washington Institute, a widely-respected think tank

dedicated to improving the quality of U.S. Middle East policy, Mohamed Galal Mostafa,

former Egyptian diplomat and currently a researcher at the Heller School for Social Policy

and Management at Brandeis University, asserted essentially the opposite of Defendant

Rinaldi's "robust historical analysis."  In "Religion and the Israel-Palestinian Conflict:

Cause, Consequence, and Cure," May 2018) he wrote that:

> The Israeli-Palestinian conflict is driven by several factors: ethnic, national, historical, and religious. This brief essay focuses on the religious dimension of the conflict, which both historical and recent events suggest lies at its core. That much is almost a truism. . . . It follows that religion must also be part of any real solution to this tragic and protracted conflict. . . .

A true and accurate copy of Mr. Mostafa's paper is annexed hereto as Exhibit QQ.

180. Defendant Morrill's statements about the "classroom agendas" of South history teachers

acknowledge that, on controversial contemporary political issues, South history teachers

intentionally (even though perhaps misguidedly) maintain rigid and simplistic positions that

do not allow for balance and context in classrooms. Writing to Defendant Bassett on

January 25, 2017 about NPS guidelines for talking about politics in history class, Defendant

Morrill complained: "My dilemma at South is that a fair number of my teachers see issues as settled that aren't." A true and accurate copy of the email containing this statement is annexed hereto as Exhibit RR.

181. Defendant Rinaldi appears to be one such teacher. What to legitimate historians and academics are "truisms," are to Defendant Rinaldi "mistruths" that cannot be allowed to be taught in the classroom. It is Defendant Rinaldi's own personal biases that drive his refusal to perform his nondiscretionary duties under 603 Code Mass. Regs. 26.05(2); and force his instructional and educational materials to contain simplistic and demeaning generalization, without intellectual merit, and with no balance or context provided.

**Defendant Bedar's Categorical Refusal to Perform Nondiscretionary Duties Required Under 603 Code Mass. Regs. 26.05(2).**

182. Defendant Bedar has been very public about his refusal to review instructional and educational materials in his MEALA course, and those used during North's Middle East Day, for simplistic and demeaning generalizations based on Israeli national origin and Jewish religion.

183. In response to a February 1, 2018 online article published by JewishBoston.com, an initiative of the Combined Jewish Philanthropies of Boston, and entitled "CAMERA Fights Anti-Israel Bias in Newton and Beyond," Defendant Bedar posted a series of comments, including:

> I am the History teacher who helped students to coordinate the event at Newton North High School mentioned in this piece of "journalism."
>
> Politicization of curricula and the stifling of free discussion and critical thinking are teachers' worst nightmares, but by publishing an article that gives a platform to a hateful group like CAMERA and treats it as a heroic muckraking organization, you are aiding and abetting exactly that.

> On a personal level, the fact that people who haven't set foot in a classroom in decades would tell me what I am or am not doing is infuriating. . . . The point is that as a teacher who was hired to teach in one of the best school districts in the country, it is reasonably safe to assume that I care about my work and would I [sic] good judgment in crafting lessons on a potentially hazaradous [sic] topic.

A true and accurate copy of the article and Defendant's Bedar's comments are annexed hereto as Exhibit SS.

184. Whether Defendant Bedar finds it infuriating or not, curriculum decisions in a democracy are intrinsically politicized. The free and vigorous people of Massachusetts, through curriculum decisions made by their elected representatives in drafting the education and civil rights laws of the Commonwealth, have the right to tell Defendant Bedar what he may or may not do as a public school teacher, regardless of when they last set foot inside a classroom. Defendant Bedar's academic freedom in devising his curriculum is limited by 603 Code Mass. Regs. 26.05(2), which creates a nondiscretionary duty for teachers like Defendant Bedar to "review all instructional and educational materials for simplistic and demeaning generalizations, lacking intellectual merit, on the basis of race, color, sex, gender identity, religion, national origin or sexual orientation." Additionally, "[a]ppropriate activities, discussions and/or supplementary materials shall be used to provide balance and context for any such stereotypes depicted in such materials."

185. Moreover, his actions amply demonstrate that it is he who is stifling free discussion and critical thinking by including only perspective, and a historically inaccurate one at that. Like Defendant Rinaldi, Defendant Bedar's own personal biases drive his refusal to perform his nondiscretionary duties under 603 Code Mass. Regs. 26.05(2); and force his instructional and educational materials to contain simplistic and demeaning generalization, without intellectual merit, and with no balance or context provided.

186. Defendant Bedar has vocally and adamantly refused to perform his nondiscretionary duties to do the review, and to provide balance to the anti-Israel and anti-Semitic stereotypes in his instructional and educational materials. On October 9, 2018, the Jewish community organizations CAMERA, ADL, JCRC, and IAC held a panel discussion and a question and answer session about the problematic NPS Middle East history curriculum at the IAC's Newton headquarters. All panelists, representing the four organizations, reviewed the materials and agreed that the NPS Middle East history curriculum contains instructional and educational materials that are biased against Israel; and that Defendant Bedar's 2018 Middle East Day included presentations that were extremely biased against Israel.

187. Two days later, Defendant Bedar lashed out against Jewish community organizations at a "teacher standout" rally on the grounds of Newton North organized in support of Defendant Bedar by his public employee union, the Newton Teachers Association ("NTA"). Speaking to a group of teachers and students, Defendant Bedar said:

> We've actually been attacked in recent weeks and in recent months. Harassment, bullying by hate groups. . . We were also excluded from a so-called "discussion panel" on Tuesday night that was not meant to be held in good faith — there was no reasonable desire for a reasoned conversation and a reasonable discussion. A discussion about the Newton public schools without representation from the Newton public schools. *[Far from being excluded, Defendant Bedar registered online for the IAC event and was issued an admission ticket, but failed to attend.]* Uh, that is just indicative of what we've been dealing with, as far as outside groups trying to dictate what it is that actually happens in our classrooms. . . . But we will not be intimidated. We will maintain the academic freedom. . ."

The portion of the teacher standout at which Defendant Bedar made this statement is reflected in the transcript made of that standout from a news recording of it and is annexed hereto as Exhibit TT.

188. Defendant Bedar's teaching materials contain simplistic and demeaning generalizations, lacking intellectual merit, on the basis of Israeli national origin and Jewish religion without

providing balance and context to such stereotypes. And that is because he has adamantly, steadfastly, and openly refused to perform the nondiscretionary duties he is required to perform by 603 Code Mass. Regs. 26.05(2).

**Defendant Fleishman's Refusal to Perform Nondiscretionary Duties Required Under G.L. c. 71 § 59 and 603 Code Mass. Regs. 26.05(1).**

189. Defendant Fleishman has refused to perform his nondiscretionary duty under G.L. c. 71 § 59 to "manage the [NPS] system in a fashion consistent with state law. . ."

190. Massachusetts state law, 603 Code Mass. Regs. 26.05(1), requires that Massachusetts school systems like NPS "shall, through their curricula, encourage respect for the human and civil rights of all individuals regardless of race, color, sex, gender identity, religion, national origin or sexual orientation." By his long-standing refusal to direct NPS history teachers to review and balance their instructional and educational materials consistent with 603 Code Mass. Regs. 26.05(2) and to require Defendants Stembridge and Turner to direct NPS history teachers to do the same, Defendant Fleishman has caused NPS to fail to encourage respect for the human and civil rights of Israelis and Jews through the NPS curriculum – he has, in fact, caused NPS to do the exact opposite.

191. As described above in ¶¶ 142-171, Defendant Fleishman lied to the ADL that the biased NPS Middle East curriculum was reviewed and removed from classrooms starting in the 2016-2017 year. He described ADL and CAMERA requests that NPS review and balance its Middle East curriculum as a "distraction" or a "challenge" and apologized to Defendants Morrill and Bassett for having to waste their "valuable time" on Jewish organizations concerned about the civil rights of Jewish and Israeli students in the NPS system. He insisted that any changes that would be made to the Middle East curriculum were "due to a need to update not because it was in any way biased or false." In the same email, Defendant

Fleishman claimed that "[f]or example . . . the two state solution [is] outdated," which would be news to the majority of Israelis and Palestinians who still support it. *See* Exhibit FF.

192. On June 11, 2018, Messrs. Trestan of the ADL and Burton of the JCRC wrote to Defendant Fleishman about the Jewish community's concerns over the 2018 Middle East Day's grossly unbalanced events featuring anti-Israel and anti-Semitic speakers, described above in ¶¶123-0. They wrote:

> Given the concerns that the Middle East Day has generated from within the Jewish community, we request that your office <u>publicly</u> *[emphasis in original]* address the current concerns, including:
> - A full accounting of all content used for the May 2, 2018 Middle East Day, including materials, media presentations, handouts, and resources materials.

A true and accurate copy of this letter is annexed hereto as Exhibit UU.

193. To help obtain a full accounting of all content used for the 2018 Middle East Day, APT made a public records request for this content. On June 22, 2018, NPS Attorney Jill Murray refused to provide this content, making the dubious claim that:

> Other than emails among and between NPS staff and/or NPS staff and NPS students that contained the schedule and description of events of Middle East Day that NPS produced and provided to you, there are no materials, including but not limited to handouts, websites, videos, films, multimedia presentations, PowerPoint or other slide presentations, and any printed material whatsoever, given, handed out, presented, showed, or related to students at Newton North High School during the 2017 AND 2018 "Middle East Days that are within the possession, custody or control of Newton Public Schools." *See* Exhibit T.

162. In a July 3, 2018 reply to the June 11, 2018 ADL and JCRC letter requesting a full accounting of the Middle East Day instructional and educational materials, Defendant Fleishman also refused to provide these materials. Instead, he claimed that the simplistic and demeaning generalizations on the basis of the Jewish religion and Israeli national origin presented during the 2018 Middle East Day without any balance or context were necessary

as a "critical thought" exercise in presenting diverse opinions on controversial topics (even

though pro-Israel opinions were entirely excluded):

> While some of the day's sessions hope to broaden students' cultural perspectives, others aim to challenge the thinking of students through the presentation of multiple perspectives in a constructive and respectful setting. . . . Teaching controversial topics may engender questions, discomfort and often criticism. We remain committed to exposing students to diverse opinions and to encouraging our faculty to teach about tough issues that require open minds and critical thought. Students will not agree with every perspective and point of view they encounter in our classrooms nor should they. Our goal is to help them formulate their own opinions and learn how to think, rather than what to think.

A true and accurate copy of his reply is annexed hereto as Exhibit VV.

163. Under G.L. c. 71 § 59 and 603 Code Mass. Regs. 26.05(1), Defendant Fleishman does not

have the discretion to manage the Newton school system in a fashion inconsistent with state

law by presenting perspectives and opinions that result in the Newton school system failing

to, "through [its] curricula, encourage respect for the human and civil rights of all

individuals regardless of . . . religion [or] national origin. . ." Moreover, under the statutory

language of the Massachusetts Student Anti-Discrimination Act and the constitutional

language of the Equal Rights Amendment, Defendant Fleishman does not have the

discretion to, as he puts it, "engender . . . discomfort" in Jewish and Israeli NPS students to

the extent that this discomfort causes exclusion or discrimination for such students "in

obtaining the advantages, privileges and courses of study of [NPS] on account of" their

Israeli national origin and Jewish religion. G.L. c. 76, § 5.

164. In the July 27, 2018 open letter quoted at length in ¶ 140, the ADL and JCRC expressed

their disappointment with Defendant Fleishman's reply, and with Newton North High

School's welcoming to its 2018 Middle East Day an organization whose "website which

regularly publishes anti-Israel and anti-Semitic content." *See* Exhibit U.

165. On September 17, 2018, Defendant Fleishman issued a public statement on the NPS Middle

East curriculum controversy, in which he refused to even acknowledge the concerns of

Jewish community organizations like ADL, much less their requests to review and balance

the NPS Middle East curriculum:

> For the past seven years, the Newton Public Schools have been the target of
> outside groups claiming anti-Israel bias in our history curriculum. These baseless
> claims, often reliant upon materials and documents taken out of context, are
> misleading and only serve to denigrate the hard work and professionalism of our
> skilled and dedicated faculty.

A true and accurate copy of this statement is annexed hereto as Exhibit WW.

166. On October 10, 2018, the day after the Jewish community organizations, ADL, JCRC, IAC,

and CAMERA held a panel discussion about anti-Israel and anti-Semitic bias in the NPS

Middle East curriculum, Defendant Fleishman attended the North teacher standout in

support of Defendant Bedar described above in ¶ 187. At the rally, North teachers described

the Jewish community organizations concerned about curriculum bias by NPS against Israel

as "hate groups" and "outside groups" with a "hateful agenda," engaged in "unprincipled

behavior," through "baseless accusations without any evidence, without any proof." *See*

Exhibit TT.

167. At a November 14, 2018 meeting of the NSC to discuss Defendant Fleishman's contract

renewal, at which Defendant Fleishman was present, a Newton resident and an attorney

whose two children attended NPS high schools entered a public comment for the record, in

which he deplored Fleishman's behavior at the rally and urged him to comply with

Massachusetts education and civil rights laws. He stated:

> To those of us who have repeatedly criticized the Superintendent's stone cold
> silence to our objections, the Superintendent HAS now replied, without any
> demonstrated review as required by regulation, by these false, demeaning,
> insulting, inflaming and defamatory sanctioned statements. . . Now just think if

you were a student of Newton North who happened to be a pro-Israeli Jew or pro-Israeli Israeli, watching the Superintendent and teachers organizing and leading such a rally.  Talk about intimidation; talk about remaining fearfully silent.  And think about that in terms of the Superintendent's utter lack of good faith compliance with Massachusetts Regulation, 603 CMR 26.05(2), of which the School Committee has been made fully aware -- which leads to this:  Retaining Superintendent Fleishman is the City of Newton buying, at the expense of Newton Taxpayers, more litigation. That's a certainty.

A true and accurate copy of the statement as submitted for the record and emailed to

Defendants NSC, Goldman, and Fleishman is annexed hereto as Exhibit XX.

168. Defendant Fleishman did not reply – that is, with anything other than "stone cold silence."

169.  Defendant Fleishman has demonstrated a hostile and evasive attitude toward the Jewish community organizations which have repeatedly petitioned him to ensure that NPS, through its curricula, encourages respect for the human and civil rights of all individuals regardless of Jewish religion or Israeli national origin.

170. Based on Defendant Fleishman's demonstrated record of contempt for Jewish community concerns about the Middle East curriculum and dishonesty about having removed biased materials, any future promises by Defendant Fleishman to comply with the Equal Rights Amendment, G.L. c. 71 § 59, G.L. c. 76 § 5, and 603 Code Mass. Regs. 26.05(1) cannot be accepted as credible absent supervision and verification of compliance.

**Defendants Newton School Committee and Goldman's Refusal to Perform Nondiscretionary Duties Required Under G.L. c. 71, § 37 and 603 Code Mass. Regs. 26.05(1).**

171. Defendants NSC and Goldman have refused to perform their statutory nondiscretionary and public duties under G.L. c. 71, § 37, which requires that they "shall establish educational goals and policies for the schools in the[ir school] district consistent with the requirements of law and statewide goals and standards established by the board of education." Defendants School Committee and Goldman have acted inconsistently with the requirements of law and

statewide goals and standards established by the board of education because they have refused to perform their nondiscretionary duties under 603 Code Mass. Regs. 26.05(1), which requires that Massachusetts school districts like NPS "shall, through their curricula, encourage respect for the human and civil rights of all individuals regardless of race, color, sex, gender identity, religion, national origin or sexual orientation." Through their refusal to require that Defendant Fleishman follow Commonwealth law and direct NPS history teachers to review and balance their instructional and educational materials consistent with 603 Code Mass. Regs. 26.05(2), Defendants School Committee and Goldman have refused to encourage respect for the human and civil rights of Israelis and Jews through the NPS curriculum. As a result, and by these actions, they are also in violation of the Equal Rights Amendment and G.L. c. 76 § 5.

172. Throughout 2018, at multiple public meetings of the School Committee, Newton residents have directly petitioned Defendant School Committee and Defendant Goldman as its chairperson to encourage respect for the human and civil rights of Israelis and Jews through the NPS curricula, and to ensure that NPS history teachers review and balance their biased instructional and educational materials on Middle East history. Five members of the public urged Defendants School Committee and Goldman to review and balance the NPS Middle East curriculum at the January 22, 2018 meeting; seven members of the public at the June 11, 2018 meeting; eight at the June 18, 2018 meeting; four at the July 19, 2018 meeting; two at the September 4, 2018 meeting; five at the September 17, 2018 meeting; four at the October 1, 2018 meeting; two at the October 22, 2018 meeting; and four at the November 14, 2018 meeting. In all, twenty-nine individual members of the public came before Defendants School Committee and Goldman petitioning them to perform their

nondiscretionary and public duties. At least three of them are now the Plaintiffs in this

petition for an order in the nature of a writ of mandamus. Dozens other members of the

public attended but were not allowed to speak because it is Defendant School Committee's

policy to cut off public comment after thirty minutes.

173. At every single meeting of the School Committee, Plaintiffs and the other members of the

public were invariably met with a wall of silence from Defendants School Committee and

Goldman. School Committee policy gives committee members full discretion on whether to

reply to comments by members of the public. The public's requests that Defendants School

Committee and Goldman perform their nondiscretionary duties might as well have been

made to a row of mannequins.

174. During this entire time, the only public statement by Defendants School Committee and

Goldman that acknowledged the public's concerns with the curriculum was in response to a

protest rally by concerned members of the public outside of the School Committee's

February 12, 2018 meeting. In a February 21, 2018 article in the local newspaper, *The

Newton TAB*, signed by all members of the School Committee, Defendant School

Committee lied outright to the Newton community, claiming that:

> For the past five years, the Newton Public Schools district has been the target of
> groups claiming bias in our high school history curriculum concerning the Middle
> East. Time and again, these allegations have proven to be misleading or untrue. . .
> . When similar claims resurfaced last summer, the Anti-Defamation League met
> with Newton Public Schools leaders and determined there was no issue with the
> curriculum.

A true and accurate copy of this statement is annexed hereto as Exhibit YY.

175. Defendant Goldman also lied outright about Defendant Bedar's classroom debate on

whether there should be a one-state or two-state solution to the Arab-Israeli conflict. The

same Newton resident and father of two NPS alumnae referenced in ¶ 167 wrote a letter

published in *The Newton TAB* on October 10, 2018, in which he stated:

> I've read online and elsewhere Newton School Superintendent Fleishman's
> September 17, 2018 letter to the school community where he cites the importance
> of teaching "controversial issues that require open minds and critical thought" as
> the reason essentially to make High School students debate whether Jews have a
> right to a homeland in Israel.

A true and accurate copy of this published letter is annexed hereto as Exhibit ZZ.

176. Defendant Goldman, on her own initiative, emailed the author of the letter several times,

insisting:

> To my knowledge, students have never been and never will be asked to debate
> this question.  I have no idea where you are getting your information, but this is
> just not true. . . . I have never heard of such a thing and I would like to know
> where you get your information since I believe it to be very misleading and
> incorrect. . . . [W]ho are the students who are in these classes that are giving you
> this information?

A true and accurate copy of the email exchange between the Newton resident and Defendant

Goldman is annexed hereto as Exhibit AAA.

177. When, in response, the Newton resident presented her with direct evidence of students'

being asked to debate this question, which is defined as anti-Semitic by the U.S. Department

of Education, but which serves as an "Essential Question" in Defendant Bedar's MEALA

course (described above in ¶¶ 109-122), Defendant Goldman failed to reply. *See* Exhibit

AAA.

178. On September 17, 2018, despairing of convincing Defendants School Committee and

Goldman to respond to public concerns about the Middle East curriculum in the context of

normal school board meeting procedure, 212 Newton residents filed a petition ("the

Curriculum Petition") with the Newton City Clerk pursuant to Section 10-2 of the Newton

City Charter, which requires, in relevant part, that "the school committee shall hold a public

hearing and act with respect to every petition which is addressed to it, which is signed by at least 50 voters, and which seeks the passage of a measure."

179. The petition requested that Defendants NSC and Goldman pass, inter alia, the following measures consistent with 603 Code Mass. Regs. 26.05(1-2):

    a. Vet all teaching materials and approaches concerning the [history of the Middle East] using a panel of scholars, historians and educators.

    b. Immediately cease all teaching on these topics until such time as properly vetted, unbiased materials can be identified.

    c. Initiate a policy of transparency so that parents and the public will know what the students are being taught.

180. Defendants School Committee and Goldman held the required public hearing with respect to the Curriculum Petition on November 27, 2018. This hearing made a mockery of the due process outlined in the Newton City Charter. Defendants School Committee and Goldman coordinated with the NTA teachers' union to subvert the hearing's purpose and to once again ignore the public concern that motivated the filing of the petition.

181. Defendants School Committee and Goldman first manipulated the hearing process by delaying the public announcement of the date of the hearing, which was made on November 8, 2018, while letting the teachers' union know well in advance, with teachers knowing the date least as early as the October 10, 2018 teacher protest rally at Newton North, where they urged supporters to organize for the hearing. On information and belief, while the public was told that the hearing would start at 6:30 PM, the NTA coordinated with Defendants School Committee and Goldman to have union activists and NPS students, who were urged

to come and support their teachers, arrive at 5:30 and sign up to speak before the petitioners

were allowed to enter the building.

182. In addition, the NSC secretary was observed highlighting the names of NPS supporters who

signed up to speak to distinguish them from the petitioners who came to speak.

183. When the hearing began, Defendant Goldman called on NPS supporters – whose names had

been highlighted so she would know who they were -- to speak *before* any of the petitioners

had a chance to state their complaint.

184. The speakers Goldman called merely expressed general support for the NPS but did not

address any of the amply documented problems in the curriculum.

185. This well-orchestrated charade culminated with Defendant Goldman's calling on Defendant

Bedar. Defendant Bedar stated that "[t]eachers should not avoid teaching challenging

subjects or be intimidated into watering down their curriculum," and then asked "all those

present who support the curriculum and values of the Newton public schools to stand at this

time."

186. Defendant Bedar then led all those who stood -- over 100 union activists and students  -- out

of the auditorium where the hearing was being held – *before any of the Newton residents*

*who had signed the petition had even been allowed to speak.*

187. Defendant Goldman did nothing to prevent this walk out.

188. When residents who are concerned with NPS' distorted history curriculum and who brought

the petition to address it were finally allowed to speak, the room was half-empty.

189. At no point during the hearing did members of the School Committee respond to any

particularized concerns about specific instances of simplistic and demeaning generalizations

on the basis of the Jewish religion and Israeli national origin found in the NPS history

curriculum.

190. No specific question asked and no specific concern expressed by any petitioner was

addressed. Instead, the School Committee allotted speakers a strict 3 minutes each, cutting

off their microphones mid-sentence at the end of the allowed time.

191. After petitioners had spoken, the School Committee said that it would take a five-minute

break to deliberate.  After the break they returned to read from prepared statements which

denounced all concerns as baseless.   They denied every request in the Curriculum Petition.

192. The public hearing and deliberation required by law never happened.

193. Defendant Goldman claimed, wrongly that the School Committee had no authority over the

curriculum:

> [Curriculum] transparency is a, sort of, slippery term for me. I firmly believe that
> it is really not the purview of the School Committee to be involved in curriculum
> design, development, and we have really no authority to determine what should be
> in the curriculum and what isn't in the curriculum.

194. School Committee member Anping Sheng stated, incomprehensibly and offensively:

> I was not even quite sure how to understand this petition. The language, um, was
> very — how to say? And it gave me impression that Newton is Jewish province,
> Jewish city, and this gave people a very bad taste.

195. School Commitee ex officio member and Newton Mayor Ruthanne Fuller insisted:

> You may have the perception that we have sat here in silence for years and have
> not been listening, and that we've been doing nothing. That is, um, so far from the
> truth. And I also just want to be really clear that I reject categorically the
> characterization of our curriculum as anti-Christian, anti-Semitic, anti-American. .
> . . I don't know if "no action necessary" [on the petition] is the right thing or the
> "deny it" [option], but, one or the other, this is not necessary.

A true and accurate copy of excerpts from the transcript of this hearing which contain the

statements made in ¶¶ 193–195 is annexed hereto as Exhibit BBB.

196. Defendant School Committee voted unanimously to deny some petition measures and to declare "no action necessary" on other petition measures.

194. The next day, Defendant NSC reiterated its refusal to perform its nondiscretionary duties under the Equal Rights Amendment, G.L. c. 76 § 5, and 603 Code Mass. Regs. 26.05(1). In a public statement, Defendant NSC wrote: "[W]e categorically rejected that Newton Public Schools' curriculum is anti-Semitic or that there is an anti-Semitic bias inherent in our schools." A true and accurate copy of this pubic statement is annexed hereto as Exhibit CCC.

195. Plaintiffs – and the facts – disagree. Having now exhausted all administrative remedies with the Defendants, and having been denied by Defendants the process due pursuant to the Newton City Charter, Plaintiffs file this petition for an order in the nature of a writ of mandamus directing the Defendants to perform the mandatory, non-discretionary duties created by G.L. c. 71, §§ 37, 59 & 59B; G.L. c. 76, § 5 and 603 Mass. Code Regs. 26.05(1-2).

197. On information and belief, as of this date none of the defendants has bothered to read Exhibits A or G, the two CAMERA analyses of the NPS curriculum.

## COUNT I
### (Violation of G.L. c. 76, § 5)
### All Defendants

198. Plaintiffs hereby reallege and incorporate herein all of the allegations contained in ¶¶ 1- 199 as if fully set forth herein.

199. By their actions, Defendants are in violation of G.L. c. 76, § 5.

## COUNT II
### (Violation of 605 Mass. Code Regs. 26.05(1))
### All Defendants

200. Plaintiffs hereby reallege and incorporate herein all of the allegations contained in ¶¶ 1- 199 as if fully set forth herein.

201. By their actions, Defendants are in violation of 605 Mass. Code Regs. 26.05(1).

### COUNT III
**(Violation of G.L. c. 71, § 37)**
**Defendants School Committee and Goldman**

202. Plaintiffs hereby reallege and incorporate herein all of the allegations contained in ¶¶ 1- 199 as if fully set forth herein.

203. Defendants School Committee and Goldman are in violation of G.L. c. 71, § 37.

### COUNT IV
**(Violation of G.L. c. 71, § 59)**
**Defendant Fleishman**

204. Plaintiffs hereby reallege and incorporate herein all of the allegations contained in ¶¶ 1- 199 as if fully set forth herein.

205. Defendant Fleishman is in violation of G.L. c. 71, § 59.

### COUNT V
**(Violation of G.L. c. 71 § 59B)**
**Defendants Turner and Stembridge**

206. Plaintiffs hereby reallege and incorporate herein all of the allegations contained in ¶¶ 1- 199 as if fully set forth herein.

207. Defendants Turner and Stembridge are in violation of G.L. c. 71 § 59B.

### COUNT VI

**(Violation of 603 Mass. Code Regs. 26.05(2))**
**Defendants Bassett, Morrill, Bedar, and Rinaldi**

208. Plaintiffs hereby reallege and incorporate herein all of the allegations contained in ¶¶ 1- 199 as if fully set forth herein.

209. Defendants Bassett, Morrill, Bedar, and Rinaldi are in violation of 603 Mass. Code Regs. 26.05(2).

**COUNT VI**
**(Violation of First Amendement)**
**All Defendants**

210. Plaintiffs hereby reallege and incorporate herein all of the allegations contained in ¶¶ 1- 199 as if fully set forth herein.

211. By their actions, Defendants are in violation of the First Amendment.

**REQUESTS FOR RELIEF**

Plaintiffs request that this Honorable Court, after hearing, enter judgment in their favor on Counts I, II, III, IV, V, and VI  and grant the following relief:

1) Adjudge and declare that all Defendants are in violation of G.L. c. 76, § 5;

2) Adjudge and declare that all Defendants are in violation of 605 Mass. Code Regs. 26.05(1);

3) Adjudge and declare that all Defendants are in violation of the First Amendment;

4) Adjudge and declare that Defendants School Committee and Goldman are in violation of G.L. c. 71, § 37;

5) Adjudge and declare that Defendant Fleishman is in violation of G.L. c. 71, § 59;

6) Adjudge and declare that Defendants Turner and Stembridge are in violation of G.L. c. 71 § 59B;

7) Adjudge and declare that Defendants Bassett, Morrill, Bedar, and Rinaldi are in violation of 603 Mass. Code Regs. 26.05(2);

8) Issue a Writ of Mandamus requiring that each of the above Defendants and all of them perform their mandatory and non-discretionary duties under each of the statutes and regulations as enumerated above;

9) Issue an Order that the performance of each of the defendants and all of them be monitored by this Court or other appropriate entity to ensure compliance with the Writ;

10) Such other and further relief as this Court finds just and proper.


PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS THAT

ARE TRIABLE BY JURY


Plaintiffs
By their attorney,


Karen D. Hurvitz, BBO#245720
Law Offices of Karen D. Hurvitz
34 Tanglewood Drive
Concord MA 01742
HurvitzLaw@comcast.net
(617) 513-3366


CERTIFICATE OF SERVICE

I hereby certify that I have served this FIRST AMENDED MANDAMUS COMPLAINT on Defendants School Committee, Ruth Goldman, David Fleishman, Henry Turner, Joel

Stembridge, Jonathan Bassett, Jennifer Morrill, David Bedar, and Jamie Rinaldi by emailing same to Attorney Jill Murray at JMurray@newtonma.gov and Attorney Jennifer C. Pucci at JPucci@newtonma.gov this 28th day of March 2019.

# EXHIBIT A

# Indoctrinating Our Youth

## How a U.S. Public School Curriculum Skews the Arab-Israeli Conflict and Islam



MONOGRAPH SERIES

CAMERA
COMMITTEE FOR ACCURACY IN
MIDDLE EAST REPORTING IN AMERICA

# Indoctrinating Our Youth

## How a U.S. Public School Curriculum Skews the Arab-Israeli Conflict and Islam

Steven Stotsky

CAMERA Monograph Series

A publication of CAMERA,
Committee for Accuracy in Middle East Reporting in America
Boston, Massachusetts

CAMERA, the Committee for Accuracy in Middle East Reporting in America, is a national media-monitoring organization founded in 1982 that works to promote more accurate, balanced and complete coverage of Israel and the Middle East. Aware of the vital role of the mass media in shaping public perception and public policy, CAMERA seeks to educate both journalists and news consumers about the complex issues related to achievement of peace in the Middle East. CAMERA is a non-profit, tax-exempt organization under section 501(c)(3) of the United States Internal Revenue Code.

Published by
The Committee for Accuracy in Middle East Reporting in America
CAMERA
P.O. Box 35040
Boston, MA 02135

Copyright © 2017 by The Committee for Accuracy in Middle East Reporting in America
ISBN 978-0-9661548-9-4

Book design: Emily Regan

Cover Photo: Shutterstock.com

Photos: commons.wikipedia.org with the following exceptions: P. 7 digital artwork by Emily Regan; P. 16, 17 October 24, 2011 Newton school committee meeting screen capture; P. 18 *Indoctrination@Newton* screen capture; P. 25 Palwatch.org; P. 27 *New York Times* video "Challenges in Defining an Israeli-Palestinian Border" screen capture; P. 32 PASSIA class handout; P. 33 scan of class handout; P. 48 scan of *Time Magazine* cover; P. 59 WhiteHouse.gov; P. 61 Brooklyn College Students for Justice in Palestine Facebook page.

# Contents

Introduction                                                          7

Part 1: An Agenda-Driven History Curriculum                          10

Part 2: Curriculum Controversy in Newton, Massachusetts              16

Part 3: Curriculum Analysis                                          25

Part 4: Origins of Factually Flawed Materials                        58

Part 5: Observations About The Newton Curriculum Conflict            66

Attachments                                                          70

# Introduction



In recent years, the teaching of history in schools has turned toward accounts that give greater recognition to non-Western contributions and beliefs.[1] As part of a decades-long shift away from a study of the past that emphasized the unique contributions of Western culture, educators have endeavored to expand students' knowledge of the Middle East and Islam. The September 11, 2001 attacks on America and growing numbers of Muslim refugees from Middle East conflicts admitted to the U.S. added impetus to this effort.[2]

The shift in emphasis has prompted publishers to substantially revise textbooks and educators to seek new sources of information. The advent of the Internet in the 1990s provided easy access to a wider range of materials, but left individual teachers with the task of critically evaluating them. Not surprisingly, many teachers lacked sufficient background on these complex topics to assess the accuracy of diverse, unvetted sources. The greater latitude in choosing materials has also meant teachers' selections may reflect their own biases. As a result, inaccurate and partisan materials have made their way into some curricula.

Additionally, because history courses in public schools traditionally steered clear of contentious contemporary topics, many school systems have been ill-equipped to address effectively problems that arise from the introduction of biased materials promoting politically-charged agendas.

7

Reflecting the impact of these broad trends, controversy erupted in 2011 between a group of concerned residents in Newton, Massachusetts and the city's school officials over classroom assignments relating to Islam and the Israeli-Palestinian conflict. In early 2012, the Committee for Accuracy in Middle East Reporting in America (CAMERA) was approached by concerned residents seeking an assessment of a number of school materials. Handouts assigned to 10th graders on the Israeli-Palestinian conflict were among the first items presented and a review showed they contained factual errors and noticeable bias.

For example, a photocopied page from an Internet site called "Flashpoints: Guide to World Conflicts" identified Jerusalem as the capital of Palestine and Tel Aviv as the capital of Israel. These are serious factual errors. Jerusalem is the capital of Israel and there is no state of Palestine. The handout also contained politically-charged statements on "unilateral Israeli policies in the Occupied Territories" and alleged a growing Israeli "influence over American domestic politics and Middle East policy."[3] (See Attachment 1.)

Another handout presented a timeline of the Israeli-Palestinian conflict that omitted any mention of the numerous Arab terrorist attacks inside Israel during the 1970s and 1980s. In fact, the first terrorist attack in Israel or the Palestinian administered territories cited was the first and only mass-fatality attack perpetrated by an Israeli civilian in Israel's history. Given the vastly disproportionate numbers of Palestinian terrorist attacks on Jews, the amplifying of the only such Jewish attack underscores the bias of the handout.

Additionally, a 9th grade history class on Islam had been assigned a chapter from a book titled *A Muslim Primer,*[4] (see Attachment 2) which presented an embellished description of the status of women in Islamic societies without discussion about controversial practices in some Muslim communities.

This first sample of materials being used in Newton classrooms was not, it turned out, an isolated deviation from an otherwise scholarly, sound curriculum. Rather a review of additional items indicated a wider problem in curriculum units devoted to the Israeli-Palestinian conflict and Islam.

This monograph presents a case study of a nationally prominent public school system whose curriculum was compromised by inaccurate accounts of the Israeli-Palestinian conflict and simplistic expositions of Islamic culture. As school systems continue to introduce contemporary, politically contentious topics into their curricula, there are valid concerns that students may be exposed to indoctrination rather than factual, objective accounts.

The purpose here is to provide a careful analysis of what occurred in Newton and to raise awareness of the trends underway. All communities should review the presentation of these subjects in their school systems in order to promote scholarly, accurate materials and to remove factually inaccurate and biased curricula. This monograph focuses only on the units that touch on the Israeli-Palestinian conflict and Islam because these were the objects of concern in the controversy described. The monograph does not examine related topics covered in the world history course like the portrayal of ancient Israel or the history and doctrine of Judaism and Christianity. These could be the subjects of another inquiry. However, no public complaints on curriculum materials have been brought forth to suggest other areas of concern in the Newton High School history curriculum.

1    David Randall, *The Disappearing Continent: A Critique of the Revised Advanced Placement European History Exam,* National Association of Scholars, July 2016. https://www.nas.org/images/documents/NAS_apeh_complete.pdf

Randall writes of changes in the teaching of European History that have meant students no longer learn of "Europe's unique development of the architecture of modern knowledge, which made possible almost every modern form of intellectual inquiry."

2    *International Education and Foreign Languages: Keys to Securing Our Future,* p. 22, The National Academies Press 2016. https://www.nap.edu/read/11841/chapter/4 - 22https://www.nap.edu/read/11841/chapter

The chapter enumerates the increase in funding to Title VI and Fulbright programs directed toward foreign language and area expertise to improve "cultural competencies" in the wake of the 9/11 attacks.

3    Flashpoints: Guide to World Conflicts, was an Internet web site that appears to be no longer active.

4    Ira Zepp, *A Muslim Primer: Beginner's Guide to Islam,* University of Arkansas Press, 2000.

# Part 1: An Agenda-Driven History Curriculum

The increased emphasis on contributions of Islamic culture to the modern world is connected to a broader trend that deemphasizes traditional accounts of Western history while increasing students' exposure to non-Western perspectives.[1] Whereas traditional historical accounts teach that Europeans uniquely articulated the ideals of freedom, put them into practice, and created the modern world,[2] contemporary accounts increasingly stress the contributions of other cultures.

The inclusion of other cultural perspectives can provide students with a broader understanding of history. But the enhancement of the stature of other cultures is often accompanied by a critical portrayal of the history and policies of the United States. In the setting of the Middle East, this critical, often negative, scrutiny applies as well to Israel, which is seen as an outpost of Western culture and a continuance of its alleged sins.

## Critics of the U.S. and Israel Invited into the Newton Schools

The receptivity to anti-Western perspectives was best dramatized by the visit to Newton South High School in April 2007 of MIT linguistics professor Noam Chomsky, an academic known for his criticism of the United States and antipathy toward the state of Israel. Chomsky was invited by the Social Awareness Club at the school and spoke to an estimated 140 students about the Iraq war.[3]

Local newspapers carried letters and editorials by Newton residents sparring over the appropriateness of the invitation given Chomsky's views, especially those critical of Israel. According to the *Boston Globe*, Student Senate President Dan Groob, who opposed Chomsky's invitation, tried to videotape the event but was ordered outside. Groob called it "horrible and hypocritical" that Chomsky was allowed to speak at the school in a controlled environment, without an opposing viewpoint being offered. Chomsky focused mostly on what he termed the "illegal" American war in Iraq and impressed upon students the notion that a small segment of wealthy elites determines American foreign policy.[4]

Not mentioned during Chomsky's talk was a video[5] of a visit he paid a year earlier in 2006 to Hassan Nasrallah, the leader of Hezbollah, the Iranian-backed Shiite terrorist organization in southern Lebanon.

10

In that video, Chomsky expressed admiration for the terrorist group and support for its goals. Hezbollah had been responsible for the April 1983 suicide bombing of the U.S. embassy in Lebanon that killed 63 people in the first large-scale Islamist attack on the U.S. It was followed by a suicide truck bombing on October 23, 1983, that killed 241 U.S. Marines serving as peacekeepers in Lebanon. Over the following years, Hezbollah carried out kidnappings, murders and bombings of American, Israeli and Jewish targets, including



Hassan Nasrallah, left, and Noam Chomsky, right

the bombing of a Jewish community center in Argentina that took 85 lives, both Jewish and non-Jewish.[6] In 1997, the U.S. designated Hezbollah a foreign terrorist organization.  (Just a month after Chomsky's visit with Hezbollah, the terrorist group launched an unprovoked cross-border attack against Israel, precipitating a five-week war in which over 1000 people, mainly Lebanese, died).

Much of the controversy associated with Chomsky's visit to Newton centered on his denunciations of Israel and his perceived alignment with anti-Semites.[7] Eric Dyer, then a junior at Newton South, recalled encountering extensive anti-Israel sentiment among teachers at the time. In a class discussion in which a teacher condemned Israeli military incursions into Palestinian towns, Dyer objected because there was no mention of Palestinian terrorism. According to Dyer, the teacher censured him for expressing pro-Israel views.[8]

Chomsky was not the first person known for his negative perspective on the U.S. and Israel to be invited to speak to Newton students. In November 2001, two months after the 9/11 attacks, historian Howard Zinn, speaking at Newton North High School, reportedly told students that America's military response in Afghanistan "puts us at the same level as a terrorist."[9]

Some Newton high school students are receptive to this sort of anti-Western and anti-Israel political agenda. A radical political organization called Massachusetts Peace Action has chapters in both Newton high school campuses. This group promotes extreme anti-Israel positions, accusing Israel of scheming to drag the United States into war.  The group's website page on the Israeli-Palestinian conflict states,

> "Israel's continued advocacy of a military strike on Iran keeps the region on edge and is the main driver of a threatened U.S.-Iran conflict."[10]

Meanwhile, the group is silent on threats made by the Iranian regime's leaders to erase what it calls the "Zionist entity." The two Newton high schools are the only secondary school chapters featured on the group's web site and the group's board of directors includes a Newton high school student.[11]

11

### Newton Schools and the Harvard Outreach Center

A year after Chomsky's visit to the school, a high school history teacher invited Paul Beran, then director of the Outreach Center at Harvard University's Center for Middle Eastern Studies, to participate in a discussion about the Oslo Peace Process.

Beran was known for promoting the Boycott, Divestment, and Sanctions campaign in the city of Somerville, Massachusetts, and for advocating sanctions against Israel by the Presbyterian Church.[12] He also conducted workshops for teachers where he promoted his political agenda.

The Outreach Center had already received negative publicity for its controversial methods. After the 9/11 attacks, the Massachusetts Board of Education had funded a special seminar for K-12 teachers to learn about Islamic history and the Middle East. The outreach coordinator at the Outreach Center had been selected to organize the seminar. In their review of the seminar, officials from the Massachusetts Department of Education were shocked at what they found. They criticized the program for "ethical violations" that included "unacceptable practices" of inculcating religious practice in a public school classroom.[13]

A slide presentation available in 2011-2012 on the Outreach Center's website revealed the political advocacy woven into educational materials in workshops for teachers. The presentation laid out a number of key points to teach about the conflict.

1.  It emphasized treating the Israeli-Palestinian conflict as simply a land or border dispute, while dismissing the possibility of any other cause – for example, a religious one – as an "unsophisticated" viewpoint. [14]

2.  It portrayed the Palestinians as the indigenous people of the land, while obscuring the Jewish historical connection. One slide featured four chronological maps alleging to document the expansion of Jewish-controlled territory and the corresponding elimination of Palestinian territory. In fact, all the land shown in the maps had been part of the Turkish Ottoman Empire for 400 years until 1917. After World War I, the territory was part of a British administered League of Nations mandate for the



creation of a Jewish national home. However, the maps convey the impression of a once existing Palestinian Arab state. There has never been any such state.[15]

3. It depicted Palestinians as victims, unaccountable for their own decisions that might have led to their current predicament. This too was presented as a "sophisticated" viewpoint. One slide purporting to be "sophisticating" (sophisticated) alleged that "Israel is hegemon."  It discredited as "unsophisticated" notions like "Palestinians as terrorists."[16]

The Harvard Outreach Center presentation steered participants toward numerous anti-Zionist films and books, especially works by Jewish anti-Zionists.[17]

Among the films promoted on the website was *Occupation 101*,[18] a film featuring such well-known anti-Zionists as Noam Chomsky, Alison Weir, and Richard Falk. The themes expressed in the film echoed the Center's advocacy. The film analogizes Israel's policies to apartheid in South Africa. It denies the Jewish people's connection to their historic home, and incorporates classical anti-Jewish religious imagery and the anti-historical notion of a "Palestinian" Christ. The Palestinians are viewed only as victims. Palestinian violence is justified as a natural response to injustice.[19]

The Outreach Center also recommended to teachers a controversial textbook titled the *Arab World Studies Notebook* (AWSN). A review of the AWSN by the American Jewish Committee (AJC) found that the textbook "appears largely designed to advance the anti-Israel and propagandistic views of the Notebook's two sponsors, the Middle East Policy Council (MEPC) and Arab World and Islamic Resources (AWAIR), to an audience of teachers who may not have the resources and knowledge to assess this text critically."[20] The AJC report noted the irony that "the *Notebook* critiques other educational materials for being Eurocentric, yet it provides students with a completely Muslim-centered perspective."[21]

The AJC report concluded, "The Notebook is replete with factual errors, inaccuracies, and misrepresentations.[22] In addition to pervasive typographical errors, there is an almost total lack of citation,[23] making reference-checking exceptionally difficult, if not impossible."[24]

An example of the *Notebook*'s bias is evident in a chapter on "An Arab City," which presents Jerusalem as the "ancestral home" of the Palestinians that was usurped by Israel. It states that "Westerners know Jerusalem's deep associations with Judaism and Christianity… However, Islam's religious ties with the Holy city are equally long and much deeper."[25]

In fact, Islam emerged in the 7th century C.E., over 16 centuries after Jerusalem became the religious and political center for the Jewish nation, and six centuries after Jerusalem's religious importance was established for Christians.

The book's section on the Palestinians begins with the assertion, for which there is no historical basis, that, "Some Palestinians can trace their ancestry directly to the Canaanites who lived in Palestine centuries before the Hebrews claimed part of it."[26]

Another example of the Notebook's extreme bias is its contention that a Jewish conspiracy is behind the allegedly poor image of Arabs and Islam in America: "Why is it Hollywood has been

able to malign Arabs with almost complete impunity? Is there a Jewish conspiracy to promote a negative image of Arabs in cinema? Indeed Jews have been prominent in the American film industry and American Jews tend to be supportive of Israel. Meanwhile the emergence of the Israeli film industry with ties to America…has clearly contributed to the increase in racist portrayals of Arabs in cinema."[27]

In fact, the Israeli film industry has a notable repertoire containing numerous works that critically scrutinize Israeli policy and are sympathetic to the Palestinians.[28] Reviews of these films reveal that many are biased in favor of the Palestinians to such a degree that they promote unsubstantiated accusations and include false claims reflecting negatively on Israel.[29]

After being alerted to the Outreach Center's workshops in late 2012, CAMERA exposed the biased and inaccurate information disseminated in the workshops.[30] (See Attachment 3.) Shortly thereafter, Beran left and eventually took another position at Harvard,[31] and the Outreach Center shifted its emphasis away from the Israeli-Palestinian conflict to other cultural and political issues in the Middle East. A spokesperson for Harvard's Center for Middle Eastern Studies later told a researcher from a group evaluating Newton school curriculum materials that the Center "disavowed any connection to any such materials that may have been distributed to teachers."[32]

When questioned in 2013 about Beran's influence over the teaching of Islam and the Israeli-Palestinian conflict, Newton's School Superintendent David Fleishman stated that the Oslo discussion was the only interaction that had occurred between Newton teachers and the Harvard Outreach Center.[33] And a 10th grade World History teacher at Newton South High School corroborated the statement, saying that Beran played no role in his selection of curriculum materials.[34]

However, these statements were contradicted by the Outreach Center's own website, which proclaimed that Beran conducted a follow-up session with 80 Newton teachers on April 30, 2010, during which he instructed them on how to teach about the Israeli-Palestinian conflict.[35] And a local community newspaper, *The Jewish Advocate*, reported in 2012 that Newton South High School World History teacher Sean Turley had "sought help from the Center when he designed a 10th grade lesson plan about the Israeli/Palestinian conflict." Turley acknowledged that he had used the plan for three years.[36]

1    David Randall, *The Disappearing Continent*, National Association of Scholars, June 2016. https://www.nas.org/images/documents/NAS_apeh_complete.pdf.

2    Ibid, p. 2.

3    *Boston Globe*, April 11, 2007. http://archive.boston.com/bostonglobe/regional_editions/globe_west/west/2007/04/protesters_decr.html

4    Ibid.

5    https://www.youtube.com/watch?v=-WAP2S6rSoY

6    *Jerusalem Post*, July 18, 2016. http://www.jpost.com/Diaspora/Today-in-history-Argentina-looks-for-justice-460711

7    Chomsky penned an essay "Some Elementary Comments on the Rights of Freedom of Expression" in 1980. This included a defense of Holocaust denier Robert Faurisson. The essay was included as a forward to Faurisson's book. https://chomsky.info/19801011

8    Interview conducted by Steven Stotsky of former Newton South student Eric Dyer, August 2016.

9    *Boston Herald*, Nov. 21, 2011.

10   Massachusetts Peace Action. http://masspeaceaction.org/learn/palestine-israel

11    Ibid, http://masspeaceaction.org/campus-student/

12    Reported in *Harvard's Middle East Outreach Center Headed by BDS Activist*, CAMERA, Dec. 13, 2011.
Beran boasted of forming a coalition with an anti-Israel group, Jewish Voice for Peace, claiming "it helped the PC (USA) to deal more forcefully with the criticism it has and continues to receive from Zionist groups and their ilk."

13   CBN news, Public Schools Teach the ABCs about Islam, Oct. 9. 2008.

14    Mitchell Bard for example offers a sharply different viewpoint in his book, "Death to the Infidels: Radical Islam's War Against the Jews" St. Martin's Press, 2007.

15   The original source of these maps is the PLO Information Office. Many versions of these maps circulate widely.

16   Slide from 2011 Harvard University Center for Middle Eastern Studies website, titled, "Sophisticating."

17   PowerPoint slides for the workshop were originally available on the Outreach Center's website. They have since been removed.

18   Steven Stotsky, *Film Review: Occupation 101*, CAMERA, Jan. 5, 2008.

19    The film opens with the lines: "Any violence by a large population is not because the people is more violent than any other. It's an alarm, it's a sign, it's a signal that something is wrong in the treatment of this population."

20    *Propaganda, Proselytizing and Public Education: A Critique of the Arab World Studies Notebook,* prepared by Doran Arik, published by the American Jewish Committee, 2005.

21   Ibid, p.3.

22   Stanley Kurtz, "Saudi in the Classroom," *National Review*, July 25, 2007.

23    An example of the lack of scholarly citation is the inflated American Muslim population figure provided by the book (6 million in 1998 and noting it was larger than the Jewish population). In an exchange with William Bennetta, editor of *The Textbook League,* AWSN editor Audrey Shabbas cited unsubstantiated figures from television programs as her source of the population figure.  In contrast, population surveys by reputable organizations (for example, Pew) estimated the American Muslim population at 1.8-4 million in 2010. http://www.freerepublic.com/focus/news/1018887/posts

24   Ibid, p.8.

25   *Arab World Studies Notebook,* 1989 edition. p. 61.

26   Ibid, p. 247.

27   Ibid, p. 285.

28   In 2005, the Sundance Film Festival in Colorado, a major venue for independent films, featured nine Israeli films, all of which were sympathetic to the Palestinians and none of which could be characterized as denigrating Arabs.

29   CAMERA's website www.camera.org contains over a dozen film reviews that support this finding.

30   CAMERA, "Harvard's Middle East Center Headed by BDS Supporter," Dec. 13 2011. http://www.camera.org/index.asp?x_context=2&x_outlet=118&x_article=

31    Beran recently was appointed as executive director of SHARIAsource, a newly created online platform designed to provide content and context on Islamic law. It is part of Harvard Law School's Islamic Legal Studies Program.

32   Verity Educate, *Middle East Curricula in Newton Public Schools,* p. 4.

33    *Boston Globe,* State Affirms School Curriculum After Protests," Nov. 7, 2013.

34    Interview with Hillel Stavis Aug. 9, 2016, in which Stavis, a former school principal and bookstore owner in Cambridge, MA, recounted his conversation with Newton South High School history teacher James Rinaldi.

35    The full statement reads as follows: "The Outreach Center is working with the Newton city high schools to develop new resources to use in the classroom to teach the Palestinian/Israeli conflict. Paul Beran CMESOC Director presented to 80 history teachers from Newton Public Schools on approaches and resources for teaching about the Palestinian/Israeli conflict. The approach offered provides an inclusive way to allow a wide variety of historical voices to be learned from in the conflict. It then, approaches the gathering of information for presentation in the classroom around resources that focus on the five Oslo Peace Process problem areas of refugees, resources, borders, Jerusalem and settlements…"
https://web.archive.org/web/20100708082509/http:/cmes.hmdc.harvard.edu/outreach/news/newtonschools

36    *Jewish Advocate,* Feb. 17, 2012.

# Part 2: Curriculum Controversy in Newton, Massachusetts

## Reading Assignment from a Controversial Textbook

The controversy over the teaching of the Israeli-Palestinian conflict and Islam in Newton erupted in the fall of 2011 when Tony Pagliuso, a Newton school parent, discovered his daughter had been assigned to read an inflammatory article for a unit covering the Israeli-Palestinian conflict. The article stated:

> "Over the past four decades, women have been active in the Palestinian resistance movement. Several hundred have been imprisoned, tortured, and killed by Israeli occupation forces."[1]

The offending passage was from the *Arab World Studies Notebook,* which had been recommended by the Harvard Outreach Center.[2] There is no factual merit to the outrageous assertion made in the article, nor does the *Notebook* provide any backup for its false claims.

According to Pagliuso, when he brought the issue up with his daughter's teacher, his concerns were rejected and he was told that the material was appropriate for the class.[3] He received a similar response from the head of Newton South's Social Studies Department. In a meeting with the school principal, Pagliuso recalled that he felt patronized. According to Pagliuso, the principal taunted him, stating that "next year we're going to be studying some things that are going to be even more upsetting to you about the Israeli-Palestinian conflict."[4]

After a local newspaper reported on the incident,[5] an ad-hoc group formed in Newton to examine the materials that were used to teach about Islam and the Israeli-Palestinian conflict. The group set up meetings with school officials and began regularly to attend school committee meetings to voice their concerns about problematic curriculum materials.[6]

In June 2012, the superintendent and the Newton School Committee asserted that articles[7] copied from the Arab World Studies Notebook had been removed from the curriculum.[8] The Newton Public Schools published an official statement about the Arab World Studies Notebook controversy. It claimed that "The teacher highlighted a controversial statement in the reading and noted that it was a biased perspective…" The official statement reaffirmed that the book was no longer used at Newton South High School after a review during the winter of 2011-

16

2012, and that Newton North High School followed suit in the spring of 2012.[9] (See Attachment 4.) However, the Jewish News Service reported that downloadable lesson plans for a Newton South 9th grade class still included passages from the problematic textbook in October 2012.[10]

Notably, the Newton Public Schools statement did not take issue with the factual errors in the textbook, instead finding that "while it included primary sources that were of value to some faculty, there was a general sense that the materials were outdated." [11]

## The Battle Between the School Committee and the Ad-Hoc Group of Concerned Citizens

The ad-hoc group that formed after the exposure of the error-ridden reading assignment began its activities in earnest at a school committee meeting on October 24, 2011. Thirteen members of the ad-hoc group expressed their concerns with the curriculum. The superintendent acknowledged that some materials were factually flawed, but defended their use by claiming that it was important to provide students with a "balanced perspective," a phrase he repeated four times.[12] He added that he was familiar with an American Jewish Committee study that severely criticized the *Arab World Studies Notebook.*[13]

Subsequently, other school officials endorsed the superintendent's view, contending that inaccurate materials helped to "sharpen students' critical thinking skills."[14] Members of the ad-hoc group disagreed, countering that students lacking sufficient knowledge in the subject would not be able to distinguish facts from falsehoods.



Hillel Stavis speaking at school committee meeting

One member of the group who spoke at the meeting, Hillel Stavis, a former school principal, criticized the poor scholarly content of the material and questioned the value of assigning counterfactual readings to young, impressionable students.[15]



Superintendent Fleishman speaking at school committee meeting

School committee members reacted negatively to the ad-hoc group's comments. Expressing his concern with parental involvement in school curricula, Newton School Committee Vice-Chair Matt Hills told a local newspaper reporter that he knew of only a "handful" of residents, "a tiny, tiny number of people" voicing concern over "some unidentified bias." According to Hills, "academic freedom is at stake." He added, "and by the way there's not the slightest notion that there's a problem with the curriculum."[16]

Subsequently, members of the ad-hoc group managed to gain access to additional curriculum materials through private contacts with parents and students. They were troubled to find additional information that seemed unscholarly and biased.[17]

At school committee meetings during the Fall of 2012, members of the ad-hoc group continued to demand redress of their grievances concerning the curriculum. They urged, for example, that an objectionable book (*A Muslim Primer*) be removed due to its scholarly deficiencies in portraying the status of women in Islamic societies.[18] While allowed to speak at the meetings, the group complained that their concerns fell on deaf ears.

Meetings became increasingly contentious. In a letter published in local newspapers, Hills accused members of the ad-hoc group of "McCarthyesque" behavior at school committee meetings.[19]

Members of the ad-hoc group repeatedly urged they be given full access to curricular materials related to the Middle East. However, school officials[20] and the school committee[21] effectively barred access to curriculum materials by ignoring requests from the ad-hoc group. A school official sent one member of the ad-hoc group a letter requesting a payment of $3643, stating that it would be needed to cover the cost of collecting the requested materials.[22] (See Attachment 5.) Additionally, an email sent by Hills to another school committee member stated that the school committee had instructed the superintendent and his curriculum team not to comply with requests to collect and provide curricular materials, even in the case of a Freedom of Information Act request.[23]

18



Email shown in the film *Indoctrination@Newton*

The unresponsiveness to requests for access to curriculum materials exacerbated an already adversarial atmosphere, turning the issue of access to school materials into a focal point of the ad-hoc group's grievances.

Parents for Excellence in Newton Schools (PENS),[24] an organization formed by a parent who had separated from the ad-hoc group, created a website in 2012 to document the meetings with school officials as well as discussions and analyses of the classroom materials.

In July 2012, a contentious meeting took place between PENS and a deputy superintendent.[25] In a letter sent to the Newton School Department and the Mayor's Office recapping the meeting, PENS claimed that the deputy superintendent "indicated that it is acceptable for students to use material with factual inaccuracies" in order to "sharpen student's critical thinking skills" and that "there is no need to review materials used in controversial or sensitive subjects because 'we trust our teachers.'" The letter also cited the deputy superintendent stating that, "neither parents nor anyone else was permitted to view any material used by students."[26]

## Other Groups Enter the Fray

As the battle intensified between the sides, local activist groups entered the fray. Americans for Peace and Tolerance (APT), a Boston-area organization that exposes bias in school systems,[27] rallied concerned Newton residents to attend school committee meetings.

APT placed provocative advertisements in local newspapers publicizing examples of the distorted materials used in Newton schools. One ad published in October 2013 asked "What are Newton Students Really Learning?" It listed materials that "demonize Israel and America while glorifying Islam." The ad stirred up controversy because it called on outraged citizens to call the mayor's office and vice-chair of the school, and provided the vice-chair's personal phone number.[28] (See Attachment 6.) While his phone number was listed publicly on the City of Newton's website, its inclusion in the ad further intensified the controversy.

APT's activities generated friction with several well-established Jewish organizations in the Boston area. The Boston chapters of the Anti-Defamation League (ADL), the Jewish Community Relations Council (JCRC), and the Combined Jewish Philanthropies (CJP) initially sided with the school committee and officials.[29] In a joint statement issued on November 6, 2013, they publicly rebuked APT, declaring that after a careful review of the materials they had determined that APT's allegations lacked merit.[30] However, they did not publicize their own review of all the controversial materials. It is also not clear how they got the materials to review.[31]

On November 7, 2013, the *Boston Globe* reported that a Newton parent had submitted a 174-page complaint to the State Board of Education alleging that the curriculum

> violated the separation of church and state by spending an "inordinate" amount of time on Islam, and at too high a level of detail. It also alleged that class materials contained anti-Israel, anti-Semitic, racist, and false information, and pointed specifically to passages from *A Muslim Primer*, *Arab World Studies Notebook*, and a website called "Flashpoints."[32]

According to *The Globe*, state education officials investigated the issue and found "no violation of education law, regulation or policy has occurred with regard to the specific concern(s)" that were raised.[33] (See Attachment 7.)

On December 30, 2013, the ADL followed up its earlier joint statement with a response to APT's allegations that provided more specifics.[34] The ADL position seemed to shift somewhat, concurring with APT that some of the materials were problematic and should not be used.[35] The ADL noted that *Arab World Studies Notebook* had been removed from the school and while agreeing that "Flashpoints: Guide to World Conflicts"[36] was not a credible source, the ADL asserted it too was no longer in use. The ADL also addressed the question of the school's use of *A Muslim Primer: Beginner's Guide to Islam* and advised against further use of the book, but stopped short of demanding its removal.  While the ADL's report summarized its findings on the items publicized by APT, there is no indication that the ADL conducted a comprehensive review of all Newton materials used to teach about Islam and the Israeli-Palestinian conflict.

The major Jewish organizations' position continued to shift in 2013 and 2014. In a February 2014 letter to the local Jewish newspaper, the leadership of the Jewish Community Relations Council (JCRC) demonstrated a more nuanced position than its initial one. While it continued to criticize APT for its advertisements and for "attacking the ADL for its leadership on behalf of our community,"[37] the JCRC acknowledged there might be problems with the school materials and offered to meet with parents whose children brought home objectionable materials from school. (See Attachment 8.)

The JCRC suggested that the school committee –"as an elected body representing the voters of Newton – could put this entire chapter to rest by publicly addressing the ongoing allegations once and for all" and further added, "it would benefit the entire community if they would provide a public accounting about how curriculum is developed and how and where materials are approved for classroom distribution."[38]

## Review of Newton Curriculum Commissioned

Recognizing the importance of a scholarly assessment of the curriculum materials, some members of the ad-hoc group asked a Florida-based academic service called Verity Educate to evaluate the content of the materials they had been able to obtain from students up to that point, a total of 26 items.

In September 2014, Verity Educate produced a comprehensive report[39] that was highly critical of the materials. The 153-page report identified numerous examples of shoddy scholarship, plagiarism, and information copied from anti-Semitic websites. An executive summary of the report states that, "There has been a demonstrated lack of subject matter expertise in the creation and oversight of these materials and the vast majority of materials used do not originate from authoritative sources or are so altered as to have lost their authority."[40]

The Verity Educate study listed some of its key criticisms of the Newton materials:[41]

- Multiple, easily-refuted instances of inaccurate and false information
- Academic dishonesty ranging from plagiarism to deceptive editing
- Material taken directly from a hate-filled, religious, proselytizing website
- Assignments designed to prejudice students towards a radical position of a one-state scenario in Israel/the West Bank/Gaza
- Neo-Orientalist mistreatment of Arab perspectives
- Repeated biases against Israel and the U.S., and biases that sanitize the ideology and actions of terrorists

PENS provided copies of the Verity Educate report to school officials involved with the curriculum.[42] According to PENS, a follow-up meeting with those officials did not go well. The chair of the history department said he had no intention of reading the report and an assistant superintendent responded that she "was not allowed to read it, because she could only perform acts authorized by the School Committee." The Newton North High School principal instructed PENS representatives to bring their concerns to the Newton School Committee.[43] Verity Educate Executive Director Ellen Wald told a reporter from the Jewish News Service (JNS) that she approached Newton school officials three times with the report but did not receive a response.[44]  As far as is known, the comprehensive Verity Educate report was not reviewed by Newton school faculty or the school committee.

## Freedom of Information Act Request

The ad-hoc group and APT, now working together, demanded that the school system provide them with all relevant curriculum materials to ensure a complete review. (See Attachment 9.) One member of the group, Russel Pergament, who had published a local newspaper, *The Newton Tab,* later recalled his frustration with the school officials: "They were evasive and argumentative, and that compelled us to file a FOIA."[45] (See Attachment 10.)

In late 2014, the group turned to Citizens for National Security (CFNS), a Florida-based organization that had successfully exposed biased educational materials in Florida schools and had them removed.[46] CFNS, in turn, asked Judicial Watch,[47] a national group based in Washington, D.C., to file a Freedom of Information Act (FOIA) request with the Newton school system in order to gain access to the curriculum materials.[48]

According to CFNS Executive Director William Saxton,[49] the Newton schools began to comply with the FOIA request in May and June 2015,[50] providing materials from the 9th grade World History unit on Islam and the 10th grade unit on the Israeli-Palestinian conflict.[51]

Meanwhile, APT and the ad-hoc group, led by an energetic 93-year-old Newton resident Margot Einstein, continued with their efforts to publicize what they alleged were problems in the Newton curriculum. On April 7, 2016, APT screened a film *Indoctrination@Newton*[52] that provided a detailed exposé of the activities of Harvard's Center for Middle Eastern Studies Outreach Center and alleged that its influence on Newton educators was more extensive than Newton school officials admitted.

1   Denebola (Newton South High School newspaper), "Superintendent Responds to Parent Concerns About Middle East Curriculum," Dec. 8, 2012.

2   Its presence in the Center's curriculum was noted by Sandra Stotsky, *The Stealth Curriculum: Manipulating America's History Teachers,* Thomas B. Fordham Foundation, 2006, p. 31.

3   An interview with Tony Pagliuso conducted by Jack Morrissey of Christian and Jews United for Israel, available on Youtube. https://www.youtube.com/watch?v=j548BWo6x0c

4   *Indoctrination@Newton,* film by Americans for Peace and Tolerance. https://www.youtube.com/watch?v=JpSPOInxZYo

5   Wicked Local.com, "Parent: Newton South Material Defames Israeli Forces," October 7, 2011.

6   Interview with Margot Einstein, a Newton resident who organized this group, August 9, 2016.

7   Materials provided to the ad-hoc group included at least two articles identified as copied from the Arab World Studies Notebook. The second article, "An Introduction to Islam," was a basic discussion of central elements of Islam.

8   Statement by Superintendant David Fleishman at school committee meeting in October, 2012.

9   Newton Public Schools: *History Curriculum Statement,* undated. http://www.newton.k12.ma.us/cms/lib8/MA01907692/Centricity/Domain/506/History Curriculum Statement.pdf

10   www.JNS.org "Anti-Israel text remained in schools longer than officials let on, research shows," June 13, 2014. Also see: *Indoctrination@Newton* film by Americans for Peace and Tolerance.

11   Newton Public Schools: *History Curriculum Statement,* op. cit.

12   Video of school committee meetings available at www.newtontv.org.

13   *Propaganda, Proselytizing and Public Education: A Critique of the Arab World Studies Notebook,* American Jewish Committee, 2005.

14   Parents for Excellence in Newton Schools website, *Meeting with Deputy Superintendent for Teaching and Learning Ann Frederick – July 2012,* http://www.newtonparents.org/meeting-with-deputy-superintendent-ann-koufman-frederick.

15   Interview with Hillel Stavis, July 2016.

16   *The Jewish Advocate,* "Watchdogging Newton schools," August 10, 2012.

17   From notes made available to Steven Stotsky by Margot Einstein, founding member of the ad-hoc group.

18   Tapes of School Committee meetings are available on www.newtv.org; see especially meetings on October 24, 2011; November 14, 2011; April 9, 2012; April 23, 2012; May 14, 2012; June 11, 2012; November 15, 2012; and February 10, 2014).

19   *Newton Tab,* Nov. 14, 2012. Among other points, Hills claimed critics had not read the book they were complaining about (*A Muslim Primer*).

20   Parents for Excellence in Newton Schools (PENS). www.newtonparents.org/why-won-t-newton-schools-release-class-material

21   From notes made available to Steven Stotsky by Margot Einstein, founding member of the ad-hoc group.

22   A copy of the letter from Joel Stembridge, dated May 15, 2012 was provided to CAMERA.

23   A copy of this email is shown in the film *Indoctrination@Newton* by Americans for Peace and Tolerance (APT).

24   Parents for Excellence in Newton Schools website is viewable on-line.

25   Parents for Excellence in Newton Schools website,  *Meeting with Deputy Superintendent for Teaching and Learning Ann Frederick – July 2012.* http://www.newtonparents.org/meeting-with-deputy-superintendent-ann-koufman-frederick
26   Ibid.

27   Americans for Peace and Tolerance is a Boston-based non-profit organization co-founded in 2008 by Charles Jacobs. It describes itself as "dedicated to promoting peaceful coexistence in an ethnically diverse America by educating the American public about the need for a moderate political leadership that supports tolerance and core American values in communities across the nation." It has produced a series of films exposing college campus anti-Israel bullying and an anti-Israel high school program. http://www.peaceandtolerance.org/

28   *Metro Boston,* October 23, 2013, "What are Newton students really learning?"

29   An ADL Report on the controversy is available on the PENS website http://www.newtonparents.org/adl-report

30   The Anti-Defamation League, Combined Jewish Philanthropies and Jewish Community Relations Council issued the following joint statement on Nov. 6, 2013:

"We appreciate that many people have been concerned about a recent ad that appeared in the Newton Tab, the Jewish Advocate, and the Boston Herald alleging that a biased anti-Israel curriculum has been integrated into classes and programs in Newton Public Schools. Based on a careful review of the materials at issue by ADL and JCRC, there is substantial reason to believe that the allegations made in the ad are without merit. The ad misinterprets certain elements of the materials and lacks reasonable context. The Newton School Committee and its leadership have been responsive, and have addressed the questions posed to them in a thoughtful, constructive way. In contrast, the ad's sponsor declined our invitation to explain the allegations and answer questions about them, a decision that we regret. We trust that this is reassuring to members of our community and that claims made against members of the Newton School Committee can now be put to rest. Israel faces many challenges. It is time for us to work together to meet them in a climate of respect and open discourse."

31   http://newengland.adl.org/files/2013/12/APT-Ad-12-30-13-2-docx-2.pdf.

32   *Boston Globe,* "*State Affirms School Curriculum After Protests*" Nov. 7, 2013.

33   Ibid.

34   *What Americans for Peace and Tolerance's (APT) Ad Alleges,* a response by the Anti-Defamation League to the allegations made by APT, Dec. 2013.

35   The ADL also joined with APT in condemning another secondary school program called Axis of Hope, developed by Carl Hobert under the auspices of Boston University. APT's film, "Axis of Bias" exposes the efforts at indoctrination in Axis of Hope. The ADL's Robert Trestan published a letter in the *Jewish Advocate* on July 3, 2015 sharply critical of Hobert's program and its defenders.

36   The PENS website offers a brief description of Flashpoints at http://www.newtonparents.org/flashpoints
A detailed examination is included in the Verity Educate report.

37   *The Jewish Advocate,* Letter to the Editor, Feb. 14, 2014, from Executive Director Jeremy Burton and President Jill Goldenberg, JCRC of Greater Boston.

38   Ibid.

39   Verity Educate, "Middle East Curricula in Newton Public Schools," September 2, 2014.
http://www.verityeducate.org/Newton/

40    PENS website, Executive Summary, Sept. 5, 2014. http://www.newtonparents.org/verity-educate-report

The Verity Educate study can be obtained by writing to Verity Educate for a copy. www.verityeducate.org/newton/

41    The Verity Educate summary of its findings, http://www.verityeducate.org/newton/

42    PENS website, "Meeting with Assistant Superintendent of Teaching and Learning Cynthia Bergen et al. –

December 2014," http://www.newtonparents.org/meeting-with-nps-administrators---december-2014

43    Ibid.

44    Jewish News Service, Sept. 19, 2014 http://www.jns.org/latest-articles/2014/9/19/as-report-elucidates-fracas-on-anti-israel-texts-boston-area-school-district-remains-silent - Vwp6EkdLWSc=

45    Correspondence with Russel Pergament, August 2016.

46    Citizens for National Security (CFNS) identifies itself as a nonprofit, nonpartisan, public charity that identifies and addresses threats to the United States from radical Islam, other extremist ideologies and rogue nations. It specializes in research and education that provide ordinary citizens and public officials with accurate and credible information they need to understand and act upon national security issues. https://cfns.us/

47    Judicial Watch identifies itself as a conservative, non-partisan educational foundation, that promotes transparency, accountability and integrity in government, politics and the law. It advocates high standards of ethics and morality in our nation's public life and seeks to ensure that political and judicial officials do not abuse the powers entrusted to them by the American people. Judicial Watch fulfills its educational mission through litigation, investigations, and public outreach. https://www.judicialwatch.org/about/

48    The MPRL request  was sent to Superintendent David Fleishman on October 31, 2014.

49    FOIA materials released by the Newton schools.

50    Conversation with William Saxton, Chairman of CFNS, July 27, 2016

51    Correspondence by email with William Saxton on September 16, 2016. Newton schools indicated that both Newton North High School and Newton South High School included a unit on Islam in the  9th grade World History course, but only Newton South High School included a unit on the Israeli-Palestinian conflict in the 10th grade World History course.

52    One of a series of films on anti-Zionism and Islamic extremism by APT filmmakers Avi Goldwasser and Ilya Feoktistov, http://www.peaceandtolerance.org/newton/

# Part 3: Curriculum Analysis

The following analysis covers classroom materials provided by the school system in June 2015, as well as relevant items collected in 2011-2014. Some materials not currently in use were included because they could be in use by other school systems or could be reintroduced into the Newton curriculum. The Newton school system was asked for all materials relating to teaching about the Middle East, Islam and the Israeli-Palestinian conflict. Most of the materials provided pertained to the 9th and 10th grade World History courses. These materials included online videos, maps, handouts, and textbook chapters.

Many of the materials obtained in 2011-2014 were thoroughly evaluated by the Verity Educate study, as well as by prior CAMERA reports. The analysis that follows discusses only those materials deemed to be most important and relevant to conveying the Israeli-Palestinian conflict, Islamic history, and key issues in contemporary Islamic society.

The materials used in the unit covering the Israeli-Palestinian conflict consisted primarily of items found on the Internet. They provide only a partial view of the conflict, ignoring or downplaying many of the contributing factors. For example, largely concealed from the students are the religious component of the conflict, the persistence and extent of Palestinian terrorism, the oft-stated refusal by Palestinian leaders to accept a Jewish state, as well as the hate-filled rhetoric and incitement against Israel and Jews that saturates Palestinian political discourse. As a result, students are given a distorted view of the conflict and a misleading, benign image of Palestinian national movements. Former leader Yasir Arafat and current leader Mahmoud Abbas, are depicted as firmly committed to negotiating peace, when, in fact, many of their statements and actions suggest otherwise.[1]

The documents pertaining to Islamic history and culture expose students to varied perspectives on the establishment and expansion of Islamic rule. While some of the materials are sound, others are overly simplistic, emphasizing relatively moderate aspects of the Muslim conquests, while neglecting to amplify the discriminatory and repressive measures imposed on religious minorities. Supplemental materials are particularly problematic, often lacking factual substance and exhibiting a tendency to avoid critical scrutiny of Islamic society while unfairly tarnishing Americans as bigoted toward Muslims. Since the teachers of each class tailor their own syllabi, no two classes used identical materials.

Terrorism and radicalism in contemporary Islam are described as a deviation from traditional Islamic values and the result of misinterpretation by certain Muslims of key religious precepts like *jihad*. But there is no discussion of why Islamic radicals claim their version of Islam is the most genuine and carry out their attacks in the name of Islam. The units shed no light on how these radicals have managed to attract a significant following.

Absent from the Newton materials is any discussion of the incitement to hatred of Jews and Israel that permeates Palestinian society and much of the Middle East. Depictions of Jews as criminals and corrupters are ubiquitous in Palestinian media, schools, mosques, and government pronouncements.[2]

Palestinian terrorism is presented as limited to an extreme fringe that is unrepresentative of the main currents of Palestinian society. In reality, opinion polling in both the West Bank and in the Gaza Strip consistently shows extensive public support for acts of violence against Israelis.[3] And Palestinian society extols terrorists as heros to be emulated: For example naming schools, streets, cultural events, sports tournaments, and public squares in their honor.



Palestinian Chairman Abbas, PA Television, September 16, 2015 (Palwatch)

Also absent are readings by reputable Israeli and American historians whose accounts sharply differ from the perspectives presented. The inclusion of all major, credible perspectives is crucial to teaching critical thinking and would distinguish the aim of the course from indoctrination. But students are not only denied exposure to some of the important scholarship on the topic, they are misled as to what constitutes mainstream and fringe perspectives on the conflict.[4]

## A. 10th Grade World History Unit on the Palestinian-Israeli Conflict

Overview: This unit contains items included in the 2015 FOIA release:

1. Two videos explaining the conflict from Internet web sites, including a 35-minute *New York Times* video that provided the basis of two days of discussion,

2. Two timelines for the conflict; an eight-page timeline from PBS, and a two-page timeline that includes a fill-in-the-blanks exercise,

3. Three maps from Palestinian or pro-Palestinian sources,

4. A 16-page photocopied handout including 15 maps, giving a summary of the political positions of important current figures,

5. An article discussing a two-state solution published in the *New York Times* by David Makovsky, an analyst associated with a Washington-based Middle East think tank,

6. An interactive website dedicated to "Middle East Peace."

Analysis of the unit also covers two textbook chapters. One textbook appears to be in current use although it is not specifically mentioned in the course syllabus. (See Attachment 11.) A second textbook is the source of a 10-page account of the history of the conflict that was used for several years, but was not included in the 2015 FOIA materials. Several handouts used in prior years that were not included in the 2015 FOIA release are also examined.

The unit presents a one-sided view of the conflict, shifting blame onto Israel and downplaying Palestinian responsibility for the situation:

- It promotes the view that the Israeli-Palestinian conflict is a "conflict over land" and that "this is not inherently a religious conflict."[5] (See Attachment 12.)

- It portrays the Palestinians as the indigenous people of the land, while obscuring the Jewish historical connection.[6] In addition, the materials often describe the West Bank as "occupied" rather than "disputed" and Israeli settlements are characterized as "illegal," even though official U.S. policy does not deem the settlements illegal and their status remains a matter of interpretation under international law. [7]

- It depicts Palestinians as victims, with no accountability for their actions and decisions that contribute to their current predicament.[8]

- It portrays the Palestinian Authority as unequivocally pro-peace and eager for negotiation, while portraying Israel as intransigent.[9]

- It conceals terrorism and instigation of violence by those affiliated with the Palestinian Authority (PA) and the Fatah party. Former PLO leader Yasir Arafat is portrayed as a man of peace; his extensive involvement in terrorism is whitewashed.[10] Mahmoud Abbas, Arafat's successor, is airbrushed as an uncomplicated advocate of a peaceful resolution to the conflict without any mention of his and the PA's glorification of terrorism and violence.[11]

## 1. Two Videos Explaining the Conflict

**a. Challenges in Defining an Israeli-Palestinian Border:** A five-part, 35 minute, *New York Times* video produced by Joe Burgess, Stephen Farrell, Alan McLean, Sergio Pecanha and Archie Tse.

This video series, to which the class devotes two days of discussion, is built on the faulty and deceptive premise that the Arab-Israeli conflict is mainly perpetuated by the failure to establish a permanent border between the two sides along the 1949 Armistice lines.[12]

What the series ignores is the steadfast refusal by Arab and Palestinian leaders to accept a permanent Jewish state in the region within any borders. The video contributes to an anti-historical account that identifies Israel's capture of the West Bank and Gaza in 1967 as the basis for Palestinian grievances, when in fact, Fatah and the Palestine Liberation Organization were founded with the goal of dismantling Israel well before 1967; Fatah in 1959 and the PLO in 1964.



Screenshot from the video

Students are not informed that all Palestinian leaders – including Palestinian President Mahmoud Abbas, who is portrayed as a moderate – have repeatedly articulated their rejection of a Jewish state. Nor is there mention of the key fact that Israel has made numerous, far-reaching offers of peace that entailed creation of a Palestinian state. The Palestinians' repeated refusal of these offers is essential information for students.

Indicative of Palestinian rejection of any Jewish state is the fact that in August 2016, Abbas pursued a lawsuit against Great Britain over the Balfour Declaration on the grounds that it led to what the Palestinians call their "catastrophe," or *Naqba* in Arabic, referring to the establishment of the State of Israel and the Arab initiated war triggered by the United Nations Partition Plan calling for the creation of a Jewish State and an Arab State in the Palestine Mandate.[13]

By ignoring salient elements of the conflict, the video misleads students about the essence of the conflict. And by focusing solely on Palestinian stated "goals" and Israeli actions that impede them, the film fails to examine Palestinian actions that prevent peace.

28

**b.** ***Crisis Guide: The Israel-Palestinian Conflict,*** Chapter II: An interactive video produced by the Council on Foreign Relations.

This video presents a relatively balanced overview, describing the geography and history of the Israeli-Palestinian conflict. It clearly states essential facts about Israel's acceptance and Arab rejection of the UN partition resolution in 1947 and the Arab invasion in 1948. It also presents the events leading to the 1967 war factually. The video, however, contains a significant factual error in stating that the pre-1967 Israel comprised 20,000 square miles. The actual figure was 7,847. This mistake seems unintentional (the area equals approximately 20,000 square *kilometers*).[14] Such errors should be corrected by editors.

## 2. Timelines for the Conflict

**a. Promises/POV (Acclaimed Points of View)** ***A History of the Israeli-Palestinian Conflict,*** American Documentary Inc., Dec. 2001: Produced by the Council on Foreign Relations and obtained from the PBS website. (See Attachment 13.)

This eight-page timeline, used by the 10th grade class as an "introduction to the Israeli-Palestinian conflict," presents a skewed chronology concealing much of the terrorism directed against Israel since its founding. It includes numerous errors and omits substantial relevant information.[15] The timeline is configured to present in parallel both an Israeli and a Palestinian account without any attempt to assess their accuracy. The timeline was produced by Negar Katirai, an intern with the Council on Foreign Relations.[16] Katirai credits Mark LeVine, an advocate of the BDS movement who teaches at the University of California at Irvine, with helping her develop the timeline. LeVine publishes vituperative[17] articles about Israel and Zionism[18] in which he has contended that Israelis have an "addiction" to violence and suffer from "collective mental illness."[19]

The timeline glosses over Palestinian/Arab ideology that rejects Israel's right to exist. The single reason given for the Arab rejection of the U.N. General Assembly's 1947 resolution to create a Jewish and an Arab state is that the Arabs "considered the proposal unrepresentative of the demographic distribution of Jews and Arabs living in Palestine," not that they opposed the creation of a Jewish state of any size in the region. [20]

Students are also told that in 1948: "Fighting breaks out between the newly declared state of Israel and its Arab neighbors," not that the five surrounding Arab states declared war on and invaded the fledgling Jewish state.[21]

The timeline's misleading recitation of UN Resolution 194 includes only the portion stating that Palestinian refugees who wish to return to the homes they fled should be permitted to do so. The part of the resolution requiring those refugees to "live at peace with their neighbours,"[22] (widely understood to require returning Palestinians to accept the presence of Israelis and abide by Israeli governmental authority) is omitted. Nor is there mention that all the Arab states voted against the resolution. Furthermore, the resolution had no legal force in any case as a General Assembly measure (only Chapter Seven Security Council resolutions are legally binding).

The timeline intimates that Israel's preemptive strike started the Six Day War, but fails to mention Arab leaders' calls to annihilate Israel, the Egyptian blockade of Israel's Red Sea passage, and the build up of Egyptian troops along Israel's Sinai border.[23]



The charred remains of an Israeli bus, attacked by Palestinian terrorists in 1978 Coastal Road Massacre

The timeline omits most of the terrorism perpetrated against Israeli civilians and conceals the glorification of terrorists by Palestinian leaders. There is no mention of Arab terrorist attacks inside Israel prior to the 1990s. Missing from the account are the coastal road massacre in March 1978, in which 25 adults and 13 children were murdered, [24] and the Maalot massacre in May 1974, in which 105 children were taken hostage and 25 eventually killed.[25] Yasser Arafat is portrayed as a man of peace, his extensive involvement with terrorism whitewashed. Instead students are simply told that in 1988: "Palestinian leader Yasser Arafat condemns all forms of terrorism and recognizes the state of Israel."[26]



Public Commemoration in Ramallah of Dalal Mughrabi, who took part in the March 1978 Coastal Road Massacre, in which 38 Israeli bus travelers died, including 13 children

Disingenuously, the first terrorist act specified within Israel and the territories is the the rampage by a "militant Jewish settler" in 1994 that killed 29 Palestinians "praying at the main mosque

in Hebron."[27] More recent Palestinian terrorism and the promotion of violence by affiliates of the Palestinian Authority and Fatah are likewise absent from the timeline.

The timeline is also out of date. It ends in 2001, and overly focuses on events in that and the preceding year. Students are deprived of information about Palestinian violence that reached its apex in 2002, when 452 Israelis were killed in terrorist attacks.

There is no mention of U.S. State Department-designated Palestinian terrorist groups, such as Al Aksa Martyrs brigades, Islamic Jihad, and the PFLP, or any of their attacks against Israeli civilians.



Palestinian gunman at the Munich Olympics in 1972

Although the timeline mentions the 1972 Munich massacre of Israeli Olympic athletes, it refers to the perpetrators from the Black September terrorist group simply as "gunmen."

The timeline mislabels the U.S. and E.U.-designated terrorist group Hamas as a "political group" although its own members reject the label of a political group, describing themselves as a "resistance movement."[28] As its charter makes clear and its leadership have repeated on many occasions, Hamas seeks to achieve its goals through violent means, not political.[29] There is no mention of the relentless rocket attacks by Hamas after the Islamist group seized control of Gaza in 2007.

Overall, the timeline suffers from shoddiness. For example, it claims Israel invaded Lebanon in 1982 to deal with attacks by Hezbollah, when, in fact, Hezbollah's hostilities with Israel began after the Israeli invasion.[30] The invasion was the culmination of years of conflict between PLO guerrillas in South Lebanon and Israel.[31]

### b. Classroom timeline exercises

A classroom exercise requiring students to fill in the blanks on items in the timeline reveals a pattern of historical inaccuracy and omission similar to that of the POV timeline. For the year 1947, the classroom timeline notes that the "Arab Palestinians reject" the UN Partition Plan. This is inaccurate. The UN Partition Plan was rejected by the leaders of the existing Arab states and Palestinian Arab leadership, not by Arab Palestinians. [32]

Under the year 1972, it states "Palestinian *militants* (emphasis added) kill 11 Israeli athletes." The killing of the Israeli athletes was unambiguously a terrorist act, but is not identified as such.

Under the year 1993, the classroom exercise states, "Neither side denies the other's right to exist, and promise to work toward a final settlement." This is an example of creating false equivalence by failing to accurately convey the positions of each side. The Palestinians have never accepted the right of Israel to exist as a "Jewish" state.

31

c. *Middle East in Transition: Questions for U.S. Policy*, The Choices Program, Watson Institute for International Studies, Brown University. This 20-page chronogical account of the Arab-Israeli conflict was previously utilized. It contained numerous factual errors.

The bias is evident in the chapter's offering of harsh judgments of Israel and Zionists while ignoring the aggressive actions of Israel's adversaries. For example, the authors blame Israeli leaders for the Six-Day War and for "having little faith in diplomatic solutions," while the provocations by Arab leaders that prompted the war are concealed. The authors advance the discredited claim that the Israeli aerial attack on the U.S.S. Liberty was intentional.[33]

In describing the support for establishing a Jewish state in 1948, the authors present the offensive speculation that "Zionism might not have fulfilled its mission without the tragedy of the Holocaust." This deplorable canard suggesting that Zionists benefitted from the genocide against the Jews is a staple of anti-Israel and anti-Jewish agitators.

## 3. Maps of the Conflict

### a. Maps from the Palestinian Academic Society for the Study of International Affairs (PASSIA).

Many of the maps used in the unit are informative. However, the maps disseminated by PASSIA, an organization that actively promotes the boycott and sanction movement, present a partisan narrative that justifies Arab actions and demonizes Jewish ones. For example, a map showing



**Israel founded: Armistice**
War broke out in 1948 when Britain withdrew, the Jews declared the state of Israel and troops from neighbouring Arab nations moved in. After 14 months of fighting an armistice line was created, establishing the West Bank and Gaza strip as distinct geographical units.



**Palestinian Academic Society for the Study of International Affairs (PASSIA)**

the 1949 Armistice line states "Jews declared the state of Israel and troops from neighboring Arab nations moved in."

Actually, the troops didn't simply "move in," they attacked Jewish communities.

A second map from PASSIA shows "Palestinian Villages Depopulated in 1948 and 1967 and Razed by Israel." Here PASSIA promotes the narrative of ethnic cleansing.[34] The scholarship on the issue reveals a more complex scenario of Arab flight, which was triggered by different stimuli at different points during the 1947-1949 conflict: Affluent Arabs left earliest, expecting to return after the fighting ended; some fled at the urging of their own leaders, reassured of their return after the Jews were defeated; many others fled in panic, frightened by stories of alleged Jewish atrocities spread by their own leadership; and others were driven from their homes as a result of battles between the two sides.

However, there are no maps in the curriculum showing the forced flight of Jews from Arab states. At the same time as the Palestinian Arab flight, a larger number of Jews fled from Arab states where they had lived for hundreds of years. Imperiled by the Arab-initiated war, the Jews were forced to abandon homes and livelihoods, arriving in Israel destitute. These Jews were largely absorbed by Israel.

### b. Map of Israel and the territories since 1982 (unattributed).

A non-PASSIA map that ostensibly illustrates the borders of Israel from 1982 onward presents a partisan perspective. It refers to the West Bank and the Gaza Strip as "Palestinian territories occupied by Israel since the 1967 Six Day War."

While there is considerable support for a "two-state solution" that would give the Palestinians much of the West Bank territory, United Nations Security Council Resolution 242,[35] which remains the basis of U.S. policy, did not identify these territories as Palestinian and left their disposition to be decided in negotiations of a final peace accord.[36]

The terminology also misleads because the territories that Israel captured in the 1967 war did not previously belong to the Palestinians; they were ruled by Jordan and Egypt. With regard to the Gaza Strip, in 2005 Israel withdrew from it, leaving the Palestinian Authority in charge of administering it. In 2007, Hamas seized control, ejecting the Fatah-dominated government.



## 4. "Understanding the Arab/Israeli Conflict"- (unattributed handout)

This 16-page handout drawn from multiple sources gives a summary of the political positions of the most important current figures in the conflict.[37] It handles Israel's founding reasonably well, but its treatment of more recent events and the current situation is flawed.  It erroneously portrays the president of the Palestinian Authority as fully committed to negotiating a peaceful resolution of the conflict, while portraying the Israeli Prime Minister as resistant to negotiations.

The handout states, "President Mahmoud Abbas and the Palestinian Authority seek peaceful negotiation with Israel to establish a co-existing Palestinian state. The PA disagrees with Hamas' policy of armed struggle…"[38]

In fact, Abbas opposes two states for two peoples and has repeatedly said he will not accept a Jewish state. He has also chosen to bypass negotiations, seeking via the United Nations action to impose a settlement rather than meet with the Israeli government. In addition, Fatah, the political party which Abbas heads, affirmed its fealty to armed "resistance" in its general congress in 2009.[39]

The handout describes Israeli Prime Minister Benjamin Netanyahu and the Likud Party as "advocat[ing] for the continuation of Israeli settlements, continued Israeli control over the Palestinian territories, and the use of military pressure against Hamas." There is no indication of Netanyahu's freezing of settlement building and expressed willingness to meet with Palestinian President Abbas without preconditions. Nor does the description of Netanyahu's policy via Hamas provide accurate information or adequate context regarding the group's rocket and other attacks on Israel.

## 5. A Newspaper Article Discussing a Two-State Solution

In an opinion piece, "Mapping Middle East Peace," David Makovsky, Sept. 11, 2011,[40] a scholar at the Washington Institute for Near East Policy, asserts that a two-state solution is the only viable path to peace. Makovsky offers three scenarios of equal swaps of territory between Israel and a putative Palestinian state on the West Bank in order to bring Jewish West Bank settlers into Israel. The article is helpful in detailing the Jewish communities beyond the 1949 Armistice line (*The Green Line*), but it does not illuminate underlying political and religious forces that have stood in the way of what would otherwise be a relatively straightforward process of working out border adjustments.

## 6. Website of the S. Daniel Abraham Center for Middle East Peace

Students are advised to view the Center's website, which provides information on what are termed the core issues of the Israeli-Palestinian conflict, identified as: 1) Security, 2) Borders, 3) Jerusalem, 4) Refugees, and 5) Mutual Recognition.[41] The perspective presented reflects the positions of the Israeli and American left on reaching peace with the Palestinians.

The website is critical of Israeli Prime Minister Benjamin Netanyahu and accepts at face-value Arab representations of their willingness to live in peace with Israel in return for Israeli

34

territorial concessions. This includes trust in the sincerity of the PLO declaration in 1988 that it no longer sought "all of Palestine" and was willing to accept just "22 percent" of Palestine (the West Bank and Gaza) and the desire of current Palestinian President Mahmoud Abbas to conclude a peace with Israel.

The website's list of events include reference to two meetings with Palestinian President Mahmoud Abbas but none with Israeli Prime Minister Netanyahu. The website provides several useful maps presenting different border proposals by the two sides based upon the principle of an equal swap of territories.

## Textbook and Internet Readings on the History of the Conflict

**1. *World History: The Human Odyssey***, Edited by Jackson J. Spielvogel, National Textbook Company, 1999.

Classes have utilized several textbooks that describe the Israeli/Arab wars and the emergence of the Palestinian refugee problem. These accounts downplay Arab refusal to accept Israel within any borders and promote the skewed notion of an equivalence of hardline sentiment on both sides with respect to accepting the other side. Similarly there is also a tendency to present the Zionist movement and Palestinian nationalism as parallel historical processes, when in reality Palestinian nationalism arose later and to a large extent as a reaction to the Jewish national movement.

This pattern of equating the sentiments and aspirations of both sides is evident in *World History: The Human Odyssey*. (Several chapters in the textbook discuss the Israeli-Palestinian conflict. The book remains in use in Newton schools, although it is not specifically listed in the 10th grade syllabus in the unit covering the Israeli-Palestinian conflict).

For example, in presenting the sentiments after the armistice of 1949, the book states: "The invasion failed, both sides remained bitter." [42]

In fact, the Israeli government immediately expressed interest in negotiating peace treaties, but the Arabs were adamant against any compromise.

This textbook also includes factual errors; for example, stating that the population of the Palestine Mandate after World War I was 98 percent Muslim. [43]

In fact, as many as 12 percent of the Arab population living in the Mandate at that time were Christian.  In addition, the Jewish population numbered about 14 percent of the total population.[44]

The textbook misrepresents the Israeli position after the Six Day War, depicting Israel as unwilling to compromise and exonerating the Arabs. It states that Israel rebuffed Arab demands to return the territories taken in the war, offering the excuse that the acquired land improved their security.[45] But, in fact, in the immediate aftermath of the war, Israel did offer to turn over captured territories to the Arab states in exchange for peace and recognition of borders. In contrast the Arab states at their meeting in Khartoum, Sudan, in August 1967, issued what became known as the "three nos" –  no recognition, no negotiations, no peace.[46] (See Attachment 14.)

2. *The Modern Middle East*, Chapter 14: "Origins of the Middle East Conflict," Oxford University Press, 3rd edition, 2011; 10-page account used from 2012-2013. [47] Also a five-page timeline from *The Israeli-Palestinian Conflict*, Cambridge University Press, 2010. Both are by James Gelvin. These readings were used in the 10th grade honors class at Newton South High School.

Gelvin's chapter and timeline were not among the materials released in 2015 - suggesting they may no longer be in use – but the themes he stressed[48] continue to be central to the Newton 10th grade unit on the Israeli-Palestinian conflict. Gelvin's chapter represents the most comprehensive example of the biased account imparted to Newton students. These themes and flaws were evident in an interview with a student who took the 10th grade course in 2016. [49]

Gelvin portrays the conflict as a war between Jewish colonialists who espouse what he alleges is a typical 19th century European nationalism – Zionism – against what he claims are the indigenous inhabitants, Palestinians. He misrepresents the history of the Jewish people, describing Zionism as "a nationalist movement that redefined a religious community – Jews – as a national community."[50]

In reality, Jews were defined as a nation from the outset, one that had lived dispersed in exile from its native land. He states as fact that "all [nationalisms] are defined by what they oppose… Zionism itself was also defined by its opposition to indigenous Palestinian inhabitants of the region."[51] This is inaccurate. Zionism is the national liberation movement of the Jewish people and from its inception, not a movement in opposition to others.

Nor did there exist a group of non-Jews who identified as "Palestinians" when the concept of Zionism was formulated.[52] At the time, "Palestinian" referred to the Jews of the area. Gelvin repeatedly uses the terms "Zionist" and "Palestinians," although contemporary documents routinely referred to the two sides as "Jews" and "Arabs." For example, he writes: the "British proposed dividing Palestine into two separate territories, one Zionist and one Palestinian." He describes the proposed partition as "between Zionist and Palestinian communities," [53] when in fact the British proposed to divide the Mandate into "Jewish" and "Arab" states.[54]

Gelvin reverses cause and effect concerning the "Arab intervention in 1948," writing that the "war that followed led to the creation of Israel." In fact, the war was launched after the U.N. supported the creation of the modern state of Israel in an effort to destroy it.

Gelvin retroactively applies current terminology to promote his hypothesis that "the dispute is, simply put, a real estate dispute"[55] involving "the confrontation between Zionist settlers and indigenous inhabitants."[56] The claim that the Palestinians are indigenous and that the Jews are outside settlers is likewise divorced from historical reality. [57]

Notably sidelined from Gelvin's account and missing entirely from his timeline, is Haj Amin al-Husseini, the Mufti of Jerusalem – whose office imparted both political and religious authority.[58] Husseini guided the Palestinian Arab national movement and shaped the political and religious content of its ideology. He injected an intolerant version of Islam, laden with anti-Jewish conspiracy theories into Palestinian dogma and fused it with fascist political ideology imported from Europe. He instigated Arab violence against the Jews in the 1920s, incited the uprising against the British in 1936, and was implicated in the assassinations of moderate Arab leaders in the Mandate.



Haj Amin al-Husseini and SS troops
Bundesarchiv-Koblenz, Collection: Yad Vashem

An admirer of European fascism, Husseini spent the WWII years in Berlin producing pro-Nazi propaganda and was instrumental in helping recruit several SS divisions of Bosnian Muslims. He pressed German leaders to expand their genocide against the Jews to the Middle East, even interceding to block a deal proposed by Nazi officials to exchange the lives of Jewish children for badly needed trucks. [59]  After the war, he "escaped" Allied confinement in France and returned to the Middle East to organize violent opposition to the emerging Jewish state.

Husseini was not alone among Arab leaders in his extreme opposition to the Jewish state. Other prominent Arab leaders publicly exhorted fellow Arabs to wipe out the Jews.[60] These were not fringe zealots, but influential figures who set the direction for the Palestinian national movement, firmly affixing strictly interpreted religious doctrine to an already militant political ideology that opposed coexistence with a sovereign Jewish state.

Gelvin's "land-based" explanation for the conflict is shared by Harvard's Outreach Center and is echoed in the 10th grade World History course taught at Newton South High School. A Newton student who took the course in June 2016 recalled the teacher emphasizing to the students: "This is a conflict over land, not religion." [61] (See Attachment 15.)

What is obscured in the "land-based" account is that the territory is the Holy Land, sacred to Jews, Christians, and Muslims, and it is the latter, who view this conflict as a holy war, or *jihad*. Gelvin's minimizing of the religious aspect presents a serious problem because this component of the conflict has intensified, rather than diminished, over time. For example, in 1924, the Supreme Moslem Council published an English-language tourist guide to the Temple Mount acknowledging Judaism's historic bond to its ancient homeland and holy sites and the fact that the first and second temples stood on the Temple Mount.[62] Since the rise of the PLO and Yasir Arafat, Palestinian leaders have denied any Jewish connection to the Holy Land or the Temple Mount.

Because Gelvin does not acknowledge the importance of the religious component of the conflict, he cannot explain his observation that the conflict has attracted inordinate attention despite the fact that the "number of people directly affected by its political problems is miniscule in comparative terms" to other conflicts in the region and beyond.[63] By concealing the religious dimension of the conflict, he deprives students of the knowledge needed to understand the conflict.



Students are led to believe that the Palestinian/Israeli conflict is a "real estate dispute" simply requiring agreement on borders. The religious component is de-emphasized. If the conflict is just a land conflict, like many others, then how are students to understand why the conflict is given such disproportionate attention and importance despite the much greater carnage of many other conflicts in the region?

A related, but separate issue is the false claim, starting with Haj Amin al-Husseini, that Jews were threatening Muslim holy sites on the Temple Mount. Husseini used the claim in 1929 to trigger deadly attacks in which more than one hundred Jews were murdered.



Synagogue desecrated by Arab rioters, Hebron



Scene of destruction in the Jewish Quarter of Hebron after the Arab riots of 1929

Since 1967, when all of Jerusalem and its holy sites came under Israeli control, this became the battle cry for violent *jihad*. Both the Palestinian Authority and Hamas have used false charges of threats to Islamic sites to inflame the passions of Palestinians and Muslims.[64] The Palestinian leadership continues to encourage violence in order to assert Muslim supremacy over Jerusalem's holy sites.[65]

## Supplemental Material

### 1. Hamas Covenant

Students are given a radically altered one-page translation of the Hamas covenant that excludes all the passages revealing bigotry directed at Jews. In this way, Hamas's racial and religious supremacism is obscured and the Islamist group's agenda is portrayed as narrowly directed at political Zionism rather than the Jewish people.

**Student handout translation of Article 28:**

*Jihad Against the Zionist Enemy:* The Zionist invasion is a vicious attack that does not have piety... [and uses] all methods low and deplorable to fulfill its obligations... Zionists are behind the drug and alcohol trade because of their ability to facilitate the ease of control and expansion. The Arab countries surrounding Israel are requested to open their borders for the *Mujahideen* [Islamic fighters] of the Arab and Islamic countries so they can take their role and join their efforts with their Muslim brothers of Palestine. As for the other Arabic and Islamic countries, they are asked to ease the movement of *Mujahideen* from it and to it - that is the least they could do.

**Full translation of Article 28:**

The Zionist invasion is a vicious invasion. It does not refrain from resorting to all methods, using all evil and contemptible ways to achieve its end. It relies greatly in its infiltration and espionage operations on the secret organizations it gave rise to, such as the Freemasons, The Rotary and Lions clubs, and other sabotage groups. All these organizations, whether secret or open, work in the interest of Zionism and according to its instructions. They aim at undermining societies, destroying values, corrupting consciences, deteriorating character and annihilating Islam. It is behind the drug trade and alcoholism in all its kinds so as to facilitate its control and expansion.

Arab countries surrounding Israel are asked to open their borders before the fighters from among the Arab and Islamic nations so that they could consolidate their efforts with those of their Moslem brethren in Palestine.

As for the other Arab and Islamic countries, they are asked to facilitate the movement of the fighters from and to it, and this is the least thing they could do.

We should not forget to remind every Moslem that when the Jews conquered the Holy City in 1967, they stood on the threshold of the Aqsa Mosque and proclaimed that "Mohammed is dead, and his descendants are all women."

**Israel, Judaism and Jews challenge Islam and the Moslem people. "May the cowards never sleep."** [66]

The abridged student version edits out the most serious accusations that Jews corrupt society and are "annihilating Islam." Also, one section of the covenant describes the request for fighters

from the surrounding Arab and Islamic states to join their "Muslim brothers of Palestine." But it omits the injunction, "We should not forget to remind every Moslem that when the Jews conquered the Holy City in 1967, they stood on the threshold of the Aqsa Mosque and proclaimed that 'Mohammed is dead, and his descendants are all women.' Israel, Judaism and Jews challenge Islam and the Moslem people. 'May the cowards never sleep.'"[67]

## 2. Prominent Voices on the One-State Solution and the Two-State Solution

A recurring problem of the class materials is the unwarranted attention given to fringe academics and activists. A two-page handout used in 2011-2013 titled "Prominent Voices on the One-State Solution and the Two-State Solution"[68] includes five anti-Israel agitators out of nine voices presented. The spectrum of voices runs from anti-Israel extremists to Israel's political left. Missing are the views of the majority of Israelis and of Palestinians in the West Bank. The skewed selection of voices misleads students into viewing fringe viewpoints as reasonable mainstream views.

The Verity Educate report observed, "This misleads students to believe that the mainstream position is a single state with a Palestinian majority when, in fact, this is a radical position."[69]

Prominent Voices include:

- John Spritzler, who runs a website advocating 9-11 conspiracy theories.[70]

- Virginia Tilley, an academic with no Middle East expertise and a supporter of the BDS movement.[71]

- Ali Abunimah, an apologist for Palestinian violence who co-founded and runs Electronic Intifada, an extreme anti-Israel website that promotes the BDS movement.[72]

- The late Professor Edward Said, a PLO adviser and opponent of the Oslo Peace Process.

- The late Professor Tony Judt, who denounced Zionism as irredeemably flawed and considered the Jewish state a historical mistake.[73]

- *The New York Times* columnist Thomas Friedman, caustic critic of Israeli policies and leaders. In December 2011, Friedman wrote, "I sure hope that Israel's prime minister, Benjamin Netanyahu, understands that the standing ovation he got in Congress this year was not for his politics. That ovation was bought and paid for by the Israel lobby."[74] Such a statement echoes anti-Semitic libels that Jews nefariously use financial means to advance their aims.

- Naomi Chazan, a former Israeli Knesset member whose views place her on the far-left edge of contemporary Israeli politics.

- Two Israeli Prime Ministers, one of whom, Ehud Olmert, raises the specter of a situation in Israel akin to South Africa, while the other, Shimon Peres, calls for a Palestinian state.

40

## B.  9th Grade World History Unit on Islam

The 9th grade World History course covers Islamic history and culture. According to the Massachusetts standards on Islamic history formulated in 2002, students should understand significant aspects of Islamic belief, analyze the causes and effects of Islamic expansion and the achievements of the Islamic "Golden Age," and be able to describe the religious and political origins of conflicts between Islam and other religions, especially Christianity.[75]

The Newton materials include many of the important elements of these topics, but there is a marked tendency to downplay or gloss over negative aspects of Islamic history and societal practices. For example, the Massachusetts standards require students to learn about the importance of the slave trade in Islamic society. This topic is mentioned only in passing in a few textbook chapters, but is not dealt with substantively as the Massachusetts standards intended. Students are not informed, for example, that the Arab slave trade is estimated to have involved as many as 18 million black Africans, a number that is thought to be double in size to the slave trade to the Americas.[76] Nor are students informed that slavery, in its various forms was, until recently, still permitted in some Middle Eastern and North African societies.[77]

The FOIA release of material related to the 9th grade course encompassed 515 pages. Much of it was repetitious, as the material was divided up into separate sections for each individual class. Materials that did not deal with important historical events, cultural distinctions, or ideology – in other words, materials not prone to controversial interpretations or factual bias – were excluded from this analysis.

The materials examined below include:

- five readings from chapters from generalized world history textbooks,
- three selections from introductory textbooks on Islam,
- four newspaper or magazine articles,
- three photocopied handouts,
- classroom exercise,
- and one film.

The areas covered in the unit on Islam that are examined are

1. The status of women in Islamic societies,
2. Muslim doctrine,
3. The expansion of Islam, and
4. Bigotry against Muslims in the United States.

Also included in the analysis is an examination of a 32-page monograph used in an elective course on terrorism for 10th-12th graders.

Supplemental materials are chiefly used to present the status of women and anti-Muslim bigotry. These materials are factually weak.

41

Chapters from textbooks comprise the main source of information on the historic expansion of Islam and on religious doctrine. These tend to be factual, although problems still exist. Among those textbook selections included in the 2015 FOIA release are several that are reasonably balanced and informative. However, several textbooks demonstrate bias. One textbook, *World History: The Human Odyssey,* was criticized in the Verity Educate report for containing inaccuracies.[78] Holt, Rinehart, and Winston's *World History: Human Legacy* has also been criticized for inaccuracy and bias.[79] A third textbook, *World Civilizations: The Global Experience*'s further reading suggestions directing students to biased sources. [80, 81]

## 1. The Status of Women in Islam

**a. *A Muslim Primer:Beginner's Guide to Islam*,** by Ira Zepp, University of Arkansas Press, 2000. A 12-page chapter, "The Status of Women."

Some 9th grade classes have been assigned a chapter about the status of women in Islam from a book that purports to be a "primer" on Islam.[82] Written by Ira Zepp, who has no formal credentials in Islamic scholarship,[83] the chapter fails to offer a serious, dispassionate survey of women's conditions in Islamic culture. Instead it presents faulty and unproven assumptions about improvements over pre-Islamic society brought about by Islam.

The author offers unsubstantiated claims about the deplorable conditions of women in pre-Islamic society.[84] For example, Zepp favorably compares the attire of Muslim women to conceal their shape, hair and sometimes face, to the alleged attire worn by pre-Islamic Arabian women, whom he claims "were scantily attired and often topless;" and "as a result, they were abused by men."[85]

Zepp's assertion about women's wear in pre-Islamic Arabia is not supported by scholarship, including Islamic scholarship.[86]

Other unsubstantiated statements about the status of women in pre-Islamic society are his assertions that:

> "Two thirds of women in pre-Islamic society were slaves. They had no rights or legal and social status. Female infanticide was common. Men could have an unlimited number of wives...." [87]

Zepp includes dogmatic claims like "Islam and the Quran created major improvements in the status of women. They were oases in a desert of misogyny." [88]

In contrast to Zepp's portrayal of the improvements in women's status in Islamic society, the Muslim Women's League, an American Muslim organization whose mission is "to implement the values of Islam," wrote that:

> ...To claim that Arab women were universally inferior to men, and had absolutely no rights before Islam is too simplistic, and does not do justice to the women of this period…most of the information about the Arabian society before Islam is not uniformly accepted by all scholars in the field. In many cases, the factual information and evidence presented by some scholars have been refuted or contradicted by others…

42

> Since the Arabs had no fully developed system of writing, the sources for this period
> are limited to traditions, legends, proverbs, and above all to poems.[89]

On the legal inequality of women under Islamic Shariah law, Zepp offers a broad societal rationale, explaining that the reason a women's testimony is valued at half that of a man's is because it "reflects a feeling that the women's emotional nature may prevent her from being as objective as a man."[90]

Zepp presents only positive aspects on women's status in Islamic societies, only briefly noting contrary perspectives and then rebutting them. He suggests that "we hear little about the diversity of women's opportunities in Islamic countries…" implying that Westerners fail to acknowledge "how many Muslim women are doctors, computer scientists, engineers, teachers, and bankers."[91] But he offers no further information to enable students to consider the validity of the claim.

In fact, women's rates of participation in the workforce vary widely among Islamic countries, but are considerably lower than in Western countries.[92] A study on gender inequality by the World Bank shows that Middle Eastern countries lag behind the rest of the world in various forms of legal protection for women.[93]

A more serious shortcoming is the author's concealment of information about practices like honor killings, genital mutilation, the stoning of women accused of adultery, or the treatment of women as property in some Islamic countries. Zepp could have chosen to argue that these practices are cultural artifacts distinct from or are distortions of Islamic teachings. But he chose instead to ignore the topic entirely.[94] It is crucial for students to see the entire picture of Islamic society and not just cherry-picked elements.

### b. "In Depth: Civilization and Gender Relationships" [95] "The First Global Civilization: The Rise and Spread of Islam," p. 136-137, from *World Civilizations: The Global Experience*.

This handout, consisting of two pages taken from a textbook, contradicts *A Muslim Primer* by contending that "women played active and highly valued roles in the bedouin tribes of pre-Islamic Arabia."

### c. "Where Womanhood Reigns Supreme: The Seeds of My Own Re-evaluation," by Mary Walker (a personal account).

This two-page handout is an anecdotal account of an American woman who traveled to Africa to briefly live among Muslims and emerged from the experience convinced that women living in Islamic societies had more freedom than women in Western societies. The author, Mary Walker was a production coordinator for the BBC2 series "Living Islam." She describes her personal epiphany about Islam as she observed Muslim women first-hand over two years, as part of her job. She concludes, "The women had all exercised their right to choose. To some extent, they were freer than me. I had less control over my destiny. I could no longer point to them and say they were oppressed and I was not."[96]

This piece presents one perspective by a non-Muslim who was exposed for a relatively short period of time to Islamic society. It is an interesting perspective, but one that should have

43



Woman (left) wearing niqab, that covers hair and face, except for eyes

been presented in the context of various viewpoints that include both positive and negative perspectives of women raised in Islamic societies. Without learning about the grievances of those who criticize Islam's treatment of women, such as those of Ayaan Hirsi Ali, a Somali-Dutch Muslim who calls for reforming Islam, students are left with a narrow, one-sided view. Students also need to understand the grievances of Islam's critics in order to counter anti-Muslim arguments. The course should also include material that presents more rigorous and objective criteria, like the World Bank study on the status of women in Islamic societies.[97]

## 2. Muslim Doctrine

Basic elements of Muslim practice are conveyed to the students, such as the "Five Pillars of Islam."[98] The problems lie in the superficial treatment of controversial issues of contemporary importance, such as *jihad*. There is also a tendency to elevate Islam over Christianity and Judaism (as explained below).

For example, the syllabi of several sections on monotheism in the 9th grade unit indicate that more class days were devoted to the Muslim religion than to either Christianity or Judaism. Several students interviewed for this monograph questioned why so much time was allotted to Islam in light of the fact that Muslims comprise such a small portion of the U.S. population (slightly over 1 percent according to surveys in recent years).

### a. Superficial Treatment of Jihad

**i) "Islam: An Introduction,"** Saudi Aramco World, January/February 2002.

This three-page handout explains *jihad* as follows:

> The Arabic word *jihad* means "to struggle or strive, to exert oneself" for a praisworthy aim. The "greater struggle" is a personal one: the struggle to resist temptation…. The "lesser struggle" is exertion for the sake of Islam, such as

working for the betterment of Muslim society or trying to persuade non-believers, by tongue or pen or by example, to embrace Islam. The lesser struggle may also include physical combat for the sake of Islam … especially  in self-defense and if carried out according to the explicit limitations imposed by the Qur'an. Some modern thinkers liken *jihad* to the Christian concept of a "just war."[99]

### ii) Unattributed one-page handout discussing *jihad*

Another handout stated that "all Muslim scholars agree on the fact that the first, greatest *jihad* is the personal-spirited struggle towards discipline."[100]

While many Muslim sources directed toward Western audiences emphasize the non-warring meanings of *jihad,* many scholars express skepticism over the prominence of this interpretation for most Muslims. For example, Princeton University Emeritus Professor of Near Eastern Studies Bernard Lewis, a renowned expert on the history of Islam, offers a different definition of *jihad,* contending that it was used traditionally to rally Muslims to war against non-believers and that its object was to "bring the whole world under Islamic law."[101]

Muslim scholar Khaleel Mohammed, a professor of religious studies at the University of San Diego, stressed the importance of understanding that over the course of Islam's history, the main emphasis of *jihad* has shifted between the inner struggle to the obligation to war in the name of Islam. He stated, "Islam knows its share of violence, and to deny that history is disingenuous."[102]

### b. Elevation of Islam Over Judeo-Christian Beliefs

### i) *Islam, the Straight Path*, by John Esposito, Oxford University Press, 2010.

The five-page reading selection from a textbook, while informative, explains Muslim religious doctrine by relaying Muslim opinion about the falsity of Christian and Jewish beliefs. At points, the prose fails to make clear that this is Muslim *opinion* and not non-sectarian statements of fact. For example, the author writes, "After the falsification of the revelation given to the Jews and the Christians, God in his mercy sent down His word one final time."

The text contains no qualifier to clarify that this is what Muslims believe, nor does it include quotes to indicate that the author is quoting someone else's words. Rather, the author states this in his own voice.[103]

Further on he states, "Arabic is the sacred language of Islam because, in a very real sense, it is the language of God,"[104] again without any qualifier to indicate that this is a Muslim belief.

Esposito continues,

> "In contrast to Judaism and Christianity, whose Scriptures were not only translated into Greek and Latin at an early date but also disseminated in vernacular languages, in Islam Arabic has remained the language of the Quran and of religious learning."[105]

This is a misleading characterization of Jewish studies. While translations of the Jewish scriptures are available, religious scholars study Jewish scripture in its original Hebrew, which is also the primary language of study at Jewish schools and seminaries.

The use of Esposito's text also reflects a pattern of excessive reliance on academics who are anti-Western and anti-Israel. This raises concern that the materials may be tainted by their politics. For example, Stephen Schwartz, Executive Director of the Center for Islamic Pluralism, exposed Esposito's associations with numerous organizations that Schwartz identifies as "rife with anti-American, anti-Israel, and pro-Islamist propaganda camouflaged as scholarship."[106]

**ii) "The Hajj: One American's Pilgrimage to Mecca,"** ABC News, *Nightline*, April 18, 1997. 22 minutes and 39 second video.

The narrator of the *Nightline* segment, Michael Wolfe, is an American of Jewish and Christian parentage who converted to Islam. He describes, in a reverential tone, his experience of doing the pilgrimage to Mecca, a religious duty of all Muslims. In the segment, *Nightline* host Ted Koppel erroneously states that there are "more than 5 million Muslims" in the United States, "more American Muslims than Jews." In fact, credible counts found between 2-3 million Muslims in the U.S., less than half the Jewish population. Wolfe also betrays a negative attitude toward Christianity and Judaism, stating, "I find the absence of priests and rabbis attractive" and he claims that non-Muslims are excluded from Mecca to "preserve its sanctity and protect pilgrims." [107]

**iii) Classroom exercises on Islam**

Some 9th grade Newton World History classes include an exercise in which students are asked to memorize lines from the Quran. Students are also assigned a project to write about Islamic cities from the perspective of Muslim pilgrims carrying out the duty of the pilgrimage to Mecca (Hajj). Included among these cities is Jerusalem. Students are asked to "present an overview of your homeland" and prepare a city banner.

While such exercises may not represent overt indoctrination, they cause discomfort to many as entailing activities that seemingly cross the line into promoting religion in public schools.

## 3. Expansion of Islam

Students are provided brief excerpts from contrasting textbook accounts of Islam's expansion. Most classes present students with both positive and negative assessments of Muslim conquest and rule. However, class assignments and the phrasing of questions on tests emphasize a portrayal of Muslim conquerors as tolerant toward their conquered subjects, without offering solid factual evidence to back up such a sweeping and questionable assessment.

**a. Class Assignment - How Should Early Muslim Armies Be Remembered?**

a) A two-paragraph excerpt from the 1999 textbook *World History: Connections Today* states that the Muslims were "in general decent conquerors" and that "many of the conquered regions welcomed the Arabs as liberators."[108] This account portrays the Arab conquerors as demanding only a "reasonable" tribute.

b) Another two-paragraph excerpt taken from an earlier, 1936 textbook, *A Little History of the World,* in contrast, portrays Arab warriors as wantonly destructive, killing or converting all non-believers.[109]

Without any further information about the scholarly quality of each source or additional evidence, students are asked to judge "which do you think is fairer? (i.e. more accurate)." How would students know which is fairer (or for that matter, if either account was credible) if both accounts are treated as equally valid? Students are then asked, "How should the early Muslim armies be remembered?"

### b. Misportraying Forced Conversions as Voluntary

Several handouts and textbook accounts present Muslim conquests as unusually tolerant and contend that conquered subjects were so impressed with Islam that many voluntarily converted.

**i)** For example, a handout labeled **"DBQ6, Spread of Islamic Civilization"** includes a reading assignment labeled **"Document B: Verses from the Qur'an"** that contends that conquered subjects converted voluntarily:

> "It is often incorrectly assumed that Islam spread so quickly because Muslims forced people to convert. Although this sometimes happened, the Quran forbids the practice especially in regards to the People of the Book. When People of the Book came under Muslim rule, they could choose to convert voluntarily, or they could pay a tax called jizya. If they chose to maintain their religion and pay the jizyah, they were granted certain religious and political rights and privileges."[110]

**ii)** One textbook, *World Civilizations*, **Chapter 6: The First Global Civilization: The Rise and Spread of Islam,** p. 138, offers an account of the Muslim conquests in which, "Most converts were won over peacefully through the great appeal of Islamic beliefs and advantages they enjoyed over non-Muslim peoples in the Empire."[111]

**iii)** An unattributed handout titled, **"Spread of Islam Cause and Effect"** ascribes the successful expansion of Islam to "Easy acceptance of the social ideas of Islam, equity [equality?] among believers"[112] and contends that "[they were] good warriors – not afraid to die." The handout concludes that "In general, [they were] decent conquerors (easier on some than their previous rulers had been)" who offered conquered people three choices: "convert to Islam", "pay a reasonable tax" or "die." It asserts that Jews and Christians were treated with "much respect."

**iv)** Another textbook, *Early Islam,* posits that minorities were treated with "much more tolerance" than under previous rulers and asserts that Muslims were "especially liberal with the Jews and Christians."[113]

The characterizations by all these sources of the conditions of religious minorities under Islam are misleadingly rosy. While historical accounts provide examples of Islamic rulers extending a degree of tolerance toward non-Muslims that was unusual for the time, there was never any question about the inferior status of non-Muslims.

*Early Islam* author Desmond Stuart's use of the term *liberal* connotes equal rights and opportunities free from discrimination as applied in contemporary parlance. This is inappropriate terminology to represent even a relatively tolerant portrayal of the lot of religious minorities under Muslim rule. The terminology obscures the fact that the *jizya* was a coercive tax and those who chose not to convert faced legal discrimination and inferior social status. Students are misled about

the rights and social status of non-Muslim minorities (*dhimmis*) under Islamic rule. Jews and Christians did not enjoy equal rights to Muslims, had to pay substantial protection taxes, and lived as stigmatized subjects in tenuous and at times dire conditions.

As historian Efraim Karsh of the University of London noted, non-Muslims

> "suffered from social indignities and at times open persecution. Their religious activities outside the churches and synagogues were curtailed, the ringing of bells forbidden, the construction of new church buildings prohibited and the proselytizing of Muslims was made a captial offense punishable by death. Jews and Christians had to wear distinctive clothes to distinguish them from their Muslim lords, could only ride donkeys, not horses, could not marry Muslim women, had to vacate their seats whenever Muslims wanted to sit…"[114]

Concerning conversion, the texts offer no substantiation of their assertions that an important factor in conversion was the appeal of Islam as opposed to factors like self-interest or coercion. Such conjecture smacks of indoctrination and is unscholarly. More scholarly treatments of the early history of Islamic expansion describe a slower and different process of conversion.

According to Karsh,

> "Arab conquerors were far less interested in the mass conversion of vanquished peoples than in securing tribute. Not until the second and third Islamic centuries did the bulk of these populations embrace the religion of their latest imperial masters, and even this process emanated from below in an attempt to escape paying tribute and to remove social barriers, with the conquering ruling classes doing their utmost to slow it down."[115]

There are also significant omissions in the discussion of Islam's treatment of conquered groups. For example, none of the sources reviewed mention the story alleging that hundreds of members of the Jewish Meccan tribe, the Qurayza, were beheaded in 627 AD for rejecting Muhammad as the Prophet.

## 4. Bigotry Against Muslims in the United States

Students are presented with a negative image of an America infected by rampant Islamophobia. Sensationalized and controversial articles with little factual substance portray Americans as bigoted against Muslims. There is no attempt to bring balance by presenting Americans who do not consider their concerns about the actions perpetrated by radicalized Muslims in the name of Islam as unwarranted and bigoted. In addition, there is no effort to compare anti-Muslim bias to bias against other religious groups. For example, according to annual FBI statistics, Jews are by far the most frequent targets of religiously-based hate crimes in America. (In 2015, the FBI reported 664 anti-Jewish incidents with 731 victims and 257 anti-Muslim incidents with 307 victims).[116]

**a. "Islamophobia: Does America Have a Muslim Problem,"** Bobby Ghosh, *Time Magazine,* Aug. 30, 2010. [117]

This controversial five-page opinion piece by the then-world editor of *Time Magazine* levels the irresponsible and unproven charge that Americans are inherently racist against Muslims. The author states without any basis that "Islamophobia has become the accepted form of racism in America" and "You can always take a potshot at Muslims or Arabs and get away with it." [118]



The piece is sloppy and unresearched, based solely on opinion. It includes allegations that are contradicted by the preponderance of evidence. For example, Ghosh claims, despite FBI statistics to the contrary, that "Jews, Mormons and others still experience hate speech. But the most toxic bile is reserved for Muslims."

Furthermore, recent exposure of a wave of anti-Semitism sweeping college campuses, often driven by Muslim organizations and the anti-Israel organization Students for

*Time* article

Justice in Palestine, indicates that the bulk of hate speech on campus is against Jews, contrary to the article's implication. [119]

The article is also inappropriately political, alleging Republican politicians, like former President George Bush, Sara Palin and Newt Gingrich, stoked anti-Muslim prejudice. While such posturing may be acceptable in a magazine op-ed, it has no place in a classroom that is ostensibly teaching facts.

**b. "Disney sued for discrimination by former employee over Muslim hijab,"** *Guardian,* Aug. 14, 2012; [120] and

**c. "Islamic emblem of bias also trigger for bias,"** *The New York Times,* Nov. 3, 1997. [121]

Students were given these two newspaper feature stories on Muslim women who insisted on wearing their *hijab* and sued alleging discrimination when they were told they could not wear it. While a legitimate topic, it is too narrowly presented when limited to Muslims. This imparts the inaccurate message that such issues are solely a matter of bigotry directed against Muslims. It should be framed as part of the larger debate over the limits of public religious displays, including skullcaps, turbans, kirbets, and other religious identifiers. It also belongs in a debate about customs that may raise concerns about public safety. The *Guardian* story is too simplistic, conveying the sense that those objecting to a fellow employee wearing the hijab are simply motivated by irrational feelings. The article also incorrectly sets the American Muslim population at six million.

In sum, many Newton assignments treat aspects of the history of Islam, its doctrine, and the customs of Islamic culture with such caution and disregard for factual information that they fail to educate students adequately or to promote critical thinking skills. As a consequence, the unit on Islam, at points, takes on the characteristic of indoctrination rather than dispassionate historical survey.

## C. Terrorism Elective

***Responding to Terrorism: Challenges for Democracy,*** The Choices Program, Watson Institute for International Studies and Brown University.

The 32-page monograph's first example of terrorism is the seizure by Palestinian terrorists from the Black September group of Israeli athletes at the 1972 Munich Olympics. The monograph rationalizes the terror act by simply stating that the reasons given for the terrorist act were Israel's holding of Palestinian prisoners and Israeli "government policies."[122] The account states:

> "The public was shocked by images of the crisis and by the idea that the Israeli athletes, who were obviously not directly responsible for their government's policies, would be held accountable for those policies. The athletes were targeted simply because they were representatives of Israel – and, by extension, of Israel's policies."[123]

Students are not informed that the Palestinian prisoners held by Israel were convicted or suspected of involvement in terrorism and that the Munich terrorists tortured the Israeli victims.[124]

The reading provides four different examples of religiously motivated terrorism. The 1993 World Trade Center bombing by a group of Islamic radicals; the 1994 attack on Palestinian worshippers at a Hebron mosque by an Israeli individual, Baruch Goldstein; the sarin gas attack on the Tokyo subway system by members of a Japanese Buddhist cult; and the 1985 rampage in Arkansas by Richard Snell, adherent to the racist Christian Identity sect in the United States. The intent seems to be to demonstrate that terrorists can arise from diverse religious backgrounds. But there is an inherent distortion in this egalitarian approach, because it fails to convey the fact that contemporary terrorism is overwhelmingly the work of Islamic radicals, many of whom identify with extensive networks, while the Jewish and Buddhist acts were isolated incidents.

The monograph asserts that, "Most interpretations of Islamic tradition note a history of tolerance and peace."[125] But no evidence is presented to bolster this broad statement. For example, the monograph could have cited public opinion polls or statements by Muslim leaders condemning terrorism. Presenting such a sweeping claim as an undisputed statement without providing any evidence denies students the information necessary to refute contrary allegations. Other generalizations are similarly presented as self-evident fact without substantiation. For example, in discussing U.S. relations with Israel the monograph states that "America's attachment to Israel has attracted fresh attention. Israel's treatment of the Palestinians and its attacks against Hezbollah in Lebanon have drawn more intense criticism."[126] What aspect of "Israel's treatment of Palestinians" or "attacks against Hezbollah in Lebanon" deserves criticism? Who is doing the criticizing? This essential information is missing.

## Summary of the Materials used in the 9th and 10th Grade and in the Elective Course

There are common threads connecting the Newton 10th grade unit teaching about the Israeli-Palestinian conflict and the 9th grade unit teaching about Islamic history and culture. In both cases handouts used to teach these topics emphasize the non-Western perspective, without critical examination. Rather than confronting controversial issues and providing students with sufficient background and arguments to counter stereotypes, these issues are downplayed or ignored.

Students are exposed to points of view that are not supported by evidence or based on fact. The 10th grade unit on the Israeli-Palestinian conflict revises history to present the current Palestinian predicament as primarily Israel's fault. The materials cast the Palestinians as the aggrieved victim lacking agency of their own. Missing from these accounts is the unwillingness of the Palestinian leadership (both more secular and Islamist) to accept the legitimacy of the Jewish state and to prepare its population for a lasting – as opposed to temporary - peace.

The 9th grade's account of Islam is flawed by an unwillingness to delve into the topic of Islamic radicalism. It fails to articulate how Islamic radicals borrow from Islamic doctrine to promote a totalitarian, misogynistic mass movement. The materials do not adequately explore the underlying causes of turmoil and dysfunction in many Islamic states and fail to explain the emergence of international terrorists who claim the mantle of Islam and are able to attract a substantial following.

Materials obtained in 2015 through the FOIA request did not include some of the most biased readings criticized in the 2014 Verity Educate report. Previously used but not in the 2015 FOIA release were  chapters copied from an Internet website called Islamicweb.com, that according to Verity Educate, contained "numerous diatribes against Jews, Christians, Shi'a Muslims and other non-Sunni Muslims"[127] and "promote[d] hatred, violence and vitriol,… and perpetuate[d] numerous inaccuracies about Islam, other religions, and history."[128] It is possible that the publicity surrounding the use of controversial materials may have prompted some Newton educators to take greater care in selecting the materials they use in the classrooms. Two examples of more balanced materials are *Crisis Guide: Israeli-Palestinian Conflict* (Interactive) [129] and *Religions of the World*, Edited by Breuilly, O'Brien, Palmer. [130] In contrast to the omissions in the chapter by James Gelvin and in the POV timeline, the *Crisis Guide* interactive discloses Haj Amin al-Husseini's "alliance with Adolf Hitler."

Selections by reputable mainstream scholars, like Bernard Lewis, are missing. The exclusion of important and credible points of view raises valid concerns about the degree to which students are exposed to indoctrination rather than critical learning.  Also nowhere to be found is the eloquent prose of Egyptian-born historian Fouad Ajami, whose articles appeared for decades in the American news media, and whose widely acclaimed book, *The Dream Palace of the Arabs*, makes ideal reading for high school students. These scholars, who are sympathetic to Islam, could provide crucial insight to students in understanding the environment of many Muslim-dominant societies. Instead, much of the material was produced by authors and videographers who lack expertise in the history and practice of Islam or the history of the Israeli-Palestinian conflict.

A further component of the teaching units involves the frequent reliance on student role-playing as an activity to debate the conflict. Students are instructed to argue a particular side and try to offer solutions to achieving peace. For such role-playing exercises to serve any useful purpose, students need all the relevant and accurate information. That includes informing students about unpleasant aspects of contemporary Palestinian culture that honors terrorists and inculcates Palestinian children with a favorable view of violence and hatred. Examples of this are readily available from MEMRI (Middle East Media Research Institute[131]) and PMW (Palestinian Media Watch[132]), two organizations that record and translate speeches, television programs, sermons, and textbooks in the Palestinian Authority, Gaza, and the Arab world.

Use of role-playing dependent on the skewed information conveyed in many of the materials will likely only intensify the misunderstanding of Middle East realities.

1   CAMERA, "Abbas Rewrites History," May 17, 2011, critique of Abbas op-ed in *The New York Times.*

2   MEMRI and Palestinian Media Watch are two organizations that document the rampant incitement to hatred that permeates Palestinian society and institutions.

3   E.g. *Washington Free Beacon,* Aug. 27, 2014. http://freebeacon.com/national-security/poll-89-percent-of-palestinians-support-terror-attacks-on-israel/

4   There are numerous historians who have published notable works of scholarship on the Israeli-Palestinian conflict whose views are not represented in the curriculum.  For example, Efraim Karsh, author of *Palestine Betrayed,* offers a detailed account of the events that lead to Palestinian flight during 1947-49.

5   "Class Notes for Israel Palistine [sic] (Student and Teacher Discussion)," May 1, 2013. See attachment #12, p 90.

6   James Gelvin, *The Modern Middle East,* Chapter 14, "The Origins of the Israeli-Palestinian Dispute,", Oxford University Press, Third edition, 2011.

7   A handout labeled "The Five Points of Peace: Debate Preparation" states, "it is recognized that these settlements [Jewish settlements in the West Bank] are illegal under international law."

8   As reported in an interview conducted by Steven Stotsky of Newton South High School sophomore, June 2016.

9   Class handout titled "What position does Mahmoud Abbas hold?"

10   As reported in an interview conducted by Steven Stotsky with Newton South High School sophomore, June 2016.

11   For example, the unit conceals the fact that the PA continues to pay salaries to Palestinians convicted of terror offenses and that the PA hails terrorists as heroes.

12   CAMERA review of New York Times video, "Challenges in Defining an Israeli-Palestinian Border," http://www.camera.org/index.asp?x_context=2&x_outlet=35&x_article=3417

13   http://www.haaretz.com/israel-news/.premium-1.733256

14   *Crisis Guide: The Israel-Palestinian Conflict,* Chapter II, Council on Foreign Relations. http://www.cfr.org/israel/crisis-guide-israeli-palestinian-conflict/p13850

15   Verity Educate, p. 35-46 provides a comprehensive review of the timeline, identifying numerous errors.

16   Negar Katirai, Promises/POV *A History of the Israeli-Palestinian Conflict,* American Documentary inc., Dec. 2001. http://pov-tc.pbs.org/pov/pdf/promiese/promises-timeline.pdf

17   *FrontPage Magazine*, "Mark LeVine unhinged on Facebook," Dec. 11, 2014. LeVine's intemperance toward Israel and anyone who supports it was evident in a profanity-laden outburst on Facebook in 2014: "Call me uncivil, but still fuck you. Fuck all of you who want to make arguments about civility and how Israel wants peace. There is only one criticism of Israel that is relevant: It is a state grown, funded, and feeding off the destruction of another people. It is not legitimate. It must be dismantled, the same way that the other racist, psychopathic states across the region must be dismantled. And everyone who enables it is morally complicit in its crimes, including you."

18   Mark LeVine, *Al Jazeera,* "The tide is turning against Zionist extremism" Oct. 20, 2015.

19   *Huffington Post,* Jan. 13, 2009.

20   POV timeline, p. 2.

21   Ibid, p. 2.

22   UN Resolution 194. http://www.israellawresourcecenter.org/unresolutions/fulltext/unresga194.html

23   POV timeline, p. 3.

24   *The New York Times,* March 11, 2010. Also see PMW. http://www.palwatch.org/main.aspx?fi=680&fld_id=680&doc_id=4695

25   A compendium of Palestinian terrorist attacks against Israelis can be found on the Jewish Virtual Library website: http://www.israellawresourcecenter.org/unresolutions/fulltext/unresga194.html

26   POV timeline, p. 4.

27   POV timeline, p. 5.

28   *Ma'an News Agency,* "Hamas leader concedes mistakes were made in 2006 rise to power in Gaza," September 25, 2016. https://www.maannews.com/Content.aspx?id=773287https://www.maannews.com/Content.aspx?id=773287

29   Verity Educate, p. 43.

30   Tony Badran, "The Secret History of Hezbollah," Nov. 18, 2013, Foundation for the Defense of Democracies. http://www.defenddemocracy.org/media-hit/the-secret-history-of-hezbollah/

31   *Israel and Lebanon: Problematic Proximity*, Rubin Center, IDC Herzliya, 2009. http://www.rubincenter.org/2009/06/spyer-2009-06-01/

32   Timeline fill-in-the-blanks exercise,  unattributed handout.

33   Verity Educate provides a lengthy examination (p.124-152) of the Brown University booklet identifying numerous examples of errors and exposing the overall bias of the material.

34   Efraim Karsh, *Palestine Betrayed*, Yale University Press, 2010.

35   See attachment 1 for the wording of UNSC Resolution 242.

36   The following articles document the intent of the framers of the resolution and emphasize their careful wording of the resolution. http://www.discoverthenetworks.org/viewSubCategory.asp?id=603, http://www.camera.org/index.asp?x_context=2&x_outlet=118&x_article=1267.

37   An examination of the materials by Verity Educate identified the sources of the handout as the *Middle East and Islamic World Reader*, edited by Marvin E. Gettleman and Stuart Schaar, Grove Press.

38   Ibid.

39   CAMERA, "The Sixth Fatah Congress: The Myth of Moderation," Aug. 12, 2009.

40   David Makofsky, "Mapping Mid East Peace" *The New York Times,* Sept. 11, 2011.

41   S. Daniel Abraham Center for Middle East Peace. http://www.centerpeace.org/

42   Jackson J. Spielvogel, *World History: The Human Odyssey*, National Textbook Company, 1999. From Chapter 32: The Rise of Arab Nationalism and the Problem of Palestine, p. 1058.

43   Verity Educate, p. 101-108 provides a detailed examination of the Spielvogel text, identifying numerous errors in the historical account of Zionism and the Palestine Mandate.

44   Figures from Sergio DellaPergola, Demography in Israel/Palestine: Trends, Prospects, Policy Implications, August 2001.

45   Spielvogel, p. 1063.

46   The Six Day War, CAMERA, 2007, Khartoum resolution, http://www.sixdaywar.org/content/khartoum.asp

47   See *The Jewish Advocate,* "Learning some hard lessons about Newton's curriculum," by Charles Jacobs and Ilya Feoktistov, May 23, 2014.

48    James Gelvin,"The Origins of the Israeli-Palestinian Dispute."

49   As conducted in an interview by Steven Stotsky of a student who took the 10th grade course in June 2016. According to the student, the teacher emphasized to the class that this was a conflict over land, not religion.

50   Gelvin, p. 218.

51   Gelvin, p. 211.

52   According to Jewish Virtual Library, "the term Zionism was coined in 1890 by Nathan Birnbaum…
It is the national movement for the return of the Jewish people to their homeland and the resumption of Jewish sovereignty in the Land of Israel."

53   Gelvin, p. 212.

54   Andrea Levin, "Touching A Nerve – Palestinian Origins," http://www.camera.org/index.asp?x_context=55&x_article=2170

55   Gelvin, p. 206.

56   Ibid, p. 233.

57    For another critical review of Gelvin's text see Verity Educate's report, pages 95-101. The report identifies numerous examples where Gelvin misrepresents historical events and documents in order to support his biased history.

58   Steven Stotsky, "Review of *The Israel-Palestine Conflict: One Hundred Years of War,*" by James Gelvin, CAMERA, May 23, 2013.

59   For a detailed examination of Haj Amin al-Husseini's involvement with the Nazis, in particular his role in blocking the rescue of 1000 Jewish children, see Jennie Lebel's  *The Mufti of Jerusalem: Haj-Amin el-Husseini and National-*

*Socialism,* published by Cigoja Stampa, Belgrade, Serbia, 2007.

60    Yoram Ettinger  provides a synaopsis of these statements (from his E-mail posting on 5-27-2016): On October 11, 1947, Abdul Rahman Azzam Pasha, the first Secretary General of the Arab League told the Egyptian daily *Akhbar al Yom*: "…This will be a war of extermination and momentous massacre, which will be spoken of like the Tartar massacres, or the Crusaders' wars…. Each fighter deems death on behalf of Palestine as the shortest road to paradise….The war will be an opportunity for vast plunder…. " On August 2, 1948, the *NY Times* reported that the founder of the largest Islamic terror organization, the Muslim Brotherhood, Hassan al-Banna, instigated: "Drive the Jews into the sea… and never accept the Jewish State."

61    Interview by Steven Stotsky  in July 2016 of a student who took the 10th grade course in June 2016.

62    *A Brief Guide to al-Haram al-Sharif - Temple Mount Guide Pamphlet,* by Supreme Muslim Council (1924), January 1, 1924. https://www.amazon.com/Brief-Guide-al-Haram-al-Sharif-Temple/dp/0971051178/ref=sr_1_cc_1?s=aps&ie=UTF8& qid=1468858286&sr=1-1-catcorr

63    Gelvin, p. 217.

64    Ricki Hollander-CAMERA, "Hamas and Fatah Working in Lockstep to Incite and Attack", November 6, 2014. http://www.camera.org/index.asp?x_context=7&x_issue=16&x_article=2868

65    CAMERA, "The Battle over Jerusalem and the Temple Mount,"  Nov. 6, 2014. http://www.camera.org/index. asp?x_context=55&x_article=1404http://www.camera.org/index.asp?x_context=55&x_article=1404

66    http://avalon.law.yale.edu/20th_century/hamas.asp

67    Verity Educate, p. 56.

68    Class handout, "Prominent Voices on the One State solution and the Two State Solution."

69    Verity Educate, p. 14-16 provides a detailed discussion of the 9 individuals featured in the handout.

70    John Spritzler, "Should there be a Jewish state?" *Axis of Logic,* April 13, 2004.

71    Virginia Tilley, "On the Academic Boycott of Israel," Electronic Intifada, May 27, 2007.

72    Electronic Intifada is a website that features radical positions. According to Verity Educate, "Entire sections of the website are devoted to activism on behalf of Palestinian militants… Abunimah… has made hateful statements such as that Zionism is a continuation of Nazism."

73    Tony Judt, "Israel the Alternative," *New York Review of Books,* Oct. 23, 2003.

74    *The New York Times,* Dec. 14, 2011.

75    Reproduced in the *Stealth Curriculum, Manipulating America's History Teachers,* Sandra Stotsky, Thomas B. Fordham Foundation, 2006, Appendix A.

76    *Ballandalus, Crescat scientia vita excolatur,* Trans-Saharan Slave Trade and Racism in the Arab World, Nov. 24, 2013. https://ballandalus.wordpress.com/2013/11/24/trans-saharan-slave-trade-and-racism-in-the-arab-world/

77    See for example MEMRI, "Islamic State (ISIS) Releases Pamphlet on Female Slaves," Dec. 4, 2014.

78    Verity Educate, p. 102-108 offers a critique of  *World History: The Human Odyssey,* Jackson Spielvogel, p. 870-876, 1057-1064.

79    Holt, Rinehart, and Winston's *World History: Human Legacy* is reviewed in Education or Indoctrination? The Treatment of Islam in 6th Through 12th Grade American Textbooks, 2011, Act! For America Education, Inc.

80    *World Civilizations: The Global Experience,* Peter Stearns et al., Pearson Education, NY, 2015  p. 244-251

81    Another textbook utilized was *The Great Arab Conquests: How the Spread of Islam Changed the World We Live In,* Hugh Kennedy, DaCapo Press, Philadelphia, 2007.

82    Ira Zepp, *A Muslim Primer:Beginner's Guide to Islam,* University of Arkansas Press, 2000.

83    Zepp was a Christian scholar, but had no formal credentials as an Islamic scholar. According to his biography he graduated from Drew Theological Seminary, earned a Ph.D from St. Mary's Seminary in Baltimore, and studied theology in Edinburgh, Scotland and Gottigen, Germany, as well as at the Hebrew University in Jerusalem and the Hartford Seminary.

84    For a more scholarly discussion see an article by the Muslim Women's League, "Women in Pre-Islamic Arabia," September 1995.

54

A critical perspective is offered on a website called the Arab Humanist, *Arab women before and after Islam: Opening the door of pre-Islamic Arabian history*. http://www.arabhumanists.org/arab-women-pre-islam/ , "Reading all the sources now available, one can see that, in the absence of a single law before Islam, lives of men and women in Arabia depended on which tribe they belonged to. Islam did lay down comprehensive law and while some women may have enjoyed more rights under Islamic law, it is certainly true that the rights of others were severely curtailed. The resultant picture that emerges is that of a deeply patriarchal form of religious law rather than one that could have been more balanced, just and equal."

85   Zepp, p. 173.

86   The veiling of women was regarded as a sign of respectability and high status; married women wore it to distinguish themselves from women slaves and unchaste women.

87   Zepp, p. 174.

88   Ibid, p. 175.

89   Muslim Women's League, "Women in Pre-Islamic Arabia," September 1995, http://www.mwlusa.org/topics/history/herstory.html

90   Zepp, p. 172. Zepp writes, "Women's testimony is worth half of man's especially in civil cases. This is an attempt to forego distraction from family responsibilities and to protect women from the rigor and discomfort of prolonged trials. It also reflects a feeling that woman's emotional nature may prevent her from being as objective as men."

91   Ibid.

92   Yusuf Sidani, *Women, Work and Islam in Arab Societies*, American University of Beirut, March 2005. http://www.academia.edu/187671/Women_work_and_Islam_in_Arab_societies provides a detailed discussion and data on women's participation in the labor force, rates of literacy and attitudes toward women in the workplace among Islamic thinkers. Generally, women's participation in the workplace in Islamic countries lags far behind the West.

93   *Women, Business and the Law,* World Bank, 2016. http://wbl.worldbank.org/~/media/WBG/WBL/Documents/Reports/2016/Women-Business-and-the-Law-2016.pdf

94   Other chapters allege the relatively mild treatment of religious minorities in Muslim-dominant societies, asserting that Jews and Christians appreciated coming under Muslim rule. The book also promotes the discredited story that astronaut Neil Armstrong had secretly converted to Islam.

95   *World Civilizations: The Global Experience,* "The First Global Civilization: The Rise and Spread of Islam," p. 136-137, Peter N. Stearns, Michael B. Adas, Stuart B. Schwarz and Marc Jason Gilbert, Published by Pearson 2015.

96   Mary Walker, "Where Womanhood Reigns Supreme," *Impact Magazine.*

97   "Women, Business and Law," http://wbl.worldbank.org/
The World Bank has published a series of reports on the status of women worldwide. These reports present data demonstrating a substantial gender gap in human rights, economic opportunity, and status in Muslim nations in comparison to Western nations.

98   *Religions of the World,* Breuilly, Olsen and Palmer. The selection is part of a series titled*, Illustrated Guide to Origins, Beliefs, Traditions and Festivals,* Transedition Limited and Fernleigh Books Limited, 1997-2005.

99   "Islam: An Introduction," Saudi Aramco World, January/February 2002, p. 4.

100   Unattributed photocopied handout from 9th grade World History course.

101   Bernard Lewis wrote in the *Crisis of Islam*, 2003:
The term *jihad*, conventionally translated "holy war," has the literal meaning of striving, more specifically, in the Qur'anic phrase "striving in the path of God" (*fi sabil Allah*). Some Muslim theologians, particularly in more modern times, have interpreted the duty of "striving in the path of God" in a spiritual and moral sense. The overwhelming majority of early authorities, however, citing relevant passages in the Qur'an and in the tradition, discuss jihad in military terms. Virtually every manual of shari'a law has a chapter on jihad, which regulates in minute detail such matters as the opening, conduct, interruption and cessation of hostilities, and the allocation and division of booty.  Lewis concludes this passage by saying: "The object of jihad is to bring the whole world under Islamic law."

An article by Douglas Streusand in the Middle East Forum, "Islam in the textbooks," Summer 2003, p. 69, http://www.meforum.org/357/what-does-jihad-mean, includes a detailed discussion about the meaning of Jihad. Streusand writes: "Thus did three main views of jihad co-exist in premodern times: the classical legal view of jihad as a compulsory, communal effort to defend and expand Dar al-Islam; Ibn Taymiya's notion of active jihad as an indispensable feature of legitimate rule; and the Sufi doctrine of greater jihad. It is no surprise that the disagreement over jihad continues in the modern era."

102    Khaleel Mohammed, "Does Islamic scripture justify jihad violence?", *San Diego Tribune*, Dec. 15, 2015. http://www.sandiegouniontribune.com/lifestyle/people/sdut-quran-hadith-2015dec19-story.html

103    John Esposito*, Islam, the Straight Path,* p. 22.

104    Ibid, p. 22.

105    Ibid, p. 22.

106    Stephen Schwartz, *John L. Esposito: Apologist for Wahabi Islam*, American Thinker, September 18, 2011. Esposito is the founding director of the Alwaleed Center for Christian-Muslim Understanding at Georgetown University, which is funded by Saudi businessman Alwaleed bin Talal, who reportedly provided matching gifts of 20 million dollars to Georgetown University and Harvard University.

107    *Nightline*, ABC News, "The Hajj: One American's Pilgrimage to Mecca," April 18, 1997.

108    Photocopied sheet containing a passage from the textbook *World History: Connections to Today*, Prentice-Hall, 1999.

109    Photocopied sheet containing a passage from the textbook, *A Little History of the World*, E.H. Gombrich, Steyermul-Verlag, Vienna, 1936.

110    Photocopied sheet titled, Document B: Verses from the Qur'an, The DBQ Project.

111    *World Civilizations: The Global Experience,* chapter 6: The First Global Civilization: The Rise and Spread of Islam, p. 130-145, by Peter N. Stearns, Michael B. Adas, Stuart B. Schwarz and Marc Jason Gilbert, Published by Pearson 2015.

112    Photocopied handout titled "Spread of Islam Cause and Effect."

113    Desmond Stuart et. al, *Early Islam* , Time-Life Books 1967.

114    Efraim Karsh, *Islamic Imperialism: A History*, Yale University Press, 2006, p. 26.

115    Efraim Karsh, *Islamic Imperialism*, p. 20

116    Published 2015 FBI crime statistics. U.S. https://ucr.fbi.gov/hate-crime/2015/resource-pages/download-files

117    Time Magazine, "Islamophobia: Does America Have a Muslim Problem" Aug. 30, 2010, http://content.time.com/time/magazine/article/0,9171,2011936,00.html

118    The author went on to stir further controversy with his statement that burning the Koran is worse than burning the Bible because the former is the word of God while the latter is not. http://www.mediaite.com/tv/msnbcs-hardball-guest-explains-why-burning-the-koran-is-worse-than-burning-the-bible/

119    "Student Voices: What students are saying about antisemitism on their campuses" AMCHA Initiative, Protecting Jewish Students, 2015 http://www.amchainitiative.org/student-voices-being-jewish-on-campus/

120    *Guardian*, "Disney sued for discrimination by former employee over Muslim hijab" Aug. 14, 2012.

121    *The New York Times*, "Islamic emblem of bias also trigger for bias" Nov. 3, 1997.

122    "Responding to Terrorism: Challenges for Democracy", The Choices Program, Brown University,  P. 4. http://www.choices.edu/resources/detail.php?id=26

123    Ibid, p. 4.

124    *The New York Times,* "Long Hidden Details reveal cruelty of 1972 Munich Attackers," Dec. 2, 2015. The *Times* piece documented the sadism of the hijackers, discrediting the claims by the leader of the group that they did not intend to kill the hostages. The hijackers castrated one of the hostages.

125    Responding to Terrorism, p. 11.

126    Responding to Terrorism, p. 15.

127    Verity Educate, p. 19.

128    Ibid, p. 19-34.

56

129     Crisis Guide: Israeli-Palestinian Conflict (Interactive), Council on Foreign Relations, Chapter II: The Territorial Puzzle, http://www.cfr.org/israel/crisis-guide-israeli-palestinian-conflict/p13850

130     *Religions of the World*, Edited by Breuilly, O'Brien, Palmer, produced for Fernleigh books Limited and Transedition Limited by Bender, Richardson and White, 2005 edition. This book discusses tensions between modern Islam and the Western world.

131     MEMRI offers insights into the Middle East and South Asia through their media by bridging the language gap with the West. It provides translations of Arabic, Faris, Urdu-Pashtu, Dari and Turkish media as well as analysis of political, ideological, intellectual, social, cultural and religious trends. http://www.memri.org/about-memri.html.

132     PMW is an Israeli research institute that studies Palestinian society by monitoring and analyzing the Palestinian Authority through its media and schoolbooks. PMW's major focus is on the messages that Palestinian leaders, from the Palestinian Authority, Fatah and Hamas, send to the population through the broad range of institutions and infrastructures they control. https://www.palwatch.org/

# Part 4: Origins of Factually Flawed Materials

The problem of inaccurate and biased material in the teaching of Islam, the Middle East, and the Israeli-Palestinian conflict in American schools has been recognized at least as far back as the 1970s.[1] Initially, the focus was on the accuracy and completeness of textbook accounts. Later, increased attention was paid to supplemental materials derived from a variety of sources, including outreach centers and Internet sites. The use of these materials has been widespread for decades.

## A. Biased Textbooks

Although there is increasing utilization of Internet sources and supplemental materials, textbooks still provide the factual foundation for many students in World History courses teaching about Islam. Textbook chapters usually are organized to cover the emergence, elements of practice, and spread of Islam. These chapters include basic historical facts and important dates.



Bernard Lewis

By the late 1980s, educators were aware of serious problems of accuracy and bias in textbooks that dealt with Islam and the Middle East conflicts. The first edition of the *Arab World Studies Notebook* was published in 1989.

Gilbert Sewall, director of the American Textbook Council, reviewed the coverage of Islam in American school textbooks in 2003. Sewall concluded "on significant Islam-related subjects, textbooks omit, flatter, embellish, and resort to happy talk, suspending criticism or harsh judgments that would raise provocative or even alarming questions."[2]

Sewall drew upon the expertise of Bernard Lewis to evaluate textbooks on their coverage of fundamental aspects of Islamic history and society. These include accurate depictions of jihad, Sharia law, slavery under Islam and the status of women.

Sewall recounted how both Harvard University's Outreach Center and a Brown University professor involved with Middle East outreach criticized Massachusetts standards as "racist and biased" simply because the standards included accurate discussion of elements of Islamic practice and history and did not filter out unpleasant aspects.

Sewall's study points out that the problem with most textbooks comes down to two main issues. First, there is a tendency to portray non-Western historical narratives with rose-colored glasses. "Multiculturalism and 'cross-cultural sensitivity' trump all other themes in today's social studies and civic education." Thus, doctored curricula and altered world history textbooks prevail. [3]

Second, publishers seek to mollify pressure groups. Sewall pointed to the influence of the Council on Islamic Education, a group with foreign associations and Islamist roots. He noted that "high-profile publishers and editors at Houghton Mifflin, Scott Foresman, Glencoe, and Prentice Hall asked for the Council on Islamic Education imprimatur between 1987 and 1997." [4] The impact on the content and direction of history textbooks during these years is still evident even today.

While Sewall's study is over a decade old, problems with content in history textbooks remain. William Saxton of Concerned Citizens for National Security heads an organization that is particularly active in addressing problems with textbooks. Saxton estimates that he fields about six inquiries related to inaccuracies in textbooks on the subject of Islam and the Arab-Israeli conflict every day. These include "sins of omission and commission." Examples of this are statements like "war broke out between Palestinians and Israelis" without clarifying who initiated the violence; concealing realities of Islamic history, like Islam's role in the slave trade; and describing Jesus as a "Palestinian." [5]

The national Jewish organization Hadassah sponsored a project called Curriculum Watch, [6] which was tasked with evaluating textbooks published by the major educational publishing houses for bias against Jews and other minorities and also with identifying sections that "sanitize" one group of people or events. The director of Curriculum Watch, Sandra Alfonsi, set up an independent website that contains her evaluations of textbooks for anti-Israel bias. [7]

There is increasing recognition nationwide of the problem of slanted textbooks that whitewash Islamic traditions and offer negative portrayals of Judaism and Christianity. Alfonsi is slated to serve on a newly proposed New York State Textbook Commission. [8] The commission is to review textbooks in an effort to make the school curriculum in New York State fair to all students and free of any bias toward Islamic traditions and against Judaeo/Christian values.

The historical accounts presented in the textbooks are influenced by the academics that textbook publishers draw upon for their expertise. The academics are in turn influenced by the ideological and intellectual trends prevalent at universities. Especially influential are Centers for Middle East and Islamic studies. These Centers often are the beneficiaries of substantial funding from groups promoting partisan political agendas as well as the federal government. As cultural commentator Stanley Kurtz observed in 2007, "The United States government gives money — and a federal seal of approval — to a university Middle East Studies center. That center offers a government-approved K-12 Middle East studies curriculum to America's teachers. But, in fact, that curriculum has been bought and paid for by the Saudis, who may even have trained the personnel who operate the university's outreach program." [9]

## B. Funding of Academic Departments Favoring Islamic Perspectives

Generous funding of Centers for Middle Eastern and Islamic studies comes from two major sources:

1) Arab states, grown wealthy from their oil resources[10], and

2) The U.S. government. [11]

The vehicle used to bolster the teaching of Islam, the Middle East, and the Arab-Israeli conflict in K-12 history curricula was Title VI funding of the Higher Education Act (HEA), an Act originally passed in 1958 by the United States Congress. Public outreach was required by Congress as part of each grant to a higher education institution.



After the terrorist attacks of September 11, 2001, considerably more funding was made available through Title VI to teach about Islam and the Middle East. In a speech at the Islamic Center in Washington just six days after the attacks, President George W. Bush affirmed that "the face of terror is not the true faith of Islam. Islam is peace."[12]

Taking its cue from the President's words, the U.S. Department of Education (USED) ramped up federal funding of Middle East studies and language programs. The goal was to increase Americans' understanding of Islam. It was hoped that this would enhance interactions with Muslim communities at home and abroad and help prevent future attacks by depriving Islamic radicals of a receptive audience to their exhortations to violence.

Unfortunately, oversight of the program has been lax. The recipients of these funds interpreted the President's message according to their own predilections. An anti-Western zeitgeist pervaded Middle East Studies departments at universities. Faculty members recognized an opportunity to address what they saw as the main problems: Western intrusion into the Middle East and prejudice against Muslims in America. Understanding and addressing the links between terrorism and Islam was not high on their agenda.

A study published by Brandeis University in 2014, "The Morass of Middle East Studies: Title VI of the Higher Education Act and Federally Funded Area Studies," concluded that Title VI programs to improve secondary school teaching of the Middle East "had become a national embarrassment."[13] The study noted:

> Title VI programs became controversial for many perceived shortcomings. These included: the relatively weak knowledge, skills, and standards of many Middle East Studies faculty; the ideological polarization of the field; and the failure of Middle East Studies scholars to predict important area developments, such as the Iranian revolution, the September 11, 2001 attacks, or the Arab Spring.

Disappointment with the results of Title VI funding of Middle East Studies programs is widely acknowledged. This may have influenced the Obama administration's decision to cut funding to the program by 40% in 2011.[14]

The Brandeis study disclosed deep problems with Middle East Studies departments. Gary A. Tobin, at the Institute for Jewish and Community Research, observed:

> The field of Middle East Studies has become dominated by a specific political outlook that situates the world and everyone in it according to a narrow agenda. Poor scholarship, due to errors of both commission and omission, plagues the work of Middle East Studies faculty, including revisionism in rewriting the history of Israel and Jews. As a result, some students and faculty have found that they are marginalized because of their religion, nationality, or political beliefs. Students can be made to feel as if their views are invalid, or even bigoted. Some have reported being directly harassed by professors. [15]

Tobin argued that Middle East Studies programs are "at the forefront of the anti-Israel movement" and even "engage in anti-Semitic behavior."[16] A recent example of this is a course taught at the University of California in Berkeley by Hatem Bazian, a vociferous proponent of anti-Israel boycotts who advocates the dissolution of the Jewish state.[17] A complaint brought by the AMCHA Initiative and a coalition representing 43 groups contended that "all class reading material appears to have a 'blatantly anti-Israel bias' and use language recognized by the U.S. State Department as anti-Semitic."[18] In its initial review, the university concluded that the course violated the University Regents' policies. However, shortly afterwards, the university reversed its decision and reinstated the course to counter the criticism it violated the principle of academic freedom.[19]

Another example of academic anti-Israel activism is the classroom conduct of professor Denis Sullivan at Northeastern University, who at one time was on the faculty of the Jewish Studies department.[20] Students taking his class report on his anti-Israel agenda. Those who dare to contest his views report that they have been demeaned, humiliated, and even threatened with poor grades unless they change their position. Sullivan has assigned readings conveying to students the belief that a Jewish lobby controls American foreign policy, and he can be seen on video asserting that Hamas is a legitimate resistance organization.[21]

Sullivan chaired Paul Beran's dissertation. Beran then went on to head Harvard's Outreach Center and was selected to participate in the Global Advisory Council for the Massachusetts Department of Education, which advised state education officials on teaching about global issues, like Islam and the Israeli-Palestinian conflict.[22] The Harvard University Center for Middle Eastern Studies received a half million dollars per year in Title VI funding. [23] Northeastern University's Sullivan is also a recipient of Title VI funding.[24]

The transformation of academic departments into enclaves of political orthodoxy is a familiar story in many social science and humanities disciplines. Faculty committed to promoting an anti-Western and anti-Israel agenda were ascendant in most departments by the 1990s, if not earlier. Having gained control of faculty appointments and tenure decisions, they imposed conformity of thought. Those unwilling to embrace the prevailing ideology were deterred from pursuing academic appointments. In this way, the orthodoxy became self-perpetuating. [25]



Anti-Israel activism by a Muslim student on the campus of Brooklyn College commemorating a terrorist who attempted to hijack an El Al plane

The narrow ideological base of Middle East studies has not escaped notice. A 2016 review of Title VI funding by the National Academies Press noted the objections of a few prominent researchers that a "lack of diversity of opinion and a hostility to U.S. foreign policy" existed in Middle East studies.[26]  Evidence of this can be found in the radical composition and politics of MESA, the Middle East Studies Association.[27]

Joy Pullmann, managing editor of the *Federalist*, an online blog site that covers current events and culture, has written about the insidious effects of the infusion of foreign money into the universities. According to Pullmann, employees of institutes receiving such money avoid topics critical of Islamic society for fear of their reputations and employment.[28]

Winfield Myers, director of academic affairs at the Middle East Forum, told Pullmann that Saudi money in American higher education "gives incentives for not asking critical questions." This avoidance of anything critical of Islamic society "motivates curriculum companies to similarly downplay religious and racial conflict, at the expense of accuracy and substance." [29]

Pullmann points to the example of Susan Douglass, who runs an outreach program for a center affiliated with Georgetown University, the beneficiary of one of the $20 million gifts by Saudi prince Alwaleed Bin Talal. According to Pullmann, Douglass traverses the country giving seminars at school districts and conferences where she promotes materials claiming that "customs such as honor killings are not part of Islam" and that "Jihad may not be conducted either to force people to convert or to annihilate or subdue people of other faiths."[30]

## C.  Internet

The emergence of the Internet as a source of curriculum materials presents its own problems. As the Newton case study demonstrates, many of the objectionable materials were found on the Internet, presumably by individual teachers.  Some of these materials originate from well-known media organizations, like the BBC, *The New York Times*, and PBS. Others were taken from less familiar Internet sources.

Journalists are not generally trained as historians and should not be viewed as authoritative purveyors of history. Many present a skewed perspective on the Israeli-Palestinian conflict, including at AP, as CAMERA has repeatedly demonstrated over the past 34 years.[31] Problems

with factual accuracy afflict even the best-known news outlets like *The New York Times*,[32] BBC,[33] and National Public Radio.[34]

Wire services, which many newspapers rely on, have also been criticized for their biased coverage of the Palestinian/Israeli conflict. For example, former Associated Press (AP) correspondent Matti Friedman has described journalists covering the Israeli-Palestinian conflict as a clique possessing a deeply ingrained bias: [35]

> In these circles…a distaste for Israel has come to be something between an acceptable prejudice and a prerequisite for entry. I don't mean a critical approach to Israeli policies or to the ham-fisted government currently in charge in this country, but a belief that to some extent the Jews of Israel are a symbol of the world's ills, particularly those connected to nationalism, militarism, colonialism, and racism—an idea quickly becoming one of the central elements of the "progressive" Western *zeitgeist*, spreading from the European left to American college campuses and intellectuals, including journalists. In this social group, this sentiment is translated into editorial decisions made by individual reporters and editors covering Israel, and this, in turn, gives such thinking the means of mass self-replication.

By relying on journalists who may have limited knowledge of Middle East history, the Israeli-Palestinian conflict, and Islam, teachers may inadvertently disseminate erroneous information or magnify the importance of contemporary issues that a journalist has been assigned to cover. This was the case in the use of the *New York Times* video series utilized by the 10th grade World History course at Newton South high school. The journalists who produced the work narrowly focused on issues that loomed large in the current discourse of their own narrow circles, but they failed to provide the factual content and broader historical perspective necessary for students to understand how the subject covered in the video was connected to the conflict as a whole. Nor did they provide a balanced perspective.

Similarly, the timeline used in the 10th grade course was produced by an intern at the Council of Foreign Relations and obtained by Newton teachers from a PBS website. It presented an incomplete recounting of key historical events.

The *Time Magazine* article and the *Guardian* piece promoting the notion of rampant Islamophobia were journalistic opinion pieces offering minimal context or factual substance to allow students to evaluate the pervasiveness of bigotry against Muslims. They offered little or no educational value to students.

1    Gary A. Tobin and Dennis R. Ybarra, *The Trouble with Textbooks: Distorting History and Religion,* Lexington Books, 2008.

2    Gilbert Sewall, *Islam and the Textbooks, A Report of the American Textbook Council*, 2003, p. 23. http://files.eric.ed.gov/fulltext/ED475822.pdf

3    Ibid. p. 31.

4    Ibid, p. 27.

5    See Joy Pullmann, TheFederalist.com, "What Do American Schools Teach About islam? PC or Nothing," August 16, 2016.

6    Curriculum Watch, http://www.hadassah.org/advocate/curriculum-watch.html?referrer=https://www.google.com/

7    http://textbookalert.com

8    *Long Island Local News,* February 26, 2016. http://lilocalnews.com/2016/02/26/curran-announces-formation-of-textbook-commission/

9    Stanley Kurtz, "Saudi auspices. Game, set, match: Saudis." July 25, 2007. http://www.nationalreview.com/article/221607 Islam in the Classroom.

10   For example, Harvard University and Georgetown University both received reported $20 million gifts from Saudi Prince Talal Bin Al Waleed in 2005 for their Centers for Middle East Studies. The University of Arkansas established the King Fahd Center after receiving a substantial donation from the government of Saudi Arabia. The University of Texas and University of California at Berkeley have also received substantial funds from Gulf Arab states.  The Islamic Republic of Iran has also donated to a number of American and British programs.
https://secularzionist.wordpress.com/college-campuses/funding-middle-east-programs/
A similar funding situation for Middle East studies exists at British universities.

11   A compendium of articles on the topic of bias in Middle East Studies programs and Title VI funding is available at Campus Watch, http://www.campus-watch.org/survey.php/id/48

12   "Islam is Peace", https://georgewbush-whitehouse.archives.gov/news/releases/2001/09/20010917-11.html

13   *The Morass of Middle East Studies: Title VI of the Higher Education Act and Federally Funded Area Studies,* Brandeis University, November, 2014, p. 3, http://brandeiscenter.com/images/uploads/practices/antisemitism_whitepaper.pdf

14   Martin Kramer, "A smokescreen for Palestine-pushers," Nov. 4, 2014. http://martinkramer.org/sandbox/tag/title-vi/

15   *The Morass of Middle East Studies,* p. 9. Gary A. Tobin, Aryeh K. Weinberg, Jenna Ferer. *The Uncivil University* (San Francisco: Institute for Jewish & Community Research, 2005) provides a more detailed discussion of this problem.

16   *The Morass of Middle East Studies,* p. 10.

17   Richard Cravatts, "Perverting college coursework to conform to Ideology", http://spme.org/campus-news-climate/perverting-college-coursework-conform-ideology/23291/

18   *The College Fix,* "UC-Berkeley halts class that critics say advocates the elimination of Israel" Sept. 14. 2016 http://www.thecollegefix.com/post/29007/

19   Inside Higher Ed, Sept. 20, 2016. https://www.insidehighered.com/news/2016/09/20/palestine-course-berkeley-reinstated-after-criticisms-violating-academic-freedom

20   Review of Sullivan's courses by Canary Mission, a group that exposes anti-Semitism at U.S. universities. https://canarymission.org/professors/denis-sullivan/https://canarymission.org/professors/denis-sullivan/

21   Spero News, "Investigation into Anti-Semitism ensues at Northeastern University", Aug. 21,2013. http://www.speroforum.com/a/MPFWAH0XCU46/74251-Investigation-into-antiSemitism-ensues-at-Northeastern-University- .WAegYuArIdU

22   http://www.doe.mass.edu/boe/docs/fy2011/2010-10/candidates.pdf

23   CMES newsletter, Fall 2010.

24   Denis Sullivan's resume indicates extensive grant support from Title VI among others. http://www.bu.edu/pardeeschool/files/2016/02/Denis-Sullivan-CV-Dec-2015.pdf

25   Daniel Pipes, "Middle Eastern Studies: What went wrong?" Middle East Forum, Winter 1995-96. http://www.danielpipes.org/392/middle-eastern-studies-what-went-wrong

26   *International Education and Foreign Languages: Keys to Securing Our Future* p.22, The National Academies Press, 2016. https://www.nap.edu/read/11841/chapter/4 - 22https://www.nap.edu/read/11841/chapter

27   Algemeiner, Nov. 22, 2016, "Expert: Blatant Anti-Israel Slant 'Suicidal' for Reputation, Continuity of Mideast Scholars Association." https://www.algemeiner.com/2016/11/22/expert-blatant-anti-israel-slant-suicidal-for-reputation-continuity-of-mideast-scholars-association/

28   Joy Pullmann, "What do American schools teach about Islam? PC or Nothing." http://thefederalist.com/2016/08/16/what-do-american-schools-teach-about-islam-pc-or-nothing/

29   Ibid.

30   Ibid.

31   CAMERA's website can be found at www.camera.org

32   *Indicting Israel, New York Times Coverage of the Palestinian-Israeli Conflict,* 2012, CAMERA monograph. http://www.camera.org/images_user/pdf/final monograph.pdf

33   BBC Watch, website that monitors BBC coverage of Israel. https://bbcwatch.org/

34   CAMERA coverage of NPR, http://www.camera.org/index.asp?x_context=4&x_outlet=28

35   *The Atlantic,* "What the Media Gets Wrong About Israel," Nov. 30, 2014. http://www.theatlantic.com/international/archive/2014/11/how-the-media-makes-the-israel-story/383262/

# Part 5: Observations About The Newton Curriculum Conflict

## A. The Role of Responsible Elected Bodies

The Newton school controversy escalated after members of the elected school committee sided with the school administrators, leaving a group of concerned citizens without representation.[1] Videos of the Newton School Committee meetings show that the superintendent was evasive in his answers. By siding with the superintendent, the school committee relieved their most senior employee of the responsibility of providing a substantive response to valid complaints about the materials.

Because the school committee aligned itself with the school administration, the ad-hoc group felt compelled to involve the mayor, who had expressed interest in school problems.[2]

The school administrators and school committee were also unresponsive to requests for access to teaching materials used in classrooms. State statutes allow any citizen, not just parents, access to all materials teachers use with students.[3] In those cases where school administrations and school committees refuse to cooperate, as was the case in Newton, filing a Freedom of Information Act request may be the only remedy.[4]

There are usually established procedures for lodging complaints and providing supporting evidence about the curriculum. The Newton Public Schools' published statement on the controversy includes a section labeled "What happens if parents or citizens have concerns about the curriculum?" It states that "Questions or concerns about specific elements of the curriculum should be brought to appropriate administrators at the building level."[5]

However, if the complainants are unsatisfied with the response of the school administrators, they should be able to bring their complaints to the school committee. An elected school committee (or board) is responsible to both its constituents and to those it has hired. It should have procedures for involving individuals with expertise in the topic to review controversial materials.[6] It is the responsibility of a locally elected school board to invite a range of well-regarded experts to help a board understand a controversy about curriculum materials.

Calling upon experts from the outside who are unaffected by the opinions of influential members of the community can provide a dispassionate assessment.

## B. The Role of the Media

All meetings on curriculum issues should be open to the public. All forms of media should be invited to attend school committee meetings. An interested and involved media can bring transparency to curriculum decisions, and, in so doing, reduce the influence of special interests that prefer less scrutiny. The media can also offset the inclination of influential members of the community to squelch discussions that threaten to embroil the community in conflict and garner unwanted publicity.[7]

In Newton, there was minimal involvement of the media. The local newspaper played an important role in publicizing the initial complaint. However, as the controversy evolved, the local newspaper curtailed its coverage, rejecting requests to publish opinion pieces on the issue. It is unclear why the newspaper decided to back away from an issue important to the local community.

With respect to the Newton controversy, the major regional paper, the *Boston Globe* delved into the issue only a couple of occasions, coming down firmly on the side of the established institutions. The *Globe's* refusal to probe the issue further was a disservice to the public.

Some local radio talk shows discussed the issue on several occasions, accepting phone calls and inviting some of the activists and concerned citizens to comment on the situation.

As far as is known, television news never covered the issue at all.

## C. The Focus on Current Events in Teaching History

Many of the problems with teaching materials would not have existed (because the materials would not have been used) if the Newton history courses had focused only on the history of Islam and the Middle East and had not given special attention to the conflict between Israelis and Palestinians. Many of the materials used to address the Israeli-Palestinian conflict were marred by biased historical accounts. As a result, students spent time on materials that could not help them understand the roots of radical Islamic ideology. Exercises that ask pre-college students to role-play the lives and beliefs of other people in the world are of dubious value in any context and cannot replace factual content.

The use of the World History course to acquaint students with a contemporary politically-contentious issue complicates the task of teaching world history. Much of the materials selected by teachers is sound. However, the wide array of sources available on the internet and from academic workshops invites the intrusion of political partisanship into the teaching of history.

Unfortunately, U.S. public schools are increasingly allowing the teaching of Islamic and Middle East history to be influenced by non-scholarly media commentaries and partisan individuals and groups. Although the concerned citizens in Newton still do not feel their School Committee wants to listen to them, there has been some change in the selection of materials. It seems likely that the publicity stimulated by the controversy has prompted more thoughtful selection of materials and more careful vetting of them than occurred previously. The materials provided in the FOIA requests did not include some of the most biased and academically unsuitable items examined in 2011 through 2014.[8] Moreover, publishers are beginning to respond to concerns

about their texts.[9] Still, the supplemental materials continue to favor fringe perspectives[10] at the expense of mainstream historians and include mainly unscholarly sources presenting distorted and incomplete information.

Some of the initial problems in the selection of materials were a consequence of the early involvement of some Newton educators with the Outreach Center at Harvard University and their attendance at other Middle East workshops promoting or giving away biased materials. Examination of the materials used in the different classes revealed that individual teachers relied on different sources. As a result, some classes included more of the problematic materials discussed in this monograph, and others less.  Furthermore, the unit on the Palestinian/Israeli conflict was only taught in some classes and not in others.

The ad-hoc citizens' group, APT, and PENS helped to expose the biased Outreach Center and kept Newton educators and the school committee from relying further on such compromised sources. School committees and boards everywhere need to develop acceptable procedures for selecting teaching materials and for addressing community concerns about the materials used in K-12 curricula.

The importance of continued involvement by parents and community groups cannot be overstated. Organizations seeking to advance their social and political agendas increasingly promote their educational materials to school systems under the rubric of pursuing peace and cultural engagement, and countering bigotry. However, woven into the curricular materials are dubious facts and spurious allegations. For example, one education curriculum available online contends that "Islamophobia" in the United States is the result of "scare tactics" disseminated by a "well-financed and organized Islamophobic movement." [11]

To underscore the challenge that lies ahead, it is worth noting that the Family Foundation of Betsy Devos, Secretary of Education in the U.S. Department of Education, is a major funder of educational initiatives promoting a social studies curriculum on the Arab world and the Middle East whose stated goal is to

> "remind educators and students alike to look beneath the surface, to question preconceived notions and prejudices on the journey to global citizenship."[12]

While such humanitarian aspirations seem laudable, the fear is that an accurate fact-based teaching of history may be sacrificed so that students can question "preconceived prejudices." Reference to "global citizenship" too may suggest a continuing shift away from focus on the unique and important contributions of the West and America.

Finally, students must be allowed to address contemporary problems with Islamic society in a critical manner if the development of "critical thinking skills" is a genuine goal of the curriculum. This means allowing students to learn, for example, that indoctrination to hate Jews – as well as other non-Muslim minorities elsewhere in the Middle East – may be a crucial reason for the perpetuation of the Israeli-Palestinian conflict. Exposing such a reality should be seen as beneficial – not harmful – for students as it illuminates a significant dimension of the world that awaits all of them, a world that will need their sound, informed judgement and insight to navigate.

68

1   This perspective was provided by several members of the ad-hoc group in 2016 in independent interviews.

2   PENS website.

3   Massachusetts Public Records Law (MPRL), G.L. c.4, 7(26) and G.L.c.66, 10.

4   Judicial Watch submitted a FOIA request on October 2014. Newton began providing materials in May 2015.

5   Newton Public Schools: History Curriculum Statement.

6   This might also avoid unnecessary consequences like involving students in the controversy. On April 21, 2014, a local newspaper printed a letter signed by 478 Newton students defending the teachers from the charges of being "anti-Israel" or of "glorifying Islam." The tone and content of the letter raised suspicion among some that the letter was not strictly the initiative of the students. Some suspected the students had been manipulated by ideologically-motivated teachers.

7   *Boston Globe*, "Rabbi says bias forum took a bad turn," April 20, 2016. More than four years after the controversy broke, the rabbi of Newton's largest synagogue told a *Boston Globe* reporter that "he doesn't consider the curriculum question to be a real issue," although he admitted he had not looked closely into the  matter.

8   For example, the pages copied from the Internet site, Islamicweb.com, that were sharply criticized by the Verity Educate report do not appear in the 2015 materials. The chapter by UCLA professor James Gelvin and the *Flashpoints* handouts also were not included in the 2015 materials.

9   In early 2016, McGraw Hill recalled a textbook containing the series of four chronological maps disseminated by the PLO Information Office described in this monograph.

10   At the universities, academics are fighting back against the anti-Israel and anti-Western bias in Middle East studies departments. What makes this battle particularly challenging is that some of the most recognizable names in academia are among the most notorious purveyors of biased accounts and unsubstantiated facts. An example of this was recently exposed in an article discussing a false claim by Columbia University's Rashid Khalidi, who once served as a spokesperson for the PLO. Another example is the oft-quoted anti-Zionist Ilan Pappe.

11   Islamic Networks Group (ING), section of website devoted to discussing "Islamophobia."

12   Bridges to Understanding is underwritten by the Betsy and Dick Devos Family Foundation. Its mission statement states: To foster a personal understanding between the American people and the people of the Arab World. https://bridgesofunderstanding.org/about-us/

# Attachments

Attachment 1: A handout used in a Newton class in 2011 that contained erroneous information



**FLASHPOINTS:** Guide to World Conflicts

## Country Briefing

### Israel-Palestine

#### Overview

After more than 50 years of war, terrorism, peace negotiation and human suffering, Israel and Palestine remain as far from a peaceful settlement as ever. The entire Middle Eastern region remains a cauldron waiting to reach the boiling point, a potent mixture of religious extremism, (Jewish–Christian and Islamic), mixed with oil and munitions.

The Israeli–Palestinian conflict is a major source of Arab and Muslim grievances against the West in general and the US in particular. Over recent decades, Israel has continuously strengthened its influence over American domestic politics and Middle East policy.

Up until 2000, the US was often seen as an independent broker, working to resolve the Mid-East conflict, but in recent years America has abdicated any role in negotiating a peace agreement, while lending tacit support to unilateral Israeli policies in the Occupied Territories. Failure to resolve the Israel–Palestinian conflict continues to fuel Islamic extremism throughout the Middle East and is a root cause behind Al-Qaeda's war against Israel and the West.

#### Middle East Instability

For most people, the Mid-East Crisis has been a fixture on the world political stage for their entire lifetime, from the Arab-Israeli wars to plane hijackings, the Munich Olympic massacre and a seemingly endless series of shuttle diplomacy. Over five decades Israel has grown size, wealth and power, defeating Arab armies and has become a nuclear power able to dominate the region. Meanwhile, Palestinians remain in refugee camps, resigned to power, a people without a country and without hope. The Palestinians have fought back with stones, terrorism and suicide bombs, only to face collective punishment at the hands of the Israeli Defense Forces (IDF).

During this time we have witnessed the rise and fall of communism, pan-Arabism and Saddam Hussein's Iraq. We've seen the Islamic Revolution in Iran, the advent of globalization and the Internet, but Israel and Palestine remain gridlocked. Today, frustration and anger spawned by years of hypocrisy, exploitation and political failure have unleashed a new variant of international terrorism on America and Europe. Although Palestine is a root cause of today's international terrorism, little, if anything, is being done to find a path to peaceful settlement.

#### History

The ancient city of Jerusalem is a religious center of Judaism, Islam and Christianity and the surrounding region of Palestine reflects this religious diversity. In the late 1800's, a Zionist movement began seeking the creation of a Jewish homeland and state in Palestine, at that time part of the Turkish Ottoman Empire. At the end of World War I, the Ottoman Empire was divided into independent states and colonial jurisdictions. Palestine was placed under control of Britain, which issued the Balfour Declaration, promising a Jewish homeland and vowing protection of rights for non-Jewish peoples in Palestine.

While Syria, Lebanon, Iraq and Jordan gained independence, Britain retained control of Palestine. The Zionist movement encouraged the migration of Jews to Israel, altering the demographics of Palestine, which had been about 90% Arab. As Britain attempted to control the Jewish migration, Jewish activists supported illegal immigration and the "Irgun" emerged as a guerrilla force, opposed to British rule. Jewish settlers purchased land from wealthy Arab landowners, expelled Arab peasants and established communal colonies (kibbutzim), protected by armed militias.

The Holocaust of World War II united the Jewish Diaspora and focused international attention on the plight of persecuted Jews. In 1947, reacting to increasing anti-British terrorist attacks by Irgun, Britain sought intervention by the United Nations, and devised a partition plan, establishing independent Arab and Jewish territories, under UN administration. Led by Menachem Begin, the Irgun quickly launched a campaign to consolidate areas under Jewish control, while Arab states threatened invasion. In 1948, the British withdrew and Ben Gurion proclaimed the independent state of Israel, provoking an invasion by Arab armies. The war lasted until 1949 and left Israel in control of 40% more

Capital: Tel Aviv
Area: 21,060 sq km
Pop: 6,967,300

Capital: Jerusalem
Area: 6,220 sq km
Pop: 3,945,000

Home Page

Conflict Briefings

Issue Briefings

Insight & Analysis

Dispatches

Marketplace

Attachment 2: *A Muslim Primer: Beginner's Guide to Islam*

# The Status of Women

Paradise lies at the feet of mothers. (Hadith)

All human beings (male and female) are equal, equal as the teeth of a comb. There is no superiority of a white over a black nor of any male over the female. Only the God-consciousness (regardless of gender) merit favor and the ultimate rewards from God. (Muhammad)

With the possible exception of Jihad, the place of women in Islam is the most misunderstood notion by westerners. To be sure, Saudi Arabia, a few Gulf States, and increasingly Sudan and Pakistan combine their strong patriarchal tradition with the most conservative interpretation of Islamic law regarding women. As a result, from a western point of view, women often face unusual discrimination. But it should be said at the outset that the treatment of women in these countries is less a reflection of the Quran and more an expression of a cultural tradition which has inevitably been an deferential to men.

Women's place in Muslim countries is as complex an issue as the status of women in Christian countries. A discussion of women and Islam must be seen in the context of class, country, and above all, the Quran. It is more accurate to say what a particular country does not permit women to do than to say what Islam permits or forbids.

The latter half of the twentieth century has seen a revival of extremely reactionary movements in Muslim countries, especially in and around the Middle East. Whenever that happens, women have often lost the status to which the Quran elevated them. Conversations with persons who have spent part of the last decade in Pakistan, Sudan, Egypt, and Arab Gulf States have confirmed this. Saudi Arabia and Iran represent this trend also.

But we hear little about the diversity of women's opportunities in Islamic countries and the flexibility of Islam as it moves from patriarchal cultures to democratic countries to the matriarchal societies of Indonesia and sub-Saharan Africa. We hear less about how women's traditional place is changing, what the Quran really says about women, and how many Muslim women are doctors, computer scientists, engineers, teachers, and bankers. The prominence of "class" in determining the destiny of Muslim women is also ignored. The poverty of most Muslim families compound whatever other religious and political status women might have.

## The Quran and Women: Historical Context

Two-thirds of women in pre-Islamic society were slaves. They had no rights or legal and social status. Female infanticide was common. Men could have an unlimited number of wives and divorce them for no apparent reason with impunity. Inheritance always went to adult male relatives.

Islam and the Quran created major improvements in the status of women. They were oases in a desert of misogyny. The Quranic ideals, however, were not always translated into practice. The relative emancipation of women found in Islamic scripture has been seriously diluted by longstanding habits of male domination and cultural attitudes. Judaism and Christianity do not need reminding that cultural and secular interests can prevail over religious values.

Non-Muslim and Muslim societies forget the strong women of the early Islamic period—the successful business woman Khadija, the religious influence of Aisha and Fatima—and the fact that women participated in the army in early Islam. Allah was so concerned about the place of women that there is more said in the Quran about that than any other social issue. One of the longest Suras is entitled "Women" and in this case, the title represents the main content of the chapter.

## The Quran and Women: Echo of Culture

There was in the Quran, just as in every divine text of major world religions, a reflection of cultural devaluation of women which appears restrictive and discriminatory to many Muslim and Western women.

1. Women's testimony is worth half of man's especially in civil cases. This is an attempt to forego distraction from family responsibilities and to protect women from the rigor and discomfort of prolonged trials. It also reflects a feeling that woman's emotional nature may prevent her from being as objective as men. On the other hand, in criminal cases, a woman's testimony carries as much weight as a man's.

2. Her share of inheritance is one-half of a male relative in the same category. This apparent inequity is justified because men have the obligation to provide for a family and will need extra income. Since women may keep whatever dowry they receive, there is a hope that income level will ultimately be fair. (See 4:7-12, 176)

3. There is no polyandry (more than one husband), but polygyny (more than one wife) has continued.

4. The husband is the head of the household, is the final authority, and has due obedience and cooperation from his wife. If the wife is rebellious or disobedient, there are several options open to the husband. He may first try to dissuade her with kind and gentle reasoning. If this fails, he

may then refrain from sleeping with her. And if the above are not effective, he has the Quranic permission to "beat her slightly." (4:34)

Such "slight physical correction" (Yusuf Ali) avoids her face and other sensitive areas. Striking your wife in the face (as was pictured in the film *Not Without My Daughter*) and other forms of verbal and physical cruelty have no sanction in the Quran. Many Muslims feel that although permitted, this activity is not advisable and is the exception much more than the rule.

If all else fails, the next verse (35) suggests the couple seek help and counsel from a mediator. Perhaps the disagreement between husband and wife can be resolved in this open, balanced, and neutral way.[27]

## Seclusion and the Veil

In the traditional societies of the Middle East, women are not socially independent. They need men to act on their behalf. They ask men's permission to leave home; and they are often secluded from male visitors to the home. Women cannot be imams, although they can lead prayer services for women in their homes. On the other hand, Sufi societies allow women to be religious leaders and are generally more positive about all aspects of womanhood.

The aforementioned reference to seclusion needs some elaboration. It is often called "veiling" or *purdah*, another word for seclusion. The rigidity with which it is held depends on

the country involved. It is most prevalent in Saudi Arabia, Afghanistan, and post-revolutionary Iran, but to some degree it is present in most Muslim societies. Actually, purdah and complete veiling are Persian and Indian customs which, in time, many neighboring countries adopted. There is one verse in the Quran which mentions veiling: "Prophet, enjoin your wives, your daughters, and the wives of true believers to draw their veils close round them. That is more proper so they may be recognized and not molested." (33:59 also 24:30-31) The historical context for what is 'proper' is that Arabian women before Islam were scantily attired and often topless; as a result, they were abused by men.

The primary concern of the Quran is modesty in dress. "Drawing the veil close round them" had the intention of preventing promiscuity and arousing men's desire, but most of all it guarded against disrespect of women and violence against them.

Although "veiling" is barely mentioned in the Quran, it is a form of status among contemporary wealthy educated Egyptian women to wear a ghata, a kind of scarf which exposes only the face. For others in Iran and Saudi Arabia, where most of the body is covered, it is a matter of religious obedience.

Jane Smith, formerly of Harvard Center for the Study of World Religions and now Dean of Academic Affairs at Iliff School of Theology of Denver, has a helpful perspective on why Muslim women dress the way they do:

Regardless of their degree of liberation, Muslim women value modesty as well as prize and retain their femininity. They find particularly odious, as do Muslim men, the sexual permissiveness of Western society. Whether the control exercised by Muslim men over their women is viewed as protection or exploitation, the fact remains that liberal and conservative Muslims alike are appalled and disgusted by women's open display of themselves and the sexual freedoms seen as part of the general emancipation of women in the West.... To cite the expressive commentary of Fatima Mernissi, "While Muslim exploitation of the female is clad under veils and buried behind walls, Western exploitation has the bad taste of being unclad, bare and overexposed."[72]

* It would be only fair to record that Muslims see Christianity as counseling women also to be obedient, modest in dress, submissive to husbands, and quiet in church. This restrictive teaching is akin to Quranic legislation. See Colossians 3:18, Ephesians 5:24, 1 Peter 2:1-6, 1 Timothy 2:5-12, and 1 Corinthians 14:34-35.

## The Quran and Women: Challenge to Culture

However inadequate these above-mentioned teachings and practices seem to be, they were a significant step forward. Comparatively speaking, against the backdrop of seventh-century Arabia, the Quran was a virtual champion of women's rights. Much of what the Quran advocates for women was not seen in the West until approximately a hundred years ago. Many Muslim women of this century are reclaiming rights and a status given them by the Quran, but whittled away during the last fourteen hundred years. Here is a list of teachings from the Quran to which many Muslims point with pride.

1. Female infanticide was abolished.

2. Primogeniture, when inheritance goes only to the oldest male heir, was banned.

3. Men must pay a dowry to their wives. This money went to the wife, not her father, and it was her private property to do with as she saw fit. Moreover, she was able to keep it even after a divorce.

4. Women could inherit property from husbands and fathers.

5. Women could retain their maiden names.

6. Divorce may be initiated by women according to the Quran after sincere attempts to preserve marriage are made and as a last resort.

7. Husbands must sign marriage contracts to indicate how much they are willing to pay their wives in event of divorce.

8. Pre-nuptial agreements may include conditions set by a wife and they must be honored.

9. Women have final approval on a marriage partner arranged by her parents.

10. Widows have the right to remarry and are encouraged to do so.

11. Religious equality of sexes before God and intellectual equality before humankind are affirmed. Both have equal access to heaven: "Whosoever does good deeds, whether male or female, while being believers, they shall enter paradise." (4:124, 40:40)

There are two verses in the Quran which state the inherent equality of men and women in Allah's act of creation: "O Mankind, reverence your Guardian and Lord Who created you from a single Person, created of like nature and from them twain scattered countless men and women" (4:1), and a similar passage in 39:6: "He created you from a single Person; Then created, of like nature, his mate."

180   A MUSLIM PRIMER

The logic of this equality in creation means that "women shall have rights similar to the rights against them according to what is equitable." (2:228) The Quran goes on to say in the same verse that men have a "degree of advantage" over women. This seeming imbalance refers not to superiority, but to functional difference. The husband's obligation to provide economic well-being for his family gives him the right to be in charge (4:34). This was never meant to be exploitative or to result in political advantage for the man. In any case, the Islamic doctrine of *tawhid* is at work here—equality before God implies equality before each other.

12. Muslim men were and are limited to four wives. Polygamy is never encouraged in the Quran. In fact, monogamy is the preferred state and Quranic ideal. The husband is permitted additional wives only on the condition that he is able to treat each wife equally, fairly, and justly, and only if the family, as a unit, will not suffer by the addition of wives (4:3). To prevent exploitation of women and the selfishness of men, the latter may be required to apply for permission before a matrimonial counsel to marry again. So, from the point of view of the Quran, taking a second wife is a solemn agreement to accept certain serious responsibilities. Since it is very difficult to treat each wife impartially, less than 2% of Muslim marriages are polygamous. This means monogamy is the rule.

BEGINNER'S GUIDE TO ISLAM   181

In early Islam, there was a historic basis and social need for polygamy—to protect the security of surplus women.* A metaphysical basis was soon offered by Muslim scholars to explain polygamy. The Oneness of the Male Principle was joined by a multiplicity of Divine Infinitude in the form of Females. This helped to preserve polygamy as an institution, but the Quranic ideal of monogamy was the final arbiter of how women should fare in marriage.

Islam did provide legal rights for women, especially in the area of family life. Quranic advocacy of women and its correction of the harsh treatment women typically received in the seventh century, contains a strong sense of prophetic justice.

From a western standpoint, the Quran may not outline an even playing field for men and women. When seen from within the society of Islam, however, men and women are less opposites and more complements to the other. The sensitivity of Jane Smith provides fresh insight to a problem endemic to world religions. It is worth quoting in its entirety:

It is my opinion that Western feminists are beginning to recognize what historians of religion were a long time in realizing—that the kinds of assumptions one

*The Roman Catholic Church is facing the same problem today in parts of Africa. Social and economic reasons are forcing the Church to reconsider polygamy as a Christian option. See *Polygamy Reconsidered* by Eugene Hillman, New York: Orbis Press, 1975.

brings to the observation of another culture often lead to the asking of questions basically inappropriate to that culture. We must begin to listen more carefully to what persons from within cultural traditions, in this case particularly women, are saying in response to their own felt needs and priorities. The point has been made repeatedly that the history of women in Islam reveals a clear pattern of male domination. But what I have tried to indicate is that from within the Islamic perspective this is a divinely-initiated and therefore natural and right circumstance. In all religions the rules have been made by men, insist Western feminists, and women must play the parts thus determined for them. But for the Muslim women this is not necessarily the case. Listen again to my Egyptian friend:

[Western feminists] say that the rules have been made by men for women to follow. But they do not understand that Muslim women believe these to be divine rules.... By liberating them from these 'man-made' regulations they are in fact liberating them from their own religion.[23]

Attachment 3: Harvard Workshop Slides









The top says the case header.





Attachment 4: The superintendent's statement on the *Arab World Studies Notebook* controversy



**Newton Public Schools**
100 Walnut Street
Newton, MA 02460

Telephone
(617) 559-6100

Fax
(617) 559-6101

#### Overview of Newton's High School Curriculum
#### From David Fleishman, Superintendent of Schools

The Newton Public Schools value openness and critical thinking. One of the gifts we give our students is the opportunity to carefully listen to and debate different perspectives. Our children hear opinions and, especially now in the internet age, they are exposed to a multitude of viewpoints. As a result, teaching critical thinking is an increasingly important skill. We can present a range of perspectives, including those that are not widely accepted, and challenge students to examine evidence, debate the issues, and articulate their thoughts. In this way, students gain skills to assess the quality of an argument and the claims that are made.

With regard to the history curriculum in particular, our mission statement calls for students to "appreciate the historical and cultural influences that shape their individual identities, our national identity, and the cultures and countries that share our planet," and to "learn to assess and interpret evidence, to understand change over time, to think logically and express themselves clearly." While much of our material is factual, we also present a range of opinions and perspectives. Our educators work to ensure that students understand when they are receiving a point of view, as opposed to a proven fact. We do not teach students that they should agree with every perspective and point of view they encounter in our classrooms; we are focused on teaching students *how* to think, rather than *what* to think.

The high school curriculum begins with a two-year world history sequence—ninth grade is a survey of World History, covering 300 C.E. to 1775 followed by tenth grade World History, 1775-Present. In eleventh grade the focus is on United States history, pre-civil war to contemporary times with particular attention to the changing role of American political institutions. Grade twelve offers a variety of courses and electives on topics ranging from AP European History, to Comparative Governments, Psychology, Race, Class and Gender, and more.

The ninth grade history curriculum includes a survey of world history in which students begin their studies with the golden ages of empires in Europe, Asia, Africa, and the Americas and continue on to the dawning of the Industrial Age. The ninth grade history curriculum covers the historical origins and basic beliefs of major world religions, including Judaism, Christianity, Islam, Hinduism, and Buddhism. We strive to teach majority and mainstream interpretations of all the religions covered in the ninth grade course, recognizing that all religions have sects and adherents who differ in their interpretations of the faith. Our students learn the origins of each religion and the development of that religion over time; we teach religion from a historical rather than a theological point of view.



**Newton Public Schools**
100 Walnut Street
Newton, MA 02460

Telephone
(617) 559-6100

Fax
(617) 559-6401

Several questions have been asked recently about our high schools History curriculum. The following includes these questions and answers.

**How do teachers in Newton decide what topics to teach and what materials to use?**
The topics of most classes in the Newton Public Schools are determined by the State curriculum frameworks and Newton's own curriculum documents, which are publically available. Course textbooks are chosen and purchased citywide, after a rigorous selection process involving teachers, students, and administrators. Supplemental teaching materials are gathered by teachers working in collaboration with their colleagues and supervisors.

**What happens if parents or citizens have concerns about the curriculum?**
Questions or concerns about specific elements of the curriculum should be brought to appropriate administrators at the building level. These administrators review the concern, and investigate the issue. The administrator(s) then take whatever actions they consider necessary to ensure quality education for Newton students.

**Is this sequence of events typical?**
Parents concerns are not frequent, but they do arise. Over the past few years, administrators have reviewed questions about curriculum in all major academic subjects. Sometimes the review results in changes, and sometimes it does not. In all cases, administrators are guided by their professional judgment along with the mission and values of the Newton Public Schools.

**What is the "Arab World Studies Notebook" (AWSN), and how was it used in Newton's high schools?**
The *Arab World Studies Notebook* is a binder of supplementary teaching resources on Islam, the Islamic Empires of the middle ages and Arab society and culture. It was purchased by the Newton Public Schools in the mid-1990s, at a time when there were very few teaching resources on Islam available. The AWSN included both primary and secondary resources. Some teachers used some of the resources, and others used none.

**What happened with the "Arab World Studies Notebook" in Newton's High Schools?**
In the fall of 2011, a parent at Newton South raised concerns about one of the readings from a secondary source in the AWSN. The reading was used by a 9th grade teacher during a lesson on women in Islam. The teacher highlighted a controversial statement in the reading and noted that it was a biased perspective. The teacher acted in a manner that is consistent with the way in which faculty teach perspective. After reviewing the reading with the 9th grade teachers, the History Department head decided to remove the reading. As far as we know, this article was not used by any faculty member at Newton North. During the winter, there was a further review of the AWSN and it was decided that it would no longer be used at Newton South. While it included primary sources that were of value to some faculty, there was a general sense that the materials were outdated. By the end of the 2011-2012 school year, a similar decision was made to remove the AWSN at Newton North High School.

**Attachment 5: Newton South High School principal's response to a request for curricular materials**

May 15, 2012

Hillel Stavis
JointMedia News Service
(617) 823-3420

    Re:   *Public Records Request Received 5/8/12*

Dear Mr. Stavis:

In reference to your recent public records request, Newton South High School responds as follows:

*The lesson plans, weekly plans, outline syllabi and reading
material supplemental to the course textbook(s) relating to the teaching
of world religions and the Arab Israeli conflict*

*Items such as what students are expected to do for the class
(ie. read certain pages of the text, read handouts, watch a
television program, bring in homework, research particular information,
etc); what the class will cover (ie. topic(s) of discussion, films
viewed, speakers presented, handouts distributed, etc.); homework or
other work assigned during the class (ie. papers, research,
interviews students are assigned to do, etc).*

*If material is duplicated for more than one teacher, we only
need one copy. If not too burdensome, we would like to see the above material
dating back to the 2010 school year.*

We estimate it will take teachers 5 hours for search and segregation time to review available hard copy and electronic artifacts. As there are 17 teachers who fall under your request, this yields 85 hours. Pursuant to the rules and regulations of the Massachusetts Supervisor of Public Records, the average hourly rate for the lowest paid employee capable of performing the task of segregation – in this case the teachers themselves - is $42.86. Total search costs will therefore be at least $3,643.10. We would then provide hard copies of these documents

at 20 cents per page.

If you wish to proceed with the request for the above e-mails, we will require a check in the amount of $3,643.10 payable to the City of Newton to begin the search and segregation of these documents. We will await word from you on whether or not you wish to proceed with this request.

Very truly yours,

Joel Stembridge
Principal, Newton South High School

Attachment 6: APT's advertisement criticizing the Newton teaching materials



Attachment 7: Newton High School newspaper article on the controversy

## Superintendent Responds To Parent Concerns About Middle East Curriculum

By **Admin** - December 8, 2012



By Astha Agarwal and Melanie Erspamer

Superintendent David Fleishman recently issued a statement intending to clarify and bring to conclusion the months-long debate over Newton's use of the Arab World Studies Notebook in high school history classes.

The notebook, a binder of information about Islam and Arab culture, has been used by the Newton schools since the 1990's. Last year, due to questions over its potential bias and outdatedness, it was removed from the curriculum.

Residents have been speaking out on the issue during the public comment period of School Committee meetings throughout the spring and fall.

"[T]eaching critical thinking is an increasingly important skill," Fleishman said in his Nov. 26

statement. "We can present a range of perspectives, including those that are not widely accepted, and challenge students to examine evidence, debate the issues, and articulate their thoughts."

Recent concern over the notebook arose when Shiri Pagliuso, a freshman at the time, was assigned an article from the notebook in history class. The article, titled "Arab Women: An Introduction," discussed the successes and accomplishments of Arab Islamic women.

A particular sentence in the article worried her, though, and she brought it home to her father. It read: "Over the past four decades, women have been active in the Palestinian resistance movement. Several hundred have been imprisoned, tortured, and killed by Israeli occupation forces."

Tony Pagliuso, Shiri's father, was angered by what he saw as strong bias from the notebook against Israel and Jews, and he decided to take action.

"I thought it was outrageous, having lived in Israel myself," Pagliuso said. "It was outright propaganda."

Pagliuso voiced his concern to the history teacher who distributed it in class, History Department Head Jennifer Morrill, and Principal Joel Stembridge. Unsatisfied with their responses, Pagliuso then proceeded to alert Mayor Setti Warren, the Anti-Defamation League New England, and the Israeli Consulate General.

Warren organized a meeting between Pagliuso, Stembridge, Morrill, and the teacher, who was unable to attend. Although Pagliuso said the meeting itself was unsuccessful, shortly after it, the school removed the article and then proceeded to remove the entire notebook.

"We felt that in the case of this article, there was a better way to teach [the Israel-Palestine conflict] because the article was outdated and sloppy," Stembridge said. "That doesn't mean we made a decision about removing the concept. We didn't remove the concepts or the varying perspectives but we felt that in this case this article was not the best to show this complexity."

This is not the first time the notebook had been challenged. Over the years, several schools and institutions across the country have removed it, citing it as a biased source and pointing out that its publishers — the Middle East Policy Council and Arab World and Islamic Resources — are both funded by Saudi Arabia.

Stembridge said that although concern over the notebook was raised at South a few years ago, it did not come to his attention at that time.

Despite these controversial passages, the notebook also included many primary sources, including comparisons of quotations from the Torah, New Testament and Qur'an, which several teachers found helpful for their students.

The notebook, however, was not used as a required part of the curriculum at South. In fact, many teachers never used it.

"[The AWSN] wasn't part of the curriculum," Stembridge said. "It was a supplement. It may seem like a fine point but I think it's an important distinction to make."

Though South stopped using the notebook last winter, North continued using it and in the spring. A similar concern led to its removal from North as well.

"As far as I was concerned, by the winter of last year, we had really thought deeply about these concerns and acted on them," Morrill said. "What I've heard from School Committee meetings is that there is a still a perception that we didn't act on this father's concern, and I'm really sorry to hear that because I think we did."

A group of still-worried parents and citizens kept the discussion ongoing in Newton school committee meetings, until Fleishman released his statement on the issue.

The statement discusses the purpose of school, specifically that its aim is to promote critical thinking in students, contribute to their ability to understand and think about documents containing various perspectives, and teach "how to think, rather than what to think."

The statement goes on to describe the sequence of events that led to the notebook's removal from the Newton schools.

Charles Jacobs, Newton resident and co-founder of Americans for Peace and Tolerance, said he was not pleased with the superintendent's statement.

"I am certain that the school would never consider using a defamatory attack on any other group as an example to use in a "critical thinking" lesson. Would Newton teachers, for example, use KKK racism?" Jacobs said.

"Mr. Pagliuso's daughter, after going through this critical thinking exercise, did not know, nor was she told by her teacher, that this was a defamatory lie used by the enemies of the Jews to harm the Jewish people."

Both Jacobs and School Committee Vice Chair Matt Hills have written about the issue in recent issues of the Newton Tab.

87

Pagliuso, like Jacobs, said he believes that this material should never have even been introduced into the school system. "I am not an activist," Pagliuso said. "That was not part of this. I was just shocked at reading this article."

Although the teacher presented the notebook as a biased source and conveyed that the article's main focus was Arab women, Pagliuso and Jacobs said that the only use for such material would be as an example of propaganda.

"This is high school and these are malleable minds; there are still some kids who come away taking that [belief] with them [at face value]," Pagliuso said. "I would be just as equally upset with propaganda against Arabs. I wouldn't accept any form of propaganda armed at any religious or ethnic group."

Some students, however, feel that exposure to different, even extreme, perspectives is important for students. Sophomore Jack Rabinovitch thinks that students should read this type of propaganda in their history classes and learn to make judgments from there.

"I think the best way to make kids learn is to give them even the most radical perspective," Rabinovitch said. "I think parents sullying that variance don't believe their children can make choices for themselves."

Even now, the issue of how much transparency the Newton schools should offer to parents and citizens who want to influence the curriculum continues to be disputed.

"I would not be in favor of asking teachers to vet supplementary documents they want with an outside board," Stembridge said.

There have been other concerns in the past over both curricular and supplementary documents. One parent proposed the removal of the Old Testament, a request that was not granted.

Morrill said she encourages parents to voice their concerns, and she believes it is her responsibility to take them seriously.

"I think that if a parent has a concern about a document or anything that their child has been given, that they should ask," Morrill said. "If...they think something is not working despite our best efforts, we need to talk about it."

Morrill said she is proud of South's teachers for making an effort to teach the Israeli-Palestinian conflict despite the controversy that surrounds it.

"There are many schools that don't teach this conflict, because it's hard to teach it well," Morrill

said. "We believe we should teach it because it's so important. We take the privilege of being teachers so very seriously, and we know that we have to be very careful to do it well."

Morrill said she is satisfied with the Newton Public Schools' response to the parents' concerns regarding the Arab World Studies Notebook.

"I do think this is an example of the system working well," Morrill said. "We had a father who had a concern, we looked at his concern...we agreed with his concern and we acted.

"In the end, I think it did work well, and it saddens me that people think it didn't work well."

Attachment 8: Letter to the Editor by JCRC of Greater Boston

# Letters *to the* Editor

Write to: The Editor, The Jewish Advocate,
15 School St., Boston, MA 02108
E-mail: editorial@thejewishadvocate.com • Fax: 617-367-9310

## JCRC seeks Newton parents' input and schools transparency

We at JCRC are deeply disappointed by the most recent ad from Americans for Peace and Tolerance (APT) in this paper (on Feb. 7) attacking the ADL for its leadership on behalf of our community while offering new allegations of anti-Israel bias in Newton public school classrooms.

How Israel is presented in American education systems is a challenge that requires sober analysis and serious conversations with school officials in districts around the nation. Continued assaults on ADL do nothing to address this challenge while unfairly demeaning an organization that has a venerable and noble record of combatting hate and bias for over 100 years. Intra-communal sniping and accusations are a distraction and a detriment to facing our most critical challenges as a united community.

The latest ad presents excerpts of teaching materials allegedly used in the classroom. We at JCRC have communicated to APT repeatedly and as recently as last week that absent a firsthand account from parents of students in the Newton school district who can provide us with the actual classroom materials their children were given, the information as presented in this ad does not provide a basis for reopening our inquiry into classroom materials in the Newton school curriculum.

Of course, the question of what biases our children may be taught in school is of great importance and we continue to welcome the opportunity to meet any Newton parent whose child has brought home objectionable materials. If presented with direct reports from Newton district parents of said materials, JCRC would, without hesitation, reopen our discussion with school district leaders.

Please be assured that we will protect the confidentiality of any parent who so wishes. Please write us at info@jcrcboston.org, mentioning "Newton Schools" in the subject line.

Though JCRC is not prepared to provide validation to the new allegations at this time, we would suggest that the Newton School Committee — as an elected body representing the voters of Newton — could put this entire chapter to rest by publicly addressing the ongoing allegations once and for all. While the school system shouldn't be required to respond to innuendo and unsubstantiated allegations, it would benefit the entire community if they would provide a public accounting about how curriculum is developed and how and where materials are approved for classroom distribution. In the light of such transparency, we would all feel more comforted by their public assurances regarding this matter.

**JEREMY BURTON,**
*Executive Director*
**JILL GOLDENBERG,**
*President*
**JCRC of Greater Boston**

Attachment 9: Opinion Piece by APT

# Learning some hard lessons about Newton's curriculum

New information has surfaced regarding the Newton Public School controversy. Compelled to comply with state law, the school's administrators recently were forced to release an initial batch of 9th- and 10th-grade history lesson plans used to teach about the Middle East.

Most of the information, initially withheld from the public despite requests from parents, taxpayers and even a Newton alderman, was delivered to Americans for Peace and Tolerance (APT)'s offices in response to a public records request. Once our request is complied, we will post the records at openewtonschooling. Newton citizens, especially those who are Jewish, will not be pleased.

For two years, we have been told by Superintendent David Fleishman and others that the Arab World Studies Notebook (ASWN) was removed from all classrooms and has not been used to teach Newton students since 2011. But the official documents we received show that Newton South High School assigned readings from the AWSN to 9th-grade students in at least three separate classes in the last school year – months after claims that it was "eliminated."

The AWSN has been condemned by the American Jewish Committee (AJC) as a fraudulent anti-Israel text created by Saudi-funded organizations. After a parent complaint about the AWSN was rebuffed in 2011, grassroots Jewish groups lobbied for more than a year until the schools claimed to remove it. But school documents now show that the AWSN continues to be taught. We are not sure if this is a matter of integrity or incompetence.

Apart from the Saudi hate-lesson, the materials released validate our claims that Newton South educates students to adopt anti-Israel viewpoints through the use of biased textbooks, readings, maps and people, academic exercises. Until now, our knowledge of what Newton students are being taught was limited to what we received from students in only a few of classes. We now know that almost all the teachers in Newton South teach from the same problematic anti-Israel materials we saw previously.

The teachers' class notes we received directly contradict Newton school officials' claims that any anti-Israel materials are balanced by pro-Israel materials. For example, school administrators claimed that a series of assigned maps created by a Palestinian Liberation Organization propaganda unit, but never identified as such, were balanced by maps which can be found. Several maps show Palestinian refugee dispersal and camp locations, but there is no map showing the expulsion of Jews from Arab lands.

Several Newton teachers use a textbook written by James Gelvin, an anti-Israel ideologue and a proponent of the academic boycott against Israel. Gelvin wrote this textbook while receiving payments from Sheikh Zayed, the anti-Semitic Emirates billionaire whose $2 million gift Boston's Jewish heroine, Rachel Fish, forced Harvard University to reject because of the anti-Semitism of the "think tank."

In Newton schools, students are given an assignment called POV, which purports to show the Israeli and Palestinian "points of view" on various events in the history of the conflict. Yet these points of view are often either blatantly or subtly anti-Israel.

Centuries of Islamic religious teaching that Jews are to be a subjugated people, not permitted self-rule, are erased from Newton's "history" lesson. To ensure that students won't see Judeophobia as a root cause of the conflict, they are given a doctored, whitewashed version of the Hamas Charter from which the terror group's genocidal anti-Jewish pronouncements are removed so that the jihadist murderers can be falsely portrayed as mere militant nationalists.

Newton officials have sought to deflect accusations that they permit biased instruction by saying that it's not anti-Israel but only an exercise in "critical thinking." ("We don't teach students what to think, but how to think," Fleishman says.) Newton teachers' class notes tell a different story, but as with the cleansed Hamas Charter, one teacher insists that the Arab war against Israel "is not inherently a religious conflict. This is a continuous war." (Emphasis here.) Many Middle East scholars would disagree, so why not let students decide for themselves? Newton students, the documents show, are made to debate whether the Jews have a right to a homeland of their own, but are never asked to ponder if any other people, such as the Palestinians themselves, deserve a state.

"Critical thinking" is increasingly being used throughout our nation to justify teaching hatred and the delegitimization of Jews. But is there a public school anywhere in America where students receive critical thinking lessons about Hamas' honor killings, female genital mutilation, the enslavement and forced conversion of infidel women, or today's forced exodus and slaughter of Christians from the Middle East? It's doubtful. These topics are made taboo; they don't fit the anti-Western, anti-Judeo-Christian narrative that permeates our schools.

A week or so before we received the public records from Newton, 478 high school students from Newton signed a letter defending "the history department in the face of allegations by [APT] that Newton's Middle East curriculum is anti-Israel." It was published in the Jewish Advocate and The Newton Tab.

One suspects, from both the language and content of the letter (posted on APT's website) that it was not written by students alone. People can judge for themselves.

Ironically, students who parrot their teachers are expressing an image opposite of the one young people like to present: that of cool, independent-minded, even rebellious youth. How were they herded into a pack of 478 conformists? What happened to the courage in, in the words of their generation's bumper sticker, 'question authority'?

It takes no courage to whine about Israel – Jews won't beat you up. Bravery today would be to stand up for black slaves in Sudan and Nigeria, abused and oppressed women under Islamic rule, Sharia-compliant hanging of gays. Sadly, the most these victims will likely get from today's students (and our nation's leaders) is hashtag activism.

*Charles Jacobs is president and Ilya Feoktistov is research director of Americans for Peace and Tolerance (peaceandtolerance.org).*

Charles Jacobs

Ilya Feoktistov

Attachment 10: Letter to the Editor by Russel Pergament

THE JEWISH ADVOCATE

APRIL 22, 2016

# LETTERS TO THE EDITOR

## Cowardice in Newton

Newton was rocked recently by a confrontation between Jewish parents and others enraged that already discredited school Superintendent David Fleishman decided to keep a series of anti-Semitic incidents in the city's schools secret from the public.

For months, "Burn the Jews" graffiti on school walls and swastikas carved into snowbanks were ignored system-wide, up to Mayor Setti Warren's office. Evidently, the ambitious pol concluded it was not politically expedient to acknowledge the extensive anti-Semitic activity within his schools. Warren called a public meeting, presumably to discuss this; rather than deal with the hate crimes, though, Warren subjected the increasingly restive crowd to his mother-in-law's life story. He virtually ignored the Jewish families' concerns as he attempted to package the evening as a blueprint for Newton's next century of "inclusiveness and diversity."

Coverage varied. The redoubtable The Jewish Advocate headlined page one with, "Newton avoids addressing anti-Semitic incidents." The Newton TAB wrote, "Newton forum on prejudice gets rowdy." The Boston Globe ran, "Jewish leaders decry 'disrespect' at meeting" or what some have re-ragged, "Jews behaving badly." Anyone who spends 2:19 viewing video of the meeting will conclude there was no heckling or disrespect. One can only speculate on why the Globe gave this falsehood such prominent play.

Entrenched municipal bureaucracies resent citizens who challenge their way of doing business. Sometimes people have to act to protect themselves, or in this case, their children. In Newton, they have put City Hall on notice. Things must change.

RUSSEL PERGAMENT
*Publisher, MASSterList*

Attachment 11: Syllabus for 2015 for the Israeli/Palestinian conflict at Newton South High School

Obtained via MPRL by Judicial Watch, Inc.

Name:_____

**Unit SIX: Towards a Two State Solution: The Israeli / Palestinian Conflict (1917-present)**

**Essential Unit Questions**
- Historically, what factors have aggravated the relationship between Israelis and Arabs? What factors have allowed for negotiation, peace, and co-existence?
- In regards to the Israeli/Palestinian conflict today, what are the most viable prospects for peace and the most serious concerns for conflict?

**Day One: An Introduction to the Israeli/Palestinian Conflict (from 1917-2000)**
**Due:**
**Reading:** History of the Israeli-Palestinian Conflict by Negar Katirai (Council on Foreign Relations) and Dr. Mark LeVine (University of California-Irvine) (via PBS)
**Questions:**
- Based on your understanding of the reading, identify what you believe are the 6 most important dates – events that were major turning points or significant occurrences that define the conflict.
- Based on your understanding of the reading, identify 3 historical conflicts you believe are still relevant to the conflict between Israelis and Palestinians today. Why?
- Based on your understanding of the reading, identify 3 examples that illustrate negotiation and compromise can happen in this conflict.
- Based on your understanding of the reading, identify 3 events that may have stoked past resentments between the two sides but may no longer be relevant to Israelis and Palestinians living today.

**Day Two: An Introduction to the Key Issues in the Peace Process (from 1967-2013)**
**Due:**
**Video:** Challenges in Defining an Israel-Palestinian Border (via the nytimes.com).
**Watch:** Part 1, Part 2, and Part 3 on the interactive website. Look at the pictures below for each section.
**Questions:**
- Based on the video: In defining a permanent border between an Israeli state and a proposed Palestinian state . . .
    o . . . what do you think are the top 5 concerns Israelis have about defining a new border.
    o . . . what do you think are the top 5 concerns Palestinians have about defining a new border.
- In the video, not all Israelis share the same opinions on where a border gets drawn. Brainstorm 2-3 factors that might contribute to this. Why do you think the Palestinians interviewed tend to express a more unified opinion?

**Day Three: An Introduction to the Key Issues in the Peace Process (from 1967-2013) (pt. 2)**
**Due:**
**Video:** Challenges in Defining an Israeli-Palestinian Border (via the nytimes.com)
**Watch:** Part 4 and Part 5 on the interactive website. Look at the pictures below for each section.
**Questions:** Add to the materials you gathered during your last homework assignment.
- Based on the video: In defining a permanent border between an Israeli state and a proposed Palestinian state . . .
    o . . . what do you think are additional concerns Israelis have about defining a new border.
    o . . . what do you think are additional concerns Palestinians have about defining a new border.
- In the video, not all Israelis share the same opinions on where a border gets drawn. Brainstorm 2-3 factors that might contribute to this. Why do you think the Palestinians interviewed tend to express a more unified opinion?

Up Next: *The Final Project*

Obtained via MPRL by Judicial Watch, Inc.

**Day Four: What would a Two-State Solution look like? (1994-present)**
**Due:**
Task: Based on the character you receive, complete the "Two-State Solution" worksheet you receive in class. Complete the blank map and the attached questionnaire.

**Web Resources:**

- Crisis Guide: The Israeli-Palestinian Conflict (Chapter II: The Territorial Puzzle) [via the Council on Foreign Relations] – *This website provides both graphics and narration on key issues in relationship to geography in the conflict. The Regional Complexities section is particularly helpful for this assignment.*
- Is Peace Possible? Two State Solution Simulator [via The S. Daniel Abraham Center for Middle East Peace & The Atlantic] – *This website identifies the key demands of both sides and offers you the ability to adjust the current borders of Israel in accordance with established peace plan proposals. You do not need to complete a map on this site, but it may be helpful to play around with the simulator to generate some ideas for your worksheet.*

**Day Five: What would a Two-State Solution look like? (1994-present) – Part II**
**Due:**
Task: Write a 1-2 page reflection that covers the following points and submit via email by the beginning of your respective class. (Worth 30 points – utilize unit vocabulary and concepts / no thesis necessary)

- What evidence did the simulation and the overall unit provide that illustrates a two-state solution is viable?
- What evidence did the simulation and the overall unit provide that illustrates a two-state solution is unlikely in the foreseeable future?
- What was the single most important thing you took away from the simulation and the unit overall?

94

Obtained via MPRL by Judicial Watch, Inc

## Israeli/Palestinian Conflict:
-Peace Plan Simulation — from the Bottom Up-

### Summary

*This activity asks you to consider how a variety of people would respond to new rounds of negotiations between the Israeli government and the Palestinian Authority. Several years ago, the New York Times interviewed a variety of people living in Israel and the Palestinian Territories to get their opinions on a variety of negotiable issues. You will assigned to one of these people for our simulation. Using the available video footage and the information we have studied in class, imagine you have been assigned by the US State Department to interview one person and report back on their thoughts regarding the peace process.*

*Based on the available information, you may have to infer a good deal about what your character would propose. You may not be able to answer all of the sections of the questionnaire below. This is fine. This activity acknowledges that average Israelis and Palestinians may not have a fully formulated opinion on all facets of the peace plan. That said, based on the evidence available, you should be able to surmise a fairly complete submission.*

### One State / Two State / Three State

*Most students will likely submit a map proposal that contains two states; Israel and a future Palestine. That said, some of the characters hold views that suggest support for a One State Solution. The One State Solution, when it is argued for, often comes in three very different forms:*

* a secular multi-ethnic state with equal legal and political rights for Israelis and Palestinians
* a Greater Israel that annexes much of the West Bank and resettles Palestinians in neighboring Arab nations
* an Islamist Palestine that includes all of Gaza, the West Bank, and present day Israel

*There has also been some limited discussion of a three state solution:*

* Israel's border return to pre-67 lines, the West Bank becomes the recognized Palestinian State, and Gaza is left to develop as a separate, independent nation under currently undefined terms.

### Additional Resources

* Three Options for Peace by David Makovsky (2011 – New York Times): With roughly 4% of the Israeli population living in settlements within the West Bank, some have asked how a viable Palestinian state can be created while respecting the land claims of the settlers. Although some believe these settlers will have to return to Israel, others (including President Obama) believe that calculated "land swaps" between Israel and a future Palestine could offer a viable solution. Here are three proposals from the last round of failed negotiations in 2008.

* Crisis Guide: The Israeli / Palestinian Conflict (Council on Foreign Relations): Chapter II: The Territorial Puzzle offers a one-stop resource to understanding relevant issues related to geography and borders. You can watch this in its entirety or skip to sections you need to review. Each section has a short narration that outlines the major issues.

* Is Peace Possible? Two State Solution Simulator (The Atlantic and the S. Daniel Abraham Center for Middle East Peace): If you already feel like you have a good grasp on the core issues and want to a more advanced tool for redrawing the borders of Israel and a future Palestine, this web app offers a very powerful engine for exploring land swap options.

**Characters** (see *Challenges in Defining an Israeli / Palestinian border* website on nytimes.com)

| | | | |
|---|---|---|---|
| Mahdi Abdul Hadi | Sima Halif | Dr. Boaz Ganor | Hala Jahshan |
| Uri Segal | Najla Kayed | Ibrahim Jabr | Yuli Edelstein |
| Adalia Danielle Salomaa | Nawaf Zagarneh | Dhmitri Kabunov | Shaul Arieli |
| Marco Carmignani (UN) | Idan Ben-Ari | Jamil Abu Khamach | Nabil Shaath |
| | Uzi Sharbaf | Gilad Ben David | Abed Kassab |
| | Murad Abu Shafi | | |

Attachment 12: Teacher's class notes for 10th grade unit on Israeli-Palestinian conflict in 2013

CLASS NOTES FOR ISRAEL PALISTINE (STUDENT & TEACHER DISCUSSION)

**Towards a Two State Solution: The Israeli / Palestinian Conflict (1917-2013)**

**May 1st, 2013**
Introduction to the Unit

1. What do we (think we) know about the conflict? [strictly 5 minutes]
2. A note on teaching controversial topics...
3. Two themes to begin considering ...

* The Israeli / Palestinian Conflict is **not** entirely unique in the world

    * **Jewish nationalism (Zionism)** and **Palestinian nationalism** seek essentially the same goal: a state that can provide security, economic opportunity, and a connection to a land that is of significant historical, cultural, and religious significance. This is consistent with many other forms of **nationalism** around the world.
    * This violent conflict is not unique either – there are many **multi-ethnic states** around the world where tensions arise **over control of land**.
    * Although religion is an important factor in defining elements of the conflict, I would assert this is **not** inherently a religious conflict. This is a conflict over land.

* People defined by tragedy (this may help us understand the conflict's intractability)

    * For the **Jewish diaspora** and Jewish Israelis, the Holocaust is considered a major turning point in Jewish history. The phrase **"never again"** captures the attitude that Jews needed to defend themselves in a manner unprecedented in the history of that ethnic group - and that a strong **Jewish state** is the only mechanism that can provide for this.
    * For the **Palestinian diaspora** and Palestinians living in the Occupied Territories, Israeli takeover of Palestinian land (first in 1947-48 war and then to a greater extent after the 1967 war) is considered a great national tragedy. The history of prolonged resistance, whether violent or nonviolent, is rooted in this aspiration to establish a Palestinian state in land historically owned and farmed by Palestinians.

4. Begin reading homework (since many of you are still working on your papers)

**May 2nd, 2013**
*Key Dates and Turning Points in the Israeli/Palestinian Conflict*

1. Crowd source a timeline:
   - What were the events that stood out to you last night?  Lets gather as many as we can.
   - You each have **3 votes** to utilize - put a check underneath the dates you think are the most important.  You can place three checks under one date, one under three, etc...
   - Any event receiving *more than* 8 votes will be discussed in the next round.
   - While you are voting, please identify any names or terms you didn't understand in the reading and place them in the I want to know more about... column.

2. Discussing our timeline:
   - What is significant about the dates we've identified?
   - Based on the other questions you had to answer last night, **what general conclusions** can we draw regarding the dates we've identified?
     - *We saw situations where countries are weary of balance of power - and some peace treaties actually escalate a violent response.*
     - *A lot of the time Israel is trying more for peace - and to give up things up to achieve peace - is this a viable analysis? Israel also controls the land - they have something to give... Palestinians have less to give in this situation.*
     - *Are the peace-treaties in Israel's favor or are they in the favor of peace.*

3. Previewing Tonight's Homework
   - To understand the history of the peace process, we need to understand the core issues at stake in any future resolution of the conflict.  In **1995**, negotiations between Israelis and Palestinians yielded the following **5 points** as central to any future peace plan:
     - **Secure borders** that provide both safety and mobility for both sides must be established.
     - Palestinians maintain that all **refugees** (a broad term for Palestinians living inside and outside the Occupied Territories) are given enough land to accommodate their population's economic needs and human rights.
     - The question of who will control Israeli **settlement** communities in the West Bank must be resolved.
     - Both Israelis and Palestinians want access to adequate **water resources** along the Jordan River and the Mediterranean Sea.

The question of who will control the city of **Jerusalem**, significant for religious, cultural, and economic reasons  must be resolved.

**May 3, 2013**
*Issues in Finding a Two State Solution*

1. Review Video Content
2. Questions from Last Night
   - What are the top 5+ issues that Israelis see in where a border gets drawn?

97

- Jerusalem is of great importance to the Jewish people and the Jewish faith
- Boundaries are key to security... Israelis want strong security to stop militants from moving into Israel
- Israel needs defensible borders and defendable territory
- Israel wants peace and stability in the region - which leads to security.
- Resources... water!
- The settlements in the West Bank are extremely difficult to move: 400,000 people, its difficult to remove these people from their homes, and many of these people are STAUNCHLY opposed to moving.
- There are a long chunk of people that just don't recognize the other side's right to a state.
- In terms of arable land - it is in limited supply - how do you evenly distribute arable land.
- Israelis want to have some control over a future Palestine's borders to prevent a weapons trade and increase in extremism in the Palestinian territories - the experience in Gaza has shaped this cautious approach.

- **What are the top 5 issues that Palestinians see in where a border gets drawn?**
  - Jerusalem is of great importance to the Islamic faith and Muslim Palestinians
  - Resources...water!
  - Economic opportunity needs to increase - Palestinians need access to arable farmland, to urban areas, to transportation networks.
  - The Palestinians want to see the security wall come down - it not only stifles their movement but it is a symbol of the conflict.
  - Palestinians believe settlements and the wall are part of a larger effort of Israelis to take all of the West Bank... they fear they will lose the foundation of a future state.
  - There are a long chunk of people that just don't recognize the other side's right to a state.
  - In terms of arable land - it is in limited supply - how do you evenly distribute arable land - especially when Israelis have developed more of the irrigation technology.
  - Palestinians want land and water access to other Arab nations for trade and transportation...
  - Once (if) Palestine is independent - it has to be fully independent. Israel cannot interfere in the sovereignty of that nation.

- **Why do you think Israelis tend to voice more diverse views on the border issue in comparison to Palestinians?**
  - With the Palestinians, there is almost universal anxiety in regards to settlements - which in the West Bank, you have direct contact with. Israelis often live quite far away from the W. Bank - and have little contact with the Palestinians.
  - The Palestinians have a single goal: gain land for a state - on the other hand, the future of Israel could go a lot of different ways - more settlements, less settlements, two states, one states...
  - It is easier to come a decision to what you want to take - whereas there is more debate on what you want to give.

## Attachment 13: POV Timeline

Obtained via MPRL by Judicial Watch, Inc.

**A Modified PROMISES · TIMELINE December 2001**
Copyright © 2001 American Documentary, Inc. / Edited for length by NSHS Teachers (2010-2015)

**Assignment Part One:**
*   For homework: Read the timeline and highlight the following in the colors you choose:
    o   Highlight important leaders in _____
    o   Highlight important places in _____
    o   Highlight other important information in _____
*   In class: After highlighting the reading, go back and put stars by the 10 most important events

### HISTORY OF THE ISRAELI-PALESTINIAN CONFLICT

*The history of the Palestinian-Israeli conflict changes dramatically depending on who is telling it and where they start the story. Therefore, it is important to note that a historic timeline of events concerning this conflict is always difficult to present in an objective manner. For this reason, certain events of the timeline include both a Palestinian (on the right side) and an Israeli (on the left side) perspective.*

*Zionist movement: A response to the worsening persecution of European Jews and out of the desire to join the community European countries, Thousands of Jews began immigrating to Palestine, which was then part of the Ottoman Empire.*

| BLUE = Israeli Perspective | GREEN = Palestinian Perspective | |
| --- | --- | --- |
| *1917*<br>*The British government, in the Balfour Declaration, stated its support for "the establishment in Palestine of a National Home for the Jewish people."*<br>*Motivation:*<br>*•  sympathy for the Zionist cause*<br>*•  rally Jews to the side of the Allies*<br>*•  "self determination of small nations"*<br>*•  securing British influence of the region east of the Suez Canal* | *1915*<br>*Exchange of ten letters between:* | |
| | *Britain's high commissioner in Egypt* | *Emir of Mecca and King of the Arabs* |
| | *•  Britain pledged to support Arab independence if Hussein's forces revolted against the Ottomans*<br>*•  Hussein envisioned a unified Arab state stretching from Syria to Yemen.* | |

---

**1918**
As a result of World War I, Britain wins control over the area of Palestine from the Ottoman Empire. The area becomes known as British-mandate Palestine. [A mandate is an authorization to govern over conquered territory]. From 1918 to 1948, Britain governs over the Jews and Arabs living in this territory.

**1921**
Britain creates TransJordan (now Jordan). First major episode of violence erupts on May Day, leaving scores of Jews and Arabs dead.

| Jews described the violence as a "pogrom" or "riots." | Palestinians term the violence a "revolt." |
| --- | --- |

**1929**
Second major episode of violence spreads throughout the country. Sixty-seven Jews are killed.

**1936**
*In response to killing of a Muslim leader by the British*

| *Arab residents of British Mandate Palestine begin "rioting," causing violence, and the seizure of a shipment of illegal arms destined for the Jewish defense force. The "rioting" lasts until 1939, when the British, in part to obtain Arab support for the recently erupted war with Germany, ban most land sales to Jews.* | *Arab residents of British Mandate Palestine begin the "Great Arab Revolt," causing violence, and the seizure of a shipment of illegal arms destined for the Jewish defense force. The "revolt" lasts until 1939, when the British, in part to obtain Arab support for the recently erupted war with Germany, ban most land sales to Jews.* |
| --- | --- |

Obtained via MPRI by Judicial Watch, inc.

## November 1947

The United Nations' General Assembly recommended the partition of British-mandate Palestine into two separate states, one for Jews and one for Arabs. Fighting breaks out soon thereafter, as all the surrounding Arab states rejected the partition plan.

| Zionist leaders accepted the proposed partition for tactical and strategic reasons. | Palestinians considered the proposal unrepresentative of the demographic distribution of Jews and Arabs living in Palestine at that time, and so rejected it. |
|---|---|

### 1948

Zionist leaders proclaimed the state of Israel. Fighting breaks out between the state of Israel and its Arab neighbors as British troops are leaving the country.

| War known by Israelis as "War of Independence" | War known by Palestinians as "the Catastrophe" |
|---|---|
| • Some 700,000 Palestinians leave what had been British-mandate Palestine. | • Some 700,000 Palestinians flee or are driven from what had been British-mandate Palestine |
| • Israel gains control overlarge tracts of land, including some five hundred Palestinian villages. | • Israel annexes large tracts of land and destroys some five hundred Palestinian villages. |

- Jordan establishes control over the West Bank
- Egypt establishes control of the Gaza Strip.
- Control of Jerusalem is split between Israel in the west and Jordan in the east

December: UN General Assembly passes Resolution 194: Palestinian refugees who wish to return to their homes should be permitted to do so and that those who do not wish to return should be compensated by the state of Israel.

### May 1964

422 Palestinian national figures meet in Jerusalem, Creates the Palestine Liberation Organization (PLO). Palestine National Council (PNC), the National Fund and the Palestine Liberation Army (PLA). The meeting also approved a Palestinian national covenant and basic law.

### June 1967

Israel gains control over territory formerly controlled by Egypt, Syria and Jordan.
- Sinai Peninsula and Gaza Strip from Egypt
- Golan Heights from Syria
- West Bank and East Jerusalem from Jordan.

| Israelis call the "Six Day War" | Palestinians call it: "al-Naksah," or "the Setback." |
|---|---|
| • Israel conducts pre-emptive attack against Egypt | • Palestinians view this as a violation of international law regarding territory seized during war. |
| • Nearly triples size of their territory | |
| • Rightwing Israelis refer to West Bank and East Jerusalem by the biblical names "Judea and Samaria" and consider the biblical lands of the Jewish people. | • Iraq sends forces into Jordan to support the war, even though Jordan had not requested such action |
| | • The PLO moves its operations from the West Bank to Jordan. |

In response to the war, the UN Security Council passes Resolution 242, which calls for the
- "withdrawal of Israeli armed forces from territories occupied in the recent conflict [in official UN languages this implies that Israel has to return all the conquered territory];
- termination of all claims or states of belligerency
- respect for and acknowledgement of the sovereignty, territorial integrity and political independence of every state in the area and their right to live in peace within secure and recognized boundaries free from threats or acts of force."

Obtained via MPRL by Judicial Watch, Inc.

This resolution, with its formula of "land for peace," is the basis of for all subsequent peace negotiations between Israel, Palestinians, and the surrounding Arab states.

### September 1970
Through a battle that results in the loss of 3,000 lives, The PLO is forced by Jordan's King Hussein to move headquarters to Lebanon. Arab League and by Gamel Abdel Nasser, leader of Egypt broker the peace agreement.

### September 1972
Palestinian gunmen kill 11 Israeli athletes at the Munich Olympics.

### October 1973
Egypt and Syria organize a surprise attack on Israeli forces in the Sinai Peninsula and the Golan Heights on the day of the Jewish fast of Yom Kippur and the Muslim month of Ramadan, in which the annual fast is performed. The war lasted for 3 weeks

| *Israelis = Yom Kippur war.* | *Arabs = Ramadan war.* |
|---|---|
| *Israel saw the war as a military victory because it maintained possession of the Sinai Peninsula and the Golan Heights.* | *In a surprise attack, Egypt and Syria made initial gains but retreated after Israeli counter-attacks. War was a political victory for Egypt and Syria. Though they overextended their forces and did not succeed in regaining control over the Sinai Peninsula and Golan Heights, Israel's military vulnerabilities were exposed, particularly because the U.S. air-lifted a large supply of weapons to Israel, without which Israel might not have been as successful in defending its territory* |

The UN Security Council passes Resolution 338, which calls for an immediate cease-fire and the immediate commencement of negotiations toward the implementation of UNSCR 242 with the goal of "establishing a just and durable peace in the Middle East."

### 1974
The Arab League declares the PLO the sole spokesman for the Palestinian Arabs.

### July 1976
Israeli commandos rescue 98 Israeli and Jewish hostages in Entebbe, Uganda, held by Palestinians who hijacked an Air France Airbus.

### 1978–1981
President Anwar Sadat of Egypt, Prime Minister Menachem Begin of Israel and President Jimmy Carter of the United States sign the **Camp David accords**.
* Israel agrees to hand back the Sinai Peninsula to Egypt in return for peace and normalization. First time an Arab country signed a peace treaty with Israel thus accepting the state's existence.
* Signing the Camp David accord made Sadat unpopular among many Egyptians as well as Arabs living outside Egypt.
* Egypt is expelled from the Arab League as a reaction to the peace agreement with Israel. Yet in 1980, Egypt and Israel establish diplomatic relations. This led directly to the assassination of Sadat on October 6, 1981, by 3 soldiers of the Egyptian Army.

### June 1982
Israel invades Lebanon and establishes a "security zone" in Southern Lebanon in order to block Hezbollah (a Lebanese Shi'a Muslim group whose name means "Party of God" in Arabic) forces from staging attacks on Northern Israeli communities from Lebanon. The Israeli Army reaches Beirut and succeeds in driving out Yasser Arafat's PLO. Arafat moves his organization to Tunisia.

Obtained via MPRL by Judicial Watch, Inc.

This resolution, with its formula of "land for peace," is the basis of for all subsequent peace negotiations between Israel, Palestinians, and the surrounding Arab states.

### September 1970

Through a battle that results in the loss of 3,000 lives, The PLO is forced by Jordan's King Hussein to move headquarters to Lebanon. Arab League and by Gamel Abdel Nasser, leader of Egypt broker the peace agreement.

### September 1972

Palestinian gunmen kill 11 Israeli athletes at the Munich Olympics.

### October 1973

Egypt and Syria organize a surprise attack on Israeli forces in the Sinai Peninsula and the Golan Heights on the day of the Jewish fast of Yom Kippur and the Muslim month of Ramadan, in which the annual fast is performed. The war lasted for 3 weeks

| Israelis = Yom Kippur war. | Arabs = Ramadan war. |
|---|---|
| Israel saw the war as a military victory because it maintained possession of the Sinai Peninsula and the Golan Heights. | In a surprise attack, Egypt and Syria made initial gains but retreated after Israeli counter-attacks. War was a political victory for Egypt and Syria. Though they overextended their forces and did not succeed in regaining control over the Sinai Peninsula and Golan Heights, Israel's military vulnerabilities were exposed, particularly because the U.S. air-lifted a large supply of weapons to Israel, without which Israel might not have been as successful in defending its territory. |

The UN Security Council passes Resolution 338, which calls for an immediate cease-fire and the immediate commencement of negotiations toward the implementation of UNSCR 242 with the goal of "establishing a just and durable peace in the Middle East."

### 1974

The Arab League declares the PLO the sole spokesman for the Palestinian Arabs.

### July 1976

Israeli commandos rescue 98 Israeli and Jewish hostages in Entebbe, Uganda, held by Palestinians who hijacked an Air France Airbus.

### 1978–1981

President Anwar Sadat of Egypt, Prime Minister Menachem Begin of Israel and President Jimmy Carter of the United States sign the Camp David accords.

* Israel agrees to hand back the Sinai Peninsula to Egypt in return for peace and normalization. First time an Arab country signed a peace treaty with Israel thus accepting the state's existence.
* Signing the Camp David accord made Sadat unpopular among many Egyptians as well as Arabs living outside Egypt.
* Egypt is expelled from the Arab League as a reaction to the peace agreement with Israel. Yet in 1980, Egypt and Israel establish diplomatic relations. This led directly to the assassination of Sadat on October 6, 1981, by 3 soldiers of the Egyptian Army.

### June 1982

Israel invades Lebanon and establishes a "security zone" in Southern Lebanon in order to block Hezbollah (a Lebanese Shi'a Muslim group whose name means "Party of God" in Arabic) forces from staging attacks on Northern Israeli communities from Lebanon. The Israeli Army reaches Beirut and succeeds in driving out Yasser Arafat's PLO. Arafat moves his organization to Tunisia.

Obtained via MPRL by Judicial Watch, Inc.

### September 1982

Israel-allied Christian militias enter the Sabra and Shatila refugee camps (housing Palestinian refugees) in Beirut and massacre about 2,000 unarmed Palestinians after PLO fighters are forced out of Lebanon by Israel. The Israeli army occupied the camps at the time. *Official Israeli inquiry found Defense Minister Ariel Sharon indirectly responsible for the killings*

### 1983–1985

Israel makes a phased withdrawal from most of Lebanon, except for a "security zone" in south

### December 1987

A Palestinian Intifada ["uprising" in Arabic] begins in the West Bank and Gaza. A protest of continued Israeli occupation of the West Bank and Gaza.

| | |
|---|---|
| *Israel tried to suppress the "riots" and "disturbances," with police and army forces, curfews, closing of universities, arrests, deportations and restrictions on economical activities. But a united Palestinian public continued its protests and demonstrations for six years. Some believe that as a result of the Intifada, Israeli public opinion changed and the majority of Israelis became in favor of entering into peace negotiations with the Palestinians. More than 20,000 people were killed or injured between 1987 and 1993.* | *Involved demonstrations, strikes, riots and violence. The most symbolically important act of the Intifada was the stoning of Israeli security forces and civilians, often performed by young men and boys. What made the Intifada stand out from earlier forms of protests was its duration and its wide public support, including women. The Intifada also marked the first time that Palestinians living in the West Bank and Gaza became significantly involved in the movement against Israeli occupation. Until then, most of the opposition was organized from outside the occupied territories by the PLO.* |

### December 1988

Palestinian leader Yasser Arafat condemns all forms of terrorism and recognizes the state of Israel. U.S. President Ronald Reagan authorizes the U.S. to enter into a "substantive dialogue" with the PLO. Israel remains hostile to the PLO. Jordan renounces all territorial claims to the West Bank. The next day, in a clear show of support for the PLO, the UN General Assembly passed Resolution 53/196, which "reaffirmed the inalienable rights of" Palestinians and Syrians in the Golan, called on Israel not to exploit natural resources in the occupied territories.

### October 1991

The Madrid (Spain) Peace Conference includes delegations from Israel, Syria, Jordan, Lebanon, Egypt, and the Palestinians. It marks the first time most of the Arab parties (except for Egypt) and Israel sat down at a table together. The conference is organized along bi-lateral [involving or participated in by two nations] lines as well as multilateral [participated in by more than two nations] lines.

### January–September 1993

Secret talks between Israeli Prime Minister Yitzhak Rabin and PLO leader Yasser Arafat begin in Oslo, Norway. September: they sign a Declaration of Principles in Washington on the basis of the negotiations made in Oslo.

| | |
|---|---|
| *Israel recognized the PLO and gave them limited autonomy (in the occupied territories of the West Bank and Gaza) in return for peace.* | *The PLO in turn gave up its claims to Israel's territory as defined by its borders before the 1967 war. The Palestinians also agreed to end the Intifada and establish security in the West Bank and Gaza.* |

* The trade-offs made became known as "land for peace." Because they could not resolve all the issues right away, the two sides agreed to make gradual steps towards a final settlement of the conflict. The process by which the two sides would gradually exchange land for peace and work out the more difficult issues standing in the way of a final agreement became known as the "Oslo peace process."

* The two sides were no longer claiming that the other did not have the right to exist as a state or peoples on that land and both pledged to work towards a final agreement that would settle all outstanding issues between them.

103

Obtained via MPRI, by Judicial Watch, Inc.

Authority sign a revised deal based on the stalled Wye River accord, aimed at reviving the Middle East peace process.

November: final status talks resume between Israel and the Palestinians.

### 2000

February: a summit between Barak and Palestinian leader Yasser Arafat breaks up over a disagreement on a promised Israeli withdrawal from the West Bank under the revised Wye accord. Final status negotiations between Israel and the Palestinians are deadlocked as the deadline for a framework agreement [basic guidelines for an eventual final agreement for peace between Palestinians and Israelis] is missed. In March, Israel hands over part of the West Bank to Palestinians as part of a land transfer agreed to at the Wye River conferences of 1998. The land amounted to 6.1% of the total of the West Bank.

May: unilaterally withdraws from the area of Lebanon it was occupying since 1982.

July: a peace summit between Palestinian and Israeli leaders and negotiators at Camp David ends deadlocked over competing claims to Jerusalem and the issue of Palestinians refugees. Palestinians and Israelis accused each other of not being willing to make the compromises necessary for an agreement.

| | |
|---|---|
| *Israel believes its offer of handing over 95% of the West Bank and Gaza to Palestinians for the formation of a Palestinian state to be generous. Israel views its condition of maintaining control over settlements and security zones in the West Bank to be not only reasonable but also necessary for its national security.* | *Palestinians believe they should not have to accept less than 100% of the West Bank and Gaza because the total of both territories only comprises 22% of what was originally Palestine. Palestinians also view the Israeli proposal as unacceptable because it would divide the Palestinian state into disconnected regions; a situation that would not free them from Israeli occupation and would not make for a truly independent state.* |

September: Ariel Sharon, the leader of Likud [Israel's right-wing political party], visits the Temple Mount, known to Muslims as the Haram al-Sharif ("Noble Sanctuary") with 1,000 Israeli soldiers. A Palestinian protest of Sharon's visit turns violent and sparks demonstrations and violence that have continued until today.

| | |
|---|---|
| *Sharon and his supporters state that the Palestinian violence was planned before his visit to the Temple Mount and that the Palestinians are only using his visit to the Mount as an excuse for their attacks. The Israeli Ministry of Foreign Affairs has used the term "Terror Intifada" to describe the violence committed by Palestinions since September 2001. Israelis point to Palestinian attacks on Joseph's tomb (in West Bank town of Nablus) on October 8, 2000 and Rachel's tomb (in West Bank town of Bethlehem) as proof that Palestinians do not respect Jewish holy sites and therefore should not be granted sovereignty over the Temple Mount.* | *Because Jews do not normally visit the Temple Mount except as tourists and because Sharon made his visit accompanied by 1,000 soldiers during a delicate part of the peace process, Sharon has been criticized for trying to provoke a Palestinian reaction that would undermine the peace process. Palestinians term their demonstrations and attacks the "al-Aqsa Intifada," in the name of the mosque on the Haram al-Sharif and state that the Intifada is fueled by frustration over continued Israeli occupation of the majority of the West Bank and parts of the Gaza Strip.* |

Al Aqsa Intifada marks the first time Palestinian citizens of Israel have participated in protests and demonstrations against Israel in solidarity with Palestinians in the West Bank and Gaza.

| | |
|---|---|
| *Israelis cite the participation of Arab Israelis in the recent Intifada as a reason not to allow Palestinian refugees to return to live in Israel.* | *Arab Israelis have stated that they are protesting the continued occupation of the West Bank and the Gaza Strip as well as the treatment of Arab Israelis within Israel. According to the Nazareth-based Arab Association for Human Rights, there are huge gaps in local government budgets for Jewish and Arab towns and municipalities.* |

Obtained via MPRI by Judicial Watch, Inc.

October: Clinton presides over a summit between Palestinians and Israelis at the Egyptian resort of Sharm el-Sheikh. The summit attendees announce a cease-fire and plans to bring an end to the Palestinian-Israeli violence but the cease-fire comes undone soon after it is formed. With his governing coalition teetering on the edge of collapse, Israeli Prime Minister Ehud Barak gives his resignation to the country's president in December, stating that he wants to seek a new mandate from the Israeli people. In other words, he hoped to get re-elected on the platform of continuing to work towards a final peace agreement with the Palestinians, and thereby regain the authority to take the steps necessary to achieve such an agreement. Barak ran as the Labor Party's candidate against Likud Party candidate Ariel Sharon.

February: Likud Party (Israel's right wing) candidate Ariel Sharon is elected as Prime Minister of Israel beating Ehud Barak by more than 20 percentage points. Sharon campaigned on the platform of "Peace with Security," and promised that he would take a different approach to the Palestinian conflict than the Oslo Peace Process approach. Palestinians are long-time critics of Ariel Sharon because of his role in Israel's 1982 invasion of Lebanon, and his support of Israel's settlement activity.

### February 2001

| | |
|---|---|
| Following the deaths of eight soldiers and civilians killed when a Palestinian bus driver ploughed his vehicle into a waiting line of passengers, Israel reimposes a total blockade on the occupied territories. | Palestinians claim that the blockades prevent medical and humanitarian supplies from reaching Palastinians and prevent Palestinians from attending their jobs in Israel and traveling between towns in the occupied territories. |

March: Ariel Sharon formally takes office as Israeli prime minister, heading a fragile seven party coalition and a government team comprising a third of the 120-member Knesset. Veteran Labor leader Shimon Peres serves as Foreign Minister, after talking his party into joining Ariel Sharon's rightwing government of national unity. In April, Israeli troops seize territory controlled by the Palestinians for the first time since the start of the Oslo process. Israeli troops seize the Gaza Strip and divide the territory into three parts.

May: the Mitchell Commission calls for an immediate ceasefire, to be followed by confidence building measures and ultimately by renewed peace negotiations. Mitchell also calls for a freeze on expansion of Jewish settlements in the occupied territories. Additionally, the European Union accuses Israel of using "disproportionate" force in the occupied territories and calls on it to dismantle Jewish settlements in the West Bank and Gaza Strip.

June: a suicide bomber kills 19 young Israelis at a nightclub in Tel Aviv. Yasser Arafat orders his forces in the occupied territories to enforce a ceasefire.

July: the Israeli security cabinet votes to give the Israeli Defense Forces (IDF) a broader license to target Palestinian terrorists. Formerly, the IDF was only permitted to assassinate terrorists actually on their way to committing an attack. The new guidelines allow the IDF to act against known terrorists even if they are not on the verge of committing an attack.

| | |
|---|---|
| Israel has stated that it must undertake preventive action against imminent terrorist threats and that in the small minority of cases where arrests are impossible (mostly due to the lack of Israeli jurisdiction in PA areas), it is forced to carry out other types of preventative operations it terms "active self-defense." Israel states that international law in general, and the law of armed conflict in particular, recognize that individuals who directly take part in hostilities cannot claim immunity from attack or protection as innocent | Palestinians have taken issue with Israel's policy of "targeted assassinations," stating that these killings constitute extra-judicial executions, where the victims have been killed without trial and without the chance of a fair legal process designed to examine the allegations brought forward against them. Palestinians state that under the Fourth Geneva Convention, Israel as the Occupying Power has the right to arrest and bring to trial those suspected of violent hostile activities. However, under the same Convention, extra- |

105

Obtained via MPRL by Judicial Watch, Inc.

| *civillans. Israel states that it only acts in a manner that is in compliance with the principles and practice of armed conflict, and makes every effort to avoid involvement of innocent civilians.* | *judicial executions are willful killings, which constitute war crimes and are subject to universal jurisdiction.* |

August: in retaliation for a Jerusalem suicide bombing on the previous day, Israeli warplanes fire missiles at and level the headquarters of the Palestinian police in the West Bank city of Ramallah. The militant Islamist group Hamas claimed responsibility for the bombing. Israeli Special Forces also seize the offices of the Palestine Liberation Organization at Orient House in East Jerusalem. Several days later, Israeli tanks move into the West Bank city of Jenin and open fire on the Palestinian police station, destroying it. This is the biggest incursion into Palestinian controlled territory since 1994. The move is strongly criticized by Washington, which is coming under increasing international pressure to step up its intermediary role in the region. Nevertheless, on Israeli troops move into the West Bank town of Beit Jala, near the southern outskirts of Jerusalem. The U.S. and Britain strongly condemn the Israeli action.

Late Summer and Fall: Israel occupies major Palestinian cities for various lengths of time, including Jerico, Ramallah and Tulkarm.

Though the Israeli-Palestinian conflict has escalated since the October 17a, 2001 assassination of the Israeli hard-line Tourism Minister Rehavam Zeevi by Palestinian militants, there are positive signs of a renewed interest in peace talks. In a speech to the United Nations on November 15a, Israeli Foreign Minister Shimon Peres spoke of Israeli support for Palestinian independence and a Palestinian state.

Since the terrorist attacks on New York and Washington, D.C. of September 11a, the Bush administration has shown more of an interest in bringing Israel and the Palestinians to negotiations, greatly in response to requests from Arab and Muslim governments that are supporting the U.S. war against terrorism. On October 2, Bush announced a dramatic break with his administration's previous Middle East policy by stating that he is prepared to back the creation of a Palestinian state and U.S. Secretary of State Colin Powell is expected to outline a new American initiative for restoring negotiations between Israel and Palestine.

**Assignment Part Two:**
- Read the 14 italicized segments that contrast the Israeli and Palestinian perspectives on the same issues.
- Find 5 segments that show the greatest contrast in perspective and complete the following chart.

Example:

| Name of the event. | Israeli Perspective | Palestinian Perspective |
|---|---|---|
| Balfour Declaration: Creation of a homeland for Jews in British occupied Palestine. | Zionists are happy to have a homeland. They feel great allegiance to the British who helped them secure this location. | Concerned that they are losing their territory. Do not want to be under the rule of the British or the Jews. Want to pursue a unified Arab state that encompasses the Middle East. Willing to compromise with the British to secure their independence. |

Attachment 14: Resolution 242

### Decisions

At its 1373rd meeting, on 9 November 1967, the Council decided to invite the representatives of the United Arab Republic, Israel and Jordan to participate, without vote, in the discussion of the item entitled "The situation in the Middle East: Letter dated 7 November 1967 from the Permanent Representative of the United Arab Republic addressed to the President of the Security Council (S/8226)".[11]

At its 1375th meeting, on 13 November 1967, the Council decided to invite the representative of Syria to participate, without vote, in the discussion of the question.

### Resolution 242 (1967)

#### of 22 November 1967

*The Security Council,*

*Expressing* its continuing concern with the grave situation in the Middle East,

*Emphasizing* the inadmissibility of the acquisition of territory by war and the need to work for a just and lasting peace in which every State in the area can live in security,

*Emphasizing further* that all Member States in their acceptance of the Charter of the United Nations have undertaken a commitment to act in accordance with Article 2 of the Charter,

1. *Affirms* that the fulfilment of Charter principles requires the establishment of a just and lasting peace in the Middle East which should include the application of both the following principles:

   (i) Withdrawal of Israel armed forces from territories occupied in the recent conflict;

   (ii) Termination of all claims or states of belligerency and respect for and acknowledgement of the sovereignty, territorial integrity and political independence of every State in the area and their right to live in peace within secure and recognized boundaries free from threats or acts of force;

2. *Affirms further* the necessity

   (a) For guaranteeing freedom of navigation through international waterways in the area;

   (b) For achieving a just settlement of the refugee problem;

   (c) For guaranteeing the territorial inviolability and political independence of every State in the area

[11] *Ibid.*

through measures including the establishment of demilitarized zones;

3. *Requests* the Secretary-General to designate a Special Representative to proceed to the Middle East to establish and maintain contacts with the States concerned in order to promote agreement and assist efforts to achieve a peaceful and accepted settlement in accordance with the provisions and principles in this resolution;

4. *Requests* the Secretary-General to report to the Security Council on the progress of the efforts of the Special Representative as soon as possible.

*Adopted unanimously at the 1382nd meeting.*

### Decision

On 8 December 1967, the following statement which reflected the view of the members of the Council was circulated by the President as a Security Council document (S/8289):[12]

"As regards document S/8053/Add.3,[12] brought to the attention of the Security Council, the members, recalling the consensus reached at its 1366th meeting on 9 July 1967, recognize the necessity of the enlargement by the Secretary-General of the number of observers in the Suez Canal zone and the provision of additional technical material and means of transportation."

### THE CYPRUS QUESTION[13]

#### Decision

At its 1362nd meeting, on 19 June 1967, the Council decided to invite the representatives of Cyprus, Turkey and Greece to participate, without vote, in the discussion of the item entitled "Letter dated 26 December 1963 from the Permanent Representative of Cyprus addressed to the President of the Security Council (S/5488):[14] report of the Secretary-General on the United Nations Operation in Cyprus (S/7969)".[15]

[12] *Ibid.*

[13] Resolutions or decisions on this question were also adopted in 1963, 1964, 1965 and 1966.

[14] See *Official Records of the Security Council, Eighteenth Year, Supplement for October, November and December 1963.*

[15] *Ibid., Twenty-second Year, Supplement for April, May and June 1967.*

Attachment 15: Syllabus for 10th grade unit on Israeli-Palestinian conflict in 2013

### Unit Six: Towards a Peaceful Solution: The Arab/Israeli Conflict (1948-2013)

Essential Questions
• Historically, what factors have aggravated the relationship between Israelis and Arabs? What factors have allowed for negotiation, peace, and co-existence?
• In regards to the Israeli/Palestinian conflict today, what are the most viable prospects for peace and the most serious concerns for conflict?

Due Friday, April 5th : Introduction to the Arab/Israeli Conflict
Read: Arab-Israeli Timeline from PBS.org, "Origins of the Dispute" by James Gelvin
Consider: Comprehensively outline the relationship between Israel and its neighboring countries between 1948 and the present. What conditions fueled conflict and what conditions allowed for peace to be made?
Consider: Comprehensively outline the relationship between the Israelis and the Palestinians between 1948 and the present. What conditions fueled conflict and what conditions allowed for peace to be made?

Due Monday, April 8th : Understanding the History of Political Diversity in Israel and the Palestinian Territories
Note: Despite the order of the documents in the PDF file, read the documents in chronological order.
Read: Israeli Declaration of Independence [1947], Palestinian National Charter (1968), "We Recognize Israel " by Yasir Arafat [1988], "Charter of the Islamic Resistance Movement" by Hamas (1988), "The Price of Occupation" by Yitzak Rabin (1994), "Program for Dealing with the Palestinians" by Ariel Sharon [2000]
Consider: Identify the similarities and differences between the Israeli Declaration of Independence and the Palestinian National Charter. Are the goals defined in these charters negotiable or irreconcilable?
Consider: After reading the last four documents, identify the similarities and differences between each point of view and consider whether or not the differences can be reconciled?

Due Tuesday, April 9th : Understanding the Current Israeli and Palestinian Political Establishment
Read: "Israel Country Profile" from BBC, "Palestinian Territories Profile" from BBC, "Hawks' Wings are Clipped" from The Economist, "Q&A: Israel's New Government" from the BBC, "Fatah Profile" from BBC, "Hamas Profile" from BBC
Consider: What are some of the political challenges facing both political establishments today, internally or otherwise?
Consider: How might the current political landscape affect the chances for a one or two-state solution?

Due Thursday, April 11th: Understanding Political Diversity in the Arab/Israeli Conflict
Complete: Israeli / Palestinian Conflict Simulation Materials distributed in class

Due Friday, April 12th : Peace-Making and the Two State Solution
In-Class: Prominent Voices on the One vs. Two State Solution

Enjoy your April Vacation!



ISBN 978-0-9661548-9-4

50995

9 780966 154894

Indoctrinating Our Youth

# EXHIBIT B

Obtained via MPRL by Judicial Watch, Inc.

John Esposito, *Islam: The Straight Path.*

Read the attached excerpt about the Quran. It is from an introductory college-level textbook on Islam. While reading, underline any important information about the Quran. Then answer the questions below on another piece of paper.

1. Explain the relationship between the Quran, the Torah, and the Bible (New Testament).
2. Why is it important that the Quran is not typically translated out of Arabic? Explain.

chiefs, many were political marriages to cement alliances. Others were marriages to the widows of his companions who had fallen in combat and were in need of protection. It is important to remember that remarriage was difficult in a society that emphasized virgin marriages. Aisha was the only virgin that Muhammad married and the wife with whom he had the closest relationship. Fifth, as we shall see later, Muhammad's teachings and actions, as well as the Quranic message, improved the status of all women—wives, daughters, mothers, widows, and orphans.

Talk of the political and social motives behind many of the Prophet's marriages should not obscure the fact that Muhammad was attracted to women and enjoyed his wives. To deny this would contradict the Islamic outlook on marriage and sexuality, found in both revelation and Prophetic traditions, which emphasizes the importance of family and views sex as a gift from God to be enjoyed within the bonds of marriage. The many stories about Muhammad's concern and care for his wives reflect these values.

## The Quran: The Word of God

For Muslims, the Quran is the Book of God (Kitab al-Allah). It is the eternal, uncreated, literal word of God (kalam Allah) sent down from heaven, revealed the final time to the Prophet Muhammad as a guide for humankind (2:185). The Quran consists of 114 chapters (suras) of 6,000 verses (ayat), originally revealed to Muhammad over a period of twenty-two years. It is approximately four-fifths the size of the New Testament, and its chapters are arranged according to length, not chronology. The longer chapters, representing the later Medinan revelations, precede the shorter, earlier Meccan revelations to Muhammad.

Islam teaches that God's revelation has occurred in several forms: in nature, history, and Scripture. God's existence can be known through creation; nature contains pointers of "signs" (ayat) of God, its creator and sustainer (3:26–27). The history of the rise and fall of nations, victory and defeat, provides clear signs and lessons of God's sovereignty and intervention in history (30:2–9). In addition, God in His mercy determined to reveal His will for humankind through a series of messengers: "Indeed, We sent forth among every nation a Messenger,

saying: 'Serve your God, and shun false gods'" (16:36) (See also 13:7, 15:10, 35:24). The verses (ayat) of revelation are also called signs (ayat) of God. Thus, throughout history, human beings could not only know that there is a God but also know what God desires and commands for His creatures.

If Scripture is a sign from God sent to previous generations, what can be said about previous Scriptures and prophets? Why was the Quran subsequently revealed, and what is the relationship of the Quran and Muhammad to previous revelations?

Although God had revealed His will to Moses and the Hebrew prophets and later to Jesus, Muslims believe that the Scriptures of the Jewish community (Torah) and that of the Christian church (the Evangel or Gospel) were corrupted. The current texts of the Torah and the New Testament are regarded as a composite of human fabrications mixed with divine revelation. Of God's revelation to the Jews, the Quran declares:

Surely We sent down the Torah, wherein is guidance and light; thereby the Prophets who had surrendered themselves gave judgment for those of Jewry, as did the masters and rabbis, following that portion of God's book as they were given to keep and were witness to. (5:47)

Muslims believe that after the deaths of the prophets, extraneous, nonbiblical beliefs infiltrated the texts and later altered and distorted the original, pure revelation. The Jews, and later the Christians, are portrayed as having distorted their mission to witness into a doctrine of divine election as a chosen people:

And the Jews and Christians say, "We are the sons of God, and His beloved ones." Say: "Why then does He chastise you for your sins? No you are mortals, of His creating; He forgives whom He will, and He chastises whom He will." (5:20)

The Quran teaches that a similar degeneration or perversion of Scripture occurred in Christianity. God sent Jesus as a prophet: "He [God] will teach him [Jesus] the Book, the Wisdom, the Torah, the Gospel, to be a messenger to the Children of Israel" (3:48–49). Yet, the Quran declares that after his death, Jesus' meaning and message were soon altered by those who made him into a god:

Obtained via MPRL by Judicial Watch, Inc.

22

*Islam—The Straight Path*

The Christians say, "The Messiah is the Son of God." . . . God assail them! How they are perverted! . . . They were commanded to serve but One God; There is no God but He. (9:30–31)

After the falsification of the revelation given to the Jews and the Christians, God in His mercy sent down. His word one final time. The Quran does not abrogate or nullify, but rather corrects, the versions of Scripture preserved by the Jewish and Christian communities: "People of the Book, now there has come to you Our messenger making clear to you many things you have been concealing of the Book, and effacing many things" (5:16).

Thus, Islam is not a new religion with a new Scripture. Instead of being the youngest of the major monotheistic world religions, from a Muslim viewpoint it is the oldest religion. Islam represents the "original" as well as the final revelation of the God of Abraham, Moses, Jesus, and Muhammad. The Quran, like the Torah and the Evangel, is based on a preexisting heavenly tablet, the source or mother of Scripture (*umm al-kitab*). It is a book written in Arabic that exists in heaven with God; from it, the discourses or teachings of the three Scriptures are revealed at different stages in history: "Every term has a book . . . and with Him is the essence of the Book" (13:38–39).

Since Muslims believe that the Quran's Arabic language and character are revealed (26:195; 41:44), all Muslims, regardless of their national language, memorize and recite the Quran in Arabic whether they fully understand it or not. Arabic is the sacred language of Islam because, in a very real sense, it is the language of God. In contrast to Judaism and Christianity, whose Scriptures were not only translated into Greek and Latin at an early date but also disseminated in vernacular languages, in Islam Arabic has remained the language of the Quran and of religious learning. Until modern times, the Quran was printed only in Arabic; it could not be translated in Muslim countries. Even now, translations are often accompanied by the Arabic text.

Since the Quran is God's book, the text of the Quran, like its author, is regarded as perfect, eternal, and unchangeable. This belief is the basis for the doctrine of the miracle of inimitability (*ijaz*) of the Quran, which asserts that the ideas, language, and style of the Quran cannot be reproduced. The Quran proclaims that even the combined efforts of human beings and jinns could not produce a comparable text (17:88). The Quran is regarded as the only miracle brought by the Prophet.

23

*Muhammad and the Quran*

Muslim tradition is replete with stories of those who converted to Islam on hearing its inimitable message and of those pagan poets who failed the Quranic challenge (10:37–38) to create verses comparable with those contained in the Quran. Indeed, throughout history, many Arab Christians have regarded it as the perfection of Arabic language and literature.

In addition to its place as a religious text, the Quran was central to the development of Arabic linguistics and provided the basis for the development of Arabic grammar, vocabulary, and syntax. As Philip K. Hitti observed:

> In length the Koran is no more than four-fifths that of the New Testament, but in use it far exceeds it. Not only is it the basis of the religion, the canon of ethical and moral life, but also the textbook in which the Moslem begins his study of language, science, theology, and jurisprudence. Its literary influence has been incalculable and enduring. The first prose book in Arabic, it set the style for future products. It kept the language uniform. So that whereas today a Moroccan uses a dialect different from that used by an Arabian or an Iraqi, all write in the same style.[7]

Today, crowds fill stadiums and auditoriums throughout the Islamic world for public Quran recitation contests. Chanting (*tajwid*) of the Quran is an art form. Reciters or chanters are held in as esteem comparable with that of opera stars in the West. Memorization of the entire Quran brings great prestige as well as merit. Recordings of the Quran are enjoyed for their aesthetic as well as their religious value.

*Revelation and Prophecy*

While sharing a belief in revelation and prophecy, Islam's doctrine of prophecy is broader than that of Judaism and Christianity. In addition to prophets (*nabi*), there are messengers (*rasul*) from God. Both are divinely inspired, sinless recipients of God's revelation. However, messengers are given a message for a community in book form and, unlike prophets, all prophets are not messengers. The word "prophet" is applied far more inclusively in Islam than in the Judaeo-Christian traditions. It is applied to Abraham, Noah, Joseph, and John the Baptist as well as nonbiblical prophets of Arabia like Hud and Salih. "Mes-

written down by his secretaries. The entire text of the Quran was finally collected in an official, authorized version during the rule of the third caliph, Uthman ibn Affan (reigned 644–56). The Quran was collected, not edited or organized thematically. This format has long proved frustrating to many non-Muslims who find the text disjointed or disorganized from their point of view, since the topic or theme often changes front one paragraph to the next. However, many Muslims believe that the ordering of the chapters and verses was itself divinely inspired. Moreover, this format enables a believer, however brief one's schedule, to simply open the text at random and start reciting at the beginning of any paragraph, since each bears a truth to be learned and remembered.

## Major Teachings of the Quran

While the Muslim sees but one divine source for the Quran, the nonbeliever will search out human sources and explanations. This is particularly true where parallels exist between Quranic and biblical stories. Christian and Jewish communities did exist in Arabia. Moreover, Muhammad's travels as a caravan trader brought him into contact with other People of the Book. He would have known and been aware of these forms of monotheism. However, determining the movement from social and mercantile contacts to religious influences and causal connections is difficult. Muslims offer a simple and direct solution. Similarities in revelation and practice are due to their common divine source; differences occur where Judaism and Christianity departed from their original revelation.

If there is a statement of the core doctrines of Islam, it occurs in the fourth chapter of the Quran:

O believers! believe in God and His Messenger and the Book He has sent down on His Messenger and the Book which He sent down before, Whoever disbelieves in God and His angels and His Books, and His messengers, and the Last Day, has surely gone astray into far error. (4:136)

### ALLAH

At the center and foundation of Islam is Allah, the God, whose name appears more than 2,500 times in the Quran. In a polytheistic, pagan society Muhammad declared the sole existence of Allah, the transcendent, all-powerful and all-knowing Creator, Sustainer, Ordainer, and

senger'' is limited to men like Abraham, Moses, Jesus, and Muhammad who are both prophets and messengers.

The Quran, like the Bible, is a history of prophecy and God's revelation but with fundamental differences. Muslims trace their heritage back to Abraham, or Ibrahim. Thus, Jews, Christians, and Muslims are not only ''People of the Book,'' but also Children of Abraham. However, they belong to different branches of the same family. While Jews and Christians are descendants of Abraham and his wife Sarah through their son Isaac, Muslims trace their lineage back to Ismail, Abraham's first-born son by his Egyptian bondswoman, Hagar. Islamic tradition teaches that Abraham, pressured by Sarah who feared that Ismail, as first born, would overshadow Isaac, took Hagar and Ismail to the vicinity of Mecca, where he left them on their own. Ismail became the progenitor of the Arabs in northern Arabia. When Abraham later returned, Ismail helped his father build the Kaba as the first shrine to the one true God. Muslim tradition also holds that it was here at the Kaba that Abraham was to sacrifice his son. In contrast to the biblical tradition (Genesis 22), Islam designates Ismail rather than Isaac as the intended victim, spared by divine intervention.

Islam's doctrine of revelation (wahy) also contrasts with that of modern biblical criticism. Both the form and the content, as well as the message and the actual words, of revelation are attributed to an external source, God. Muhammad is merely an instrument or a conduit. He is neither author nor editor of the Quran, but God's intermediary. Traditional teachings, emphasizing that the Prophet was illiterate, that he received the revelation from God through the angel Gabriel, and that even the order of the chapters of the Quran was revealed, may be seen as underscoring the belief that at every sense the Quran is the literal word of God with no input from Muhammad.

In Islam, God does not reveal Himself but rather His will or guidance. Revelation occurs through the direct inspiration of prophets or through angelic intercession:

God speaks to no human except through revelation wahy or from behind a veil or He sends a messenger [angel] and reveals whatever he wills . . . a straight path, the path of God. (42:51–53)

The Quran was initially preserved in oral and written form during the lifetime of the Prophet. Portions of the revelation were committed to memory by companions of the Prophet as they were received, or were

# EXHIBIT C

content


```
From:        Susan Wilkins   Monday, October 27, 2014 10:32:08 AM
Subject:     Re(2): Source for Islam Unit
To:          Jonathan Bassett
```

Thanks for the quick response.

Jonathan Bassett writes:
Susan Wilkins writes:
Hi Jon,

Our 9th grade team is discussing resources for the Islam unit.  We have two
questions for you:

1. Can we use an excerpt from The Straight Path by John Esposito?
2. Can we use quotes from the Qur'an that students are asked to put into their own
words; they've been retyped by members of the department but are not sourced.

Thanks,

Susan Wilkins

Yes on both counts.

Best,

Jonathan Bassett
History & Social Sciences Department Chair
Room 359
Newton North High School

Newton Teacher Residency Program Director
http://www.newtonteacherresidency.org


Susan Wilkins
History and Social Sciences Department
Newton North High School-Office 358J
Susan_Wilkins@newton.k12.ma.us

# EXHIBIT D





🏷 Posted in **Press Releases**.

## Action Alert: Confront Anti-Israel Propaganda on the MBTA

*November 6, 2013*



An ad campaign aimed at delegitimizing Israel – and dismissing any Jewish claims to any part of the land of Israel – is plastered on MBTA subways and subway stations throughout Boston.

The $40,000 campaign, funded by the Committee for Peace in Israel and Palestine, features more than 80 posters on Boston's transit system. While the posters have generated numerous complaints from the public, the transit authority announced late last week they would restore the ads.

The hurtful and erroneous campaign will not help to create peace between Israelis and Palestinians. To the contrary, the continued display of the ads will only perpetuate a one-sided narrative that appears to delegitimize any Jewish claim to the land of Israel, an argument most often made by Hamas leaders in Gaza and their brethren in Tehran.

Make sure our leaders know that anti-Israel de-legitimization hurts peace.

**Take action!**

Show the MBTA and our friends and neighbors what thousands of us already know – that these ads distort the truth and are doing harm to the efforts of those who yearn for peace:

1. **Write** Richard Davey, general manager of the MBTA and Joe Pesaturo, director of communications for the MBTA. Tell them that you're offended and hurt by the campaign.

2. Use **social media** and **email**to spread the word. Tell your friends why these ads distort the facts and create obstacles to the negotiated two-state that Israel is seeking.Login to Facebook and post: De-legitimizing Israel will never bring peace. Tell our elected officials and the MBTA that this anti-Israel hate campaign prolongs conflict, bitterness and division between people. See why the ADL called these billboards "deliberately misleading and biased."Login on Twitter to post:•   No to hate on the #MBTA – de-legitimizing #Israel will only increase division and harm peace. http://bit.ly/1feUY9w•   Deliberately misleading people on the #MBTA won't lead to peace in the Middle East. http://bit.ly/1feUY9w   •   #Boston's transit system is no place for hate. http://bit.ly/1feUY9w

Tell your friends to forward this message and make sure they know you won't accept anti-Israel propaganda on the MBTA.

> 3. Encourage your friends to learn the truth about the history of Jewish presence in our homeland. Find excellent resources here. Invite them to sign up for monthly newsletters and alerts from CJP Israel Advocacy.



🏷 Posted in **Press Releases**.

---

< Previous Post

Next Post >

---

## If you are a journalist, contact us below, or call 617-406-6338.

MEDIA INQUIRIES

---

## News Archives

| Select Month ▼ |
| --- |

---

[ MORE PRESS RELEASES ]

---

MORE PRESS RELEASES

---

ADL NATIONAL    ADL REGIONAL OFFICES    PRIVACY POLICY

DONATE

---

📍 **Find Your Local ADL**



BLOG

CAREERS

CONTACT

PRIVACY POLICY

©2019 Anti-Defamation League. All rights reserved.

# EXHIBIT E

# DESTROYING THE TWO-STATE SOLUTION

# JULY 2005



**Pre-1948**
**100% of Historic Palestine**

**1947 UN Partition Plan**
**48% of Historic Palestine**

**1967 De Facto Line**
**22% of Historic Palestine**

**Settlements, Wall, and Jordan Valley**
**12% of Historic Palestine**

Proposed Arab State

Proposed Jewish State

1947 UN Partition Plan lines

West Bank and Gaza Strip

State of Israel

1967 de facto Line

Areas Remaining for a Palestinian State

State of Israel

Wall Route

Settlement Blocs/ Israeli controlled areas in the West Bank

Map : © NAD-NSU

These maps are for illustrative purposes only. Boundary representations are not authoritative.

# EXHIBIT F



Borders 1900-2000

Land Ownership (1945)



UNSCOP's Majority
Proposal, 1947
Jewish State
Arab State
Permenent Trusteeship
25 Miles
LEBANON
SYRIA
Haifa
Nazareth
Mediterranean
Sea
Nablus
Tel-Aviv
Jaffa
TRANSJORDAN
Jerusalem
Dead
Sea
Beersheba
EGYPT
Aqaba

Borders (1947)

Borders (1949)



MEDITERRANEAN
SEA

The territory of the Jewish state
as proposed by the United
Nations in November 1947

Territory beyond the United Nations
line conquered by Israel, 1948–49

The frontiers of the state of Israel
according to the armistice agreements
of 1949, signed between Israel and
Egypt (January 24), Israel and Lebanon
(March 23), Israel and Transjordan
(April 3), and Israel and Syria (July 20)

EGYPT

NEUTRAL ZONE

El 'Auja

El Arish

Nirim

Beersheba

Rafah
Khan Yunis

Gaza

Ashdod

Hebron

Jerusalem
Jericho
Ramallah
Ramla

Jaffa
Tel Aviv

Nablus
Tulkarm

Natanya

Jenin

Nazareth
Tiberius
Salad

Haifa
Acre

Sea of
Galilee

SYRIA

LEBANON

Amman

TRANSJORDAN

DEAD
SEA

Jordan    River

SAUDI
ARABIA

Aqaba
Eilat

Gulf of Aqaba

Miles
0   10   20   30

Separation Barrier (2008)



Jerusalem (1967)



Jerusalem (2003)





Population Distribution (1945)

Refugees (1948)



Refugees (2000)



Population Centers in the West Bank (2000)



Al-Khalil
(Hebron)

Bethlehem

Jericho

Jerusalem

Ramallah

Salfit

Nablus

Qalqilya

Tubas

Tulkarem

Jenin

Palestinian District Capitals
City sizes according to
number of inhabitants

> 50.000

50 - 100.000

100 - 200.000

> 200.000

Currently Walled-in
Palestinian Areas

WATER SUPPLIES
ISRAEL
Two-thirds from Jordan River and tributaries
One-third from aquifers
JORDAN
Two-thirds from Yarmuk River and tributaries
One-third from aquifers
ISRAELI-OCCUPIED TERRITORIES
Mostly from aquifers
JEWISH WEST BANK SETTLEMENTS
Settlements founded before Begin era
Settlements founded during and after Begin era
Rivers
Pipelines
Pumping stations
Desalting plant
Roads
Rain-fed (renewable) aquifers
Deep aquifers
0
20
Miles
Beirut
Awali River
Damascus
LEBANON
SYRIA
Tyre
Litani River
GOLAN HEIGHTS
Jordan River
Haifa
Sea of Gallilee
Yarmuk River
Afula
Jordan River
National water carrier
Jenin
WEST BANK
Netanya
Nablus
Tulkarm
Zarqa River
Damia Bridge
Mediterranean Sea
Tel Aviv-Jaffa
Yarkon R.
Ariel
Allenby Bridge
Amman
Ramle
Ramallah
Ashdod
Jericho
Kutayfa
Jerusalem
Bethlehem
JORDAN
Kfar Etzion
Gaza
Dead Sea
GAZA STRIP
Hebron
ISRAEL
EGYPT
SINAI
NEGEV

Water Resources (2000)

Vulnerability to Groundwater Pollution (2005)



Settlements (2005)



Settlements (1967-2008)



# EXHIBIT G



COMMITTEE FOR ACCURACY IN MIDDLE EAST REPORTING IN AMERICA

# ANTI-ISRAEL INDOCTRINATION CONTINUES IN NEWTON PUBLIC HIGH SCHOOL

BY: STEVEN STOTSKY  /  NOVEMBER 26, 2018



SHARES

## Introduction

In late September 2018, David Fleishman, Superintendent of Public Schools in Newton, Massachusetts, sent an email to every school parent offering reassurance that complaints about anti-Israel bias in the high school history curriculum were without merit. But even as Fleishman sought to quash the seven-year-long controversy over how Israel was portrayed in the 10th grade World History course, one Newton teacher was busily intensifying the bias in another course.

In 2017, David Bedar, an outspoken history teacher at Newton North High School, devised a senior elective entitled "Middle East, Asia and Latin America" (MEALA), which included a unit on "The Israeli-Palestinian conflict." The course presents competing Palestinian and Zionist accounts of the history of the conflict. However, the Zionist version contains errors and deficiencies that render it less persuasive than the Palestinian account:

- The *Arab-Israeli* conflict is misleadingly reframed as the *Israeli-Palestinian* conflict

- The religious basis of Muslim opposition to the Jewish state is dismissed[1]

- The Jewish link to the land is obscured while Palestinian claims are advanced

- Aggression against the Jewish state, through military force, terrorism and a well-funded worldwide propaganda campaign is brushed aside

In response to a Freedom of Information Act (FOIA) submission to the Newton Public School system by Americans For Peace and Tolerance (APT) requesting all Israel-related materials *in use*, including in the MEALA course,[2] officials provided a Power Point presentation, outline notes, instructional plans, email communications among faculty and administration and accompanying materials. The Power Point presentation with some accompanying information is reviewed here.

Privacy - Terms

# I. Reframing the Arab-Israeli Conflict as the Israeli-Palestinian Conflict

A serious flaw in Bedar's course is its reducing of the Arab war against Israel to the narrower focus of the *Israeli-Palestinian* struggle. With Palestinian opposition to Israel divorced from broader Arab and Muslim rejection of the Jewish state, the conflict is reframed, undermining students' ability to gain a full perspective of the century-old conflict. It confers upon the Palestinians the status of underdog and victim.  As author Joshua Muravchik has noted, the image of Israel has been transformed from David to Goliath, and the Palestinians are now portrayed in the role of David. This reversal has long been a central component of the Arab propaganda campaign against Israel.[3]

The impact can be more readily understood by considering two maps.



The first depicts the entire Middle East and North Africa, revealing the vast expanse controlled by 21 Arab states, a land area 600 times larger than Israel, with a population 50 times larger. All these states opposed Israel's emergence and waged war against Israel. In the middle of this map, barely visible, is Israel. In the MEALA Power Point overview, there are 31 maps but not a single one illuminates Israel's meager size in relation to its neighbors.

The second map zooms in on the tiny Jewish state. The 21 Arab states are no longer in view and only Israel, the West Bank and the Gaza Strip remain. Within this frame of reference, Israel looms large, while the Arabs, now consisting only of the Palestinians, appear small. David and Goliath have switched places. Variations on this map are found two dozen times in the MEALA presentation.

The course fails to convey the tenuous position of a tiny, lone Jewish state struggling to survive within a vast Arab realm and an even greater Muslim world community that rejects Israel's right to exist and strives to isolate it.

The course leaves out fundamental issues regarding the conflict. For example:

1. The Arab military and propaganda war on Israel was abetted by the Soviet Union, aligned with oil-producing Arab stat[...] had a strangle-hold on much of the oil-purchasing world. Anti-Semitic, anti-Zionist messages saturate campaigns to bo[...] criminalize the Jewish state.



2.  Throughout the Middle East, non-Arab and non-Muslim minorities, including Jews, Christians, Kurds, Berbers and Yazidis have faced persecution from the majority Arab-Muslim nations.[4] The course does not consider how this regional environment affects Israelis' sense of security and guides their government's policies.

3.  Israel's creation provoked the persecution of hundreds of thousands of Jews in ancient communities in Arab lands, triggering their flight to Israel, while the Arab war on Israel induced Arabs to flee Israel. Yet the Palestinians alone are cast as victims and only their "right of return" is treated as a political and moral issue. The MEALA course ignores the confiscation of Jewish property and persecution that forced Jews to flee.[5]

4.  The post-World War II period witnessed massive population transfers – 16 million Germans in Eastern Europe and the exchange of 14 million Muslims and Hindus in newly independent India and Pakistan. These events caused hardship, but were necessary for establishing lasting peace in the respective regions. The course does not examine whether Arab refusal to consider a similar transfer blocked resolution to the problem of the Palestine Mandate.

5.  While Israel absorbed over a half-million Jewish refugees, Arab states have kept Palestinian refugees in camps. The course does not examine why Arab states refuse to absorb Palestinian refugees as Israel did Jewish refugees – and as nations everywhere have done with many populations.

6.  Arab nations possess five million square miles of mostly sparsely inhabited territory. The course does not discuss why these nations refuse to consider setting aside a parcel of land for the Palestinians to resolve the land dispute.[6]

# II. Dismissing the Religious Component of the Conflict

One of the first slides, entitled *Defining the conflict*, asks:

"Religious battle?" and answers "No. A political struggle over competing national aspirations."

With that curt dismissal, the teacher removes from discussion a major cause of the conflict and reduces it to a "dispute over real estate,"[7] as one text source used in the course describes it.

Denial of the religious basis of the conflict is a widely held view among Newton history teachers, although ruling out this dimension of the conflict contradicts historical scholarship. Much of the Muslim world itself speaks clearly on the point, holding the land of Israel as rightfully belonging to Islam and denying Jews a right to sovereignty. Emails obtained through the FOIA request show Newton teachers scoffing at the notion that religion played an important role in the conflict. For example, a history teacher at Newton South High School ridiculed a critic for "fram[ing] this conflict in terms of a holy war." The teacher added, "but we can't allow this mistruth to be taught in our classrooms."

The same teacher praised former Palestine National Council member Edward Said as "an incredible thinker and historian." In fact, Said was *not* a historian, although his views have gained significant following among anti-Western and anti-Israel academics.

The teacher's comments reflect an overestimation of his knowledge and unfamiliarity with such distinguished East historians as Nadav Safran, Bernard Lewis, Efraim Karsh, Barry Rubin and Fouad Ajami, who shed light on religion's role in the conflict. Benny Morris's book, *1948*, makes the case that the war was an Islamic holy war.

Privacy · Terms



Screenshot from video on Palwatch.org: PA Mufti calls for violence against Jews.

But more importantly, this denial of religion's role reflects unfamiliarity with what the Arabs, themselves, say about the conflict. For over a century, religious dogma, especially the call to participate in a Muslim war (*jihad*), has been used to instigate violence against Jews and justify acts of terrorism, including suicide bombings.

By excluding the important role of religion as a recruiting tool for a *jihad* against the Jewish state, the course material prevents students from understanding current events and issues in the Middle East.

Excluded from the course materials are:

1.   Calls for jihad in defense of Muslim holy sites. Students should know that the bogus charge that Israel seeks to take over Al Aqsa mosque on Jerusalem's Temple Mount ignited violence in the 1920s, the Second Intifada in 2000 and continues to spark violence to this day.[8]

2.   Institutionalized anti-Semitic rhetoric — vilification of Jews as inherently evil. Students should view the frequent hate-filled exhortations by Palestinian officials and imams available on-line from MEMRI and Palestinian Media Watch and found in Palestinian schoolbooks and children's television.[9]

3.   References to charges that Jews are trying to "Judaize" areas that "belong" to the *Islamic Trust*. The religious notion of an Islamic Trust underpins Palestinian rejection of Jewish sovereignty on any part of the land.

4.   Attempts to politically erase Jewish connection to its religious sites in Israel through resolutions in UNESCO.[10] Also Palestinian and Muslim leaders try to prevent freedom of worship at joint holy sites, for example, the Tomb of Joseph, Rachel's Tomb, Tomb of the Patriarchs.[11]

5.   Attempts by the Waqf (religious leadership of the Muslim shrines atop the Temple Mount) to erase non-Muslim artifacts from Jerusalem's Temple Mount.

# III. Diminishing the Historic Jewish Connection to the Land

Conforming to the Palestinian narrative's erasure of the Jewish religious and historical connection to the land, the MEALA course slide presentation also diminishes this connection while emphasizing and embellishing Arab historic ties with the land.

The unit selects as it starting point for weighing Jewish and Arab claims to the land late 19th century Palestine, a point at which the Jewish population was at a historic nadir and the Arab population far outnumbered it.

1.   The Arab inhabitants are defined as "indigenous." This implies that the demographic picture at a deliberately chosen point in time determines who is native to the land and ignores archaeological evidence of prior Jewish connection.

2.   The presentation offers no substantive information on the millennia-old and continuous Jewish presence in the land that explains Zionism's emergence. Students are not informed about the ancient Jewish kingdoms, nor do they learn of the subsequent return of the Jewish people from centuries of forced dispersal *twice* to restore sovereignty in their homela

3.   Stripped of its historical legacy, Zionism is treated as a newcomer, colonial movement with vague claims of an ancient connection to the land. The unit casts doubt on a Jewish historical presence in the West Bank (Judea and Samaria) by c

Privacy - Terms

the "emergence of a strong *mythic* movement" to settle the West Bank.

4.    In contrast, a slide titled, "Palestine was part of the Ottoman Empire," fabricates a historic Palestine linked to today's Palestinians. In reality, Palestine, as an entity, did not exist during the Ottoman Empire, and there has never been a nation state of Palestine.

5.    Nor is it conveyed that the Arabs themselves never considered *Palestinians* a separate people. Arabs maintained a pan-Arab identity that only shifted toward a Palestinian national identity in reaction to the Zionist movement.

The slide presentation, along with supporting texts, lend credence to the Palestinian argument that the land was unfairly apportioned in light of the Arab population advantage over the Jews in the late 19th century. Palestinian rejection of Israel is then justifiable due to this unfair apportionment.

- 14 slides include maps illustrating the territorial dispositions of Jews and Arabs.

- Six of these provide figures enumerating the Arab population advantage over the Jews, accompanied by text emphasizing that the Jews nevertheless got more land.

- Three maps show Palestinian populations in communities of pre-state Israel.

- One map identifies "razed" Palestinian villages.

- Several maps show Israeli territorial expansion and settlements after wars.

- One map shows the Palestinian refugees' flight.

In contrast,

- No map shows the populations of Jewish refugees from Arab lands.

- No map shows the total land area ruled by Arabs – with whom the Palestinians self-identify – and contrasts it with Israel's land area.

- A single slide mentions that 800,000 Jews arrived in Israel from the Arab states, but does not provide any information on their centuries-old communities and their expulsion.

In any discussion of the competing claims to the land, it is essential to provide students with a *full* accounting of changing population over many centuries:





Screenshots from video on Palwatch.org: Palestinian TV host tells children that Israel is "occupied" territory that will "return" to Palestinians.

Privacy - Terms

1. The Jewish populations in the ancient kingdom and during the revived Jewish nation-states numbered several million.

2. Prior to the Arab-Muslim conquest of the land in the 7th century AD the population exceeded 3 million.

3. Under Arab and Turkish rule in the centuries that followed, the population declined to barely over 100,000. It was in the context of this depopulation and neglect of the land that Arabs came to outnumber the few remaining Jews.

4. Many of the Arab inhabitants of modern Palestine arrived in the 19th and 20th centuries from Egypt, Algeria, Syria and Morocco; others came from the Caucasus and from Bosnia.

5. Sequential maps used in Newton courses falsely show the loss of supposed Arab land to Israel. In fact, Arabs never possessed most of this land. According to postwar British documents 14% of the land was Arab-owned, 8.6% was Jewish-owned.[12]

6. Most of the land was classified as "state-owned" under Ottoman rule. This classification carried over to the Mandate period. When Israel was established, those lands transferred to the new state.

# IV. Concealing or Distorting Elements of the Conflict

Along with the concealment of key elements of the historic account to bias student perceptions, the MEALA slides and supporting texts contain numerous errors and omissions regarding key elements in the conflict:

1. No mention is made of repeated Palestinian rejection of Israeli peace offers in 2000, 2008, and 2014. These offers fulfilled nearly all the parameters of the two-state solution, which the Palestinians claimed was a foremost goal.

2. A slide labeled "Right of Return" fails to inform that UN Resolution 194 was never in force because all the *Arab states voted against it.* They refused to agree to the requirement that the returning refugees must live at peace with the governing power (i.e. Israel).

3. A slide labeled "The Six-Day-War" starts with "Israeli *pre-emptive* strike?" implying that this is a matter of reasonable debate. The course's reading list includes a specious piece arguing that Israel planned the war to grab land.

4. Students are told that the wording of UNSC Resolution 242 to *not* require Israel to withdraw from all territory taken in the 1967 war is the "Israeli" point of view. In fact the wording reflected the view of the American and British authors of the resolution.[13]

5. Students are not informed that the Arab response to Israeli offers to make concessions for peace after the June 1967 war was what has been dubbed the "Three Nos": No negotiation, No recognition and No peace.

6. The Second Intifada in 2000 is portrayed as a reaction to Ariel Sharon's visit to the Temple Mount and not as a campaign of planned violence directed by Yasir Arafat after he walked away from the Camp David Peace proposals. This has been acknowledged by multiple Palestinian officials.[14]

7. Students are not informed of Palestinian refusal to accept Jewish sovereignty on *any* part of the land *and* Palestinian refusal to accept any consequences of the losing wars initiated by the Arabs.

8. Missing is Palestinian terrorism starting in the 1950s and culminating in several massacres of civilians and children by terrorists in the 1970s.

9. Jewish terrorism, however, is magnified despite the fact that the Jewish leadership and mainstream condemned such acts of violence, while Palestinians revere and celebrate terrorists. For example, the first time the word "terrorist" is used is in a slide titled *"Freedom Fighter or Terrorist?"* describing Jewish underground resistance in the 1940s. Another slide titled the *"S* includes a photo of the bombed-out King David hotel. No such sequence of slides exists for the many Arab terrorist at

killed and maimed thousands of Israelis. Nor are students informed that female terrorist Dalal Mugrabi, who participated in the Coastal Road massacre of Israeli civilian commuters, has been turned into a Palestinian national icon.

10.    Yasir Arafat and the PLO are introduced in the slide presentation *after* the Six-Day-War. The slide suggests that PLO activity against Israel was a response to Israel's capture of the West Bank and the aim was the reversal of Israel's presence there. In fact, the PLO was formed in 1964, prior to Israel's capture of the West Bank. Other course texts do indicate that the PLO's aim is to dismantle Israel. No mention is made of Arafat's extensive involvement with terrorism.

11.    A slide shows worldwide occurrences of suicide bombings without any labels to identify perpetrators or victims. This serves to conceal the identity of the perpetrators as Palestinians and the victims as Israelis.

12.    There is no discussion of the Soviet Union's role in launching a propaganda war against Israel or of the well-financed campaign by Arab oil producers, like Saudi Arabia, the Gulf States and Iraq, to promote decades of war and rejection of Israel.

13.    The inherent bigotry against Israel in the United Nations (UN) is not discussed. Such clarification is essential to students' understanding the relentless condemnation of Israel at the UN and in other international bodies.

14.    A slide entitled "Current Conflicts, Prospects for Peace" states: "Violent acts on *both sides* invite violent reprisals, continuing the cycle of violence." This sets up a false moral equivalence between Palestinian terror groups that target innocent Israeli civilians by launching rockets or infiltrating terrorists into Israel and Israeli defensive responses.

# Conclusion

The MEALA course fails to accurately convey the history of the Arab-Israeli conflict. Its omissions and factual errors serve the purpose of favoring the Palestinian narrative over the Zionist account. The course relies heavily on journalistic sources, some of which are prone to serious bias on the subject, including Al Jazeera, BBC, *The New York Times* and NPR.

The MEALA course's portrayal of the Israeli-Palestinian conflict reflects the distorted depiction of the conflict found in many college courses on the topic and educational workshops for teachers. This approach de-emphasizes the traditional role of a historian to discern and distill facts rather than simply to relay competing narratives.

The teacher who designed the MEALA course attended teacher-training workshops at Primary Source, an education organization promoting "global and cultural learning in schools" whose Middle East workshops are underwritten by the government of Qatar, a family-run Emirate that is a major disseminator of Islamist and anti-Israel media. This raises questions as to the quality and balance of information conveyed in the workshops.[15]

The flaws in the MEALA course at Newton North High School contradict the Superintendent's assurances to parents that controversial topics are handled properly to promote "critical thinking" and a "diversity' of views. In fact, this course is evidence of a stealth form of anti-Israel indoctrination.

# Endnotes

1.    The MEALA slide entitled, *I. Defining the Conflict*, states:
     "Religious Battle? No. A political struggle over land and competing national aspirations.
     *But strong religious ties do make it difficult to compromise over their claims to the land.*"
     As a rebuttal to this slide, see: Mordecai Kedar, "Arabs and Muslims Will Not Accept Israel as the Jewish State," BESA, Jan.18,2018. Article discusses the religious context of the conflict.

2. Per Ilya Feoktistuv of Americans For Peace and Tolerance. The FOIA request specified that it wanted copies of all materials "in use" in the MEALA course.

3. Joshua Muravchik, *Making David Into Goliath: How the World Turned Against Israel*, Encounter books, 2014

4. Efraim Karsh, *Islamic Imperialism*, Yale University Press, 2006

5. Jewish Virtual Library, "Fact Sheet: Jewish Refugees from Arab Countries"

6. Wikipedia: Arab World, 5,070,420 square miles, 423 million people.

7. James Gelvin, *The Israeli-Palestinian conflict: One Hundred Years of War*, Cambridge University Press, 2007. Gelvin, a UCLA professor, openly advocates for the BDS movement.

8. Ricki Hollander, CAMERA, "The Battle Over Jerusalem and the Temple Mount," July 24, 2017

9. *Haaretz*, "New Palestinian Textbooks Indoctrinate for Death and Martyrdom," Sept. 24, 2018

10. *Times of Israel*, "On Independence Day, UNESCO okays resolution denying Israeli claims to Jerusalem," May 2, 2017

11. Ricki Hollander, CAMERA, "The Battle Over Jerusalem and the Temple Mount," July 24, 2017

12. Alex Safian, CAMERA, "Deconstructing Israeli Apartheid," March 1, 2012  (analyzes abandoned Arab land in Israel, post-1948)

13. CAMERA, "Security Council Resolution 242 According to its Drafters," Jan. 15, 2007

14. Alex Safian, CAMERA, "Maligning Sharon," Jan. 15, 2006

15. The web page for Primary Source's Middle East on-line workshops include the statement:
"Special thanks to Qatar Foundation International, which provided the seed funding and support to develop and launch this podcast."

*To print a copy of this article, click on the PDF file.*

© CAMERA • 2019 • ALL RIGHTS RESERVED

# EXHIBIT H

12 MEALA                                  Name: _____
Bedar

## <u>Research Project: the Israeli-Palestinian Conflict</u>

<u>Directions</u>:
Earlier this year, we examined the roots of the Israeli-Palestinian conflict during
the British Mandate period up to the creation of the state of Israel in 1948.
Recently we've told the story of Israel's relations with both their Arab neighbor
states and the Palestinians from 1948-2000.  For our last exploration of this topic,
we're going to delve into recent events and examine the thorniest issues in the
conflict.

Days 1 & 2:
- Work with your assigned groups to research your assigned topics,
  talking through your findings and taking notes.  Make sure that you
  know your material very well, because you're going to need to teach it
  to your classmates. Become experts.
- Use the sources I've provided below, and conduct additional research
  using the approved news sites as well.  You must print out a visual
  aid(s) that will help you in your part of the "jigsaw" discussion.

Day 3:
- Jigsaw discussion.  One member of each group will serve as group
  representative and "teach" the essential information to members of the
  other groups.

Day 4:
- U.N. General Assembly discussion seminar. In your first written
  assignment, you were asked to develop a solution to the conflict in
  Palestine as of the year 1947.  Now, we're going to revisit that question
  using our deeper understanding of the more recent history and current
  events.  Should we have a one or two state solution?  How should each of
  the six issues be addressed?

Groups:
<u>Group 1:</u> Status of Jerusalem and "Right of Return"
- "Jerusalem Must Be Capital of Both Israel and Palestine" (UN News
  Center)
- Jerusalem's Temple Mount/ Haram al-Sharif explained
- Palestinian "Right of Return"

*Group 2:* The Gaza Strip, Hamas, and Hezbollah
- Profile: Gaza Strip (BBC)
- Hamas (Council on Foreign Relations)
- Gaza-Israel conflict: Is the fighting over?
- Timeline: Israel, Gaza, and Hamas
- Hezbollah (Council on Foreign Relations)
- tunnels
-

*Group 3:* The West Bank, Settlements, and the Wall
- Settlements
  - Seven Things to Know About Israeli Settlements
- Barrier wall vs. Green Line
  - Israel's Barrier:
    - Life Along Israel's Barrier
    - "In the West Bank, Barriers Don't Necessarily Make Good Neighbors"
    - "A Decade in the Making, West Bank Barrier Is Nearly Complete"
- Protest strategy
  - "Palestinians Test Out Gandhi-Style Protest"

*Group 4:* Attempted Peace Plans
- Timeline: History of Middle East Peace talks
  Israeli-Palestinian Peace Process Chronology

*Group 5:* U.S. Relationship With Israel (changing policy under Obama & Trump)
- Congressional Research Service: U.S. Foreign Aid to Israel
- "Is Israel Abandoning a Two-State Solution"?
- "David Friedman, Choice for Envoy to Israel, Is Hostile to Two-State Efforts"

**Additional Sources to Explore:**
- PBS
- BBC
- CNN Student News
- *New York Times*
- *Time magazine*
- *Economist*
- *Newsweek*
- *New Yorker*
- *New York Times Learning Network*
- *Newsweek*
- *Wall Street Journal*

- *Foreign Affairs*
- *Foreign Policy Magazine*
- *The Atlantic Monthly*
- *NPR*
- *Al-Monitor:* compares newspapers from around the Middle East

Overview of Two-State Solution
http://www.nytimes.com/2016/12/29/world/middleeast/israel-palestinians-two-state-solution.html?rref=collection%2Ftimestopic%2FPalestinian%20Authority

Overview of One-State Solution:
http://www.latimes.com/world/la-fg-palestinian-one-state-2016-story.html



http://topics.nytimes.com/top/news/international/countriesandterritories/ga
za_strip/index.html Times Topics: Israel

http://topics.nytimes.com/topics/news/international/countriesandterritories/i
srael/index.html Times Topics: Palestinians

http://topics.nytimes.com/top/reference/timestopics/subjects/p/palestinians
/index.html "Crisis Guide: The Israeli-Palestinian Conflict" (Council on Foreign
Relations)

http://www.cfr.org/publication/13850/ "Palestine, Israel and the Arab-Israeli
Conflict: A Primer" (Middle East Rese

# EXHIBIT I

   

ome / Education / Response To Common Inaccuracy: Bi-National...

 ISRAEL ADVOCACY & EDUCATION

# Response To Common Inaccuracy: Bi-National/One-State Solution

**Inaccuracy: The concept of a two-state solution for the Israeli-Palestinian conflict is not feasible and is outdated. Instead, there should be one state, a "bi-national" state that would be comprised of Israel and the West Bank and Gaza Strip that would protect the respective Jewish/Israeli and Palestinian identities and interests of its citizens.**

**Response**

The proposal of a bi-national state, or a "one-state solution," is nothing less than an indirect attempt to bring about an end to the State of Israel as the national homeland of the Jewish people.

The State of Israel was established out of the nationalist aspirations of the Jewish people and an international recognition of the rights of Jews to a homeland following millennia of persecution. While a Jewish state, Israel's founding principles guarantee equal treatment and protection for all its citizens' – regardless of religion, ethnicity or color.

A bi-national state, in principle and in practice, would mean the ideological end of the Jewish State of Israel and lead to the forsaking of Jewish nationalism and identity, along with its special status as a refuge for Jews fleeing persecution.

Furthermore, bi-nationalism is unworkable given current realities and historic animosities. With historically high birth rates among the Palestinians, and a possible influx of Palestinian refugees and their descendants now living around the world, Jews would quickly be a minority within a bi-national state, thus likely ending any semblance of equal representation and protections. In this situation, the Jewish population would be increasingly politically – and potentially physically – vulnerable.

It is unrealistic and unacceptable to expect the State of Israel to voluntarily subvert its own sovereign existence and nationalist identity and become a vulnerable minority within what was once its own territory.

Moreover, as Israeli analyst Yossi Klein-Halevi has argued, "the notion that Palestinians and Jews, who can't even negotiate a two-state solution, could coexist in one happy state is so ludicrous that only the naive or the malicious would fall for it."

Within certain intellectual circles the call for a bi-national Israeli-Palestinian state has gained traction. While couching their arguments in terms of egalitarianism and justice, proponents of a bi-national state are predominantly harsh critics of Israel, and use this proposal as a vehicle to further their advocacy against an independent Jewish state.

Some nationalist Israelis also call for a "one-state solution" whereby Israel would annex the West Bank and Gaza Strip and create one state incorporating this entire territory. Such a concept is equally unacceptable as Israel would then have to sacrifice its status as both a Jewish and democratic state. Were Israel to absorb these territories and make the residents of the West Bank and Gaza Strip full citizens of Israel, demographic realities would lead to the effective end of a Jewish State of Israel. Should Israel annex these territories

yet deny the non-Jewish residents full citizenship, Israel would no longer be a democratic state. Either choice is inimical to Israel's founding ideology.

Any just solution to the Israeli-Palestinian conflict should be based on two states, living side by side in peace and security.

🏷 ISRAEL ADVOCACY & EDUCATION

**RELATED TO THIS RESOURCE**

⚠ ACTION GUIDES

**Israel: A Guide for Activists**

🏷 ANTI-ISRAEL ACTIVITY & BDS    ISRAEL ADVOCACY & EDUCATION

**YOU MIGHT ALSO LIKE...**

📑 REPORTS

**The Gaza March of Return: What You Need to Know**

What is the "March of Return" campaign in Gaza?

🏷 DOMESTIC ISRAELI ISSUES    ISRAEL ADVOCACY & EDUCATION

Aa GLOSSARY TERMS

**Israel's Conflicts in Gaza – 2008/2012/2014**

Since Hamas forcibly took over Gaza from the Palestinian Authority in 2007, the terrorist organization has repeatedly attacked Israeli cities and towns.

🏷 ISRAEL ADVOCACY & EDUCATION

Aa  GLOSSARY TERMS

## Israel-Lebanon Wars

There have been two major wars between Israel and Lebanon in 1982 and 2006.

 ISRAEL ADVOCACY & EDUCATION

DONATE

 **Find Your Local ADL**

© 2019 Anti-Defamation League. All rights reserved.

# EXHIBIT J



# Working Definition of Antisemitism



In the spirit of the Stockholm Declaration that states: "With humanity still scarred by …antisemitism and xenophobia the international community shares a solemn responsibility to fight those evils" the committee on Antisemitism and Holocaust Denial called the IHRA Plenary in Budapest 2015 to adopt the following working definition of antisemitism.

On 26 May 2016, the Plenary in Bucharest decided to:

> **Adopt the following non-legally binding working definition of antisemitism:**
>
> **"Antisemitism is a certain perception of Jews, which may be expressed as hatred toward Jews. Rhetorical and physical manifestations of antisemitism are directed toward Jewish or non-Jewish individuals and/or their property, toward Jewish community institutions and religious facilities."**

To guide IHRA in its work, the following examples may serve as illustrations:

Manifestations might include the targeting of the state of Israel, conceived as a Jewish collectivity. However, criticism of Israel similar to that leveled against any other country cannot be regarded as antisemitic. Antisemitism frequently charges Jews with conspiring to harm humanity, and it is often used to blame Jews for "why things go wrong." It is expressed in speech, writing, visual forms and action, and employs sinister stereotypes and negative character traits.

Contemporary examples of antisemitism in public life, the media, schools, the workplace, and in the religious sphere could, taking into account the overall context, include, but are not limited to:

- Calling for, aiding, or justifying the killing or harming of Jews in the name of a radical ideology or an extremist view of religion.

- Making mendacious, dehumanizing, demonizing, or stereotypical allegations about Jews as such or the power of Jews as collective — such as, especially but not exclusively, the myth about a world Jewish conspiracy or of Jews controlling the media, economy, government or other societal institutions.

- Accusing Jews as a people of being responsible for real or imagined wrongdoing committed by a single Jewish person or group, or even for acts committed by non-Jews.

- Denying the fact, scope, mechanisms (e.g. gas chambers) or intentionality of the genocide of the Jewish people at the hands of National Socialist Germany and its supporters and accomplices during World War II (the Holocaust).

- Accusing the Jews as a people, or Israel as a state, of inventing or exaggerating the Holocaust.

- Accusing Jewish citizens of being more loyal to Israel, or to the alleged priorities of Jews worldwide, than to the interests of their own nations.

- Denying the Jewish people their right to self-determination, e.g., by claiming that the existence of a State of Israel is a racist endeavor.

- Applying double standards by requiring of it a behavior not expected or demanded of any other democratic nation.

- U sing the symbols and images associated with classic antisemitism (e.g., claims of Jews killing Jesus or blood libel) to characterize Israel or Israelis.

- Drawing comparisons of contemporary Israeli policy to that of the Nazis.

- Holding Jews collectively responsible for actions of the state of Israel.

**Antisemitic acts** are criminal when they are so defined by law (for example, denial of the Holocaust or distribution of antisemitic materials in some countries).

**Criminal acts** are antisemitic when the targets of attacks, whether they are people or property –  such as buildings, schools, places of worship and cemeteries –  are selected because they are, or are perceived to be, Jewish or linked to Jews.

**Antisemitic discrimination** is the denial to Jews of opportunities or services available to others and is illegal in many countries.

Antisemitism and Holocaust Denial

   

# EXHIBIT K

# Chapter V

# Arabs and Zionists
# Struggle Over Palestine

# Introduction

The struggle between Palestinians and Zionists began in the 1890s, when the Ottoman empire controlled the Fertile Crescent, a region that encompassed Iraq and Syria and included Palestine. In this chapter we begin with the situation in Ottoman Palestine, and then describe the origins of modern Zionism. World War I gave control of Palestine to Great Britain, which allowed Zionist settlers there to create a "national home" much to the distress of the Arab residents. Unrest and rebellion in the interwar years impelled Britain to abandon Palestine after World War II. We then narrate the establishment in 1948 (during a war between Zionists and Arabs) of the state of Israel and the more than half a century of conflict that followed and still rages.

## Palestine's Land and People

Ottoman authorities, determined to prevent communal strife at Palestine's holy sites (sacred to Muslims, Jews, and Christians), placed portions of Palestine under the jurisdiction of the Ottoman interior ministry in Istanbul, while the Nablus and Acre districts came under the control of the governor of Beirut. The sultan and wealthy local families owned about one-third of the land on which Arab cultivators worked. Peasants also farmed collectively owned fields, allocated to them by village elders. In the mid-nineteenth-century reform period (see Reading 10) Ottoman rulers attempted to distribute land, but many peasants, fearing the burden of taxation that came with ownership, preferred to have land registered in the names of trusted local notables who could bargain with tax collectors. Much of this land eventually passed into the hands of the heirs of the old local notables, who hired landless day laborers or sharecroppers. Land grievances thus predated twentieth-century problems in Palestine.

Muslim and Christian Arabs made up 80 percent of the 738,000 inhabitants of prewar Palestine. About 85,000 Jews, mostly elderly, lived mainly in Jerusalem. There they kept alive the religious yearning, exemplified in many Jewish pious texts, that one day Jews living in the Diaspora outside of Palestine would return to Zion, the Holy Land, to await the arrival of the Messiah. This small community kept a presence at the city's Western or "Wailing" Wall, the remnant of the ancient biblical temple that the Romans destroyed in the first century C.E. They prayed there and lamented their dispersal. From Palestine they sent emissaries yearly throughout the Diaspora to collect funds to support the community and to pray with the Jews they met for their return to Zion.

After remaining stable for centuries, the population of Palestine increased by several thousand as Jews established new Zionist settlements there during the last decades of the nineteenth century. By contrast, over 90 percent of the Palestinian Arabs descended from families residing there for centuries and only about 8 percent arrived recently. Migration or death during World War I reduced the Jewish population by a quarter, the Muslims by 6 percent, and the Christians by 18 percent.

Having little connection to the older Jewish community in Palestine, modern Zionism arose in response to the upsurge of European anti-Semitism and had few roots in the Middle East. Its founder, Theodor Herzl (1860–1904), a Viennese journalist, became incensed when a powerful anti-Semitic political movement took power in his city. He also reacted strongly against government-sponsored anti-Jewish riots (pogroms) in eastern Europe and the French government's false accusation of a Jewish army officer, Alfred Dreyfus (1859–1935), of selling military secrets to the Germans. Herzl believed that for the protection from such persecution, European Jews had to migrate to a land of their own. In 1896 he published *The Jewish State* (see Reading 18a), and created the World Zionist Movement. After Herzl's early death, the British Zionist Chaim Weizmann (1874–1952) and others carried on Herzl's work. Palestinian Arabs and Muslim intellectuals followed this movement from its inception in the late nineteenth century and vocally opposed land sales to Zionists and Zionist settlements (see Readings 18b and c).

Modern Zionism arose in an age of nationalism, but it differed from other nationalist movements in that the Jewish Zionists wished to create a state where thousands of years earlier, Jews had ruled over a kingdom. Expelled by the Romans, the Jews lived scattered in a Diaspora where they possessed no territory to establish a Jewish nation. They therefore had to first locate and claim such territory and then build a state on it by the ingathering of Jewish people scattered throughout the world. All other nationalisms consolidated fragmented national territory and constructed states where the population already lived: the main task for them consisted of mobilizing national sentiment and consolidating small political units into a more or less unified central state, as Italy, Germany, and Japan had recently done.

Since the Jews could not follow this route, Herzl's *Jewish State* showed them an alternate path: first, to gain the backing of a great power, which would grant them sovereignty over a territorial base somewhere on earth. That power would then protect the fledgling community as it grew and developed. (As it turned out, Britain, and later the United States, provided the Zionists these services.) Secondly, they had to operate gradually. Since Jewish migrants would come from distant lands, to regions where they would meet hostile populations, they had to proceed slowly without revealing their long-range goal. Mainly they had to build the institutions of their settlements piece by piece, until their communities could leap into statehood.



Ottoman Palestine and Syria

## Great Britain, Zionism, and the Arabs

Herzl had tried unsuccessfully to convince the Ottoman sultan to allow Jewish immigrants to settle in Palestine and began seeking a Jewish homeland in South America or Africa. But the Zionist movement he founded refused to consider any alternative to Palestine. Before World War I many thousands of Zionist immigrants did reach Palestine, as we have mentioned. But when that war pitted Great Britain against the Ottoman empire, geopolitical considerations moved Zionist plans much closer to realization.

When Ottoman forces attacked the British stronghold at the Suez Canal from bases in Palestine, the London government realized Palestine's strategic importance and sought to retract an earlier promise to the French to allow them to include most of Palestine within a future Syrian state. Also, Britain's ally, czarist Russia, faring badly against the German assault, seemed on the verge of pulling out of the war. The British Foreign Office conceived of attempting to win backing from Russian Jews by promising them a "national home" in Palestine, hoping that they would use their influence to keep Russia fighting. That hope never materialized, since czarist Russia ceased to exist in 1917, when the Bolshevik revolutionaries triumphed and made a humiliating separate peace with the Germans—who eventually lost the war because of defeats elsewhere.

The British promise took the form of the November 2, 1917, letter from Foreign Secretary Arthur James Lord Balfour (1848–1930) to British Zionists assuring them that the government viewed "with favor the establishment in Palestine of a national home for the Jewish people" (Reading 19a). Britain did not consult Arab leaders about this momentous shift in policy, known as the Balfour Declaration. The Arabs remained skeptical of the phrase in that declaration saying "nothing shall be done which may prejudice the civil and religious rights of the existing non-Jewish communities," and did not accept British assurances that a "national home" would not become a Jewish state.

After the war, when the victors translated the Sykes-Picot agreement (Reading 13c) into League of Nations mandates, the Balfour Declaration became a formal part of Britain's Palestinian mandate. However, when the British quickly severed the desert area east of the Jordan River (Transjordan) from the Palestine mandate, they stipulated that the Balfour Declaration did not apply to Transjordan, which the British gave to one of the sons of the Sharif Husayn of Arabia.

Arabs categorically opposed the Balfour Declaration and British control of Palestine, but the Zionists welcomed both. Mandate regulations provided little opportunity for the Arab majority lawfully to protest or resist establishment of the Jewish home, or for the Zionists to transform that home into a nation, except by extralegal methods. Zionists and the Arabs eventually resorted to war against each other and against the British as well.

## Zionists and Palestinians Under British Authority

To Herzl's two strategic principles (great power backing and gradualism) another Zionist, David Ben-Gurion (1886–1973), provided a third requirement: that everyone coming into the new state-in-the-making had to learn and speak Hebrew, the national language. This requirement put everyone at the same disadvantage since they all, including religious scholars and rabbis, had to learn the living language, not only its liturgical form. Ben-Gurion also understood, following Herzl, that the new migrants also had to build institutions for statehood and social solidarity in order to succeed when the moment for creating the state arrived. A Polish Jew, Ben-Gurion migrated to Palestine in 1906 and rose to power in two of the major institutions Zionists created—the *Histadrut* Labor Federation and the Jewish Agency, responsible for bringing Jewish immigrants to Palestine. (In 1948 he became Israel's first prime minister.) A third agency, the Jewish National Fund (JNF), working closely with the other two, handled land purchases.

Arab opposition to Jewish settlement developed early. Prior to World War I and in the postwar mandate years, the land question became the main point of contention between Zionists and Arabs. Financed by Diaspora Jewry, the JNF bought up land in Palestine under regulations that provided that it would forever belong to the *yishuv*. Arabs saw Jewish land purchases as expropriation of territory rightfully theirs. Furthermore, wishing to depend only on Jewish labor, settlers ejected Arab rural workers, provoking strikes and accelerating Palestinian dispossession and proletarianization. As the Palestinian rural economy weakened in the 1920s, the *yishuv* acquired more land. After 1929 the JNF increasingly obtained fertile tracts from local Palestinian landowners who needed money to transform wheat fields into orchards. Yet the Zionists never controlled more than 8 percent of the total mandate territory—about 20 percent of its fertile land.

When Palestine's British-controlled administration took shape, initial Arab unwillingness to participate ensured the smaller Jewish community of disproportionate influence on how to spend tax revenues, the bulk of which came from the far more numerous Arabs. Palestinians received fewer jobs and less credit, agricultural aid, and welfare benefits. Economic hardship in the 1920s and '30s inflamed Arab resentment toward the British, the Zionists, and the Arab landlords who continued selling land. But class divisions and clan rivalries often inhibited the Palestinians from acting collectively on their grievances. Two leading Arab families of Jerusalem, the Nashashibis and the al-Husaynis, competed for dominance, and the British attempted to co-opt one prominent militant, Muhammad Amin al-Husayni (1895–1974), whom they appointed *mufti* (head religious official) of Palestine in 1921. Eventually al-Husayni enjoyed a large budget and wielded considerable power, but he never abandoned his pursuit of Palestinian goals.

Zionist Claims and the Palestinian Mandate

MANDATE OF PALESTINE
(League of Nations)

— Actual Mandate
- - - Total Zionist Claims

## Flare-ups and Revolt

In 1929 a flare-up took place when *yishuv* members attempted to bring chairs, benches, and screens (the latter to separate men and women worshippers) to Jerusalem's Western Wall. Arabs opposed this violation of established custom,

and deadly battles raged in Jerusalem and nearby towns. The British dealt with this and other incidents of unrest by cracking down, and by sending royal commissions to investigate. Reports of two of these commissions in 1929 and 1930 sought to remedy the underlying causes of the conflict, calling for an end to the eviction of Arab agriculturalists and a recognition of the limited "absorptive capacity" for further Jewish immigration to Palestine. Zionists rejected these recommendations and early in 1931 British Socialist prime minister Ramsay MacDonald (1866–1937) sided with them (see Reading 19c).

The 1937 Peel Commission report, issued in response to a major Arab revolt, recommended eventual partition of Palestine, with Zionists receiving enough territory to form a Jewish state after the termination of the mandate. (See Map p. 152) The Arabs repudiated the commission's conclusions (Reading 20b), while Zionists reluctantly agreed to them but hoped to increase the territory allotted them. In his account of the Arab revolt (Reading 20a), Ted Swedenburg shows that the insurgents mobilized poor urban dwellers and *fellahin* (peasants) around issues of social justice. Palestinians also attacked British pipelines that terminated at Haifa. Some Arab notables also joined the revolt, while others (especially the Nashashibi clan) collaborated with the British. Lacking weapons, its leaders killed early in the struggle, the movement went down to defeat in 1939 as Jewish militias joined British forces in crushing it. The British deported most Palestinian militants who had not died in the fighting. Some escaped, as did the *mufti* who spent much of World War II in Nazi Germany, where his radio broadcasts opposed the Allied efforts to defeat the Axis powers.

As war approached, the British, fearing further sabotage of Middle Eastern oil installations, issued another report—the 1939 White Paper (Reading 20c), which rejected partition and promised free elections and independence to Palestine after ten years. The British also imposed new restrictions on both Jewish immigration and Zionist land acquisition. Given the much larger Arab population, Palestinians would have dominated any unitary state. The Zionists, fearing this, demanded partition and greater immigration. Their determination greatly intensified as the Nazis murdered European Jews. They refused to countenance any other solution than unrestricted immigration and a Jewish state (see Reading 20d). They and the Palestinians who refused to wait another decade for independence) and other Arabs rejected the White Paper.

## Zionist Nation Building, War, and Statehood

Despite British attempts to limit Jewish immigration, Zionists circumvented barriers and smuggled thousands into Palestine. The *Histadrut* (General Federation of Jewish Workers) assisted this process in several ways: by founding settlements for the illegal immigrants, inculcating Zionist ideology and providing Hebrew instruction, managing cooperative enterprises, and directing a clandestine militia, *Haganah* (defense). The *Histadrut* did not admit Arab workers

to membership nor arrange for equal pay scales (although it did establish an Arab affiliate). One of the organization's most active members, Ben-Gurion, also founded the *Mapai* political party, the ancestor of the Labor coalition and the dominant Zionist political force.

Labor Zionists faced an opposition "Revisionist" movement led by Russian-born Vladimir Jabotinsky (1880–1940), who wanted to establish a Jewish state on both sides of the Jordan River (see Reading 19d). Although Jabotinsky never broke with Great Britain, some of his militant followers founded illegal militias, the *Irgun Zwai Leumi* (National Military Organization) and *Lehi* (acronym for Fighters for the Freedom of Israel, or the Stern Gang), which attacked Arab civilians and British troops and officials. After Israeli statehood the Revisionists became the *Herut* (freedom) movement, a component of the rightist *Likud* (unity) bloc. Two *Likud* leaders, former *Irgun* commander in chief Menachem Begin (1913–92) and Stern Gang member Yitzhak Shamir (1914–    ), became prime ministers of Israel.

World War II brought a measure of prosperity, and also repression and an uncertain future to Palestinian Arabs. Labor scarcity and the need for supplies in nearby battle zones raised prices for agricultural goods and wages so that poor Arabs could improve their material condition. Much wealth went into educational opportunities for Palestinian youth, transforming them into the most educated of all Arabs. The British prohibited political organizing during wartime and kept many Palestinians in exile. Those allowed back had to abide by a ban on politics. Soldiers and other law enforcement officers searched homes at will, confiscated evidence, and arrested and held Palestinians indefinitely. Harsh laws remained in effect even after the creation of Israel. Continuing divisions among Palestinians prevented agreement on common plans for the postwar struggles abroad and allowed neighboring Arab states (organized since 1945 in the Arab League) to represent Palestinian positions. Since many of the Arab regimes still had colonial overlords dictating security and economic policy, Palestinians often nurtured suspicions of their Arab neighbors' good intentions.

The immigration question moved to the forefront in wartime as British authorities attempted to placate the Arabs by limiting land sales and curtailing the influx of Jews. Would-be immigrants faced mortal danger if they remained in Nazi-dominated Europe, but as persecution of Jews increased, so did British and Arab opposition to the augmented immigration stream. Great Britain, Canada, and the United States refused to accept Jewish refugees, increasing the focus on Palestine. Anguish over the Nazi extermination of six million Jews swung global opinion behind the Zionist cause and away from Arab plight. Arabs could find no compelling reason why the world community believed that Jewish suffering had to be rectified at Palestinian expense, and they searched unsuccessfully for ways to present their situation to a mostly unsympathetic world. Palestinians remained quiescent during the war, retaining the illusory hope for their own state once hostilities ended.

Jews worldwide backed Great Britain against Germany. About 30,000 Palestinian Jews fought in British wartime units, receiving valuable military experience and weapons, which they often retained. But some extreme Revisionists continued to attack the British despite the ongoing war. Although victorious, Great Britain emerged in 1945 weakened and unable to hold on to its empire. Besides withdrawing from India (see Reading 16), Britain turned the Palestine question over to the United Nations, the organization that replaced the League of Nations.

The UN Special Commission on Palestine issued two sharply differing sets of recommendations. The majority called for partition into Arab and Jewish states with Jerusalem as an international zone (see Map 2, p. 190). The minority supported a federated state with autonomous Jewish and Palestinian areas. The Arabs rejected both, while the Zionists accepted the majority plan. On November 29, 1947, the UN General Assembly approved this plan and Arab forces attacked almost immediately.

Some 30,000 Arab troops—ranging from the crack forces of Jordan's Arab Legion to volunteer irregulars from various Arab countries—faced 30,000 battle-seasoned Jewish fighters, augmented by 20,000 volunteer war veterans from the Diaspora. France and Czechoslovakia supplied the Jews with armaments. Indirect military aid came from Jordan's King Abdullah, who kept the Arab Legion out of major battles in exchange for control over the Jordan River's West Bank and Arab Jerusalem after the war. In wartime, Israel declared its statehood. Victory came to the Jews by 1949 because of better staff work, the efforts of skilled and dedicated fighters, and the *yishuv*'s near total mobilization and unity of purpose. The full horror of the Holocaust also stirred worldwide support for the Zionists' victory.

Although few outside of the Middle East paid attention to the wartime exodus of Palestinian refugees, their situation eventually became a matter of contention. The official Zionist explanation concludes that Arab leaders encouraged their people to flee so that they could return after the expected Zionist defeat and resume their lives in Arab Palestine. By this account the Israelis bore no responsibility for Arab refugees, who by leaving forfeited their homes and property. A sharply divergent Palestinian view (shared in part by a new wave of Israeli scholars) argues that Israeli forces drove many of the 700,000 or more Palestinian refugees out of their country. The April 1948 slaughter by *Irgun* militias, operating with the approval and cooperation of *Haganah*, of the Arab residents of Deir Yasin, a village west of Jerusalem, not only impelled many Palestinians to flee, it seemed intended to do just that. Similar events, or threats, had the same effect of emptying many other Palestinian villages and towns.

Most Palestinians who fled their homes registered as refugees with the UN and found substandard housing in the crowded camps of the West Bank, the Gaza Strip, or in Jordan, Lebanon, and Syria. The UN General Assembly at the end of 1948 passed Resolution #194 (see Reading 21b), which called for the return of the Palestinians to their homes. Those deciding not to go back.

the resolution added, should receive compensation for lost and damaged property. The problem remains unsettled.

Israel had a refugee problem of its own as displaced persons from Europe inundated the Jewish state. Zionists expected all or most Diaspora Jews to migrate to Israel, especially after the *Knesset* (Parliament) passed the 1950 Law of Return (Reading 21c), but this did not happen. Many Jews preferred living in North America or western Europe. The poorest, and most ideologically motivated, refugees, or those shut out of Western countries, moved to Israel. By 1951, 680,000 had arrived; most of them Ashkenazic Jews from Europe. Later Sephardic immigrants from North Africa and other Middle Eastern countries came in such large numbers that by 1961 they made up 45 percent of Israel's population. After the Israeli victory in the 1967 war even more Sephardic Jews flocked to Israel. Like Palestinian refugees, these Jewish migrants brought few possessions from their countries of origin. Those who arrived first took possession of Palestinian homes.

## More War, More Suffering

Israel's next war, in 1956, resulted from the invasion of Egypt by British, French, and Israeli armies bent on punishing that country's leader, Jamal Abd al-Nasser (1918–70) for nationalizing the Suez Canal and for presuming to seek regional and world leadership. Israel had some additional reasons—the closing of the straits leading to the Red Sea and Nasser's support for the Palestinians. The U.S. government, seizing an opportunity to diminish British and French influence in the Middle East, forced the invaders to withdraw, and Nasser emerged a hero of the Arab world.

Two major wars then followed. Disputes over Jordan River water inflamed Israeli-Syrian tensions, and the Syrians warned Nasser that they expected an Israeli attack. The Tel Aviv government confirmed these fears by announcing its intent to change the Syrian regime. When the Soviets signaled Israeli troop movements, Nasser, as the leader of the Arab world, felt that he had to act. After requesting the withdrawal of UN troops stationed in the Sinai, he closed the Straits of Tiran to Israeli shipping, thereby provoking an Israeli attack. This 1967 war ended with a resounding Israeli victory over Egypt and Arab states allied with it. As a result Israel occupied Gaza, former Jordanian territory on the West Bank, and Syria's Golan Heights. Several hundred thousand more Palestinians came under Israeli control.

Another war broke out in 1973 when President Anwar al-Sadat (1918–81) ordered Egyptian armies to attack Israel, believing that after a cease-fire he could negotiate peace. Taken by surprise, the Israelis seemed headed toward defeat, until a massive U.S. airlift forced Egyptian troops to retreat. Sadat's scenario resulted in a bilateral treaty (Camp David I, brokered by U.S. president Jimmy



The Israeli-Arab Armistice Lines, 1949

## The Palestine Liberation Organization

Although a variety of groups claim to speak on behalf of the Palestinians, the Palestine Liberation Organization (PLO) has led the struggle for four decades, imposing itself as the body with which Israel and the world must deal to achieve peace. Other states too have intervened in the Palestinian question—especially those Arab countries that fought in 1948 and whose populations insisted that leaders not forget the Palestinian cause. When in the 1950s Palestinian groups formed to liberate their own country, Arab leaders, fearful of provoking another war, moved to control and harness Palestinian militancy for their own strategic aims. The founding of the PLO in 1964 at a meeting in Cairo of the Arab League came at Nasser's initiative. He wanted to unify competing Palestinian factions and prevent the emergence of an independent and militant Palestinian organization. Other Arab leaders supported Nasser's approach.

The war in 1967 dramatically changed Middle Eastern political and social dynamics. Above all it brought all Arabs a sense of despair at their political and military impotence. The eloquent poem by Syrian poet Nizar Qabbani (1923-98) in Reading 22a captures this somber mood. Defeat discredited Arab secular regimes, who, dependent on repressive military force to control their own populations, could no longer presume to muzzle the PLO, whose importance grew along with its freedom to maneuver.

The Palestinians refashioned the PLO into an independent organization led by Yasir Arafat (1929– ), a Jerusalem-born Muslim civil engineer who had organized guerrilla fighters to defend Palestinian bases in Jordan. His organization, *al-Fatah* (the conquest), dominant within the PLO, made him PLO chairman. Combining military with diplomacy, the PLO in 1974 won UN recognition and gradually modified its goals from creating a secular state over all of mandate Palestine to seeking a state over a more limited territory from which Israel would presumably agree to withdraw after negotiations. By the 1980s Arafat had marshaled the PLO leadership to formally recognize Israel's right to co-exist with a future independent Palestinian state.

Israeli and U.S. political leaders wavered over Arafat's importance and legitimacy, sometimes inviting him to diplomatic summits, other times trying to disqualify him as the Palestinian interlocutor, even after Palestinians in 1996 overwhelmingly elected him president of the Legislative Council that governed the West Bank and Gaza. Islamic radicals in Palestine who owe primary allegiance to such organizations as *Hamas* (see Reading 24c) did not repudiate Arafat's leadership, nor do they follow it.

## Israeli Society, Finance, and Foreign Policy

After statehood, besides focusing on absorbing Jewish immigrants, Israel made every effort to obtain foreign aid from Diaspora Jewry, and from supportive states.

1937 Partition Plan

1967 Israeli Occupation

Carter (1924– ), which brought peace between Egypt and Israel but failed to resolve the Palestinian-Israeli conflict.

For another two decades Israel nurtured the illusion that this conflict would end by simply defining the Palestinians out of existence and by considering Jordan, with its large Palestinian population, as all the state the Palestinians needed. For years Israel refused to deal directly with Palestinians but only with Arab states, and the *Knesset* passed a law forbidding diplomatic contact with Palestinians. Even at the 1992 Madrid negotiations, Palestinians had to feign membership in a Jordanian diplomatic delegation to join in the talks. The Israelis also concluded that the 1967 war had extinguished all Palestinian claims to property or homes in the former mandate territory. The Palestinians realized that to regain attention they needed to build a fighting organization.

Beginning modestly: U.S. financial and military assistance dramatically increased after 1971, reaching several billion dollars yearly by the end of the decade. (When Egypt made peace with Israel in 1979, it too enjoyed similar American largesse.) The U.S. Congress, often more favorable to the Jewish state than the executive branch, also extended generosity to Israel by guaranteeing loans or forgiving its debts. German reparations payments to Israel for Jewish victims of Nazi tyranny amounted to nearly eleven billion dollars between 1954 and 1982, with projections that Germany would eventually disburse several tens of billions of dollars more by 2030. Some of this money became available for the purchase of industrial equipment and such infrastructural projects as schools and roads. Access to diverse funding sources permitted Israel's agricultural and industrial growth and contributed to its prominence in information technology development. Its per capita wealth rose from $12,400 yearly in 1992 to about $18,000 a decade later—levels significantly higher than its near neighbors. But Israel's dependence on external funding has produced chronic inflation and high taxes needed to pay for the country's military and its extensive social services.

The military emerged early as one of the most important of Israel's institutions. Except for Arabs, Orthodox Jews, and married women, young people must complete military service before they can find jobs or advance politically. Single Jewish women join for limited military service, thereby freeing men for combat. The state also allows Orthodox Jews to enroll in the armed forces without actually serving, giving them full citizenship privileges—a concession to the religious parties.

Military industry makes up a significant portion of the Israeli economy. After the 1973 war, when massive shipments of American arms averted an Israeli setback, Israel increasingly manufactured its own armaments while continuing imports from the United States. These industries employ about 25 percent of Israel's population, and the country has become a major arms exporter, selling billions of dollars of military equipment yearly. Israel also has a secret nuclear arsenal, whose formal existence the state denies.

Israel's distrust of its neighbors and the importance ascribed to military concerns extend back even before the state formed. Signals of Arab moderation have met deep suspicion as mere tactical moves or "traps" camouflaging hostile intent. Relentless military policy—immediate armed retaliation and aversion to risky diplomatic initiatives—have not brought peace.

Although Ben-Gurion rhetorically called for a Jewish-Arab alliance, Israel preferred relying on its ties to the United States, and forming alliances with countries flanking the Arab world—Ethiopia, Pahlavi Iran, and Turkey. During the Cold War Israel backed the West against the Soviet Union, and earned Washington's designation as a major strategic partner. Even after the coming to power of Ayatollah Ruholla Khomeini (1900–89), an avowed enemy of the Jewish state (see Reading 28b), Israel continued to supply arms to Iran. Only recently have Israeli policy makers reconsidered their alliances and made clear their opposition to Iran's Islamic Republic. Turkey remains one of Israel's closest allies.

## Peace with Egypt; War in Lebanon

An exception to Israel's anti-Arab "peripheral strategy" came in response to Egyptian president Sadat's 1977 peace initiative, which Israel's prime minister Menachem Begin welcomed. Both leaders, as we have mentioned, participated in negotiations hosted by President Jimmy Carter at Camp David, Maryland. After signing the peace agreement, Israel returned the Sinai Peninsula (captured in the 1973 war) to Egypt (after the occupiers had extracted most of its petroleum). The Likud government then claimed that Israel had no further obligations under UN Resolution 242 (see Reading #12) to return other captured land. The Camp David agreement made Egypt into a nonbelligerent state, which stood aside when Israel invaded Lebanon in 1978 and 1982. Sadat's subsequent assassination highlighted the deep opposition in the Muslim world to an agreement that ignored Palestinian claims and that facilitated Israel's ability to make war elsewhere.

Menachem Begin's government attacked Lebanon in 1982 to eliminate PLO commandos and their allies who could raid Israel from bases there. No such assaults had taken place for months when Begin ordered Defense Minister Ariel Sharon (1928– ) into action. The Israelis counted on the support of the rightwing Lebanese Phalange movement, composed largely of Maronite Christians. Acting with lightning speed after aerial bombardments, Israeli troops crossed into Lebanon and captured most of the country, including its capital in Beirut. There, under Israeli occupation, Phalange militias massacred Palestinian civilians at the Sabra and Shatila refugee camps, which horrified the world. Palestinians at the Sabra and Shatila refugee camps, which horrified the world. Palestinian combatants and their Lebanese allies suffered military defeat, forcing the PLO to withdraw from Lebanon and relocate to distant Tunisia. After dismissing Sharon because of the Sabra and Shatila atrocities, Begin resigned and retired from politics. Likud leader Yitzhak Shamir succeeded him.

## Intifada 1

After its defeat in Lebanon, the PLO faced several new situations: expulsion to North Africa; the end of the petroleum boom; reduced subsidies from oil-producing states; fewer jobs for Palestinians on the West Bank and Gaza in remittances, which sustained many Palestinians on the West Bank and Gaza. In addition, great power interest in encouraging negotiations between Israelis and Palestinians seemed to have waned. These changes threw Palestinian militants back on their own resources, and in late 1987 an uprising (intifada) began (see Reading 24b). Managed by local activists from Palestine's civil society and directed against continued Israeli occupation of the West Bank and Gaza, the intifada also received direction from PLO leaders in Tunisia. Together they hoped to demonstrate that military defeat could not quench Palestinian nationalism. Indeed, when the United States refused Arafat permission to attend a

special 1988 U.N. session on Palestine in New York City, the world body rescheduled the event for Geneva where the Palestinian chairman read a text (some of which U.S. State Department personnel had drafted) in which he recognized Israel, while calling for a Palestinian state alongside it.

In the occupied territories the *intifada* mobilized masses of Palestinians, children as well as adults, who demonstrated, staged strikes, threw stones, and disseminated propaganda. PLO fighters mounted attacks on Israeli occupation forces and settlers. To divide the Palestinians, Israel initially backed the Islamic movement *Hamas* (which opposed the PLO's goal of establishing a Palestinian state on the West Bank and Gaza in favor of an Islamic state in all the former mandate territory; see Reading 24c). But when *Hamas* launched its own attacks against Israelis, government support apparently ceased. The PLO's tenacity enabled it to retain the backing of most Palestinians and gain augmented recognition in Europe, while U.S. diplomats initiated a new Middle Eastern peace process, which continued until the 1990–91 Gulf War.

In that war the PLO, which Iraq had earlier supported, refused to denounce Saddam Husayn, and Palestinians suffered for this unpopular stance. Kuwait expelled thousands of skilled Palestinian workers and administrators whose families depended on remittances. Also, Saudi Arabia stopped subsidizing the PLO. During the war Iraq fired several SCUD missiles into Israel, and Israel's armed forces complied with U.S. orders not to retaliate, lest Arab states withdraw from the American-led coalition, which held together for the six weeks of the war. At its conclusion U.S. president George H. W. Bush announced American determination to achieve a solution to the Palestinian conflict as part of his rhetorical call for a "new world order" of harmony and justice (see Reading 27c).

## Oslo

After the Second Gulf War the United States and the Soviet Union actually took joint steps to end the conflict over Palestine by summoning Israel and the Arab states to a peace conference in Madrid. These talks achieved no immediate success, but other regional and global pressures combined to restart the sputtering peace process. The collapse of the Soviet Union brought more than a million educated Soviet Jews to Israel, and Palestinians feared that these migrants would swell the Jewish settlements. When Prime Minister Shamir requested loan guarantees from the United States to assist in settling these new immigrants, President Bush agreed to help if Israel moved toward peace with the Palestinians, and curtailed settlements on the West Bank and Gaza. Shamir refused, but soon Laborite and former general Yitzhak Rabin (1922–95) became prime minister and he agreed to negotiate on the basis of a "land for peace" formula. The Knesset repealed the law banning Israeli contacts with the PLO, and soon the secret meetings began in Norway that would produce the 1993 Oslo Accords (see Reading 25a).

In principle the Oslo negotiators achieved a breakthrough, even though the accords themselves contained vague clauses that prevented achievement of a comprehensive agreement. The Palestinians formally abandoned armed struggle and accepted Israel's right to rule over 78 percent of mandate Palestine, and expected in return the remaining 22 percent (the West Bank, Gaza, and Arab East Jerusalem) to be placed under their control. Disputes soon arose over how much occupied territory Israel would retain, and whether land assigned to the Palestinians would compose a truly sovereign, contiguous state. Less than a year later Israel agreed to withdraw from the *Gaza* strip and the West Bank town of Jericho. A newly created Palestinian Authority, headed by Yasir Arafat, took over those evacuated territories. Soon a second Arab country, Jordan, signed a peace agreement with Israel.

## The Assassination of Rabin and the Second *Intifada*

Momentum for a negotiated settlement halted when a Jewish religious fanatic assassinated Prime Minister Yitzhak Rabin at a pro-peace rally in Tel Aviv on November 4, 1995. Suicide bombers from the Islamic radical group *Hamas* had increased assaults on Israeli civilians, and a Jewish settler had machine-gunned twenty-nine Palestinian worshipers at a holy site in Hebron. It became apparent that a subculture of religious fanaticism lurked in Judaism as well as in Islam and that their mutual acts of vengeance could derail the Oslo process. But Israeli government policy on West Bank settlements, as Rabin had recognized (see Reading 25b), also played a role in prolonging and even worsening the conflict. The government began constructing a series of roads crisscrossing the West Bank that only Israelis could use (see Map p. 223). This seriously reduced Palestinian Authority territorial holdings and sliced it into unconnected segments.

After Rabin's death, and several waves of suicide bombings by *Hamas* and another radical group, Islamic *Jihad*, Benjamin Netanyahu (1949– ) became prime minister. Despite his reputation as a hardliner on the Palestinian question, he grudgingly went along with the Oslo momentum, ordering withdrawal of Israeli forces from much of Hebron, responding to U.S. president Bill Clinton's appeal that he meet with Arafat on U.S. soil. Arafat agreed to Israeli demands that the Palestinians consider removing objectionable passages in their National Charter (see Reading 22b). Netanyahu transferred some territory to the Palestinians just before the 1999 Israeli elections, which he lost to Labor Party leader and former army general Ehud Barak (1942– ).

Barak began his brief tenure by withdrawing the last Israeli Defense Force (IDF) forces from Lebanon, and transferring another small part of the West Bank to Palestinian control. But continued Palestinian suicide bombings moved Israel's electorate rightward while the stalemate in progress toward statehood impelled the Palestinians closer to a renewed and more militant *intifada*. The

Clinton presidency drew to a close with one more attempt to revive the peace process, bringing Barak and Arafat again to Camp David. No authoritative text of these discussions exists, nor have the Israelis ever made clear precisely what territorial concessions they proposed there or at a follow-up meeting at Taba. One version suggests Barak made a generous offer that Arafat rejected. But since the Israeli leader had barely survived a no-confidence vote in the *Knesset*, and faced an impending election contest against Ariel Sharon, a formidable opponent pledged to overturn Oslo, Arafat had little incentive to make concessions. Nevertheless, he seemed ready to allow Israel to consolidate its West Bank settlements closer to the border and annex them to Israel. But time ran out in this hastily convened meeting before any definitive agreement could emerge.

A subsequent last-minute meeting between officials of Barak's government and the PLO took place at Taba (on the Egyptian-Israeli border) where a slightly more explicit (but still incomplete) blueprint for a Palestinian-Israeli peace agreement did emerge. At Taba Israel apparently acknowledged some degree of responsibility for the creation—and therefore the solution—of the Palestinian refugee problem. But once Ariel Sharon took office all possibility of negotiated peace evaporated. Although no longer in play, the Taba negotiations (see Reading 25c) represent the closest the parties have come to a comprehensive agreement.

## Any Way Out?

By the time of Taba Ariel Sharon had taken his provocative tour of the *Haram al-Sharif*, on the Temple Mount in Jerusalem, which includes the Dome of the Rock sanctuary in Jerusalem, and the second *intifada* had broken out. Long in the making, this new uprising involved the suicide-bombing tactics of *Hamas* and other Islamic radical groups. This brought down on the PLO, and Palestinians generally, fierce IDF responses—deadly tank and armored vehicle sweeps through Palestinian towns and refugee camps and targeted assassinations of Palestinian militants. The Sharon government held Arafat responsible for the new cycles of terror and counterterror, and has gained U.S. support for harsh crackdowns on Palestinians (see Reading 26f).

Persistently, Arafat holds on to his position despite heavy criticism even from some Palestinians impatient with his leadership or with his willingness to make concessions. As the interview with PLO official Marwan Barghouti (Reading 26e) demonstrates, no one credible will stand against him in elections.

Another solution proposed in early 2002 by Saudi Arabia's Crown Prince Abd al-Aziz, and accepted by the Arab League (see Reading 26d), has all but disappeared in the present turmoil in Israel and in the current Bush administration's campaign for a global struggle against terrorism. It offered recognition of Israel by Arab countries in exchange for complete Israeli evacuation of the West

Bank and Gaza. Combined with Palestinian pressure to end suicide bombings (see Reading 26c), steps by the Palestinian Legislative Council to establish a government responsible to it, and a revival of something like the Taba negotiations, peace may again appear on the agenda.

# 18. Zionism and Its Early Arab Opponents

The secular Jewish Hungarian writer Theodor Herzl (1860–1904), reacting to brightened anti-Semitism in Europe, wrote a pamphlet titled *The Jewish State* in 1896, excerpted in part a of this reading. It served as a catalyst for the creation of the modern Zionist movement. As soon as it formed, Muslims responded negatively, as we see in two newspaper articles in parts b and c of this reading, by Rashid Rida (1865–1935), a leading Muslim reformer, and by an anonymous Ottoman official who adopted the pseudonym "Tiberias."

## A. Theodor Herzl, Zionism: The Vision of an Eventual Jewish State (1896)*

The Zionist movement that Herzl created differed from the Jewish religious tradition calling for the return of Jews to Zion (Israel) to await the appearance of the Messiah. Herzl proposed establishing a Jewish state wherever Jews could find sufficient land to accommodate those fleeing oppression and realized that in searching for such a site Zionists would have to get the backing of a great power. Requesting a home in Ottoman Palestine, Herzl heard directly from the sultan that European Jews could not reside there, where in 1890 some 500,000 Arabs already lived. Herzl then considered places in Latin America and Africa.

After he wrote *The Jewish State*, however, and after he had organized the World Zionist Organization, Herzl found that the largest group of his followers, those from eastern Europe, refused to consider any other site than Palestine. He acceded to these demands, and from then on the Zionist movement aimed at carving out a state in Palestine and nowhere else. During World War I the British, after having conquered Palestine, associated themselves with Zionism and supported the creation of a home there for the Jewish people—a promise enshrined in the Balfour Declaration (Reading 19a).

*From Theodor Herzl, *The Jewish State: An Attempt at a Modern Solution of the Jewish Question* (New York: American Zionist Emergency Council, 1946), pp. 85–96.

* * *

No one can deny the gravity of the situation of the Jews. Wherever they live in perceptible numbers, they are more or less persecuted. Their equality before the law has become practically a dead letter. They are debarred from filling even moderately high positions, either in the army, or in any public or private capacity. And attempts are made to thrust them out of business also: "Don't buy from Jews!"

Attacks in Parliaments, in assemblies, in the press, in the pulpit, in the street, on journeys—for example, their exclusion from certain hotels—even in places of recreation, become daily more numerous. The forms of persecutions vary according to the countries and social circles in which they occur.

Let us first settle the point of staying where we are. Can we hope for better days...? I saw that we cannot hope for a change in the current of feeling. And why not? Even if we were as near to the hearts of princes as are their other subjects, they could not protect us. They would only feel popular hatred by showing us too much favor.... The nations in whose midst Jews live are all either covertly or openly AntiSemitic.

The whole plan is in its essence perfectly simple.

Let the sovereignty be granted us over a portion of the globe large enough to satisfy the rightful requirements of a nation; the rest we shall manage for ourselves.

The creation of a new State is neither ridiculous nor impossible. We have in our day witnessed the process in connection with nations which were not largely members of the middle class, but poorer, less educated, and consequently weaker than ourselves. The Governments of all countries scourged by Anti-Semitism will be keenly interested in assisting us to obtain the sovereignty we want.

The plan, simple in design, but complicated in execution, will be carried out by two agencies: The Society of Jews and the Jewish Company.

The Society of Jews will do the preparatory work in the domains of science and politics, which the Jewish Company will afterwards apply practically.

The Jewish Company will be the liquidating agent of the business interests of departing Jews, and will organize commerce and trade in the new country.

We must not imagine the departure of the Jews to be a sudden one. It will be gradual, continuous, and will cover many decades. The poorest will go first to cultivate the soil. In accordance with a preconceived plan, they will construct roads, bridges, railways and telegraph installations; regulate rivers; and build their own dwellings; their labor will create trade, trade will create markets and markets will attract new settlers, for every man will go voluntarily, at his own expense and his own risk. The labor expended on the land will enhance its value, and the Jews will soon perceive that a new and permanent sphere of operation is opening here for that spirit of enterprise which has heretofore met only with hatred and obloquy.

Let all who are willing to join us, fall in behind our banner and fight for our cause with voice and pen and deed.

Those Jews who agree with our idea of a State will attach themselves to the Society, which will thereby be authorized to confer and treat with Governments in the name of our people. The Society will thus be acknowledged in its relations with Governments as a State-creating power. This acknowledgment will practically create the State.

Should the Powers declare themselves willing to admit our sovereignty over a neutral piece of land, then the Society will enter into negotiations for the possession of this land. Here two territories come under consideration, Palestine and Argentine. In both countries important experiments in colonization have been made, though on the mistaken principle of a gradual infiltration of Jews. An infiltration is bound to end badly. It continues till the inevitable moment when the native population feels itself threatened, and forces the Government to stop a further influx of Jews. Immigration consequently futile unless we have the sovereign right to continue such immigration.

The Society of Jews will treat with the present masters of the land, putting itself under the protectorate of the European Powers.... The could offer the present possessors of the land enormous advantages, assume part of the public debt, build new roads ... and do many other things. The creation of our State would be beneficial to adjacent countries, because the cultivation of a strip of land increases the value of its surrounding districts in innumerable ways.

Shall we choose Palestine or Argentine? We shall take what is given us, and what is selected by Jewish public opinion. The Society will determine both these points.

Argentine is one of the most fertile countries in the world, extends over a vast area, has a sparse population and a mild climate. The Argentine Republic would derive considerable profit from the cession of a portion of its territory to us. The present infiltration of Jews has certainly produced some discontent, and it would be necessary to enlighten the Republic on the intrinsic difference of our new movement.

Palestine is our ever-memorable historic home. The very name of Palestine would attract our people with a force of marvelous potency. If His Majesty the Sultan were to give us Palestine, we could in return undertake to regulate the whole finances of Turkey. We should there form a portion of a rampart of Europe against Asia, an outpost of civilization as opposed to barbarism. We should as a neutral State remain in contact with all Europe, which would have to guarantee our existence. The sanctuaries of Christendom would be safeguarded by assigning to them an extra-territorial status.... We should form a guard of honor about these sanctuaries, answering for the fulfillment of this duty with our existence. This guard of honor would be the great symbol of the solution of the Jewish Question after eighteen centuries of Jewish suffering.

## B. Rashid Rida, Pay attention to Zionist Encroachment (1898)*

Even before World War I Arab writers warned of Zionist aims to build a Jewish settler community in Palestine. The newcomers would purchase land, live in separate communities, replace Arabs with Jewish farm laborers, and reduce the Palestinians to a minority in their own land. We present here the viewpoint of Rida, who described Zionism as a form of European colonialism. This selection presents a portion of an article from Rida's influential Cairo newspaper, al-Manar (The Beacon), one of the earliest examinations of Zionism's impact on the Middle East.

Apathetic people, lift up your heads and see what is going on. Consider what [other] people and nations are doing. Pay attention to what is happening in your world. Does it please you that the newspapers around the globe are reporting that the impoverished of the most miserable people [the Jews], whom all governments are expelling from their countries, have so mastered [requisite] knowledge and civilization that they can come to your country, colonize it and transform its [former] masters into wage laborers and its affluent into paupers? ... Think about this matter [of Zionist encroachment], and make it the subject of your conversations in order to find out whether it is just or unjust, true or false. If it becomes clear that you have neglected to defend the rights of your fatherland, and the interests of your nation and your religious community, reflect on and study, debate and examine the matter. It is more appropriate for contemplation than thinking about shortcomings, spreading slander, instilling those who are innocent. It is more worthy of discussion than making fun of and accusing your [Arab] brothers.

## C. "Tiberias," Warning of Zionist Colonization (1910)**

In the years after Rashid Rida's warning (part b, this reading), Zionist settlements began appearing in Ottoman Palestine. The anonymous author of this article, who called himself "Tiberias" (the name of a city in Roman Palestine), may have been Shukri al-Asali, subgovernor of Nazareth.

No one doubts that Zionist colonization, in other words foreign seizure of the land of Palestine, is based on political and economic matters which cannot be

*From Rashid Rida. Khutur wa itibar (News and Viewpoints). al-Manar (April 9, 1898), p. 168. Translated from the Arabic by Stuart Schaar.

**From "Tiberias." "Zionist Colonization: The Local Government's Propagation of It. Its Ramifications to the State and Nation," al-Ittihad al-uthmani (Ottoman Unity), [Beirut] no. 559 (July 9, 1910), p. 2. Translated from the Arabic by Rashid Khalidi. Bracketed material inserted by editors. By permission of the translator.

hidden from those with eyes to see; this is an economic party whose aim is to take possession of these great lands by the force of wealth spent freely to further this vital economic desire, whose result will be the shattering of the unity of the native farmers who have been oppressed over time. If we look at what happened to the al-Dalaika and al-Sheib tribes and to others after their lands had been taken over by those traitors among the government officials who were working for [the Zionists] by grace of the money they spend freely, and knowing the harm caused by this seizure: the inhabitants become slaves to those who have ambitions in this land and deceived the nation at the outset, saving that they came to this country to help its people achieve happiness, to bring progress to the country and to invest their wealth in modern ways. The trick worked and they gained possession via this subterfuge, with the help of these traitors among the government employees. They use tricks and intrigues to oppress the native population and take their rights, until they are forced to emigrate and leave the country. Thus do they poison things until they become masters of the country and have effective control over it. The government loses local subjects willing to risk their lives for the glory of the state, just as it loses our country.

This was the situation in the land of Palestine under the past government [of Sultan Abd al-Hamid II], and it sadly continues in the Constitutional era [the early Young Turk period], with the government showing laxness toward these dangerous matters, which may bring great catastrophes on the state. Since silence about such economic wars does not fit in this age, but is rather a terrible crime against the nation and the homeland, we call for the attention of the vali [governor] of Beirut, whose job it is to look into these vital economic matters. And we warn the qaymmaqam [subgovernor] of [the town of] Tiberias and those around him of these dangers, since the nation today is not like it was yesterday; it is lying in wait for those who betray the nation and the homeland, just as it is ready to fight this colonization with all its material and moral forces, and God favors goodness and integrity.

# 19. The Balfour Declaration and the Mandate Period

A combination of strategic motives produced the Balfour Declaration, presented in part a of this reading. The war highlighted the importance of Palestine and some British politicians thought that backing the Zionist cause in Palestine would win support from Jewish populations in Russia and the United States for the war effort.

For reasons set forth in part b of this reading, Arabs opposed the declaration and Britain's League of Nations mandate for Palestine. Part c reproduces a let-

...were written by British Prime Minister Macdonald in 1931 to Chaim Weizmann that countermanded earlier restrictions on Jewish immigration and reaffirm Britain's commitment to the Balfour Declaration. Part d offers Vladimir Jabotinsky's testimony before the 1937 British Peel Commission in which he argued for opening up both sides of the Jordan River to "many millions" of Jewish immigrants fleeing repression in Europe.

## A. The Balfour Declaration: A Jewish Home in Palestine (1917)*

At the outset of World War I and continuing to 1917, France claimed possession of greater Syria, including Lebanon and Palestine. But when British troops defeated Ottoman forces there and occupied it in 1917, they effectively extinguished France's claims to Palestine, while recognizing French control over Syria and Lebanon.

Early in the war Zionist leaders approached British officials to get their support for their cause. At first the British paid scant attention, but by 1917 the London government approved the Balfour Declaration, which Foreign Secretary Arthur Balfour sent as a letter to Zionist leader Lionel Walter Lord Rothschild (1868–1937). Great Britain's efforts to gain international support for its promise to the Zionists (and at the same time legitimize British control of Palestine) achieved success when the League of Nations approved the Palestine mandate.

The British also hoped that the declaration would bring approval from the United States and especially from Russian Jews who sought influence from the Bolsheviks, a Marxist party that had just won power on a platform of opposition to the war, not to abandon their allies. In March 1918, the Bolshevik government made a separate peace with Germany. But the Americans, having joined the war as Britain's ally, fulfilled London's expectations and approved the Balfour Declaration.

[London] 2 November 1917

Dear Lord Rothschild,

I have much pleasure in conveying to you, on behalf of His Majesty's Government, the following declaration of sympathy with Jewish Zionist aspirations which has been submitted to, and approved by, the Cabinet.

"His Majesty's Government view with favor the establishment in Palestine of a national home for the Jewish people, and will use their best endeavors to facilitate the achievement of this object, it being clearly understood that nothing shall be done which may prejudice the civil and religious rights of existing non-Jewish communities in Palestine, or the rights and political

*From Mandate for Palestine Together With the Balfour Declaration (Jerusalem, 1988), facsimile text.

status enjoyed by Jews in any other country." I should be grateful if you would bring this declaration to the knowledge of the Zionist Federation.

Yours sincerely,
Arthur James Balfour

## B. The General Syrian Congress, Our Objections to Zionism and Western Imperialism (1919)*

Before the League of Nations endorsed the creation of mandate territories in the Middle East controlled by Britain and France, U.S. President Woodrow Wilson recommended sending a commission to survey Arab views on the question. Two prominent Americans, Harry C. King and Charles R. Crane, served on this commission. They arrived in Damascus on June 25, 1919. Their presence led the Syrians, provisionally ruled by the Hashemite Amir Faisal, son of the Sharif Husain ibn Ali of Arabia, to convene a Congress in the Syrian capital to which the Syrians invited delegates from Lebanon and Palestine. The following document summarizes the Congress resolution adopted on July 2, which the Syrians presented to the King-Crane Commission. Although the commission issued a report favorable to Arab nationalism and to the Palestinian cause, its findings received scant attention. Despite Wilson's call for self-determination in some of his wartime utterances, he ignored the King-Crane report and accepted the Balfour Declaration (part a, this Reading) and the British French imperial arrangements made in the Sykes-Picot agreement (see Reading 13c). Later developments would reveal that the Arabs misplaced their confidence in Wilson's principles.

1. We ask ... [for] complete political independence for [Greater] Syria ... [encompassing Lebanon and Palestine].

2. We ask that the Government of this Syrian country should be a democratic civil constitutional Monarchy ... safeguarding the rights of minorities, and that the King be the Emir Feisal, who carried on a glorious struggle in the cause of our liberation and merited our full confidence and entire reliance.

3. Considering the fact that the Arabs inhabiting the Syrian area are not naturally less gifted than other more advanced races and that they are by no means less developed than the Bulgarians, Serbians, Greeks, and Romanians at the beginning of their independence, we protest against Article 22 of the Covenant of the League of Nations, placing us among the nations in their middle stage of development which stand in need of a mandate power.

*From the King-Crane Commission Report in Foreign Relations of the United States: Paris Peace Conference, 1919, 13 vols. (Washington, DC: U.S. Government Printing Office, 1942–47), vol. 12, pp. 780–81. Bracketed material inserted by the editors.

4. In the event of the rejection by the Peace Conference of this just protest for certain considerations that we may not understand, we, relying on the declarations of President Wilson, that his object in waging war was to put an end to the ambition of conquest and colonization, can only regard the mandate mentioned in the Covenant of the League of Nations as equivalent to the rendering of economical and technical assistance that does not prejudice our complete independence. And desiring that our country should not fall prey to colonization and believing that the American Nation is farthest from any thought of colonization and has no political ambition in our country, we will seek the technical and economical assistance from the United States of America, provided that such assistance does not exceed twenty years.

5. In the event of America not finding herself in a position to accept our desire for assistance, we will seek this assistance from Great Britain, also provided that this assistance does not infringe on the complete independence and unity of our country and that the duration of such assistance does not exceed that mentioned in the previous article.

6. We do not acknowledge any right claimed by the French Government in any part whatsoever of our Syrian country and refuse that she should assist us or have a hand in our country under any circumstances and in any place.

7. We oppose the pretensions of the Zionists to create a Jewish commonwealth in the southern part of Syria, known as Palestine, and oppose Zionist migration to any part of our country; for we do not acknowledge their title but consider them a grave peril for our people from the national, economical, and political points of view. Our Jewish compatriots shall enjoy our common rights and assume the common responsibilities.

8. We ask that there be no separation of the southern part of Syria, known as Palestine, nor of the littoral western zone, which includes Lebanon, from the Syrian country. We desire that the unity of the country should be guaranteed against partition under whatever circumstances.

9. We ask for complete independence for emancipated Mesopotamia [Iraq] and that there should be no economical barriers between the two countries.

10. The fundamental principles, laid down by President Wilson in condemnation of secret treaties impel us to protest most emphatically against any treaty that stipulates the partition of our Syrian country and against any private engagement aiming at the establishment of Zionism in the southern part of Syria; therefore we ask the annulment of these conventions and agreements.

The noble principles enunciated by President Wilson strengthen our confidence that our desires emanating from the depths of our hearts shall be the decisive factor in determining our future; and that President Wilson and the free American people will be our supporters for the realization of our hopes, thereby proving their sincerity and noble sympathy with the aspiration of the weaker nations in general and the Arab people in particular.

We also have the fullest confidence that the Peace Conference will realize that we would not have risen against the Turks with whom we had participated

in all civil, political, and representative privileges, but for the violation of our national rights, and so will grant us our desires in full in order that our political rights may not be lost after the war than they were before, since we have shed so much blood in the cause of our liberty and independence.

We request to be allowed to send a delegation to represent us at the Peace Conference to defend our rights and secure the realization of our aspirations.

## C. James Ramsay MacDonald, Letter to Chaim Weizmann (1931)*

*The introduction to this section has surely prepared readers for outbreaks of discord, conflicts, and inconsistencies in mandate Palestine. We document British wavering—sometimes leaning toward the Arabs, and at other times favoring the Zionists, especially on the issue of Jewish immigration. The 1930 White Paper took the former position, but when Socialist leader Ramsay MacDonald (1866-1937) became prime minister, he backed the Zionists, to the dismay of Arabs, who labeled this communication the "Black Letter."*

[London] 13 February 1931

Dear Dr. Weizmann:

In order to remove certain misconceptions and misunderstandings, which have arisen as to the policy of his Majesty's Government with regard to Palestine ... and also to meet certain criticisms put forward by the Jewish Agency ... [we forward to you our] authoritative interpretation of the ... White Paper of 1930 ... [which] recognizes that the undertaking of the mandate is an undertaking to the Jewish people and not only to the Jewish population of Palestine. . . .

In carrying out the policy of the mandate the mandatory cannot ignore the existence of the differing interests and viewpoints. These, indeed, are not in themselves irreconcilable, but they can only be reconciled if there is a proper realization that the full solution of the problem depends upon an understanding between the Jews and the Arabs. Until that is reached, considerations of balance must inevitably enter into the definition of policy. . . .

[The] rights and position [of non-Jews] ... are not to be prejudiced; that is, are not TO BE impaired or made worse. The effect of the policy of immigration and settlement on the economic position of the non-Jewish community cannot be excluded from consideration. But the words are not to

*From Great Britain, Parliamentary Debates [Hansard], February 13, 1931, vol. 248, cols. 751-57. Bracketed material inserted by the editors.

be read as implying that existing economic conditions in Palestine should be crystallized. On the contrary, the obligation to facilitate Jewish Immigration and to encourage close settlement by Jews on the land remains a positive obligation of the mandate and it can be fulfilled without prejudice to the rights and position of other sections of the population of Palestine. . . .

## D. Vladamir Jabotinsky, Let Us Settle Palestine and Transjordan (1937)*

Jabotinsky (1880–1940), the founder of the Zionist "Revisionist Movement," evoked extreme hatred from its political foes and great devotion from his followers. The Revisionists separated from mainstream Zionism in 1935, arguing that the *yishuv* should not rely on the British to guarantee Jewish statehood in Palestine. Jabotinsky had earlier opposed Britain's creation of a separate Transjordan, insisting on retaining the original mandate terms, which for a very short period encompassed both Palestine and Transjordan. He and his followers also favored massive legal or illegal immigration of European Jews into an enlarged Palestine and direct action by armed Jews to impose a Zionist state over Palestine and Transjordan. His followers founded extralegal militia groups, including the *Irgun*.

[T]he term "Palestine" when I employ it will mean the area on both sides of the Jordan, the area mentioned in the original Palestine Mandate. That area is about three times the size of . . . Belgium. We maintain that the absorptive capacity of a country depends . . . on the human factor; . . . on the quality of its people or of its colonizers, and on . . . the political regime under which that colonization is either encouraged or discouraged.

We maintain and claim that Palestine is at the cross-roads of the . . . main arteries of this hemisphere. The road from the Cape to Cairo, passing through the Suez Canal and going up to Vladivostok or Moscow . . . is the main artery of the future by land. The sea route from Liverpool to Adelaide and Bombay . . . is the main water artery, and . . . in future, the air arteries. . . .

An area of Palestine's size populated at the rather modest density of . . . Wales, can hold eight million inhabitants; populated at the density of Sicily, it can hold twelve million . . . populated at the density of England . . . or of Belgium . . . it could hold eighteen million inhabitants. . . . Palestine on both sides of the Jordan today holds a population of about 1,600,000[;] the mar-

gin is rather very large, and the Zionist claim . . . that . . . Palestine is good for holding the 1,600,000 present Arab population, plus 1,000,000 . . . for their progeny, plus many millions of Jewish immigrants—and plus peace. . . . [W]e claim that area; and I think that that disposes ultimately of any suspicion that, in our schemes, anybody of any Party dreams of displacing or of disturbing the present non-Jewish population.

We are facing an elemental calamity, a kind of social earthquake. Three generations of Jewish thinkers and Zionists . . . have come to the conclusion that the cause of our suffering is the very fact . . . that we are everywhere a minority. It is not the anti-Semitism of men; it is, above all, the anti-Semitism of things, the inherent xenophobia of the body social or the body economic under which we suffer.

[T]here are moments, there are whole periods in history when this "xenophobia of Life itself" takes dimensions which no people can stand, and that is what we are facing now. I do not mean to suggest that I would recognize that all the Governments concerned have done all they ought to have done; I would be the last man to concede that. I think many Governments, East and West, ought to do much more to protect the Jews than they do; but the best of Governments could perhaps only soften the calamity to quite an insignificant extent, but the core of the calamity is an earthquake which stands and remains.

We are not free agents. We cannot "concede" anything. Whenever I hear the Zionist[s], most often my own Party, accused of asking for too much—Gentlemen, I really cannot understand it. Yes, we do want a State; every nation on earth, every normal nation, beginning with the smallest and the humblest who do not claim any merit, any role in humanity's development, they all have States of their own. That is the normal condition for a people. Yet, when we, the most abnormal of peoples and therefore the most unfortunate, ask only for the same condition as the Albanians enjoy, to say nothing of the French and the English, then it is called too much. I should understand it if the answer were, "It is impossible," but when the answer is, "It is too much" I cannot understand it.

We have got to save millions, many *millions*. I do not know whether it is a question of re-housing one-third of the Jewish race, half of the Jewish race, or a quarter of the Jewish race; I do not know; but it is a question of millions. Certainly the way out is to evacuate those portions of the Diaspora which have become no good, which hold no promise of any possibility of a livelihood, and to concentrate all those refugees in some place which should *not* be Diaspora, not a repetition of the position where the Jews are an unabsorbed minority within a foreign social, or economic, or political organism. Naturally, if that process of evacuation is allowed to develop, as it ought to be allowed to develop, there will very soon be reached a moment when the Jews will become a majority in Palestine. I am going to make a "terrible" confession. Our demand for a Jewish majority is not our maximum—it is our minimum.

*From V. Jabotinsky, *Evidence Submitted to the PALESTINE ROYAL COMMISSION*, House of Lords, London, February 11, 1937 (London: New Zionist Press, 1937), pp. 9–13. American spellings adopted.

I have the profoundest feeling for the Arab case, in so far as that Arab case is not exaggerated. This Commission have already been able to make up their minds as to whether there is any individual hardship to the Arabs of Palestine as men, deriving from the Jewish colonization. We maintain unanimously that the economic position of the Palestinian Arabs, under the Jewish colonization and owing to the Jewish colonization, has become the object of envy in all the surrounding Arab countries, so that the Arabs from those countries show a clear tendency to immigrate into Palestine. I have also shown to you already that, in our submission, there is no question of ousting the Arabs. On the contrary, the idea is that Palestine on both sides of the Jordan should hold the Arabs, their progeny, *and* many millions of Jews. What I do not deny is that in that process the Arabs of Palestine will necessarily become a minority in the country of Palestine. What I do deny is that *that* is a hardship. It is not a hardship on any race, any nation, possessing so many National States now and so many more National States in the future. One fraction, one branch of that race, and not a big one, will have to live in someone else's State; well, that is the case with all the mightiest nations of the world. I could hardly mention one of the big nations, having their State. That is only normal and there is no "hardship" attached to that. So when we hear the Arab claim confronted with the Jewish claim; I fully understand that any minority would prefer to be a majority, it is quite understandable that the Arabs of Palestine would also prefer Palestine to be the Arab State No. 4, No. 5, or No. 6—that I quite understand; but when the Arab claim is confronted with our Jewish demand to be saved, it is like the claims of appetite versus the claims of starvation.

## 20. Palestine on the Eve of World War II

This reading contains four sections: part a, an essay by a modern scholar on the Palestinian Revolt (1936–39); part b, the negative reaction to the Peel Commission Report by Arab notables; part c, the British White Paper of 1939, which anticipated the war that Great Britain soon faced against Germany and its allies. Three years later, as World War II raged on several fronts and the Nazi massacres of the Jews had begun, a Zionist Congress convened in New York City to denounce the White Paper and demand unrestricted Jewish immigration to Palestine. The resolutions of this Congress make up part d of this reading.

## A. Ted Swedenburg, The Palestinian Revolt, 1936–39 (1988)*

A complicated movement, fomented by others than the traditional Palestinian notables, the Palestinian Revolt was led by a new generation of grassroots leaders. Swedenburg's essay, a preliminary version of his 1995 book *Memoirs of Revolt*, describes this leadership as well as the interweaving of class factors and militant nationalism in the revolt. After crushing it with the help of Zionist militias, the British killed or exiled Palestinian leaders and left behind a defeated, resentful Palestinian populace still hoping for an independent state as World War II began. The postwar period did little to relieve Arab grievances. In defeat, those who had revolted in 1936–39 bequeathed a political legacy to later generations of Palestinian nationalist militants, such as participants in later *intifadas* (uprisings), described in Readings 24b and 26c.

The spark that ignited the explosion came from an independent organization intimately connected to the peasantry and semi-proletariat created by the agrarian crisis . . . [and] founded by radical Islamic reformer *Shaykh 'Izz al-Din al-Qassam* [d. 1935]. A native of Jabla, Syria, and a key figure in the 1921 revolt against the French, al-Qassam took refuge in Haifa after fleeing Syria under sentence of death. A man of great religious learning who had studied at Cairo's al-Azhar, al-Qassam was associated with the Islamic reform (*Salafiya*) movement, as well as with certain *Sufi turuq* [mystical brotherhoods]. He quickly achieved prominence in Haifa as a preacher and teacher. Unlike other political activists in Palestine, al-Qassam concentrated his efforts exclusively on the lower classes with whom he lived. He set up a night school to combat illiteracy among the casual laborers (recent migrants from rural areas) of Haifa shantytowns and was a prominent member of the Young Men's Muslim Association. In 1929 al-Qassam was appointed marriage registrar of Haifa's *Shari'a* court. The duties of this office, which required that he tour northern villages, permitted him to extend his efforts to the peasantry, whom he encouraged to set up growing and distribution cooperatives.

Using his religious position, al-Qassam began to recruit followers from among the *fellahin* (peasants) and the laborers of Haifa, organizing them into clandestine cells of not more than five persons. By 1935 he had enlisted 200, perhaps even 800, men. Many received military training, carried out after dark; all were imbued with al-Qassam's message of strict piety, of struggle and sacrifice.

*From Ted Swedenburg, "The Role of the Palestinian Peasantry in the Great Revolt (1936–1939)," in Edmund Burke III and Ira Lapidus, eds. *Islam, Politics and Social Movements* (Berkeley: University of California Press, 1988), pp. 189–94. Notes deleted. Bracketed material added by the editors. Arabic words italicized. By permission.

of partition, the necessity for unity, and the need to emulate early Islamic heroes.... [His] political activities ... paralleled those of Hasan al-Banna [1906–49], founder of the Muslim Brothers (*al-Ikhwan al-Muslimin*) in Egypt [see Reading 82b].... But while al-Banna attracted the new Egyptian petty bourgeoisie, al-Qassam focused on the recently dispossessed peasants working as casual laborers in the slums.

Al-Qassam's appeal to religious values was not simply a return to tradition or a retreat into the past, but instead represented a real transformation of traditional forms for revolutionary use in the present. He seized on popular memories of the Assassins [a violent *Shi'ite* organization that flourished between the late eleventh and mid-thirteenth centuries] and the wars against the Crusaders by invoking the tradition of the *jihad* as individuals who sacrificed themselves for their faith by performing a violent act[, the notion of struggle that involved sacrifice. His clandestine organization resembled that of a *Sufi* order: his followers grew their beards "wild" and called themselves *shaykhs*....

[In] November 1935 ... al-Qassam launch[ed] ... a full-scale revolt. Accompanied by a small detachment of followers, he set out from Haifa with the aim of raising the peasantry in rebellion. An accidental encounter with the police led to a premature battle with the British military, however, and al-Qassam died before his rebellion could get off the ground.

Nonetheless, his example electrified the country. Independent radical organizations eulogized al-Qassam and gained new inspiration from his revolutionary project. Al-Qassam rapidly achieved the status of a popular hero, and his gravesite became a place of pilgrimage. His legacy also included the many Qassamites still at large and prepared for action, as well as militant nationalists who set up fresh political groupings in the towns and organized armed bands on the Qassam model. Urban radicals also redoubled their organizing in the villages in preparation for a new anti-British outbreak. In such a highly charged atmosphere, only a small event was needed to trigger an explosion. That incident occurred on 13 April 1936, when two Jews were murdered in the Nablus Mountains, perhaps by Qassamites. Following a wave of brutal reprisals and counter-reprisals, the government declared a state of emergency. In response, "national committees" led by various militant organizations sprang up in the towns and declared a general strike. The notables followed along, trying to retake control of the unruly movement. On 25 April all the Palestinian parties (including the Nashashibi's National Defense Party) met with the national committees and set up a coordinating body known as the Higher Arab Committee (H.A.C.), with Amin al-Husayni as its president. Although the H.A.C. grew out of the notables' move to regain their dominant position, nonetheless, as a merging of the independent radical groupings with the traditional leadership it was more representative than the old Arab Executive had been. The H.A.C. quickly declared that the general strike would continue until the British Government put an end to Jewish immigration to Palestine, and it restated the other basic national demands—the banning of land sales and the establishment of an independent national government.

[T]he revolt's focus rapidly shifted to the countryside. A conference of rural national committees convened in May and elaborated a specific peasant agenda, including a call for nonpayment of taxes and the denunciation of the establishment of police stations in villages as *fellahin* expense.... In mid-May, armed peasant bands in which Qassamites featured prominently appeared in the highlands. They were assisted by armed commandos in the towns and by peasant auxiliaries who fought part-time. Though connected to the urban national committees, in general these bands operated independently of the *mufti* and the H.A.C. From mountain hideouts they harassed British communications, attacked Zionist settlements, and even sabotaged the Iraq Petroleum Company oil pipelines of Haifa. This last activity posed a particular threat to British global hegemony, for in the 1930s Great Britain still controlled the bulk of Middle East oil and the Haifa pipeline was crucial to imperial naval strategy in the Mediterranean.

The towns, in a state of semi-insurrection, were finally brought under control by the British in July, which left the countryside as the undisputed center of revolt. In the following month Fawzi al-Qawuqji, hero of the Syrian Druze rebellion of 1925, resigned his commission in the Iraqi army and entered Palestine with an armed detachment of pan-Arab volunteers, declaring himself commander-in-chief of the revolt. Although the military effectiveness of the rebel movement was improved and al-Qawuqji was hailed as a popular hero throughout the country, he never managed to unite all the diverse bands under his command.

While popular forces fought the British in the countryside, the notables of the H.A.C.—only one of whom had been arrested—were negotiating with the enemy for a compromise to end the conflict. British authorities increased the pressure in late September by launching countermeasures—boosting their military force to 20,000, declaring martial law, and going on a new offensive. The H.A.C. was also constrained by the onset of the agricultural season: peasants wanted to resume work, but, more important, harvest season started in September on the plantations of wealthy citrus-growers. The H.A.C., preferring negotiations to mass mobilization, which threatened notable leadership, called off the six-month-old general strike on 10 October, with the understanding that the Arab kings (of Iraq, Jordan, and Saudi Arabia) would intercede with the British Government on the Palestinians' behalf and that the government would act in good faith to work out new solutions. A long interim period ensured. While notables pinned their hopes on a Royal Commission of Inquiry, activists and rebel band leaders toured the villages and purchased weapons in preparation for a new round of fighting.

In July 1937, the British Peel Commission published its recommendations for the partition of Palestine into Arab and Jewish states. Arab reaction was universally hostile; even the Nashashibi faction that had defected from the H.A.C. condemned the partition proposal. Feelings ran especially high in the Galilee, a highland region with few Jewish residents, which the plan of partition included

in the proposed Jewish state. In September, following the assassination of the British district commissioner for Galilee (possibly by Qassamites), the second phase of the revolt erupted. British authorities responded by banning the H.A.C. and deporting or arresting hundreds of activists. The *mufti* managed to evade arrest by escaping to Lebanon in October. Shortly thereafter, fierce fighting broke out. With the notable leadership in exile or imprisoned, command now shifted decisively to the partisans in the countryside.

Rebel bands were most active in the Nablus and Galilee highlands, the areas of greatest popular resistance. The Jerusalem-Hebron region ... was also an important center. In these districts the various bands set up their own court system, administrative offices, and intelligence networks. While peasants and ex-peasant migrants to the towns composed the vast majority of band leaders and fighters, young urban militants played important roles as commanders, advisers, arms transporters, instructors, and judges. Qassamites were particularly well represented at the leadership level. By taxing the peasantry, levying volunteers, and acquiring arms through the agency of experienced smugglers, the bands were able to operate autonomously from the rebel headquarters-in-exile set up by the notable leadership at Damascus. A network of militants in the towns, particularly from among the semi-proletariat, collected contributions, gathered intelligence, and carried out acts of terror against the British, the Zionists, and Arab *simsars* [intermediaries in trade] and collaborators.

In the summer and fall of 1938 the rebellion reached its peak. Some 10,000 persons had joined the insurgent bands, now sufficiently well organized for a handbook of instructions to be issued for their members. Commanders of the largest bands established a Higher Council of Command to enhance military coordination. Most of the Palestinian highlands were in rebel hands, and by September government control over the urban areas had virtually ceased.

Once rebels gained the upper hand in the towns, the peasant character of the revolt expressed itself even more clearly. Rebel commanders ordered all townsmen to take off the urban headgear, the fez, and to don the peasant head cloth, the *kufiya*; urban women were commanded to veil. This action was both practical, in that it protected rebels from arrest by the British when they entered the towns, and symbolic, in that it signified the countryside's hegemony over the city. Insurgents also instructed urban residents not to use electric power, which was produced by an Anglo-Jewish company. Few dared to disobey these orders. Large sums of money were extracted from wealthy city-dwellers as contributions to the revolt, and particularly large "contributions" were demanded from the big orange-growers and merchants at Jaffa who supported the Nashashibi opposition.

On 1 September, the joint rebel command issued a declaration that directly challenged the leading classes' dominance over the countryside. Although limited in scope, the declaration represented a social program that went beyond the merely "national" goals of the *a'yan* [notables]. In it the commanders declared a moratorium on all debts (which had so impoverished the peasantry and by

means of which notables controlled agricultural production) and warned both debt collectors and land agents not to visit the villages. Arab contractors, who hired work teams for the construction of police posts in the villages and roads to facilitate access to rebel strongholds, were also ordered to cease operations. In addition, the statement declared the cancellation of rents on urban apartments, which had risen to scandalously high levels. This item was particularly significant in that, by linking the needs of peasants and urban workers, it revealed the new class alliance underpinning the revolt.

The rebels' interference with landlord-usurer control over the countryside and their demands for contributions from the wealthy constituted a "revenge of the countryside," which prompted thousands of wealthy Palestinians to abandon their homes for other Arab countries. Well-off Palestinians tended to view the rebels as little better than bandits. In part this charge was justified, for there were serious discipline problems within the rebel camp, despite the considerable advances the bands achieved in coordination and unity of purpose. For instance, clan or family loyalties occasionally interfered with the class or national interests of certain rebel commanders, who carried out petty blood-feuds under cover of nationalist activity. Some peasants were alienated by the coercive manner employed by particular leaders to collect taxes and by their favoritism toward certain clans. Moreover, although class divisions among the peasantry were not well developed, villagers were by no means homogeneous in their class interests.

Most accounts of the revolt stress the internal problems faced by the rebels. Although such criticisms are exaggerated and detract from the rebels' positive accomplishments, they cannot simply be dismissed. The British and the Nashashibis were able to exploit the contradictions within the rebel movement through such means as the formation of "peace bands" in late 1938 to do battle with the rebels. Although representative primarily of the interests of landlords and rural notables, the peace bands were manned by disaffected peasants.

More important for British strategy than the peace bands was the signing of the Munich Agreement on 30 September 1938. This allowed Britain to free up more army divisions for service in Palestine and to launch a military counteroffensive. Is it possible that British Prime Minister [Neville] Chamberlain [1869-1940] signed the Munich Agreement not merely to appease Hitler momentarily but also to protect Britain's oil supply in the Mediterranean from "backward" but dangerous bands of peasants? It would be difficult to chart a clear cause-effect relation, but it is evident at least that for the British chiefs of staff, Palestine was a crucial strategic buffer between the Suez Canal and potential enemies to the north (Germany, Soviet Union) and was an indispensable link in land communications. With war looming on the horizon in Europe, Britain was seeking desperately to end the disturbances in Palestine.

In any event, the Munich Agreement had disastrous consequences not just for Czechoslovakia but for the rebellion in Palestine as well. By 1939 the rebels were fighting a British military force of 20,000 men as well as the R.A.F. In addition,

Orde Wingate [1903–44], a British officer, organized a counterinsurgency force of Jewish fighters known as the Special Night Squads to terrorize villagers and to guard the oil pipeline. The British counteroffensive increased pressure on the rebels and prompted further internal problems, such as abuses in collect-ing taxes and contributions and an upsurge in political assassinations.

However, the intensified military offensive was still not enough to finish off the rebellion, so the British launched a diplomatic one as well. In March 1939 the government issued a White Paper (see part c, this Reading) declaring that it was opposed to Palestine becoming a Jewish state, that Jewish immigration would be limited to 75,000 over the next five years, that land sales would be strictly regulated, and that an independent Palestinian state would be set up in ten years with self-governing institutions to be established in the interim. Although both the notables and the rebels rejected the White Paper, the Pal-estinian populace responded to it more favorably. Clearly, while it did not sat-isfy the maximum national demands, the White Paper represented a concession wrung from the British by armed resistance. Zionist reaction against the White Paper, by contrast, was much more virulent.

The revolt was gradually crushed by extreme external pressures and the re-sultant internal fracturing of the movement. After over three years of fighting, nearly 20,000 Arab casualties (5,032 dead, 14,760 wounded), the rebellion was finally subdued. In July the last major rebel commander was captured; once the war with Germany began in September 1939, fighting ended altogether. An entirely new set of circumstances on the international scene was to determine subsequent events in Palestine.

## B. The Arab Response to the Proposed Partition of Palestine (1938)*

At the height of the Palestinian Revolt leaders of the Arab world met in Cairo to express their opposition to the British Peel Commission Report (1937), which proposed partitioning Palestine into two states. They also agreed that the 400,000 Jewish people then living in Palestine could stay there, but they opposed any further Jewish immigration. Since Hitler's rise to power in 1933, and with Europe on the verge of a general war, Zionist leaders had organized both legal and illegal Jew-ish immigration into Palestine and had no intention of stopping this movement. The resolutions of this Congress helped convince the British government to issue the White Paper of 1939 (part c, this Reading). War intervened and this plan never materialized.

*From *Resolutions of the Inter-Parliamentary Congress,* Cairo, October 7–11, 1938, pp. 5–7. Ameri-can spellings adopted. Bracketed material added by the editors.

The Congress declared that Jewish Immigration which flowed into the coun-try as a result of the Balfour Declaration was one of the worst calamities that ever befell Palestine. Since this Declaration has already been shown to be null and void, it constitutes a clear violation of the rights of the Arabs and therefore justice demands that the status prior to the Balfour Decla-ration should be re-established and that the principle of Jewish Immigra-tion be acknowledged as *ultra vires* [the British going beyond their legitimate powers].

Nevertheless, this Congress, actuated by a genuine desire to co-operate with the British Government for the solution of the Palestine problem and for the maintenance of good relations between Great Britain on the one hand and Arab and Muslim Countries on the other, recommends that the people of Palestine should make a sacrifice by agreeing to accept in their midst the Jews who are already in Palestine. This must be, however, on the condition that further Zi-onist immigration is definitely prohibited, so that the difficulties resulting from this immigration, which has caused great harm to the country, may not be fur-ther aggravated.

This solution, so favorable to the Jews, should be acceptable to the British Government because ... the solution proposed justifies the assumption that Great Britain has fulfilled her promise to the Jews by having facilitated their immigration into Palestine. The result of this immigration has been that there is, at present, in Palestine, a population of over 400,000 Jews, numbers which constitute a fulfillment of the "favorable view" of the British Government to-wards the establishment in Palestine of a Jewish National Home.

Any other interpretation of the Balfour Declaration would mean that it was desired to make Palestine Jewish, which is contradictory even to the British Declaration itself (see Reading 19a). This attitude on the part of Great Britain would offend Christians and Muslims throughout the world, and would be re-sisted by the Arabs and the Muslims with all the power at their command.

The partition of Palestine is not less dangerous than Jewish immigration, nor is it compatible with the British Declaration that Great Britain entered the war in the East for the purpose of emancipating its peoples and the establishment of national governments in accordance with the wishes of the people. It is also inconsistent with the declaration that "the well-being and the development of such peoples form a sacred trust of civilization."

Partition would create in Palestine two neighboring hostile states between which it is impossible to imagine the possibility of an exchange of inhabitants, property and holy places, such as mosques, churches and cemeteries. Further-more, partition would deprive the Arabs of their land, which constitutes the bulk of their wealth in the territory proposed to be ceded to the Jewish State. It would also deprive them of an outlet to the sea. The Jews, on the other hand, possess hardly any property of any value, and have no population, in the bar-ren mountainous regions intended to form the Arab State.

In addition to what has been stated above, the Arabs do not recognize the legality of the Balfour Declaration, even if it only aimed at the establishment of a Spiritual Home for the Jews. How, then, would they acquiesce in the seizure by others of the best, and the most fertile region of their country, while it is proposed that they themselves shall be relegated to the barren rocky regions where they would be starved and annihilated?

## C. The British Government's White Paper on Palestine (1939)*

The British government issued this White Paper on the eve of World War II. It disavowed the Peel Commission's earlier recommendation of partition and called for eventual establishment of an independent and united Palestinian state. The Jewish Agency vehemently denounced and rejected this pronouncement on the grounds that it "denied the Jewish people the right to rebuild their national home in their ancestral country." The Arabs of Palestine, wishing for immediate independence, also denounced the 1939 White Paper.

The Royal Commission and previous Commissions ... have drawn attention to the ambiguity of certain expressions in the Mandate, such as the expression "a National Home for the Jewish people." ... [which are] a fundamental cause of unrest and hostility between Arabs and Jews. His Majesty's Government are convinced that ... a clear definition of policy and objectives is essential. The proposal of partition recommended by the Royal Commission would have afforded such clarity, but the establishment of self-supporting independent Arab and Jewish States within Palestine has been found to be impracticable. It has therefore been necessary for His Majesty's Government to devise an alternative policy which will ... meet the needs of the situation in Palestine....

### I. THE CONSTITUTION

... In light of these considerations His Majesty's Government make the following declaration of their intentions....

(1) The objective of His Majesty's Government is the establishment within ten years of an independent Palestine State in such treaty relations with the United Kingdom as will provide satisfactorily for the commercial and strategic requirement of both countries in the future. This proposal for the establishment of the independent State would involve consultation with the Council of the League of Nations with a view to the termination of the Mandate.

*From the Royal Institute of International Affairs, Great Britain and Palestine 1915–1939, 2nd ed. (New York: Oxford University Press, 1939), pp. 134–40. American spellings adopted. Bracketed material added by the editors.

(2) The independent State should be one in which Arabs and Jews share in government in such a way as to ensure that the essential interests of each community are safeguarded.

(3) The establishment of the independent State will be preceded by a transitional period throughout which His Majesty's Government will retain responsibility for the government of the country. During the transitional period the people of Palestine will be given an increasing part in the government of their country. Both sections of the population will have an opportunity to participate in the machinery of government, and the process will be carried on whether or not they both avail themselves of it.

(4) As soon as peace and order have been sufficiently restored in Palestine steps will be taken to carry out this policy of giving the people of Palestine an increasing part in the government of their country, the objective being to place Palestinians in charge of all the Departments of Government, with the assistance of British advisers and subject to the control of the High Commissioner. [We omit details of the projected machinery of government——eds.]

(6) At the end of five years from the restoration of peace and order, an appropriate body representative of the people of Palestine and of His Majesty's Government will be set up to review the working of the constitutional arrangements during the transitional period and to ... make recommendations regarding the Constitution of the independent Palestine State.

(7) His Majesty's Government will require ... that ... adequate provision has been made for:

(a) the security of, and freedom of access to, the Holy Places, and the protection of the interests and property of the various religious bodies.

(b) the protection of the different communities in Palestine in accordance with the obligations of His Majesty's Government to both Arabs and Jews and for the special position in Palestine of the Jewish National Home....

### II. IMMIGRATION

... It has been urged that all further Jewish immigration into Palestine should be stopped forthwith. His Majesty's Government cannot accept such a proposal. It would change the whole of the financial and economic system of Palestine and thus affect adversely the interests of Arabs and Jews alike. Moreover, in the view of His Majesty's Government, abruptly to stop further immigration would be unjust to the Jewish National Home. But, above all, His Majesty's Government are conscious of the present unhappy plight of large numbers of Jews who seek a refuge from certain European countries, and they believe that Palestine can and should make a further contribution to the solution of this pressing world problem.... [The Government offers] the following proposals regarding immigration.

(1) Jewish immigration during the next five years will be at a rate which, if economic absorptive capacity permits, will bring the Jewish population up to approximately one-third of the total population of the country. Taking into

account the expected natural increase of the Arab and Jewish populations, and the number of illegal Jewish immigrants now in the country, this would allow of the admission, as from the beginning of April this year, of some 75,000 immigrants over the next five years ... subject to the criterion of economic absorptive capacity.

[We omit details of the rate of permissible Jewish immigration—eds.]

His Majesty's Government are satisfied that, when the immigration over five years ... has taken place, they will not be justified in facilitating, nor will they be under an obligation to facilitate, the further development of [t]he Jewish National Home by immigration regardless of the wishes of the Arab population.

### III. LAND

The Administration of Palestine is required, under Article 6 of the Mandate, "while ensuring that the rights and position of other sections of the population are not prejudiced," to encourage "close settlement by Jews on the land," and no restriction has been imposed hitherto on the transfer of land from Arabs to Jews. The Reports of several expert Commissions have indicated that, owing to the natural growth of the Arab population and the steady sale in recent years of Arab land to Jews, there is now in certain areas no room for further transfers of Arab land, whilst in some other areas such transfers of land must be restricted if Arab cultivators are to maintain their existing standard of life and a considerable landless Arab population is not soon to be created. In these circumstances, the High Commissioner will be given general powers to prohibit and regulate transfers of land. These powers will date from the publication of this Statement of Policy and the High Commissioner will retain them throughout the transitional period.

The policy of the Government will be directed toward the development of the land and the improvement, where possible, of methods of cultivation. In the light of such development it will be open to the High Commissioner, should he be satisfied that the "rights and position" of the Arab population will be duly preserved, to review and modify any orders passed relating to the prohibition or restriction of the transfer of land

## D. The Biltmore Program (1942)*

David Ben-Gurion, head of the Jewish Agency, on a visit to New York City during the war in May 1942 for a conference of American Zionists, acted as the driving force behind the meeting at New York City's Biltmore Hotel, which issued this declaration. It reflected world Jewry's opposition to the British White Paper of

*Declaration adopted by the Extraordinary Zionist Conference, Biltmore Hotel, New York City, May 11, 1942, in Aaron S. Klieman and Adrian S. Klieman, eds., *American Zionism: A Documentary History,* 15 vols. (New York: Garland Publishing Co., 1990–1991), vol. 9, pp. 14–5.

1939 [part c. this Reading]. This program called for the establishment of a Jewish state in Palestine and open immigration for Jewish refugees seeking a haven from Nazi persecution and mass murder.

1. American Zionists assembled in this Extraordinary Conference reaffirm their unequivocal devotion to the cause of democratic freedom and international justice to which the people of the United States, allied with the other United Nations, have dedicated themselves, and give expression to their faith in the ultimate victory of humanity and justice over lawlessness and brute force.

2. This Conference offers a message of hope and encouragement to the ... fellow Jews in the ghettos and concentration camps of Hitler-dominated Europe and prays that their hour of liberation may not be far distant.

3. The Conference sends its warmest greetings to ... the ... *Yishuv* in Palestine, and expresses its profound admiration for their steadfastness and achievements in the face of peril and great difficulties. The Jewish men and women ... who have acquitted themselves with honor and distinction ... on [wartime] ... battlefields, have shown themselves ... ready to assume the rights and responsibilities of nationhood.

4. ... In the course of the past twenty years, the Jewish people have awakened and transformed their ancient homeland ... [and] their numbers [there] have increased to more than 500,000. They have made the waste places to bear fruit and the desert to blossom. Their pioneering achievements in agriculture and in industry, embodying new patterns of cooperative endeavor, have written a notable page in the history of colonization.

5. In the new values thus created, their Arab neighbors in Palestine have shared. The Jewish people in its own work of national redemption welcomes the economic, agricultural and national development of the Arab peoples and states. The Conference reaffirms the stand previously adopted at Congresses of the World Zionist Organization, expressing the readiness and the desire of the Jewish people for full cooperation with their Arab neighbors.

6. The Conference calls for the fulfillment of the original purpose of the Balfour Declaration and the Mandate which *"recognizing the historical connection of the Jewish people with Palestine"* was to afford them the opportunity, as stated by President Wilson, to found there a Jewish Commonwealth.

The Conference affirms its unalterable rejection of the White Paper of May 1939 and denies its moral or legal validity. The White Paper seeks to limit, and in fact to nullify Jewish rights to immigration and settlement in Palestine, and, as stated by Mr. Winston Churchill in the House of Commons in May 1939, constitutes "a breach and repudiation of the Balfour Declaration." The policy of the White Paper is cruel and indefensible in its denial of sanctuary to Jews fleeing from Nazi persecution; and at a time when Palestine has become a focal point in the war front of the United Nations, and Palestine Jewry must provide all available manpower for farm and factory and camp, it is in direct conflict with the interests of the allied war effort.

7. In the struggle against the forces of aggression and tyranny, of which Jews were the earliest victims, and which now menace the Jewish National Home, recognition must be given to the right of the Jews of Palestine to play their full part in the war effort and in the defense of their country, through a Jewish military force fighting under its own flag and under the high command of the United Nations.

8. The Conference declares that the new world order that will follow victory cannot be established on foundations of peace, justice and equality, unless the problem of Jewish homelessness is finally solved.

The Conference urges that the gates of Palestine be opened; that the Jewish Agency be vested with control of immigration into Palestine and with the necessary authority for upbuilding the country, including the development of its unoccupied and uncultivated lands; and that Palestine be established as a Jewish Commonwealth integrated in the structure of the new democratic world.

Then and only then will the age-old wrong to the Jewish people be righted.

# 21. The Creation of the State of Israel

The first two selections in this reading, both United Nations General Assembly documents, reflect the international organization's historic role as the successor to the League of Nations. Soon after the end of World War II the British evacuated Palestine and turned the question over to the United Nations. Part a gives the 1947 UN majority resolution #181 recommending partition of Palestine into two states, which Arabs rejected and Zionists accepted—although they wanted more than the 55 percent of the land allotted to them. War for control of Palestine then broke out, during which, in 1948, Israel declared its statehood. Its victory over the Arabs led to an influx of nearly 700,000 Jewish refugees from Europe and the Muslim world and an outflow of more than that number of fleeing Arab Palestinians.

A year after the General Assembly proposed its partition plan, the organization issued Resolution #194, which called for an Arab "Right of Return" to post-mandate Palestine (see part b). But the fledgling UN had no power to enforce either of these resolutions, especially since Israel had determined to prevent Arabs who fled the war zones to return to their homes. These unresolved problems remain among the key issues more than a half-century later. So far the UN has proved as incapable as had the League of Nations in handling the Palestine question.

In 1950, the Israeli Knesset [parliament] passed its own Law of Return, which we reproduce in part c of this Reading.

## A. UN General Assembly, the Partition Plan: Resolution #181 (1947)*

A majority of states in the UN General Assembly voted for the partition plan for Palestine on November 29, 1947. The resolution called for termination of the British mandate and the creation of two states, one Arab, the other Jewish (see Map p. 190). The city of Jerusalem was to enjoy special status under an international administration. Thirty-one countries voted in favor of this resolution (including both the United States and the Soviet Union). Seven countries voted against and sixteen abstained. The Zionists accepted the majority resolution, while the Arabs, who wanted a single state in Palestine dominated by the Arab majority, rejected it. Iran, India, and Yugoslavia offered another alternative at the time: one state in Palestine with Arab and Jewish zones.

### The Termination of the Mandate

The Mandate for Palestine shall terminate as soon as possible but in any case not later than 1 August 1948.

The armed forces of the mandatory Power shall be progressively withdrawn from Palestine, the withdrawal to be completed as soon as possible but in any case not later than 1 August 1948.

The mandatory Power shall advise the Commission, as far in advance as possible of its intention to terminate the Mandate and to evacuate each area.

The mandatory Power shall use its best endeavors to ensure that an area situated in the territory of the Jewish State, including a seaport and hinterland adequate to provide facilities for a substantial immigration, shall be evacuated at the earliest possible date and in any event not later than 1 February 1948.

Independent Arab and Jewish States and the Special International Regime for the City of Jerusalem . . . shall come into existence in Palestine two months after the evacuation of the armed forces of the mandatory Power has been completed but in any case not later than 1 October 1948. . . .

### Jerusalem

The City of Jerusalem shall be established as a corpus separatum [separate body] under a special international regime and shall be administered by the United Nations. The Trusteeship Council shall be designated to discharge the responsibilities of the Administering Authority. . . . The City of Jerusalem shall include the present municipality of Jerusalem plus the surrounding villages and towns, the most eastern of which shall be Abu Dis; the most southern, Bethlehem. . . .

*From United Nations General Assembly Resolution #181 (II) (November 29, 1947), *Official Records of the General Assembly, Second Session, September, November, 1947.* American spellings adopted.

The Trusteeship Council shall, within five months of the approval of the present plan, elaborate and approve a detailed Statute of the City which shall contain *inter alia* the substance of the following provisions: *Government machinery special objectives*. The Administering Authority in discharging its administrative obligations shall pursue the following special objectives:

(a) To protect and to preserve the unique spiritual and religious interests located in the city of the three great monotheistic faiths throughout the world—Christian, Jewish and Muslim; to this end to ensure that order and peace, and especially religious peace, reign in Jerusalem;

(b) To foster cooperation among all the inhabitants of the city in their own interests as well as in order to encourage and support the peaceful development of the mutual relations between the two Palestinian peoples throughout the Holy Land; to promote the security, well-being and any constructive measures of development of the residents, having regard to the special circumstances [of the two] peoples and communities.

## B. UN General Assembly, Palestinian Right of Return: Resolution #194 (1948)*

This reading presents portions of UN Resolution #194 that concern the Right of Return for Palestinians displaced from their residences after 1947, and omits sections dealing with Jerusalem and holy sites in Palestine. The portion retained here, along with a later UN Resolution on compensation for and resettlement of Palestinian refugees, has shaped all subsequent negotiations on the issue—as inconclusive as they have been.

Arabs and Israelis take sharply divergent positions on these matters. Palestinians wish to press these claims for compensation and resettlement, while every Israeli government until recently has rejected them on the grounds that the Jewish character of Israel would be undermined if they were to be granted. See part c of this Reading for the very different 1950 Jewish Law of Return.

The General Assembly, having considered ... the situation in Palestine ...

*Resolves* that the refugees wishing to return to their homes and live at peace with the neighbours should be permitted to do so at the earliest practicable date, and that compensation should be paid for the property of those choosing not to return and for loss of or damage to property which, under principles of international law or in equity, should be made good by the Governments or authorities responsible;

*From United Nations General Assembly Resolution #194 (III) (December 11, 1948), *Palestine, Progress Report of the United Nations Mediator*, U.N. Doc. A 810 (1948), pp. 21–25. American spellings adopted.



United Nations Partition Plan for Palestine, 1947

*Instructs* the Conciliation Commission to facilitate the repatriation, resettlement and economic and social rehabilitation of the refugees and the payment of compensation, and to maintain close relations with the Director of the United Nations Relief for Palestine Refugees and, through him, with the appropriate organs and agencies of the United Nations.

## C. The Israeli *Knesset*, The Law of Return (1950, 1954, and 1970)*

Passed unanimously by the *Knesset* on July 5, 1950, and anticipated in the passage in the 1948 Proclamation of Independence stating that the "State of Israel will be open to the immigration of Jews from all countries of their dispersion," the Law of Return reflects the establishment of Israel as a sanctuary for Jews worldwide. The *Knesset* amended its original text in 1954 and again in 1970. We reproduce the latest version of the law.

Article 4B of this law has raised contention in Israel and in the Jewish Diaspora, for under the political arrangements of the new Jewish state, responsibility for interpreting that portion of the law (who is a Jew?) has devolved upon the Orthodox rabbinate, who do not consider any conversions to Judaism as religiously valid unless done by them. This offended Jews of the Conservative and Reform persuasion in Israel and in the wider Diaspora, and especially in the United States. Israel's Supreme Court resolved part of the problem in February 2002 by ruling that the Israeli state must recognize conversions (and therefore accept immigrant converts under the Law of Return) supervised by Reform, Conservative, as well as Orthodox rabbis. Within Israel, however, the Orthodox establishment retains exclusive control over marriages, divorces, and burials, and still discriminates against non-Orthodox converts.

1. Every Jew has the right to immigrate to this country.
2. (a) Immigration shall be by immigrant's visa.
   (b) An immigrant's visa shall be given to every Jew who has expressed his desire to settle in Israel, unless the Minister of Immigration is satisfied that the applicant:
   (1) is engaged in an activity directed against the Jewish people; or
   (2) is liable to endanger public health or the security of the State; or
   (3) is a person with a criminal past liable to endanger public welfare.
3. (a) A Jew who comes to Israel and subsequently expresses his desire to settle may, whilst still in Israel, receive an immigrant's certificate. . . .

---

*From John Norton Moore, ed., *The Arab-Israeli Conflict: Readings and Documents*, abridged and revised ed. (Princeton, NJ: Princeton University Press, 1977), pp. 991–92, an unofficial translation. By permission.

4. Every Jew who migrated to this country before the commencement of this Law and every Jew born in the country, whether before or after the commencement of this Law, is in the same position as one who immigrated under this law.

4A. (a) The rights of a Jew under this Law, the rights of an immigrant under the Nationality Law, 1952 and the rights of an immigrant under any other legislation are also granted to the child and grandchild of a Jew—with the exception of a person who was a Jew and willingly changed his religion.

(b) It makes no difference whether or not the Jew through whom a right is claimed under sub-section (a) is still alive or whether or not he has immigrated to this country. . . .

4B. For the purpose of this Law, "a Jew" means a person born to a Jewish mother or converted to Judaism and who is not a member of another religion.

5. The Minister of Interior is charged with the implementation of this Law, and may make regulations as to any matter relating to its implementation and as to the grant of immigrant's visas and certificates to minors up to the age of 18.

# 22. Arab Assertions: Out of Despair Revived Nationalism

The Arabs' catastrophic military defeat in 1967 sent shock waves through the Middle East. The following decade, filled with political upheavals, also opened a period of unprecedented self-criticism and the call for radical change in the Arab world. Nizar Qabbani (1923–1981) from Damascus, one of the most revered Arab poets, led the war, holding nothing back in scathing condemnation of past Arab errors in part *a* of this Reading. Three years prior to the 1967 war, the Palestine National Council (PNC), which for decades has served as the Palestinian parliament in exile, first adopted the document in part *b* of this Reading, the Palestine National Charter. As a body the PNC incorporated representatives from various sectors of Palestinian society, armed groups, and the political and civic organizations, which constitute the Palestine Liberation Organization (PLO). The PNC amended this charter once in 1968 before its 1996 special meeting in which more than five hundred delegates by more than a two-thirds vote opted to change the charter at a future date to include a two-state solution to the Arab-Israeli conflict.

## A. Nizar Qabbani, The 'Catastrophe of Arab Defeat (1967)*

Combining the life of a diplomat with that of a writer, Qabbani took on taboo subjects, which he described in rebellious, well-crafted, popular language, forever changing the nature of Arabic poetry from a formalized medium into a popular one. Like the other great modern poets of the Muslim world—the Turk Nizam Hikmet, the Urdu poet Faiz Ahmad Faiz, the Syrian Adonis (Ali Ahmad Said, a naturalized Lebanese citizen), and the Palestinian Mahmoud Darwish—people brought their poems (Qabbani's among them) into the streets, singing them there and in the markets. Such poets became popular idols.

In 1967 Qabbani retired as a Syrian diplomat. His reputation had grown because of the popular appeal of his love poetry and as a result of a publishing firm that he established in London, where he then lived. He eventually produced more than two dozen volumes of his own work.

To you my friends, I mourn
the ancient books and our mother tongue
like battered shoes
our speech is full of holes
smut and scorn and whorish words
To you, I mourn
the end of thought
that brings defeat.
In our mouths, poems turn to wilt
women's braids, nights, curtains and the resting place
before our eyes all immersed into salt.
Heavy-hearted country of my birth
without warning you transformed me
from a poet singing for love
to one writing with a knife.
What we sense is beyond words
poems we had written
now make us blush for shame.
Losing the war after all is not so strange
in the East, we flame into battle
armed to the teeth
with words.

We swagger
horsemen's thundering orations
that never killed a fly.
With fiddle and tambourine
we enter war.
Enigma of our tragedy:
our howl is deeper than our voices
our swords are taller than our bodies.
In short:
we cloaked ourselves with the skin of civilization
but our souls belong to the stone age.
With reed and flute
no war was won.
Our rashness cost us
fifty thousand new tents.
Don't curse heaven
if it abandons you
don't curse your stars
God bestows victory to whom He pleases
He is not your blacksmith to beat your swords.
It pains me to hear the news in the morning
it pains me to hear dogs barking.
Enemies never crossed our borders
like ants they surged
from our infamy.
For five thousand years
we lived in a cellar
our beards are drooping
our currency is unknown
our eyes are haven for flies.
My friends,
try breaking a door
or washing clothes and washing your thoughts
try reading a book
try writing a book
try growing words with grapes and pomegranates.
Try sailing to lands of fog and some
where people do not know you exist
outside your holes
they take you for a breed of wolves.
Thick-skinned we are
harrowed hollow souls
our days whirl around
play, sleep and sorrow.

*Nizar Qabbani, "Hawamish 'Ala Daftar al-Naksa' (Annotations to the Notebook of the Disaster). This poem first appeared in an independent chapbook following the 1967 war. It was later included in Qabbani's collection, Al-'mal al-Siyasya (The Political Works), published by Handawat Nizar Qabbani, Beirut, 1973. Translated from the Arabic by Kamal Boullata. By permission of the translator.

Are we truly,
"a nation chosen by God"?
The flesh of our oil in the deserts
could have turned into
a dagger of fire and flame
instead
disgrace dishonors the most virtuous
among the Prophet's tribe;
our oil is spilled under whores' feet.
We run through a street
with ropes under arms
dragging men tied by their feet
smashing glass, blowing up locks
like frogs
we praise, like frogs
we swear, we make
heroes of midgets
knaves of nobles
we improvise our feats.
We settle down in mosques
idle and benumbed
measuring fine endings
reciting sayings
begging
God from His high heavens
to grant us victory
over our enemy.
If only someone were to grant me safety
and I were able to meet the Sultan
I would tell him:
Your Majesty, your wild dogs
have torn my clothes
your spies haunt me
their eyes follow me
their noses follow me
their feet follow me
like fixed fate
like legal codes
they question my wife
and take down names of my friends.
Your Majesty
just for having been in the vicinity of your deaf walls
and for attempting to uncover my grief
your soldiers kicked me with their boots
forced me to eat

dirt, Your Majesty
twice you lost in war
because half of our nation lost its tongue.
What is a people's worth
without speech?
Half the nation is trapped
like bugs and rats within walls.
If only someone were to grant me safety
from the Sultan's troops
I would tell him:
twice you have lost a war
because you've turned your back on humankind,
If only we had not buried our units in dirt
If only we had not pierced its tender body with spears
If it had dwelled within sight of our eyes
dogs would not have devoured our flesh.
We call for an angry generation
to uproot history
to plough horizons
to seed the bedrock of new thought.
We call for a generation rising
with new faces
forgiving no mistakes
forfeiting and stooping never more
not running a broken word.
A generation of staunch pioneers.
Children
you are the ears of corn
from the shores of the Mediterranean
to the sands of the Arabian Sea
you are the generation that shall break the siege
healing us of our addictions
ridding us of our illusions,
Children pure as dew as snow
do not read of our generation courting defeat
a hopeless case we are
worthless
watermelon rinds,
sides riddled with holes
Do not read our chronicles
do not trace our footsteps
nor even dwell upon a thought we cherished.
Ours is a generation of vomit
consumed by festering sores
a generation of cranks and evil clowns

*and you children
you are spring's rains
hope's sheafs of wheat
fruitful verds in our barren lives.
You are the generation
that shall vanquish
defeat.*

## B. Palestinian National Council, The National Charter (1964, 1968)*

The Palestinian National Charter embodied the early ideology of the Palestine Liberation Organization, which called for the establishment of a Palestinian state over all of mandate Palestine. Over the years, the Palestinian National Council has supplanted the original text with other historic PLO documents. The 1988 Palestinian Declaration of Independence advocated creating a Palestinian state on the West Bank and the Gaza Strip alongside Israel. Its capital would be in Arab East Jerusalem. In that same year Yasir Arafat affirmed in Washington that the PLO recognized Israel's right to exist (see Reading 24a). These 1988 steps did not satisfy Israeli leaders who viewed two clauses of the charter (specifically articles 2 and 3, which affirm the indissability of historic Palestine and the right to liberate the country) as evidence of the PLO's desire to eliminate Israel. In 1996 the Palestinian National Council promised to amend their charter. This led Israel to recognize the legitimacy of a future Palestinian state next to Israel, a principle that hangs in balance, as we write these words, under the second *intifada* and with Ariel Sharon in power in Israel.

Article 1—Palestine is the homeland of the Palestinian people. It is an inseparable part of the bigger Arab nation, and its people are an integral part of the Arab people.

Article 2—Palestine, with the borders that existed during the British Mandate, is an indivisible geographical unit.

Article 3—The Palestinian people have a legitimate right to their homeland. They are the ones to determine their destiny after the liberation of their lands as they will and choose.

Article 4—The Palestinian identity is a permanent and enduring trait that passes from father to son. The Israeli occupation, and the dispersion of the Palestinian people resulting from the ill fortunes that befell them, cannot deprive the Palestinian people of its Palestinian personality and identity.

*Official English translation of the Palestinian National Council text of the National Charter, Palestine Liberation Organization, 1968. Bracketed material added by the editors.

Article 5—The Palestinians are those Arab citizens who under normal conditions used to live in Palestine until 1947; they include those who remained there as well as those who were evicted. The offspring of an Arab Palestinian parent, since that date, whether born in Palestine or outside, are regarded as Palestinians.

Article 6—The Jews who used to live under normal conditions in Palestine until the Zionist invasion of the country are to be considered Palestinians.

Article 7—Identification with, and spiritual, material, and historic attachment to, Palestine are irrefutable truths. It is a national duty to bring up the Palestinian individual as a revolutionary. Arab, and to employ all the means of enlightenment and education to acquaint him with his native land—spiritually and materially—and to prepare him for the armed struggle in order to reconquer his homeland.

Article 8—The Palestinians now live in a stage of national struggle for the liberation of Palestine.... The Palestinians, whether inside or outside it, form one national front whose task is the liberation of Palestine through armed struggle.

Article 9—The armed struggle is the only way to liberate Palestine; it is, therefore, a strategy and not a tactic. The Palestinian people confirm their absolute determination and undeniable will to continue the armed struggle and march toward the armed popular revolution for the liberation, and the return to, the homeland, as well as for their right to a normal life and in determining their destiny with sovereignty over their land.

Article 10—The commando action is the nucleus of the Palestinian popular liberation war, and this requires escalation, protection, and mobilization of all the Palestinian massive and scientific resources which should be organized and deployed in the Palestinian revolution. What is also required is to achieve the merger of the national struggle by all classes of the Palestinian people....

Article 11—The Palestinians shall have three slogans: National Unity, National Mobilization and Liberation.

Article 12—The Arab Palestinian people believe in Arab unity, and in order to participate in its fulfillment, they must preserve their Palestinian personality, seek to assert its presence and resist all plans that may seek to obliterate or weaken it.

Article 13—Arab unity and the liberation of Palestine are two complementary objectives in the sense that one prepares the ground for the fulfillment the other. Arab unity leads to the liberation of Palestine, and the liberation of Palestine leads to Arab unity....

Article 14—The fate of the Arab nation, or even Arab existence itself, dependent on the fate of the Palestine cause. From this attachment between the two spring the effort and pursuit of the Arab nation to liberate Palestine. The Palestinian people shall play the leading role in the fulfillment of this nationalist and sacred aim.

Article 15—The liberation of Palestine from the pan-Arab point of view is a nationalist duty to repel the Zionist-imperialist invasion of the bigger Arab nation

and to liquidate the Zionist presence in Palestine. The full responsibility of this rests on the Arab nation, peoples and governments, and in particular on the Palestinian people. For that, the Arab nation must mobilize all its military, material, spiritual, and human potentials for effectively participating with the Palestinian people in the liberation of Palestine. The Arab nation, especially at this stage of the Palestinian revolution, must fully support and assist the people of Palestine, materially and morally, and to provide them with all the means that would enable them to continue with their leading role in the armed revolution until the liberation of their homeland.

Article 16—The liberation of Palestine, from the spiritual point of view, provides the holy land with an atmosphere of security and peace whereby all the religious sanctities will be protected and religious freedom guaranteed. All people will be allowed to visit their holy places with no discrimination as to color, language, creed, or race. For this reason, the people of Palestine look forward to the support of all the spiritual forces in the world.

Article 17—The liberation of Palestine ... would bring back to the Palestinian his freedom, integrity, and pride. Therefore, the Arab Palestinian people aspire for the support of all those who believe in the dignity and freedom of man. . . .

Article 18—The liberation of Palestine from the international point of view is . . . made imperative by the necessity of self-defense. . . .

Article 19—The partition of Palestine in 1947 and the creation of Israel are both null and void . . . because they were against the will of the Palestinian people and in contradiction with their natural right to their country as well as with the principle of self-determination.

Article 20—Balfour's Declaration, the mandate pact and all their consequences are also null and void. The claim of historic and spiritual connection between the Jews and Palestine contradict with the facts of history as well as with the conditions that would normally make up a State. Since Judaism is a heavenly religion with no independent national entity, the Jews cannot consider themselves as one nation with an independent national personality, but rather citizens in the countries in which they live.

Article 21—The Arab Palestinian people, who express themselves by the armed Palestinian revolution, reject all solutions that may stand as alternatives to the full liberation of Palestine; they also reject all proposals that seek to liquidate the Palestinian cause. . . .

Article 22—Zionism is a political movement, a part of world imperialism, and is against all liberation movements in the world. It is a fanatic racialist movement in its nature, antagonistic and expansionist in its aims, and fascist and Nazi in its means. Israel is a tool for the Zionist movement and a human and geographic base for world imperialism, and a center inside the Arab world for imperialism to counter the Arab nation and prevent it from progress, unity and liberation. Israel is a constant threat to peace in the Middle East as well as in the whole world. Since the liberation of Palestine obliterates Zionism and imperialism in Palestine, and leads to peace in the Middle East, the Palestinian people, therefore,

look forward to the support of all liberals in the world, as well as the support of those who love peace, progress and goodness. They beseech all these elements, regardless of their tendencies and inclinations to assist and support the Palestinians in their just strife for the liberation of their homeland.

Article 23—Peace, security, and justice require of all nations . . . [to] consider the Zionist movement as illegal and to ban it.

Article 24—The Arab Palestinian people believe in the principles of freedom, justice, sovereignty, self-determination, human integrity, and the right of all nations to practice each of them.

Article 25—For the purpose of fulfilling the aims and principles of the Charter, the Palestine Liberation Organization shall undertake its complete role in the liberation of Palestine. . . .

[We omit several articles of the charter expanding on the "complete role in the liberation of Palestine" assigned to the PLO—eds.]

Article 33—This Charter is not to be modified except with a majority of two-thirds of the National Council of the Palestine Liberation Organization in a special session to be convened for that purpose.

# 23. Reaching for Peace: United Nations Security Council Resolutions (1967, 1973)

After the 1967 and 1973 Arab-Israeli wars, the most important UN body, the Security Council, passed resolutions on territories captured in war and how to create "a just and durable peace in the Middle East" (parts a and b, this Reading). Although politicians of many concerned nations refer frequently to these texts, they remain unimplemented.

## A. UN Resolution #242: Withdrawal from Occupied Territory (1967)*

Diplomatic language, an argot all its own, specializes in formalistic ambiguous statements. UN resolutions exemplify this genre, as the texts here reveal. Section 1a of Resolution #242 speaks of "Withdrawal of Israel armed forces from territo-

*The United Nations Security Council adopted Resolution #242 on November 22, 1967, from *Official Records of the Security Council*, twenty-second year.

ries" without the definite article "the" before "territories." The Israelis interpret this to mean "some" but not "all" territories and have claimed they have completely fulfilled their obligations under #242 by returning the Sinai to Egypt. Arabs interpret the same clause as requiring the return of the Golan Heights to Syria and *all* of the West Bank and Gaza to Palestinian control. The 1992 acknowledgment by Israeli Prime Minister Rabin that the "land for peace" formula applied to the Golan Heights, and the Israeli recognition the next year of Palestinian self-government in the West Bank and Gaza (see Reading 25a), indicated the lines of a possible settlement.

Section 2b, no less ambiguous than Section 1a, calls for "a just settlement of the refugee problem," a thorny problem, which the Israelis and Palestinians addressed seriously in 2002 before negotiations broke down and ushered in another period of violence. Eventually the antagonists have no alternative but to return to the benchmark principles of #242 and #338 if they ever hope to avoid the unspeakable outcome of perpetual war.

The Security Council,

Expressing its continuing concern with the grave situation in the Middle East,

Emphasizing further the inadmissibility of the acquisition of territory by war and the need to work for a just and lasting peace in which every State in the area can live in security,

Emphasizing further that all Member States in their acceptance of the Charter of the United Nations have undertaken a commitment to act in accordance with Article 2 of the Charter.

1. Affirms that the fulfilment of Charter principles requires the establishment of a just and lasting peace in the Middle East which should include the application of both the following principles:

a. Withdrawal of Israel armed forces from territories occupied in the recent conflict;

b. Termination of all claims or states of belligerency and respect for and acknowledgement of the sovereignty, territorial integrity and political independence of every State in the area and their right to live in peace within secure and recognized boundaries free from threats or acts of force;

2. Affirms further the necessity

a. For guaranteeing freedom of navigation through international waterways in the area;

b. For achieving a just settlement of the refugee problem;

c. For guaranteeing the territorial inviolability and political independence of every State in the area, through measures including the establishment of demilitarized zones;

3. Requests the Secretary-General to designate a Special Representative to proceed to the Middle East to establish and maintain contacts with the States concerned in order to promote agreement and assist efforts to achieve a

peaceful and accepted settlement in accordance with the provisions and principles in this resolution;

4. Requests the Secretary-General to report to the Security Council on the progress of the efforts of the Special Representative as soon as possible.

## B. UN Resolution #338:
## End the Fighting (1973)*

The Security Council.

1. Calls upon all parties to the present fighting to cease all firing and terminate all military activity immediately, no later than 12 hours after the moment of the adoption of this decision, in the positions they now occupy;

2. Calls upon the parties concerned to start immediately after the cease-fire the implementation of Security Council Resolution 242 (1967) in all of its parts;

3. Decides that, immediately and concurrently with the cease-fire negotiations start between the parties concerned under appropriate auspices aimed at establishing a just and durable peace in the Middle East.

# 24. Transformation
# of Palestinian Politics

The documents in this Reading represent the culmination of a process long at work within the Palestine Liberation Organization (PLO). Starting in the mid-1970s and continuing in the 1980s, the PLO (and the Palestinian National Council) adopted a new pragmatism, which enabled them to move from a policy of advocating warfare against Israel to one of negotiation and accommodation with the Jewish state. This change became evident in the 1988 Palestinian Declaration of Independence, calling for a two-state solution to the Arab-Israeli conflict, which Arafat publicly supported that same year. Some minority components of the PLO, such as the Popular Front for the Liberation of Palestine, rejected the 1988 consensus. Others outside the PLO, including the Islamic radical group *Hamas* (local), also rejected a two-state solution. We present the *Hamas* Charter in part c of this reading. Part b presents the position of those Palestinians who,

*The United Nations Security Council Resolution #338, October 21, 1973, from *Official Records of the Security Council,* twenty-eighth year.

like its author, Hanan Mikhail-Ashrawi, organized and supported the *intifada* (uprising) of 1987–1993.

## A. Yasir Arafat, We Recognize Israel (1988)*

At a special session of the United Nations General Assembly convened at the end of 1988 in Geneva, Switzerland, Arafat recognized Israel's right to exist alongside a Palestinian state. The day after the special session took place he clarified the Palestinian position in a press conference, extracts from which we present in this reading. Soon after Arafat's appearance in Geneva, President Ronald Reagan (1911–   ) reversed the United States policy of boycotting the PLO and announced that the United States would hold talks with representatives from that organization.

Let me highlight my views before you. Our desire for peace is a strategy and not an interim tactic. We are bent on peace come what may. . . . Our statehood provides salvation to the Palestinians and peace to both Palestinians and Israelis.

Self-determination means survival for the Palestinians and our survival does not destroy the survival of the Israelis, as their rulers claim. Yesterday in my speech I made reference to the United Nations Resolution 181 [on the partition of Palestine, see Reading 21a] as the basis for Palestinian independence. I also made reference to our acceptance of resolutions 242 and 338 [see Reading 23] as the basis for negotiations with Israel within the framework of the international conference. These three resolutions were endorsed by our Palestinian National Council session in Algiers.

In my speech also yesterday, it was clear that we mean our people's rights to freedom and national independence, according to Resolution 181 and the right of all parties concerned in the Middle East conflict to exist in peace and security.

As for terrorism, I announced it yesterday in no uncertain terms, and yet I repeat for the record . . . that we totally and absolutely renounce all forms of terrorism, including individual, group, and state terrorism.

Between Geneva and Algiers, we have made our position crystal clear. Any more talk such as "The Palestinians should give more"—"you remember this slogan" or "It is not enough" or "The Palestinians are engaging in propaganda games and public relations exercises" will be damaging and counterproductive.

Enough is enough. . . . All remaining matters should be discussed around the table and within the international conference.

Let it be absolutely clear that neither Arafat, nor any [one else] for that matter,

can stop the *intifada*, the uprising. The *intifada* will come to an end only when practical and tangible steps have been taken toward the achievement of our national aims and establishment of our independent Palestinian state.

In this context, I expect the EEC [European Economic Community] to play a more effective role in promoting peace in our region. They have a political responsibility, they have a moral responsibility, and they can deal with it.

Finally, I declare before you and I ask you to kindly quote me on that: We want peace. . . . We are committed to peace. We want to live in our Palestinian state, and let live. Thank you.

## B. Hanan Mikhail-Ashrawi,
## The Meaning of the *Intifada* (1989)*

The first *intifada*, a dramatic uprising of Palestinians in the West Bank and Gaza, began in 1987. It marked a major turning point in the region. By its end in the early 1990s, most of the world community accepted the inevitability and the desirability of an independent Palestinian state.

Marginalized by the earlier Egyptian-Israeli Camp David peace treaty and the conflicts in Lebanon, the PLO, its leadership exiled to Tunisia, could not respond directly or openly to the new crisis. Thus, the initiative passed to grassroots Palestinian organizations in the occupied territories, where spontaneous forms of resistance appeared. Ashrawi (1946–   ), a prominent leader of the *intifada*, describes in this Reading the way in which Palestinian civil society mobilized the personnel for this new struggle and the range of activities it encompassed. She also sets forth Palestinian aims—to seek full independence rather than mere improvement in the conditions of Israeli occupation. We have omitted some of Ashrawi's discussions of Palestinian demands, but the failure to achieve them in the 1987–1993 period explains much of the ferocity of the second *intifada* (see Reading 26c), begun in 2000.

At the time she published this report, Ashrawi had served as Dean of Arts and Sciences and taught English at Bir Zeit University on the West Bank. A Christian Arab, she had attended the American University of Beirut before moving to the United States where she received her Ph.D. in medieval and comparative literature from the University of Virginia. She served as the official spokesperson for Palestinian delegations attending peace negotiations from 1991 to 1993, headed a Palestinian human rights organization, and won a seat on the Legislative Council for Jerusalem before joining the Palestinian Authority as minister of higher education and research (1996–98). In 2001 she became spokesperson for the Arab League, with special responsibility for Palestinians. Her autobiography, *This Side*

*of Peace: A Personal Account* (1995), provides a vivid picture of Palestinian aspirations. She is a signatory of the 2002 appeal by Palestinians to stop suicide bombings (see Reading 26e).

As Palestinians under occupation, it is not only our right but our duty to resist occupation and oppression. We must dispel all illusions of improving the "quality of life" of Palestinians under occupation as inherently unrealistic and in direct contradiction to the aspirations of the Palestinians and the objectives of the *intifada*. There can be no "quality" to life under occupation beyond the quality of resistance to occupation and rejection of all its manifestations, including the unnatural reality of its premises of subjugation and its system of exploitation and inequity. The "quality" argument is just another attempt to "sugar-coat" the occupation for both world consumption . . . and for local consumption as the means of making an abhorrent situation of oppression palatable to the oppressed.

Both rationalizations suffer from political and moral blindness and must be exposed as subversive.

The *intifada* nullifies and exposes all proposals for "autonomy" as insufficient. The Palestinians under occupation have already taken major steps towards creating their own autonomy. The *intifada*, through a conscious effort of will, has created alternative and indigenous structures to replace those imposed by the Israeli military occupation. The newly created infrastructure is statehood at its seminal stages, established in direct defiance to the occupation and as a clear response to the patronizing tactical smokescreen called "autonomy."

The third illusion exposed by the *intifada* is the arrogance and deception implicit in the "Jordanian option" argument. The consistent historical assertion of Palestinians everywhere and the underlying premise of the *intifada* remains the recognition of Palestinian nationhood. As a precondition of statehood, the Jordanian connection is implicitly condescending and premature. The Palestinians are neither an appendage to another state, nor are they so deficient as to require artificial adoption by more responsible and mature parties. It boggles the mind that an infantile state must, even before its establishment, work out the minute details of future alliances and dependencies. Independence is the essence of statehood and cannot be compromised.

What is the *intifada* and what are its unique characteristics? The *intifada* is a simultaneously active statement of rejection and affirmation, an unequivocal rejection of the Israeli occupation . . . and the affirmation of the inalienable rights of the Palestinian people including our right of freedom, self-determination, and statehood. The *intifada* is the coming of age of the Palestinians in the Occupied Territories, a culmination of a gradual process of organization and resistance which has taken the form of a spontaneous eruption, an upheaval that has shaken the very foundations of the occupation and brought into question all the compliant assumptions which underlie its short-sighted policies and expansionist dreams.

The uprising's truly democratic and revolutionary nature has been clearly demonstrated. . . . Comprehensive and deep-rooted, the *intifada* emanates from the grass roots and cuts across all lines such as region, sex, religion, and political/factional affiliation. The uprising unifies all classes and sectors of society in an active pursuit of clear objectives and goals. Its popular mass-struggle character succeeds in creating a two-way system of communication, whereby the Unified National Leadership [UNL] role is not solely to lead, but to articulate the demands and different modes of struggle which the masses seek and sustain. The effectiveness of the leadership lies in its truly popular support, its openness to the needs of the population, and its underground character.

The core of the message of the *intifada* is the Palestinian right to self-determination, including the right to choose their own representatives . . . [in] an independent Palestinian state; and the protection of diaspora Palestinians' right of return. Neither new nor outrageous, Palestinians continue to express these ideas in various forms and at different times, but to deaf ears. By adding another dimension to that of verbal discussion, the *intifada* seeks to make our demands visible and tangible.

## C. Charter of the Islamic Resistance Movement of Palestine (*Hamas*) (1988)*

By the late 1980s weakened secular nationalist movements in the Middle East shared the political spotlight with such militant Islamic movements as *Hamas* (zeal), whose 1988 Charter appears here. Such new movements modeled themselves on the Egyptian Muslim Brotherhood, of which *Hamas* considers itself the Palestinian branch. Only their respective leaders know whether organic links exist between these groups, or if *Hamas* merely claims ancestry from one of the oldest militant movements in the region to give it greater legitimacy. Originally established with Israel's acquiescence in order to sow divisions among the Palestinian population, *Hamas* only later became recognized for its intractable opposition to the very existence of Israel, whose government then turned against it.

In the Charter we see several contrasts between *Hamas* and the Palestine Liberation Organization (PLO). First, the PLO adheres to a secular program and welcomes both Christian and Muslim Palestinians in its organization, whereas *Hamas* has an explicitly Muslim religious orientation. *Hamas* also advocates total rejection of Israel and of all peace negotiations with it. The PLO accepts in principle the formula of "land for peace" to resolve the conflict, while *Hamas* wants to defeat the Israeli state by means of suicide bombings and other terrorist actions. Its Charter

*From Charter of the Islamic Resistance Movement of Palestine (1988), translated from the Arabic by Muhammad Maqdsi for the Islamic Association for Palestine, Dallas, Texas. Published in *Journal of Palestine Studies*, vol. 22, no. 4 (Summer, 1993), pp. 122–34. Abridged and rearranged. American spelling adopted. Notes removed and bracketed material added by the editors. By permission.

approvingly cites *The Protocols of the Elders of Zion* [forged by the Czarist Russian secret police and first released in 1905], which purported to report the proceedings of a conference of Jews in nineteenth-century Europe to plan the overthrow of other religions and take over the world. The hunger for the impasse between Israel and the Palestinians continues and violence intensifies, the greater becomes the appeal of extremism on both sides of the Muslim-Jewish divide.

## Goals and Structure

The Islamic Resistance Movement [Hamas] is a branch of the Muslim Brotherhood chapter in Palestine. ... It gives its loyalty to Allah, adopts Islam as a system of life, and works toward raising the banner of Allah on every inch of Palestine. Therefore, in the shadow of Islam, it is possible for all followers of different religions to live in peace and with security over their person, property, and rights. In the absence of Islam, discord takes form, oppression and destruction are rampant, and wars and battles take place. ...

The Islamic Resistance Movement evolved in a time wh[en] ... [v]alues have deteriorated, the plague of the evil folk and oppression and darkness have become rampant, cowards have become ferocious. ... The goal of the Islamic Resistance Movement therefore is to conquer evil, break its will, and annihilate it so that truth may prevail, so that the country may return to its rightful place, and ... proclaim ... the Islamic state. And aid is sought from Allah. ...

## Jihad and Nationalism

Nationalism, from the point of view of the Islamic Resistance Movement, is part and parcel of religious ideology. There is not a higher peak in nationalism or depth in devotion than *jihad* when an enemy lands on the Muslim territories. Fighting the enemy becomes the individual obligation of every Muslim man and woman. ...

As far as the ideology of the Islamic Resistance Movement is concerned, giving up any part of Palestine is like giving up part of its religion. ... [Peace] conferences are nothing but a form of enforcing the rule of the unbelievers in the land of Muslims. ...

There is no solution to the Palestinian Problem except by *jihad*. The initiatives, options, and international conferences are a waste of time and a kind of child's play. ... When an enemy occupies some of the Muslim lands, *jihad* becomes obligatory for every Muslim. In the struggle against the Jewish occupation of Palestine, the banner of *jihad* must be raised. That requires that Islamic education be passed to the masses ... in the Arab, ... and ... Islamic [world], and that the spirit of *jihad* must be broadcast among the *Umma*. ... Fundamental changes must be brought about in the education system to liberate it from the effects of the Ideological Invasion brought about at the hands of the Orientalists and Missionaries. ...

*jihad* is not only carrying weapons and confronting the enemy. The good word, excellent article, beneficial book, aid, and support, if intentions are pure, so that the banner of Allah is the most-high, is a *jihad* for the sake of Allah. ...

## Tasks of Muslim Women

The Muslim woman has a role in the battle for the liberation which is no less than the role of the man, for she is the factory of men. Her role in directing generations and training them is a big role. The enemies have realized her role; they think that if they are able to direct her and raise her the way they want, far from Islam, then they have won the battle. You'll find that they use continuous spending through mass media and the motion picture industry.

The women in the house of the *Mujahid* [a person who embarks on *jihad*] (and the striving family), be she a mother or sister, has the most important role in taking care of the home and raising children of ethical character and understanding that comes from Islam, and of training her children to perform the religious obligations to prepare them for the *jihadic* role that awaits them. From this perspective it is necessary to take care of schools and the curricula that educate the Muslim girl to become a righteous mother aware of her role in the battle of liberation. ...

## The Zionist Enemy

Our enemy [Zionism] uses the method of collective punishment, robbing people of their land and property, and chasing them in their migration and places of gathering. They purposely break (bodily) bones, fire (like ammunition directly) at women, children, elders (sometimes) with a reason or without a reason, create concentration camps to place thousands (of people) in inhuman conditions, not to mention the demolition of homes, orphaning of children, and issuance of tyrannical laws on thousands of youth so they spent their best years in the obscurity of prisons. ...

The enemy planned long ago and perfected their plan so that they can achieve what they want to achieve. ... [T]hey worked on gathering huge and effective amounts of wealth to achieve their goal. With wealth they controlled the international mass media—news services, newspapers, printing presses, broadcast stations, and more. With money they ignited revolutions in all parts of the world to realize their benefits and reap the fruits of them. They are behind the French Revolution, the Communist Revolution, and most of the revolutions ... which we have heard of. ... With wealth they formed secret organizations throughout the world to destroy societies and promote the Zionist cause; these organizations include the freemasons, the Rotary and Lions clubs, and others. These are all destructive intelligence-gathering organizations. With wealth they controlled imperialistic nations and pushed them to occupy many nations to ex-

haust their natural resources and spread mischief in them.... They are behind the First World War in which they destroyed the Islamic *Caliphate* and gained material profit, monopolized raw wealth, and got the Balfour Declaration [see Reading 19a]. They created the League of Nations so they could control the world through that organization. They are behind the Second World War where they grossed huge profits from their trade of war materials, and set down the foundations to establish their nation by forming the United Nations.

There is not a war that goes on here or there in which their fingers are not playing behind.... Today it is Palestine and tomorrow it will be another country, and then another; the Zionist plan has no bounds, and after Palestine they wish to expand from the Nile River to the Euphrates. When they totally occupy it they will look towards another, and such is their plan in the Protocols of the Learned Elders of Zion....

So the imperialist powers in the Capitalist West and Communist East support the enemy with all their might—material and human—and they change roles. When Islam is manifest, the unbelievers' powers unite against it because the Nation of the unbelievers is one.

*Other Islamic Movements*

The Islamic Resistance Movement regards the other Islamic Movements with respect and honor even if it disagrees with them on an issue or viewpoint.... All nationalist elements working in the arena for the sake of liberating Palestine should be assured that it is a helper and supporter and will never be anything but that....

The Palestine Liberation Organization is closest of the close to the Islamic Resistance Movement, in that it is the father, the brother, the relative, or friend; and does the Muslim offend his father, brother, relative, or friend? Our nation is one, [our] plight is one, [our] destiny, and our enemy is the same.... [We must coordinate] ... work and action, past and present, by uniting, not dividing, repairing, not destroying, valuing benign advice, pure effort, and powerful actions, closing the door in the face of petty disputes, not listening to rumors and defamations while realizing the right of self-defense. Everything that contradicts these guidelines is fabricated from the enemy, or those who tread in their footsteps, to achieve chaos, cleavage of ranks, and entanglement in side issues....

[C]haotic ideologies ... overwhelm the Arab world due to the ideological invasion that befell the Arab world since the defeat of the Crusades and the ongoing consolidation of orientation, missionary work, and imperialism. The organization (PLO) adopted the idea of a secular state, and as such we considered it.

Secularist ideology is in total contradiction to religious ideologies, and it is upon ideology that positions, actions, and decisions are made. From here, with our respect for the Palestine Liberation Organization and what it might become, and not underestimating its role in the Arab-Israeli struggle, we cannot exchange the current and future of Islam in Palestine to adopt the secular ideology be-

cause the Islamic nature of the Palestinian issue is part and parcel of our *din* [religion] and whosoever neglects part of his *din* is surely lost.

When the Palestine Liberation Organization adopts Islam as its system of life, we will be its soldiers and the firewood of its fire which will burn the enemies....

*Jihad Against the Zionist Enemy*

The Zionist invasion is a vicious attack that does not have piety ... [and uses] all methods low and despicable to fulfill its obligations.... Zionists are behind the drug and alcohol trade because of their ability to facilitate the ease of control and expansion. The Arab countries surrounding Israel are requested to open their borders for the *Mujahidin* [Islamic fighters] of the Arab and Islamic countries so they can take their role and join their efforts with their Muslim brothers of Palestine. As for the other Arabic and Islamic countries, they are asked to ease the movement of *Mujahidin* from it and to it—that is the least they could do.

World Zionism and Imperialist powers try with audacious maneuvers and well formulated plans to extract the Arab nations one by one from the struggle with Zionism, so in the end it can deal singularly with the Palestinian people. It already has removed Egypt far away from the circle of struggle with the treason of "Camp David," and it is trying to extract other countries by using similar treaties in order to remove them from the circle of struggle. The Islamic Resistance Movement calls upon the Arab and Islamic people to work seriously and construc- tively in order to not allow that horrible plan to be carried out ... and to edu- cate the masses of the dangers of withdrawal from the struggle with Zionism.

# 25. The Peace Process

One of the intractable problems in the Middle East has centered on who would control the territory of old mandate Palestine. Various attempts to resolve this conflict have met with only partial success during the post-1991 peace pro- cess and a final resolution still remains elusive. As the Cold War came to an end, and following the Gulf War in 1991, the protagonists, with prodding from the United States and at first the Soviet Union, then the Russian Federation, began the negotiating process that led to the signing of the Oslo Accords presented in part a of this reading. Soon thereafter Yitzhak Rabin delivered the speech in part b to the Israeli *Knesset*, which spelled out why he sought peace with the Palestin- ians. After Rabin's assassination in 1995 and an interlude of a *Likud* government, Labor Prime Minister Ehud Barak and Chairman Arafat accepted a call to meet to iron out differences from lame-duck President Bill Clinton at Camp David. When those negotiations failed, they followed them with a Palestinian-Israeli meeting in 2001 at Taba on the Egyptian border, a partial summary of which appears in part c.

## A. Principles of a Peace Agreement—Oslo, Norway (1993)*

Calling for negotiations on the basis of earlier UN Resolutions #242 and #338 (see Reading 25), the United States and the U.S.S.R. issued an invitation in 1991 to the parties in the Arab-Israeli conflict to attend a peace conference in Madrid, which produced few tangible results. But the conference did pave the way for a series of secret meetings in Norway held between high-level representatives from the PLO and Israel, which resulted in this agreement, signed at the White House.

The Oslo Accords, while welcomed by many Israelis and Palestinians, have produced vociferous criticism. Prominent critics include Palestinian professor Edward W. Said, Universe Professor at Columbia University in New York City, who has rejected the accords because, he argues, they have produced nothing more than "Bantustans," apartheid-type communities similar to those once existing in South Africa (see his contribution to this book, Reading 36b). The Palestinian group *Hamas* (see Reading 24c) rejects any negotiated settlement with Israel, and Jewish settlers living on the West Bank and some members of the ruling *Likud* bloc have voiced unwillingness to give back any territories that once belonged to the biblical Kingdom of Israel. Procrastination in implementing these accords contributed to the second Palestinian *intifada*, and the increased violence between Palestinians and Israelis since September 2000 has called into question the entire Oslo peace process.

The aim of the Israeli-Palestinian negotiations within the current Middle East peace process is, among other things, to establish a Palestinian Interim Self-Government Authority, the elected [Legislative] Council (the "Council"), for the Palestinian people in the West Bank and the Gaza Strip, for a transitional period not exceeding five years, leading to a permanent settlement based on Security Council Resolutions 242 and 338 [see Reading 23]. It is understood that the interim arrangements are an integral part of the whole peace process and that the negotiations on the permanent status will lead to the implementation of Security Council Resolutions 242 and 338.

### Elections

1. In order that the Palestinian people in the West Bank and Gaza Strip may govern themselves according to democratic principles, direct, free and general political elections will be held for the Council under agreed supervision and

*From the Oslo Accords, September 13, 1993, at www.mideast.org.

international observation, while the Palestinian police will ensure public order.... These elections will constitute a significant interim preparatory step toward the realization of the legitimate rights of the Palestinian people....

Jurisdiction of the Council will cover West Bank and Gaza Strip territory, except for issues that will be negotiated in the permanent status negotiations. The two sides view the West Bank and the Gaza Strip as a single territorial unit, whose integrity will be preserved during the interim period.

### Transitional Period and Permanent Status Negotiations

1. The five-year transitional period will begin upon the withdrawal from the Gaza Strip and Jericho area.
2. Permanent status negotiations will commence as soon as possible, but not later than the beginning of the third year of the interim period, between the Government of Israel and the Palestinian people representatives.
3. It is understood that these negotiations shall cover remaining issues, including: Jerusalem, refugees, settlements, security arrangements, borders, relations and cooperation with other neighbors, and other issues of common interest....

### Preparatory Transfer of Powers and Responsibilities

1. Upon the entry into force of this Declaration of Principles and the withdrawal from the Gaza Strip and the Jericho area, a transfer of authority from the Israeli military government and its Civil Administration to the authorized Palestinians ... will commence. This transfer of authority will be of a preparatory nature until the inauguration of the Council.
2. Immediately after the entry into force of this Declaration of Principles and the withdrawal from the Gaza Strip and Jericho area, with the view to promoting economic development in the West Bank and Gaza Strip, authority will be transferred to the Palestinians on the following spheres: education and culture, health, social welfare, direct taxation, and tourism. The Palestinian side will commence in building the Palestinian police force, as agreed upon....

### Public Order and Security

In order to guarantee public order and internal security ... the Council will establish a strong police force, while Israel will continue to carry the responsibility for defending against external threats, as well as the responsibility for overall security of Israelis for the purpose of safeguarding their internal security and public order....

## Redeployment of Israeli Forces

1. After the entry into force of this Declaration of Principles, and not later than the eve of elections for the Council, a redeployment of Israeli military forces in the West Bank and the Gaza Strip will take place, in addition to withdrawal of Israeli forces....

3. Further redeployments to specified locations will be gradually implemented commensurate with the assumption of responsibility for public order and internal security by the Palestinian police force....

### Annex

It is understood that, subsequent to the Israeli withdrawal, Israel will continue to be responsible for external security, and for internal security and public order of settlements and Israelis. Israeli military forces and civilians may continue to use roads freely within the Gaza Strip and the Jericho area.

## B. Yitzhak Rabin, The Price of Occupation (1994)*

A soldier all of his adult life, and a war hero as well, Yitzhak Rabin reveals in this reading the complexities of Israeli politics and the contradictions within a military man who sought peace. In this blunt speech to the Israeli *knesset* he laid out reasons why he thought the time had come to end the conflict between Jews and Palestinians.

Rabin joined the elite *Palmach* brigade of the *Haganah* Jewish military during teen years after commanding one of the important brigades of the Israeli Army in 1948, he became military chief of staff. In that role he commanded the IDF (Israel Defense Forces) victory over Arab states in 1967, after which he became Israeli ambassador to Washington. From 1974 through 1977 he served as prime minister, gaining a reputation as a hardliner. Later he again served as prime minister, bringing his government into the Oslo peace process.

For achieving this agreement (this Reading, part a), Rabin, along with Yasir Arafat and Israel's foreign minister Shimon Peres, received the Nobel Peace Prize. After making peace with Jordan, he reached a further agreement with the Palestinians in October 1995, which projected Israeli withdrawal from seven additional Palestinian towns on the West Bank. He also called for holding elections for a Palestinian Legislative Council, which took place on January 20, 1996, when Arafat was elected president of the Palestinian Authority. Rabin's assassination by an Israeli fanatic occurred just after a November 1995 peace rally in Tel Aviv.

---

*From Prime Minister Yitzhak Rabin's speech to Israel's *Knesset*, April 18, 1994. On Israeli Minister of Foreign Affairs website: www.mfa.il mfa home.asp. Hebrew and Arabic words italicized.

I want to tell the truth. For 27 years, we have controlled another people that does not want our rule.... [T]he Palestinians who now number 1,800,000 have risen every morning with a burning hatred for us, as Israelis and as Jews. Every morning, they awaken to a hard life and it is partly our fault but not completely. It cannot be denied: the continued rule over a foreign people who does not want us has a price. There is first of all a painful price, the price of constant confrontation between us and them.

For six and a half years, we have witnessed a popular Palestinian uprising against our rule, the *intifada*. They are trying, through violence and terrorism, to harm us, to cause us casualties and to break our spirit.... Since the beginning of the uprising, 219 Israelis have been killed.... A heavy price.... [T]he Israelis wounded amounted to 7,872.

1,045 Palestinians have been killed by IDF and security forces, 69 have been killed by Israeli civilians. 922 Palestinians have been killed by their own people. 99 have been killed in unknown circumstances. 21 have blown themselves up ... handling explosives. A total of 2,156.... [The IDF estimate] that at least 25,000 [Palestinians] have been wounded. Between 120,000 and 140,000 have been detained and imprisoned. These are the figures of the confrontation of the past six and a half years.

What are the options which face us after 27 years of ruling ... an entity which is different from ourselves religiously, politically, nationally: another people? The first is to leave the situation as it is, to make proposals that do not have and never had a partner and there can be no agreement without a partner. To try and perpetuate the rule over another people, to continue on a course of never-ending violence and terrorism ... will bring about a political impasse. All the Governments of Israel certainly since the [October 1973] Yom Kippur War have understood the danger inherent in such an impasse. Accordingly, all the governments have sought the second option. The second option is to try and find a political solution initially through agreements on the separation of forces.

## C. The Taba Negotiations (2001)*

Six years after Yitzhak Rabin called for "a political solution" of the Palestinian/Israeli conflict, hasty discussions took place in the context of escalating violence. These negotiations, held at a town on the Israeli-Egyptian border, never resulted in an agreement, much less a revival of the peace process. Nor does a complete, authoritative text of the negotiations exist. Since Israeli and Palestinian negotiators came close to an agreement at Taba, we have tried to assemble

---

*From www.mideast.org website of the Middle East Web. Bracketed material added by the editors. By permission.

as accurate an account as we could of the Taba negotiations. We present first the official joint statement from the Israeli and Palestinian delegations, which lays out the agenda and indicates the mood of the negotiators. Second, we offer the maximalist Palestinian position on the refugee question; thirdly, we present the Israeli responses.

The positions at Taba were probably closer than the unofficial texts suggest. The Israeli side seemed willing to acknowledge some responsibility for the refugee problem, and reportedly agreed to allow some 100,000 refugees into Israel to reunite divided families. The rest would receive compensation from a fund to be established with the help of the international community. Arafat appeared willing to go along with this compromise. Discussions also proceeded on the status of East Jerusalem. These texts come from the Middle East Web website, established in Israel by Jewish and Palestinian peace advocates, who have reproduced the extracts from articles that appeared in the *Jerusalem Post* on January 28, 2001, and from the Paris daily newspaper *Le Monde* at the end of the summer of the same year.

### I. Israeli-Palestinian Joint Statement (January 27, 2001)

The Israeli and Palestinian delegations [could not] ... reach understandings on all issues, despite the substantial progress that was achieved in each of the issues discussed. The sides declare that they have never been closer to reaching an agreement and it is thus our shared belief that the remaining gaps could be bridged with the resumption of negotiations following the Israeli elections.

The two sides take upon themselves to return to normalcy and to establish [a] security situation on the ground. ...

The negotiation teams discussed four main themes: refugees, security, borders and Jerusalem, with a goal to reach a permanent agreement that will bring an end to the conflict between them and provide peace to both people. [In] light of the significant progress in narrowing differences the two sides are convinced that in a short period of time and given an intensive effort and the acknowledgment of the essential and urgent nature of reaching an agreement, it will be possible to bridge the differences remaining and attain a permanent settlement of peace between them. ...

### II. The Palestinian Proposals on Refugees Presented at Taba ... (January 22, 2001)

1. The Parties recognize that a just resolution of the refugee problem is necessary for achieving a just, comprehensive and lasting peace. ...

2. Israel recognizes its moral and legal responsibility for the forced displacement and dispossession of the Palestinian civilian population during the 1948 war and for preventing the refugees from returning to their homes in accordance with United Nations General Assembly Resolution 194 [see Reading 21b].

3. Israel shall bear responsibility for the resolution of the refugee problem. ...

4. A just settlement of the refugee problem, in accordance with United Nations Security Council Resolution 242 [see Reading 23a], must lead to the implementation of United Nations General Assembly Resolution 194. ...

5. a. In accordance with United Nations General Assembly Resolution 194, all refugees who wish to return to their homes in Israel and live at peace with their neighbors have the right to do so. ...

6. a. A Palestinian refugee is any Palestinian who was prevented from returning to his or her home after November 29, 1947.

b. Without limiting the generality of the term "refugee," a "refugee" in the Agreement shall include a refugee's descendants and spouse.

c. [A]ll registered persons with UNRWA [United Nations Relief and Work Agency for Palestine Refugees] shall be considered refugees in accordance with this Article. ...

[We omit procedural details of the operation of the projected Repatriation Commission—eds.]

9. The Commission shall be composed of representatives from the United Nations, the United States, the Parties, UNRWA, the Arab host countries, the EU, and Canada. The Commission shall consult the governments of the Arab host countries as it may deem it necessary. ...

14. Refugees shall have the right to appeal decisions rendered by the Commission. ...

[We omit the projected appeals procedure—eds.]

15. All refugees who currently reside in Lebanon and choose to exercise their right of return in accordance with this Article shall be enabled to return to Israel within two years of the signing of this Agreement.

16. Without prejudice to the right of every refugee to return to Israel, and in addition to refugees returning pursuant to Paragraph 15 above, a minimum of [number left blank] refugees will be allowed to return to Israel annually. ...

19. Repatriation should be based on an individual voluntary decision, and should be carried out in a way that maintains the family unit.

20. The refugees should be provided with information necessary for them to make an informed decision with regard to all aspects of repatriation.

21. The refugees should not be compelled to remain in or move to situations of danger or insecurity, or to areas lacking in the basic infrastructure necessary to resume a normal life.

22. The refugees shall be permitted to return in safety, without risk of harassment, intimidation, persecution, or discrimination, particularly on account of their national origin, religious belief, or political opinion. ...

### Legal Status of Returning Refugees

25. Returning refugees should enjoy full civil and social rights and should be protected against discrimination, particularly in employment, education and the right to own property.

26. The returning refugees shall assume Israeli citizenship. This shall end his or her status as a refugee.

27. Real property [land and homes] owned by a returning refugee at the time of his or her displacement shall be restored to the refugee or his or her lawful successors.

28. In case where, according to criteria determined by the Repatriation Commission, it is impossible, impracticable or inequitable to restore the property to its refugee owner, the refugee shall be restituted in-kind with property within Israel, equal in size and/or value to the land and other property that they lost. . . .

30. The State of Israel shall compensate refugees for the property from which they were deprived as a result of their displacement, including, but not limited to, destroyed property and property placed under the custodianship of the Custodian for Absentees' Property. Compensation should cover loss of property and loss of use and profit from the date of dispossession to the current day expressed in today's value.

31. The State of Israel shall also compensate refugees for suffering and losses incurred as a result of the refugee's physical displacement.

32. Refugees shall, as the case may be, receive repatriation assistance, in order to help them resettle in their places of origin, or rehabilitation assistance, in order to be rehabilitated in the place of their future residence.

Funds for Repatriation Assistance and Rehabilitation Assistance should come from the International Fund described below.

33. The rights of return and compensation are independent and cumulative. A refugee's exercise of his or her right of return to Israel shall not prejudice his or her right to receive compensation pursuant to Paragraph 30, nor shall a refugee's receipt of compensation prejudice his or her right of return in accordance with this Article.

34. Unless property is collectively owned, material (and non-material) compensation should be awarded on an individual basis. . . .

37. Additional funds from the International Fund referenced below may be used to supplement Israeli funds for compensation purposes.

38. The State of Israel shall pay compensation to the state of Palestine for the Palestinian communal property existing within the internationally recognized borders of the State of Israel.

39. The communal property referenced in Paragraph 38 of this Article shall include real property as well as financial and other movable property. . . .

[We omit clauses dealing with compensation to countries who hosted the refugees—eds.]

54. The World Bank and the United Nations shall be Joint-Secretariat for the [compensation] Fund. The Secretariat shall be based at the World Bank.

55. The Steering Committee shall ask the World Bank to establish multilateral funding instruments to ensure that each aspect of this Agreement requiring financial assistance has corresponding instruments available to donors wishing to make use of multilateral mechanisms.

56. The World Bank shall have overall responsibility for ensuring that these funds are managed according to international standards of accounting and transparency. . . .

60. The full implementation of this Article shall constitute a complete resolution of the refugee problem and shall end all claims emanating from that problem.

61. The right of each refugee in accordance with United Nations General Assembly Resolution 194 shall not be prejudiced until the refugee has exercised his right of return and received compensation under this Article or until the refugee has, based on his voluntary choice, received compensation and settled somewhere else.

### III.  The Israeli Response on Palestinian Refugees (January 23, 2001) . . .

1. The issue of the Palestinian refugees is central to Israeli-Palestinian relations. Its comprehensive and just resolution is essential to creating a lasting and morally scrupulous peace. . . .

2. The State of Israel solemnly expresses its sorrow for the tragedy of the Palestinian refugees, their suffering and losses, and will be an active partner in ending this terrible chapter that was opened 53 years ago, contributing its part to the attainment of a comprehensive and fair solution to the Palestinian refugee problem.

3. For all those parties directly or indirectly responsible for the creation of the status of Palestinian refugeeism, as well as those for whom a just and sustainable peace in the region is an imperative, it is incumbent to take upon themselves responsibility to assist in resolving the Palestinian refugee problem of 1948.

4. Despite accepting the UNGAR [United Nations General Assembly Resolution] 181 of November 1947 [see Reading 21a], the emergent State of Israel became embroiled in the war and bloodshed of 1948–49, that led to victims and suffering on both sides, including the displacement and dispossession of the Palestinian civilian population who became refugees. These refugees spent decades without dignity, citizenship and property ever since.

5. Consequently, the solution to the refugee issue must address the needs and aspirations of the refugees, while accounting for the realities since the 1948–49 war. Thus, the wish to return shall be implemented in a manner consistent with the existence of the State of Israel as the homeland for Jewish people, and the establishment of the State of Palestine as the homeland of the Palestinian people. . . .

7. Since 1948, the Palestinian yearning has been enshrined in the twin principles of the "Right of Return" and the establishment of an independent Palestinian State. . . . The realization of the aspirations of the Palestinian people, as recognized in this agreement, includes the exercise of their right to self-determination and a comprehensive and just solution for the Palestinian refugees, based on UNGAR 194 [see Reading 21b], providing for their return and guaranteeing the future welfare and well-being of the refugees. . . .

8. Regarding return, repatriation and relocation, each refugee may apply to one of the following programs, thus fulfilling the relevant clause of UNGAR 194:

a. To Israel—capped to an agreed limit of [number left blank] refugees, and with priority being accorded to those Palestinian refugees currently resident in Lebanon. The State of Israel notes its moral commitment to the swift resolution of the plight of the refugee population of the Sabra and Shatila camps.

b. To Israeli swapped territory. For this purpose, the infrastructure shall be prepared for the absorption of refugees in the sovereign areas of the State of Israel that shall be turned over to Palestinian sovereignty in the context of an overall development program.

c. To the State of Palestine: the Palestinian refugees may exercise their return in an unrestricted manner to the State of Palestine, as the homeland of the Palestinian people, in accordance with its sovereign laws and legislation. . . .

d. Rehabilitation within existing Host Countries. Where this option is exercised the rehabilitation shall be immediate and extensive.

e. Relocation to third countries: voluntary relocation to third countries expressing the willingness and capacity to absorb Palestinian refugees.

### *Definition of a Refugee . . .*

[We again omit details on compensation of refugees and host countries—eds.]

Former Jewish refugees

15. Although the issue of compensation to former Jewish refugees from Arab countries is not part of the bilateral Israeli-Palestinian agreement, in recognition of their suffering and losses, the Parties pledge to cooperate in pursuing an equitable and just resolution to the issue.

### *End of claims*

16. The Parties agree that the above constitutes a complete and final implementation of Article 11 of UNGAR 194 of 11th December 1948, and consider the implementation of the agreed programs and measures as detailed above constitute a full, final and irrevocable settlement of the Palestinian refugee issue in all its dimensions. No additional claims or demands arising from this issue shall be made by either Party. With the implementation of these articles there shall be no [additional] individuals qualified for the status of a Palestinian Refugee.

# 26. Impasse and New *Intifada*

From the momentum of the peace process (see Reading 25) we pass to the grim mood of impasse, expressed here in two texts we have chosen from a vast literature on the many impediments to peace. Elsewhere in this part of the book (Reading 24c) we presented the position of the Islamic radical movement *Hamas*, which not only called for all-out war against the Zionists and their supporters but began suicide bombings in Israel, something other Palestinian groups have apparently imitated. On the Israeli side, right-wing settlers have carried out deadly attacks on Palestinians, and even on a peace-seeking Jewish prime minister (see this reading, part a). Part b consists of an article by Israeli hard-liner Ariel Sharon written just before his election as prime minister. In it Sharon bluntly restates his, and the *Likud* Party's, determination to retain effective Israeli sovereignty over the occupied territories, probably a formula for perpetual war.

Other sections of this reading give a range of Palestinian and Arab conviction: a PLO leader explains why violent struggle is necessary (part c); a group of Palestinian intellectuals publicly oppose suicide bombings of Israeli civilians (part e), and in part d the Arab League backs a new Saudi peace initiative. This reading ends with President Bush's call for the ouster of Yasir Arafat as PLO leader (part f).

## A. King Husayn I of Jordan, Eulogy of Yitzhak Rabin: (1995)*

In this eulogy, King Husayn (1935–1999), speaking before his slain friend's widow, refers to the blow against peace struck by Yitzhak Rabin's assassin. Husayn and Rabin had collaborated in the last years of their lives in efforts to end the stalemate that blocked a peace settlement of the Arab-Israeli conflict. In that process the two leaders became friends, as this eulogy reveals.

My sister, Mrs. Leah Rabin, my friends, I had never thought that the moment would come like this when I would grieve the loss of a brother, a colleague and a friend—a man, a soldier who met us on the opposite side of a divide whom we respected as he respected us. A man I came to know because I realized, as he did, that we have to cross over the divide, establish a dialogue, get to know each other and strive to leave for those who follow us a legacy that is worthy of them. And so we did. And so we became brethren and friends.

*From Jordan's King Husayn I November 6, 1995, Eulogy of Yitzhak Rabin, "A Soldier for Peace Falls," Mount Herzl, Jerusalem. Text from the Israel Ministry of Foreign Affairs.

I've never been used to standing, except with you next to me, speaking of peace, speaking about dreams and hopes for generations to come that must live in peace, enjoy human dignity, come together, work together, to build a better future which is their right. Never in all my thoughts would it have occurred to me that my first visit to Jerusalem and response to your invitation, the invitation of the Speaker of the *Knesset*, the invitation of the president of Israel, would be on such an occasion.

You lived as a soldier, you died as a soldier for peace and I believe it is time for all of us to come out, openly, and to speak our piece, but here today, but for all the times to come. We belong to the camp of peace. We believe in peace. We believe that our one God wishes us to live in peace and wishes peace upon us, for these are His teachings to all the followers of the three great monotheistic religions, the children of Abraham.

Let's not keep silent. Let our voices rise high to speak of our commitment to peace for all times to come, and let us tell those who live in darkness who are the enemies of life, and through faith and religion and the teachings of our one God, this is where we stand. This is our camp.... He was a man of courage, a man of vision and he was endowed with one of the greatest virtues that any man can have. He was endowed with humility. He felt with those around him and in a position of responsibility, he placed himself, as I do and have done, often, in the place of the other partner to achieve a worthy goal. And we achieved peace, an honorable peace and a lasting peace. He had courage, he had vision, and he had a commitment to peace, and standing here, I commit before you, before my people in Jordan, before the world, myself to continue with our utmost, to ensure that we leave a similar legacy.

## B. Ariel Sharon, Program for Dealing with the Palestinians (2000)*

Running as *Likud* candidate for prime minister Sharon issued this statement following his famous visit to the Muslim shrine in Jerusalem, the Dome of the Rock. Accompanied by hundreds of armed Israeli soldiers, the visit sparked a Palestinian protest movement that, in conjunction with long-standing Palestinian grievances, lead to the second *intifada* (see Reading 26c). The Israeli electorate favored Sharon over the incumbent Ehud Barak. Apparently a majority of Israelis hoped that Sharon would stop the uprising that he had played an important role in starting. Instead, on taking office, he turned his back on the Oslo accords and the Taba negotiations (see Readings 25a and c), and insisted on following a program he outlined that downplayed concessions, insisted on

*From Ariel Sharon, "Six Red Lines for Peace," *Jerusalem Post* (July 21, 2000). Bracketed material added by the editors. By permission.



West Bank Proposed Final Status Presented by Israel, 2000

holding occupied territory, and favored Israel's military responses to Palestinian militancy.*

I believe it is possible to reach an agreement with a united and undivided [Jerusalem, but in a different way. In my view, we must concentrate all our efforts to arrive at a broad national consensus based on clear unequivocal "red lines." I propose six red lines which can serve as a basis for broad national consensus, strengthen Israel's position, and enable us to reach a better and more secure agreement:

1. Greater Jerusalem, united and undivided, must be the eternal capital of Israel and under full Israeli sovereignty. The question of Jerusalem should not remain open, as it may become the time bomb for the next conflict.

2. Israel will retain under its full control sufficiently wide security zones—in both the East and the West. The Jordan Valley, in its broadest sense, as defined by the Allon Plan [Labor Minister Yigael Allon drafted a plan in July 1967 providing for an Israeli security belt along the Jordan River valley], will be the eastern security zone of Israel. This includes the steep eastern slopes of the hill ridge of Judea and Samaria (west of the Allon Road) overlooking the valley. Israel will maintain contiguous presence and control of the entire valley up to the Jordan River, including the border passes. The western security zone will include the line of hills commanding the coastal plain and controlling Israel's vital underground water sources.

Strategic routes will be retained under Israel's control.

3. Jewish towns, villages and communities in Judea, Samaria [both encompassing the West Bank] and Gaza, as well as access roads leading to them, including sufficient security margins around them, will remain under full Israeli control.

4. The solution to the problem of Palestinian refugees from 1948–1967 will be based on their resettlement and rehabilitation in the places where they live today (Jordan, Syria, Lebanon, etc.). Israel does not accept under any circumstances the Palestinian demand for the right of return. Israel bears no moral or economic responsibility for the refugees' predicament.

5. As a vital existential need, Israel must continue to control the underground fresh water aquifers in western Samaria, which provide a major portion of Israel's water. The Palestinians are obligated to prevent contamination of Israel's water resources.

6. Security arrangements: All the territories under control of the Palestinian Authority will be demilitarized. The Palestinians will not have an army; only a police force. Israel will maintain complete control of the whole air space over Judea, Samaria and Gaza.

I believe that any government in Israel that will adopt and implement these principles will strengthen Israel's deterrence and could reach a better, more secure peace, one that will ensure Israel's long-term national strategic interests.

## C. Marwan Barghouti, Grassroots Leadership and the Second *Intifada**

In this interview with a reporter from the Israeli Hebrew-language newspaper *Ma'ariv*, Marwan Barghouti (1960– ) gives the perspective of those younger PLO figures who, while critical of Yasir Arafat, are not prepared to repudiate their organization's long-term leader. Arrested six months after publication of this interview, Barghouti, a member of the PLO and the Palestinian Legislative Council in the West Bank, also heads the *Tanzim* militia, accused by the Israelis of carrying out suicide bombings and other terrorist acts. A former student at Bir Zeit University on the West Bank, he helped organize the first *intifada* of 1987–93 and also the second *intifada* in September 2000).

Barghouti gained popularity among Palestinians because he spoke out fearlessly about corruption in the ranks of the Palestinian Authority but also doubted that Israel ever intended voluntarily to withdraw from the occupied territories. In this interview he discusses the Palestinian Right of Return (see Readings 21b and 25c) and indicates how the parties to the conflict could resolve the issue, once the Israelis guarantee their withdrawal from occupied territories. Barghouti has sought to run his trial before a civilian court into an indictment of Israel's occupation. In prosecuting Barghouti for murder, the Israeli government has taken on a popular grassroots leader whom the *New York Times* observes "might have become—and might yet become—a promising partner in peace negotiations," if they ever recommence.

Q: Do you take into account that you will be ultimately assassinated?

A: Yes. It disappoints me that no one on your side [in Israel] is coming out against this policy of assassinations [of Palestinian leaders by Israeli security forces]. I know what the struggle will continue. This coming year will be very difficult. You will increase the pressure on us. [Prime Minister Ariel] Sharon has no plan. He just pulled out his last card: he entered and recaptured the Palestinian cities. And what happened? Did the tanks in Bethlehem stop the attacks . . . ? Did the tanks in Nablus stop the attackers . . . ? [?] Our challenge is to prove to you that there will be no security without peace. Only an agreement, and nothing else. You elected a prime minister who represents, more than anything else, killing, war and murder, and he has no solution. So we will continue our struggle until you understand. We have much more willpower. Go ahead and keep assassinating. You've assassinated so many people already and you haven't prevented anything.

*From Ben Caspit, Interview with Marwan Barghouti, in *Ma'ariv* (Tel Aviv), November 9, 2001, p. B2. English translation from the Hebrew on the Fontenelles Palestine Archive website, http://home.mindspring.com. ~fontenelles/barghouti.htm. Bracketed material added by the editors. By permission.

Q: And one of those assassinated could be you.

A: Maybe me as well. But I am committed to continuing . . . carving out the will of the people. . . . I go to all of the funerals, to all of the demonstrations, I listen to people. My problem is that I'm not a politician. I speak to the point, I tell the truth to your face. On our side as well as on yours. In all those years you spoke with all kinds of Palestinian representatives who mislead you, who let you believe that it was possible to reach a solution without ending the occupation.

Q: What is your solution for ending the current situation?

A: It's simple: You must understand, once and for all, that you must end the occupation. You must announce that the occupation is over and that Israel is leaving the territories. Present a timetable of a month, six months, a year. The important thing is that you present a timetable for withdrawal from all of the territories and the dismantling of the settlements, and announce that you recognize an independent Palestinian state with its capital in East Jerusalem. Believe me, such an announcement on the part of Israel will change the situation from top to bottom. Everything will work out. Everything, I have no doubt of that.

Q: And the refugees? What about the refugees? You lost the support of the peace camp when you went back to the right of return.

A: A solution must be found for the refugee problem. I believe that such a solution will be found. The moment you announce the end of the occupation and recognize a sovereign, genuine Palestinian state, not a vassal state, at that very moment everything will change. It will be possible to solve the refugee problem as well, believe me. I mean it. . . .

Q: . . . Your friends on the Israeli Left (who had supported negotiations on the basis of land for peace) are asking, "What happened to Marwan?" How do you answer them?

A: Nothing happened to me. . . . I was one of the bravest peace pioneers. I fought in the streets for Oslo (see Reading 25a for the Oslo Accords). The problem is that since Rabin's assassination there hasn't been a peace process. I don't know what would have happened had [Prime Minister] Rabin not been murdered (in 1995, see Reading 26a) but I know what happened after the murder. The whole of Israel society changed direction. The process stopped. You didn't leave us any choice.

Q: If Rabin had known in 1993 that you would come in 1999 and demand the right of return, he would have thrown you down the stairs.

A: You're back to that again? Put an end to this mentality of occupation mixed with panic. What are you so afraid of? Between 1967 and 1993 you built 25,000 apartments in the [occupied] territories. Between 1993, after Oslo, and 2000, you built another 23,000 apartments in the territories. Had we known that this is what was going to happen, we also wouldn't have started this process.

Q: You have a degree in history. Did they teach you at Bir Zeit about the Holocaust, for example?

A: Of course. I know all of your history. But the Holocaust of the Jewish people does not justify our disaster. There is a refugee problem and it must be solved. Ways can be found. This is the most important point for Palestinians. The truth must be told. We reached a historic decision to recognize Israel, its security, its legitimacy. You still haven't reached your own decision to recognize us and our rights.

Q: You recognize Israel, but the right of return will destroy it, and it won't be a Jewish state.

A: We recognize Israel as a Jewish state. On the other hand, there is UN Resolution 194 [see Reading 21b] and on the basis of that resolution, (which calls for the right of return of Palestinian refugees and compensation for those who choose not to return] it is possible to reach a solution that will satisfy everyone. I tell you again: if tomorrow a government arises in Israel and declares the end of the occupation, announces a timetable for withdrawal from the territories, and supports the establishment of a Palestinian state with its capital in East Jerusalem, everything will be solved. The situation on the ground will also change overnight.

Q: There was a government like that, not long ago. Barak agreed to give you the vast majority of the land and a large part of Jerusalem, and you responded with blood and fire.

A: Once again, you are both mistaken and misleading. We agreed to make do with 22 percent of historic Palestine. At Camp David [II] you tried to take from this small portion an enclave here: a bloc there, the Jordan Valley, border crossings, Jerusalem. This is a state? This is a solution? This is justice? I'm telling you the truth. You have to count on people like me, not on the hypocrites. I belong to the people, to the masses. We go around among the people, we are real, we are not corrupt.

Q: Still Barak's proposal could have been the basis for discussions, not for war. Oslo is based on the idea that your rifles are meant to keep order and fight terror, not shoot at us.

A: But Oslo died with Rabin. How would you feel if on every hill in territory that belongs to you a new settlement would spring up? If your best friends, with whom you fought shoulder to shoulder, continue to rot in jail? I reached a simple conclusion. You [Israel] don't want to end the occupation and you don't want to stop the settlements, so the only way to convince you is by force. This is the Intifada of peace. I'm serious. This Intifada will lead to peace in the end. We need to escalate the conflict. It will be hard. Many of us will be killed, but there is no choice. Every one of us is willing to sacrifice himself. We have decided that Sharon will not bring you security, and we have succeeded. It's been 271

days since he was elected, and what has happened? Is there security? No. Nothing will help. Only a just agreement, the 1967 borders, a sovereign state, Jerusalem and a solution to the refugee problem. This is the formula and there is no other, and no one has the right to give up on it. The Palestinian people have red lines, and only the people will decide. [The reference to "red lines" probably refers to the hard-line speech of Sharon in Reading 26b.]

Q: What do you think about Arafat's status?

A: Nothing. Arafat is the leader, the symbol, he decides everything. I was five years old when he began the struggle, and today I am fighting beside him and I am proud of that. Everyone supports him. . . .

Q: You speak a lot about corruption in the Palestinian Authority.

A: It's true, we do have corruption, but you do too. You, as usual, exaggerate in order to attack us. The only war for us to deal with the situation is to have elections for the Palestinian parliament and the presidency.

Q: Are you planning to run for the presidency against Arafat?

A: Me? Are you crazy? If Arafat runs, then no one from Fatah will run against him. And stop talking about getting rid of Arafat. He is our only leader. Only with him will you be able to make a deal. He is brave, he has already made a historic decision, he recognized Israel and its security. Now it's your turn.

## D. The Arab League, Ratification of the Peace Plan Proposed by Crown Prince Abdullah ibn Abd al-Aziz of Saudi Arabia (2002)*

Since the bilateral peace made between the Egyptians and Israelis in 1978 and with Jordan in 1994, other Arab states have shown little inclination to normalize their relations with Israel. But the current impasse between Israel and the Palestinians—the dramatic terrorist acts by Islamic radicals and other Palestinian militants and suicide bombers, the destructive military attacks by the IDF against Palestinian towns and villagers, and the inability or disinclination of the United States to effect a breakthrough—has created an opportunity for other initiatives. The most prominent of these came from Saudi Arabia. In early 2002 the de facto leader of the Saudi state, Crown Prince Abdullah, proposed that all Arab states diplomatically recognize and form normal relations with Israel in exchange for full Israeli withdrawal from the occupied territories. Since the UN Security Council passed Resolution #242 calling for the exchange of land for peace (see Reading 23a).

Israel and the Arab states have disagreed on the meaning of the resolution. The Arabs have interpreted #242 to mean Israeli withdrawal from *all* occupied territories, while Israel sees the resolution as meaning its withdrawal from *some* of the West Bank and Gaza. The crown prince merely repeated longstanding Arab policy, but did it in such a way that his remarks captured great media attention. Later, the Arab League meeting at Cairo ratified his proposal, and issued the document here presented.]

The Council of the League of Arab States at the summit level, at its 14th ordinary session:

REAFFIRMING the resolution taken in June 1996 at the Cairo extraordinary Arab summit that a just and comprehensive peace in the Middle East is the strategic option of the Arab countries, to be achieved in accordance with international legality, and which would require a comparable commitment on the part of the Israeli government.

HAVING LISTENED to the statement made by His Royal Highness Prince Abdullah bin Abdul Aziz, the crown prince of the Kingdom of Saudi Arabia, in which his highness presented his initiative, calling for full Israeli withdrawal from all the Arab territories occupied since June 1967, in implementation of Security Council Resolutions 242 and 338, reaffirmed by the Madrid Conference of 1991 and the land-for-peace principle, and Israel's acceptance of an independent Palestinian state, with East Jerusalem as its capital, in return for the establishment of normal relations in the context of a comprehensive peace with Israel.

EMANATING FROM the conviction of the Arab countries that a military solution to the conflict will not achieve peace or provide security for the parties, the council:

1. Requests Israel to reconsider its policies and declare that a just peace is its strategic option as well.

2. Further calls upon Israel to affirm:

   a. Full Israeli withdrawal from all the territories occupied since 1967, including the Syrian Golan Heights to the lines of June 4, 1967, as well as the remaining occupied Lebanese territories in the south of Lebanon.

   b. Achievement of a just solution to the Palestinian refugee problem to be agreed upon in accordance with United Nations General Assembly Resolution 194.

   c. The acceptance of the establishment of a sovereign, independent Palestinian state on the Palestinian territories occupied since the 4th of June, 1967, in the West Bank and Gaza Strip, with East Jerusalem as its capital.

3. Consequently, the Arab countries affirm the following:

   a. Consider the Arab-Israeli conflict ended, and enter into a peace agreement with Israel, and provide security for all the states of the region.

---

*From the Arab League statement of April 25, 2002, in the *New York Times*, April 26, 2002. Reprinted by permission.

*The Middle East and Islamic World Reader*

b. Establish normal relations with Israeli in the context of this comprehensive peace.

4. Assures the rejection of all forms of Palestinian partition which conflict with the special circumstances of the Arab host countries.

5. Calls upon the government of Israel and all Israelis to accept this initiative in order to safeguard the prospects for peace and stop the further shedding of blood, enabling the Arab countries and Israel to live in peace and good neighborliness and provide future generations with security, stability and prosperity.

6. Invites the international community and all countries and organizations to support this initiative.

7. Requests the chairman of the summit to form a special committee composed of some of its concerned member states and the secretary general of the League of Arab States to pursue the necessary contacts to gain support for this initiative at all levels, particularly from the United Nations, the Security Council, the United States of America, the Russian Federation, the Muslim states and the European Union.

## E. Palestinian Intellectuals' Urgent Appeal to Stop Suicide Bombings (2002)*

This appeal, initiated by a few of its most prominent signatories, took shape when Palestinian suicide bombings of Israeli civilians had reached a crescendo. After the appeal's initial publication, hundreds more Palestinians signed. Many of these people had been working for years to build contacts with Israelis and create a variety of peace projects, especially since retaliation by the armed forces of the Ariel Sharon government served to deepen Palestinian determination to resist. Sari Nuseiba, PLO delegate in Jerusalem and president of Al-Quds (Jerusalem) University, had long advocated a two-state solution to the Arab-Israeli conflict. While he was out of the country meeting with Israeli peace activists, the Sharon administration raided his university, carted off files, and locked him out. International protests over this action resulted in the government relenting and allowing the office to reopen. The Israelis again later raided his offices while he visited Jordan.

Ashrawi had served as Palestinian spokesperson during the first *intifada* (see Reading 24b). She then and later had set forth the cause of her people with charity and determination to an international audience. A well-known Jerusalem journalist, Sineora, like the others, had also long practiced and advocated dialogue and negotiations with the Israelis. These are the people who, along with their Israeli counterparts, constitute a constituency for peace. The Israeli government would do well to recognize their contribution.

*From the letter of fifty-five Palestinians, in *Al-Quds* (London), June 19, 2002.

*Arabs and Zionists Struggle over Palestine*

We the undersigned feel that it is our national responsibility to issue this appeal in light of the dangerous situation engulfing the Palestinian people. We call upon the parties behind military operations targeting civilians in Israel to reconsider their policies and stop driving our young men to carry out these operations. Suicide bombings deepen the hatred and widen the gap between the Palestinian and Israeli people. Also, they destroy the possibilities of peaceful co-existence between them in two neighboring states.

We see that these bombings do not contribute towards achieving our national project that calls for freedom and independence. On the contrary, they strengthen the enemies of peace on the Israeli side and give Israel's aggressive government under Sharon the excuse to continue its harsh war against our people. This war targets our children, elderly, villages, cities, and our national hopes and achievements.

Military actions are not assessed as positive or negative exclusively out of the general context and situation. They are assessed based on whether they fulfill political ends. Therefore, there is a need to re-evaluate these acts considering that pushing the area towards an existential war between the two people living on the holy land will lead to destruction for the whole region. We do not find any logical, humane, or political justification for this end result.

| | | |
|---|---|---|
| Dr. Sari Nuseiba | Dr. Hanan Ashrawi | Hanna Sineora |
| Saleh Ra'fat | Salah Zuhrika | Mamdouh Nofal |
| Dr. Mohammad Ishtiya | Ibrahim Kandalaft | Dr. Eyad El-Sarraj |
| Dr. Moussa El-Budeiri | Hida El-Imam | Dr. Marwan Abu El Zuluf |
| Saman Khoury | Dr. Said Zidani | Dr. Omayya Khammash |
| Dr. Jad K'haq | Dr. Manuel Hassasian | Salah Abdel Shafi |
| Shaher Sa'ad | Dr. Mohammad Dajani | Imad Awad |
| Fadel Tahboub | Majed Kaswani | Tassir El-Zibri |
| Dr. Ahmad Majdalani | Dr. Taleb Awad | Khader Sh'Kirat |
| Zahi Khouri | Majed Abu Qubo' | Ehab Boulous |
| Dr. Isam Nassar | Dr. Salim Tamari | Dr. Suad El-Ameri |
| Dr. Adam Abu Sh'tar | Dr. Riema Hamami | Subhi El-Z'beidi |
| Jeana Abu El-Zuluf | Osama Daher | Simone Cupa |
| Dr. Saleh Abdel Jawwad | Yousef Daher | Jamal Zaqout |
| Dr. Arafat El-Hadmi | Dr. Nathmi El-Ju'ba | Dr. Jamil Hilal |
| Anna Badran | Dr. Leila Favdi | Dr. Zakaria El-Qaq |
| Dr. Raja'I El-Dajani | Dr. Ali Q'teibo | Marwan Tarazi |
| Dr. Junana Odeh | Issa Q'seisya | Hani El-Masri |
| Zahra El-Khatdi | Lucy Nuseiba | Abdel Qader El-Husseini |

# F. George W. Bush, A New and Different Palestinian Leadership (2002)*

By summer 2002, the Israelis and Palestinians found themselves locked in unequal battle: one side commanded tanks, helicopters, U.S. F-16 attack aircraft, and armored personnel carriers; the other relied on small arms fire and suicide bombers, which many influential Palestinians questioned (see part e, this reading). Both sides awaited some indication of what the sole superpower intended to do about this bitter, century-long conflict. Would the Saudi proposal of trading general Arab diplomatic recognition for Israeli withdrawal from the West Bank and Gaza (part d, this reading) receive decisive support from Washington? Would the United States convoke an international conference to restart the faltering peace process? Would favorable American statements about a Palestinian state crystallize into actual proposals and a feasible timetable?

The American president had until late June vacillated on key questions. Surrounded by advisers, Bush began to tire of the complexities of the issues, and longed for a simple solution, comparable to his post–September 11th policy: get Osama bin Laden. Finally he came up with an equally simple solution by June 24: get rid of Arafat. But such a formulation contained a major fault: it echoed rally refashion Bush's words so that Yasir Arafat's name did not appear, although chided the stark phrase that stunned the Palestinians by reversing Bush's earlier demands for an end to Israeli occupation." . . . and so Israel will continue to defend herself." Thus, Bush's speech endorses many of Israel's policies.

## Too Much Death and Fear

For too long, the citizens of the Middle East have lived in the midst of death and fear. The hatred of a few holds the hopes of many hostage. The forces of extremism and terror are attempting to kill progress and peace by killing the innocent. And this casts a dark shadow over an entire region. For the sake of all humanity, things must change in the Middle East.

It is untenable for Israeli citizens to live in terror. It is equally untenable for Palestinians to live in squalor and under occupation. And the current situation offers no prospect that life will improve. Israeli citizens will continue to be victimized by terrorists, and so Israel will continue to defend herself.

In the situation the Palestinian people will grow more and more miserable. My vision is two states, living side by side in peace and security. There is simply

no way to achieve that peace until all parties fight terror. Yet, at this critical moment, if all parties will break with the past and set out on a new path, we can overcome the darkness with the light of hope. Peace requires a new and different Palestinian leadership, so that a Palestinian state can be born.

## A Practicing Democracy

I call on the Palestinian people to elect new leaders, leaders not compromised by terror. I call upon them to build a practicing democracy, based on tolerance and liberty. If the Palestinian people actively pursue these goals, America and the world will actively support their efforts. If the Palestinian people meet these goals, they will be able to reach agreement with Israel and Egypt and Jordan on security and other arrangements for independence.

And when the Palestinian people have new leaders, new institutions and new security arrangements with their neighbors, the United States of America will support the creation of a Palestinian state whose borders and certain aspects of its sovereignty will be provisional until resolved as part of a final settlement in the Middle East. True reform will require entirely new political and economic institutions, based on democracy, market economics and action against terrorism.

The United States, along with the European Union and Arab states, will work with Palestinian leaders to create a new constitutional framework, and a working democracy for the Palestinian people. And the United States, along with others in the international community will help the Palestinians organize and monitor fair, multiparty local elections by the end of the year, with national elections to follow.

Today, the Palestinian people live in economic stagnation, made worse by official corruption. A Palestinian state will require a vibrant economy, where honest enterprise is encouraged by honest government. The United States, the international donor community and the World Bank stand ready to work with Palestinians on a major project of economic reform and development. The United States, the E[uropean] U[nion], the World Bank, the International Monetary Fund are willing to oversee reforms in Palestinian finances, encouraging transparency and independent auditing.

## A Provisional State

And the United States, along with our partners in the developed world, will increase our humanitarian assistance to relieve Palestinian suffering. Today, the Palestinian people lack effective courts of law and means to defend and vindicate their rights. A Palestinian state will require a system of reliable justice to punish those who prey on the innocent. The United States and members of the international community stand ready to work with Palestinian leaders to establish, finance and monitor a truly independent judiciary.

*From George W. Bush's Rose Garden speech calling for "New Palestinian Leadership" (June 24, 2002) at the website www.whitehouse.gov/news/release/2002/06.

*The Middle East and Islamic World Reader*

Today, Palestinian authorities are encouraging, not opposing, terrorism. This is unacceptable. And the United States will not support the establishment of a Palestinian state until its leaders engage in a sustained fight against the terrorists and dismantle their infrastructure. I've said in the past that nations are either with us or against us in the war on terror. To be counted on the side of peace, nations must act. Every leader actually committed to peace will end incitement to violence in official media, and publicly denounce homicide bombings. This will require an externally supervised effort to rebuild and reform the Palestinian security services. The security system must have clear lines of authority and accountability and a unified chain of command.

## Israel's Stake

Israel also has a large stake in the success of a democratic Palestine. Permanent occupation threatens Israel's identity and democracy. A stable, peaceful Palestinian state is necessary to achieve the security that Israel longs for. So I challenge Israel to take concrete steps to support the emergence of a viable, credible Palestinian state.

As we make progress towards security, Israel's forces need to withdraw fully to positions they held prior to September 28, 2000 [the date of Ariel Sharon's visit to the *Haram al-Sharif* shrine]. And Israeli settlement activity in the occupied territories must stop.

Ultimately, Israelis and Palestinians must address the core issues that divide them if there is to be a real peace, resolving all claims and ending the conflict between them. This means that the Israeli occupation that began in 1967 will be ended through a settlement negotiated between the parties, based on UN Resolutions 242 and 338 [see Reading 23] with Israeli withdrawal to secure and recognized borders. We must also resolve questions concerning Jerusalem, the plight and future of Palestinian refugees.

## Three More Years

As new Palestinian institutions and new leaders emerge, demonstrating real performance on security and reform, I expect Israel to respond and work toward a final status agreement. With intensive effort by all, this agreement could be reached within three years from now. And I and my country will actively lead towards that goal.

# EXHIBIT L

Home  /  The Holocaust  /  The Middle East Conflict, Antisemitism and the Holocaust
  /  Are the Palestinians Really Paying for the Holocaust?

# Are the Palestinians Really Paying for the Holocaust?

👤 Dr. Robert Rozett

Frequently it is asserted that the Palestinians and Arabs are paying for the Holocaust. This claim, however, has no foundation in the historical record. Certainly it is the Jews who paid for the Holocaust with the blood of some six million innocent victims - not the perpetrators, not the bystanders and not Arabs in Palestine or anywhere else.

Alleging that the Palestinians are paying for the Holocaust falsely presupposes that the Jewish tie to the Land of Israel became significant only in the wake of the Nazi attempt to eradicate the Jews. It overlooks the ancient and ceaseless connection of the Jewish people to Israel, and the modern Zionist enterprise that returned an exiled people to their ancestral home. It ignores the existence of a vibrant pre-World War II Jewish community in Palestine that was severely circumscribed by British immigration restrictions. It disregards the British prewar proposal, painfully accepted by the Jewish leadership at the 20th Zionist Congress and categorically rejected by the Arabs, to partition Palestine, a move that, had it been implemented, might have set the stage for an earlier founding of Israel. It obscures the fact that the idea of partition itself was designed to reconcile the competing desires of Jews for a Jewish state in their historic homeland, and the desire of Arabs for Palestine to be Arab.

The notion that the Palestinians are paying for the Holocaust presumes that the world granted the Jews a state primarily because it felt overriding guilt and sympathy for the victims of the Holocaust.  Serious scholars concur that such guilt and sympathy at most played a secondary role in the establishment of the State of Israel. More significant for supporting the foundation of Israel were issues of realpolitik.

Having administered their League of Nations Mandate for Palestine since the end of World War I, the British were fed up. As a nation, they were exhausted from their protracted struggle against Hitler and his allies. They had long since abandoned their commitment to establishing a Jewish national home, and they felt helpless in coping with the frequent violence here. Postwar Britain enthusiastically courted the Arabs, considered Jewish support superfluous and displayed little sympathy toward Holocaust survivors.

For his part, Stalin can be accused of many things, but excessive sympathy for Jews and Zionism is not one of them. As the Cold War was taking root, it was his aim to establish a destabilizing entity in the Middle East, and he made this clear to the new communist regimes of Europe. It was primarily against this background that the emerging Soviet bloc supported Israel's creation.

And as for President Truman, historians differ over the extent to which sympathy for the Jews indeed influenced him. At best, his attitude toward Jews and Israel was ambivalent. Truman's State Department advisers vociferously opposed the establishment of a Jewish state, and Truman himself at times gave voice to the kind of

anti-Semitism that was then rather common in America. Generally, it is believed that in the 1948 presidential election, Truman's need to win New York State with its large Jewish population played a pivotal role in his swift recognition of Israel. It is plausible that a certain element of sympathy for Holocaust survivors also contributed to his policy shift.

While facile slogans may be part and parcel of shallow political discourse, they should not have a role in sincere efforts to advance peace in a highly complex region like the Middle East. To foster actual and lasting coexistence, we must strive first to understand the complexities. Without such an understanding, there is no chance whatsoever of developing innovative strategies that nurture peace. Incendiary rhetoric has no role in this process.

*Dr. Robert Rozett is director of the Yad Vashem Libraries, and author of "Approaching the Holocaust: Texts and Contexts" (Vallentine Mitchell, 2004).*

# EXHIBIT M

content


From:        David Bedar     Friday, April 28, 2017 1:41:23 PM
Subject:     Re(2): "Middle East Day"
To:          Henry Turner (North)
Cc:          Amy Winston     Jonathan Bassett

Thanks very much, Henry. I hope it works out!


Henry Turner (North) writes:
David,

Wow!  What a fantastic lineup.   You have my support on the topic, I will bring the
date up to our Admin meeting Friday to determine if it is too late for an all day
event.


Great work to you and your students.    These are very thoughtful topics.


HT

Henry J. Turner, EdD
Principal
Newton North High School

Notice of Confidentiality: This transmission is intended for the addressee(s)
listed above and may contain information that is confidential and private. If you
are not the addressee(s), any use, disclosure, copying or communication of the
contents of this transmission is prohibited. If this communication was received in
error, contact me immediately at [ tel:617-559-6100 ]617-559-6400. Thank you for
your cooperation.


David Bedar writes:
Hi Henry and Amy,

Sorry in advance for the long email!  I'm writing to ask about a possible event on
Middle Eastern politics and culture that ████████    and ████████, two seniors
of mine in the Middle East, Asia, & Latin America elective, would like to put on
for the school.  We met with Jon about it before the break and talked through it,
and I'm hoping to get your OK for the kids to move forward.   The idea was totally
theirs and while it's ambitious, Jon and I both thought it could be pretty great
(and have encouraged them to temper their ambitions to make a more realistic
proposal).  I've been fortunate to be able to expose my ~40 seniors to some of
these subjects, but I agree with them that these topics would be very beneficial to

content

all students to learn about.  Students currently study Islam in 9th gr but very
little otherwise, and this would be a great opportunity.

Please see their description in their email to Jon below.  If you were to approve
the event, we were thinking of a possible date of Friday May 26th?  Obviously May
will be very tough to manage with MCAS, Memorial Day, getting close to the end of
school etc. but after looking through the school calendar with Jon, it seemed like
this would be our only real bet.

Since their initial email with Jon, and through conversations with me, here are the
ideas they've come up with for the different blocks:

- Student/Faculty Panel: Subheen Razzaqui, David Meshoulam, and Sheila Eghbali have
all kindly agreed to participate, along with a few students in my MEALA classes as
well as other students. They're going to advertise so as to be inclusive, inviting
"anyone who's interested in being part of a discussion on the Middle East that
would address their' experiences living in any of these areas, family histories,
views on some of the conflicts going on...(family, religion, culture, and etc.).
We would love to hear from students with a personal connection to any of the above
topics , but all students are welcome!"

Possible topics speakers would address:
Identity (e.g.our faculty speakers discussing their Pakistani, Israeli, Iranian as
well as American, Jewish, Muslim identities)
Experiences living in Middle Eastern countries, similarities & contrasts w/ U.S.
Experiences with Islamophobia
Stereotypes
Other struggles, stories

- Current Events: Explaining the Syrian Conflict.  I could do the lecture piece on
the complexities of what's actually been going on, the different players, the U.S.
responses, etc. and the leaders of our International Crisis Club (Emma Ross,
Valeria Dountcheva, Noah Shanshiry) have volunteered to talk about their work
around Syrian refugees.

- Scholars's Perspectives on the Israeli-Palestinian Conflict: we would be verrrry
careful and thoughtful about this and invite moderate, reasonable, reputable
people. The students have already reached out to a couple of area professors.  Jon
suggested reaching out to Rabbi Gurvis, who was terrific in helping the district
deal with APT.

- Short Film: Screening followed by Q & A. They've already gotten a local director
to agree to come in, but if that doesn't work out, Jon and I have discussed another
terrific (and uplifting and heartwarming) film about Saudi Arabia we could show.
It would open a lot of students' eyes.

- Music/Pop culture: Boston Dabke Troup ( [ http://bostondabketroupe.com/
]http://bostondabketroupe.com/ ) Traditional Arab folk dance performed by college

content

studnets/young professionals. Subheen put us in touch with them, and they seem
great.

- Speaker(s) from Seeds of Peace: leadership development organization that promotes
conflict resolution by bringing young people from around the world, including
Israelis & Palestinians, to the U.S. alongside American students to develop
leadership skills, empathy, friendship. I've had multiple students participate in
this program up in Maine.  The students have already reached out to a couple of
possible speakers.  [ https://player.vimeo.com/video/162883675
]https://player.vimeo.com/video/162883675


Phew. What do you think?  We'd completely understand if it's not possible, esp. at
a late date.  I was thrilled when my students came up with this idea, I just wish
they had come up with a plan much earlier!  They're very excited, passionate, and
thoughtful about these subjects, particularly the very sensitive/touchy ones, so I
think we could pull off a great event if it works out.


Thanks so much,
David



Dear Mr. Bassett,

My name is [REDACTED] and this year I am taking a class called Middle East, Asia,
Latin America Studies (MEALA).  I with another student in the class, [REDACTED],
would like to ask your approval to create a Middle East Day similar to Asian or
Black Culture day. While studying the Middle East, we expanded our knowledge on the
history of the Islamic religion, the countries in the Middle East like Syria and
Saudi Arabia, and the current issues in the region. What we are learning in this
class is valuable knowledge that should be shared with the rest of the school
community. Before this class I had heard of the Israeli-Palestinian conflict, but I
did not know the history behind it, why the conflict was an issue or to what
extreme it was an issue. Now, I understand why there is a disagreement about who
the country should belong to and am able to see the issue from both sides; this
class has given me an unbiased perspective. I, as well as the other students in the
class, want to give others in the school community the same oppourtunity to expand
their knowledge on the Middle East. Many in the Newton North community are lacking
in an understanding on the Middle East including both its past and its present.
This is why we want to hold a day where we can show presentations, hold a lecture,
have speakers come in; a day like Black Culture Day. Below is a preliminary
schedule of the Middle East Day. We are aware that these can be touchy topics, so
we will make constant contact and check in with teachers, you, the principal, and
speakers about the way we approach each topic. Additionally, we will make sure to
let you know which outside speakers we have chosen.Our goal is not to create
controversy or political divide in the school, but instead to allow students to
further their education and knowledge into the middle east. A goal that we think

content
every teacher would support.


Thank you for the taking the time to read our proposal and have a great day,


The students of MEALA







Sincerely,

David Bedar
Newton North High School
Dept. of History and Social Sciences
321E

# EXHIBIT N



COMMITTEE FOR ACCURACY IN MIDDLE EAST REPORTING IN AMERICA

# ANTI-ISRAEL BIAS STILL ALIVE IN NEWTON SCHOOLS?

BY: ANDREA LEVIN  /  NOVEMBER 3, 2017



A roiling years-long controversy over anti-Israel bias in Newton public schools has received national attention, after CAMERA released an in-depth study of factually-false classroom materials used to teach the Arab-Israeli conflict and Islam.

While citizens have called for redress, it's unclear whether city officials have grasped the intensity of public outrage about the issue – and done enough to rectify it.

Some city figures have given private and occasionally public comment pledging stringent vetting of classroom materials for academic merit and have promised transparency so the public can readily know what's happening in the classroom.

If adhered to, vetting and transparency can be important steps. However, the question remains whether the inaccurate, distorted and propagandistic teaching materials have, in fact, been removed.

Are they indisputably gone after years of complaint and after citizens were forced to resort in 2014 to a FOIA (Freedom of Information Act) legal measure to compel the city's release of all relevant teaching materials? And what content will replace the distorted depictions of Israel – including omission of Israel's multiple peace offers, omission of Palestinian demonizing of Jews and their ancient ties to the land and myriad factual errors?

The answers aren't clear.

One reason to question whether Newton has finally established a new regime of academic seriousness is a separate and troubling anti-Israel episode that occurred on May 24, 2017.

 That's when an inflammatory, school-wide program took place at Newton North entitled "Middle East Day" with hundreds of students attending lectures and interactive presentations.

Privacy - Terms

One guest speaker was the ferociously anti-Israel Amahl Bishara, a Tufts University professor and activist in the BDS (boycott, divestment and sanctions) campaign that demonizes Israel, seeking to isolate, weaken and subvert the nation economically and culturally.

She has helped spearhead a move by the American Anthropological Association seeking to pass a BDS measure. She also signed a petition supporting Rasmea Odeh, a Palestinian convicted in the terrorist killing of two Israeli students and recently deported from the U.S. for concealing her crime on immigration papers.

Bishara's presentation at the high school reportedly included a hail of radical statements and distorted allegations. Attendees relayed that there was no opportunity for students to challenge or discuss the litany of attacks on Israel.

Who invited Bishara? Her views are easily known; they're spelled out on her Tufts profile page, in You Tube appearances and in various BDS endorsements which all convey her extremist positions. Her academic work is focused largely on anti-Israel themes and delivered in the parlance of the hard left. She, for instance, charges Israel with "settler-colonialism" and lumps all Israelis in "the settler population" whether they live in Hebron or Tel Aviv.

She alleges "ethnic cleansing [of Arabs] in Jerusalem," a factually absurd charge. In reality, the city's Arab population has grown substantially faster than the Jewish population since the unification of the capital city in 1967. Then the Arab population was 26 % of the total and today it's 37%.

There were other extremist figures in the lineup of Middle East Day, including an appearance by Jeff Klein from the radical Mass Peace Action group.

Klein is an anti-Israel extremist who boasts of his connection to Britain's George Galloway, a man who has equated Zionism to Nazism and extols Hamas and Hezbollah, both deemed terrorist organizations by the U.S, the E.U. and Israel

Klein participated in 2009 with Galloway in the "Viva Palestina" convoy seeking to undermine Israel's blockade of Gaza. The blockade, legitimate under international law, prevents transfer of arms to Hamas in Gaza.

Some sessions of Middle East Day may have presented balanced, factual information and opportunity for students to question and discuss issues. But inclusion of any virulent anti-Israel speakers making false, incendiary statements that fuel misperception and incite prejudice is educationally indefensible.

What does it portend going forward that with all the tensions related to concerns about anti-Israel bias in the curriculum, just four months ago extreme anti-Israel speakers were given a platform?

School Committee Members, the Superintendent, the Mayor and City Councilors all need to appreciate that concerned citizens are prepared to stand up for the rights of students and the educational integrity of the schools, no matter how long it takes.

Andrea Levin is Executive Director and President of CAMERA, Committee for Accuracy in Middle East Reporting in America

*This column was originally printed in the Jewish Advocate on November 3, 2017*

© CAMERA • 2019 • ALL RIGHTS RESERVED

# EXHIBIT O

content

From:        Amahl Bishara <degreesofincarceration@gmail.com>, Newton.Public
Schools Wednesday, May 24, 2017 11:38:25 AM
Subject:     Re: Middle East Day Date Change
To:                                                    ┐internet    View in
Browser
Cc:          David Bedar                             ╎et

Thank you all for the kind invitation today! I also really appreciate all of the
logistical efforts and intellectual courage that went into organizing this series of
events.

I would appreciate it if you would ask the students not to post videos of the event
on line, because this was meant as a discussion among us in the room — but I
understand if you do not want to do that, of course. I should have asked for that
beforehand.

I noticed that one of the students mentioned Khader Adnan in his question. I wanted
to mention that Khader Adnan was on a hunger strike because he was being held
without charge for an extended period of time, under a policy called administrative
detention. This policy goes back to the British colonial era and obviously violates
the principle of due process. Khader Adnan's case drew support from such
organizations as Amnesty International:

[
https://www.amnesty.org/en/latest/news/2012/02/israel-must-release-or-charge-palesti
nian-detainee-prolonged-hunger-strike/
]https://www.amnesty.org/en/latest/news/2012/02/israel-must-release-or-charge-palest
inian-detainee-prolonged-hunger-strike/

To me, that's a pretty straightforward case. But in general, it's true that I'm more
critical of prison in general — in the U.S. and in Israel — than some people may be.
For me it's useful to put the Israeli-Palestinian conflict in that broader context:
What principles of justice and human rights do I believe in everywhere? How can we
investigate the Israeli-Palestinian conflict through that lens?

I'd also be happy to hear how the video worked in this context, given that in a
sense it was produced for a different set of audiences.

In any case, thanks for your hard work, and good luck with the rest of the day & the
rest of the year!

Warm wishes,
Amahl


On May 23, 2017, at 12:30 PM, [                                    ].com> wrote:

Hey Amahl,

The location is Newton North High School [ x-apple-data-detectors://0 ]457 Walnut
Page 1

content
Street Newtonville MA 02460. There is visitor parking in the staff parking lot in front of the theater entrance (also the back entrance of school). We will have some outside to help direct you and my number is [ tel:[                    ] to call or text when you get here. You should go to the main office and check in. We will have a student coordinator meet you there. Please arrive 15 minutes prior to 9:20 am or feel free to arrive even earlier for our first block Seeds of Peace Panel.

In addition, I have faith that by now our students know to respect others options/views/perspectives, and just an FYI it won't be an open mic as students are watching the film, we will give out note cards for them to write down their questions. By the time all the students arrive and get adjusted, there will be about 50 minutes to present including 10 minutes for my teachers/your intro. Then however long the film/scenes take. We're hoping for at least 10-15 minutes for questions.

Below I had pasted the questions that we have made ourselves and will ask after showing the film.

1. Can you explain how the subject of film relates to your work as an anthropologist?
2. What led you to want to make this film?
3. What has shaped your views toward this conflict?
4. What impact are you hoping the film will have?
5. What would you say to those who would argue the film is one-sided?
6. How much does your own background play into creating your films?

Thanks again for coming in!! We all really appreciate it.

⌐_____⌐

Sent from my iPhone

On May 22, 2017, at 1:37 PM, Amahl Bishara <[
mailto:degreesofincarceration@gmail.com ]degreesofincarceration@gmail.com> wrote:


Dear |_____|

That sounds fine. I hope that the students have already learned the importance of respectful discussion. I will try to select a few scenes to show. Can you remind me of the full time of the discussion, and also tell me where to park?

Very best,
Amahl


On May 20, 2017, at 1:46 PM, |_____| wrote:

Hey Amhal,

# EXHIBIT P

content

From:         Arielle Schwartz <aschwartz@aipac.org>,Newton.Public Schools
Wednesday, May 31, 2017 5:58:55 PM
Subject:       RE: Middle East Day Follow Up
To:                                                      ,internet        Elon
Stricker <estricker@aipac.org>,internet
Cc:           David Bedar

Hi ⬚ -

Thank you so much for hosting us on Middle East Day. We really enjoyed being a part
of the growing conversation surrounding the Middle East and the U.S.-Israel
relationship at Newton North. We would love if you could share the survey/feedback
results with us once it's compiled. Also, at your earliest convenience, can you
please share with me the details of the schedule for Middle East Day. I am
interested to hear who your lineup was for the entire day and what topics they
focused on.

Regarding the peaceful protesters, it's unfortunate that they didn't take any notes
or didn't use the opportunity to ask any critical questions or engage in a dialogue
in a meaningful way. Like your teacher mentioned prior to our talk, this is where
the learning happens.

Please do not hesitate to contact us for additional information or for future needs.
Wishing you all the best with your future endeavors post-graduation. We look forward
to continuing the conversation.

Thank you again and please keep in touch!

Best,
Arielle

--
Arielle P. Schwartz, Esq.
Regional Progressive Outreach Director
AIPAC  •  The American Israel Public Affairs Committee
P 617.399.2551 • M 954.401.4901• F 617.399.2559 • E ASchwartz@aipac.org


-----Original Message-----
From: [                                                    ].com]
Sent: Saturday, May 27, 2017 10:42 PM
To: Arielle Schwartz <aschwartz@aipac.org>; Elon Stricker <estricker@aipac.org>
Cc: David Bedar <David_Bedar@newton.k12.ma.us>
Subject: Middle East Day Follow Up

Hey Arielle and Elon,

I wanted to thank you guys for coming to our Middle East Day. I appreciate that you
both were able to find time out of your busy schedule to come and speak to our
students. I believe they learned a lot from your detailed and insightful
presentation. Your answers to all the questions were spot on, but I'm sure you are
used to being able to respond to a variety of questions in your line of work.
Regardless of that, it was great to have you both come in.

In addition, I have to personally apologize for the peaceful protest that occurred
during your presentation. Days before your arrival, I had talk to students who were
against our decision to bring you guys, and I thought that we had come to the
conclusion that they would come to the event and have the opportunity to ask tough
questions instead of protesting. Unfortunately, it appears that they had misinformed
me or essentially went behind my back. Although their protest was peaceful, at the
Page 1

content

end of the day it was disruptive and rude. You both should not have had to go through that and have a banner put right in your faces, so for that I am sorry. My goal for each block was to give a speaker or organization a platform to express their views, opinions, and knowledge to the students, and if people were to disagree, then they can ask questions and confront their disagreements. I hope you can look past this and still view Newton North as a school that has the ability to create a dialogue and participate in thoughtful discussions.

On a separate note, I will be contacting the teachers and students who came to your presentation to get their feedback and thoughts on it. I'll also be creating a google form survey to overview the whole day. I can forward all this information to you.

Thanks again and have a wonderful summer,

[ ]

# EXHIBIT Q

content

From: David Bedar   Monday, February 19, 2018 3:53:56 PM
Subject: Middle East Day 2018
To: [          ]ir                                [          ]internet

Cc: [                                                                    ]

Hi [                    ]

Thanks for the excellent, thoughtful responses! And [          ] - I'm sorry I missed you
when you came by North, but definitely come back before the end of the year!

I would like to take you up on your offer of passing the contact list to this year's
students. I'm CCing on this email three awesome students who have volunteered to
take on this project and follow your lead: [                                        ]
[              ] They've already reached out to Ms. Winston and Dr. Turner (good job w/
that email) and the school is in support of holding the event again (although some
of their classmates may revolt if we invite AIPAC back to propagandize :-)

I will greatly appreciate any and all advice or help with logistics you could
provide to them, being the busy college students that you are. If you have something
that'd be easy to share over Google Docs (please share w/ me as well), that would be
terrific.

[                              ]- I just shared a folder of the day's event planning with you
on Google Docs from last year. Whenever you can, please follow up on Ms. Winston's
email by emailing Mr. Brown about potential dates; last year all events were held in
the Little Theater (160 seats).  FYI Wednesdays and Fridays are the most preferable
for teachers, b/c we don't lose long blocks (only A on Wed.).

I met a couple of people this summer at a course I took who might be willing to come
in and do a presentation. I'll get you those contacts.

I'm excited!

Hope everyone is doing well!
Mr. Bedar




[                                                              ] writes:

Hi Ms. Winston and Dr. Turner,


We are students in Mr. Bedar's MEALA class.  We would like to reserve the auditorium
or the little theater for a day that focuses on understanding and celebrating the
Middle East.


We are still working out specific details, but it will be very similar to the day
that was held last year.  We have people verbally comitted to being panels and
specifics like that, but we wanted to get a set date first so that it is in the
calendar.


We would like the day to be in early to mid April, but if that is not possible, we
can work with any day!

# EXHIBIT R



Home > Campaigns of Demonization

# Electronic Intifada and Ali Abunimah Factsheet

January 14, 2011

*Click here for a printable version of this factsheet [PDF]*

## Background on Electronic Intifada

- Electronic Intifada (EI) is a major online media outlet active in promoting the Palestinian agenda with news articles and commentary.

- Founded in 2001 to counter Israel's "orchestrated media campaign to spin news reports to its own advantage."

- Presents itself as a "needed supplement to mainstream commercial media" and "the prevailing pro-Israeli slant in US media coverage."

- Publishes articles promoting the boycott, divestment and sanctions (BDS) effort against Israel.

- Ali Abunimah is co-founder and executive director of EI.

- In December 2010, Maureen Claire Murphy, managing editor of Electronic Intifada and a former Al-Haq employee, was subpoenaed by the FBI to appear before a Federal Grand Jury for her work with the Palestine Solidarity Group.

## Financial Resources: MECCS and the Dutch government

- The funding sources for EI are not fully transparent.

- Between 2006 and 2009, €150,000 was provided by the Dutch government from ICCO, a Dutch inter-church development organization. (ICCO receives 95% [p. 135] of its annual budget from the Dutch government [89. 7%] and the EU [6.1%].) In 2010, ICCO provided another €50,000, claiming it was "support from private funds."

- In November 2010, after NGO Monitor revealed this funding, Dutch FM Uri Rosenthal told the *Jerusalem Post*, "I will look into the matter personally." In January 2011, Minister Rosenthal had a "frank and open discussion" with ICCO, noting that EI's activities are "directly contrary to Dutch government policy."  The Minister dismissed ICCO claims that its funding of EI comes from private donations as "disingenuous."

- EI is a project of the Middle East Cultural and Charitable Society (MECCS). MECCS, a Massachusetts-based NGO, claims its primary purpose is "education and the elimination of discrimination" (p. 2). It operates as an umbrella organization for smaller projects such as EI, Palestinian film festivals, and cultural projects.

- MECCS' total revenue in 2009, including donations, was <u>$383,843</u> (p.1). $183,760 was given to EI (p.2).

- Beginning in 2008, MECCS has held a <u>financial account</u> in Jordan (p. 3).

- MECCS does not have a website, and issues no annual reports. There is no list of employees or donor information available online.

- EI maintains that it is "powered primarily by <u>voluntary work</u> from its four founders and a loose network of correspondents, technical people, and photographers". In 2009, Abunimah was paid <u>$36,000</u> by MECCS for his work at EI in 2009 (p. 11).

- <u>Crossroads Fund</u>, devoted to "social and economic justice in the Chicago area," <u>awarded</u> $6000 to MECCS projects in 2009: $1000 to EI and $5000 to the Chicago Palestine Film Festival. (Crossroads' <u>stated mission</u> is funding "low income, minority, and/or women constituents" [p. 2].)

- MECCS' current and past directors and officers promote extreme anti-Israel agendas and antisemitic rhetoric.

- Omar Fayez, current officer of MECCS, has written, "Today, more than two thousand years after the birth of Christ, the Christians of Palestine are once again being <u>threatened by the Jews</u>."

- Daniel McGowan, past officer of MECCS and whose <u>commentary</u> is published by EI, <u>defends Holocaust revisionism/denial</u>, claimed in a <u>film</u> that "the 9/11 attacks were simply a reaction to our pro-Israel policies" (2:48) and that "the Israelis have driven the Palestinian Arabs into the sea" (10:40), and called Nobel Prize laureate Elie Weisel "<u>a fraud</u>." He is the Director of <u>Deir Yassin Remembered</u>, which was a project service of MECCS.

- Donald Veach, current officer of MECCS, signed a <u>boycott petition</u> against Israel.

# Ali Abunimah, co-founder and executive director of EI

- Abunimah is a leading advocate of the <u>one-state solution</u>. To actualize this, he says "<u>coercion is necessary</u>," and dismisses Jewish concerns of living under an Arab majority as "irrational, racist fears."

- He acknowledges that in a one-state solution "<u>we couldn't rule out some disastrous situation</u>" (4:43) for Jews.

- Labels PA President Mahmud Abbas and Prime Minister Salam Fayyad as "collaborators", and PA participation in peace talks as "<u>collaboration</u>." Collaboration is punishable by death in the PA and Gaza.

- In a conference in Madrid on the one-state solution, Abunimah refers to Peace Now as a "right-wing Zionist racist group[]" (Arab World Geographer, Vol 10, No 1, 2007).

- On his personal <u>Twitter account</u>, Abunimah accuses Israel of <u>ethnic cleansing</u> and of being "white supremacist," calls Israeli settlements "<u>Jim Crow colonies</u>," refers to the Shin Bet (Israel's General Security Service) as a "<u>death squad</u>," and calls people of color "<u>schwarzers</u>."

- <u>Wrote</u>, "It's racist to think Jews need a special state and can't live with other people. Aren't they human like the rest of us."

- Says Zionism "is one of the worst forms of anti-Semitism in existence today," claiming that it "dehumanizes its victims, denies their history, and has a cult-like worship of ethnoracial purity" (Twitter; October 26, 2010). He also wrote "That is something Zionism shares with anti-Semitism, a disdain for actual Jewish culture and life as it existed," and "Zionism is a distortion of Judaism. We must not blame Jews."

- Refers to Israel's self-defense policy in Gaza as an "attempted genocide."

- Holocaust references appear frequently in his comments. He calls Gaza a "ghetto for surplus non-Jews," compares the Israeli press to "Der Sturmer," and claims "Supporting Zionism is not atonement for the Holocaust, but its continuation in spirit." He calls Gaza a "concentration camp" and repeated a claim that IDF statements are the words "of a Nazi."

- In response to an initiative to recognize Yom Kippur as an official United Nations holiday, Abunimah wrote, "Making Yom Kippur a UN holiday to honor the genocidal 'state' of Israel would be sure way to increase global anti-Jewish sentiment." (Twitter; August 27, 2014)

- Publicized a pirated list of Israeli soldiers allegedly involved in the Gaza War, containing personal details such as home address and ID numbers. The list encourages "people to seek out other such similar information, it is readily available… inside public officials' locked cabinets."

- Defended Hamas' policy blocking ICRC visits to Israeli captive Gilad Shalit.

- Abunimah is a founding steering committee member of Al Awda, the Palestinian Right of Return Coalition.

# EI on BDS

- EI has an extensive BDS section, including academic, consumer, cultural, and church boycotts, commercial divestment, and government sanctions against Israel. Issues reports on developments and "victories" in BDS.

- EI's "activism" section informs people of BDS and other efforts against Israel, and its "action items" site includes appeals for supporting anti-Israel campaigns. It also maintains a list of websites promoting BDS worldwide.

- Publishes BDS articles and statements by PACBI, War on Want, ICAHD, Sinn Fein, Omar Barghouti, and Al Awda.

- EI believes that "through divestment, stopping capital investment in companies that do business in Israel, and boycott, not buying Israeli products, people can bring justice to the Israelis and Palestinians as well."

- EI contributor Adri Nieuwhof testified at the Russell Tribunal on Palestine as a "lead expert on public contracts regulations and the French multinational [company], Veolia." Abunimah publicized this as BDS against "Israel's light railway," which Veolia is helping to construct.

- In November 2010, EI reported that a Dutch pension fund "divested from almost all the Israeli companies in its portfolio," calling it an "indicator for the success of the international [BDS] campaign." A week later this was revealed to be a BDS hoax; investments were withdrawn from funds devoted to emerging markets because Israel had successfully joined the OECD.

# Analysis of articles published in EI

- EI submissions use <u>apartheid</u> rhetoric, and accuse Israel of <u>ethnic cleansing</u>, <u>Judaizing Jerusale</u>m, and <u>genocide</u>.

- Laurie King-Irani, co-founder and contributing editor at EI, advocates using <u>universal jurisdiction</u> against Israeli officials in foreign courts. (In an <u>updated version</u> of the article she writes, "One day soon, they'll unplug that bastard Sharon, and flush.")

- In an EI article, King-Irani <u>claimed</u> that the September 11 attacks were "the biggest gift, wrapped up in silk ribbons and presented on a golden platter, that [the pro-Israel lobby] could ever hope to receive. A real day of victory and glee for them to see that now they have the entire US populace in the palm of their hands."

- Nigel Parry, co-founder of EI, <u>justifies Palestinian violence</u> against Israeli settlers, and draws a <u>moral equivalency</u> between Israeli counter-terrorism operations and Palestinian attacks against civilians, calling the targeting of Hamas founder Ahmed Yassin "Israel's version of a bus bombing."

- Parry calls for <u>legal action</u> against the American media, which promotes a "pervasive distortion" in favor of Israel, and calls Israel's actions in Gaza an "ongoing genocide."

- On June 20, 2011, Parry made an <u>antisemitic comment</u> on Twitter about an NGO Monitor staff member.

- An article entitled "<u>The Gaza genocide</u>" (March 2, 2008) ccompares Israeli actions in Gaza to the Holocaust, describing them as "a slow and calculated genocide — a genocide through more calibrated, long-term means... In many ways, this is a more sinister genocide, because it tends to be overlooked."

- EI <u>published a letter</u> calling Hezbollah "hope and organization for those who are... watching Israelis hunt their children sick, watching US/Israel assassinate all good leaders," and saying "Israel has lost its moral right to exist."

**Contents**
<u>Background on Electronic Intifada</u>
<u>Financial Resources: MECCS and the Dutch government</u>
<u>Ali Abunimah, co-founder and executive director of EI</u>
<u>EI on BDS</u>
<u>Analysis of articles published in EI</u>
**Topics in this Report**
Ali Abunimah
Antisemitism
BDS
Demonization

<u>All Topics</u>

**Key Issues in this Report**

BDS (Boycotts, Divestment, and Sanctions)

All Key Issues

## NGOs in this Report

Interchurch Organization for Development Cooperation (ICCO) - Netherlands
Electronic Intifada
War on Want (UK)
Israeli Committee against House Demolitions (ICAHD)

All NGOs

## Funders in this Report

Netherlands

All Funders

# EXHIBIT S

TOP POSTS



*Newton North High School's Newspaper*

HOME     NEWS ⌄     SPORTS ⌄     ARTS ⌄     FEATURES ⌄     OPINION ⌄     BLOGS     TALK OF THE TIGER

Home   >   Featured   >   Middle East Day presentations share Middle Eastern culture, experiences

Featured   ◇   News   ◇   On Campus

# MIDDLE EAST DAY PRESENTATIONS SHARE MIDDLE EASTERN CULTURE, EXPERIENCES

written by The Newtonite    |    May 11, 2018

*(Photo by Joelle Sugianto)*

**A-block**

by Isaac Tang

The Boston Palestine Film Festival screened a short filmed and answered questions from the audience in the auditorium during a-block of Middle East Day.

The annual Boston Palestine Film Festival screens Palestinian-produced films and displays Palestinian art and culture.

The short film, *Ismail*, is centered around Ismail Shammout, an 18-year-old Palestinian boy who was forced to leave his hometown during the 1948 Arab-Israeli War.  Set during wartime, *Ismail* depicts the hardships of war as well the daily li refugees.

Karameh Kuemmerle, a representative of the film festival first explained the mission of the Boston Palestine Film Festival Kuemmerle also talked about prominent Palestinians working in the film industry.

Prior to showing the short film, Kuemmerle showed movie trailers for the 2017 Boston Palestine Film Festival and *Wajib*, film about a Palestinian family preparing for a wedding.

Kuemmerle showed another film trailer for *The Man Who Stole Banksy*, about the theft of Palestinian street art, after the film was done.

Afterwards, the audience asked different questions, ranging from questions about the film itself to issues regarding curr events in Israel.

When asked ,"What it is like being a Palestinian in a Jewish-dominated community like Newton?" Kuemmerle, a Palesti American, said that she feels welcome and well-received in the Newton community.

According to Kuemmerle, she wanted the films to encourage students to form their own opinions about these current ev However, she added that she did not want to push any particular opinion onto anyone.

**B-block**

by Jacques Abou-Rizk

Doctor Elizabeth H. Shlala from the Harvard Center for Middle East Studies looked to inform students and teachers on t Syrian refugee crisis and gave a brief history of the Middle East with North alumni Kim Quarantello and Becca Wadness during b-block of Understanding and Celebrating the Middle East Day.

Shlala encouraged students to participate in helping the refugees, sharing multiple ways students can assist, including volunteer work, donating money to families, and reading multiple points of view on an issue.

"It's really important to read, read, read," said Shlala. "The Middle East is an extremely diverse place and I don't think w how diverse it is in the media."

According to Quarantello and Wadness, studying the Middle East has informed them on how United States policies, like the Travel Ban proposed in February 2017, affect people around the world.

Shlala stressed that though the United States and other countries involved in its conflicts are far away from the Middle I its influence is still there.

"Right now, you might wake up and not want to go to high school," Quarantello said, "but the kids in Syria and through the Middle East are grateful if they are able to get an education and it makes me happy when we can make that possible them."

**D-block**

by Yesha Thakkar

North students discussed how their connection to the Middle East affects them in life and in school during d-block of Middle East Day. The seven panelists spoke about a number of different topics, North's inclusive community, media representation and gender roles.

The panel consisted of seniors Sophie Abou-Rizk, Armin Alirezai, Einat Gavish, Sam Kesselman, Noah Shanshiry, Odin Silawi, and Bella Sullivan.

The panelists agreed that Newton provides a safe, welcoming community for minority groups. In regards to his experience with stereotypes about the Middle East, Kesselman said the community at North "is more knowledgeable about the Middle East than a lot of other places."

However, they do not always find the same comfort outside of Newton due to the fear of encountering these assumptions other places. "There's a fear that we'll be put in the same group as other Middle Eastern people, which ignores the fact that we are all different individuals," said Bella Sullivan.

Einat Gavish added, "Sometimes people come up to me, asking, 'Do you speak Jewish?' I know that it's not coming from a place of hate; it's coming from a place of ignorance."

The panelists added that their sense of identity is sometimes compromised because of political issues. Kesselman said, "I often asked what my opinion is about different political issues in the Middle East. People don't always realize that I'm not always going to have an opinion about a political issue just because I am Jewish."

Odin Silawi said, "Generalizing is unfair, and sometimes people make the mistake that the people and the government think alike, which isn't necessarily true."

As for media representation, the panelists generally agreed that the Middle East is not always shown accurately in the media. According to Odin Silawi, the Middle East "is much safer than people think."

Kesselman added, "It's important to keep in mind that sometimes the media uses news as a publicity stunt, and it's much safer than it seems on the news."

The panelists also discussed stereotypes about middle eastern gender roles. "The gender roles and bias that several people think about don't really exist anymore," said Silawi. "There is generally a huge push for rights, with both men and women

openly protesting gender norms in clothing and the workplace."

Gavish said, "While the gender norms are definitely changing, they are changing at different paces. The changes are slo[w] religious communities, for example, whereas gender norms are constantly changing in cultural and economic hubs."


**E-block**

by Zoe Goldstein

"Celebrating our differences makes us realize that being different is a great thing," said Alma Richeh, the executive dire[ctor] of the Center for Arabic Culture in Boston, in her presentation during e-block of Middle East Day.

Richeh's presentation focused on family, home, and community in Arab culture.

Richeh, who is originally from Syria but has lived in the United States for 10 years, started her presentation by projectin[g] pictures of various people onto the screen. She then asked audience members to predict where the people were from. Sh[e] said this exercise "highlights that it's good to research more and to not base judgments on what we see." The rest of her presentation centered around this theme and emphasized the diversity of Arab culture.

Richeh defined the term "Arab" as a group of people who speak Arabic as their first language and who are "united by cul[ture] and history."

Yet she noted that Arab culture depends on the country and the region. For example, in the Middle East, "not everyone [wears] the long dresses or covers their heads," she said, addressing a common stereotype.

"In some places you can find a lady covering her head but also a lady wearing jeans and a light top," she said. She added [that] while many Arabs are Muslim, there are also Christian and Jewish Arabs.

Richeh elaborated on the unifying Arab culture—she explained that the Arab community values are generosity and loya[lty.] Furthermore, for Arabs, family is the "basic social unit" of their culture and that, as such, family ties are very strong.

She also touched on the diversity of the Arab immigrant community in Boston and how many Arab-Americans celebrate[] Thanksgiving and the Fourth of July. Yet, "Like any other ethnic minority in the United States, Arabs try to preserve the[ir] culture and pass it on from one generation to another," she said.

When asked about the civil war in Syria, she said, "Civil wars and internal strifes happen to almost every country. Havin[g a] stain in one's history should not change the way we perceive that society."

She also encouraged students to volunteer or intern at the Center for Arabic Culture as it helps people "learn more abou culture, art, and language."

Outside the auditorium, Hajj Wafa, an Iraqi artist who teaches Arabic calligraphy at the Islamic Society of Boston Cultu Center, wrote people's names in Arabic calligraphy.

**F-block**

by Sophie Murthy

Students learned about details of the Syrian war and the Syrian refugee crisis from history teachers David Bedar and Sul Razzaqui during f-block of Middle East Day.

Bedar showed videos explaining the Syrian war, and Razzaqui showed videos about life as a Syrian refugee.

According to Bedar, the Syrian war is a messy conflict and has been exacerbated by other groups with different opinions beliefs as well.

Razzaqui talked about the expanse of Syrian refugees who originate from different cultures and regions. "Refugees are coming from all different faiths, and all different countries. There's this misconception that everyone in the Middle east along," said Razzaqui.

Bedar also touched on reactions from European and Asian countries to the influx of refugees. "It goes for any type of so that there is a real or imagined strain on taking in new people."

Additionally, students from the International Crisis Club (ICC) spoke about what the club does and how they fundraise. Senior Emma Ross explained how the club raises money by selling various things like popsicles and solar panel lamps.

**G-block**

by Skyler Bohnert

Students gathered in the auditorium to learn about traditional styles of belly dancing during g-block of Middle Eastern Culture Day.

Belly dance instructor Juliette Cusick, better known by her performing name "Johara" from the Snake Dance Troop, disc
the history of belly dancing and the performance of the dance in modern cultures.

According to Johara, belly dancing has roots in ancient history that could be traced "all the way back to Greek and Roma
times to describe what seems to be belly dancing." She also talked about several previous historical belly dancers like Ba
Masabni and Naima Akef.

She talked about the influence of other cultures on belly dancing, like the more Western styles of flamenco and ballet.

Johara also performed belly dancing as a part of her presentation.

Johara performed a variety of traditional Middle-Eastern dances, including a "Wings of Isis" dance, a sword balancing a
stick dancing, and dancing with poi balls, which Johara explained were heavy weights attached to long pieces of rope. Sl
remarked that the most important element to a successful dance is to "just breathe."

The show concluded with eleven volunteers from the audience going up on stage to learn simple belly dancing moves,
ranging from the fluid and twisted movement of snake dance, to the more classical and well-known styles of head slidin
hand shimmying.

"I thought it was a nice look into the cultures of the near east," said freshman Ruchik Trivedi.

ıl Post Views: 1,814

| BELLY DANCING | BOSTON PALESTINE FILM FESTIVAL | MIDDLE EAST | MIDDLE EAST DAY |

 0 comment     *0* ♡     



THE NEWTONITE

previous post
ASIAN CULTURE NIGHT CELEBRATES ASIAN
CULTURE WITHIN THE NORTH COMMUNITY

ne
BASEBALL LOSES TO WALPOLE, LOOK
IMPROVE ON OFFI

YOU MAY ALSO LIKE

---

## LEAVE A COMMENT

Your Comment

Name*

Email*

Website

Save my name, email, and website in this browser for the next time I comment.

SUBMIT

f  FACEBOOK        TWITTER        INS

---

Archives     Contact     Get Involved     Information     Advertisemer

*@2016 - TheNewtonite. All Right Reserved. Designed and Developed i*

^
BACK TO TOP

# EXHIBIT T



**LAW DEPARTMENT**

# CITY OF NEWTON, MASSACHUSETTS
## CITY HALL
### 1000 COMMONWEALTH AVENUE
### NEWTON CENTRE, MA  02459
TELEPHONE (617) 796-1240
FACSIMILE (617) 796-1254

**ACTING CITY SOLICITOR**
**OUIDA C.M. YOUNG**

**DEPUTY CITY SOLICITORS**
ANGELA BUCHANAN SMAGULA
JEFFREY A. HONIG
**ASSISTANT CITY SOLICITORS**
MARIE M. LAWLOR
ROBERT J. WADDICK
MAURA E. O'KEEFE
ALAN D. MANDL
JULIE B. ROSS
JILL M. MURRAY
JONAH M. TEMPLE

June 22, 2018

VIA E-MAIL
if@peaceandtolerance.org

Ilya Feoktistov
Research Director
Americans for Peace and Tolerance                                    `

RE:     Public Records Request

Dear Mr. Feoktistov:

Please accept this correspondence in response to your June 21, 2018 email in which you
question whether Newton Public Schools complied with your public records request dated May
31, 2018 because the letter did not contain a "clear statement identifying any public records or
categories of public records sought that are not within the possession, custody or control" of
the Newton Public Schools.

Below, please find such clear statement in accordance with M.G.L. c. 66 § 10(b)(ii):

In your May 31, 2018 request, you sought:

1.  All materials, including but not limited to handouts, websites, videos, films, multimedia
    presentations, PowerPoint or other slide presentations, and any printed material
    whatsoever, given, handed out, presented, showed, or related to students at Newton
    North High School during the 2017 AND 2018 "Middle East Days."

RESPONSE:  Other than emails among and between NPS staff and/or NPS staff and NPS
students that contained the schedule and description of events of Middle East Day that NPS
produced and provided to you, there are no materials, including but not limited to handouts,
websites, videos, films, multimedia presentations, PowerPoint or other slide presentations, and

any printed material whatsoever, given, handed out, presented, showed, or related to students at Newton North High School during the 2017 AND 2018 "Middle East Days that are within the possession, custody or control of Newton Public Schools."

2. Any and all communications, including but not limited to emails, email attachments, letters, social media posts, including but not limited to Facebook, SnapChat, Instagram, Twitter, LinkedIn, and any other such service, text messages, and phone calls BETWEEN any employee(s) or representative(s) of Newton Public Schools or any Newton School Committee member(s) AND any employee(s), representative(s), member(s), volunteer(s), supporter(s), sponsor(s), donor(s) of, or anyone else who has any relationship with, the Boston Palestine Film Festival and the Middle East Charitable and Cultural Society, including the Boston Palestine Film Festival and the Middle East Charitable and Cultural Society themselves as associational entities.

RESPONSE:   NPS has provided you with the emails in which a former student communicated directly with a person associated with the Boston Palestine Film Festival and the Middle East Charitable and Cultural Society, in which an NPS teacher, David Bedar, was copied on although he was not directly involved in the communication.   Other than those limited documents, NPS is not in the possession, custody or control of any communications, including but not limited to emails, email attachments, letters, social media posts, including but not limited to Facebook, SnapChat, Instagram, Twitter, LinkedIn, and any other such service, text messages, and phone calls BETWEEN any employee(s) or representative(s) of Newton Public Schools or any Newton School Committee member(s) AND any employee(s), representative(s), member(s), volunteer(s), supporter(s), sponsor(s), donor(s) of, or anyone else who has any relationship with, the Boston Palestine Film Festival and the Middle East Charitable and Cultural Society, including the Boston Palestine Film Festival and the Middle East Charitable and Cultural Society themselves as associational entities.

Please note, while not requested in your record request, NPS, in good faith, did provide you with multiple documents, mostly communications between NPS staff members and students (or amongst NPS staff members) that were related to Middle East Day but were not between or with a person associated with the Boston Palestine Film Festival and/or the Middle East Charitable and Cultural Society or otherwise responsive to the request.

You have a right to appeal this response the Commonwealth of Massachusetts Supervisor of Public Records under G.L. c. 66, § 10A(a) and the right to seek judicial review of an unfavorable decision by commencing a civil action in the superior court under G.L. c. §10A(c).


Thank you,

*Jill M. Murray*

Jill M. Murray
Assistant City Solicitor


Cc:     Superintendent David Fleishman
        Toby Romer, Asst. Supt. of Secondary Education
        Mary Eich, Asst. Supt. of Teaching and Learning

# EXHIBIT U

 

July 27, 2018


Superintendent David Fleishman
Office of the Superintendent
100 Walnut Street, Room 212
Newton, MA 02460


Dear Superintendent Fleishman:

Thank you for your response of July 3, 2018, regarding questions that we had asked concerning the "Middle East Day" that was held at Newton North High School last month. We appreciate the clarification as to the nature of the program and the additional explanations you provided regarding the process by which it was developed.

And yet, while we recognize the good intentions by which the Middle East Day was initiated, and understand that the original goal was to include speakers who would present diverse views and perspectives, we are disappointed that this important goal was not achieved. In particular, we find it disappointing that instead of showing a film from the Seeds of Peace Organization and coordinating with the "Jewish club" to bring a Middle East studies professor from Brandeis University, as was initially intended according to the correspondence we reviewed, the program as it was finalized included the screening of a film from the Boston Palestine Film Festival, and no outside speaker to present on the Israeli perspective.

A brief internet search and vetting process could have alerted the faculty assisting the team of students that the Boston Palestine Film Festival is a program of the Middle East Charitable and Cultural Society Inc., which also supports the website Electronic Intifada, a website which regularly publishes anti-Israel and anti-Semitic content, and whose co-founder and executive director Ali Abunimah, is a leading advocate of BDS (boycotts, divestments and sanctions) campaigns which delegitimize Israel's right to exist.

As we have discussed before, we recognize that the Middle East, and the Israeli-Palestinian conflict in particular, is a complex subject to teach. The continuously changing landscape and political situation in the region necessitates using up-to-date materials from scholarly and credible sources when presenting materials to students, and it is critical to ensure that proper context is provided, but of equal importance is the quality and credibility of said materials.

We believe it is important for all schools to have in place a transparent process that ensures adherence to this standard. As such, we are pleased that you plan to create and disseminate a clear document to explain to the larger school community about how and why the schools teach about complex and controversial topics. We hope that it will allow for clearer adherence to this policy in planning future programs, as well.

Please do not hesitate to contact us if we can be of any service in this process or any others. We would welcome serving as resource for the Newton Public Schools and look forward to continuing our work together.


Sincerely,


Robert O. Trestan                                     Jeremy Burton
Regional Director                                     Executive Director
Anti-Defamation League, New England          Jewish Community Relation Council of Greater Boston

# EXHIBIT V



COMMITTEE FOR ACCURACY IN
MIDDLE EAST REPORTING IN AMERICA

**PRESIDENT AND EXECUTIVE DIRECTOR**
Andrea Levin

**ASSOCIATE DIRECTOR**
Alex Safian, Ph.D.

**CHAIRMAN**
George Violin

**EXECUTIVE CHAIRMAN**
Josh Katzen*

**TREASURER**
Carol Greenwald

**GENERAL COUNSEL**
Edward Schwartz, Esq.

**SECRETARY**
Amelia Welt Katzen

**FOUNDER**
Winifred Meiselman

**BOARD OF DIRECTORS**
Richard Allen
Alan Altman
Gil Breiman
Charles S. Cramer
Linda Frieze
David Ganz (z"l)
Martin Gross
Eli Hertz
Jane Hughes
Joshua Katzen*
Andrew Lappin
Henry Lerner
Kenneth Levin
Russel Pergament
Richard Rubin
David P. Steinmann
Harry C. Wechsler
Robert Weisberg*
David Wolf (z"l)
Maxine Laura Wolf*

**EMERITUS**
Richard Stone
Herman Swartz*
Judith Swartz

**ADVISORY BOARD**
Prof. Jerold S. Auerbach
Saul Bellow (z"l)
Sen. Rudy Boschwitz
Rep. Eliot Engel
Sen. Charles Grassley
Roger Hertog
Marvin Josephson
Rep. Tom Lantos (z"l)
Cynthia Ozick
Rep. Brad Sherman
Prof. David Sidorsky
Prof. Ruth Wisse
Prof. David S. Wyman

June 26, 2017

Mr. David Fleishman
Superintendent
100 Walnut St.
Newtonville, MA 02460

Dear Mr. Fleishman,

The Committee for Accuracy in Middle East Reporting in America (CAMERA) was asked nearly a year ago to review teaching materials in the Newton schools that had raised concerns among members of the public. We have just published a monograph on the controversy regarding teaching of the Arab-Israeli conflict and Islam in the World History course for 9th and 10th graders. We analyzed all relevant curricular materials provided by a FOIA (Freedom of Information Act) as well as those provided separately to us by parents and others. A copy of the publication, entitled *Indoctrinating our Youth: How a U.S. Public School Curriculum Skews the Arab-Israeli Conflict and Islam,* is enclosed.

We're well aware of the challenges teachers and administrators face in the era of the Internet in maintaining rigorous academic standards and hope that our in-depth review will help illuminate the pitfalls encountered in Newton and lead to measures that will correct problems and promote accurate information.

In light of our findings and with the release of the book, we are urging the Newton School Committee to take the following measures:

**A. Remove Inaccurate, Biased Materials, including those itemized below.**
Ensure that the following educational materials utilized to teach Newton students on the aforementioned subjects in 2015 (the most recent period in which materials were made available for review) are withdrawn from further use because they lack scholarly merit. That is, they are 1) factually inaccurate; 2) distorted to an extent that they misrepresent reality; 3) and/or devoid of context and balance to the degree that they deceive readers/viewers.

**1. Promises/POV - *A History of the Israeli-Palestinian Conflict* (timeline)** – This timeline has been used in Newton classrooms for years. It is riddled with factual errors and omissions of crucial historic events and is grossly out of date, failing to inform students of important events in the conflict that occurred after 2001, the year it was published.

* Former Chairman

PO Box 35040 | Boston MA 02135-0001 | (617) 789-3672 | Fax (617) 787-7853 | www.camera.org
www.presspectiva.org.il | www.ukmediawatch.org | www.cameraoncampus.org | www.bbcwatch.org
www.revistamo.org | www.eyesonisraelonline.org

Major flaws:

- It misleads students about the events surrounding Israel's statehood declaration in 1948 by failing to inform them that the war was initiated by the invasion of the armies of five surrounding Arab states.

- It fails to provide students with any information on relentless Palestinian terrorism in the 1970s and 1980s, during which time there were at least 28 major attacks on Jewish civilians. The first terrorist incident specified by the timeline is the 1994 attack by a Jewish extremist on a mosque in Hebron. This was the only mass-killing terrorist act by a Jew, in contrast to many attacks of similar scale by Palestinian terrorists. Such obvious selection bias violates the most basic standards of accuracy and balance.

- It distorts the major actors in the conflict, depicting the Palestinian Authority and Fatah as moderate and characterizing Hamas as a "political" group rather than a religious-based terrorist group – designated as such by the United States, EU and major Arab countries like Saudi Arabia and Egypt. Hamas, itself, rejects the "political" label. Former Palestinian leader Yasir Arafat's terrorist record is also obscured and there is no mention of Haj Amin al-Husseini, the dominant Palestinian political figure in the first half of the twentieth century who collaborated with Nazi Germany and sought at every turn to destroy the Jewish enterprise.

- The timeline disproportionately focuses on events in 2000-2001, near the date it was produced. This makes no sense in 2017. It does not mention the campaign of suicide bombings against Israelis that peaked in 2002; nor does it mention Israel's evacuation of the Gaza Strip in 2005 and the subsequent takeover of Gaza by Hamas in 2007.

- Related classroom timeline exercises reiterate the inaccuracies of the POV timeline claiming, for example, that "neither side denies the other's right to exist…". In fact, the Palestinian leadership's oft-stated rejection of Israel's right to exist as a *Jewish state* should be central to students' understanding of the conflict.

**2. New York Times Video – *Challenges in Defining an Israeli-Palestinian Border* –** The 2015 syllabus for the World History course indicates this video was the principle material used in the 5-day unit on the Israeli-Palestinian conflict.

- It fails to provide students with fundamental historical context by narrowly presenting the conflict as solely dependent upon establishing permanent borders between the two states (Israel and a future Palestine). It ignores the religious context of the conflict and Palestinian rejection of a Jewish state within *any* borders. The importance given to the video is particularly problematic for a history course because its journalistic approach focusing on the here-and-now neglects key historical fact and context.

- It contains serious factual distortions regarding the history of the conflict. For example, it identifies Israel's acquisition of land resulting from the 1967 war as the

basis of Palestinian grievance, when in reality violent hostility towards Jewish sovereignty long predated this.

**3. PASSIA Maps** -- Several maps were reproductions of maps produced by PASSIA, a Palestinian organization that promotes boycotts and sanctions of Israel. One map promotes the notion there had been ethnic cleansing of Palestinian villages, when the cause of the population movement that occurred in 1948 and 1967 is much more complex and deserves a more balanced, factual treatment. Neutral sources for maps are readily available.

**4. A 16-page set of photocopied handouts labeled "Understanding the Arab/Israeli Conflict"** misrepresents the current positions of key players in the conflict. For example, it describes Palestinian President Mahmoud Abbas in simplistic terms as seeking peace. There is no mention of Abbas's refusal to meet with Israeli leaders or his many statements celebrating terrorists and invoking "resistance" (ie. violence), his many statements asserting refusal to ever accept a Jewish state or his attempts to bypass negotiations in order to impose a settlement on Israel through the UN.

**5. Islamophobia: Does America Have a Muslim Problem** – This *Time Magazine* opinion piece from 2010 is devoid of factual content. It levels the unsubstantiated charge that Americans are inherently bigoted against Muslims and that Muslims experience the most "toxic bile," more than other minorities. This is flatly contradicted by FBI statistics that show anti-Jewish and anti-Black hate crimes far outnumber anti-Muslim hate crimes.

**6. The Hajj: One American's Pilgrimage to Mecca** – This *Nightline* segment contains elements that make favorable judgments about the Muslim religion in comparison to Christianity and Judaism. Such commentary violates provisions that prohibit the favoring of one religion over another in public schools. It also contains factual errors, for example stating that there are more American Muslims than Jews. Census polls by credible organizations such as Pew counted about 2 million Muslims in the U.S. at the time this segment aired, about a third of the Jewish population.

**7. A Muslim Primer: Beginner's Guide to Islam** – This book has been the subject of contention in Newton for several years. CAMERA's monograph details its problems. It fails to offer a serious, dispassionate survey of conditions for women in Islamic culture, presenting faulty and unproven assumptions as fact. There is no reason to continue to use this book. More factual and scholarly materials are readily available.

**8. Where Womanhood Reigns Supreme** – This an anecdotal and controversial account of women living in an Islamic society. If paired with a contrasting account, such reading might be acceptable, but standing alone, it misleads students as to the conditions under which women live in a conservative Islamic society.

**9.** Several handouts and textbook readings, including ***DBQ6, Spread of Islamic Civilization*** and ***World Civilizations, Chapter 6: The First Global Civilization: The Rise and Spread of Islam*** and ***Early Islam*** – These contain passages that contend that most subject peoples "voluntarily" chose to convert or were treated "liberally" or were "won over peacefully

through the great appeal of Islamic beliefs." The portrayals reek of subjective bias and do not meet standards of objective scholarship. Newton teachers and curriculum heads should find more balanced and scholarly sources to describe the vast Islamic expansion and conquest.

B. To ensure going forward that all students in Newton's schools are provided the most scholarly, accurate information possible, World History teachers, as well as other subject-area teachers and those in charge of the curriculum, need to establish a rigorous policy for selecting and vetting materials taken from the Internet and from teacher workshops. A key finding of CAMERA's analysis was that many severely biased materials were drawn from the Internet.

C. Public access to school materials should be assured so that concerned citizens do not encounter the obstacles that many encountered during the last several years to their reasonable and legally entitled requests. The situation in Newton should never have reached the point where it was necessary to file a FOIA.

A major concern of CAMERA is that the biases we've identified in the Newton school curriculum are found in many other school systems throughout the country. For that reason, we will be distributing the monograph nationally to alert the public to the potential problems in their own schools.

We appreciate your consideration of the information enclosed and look forward to hearing from you on addressing the problematic materials identified. Please contact us if you'd like any clarification of the monograph content, additional copies of the publication, or would like to meet in person about these issues.

With best regards,


Andrea Levin                    George Violin                    Steven Stotsky
Executive Director              Chairman of the Board            Senior Research Analyst

# EXHIBIT W

content


From:           David Fleishman
Carolyn Campo
Thursday, September 07, 2017 11:10:38 AM
Subject:        Fwd: CAMERA Letter
To:             Jonathan Bassett        Jennifer Morrill
Cc:             Joel Stembridge Henry Turner (North)    Julie McDonough Toby Romer
Attachments:          CAMERA LETTER.pdf             791K

Hi Jen and Jon,

I am sorry to bother you with this distraction.  Attached is the letter that we
received in June.  Henry and Joel, we will discuss.  Thx.


DF



----- Original Message -----




Carolyn Campo
Confidential Executive Assistant
The Office of the Superintendent
Newton Public Schools
100 Walnut Street, Newtonville, MA 02460
617-559-6100

Notice of Confidentiality: This transmission is intended for the addressee(s) listed
above and may contain information that is confidential and private. If you are not
the addressee(s), any use, disclosure, copying or communication of the contents of
this transmission is prohibited. If this communication was received in error,
contact me immediately at 617-559-6100. Thank you for your cooperation.

# EXHIBIT X

content

From:          David Fleishman Friday, September 08, 2017 2:09:08 PM
Subject:       meeting with ADL
To:            Jennifer Morrill        Jonathan Bassett

Hi Jen and Jon,

I am sorry that your valuable time is being taken by this challenge.  I just heard
from Matt and we can meet wtih Robert Trestan and Matt King next Thursday at 2:30
or later or Friday at 8:00.  Please let me know what works.
Thanks and enjoy the weekend

David

# EXHIBIT Y

Regional Officers
Regional Chair
Harvey Wolkoff

Vice Chairs
Debbie Shalom
Hal Garnick

Past Chairs
David Grossman
Jeffrey S. Robbins
Michael N. Sheetz
Esta Gordon Epstein
James L. Rudolph
Dennis Kanin
Ginny MacDowell
Carl E. Axelrod
Harold W. Schwartz
Richard D. Glovsky
Judith A. Krupp
Steven B. Kay
William Sapers

Regional Staff
Regional Director
Robert O. Trestan
Director of Development
Daniel S. Hart
Director of Education
Phil Fogelman
Assoc. Regional Director
Talia Ben Sasson-Gordis
Assoc. Regional Director
Daniel E. Levenson
Assoc. Director of
Education
Penny Hurwitz
Media & Communications
Specialist
Shellie Burgman
Assist. Regional Director
Norman Abbott
Assist. Director of
Development
Jenna Klein
Assist. Director of
Development
Nora Cohen
Assist. Director of
Education
Kimm Topping
Internal Development
Consultant
Sarah Perry
Regional Coordinator
Krista Vicich
Administrative Assistant
Jacob Stuckey
Development Administrative
Assistant
Ethell Gershengorin

National Staff
Civil Rights Area Counsel
Melissa Garlick
Director of Training
Stacy Davison

National Officers
National Chair
Marvin D. Nathan
CEO and National Director
Jonathan A. Greenblatt
National Director Emeritus
Abraham H. Foxman
Deputy National Director
Kenneth Jacobson
Advocacy & Engagement
Chair
Michael N. Sheetz
National Vice Chair
and Chair of Regional
Operations
Esta Gordon Epstein

**ADL**
Anti-Defamation League®

October 23, 2017

Superintendent David Fleishman
Office of the Superintendent
100 Walnut Street, Room 212
Newton, MA 02460

Dear Superintendent Fleishman,

Thank you for taking the time to meet with Talia and me last month. We have always appreciated the District's responsiveness to our inquiries, and are proud of the ongoing partnership between the League and Newton. As we discussed, questions continue to be raised about some of the of teaching materials used in the Middle East unit of the World History class taught at the high schools, and we appreciate the opportunity to have spoken to you and your team directly about the issue.

We were pleased to learn that the District made the determination prior to the 2015-16 school year that the Middle East curriculum should be changed, and therefore the materials and subject were not part of the World History class during the last school year. We understand from our meeting that until a new curriculum is developed, this subject and the previously used materials will not be taught in World History.

As we discussed, this is a complex subject to teach and the continuously changing landscape and political situation in the region necessitates using up-to-date materials from scholarly and credible sources when presenting materials to students.

We appreciated the discussion with Jonathan Bassett, Jennifer Morrill and Matt Hills on the use of materials taken from the internet and how they can be integrated into the curriculum in an unbiased manner. Since teachers do at times obtain materials from the internet, it is important to maintain a process that prevents biased materials and handouts from sources which lack credibility, regardless of the subject, from entering the classroom. As we discussed, it is critical to ensure that proper context is provided in the presentation of materials in the classroom, but of equal importance is the quality and credibility of handouts and materials.

We believe it is important for all schools to have in place a transparent process that ensures adherence to this standard. We were very glad to learn in more detail about the review process through which Newton vets the quality of materials and context of presentations used in the classroom.

In order to ensure that students are provided with a well-rounded understanding of the Israeli-Arab conflict, we encourage all Massachusetts public schools to review the Massachusetts History and Social Science Curriculum Framework. The

framework can be especially helpful as a new curriculum is developed. We would refer in particular to the World History II Learning Standards, which outline the content that educators are encouraged to follow, and specifically address the Middle East conflict:

"**WHII.39** Explain the background the establishment of the modern state of Israel in 1948, and the subsequent military and political conflicts between Israel and the Arab World. (H)

    A.  The growth of Zionism, and the 19th and early 20th century immigration by Eastern European Jews to Palestine

    B.  Anti-Semitism and the Holocaust

    C.  the UN vote in 1947 to partition the western part of the Palestine Mandate into two independent countries

    D.  the rejection of surrounding Arab countries of the UN decision and the invasion of Israel by Arab countries

    E.  the 1967 and 1973 wars between Israel and neighboring states

    F.  the attempts to secure peace between Palestinians and Israelis

       […]

**WHII.47** Explain the rise and funding of Islamic fundamentalism in the last half of the 20th century and identify the major events and forces in the Middle East over the last several decades. (H, E)

       […]

    F.  the increase in terrorist attacks against Israel and the United States",

As your educators develop a new Middle East curriculum, we would be happy to address concerns or answer questions regarding the appropriateness of any materials they are considering using to teach this topic. We would be delighted to assist in providing resources and to work with you and the Newton curriculum development team as needed.

Sincerely,

Robert O. Trestan
Regional Director

cc: Jeremy Burton, Executive Director, Jewish Community Relation Council
    Matt Hills, Newton School Committee
    Rob Leikind, Director, American Jewish Committee
    Barry Shrage, President, Combined Jewish Philanthropies

# EXHIBIT Z

From:          "Matt Hills" <matt.hills@comcast.net>,Newton.Public Schools    Wednesday, November
30, 2016 10:57:16 PM
Subject:FW: Ad in Nov. 30 Newton TAB-Confidential
To:            david_fleishman@newton.k12.ma.us,internet
          toby_romer@newton.k12.ma.us,internet        Henry Turner (North)
Jonathan_Bassett@newton.k12.ma.us,internet  jennifer_morrill@newton.k12.ma.us,internet
View in Browser

David, Toby, Henry, John and Jen,

Sorry to bother you with this, but I got this email from a friend regarding an ad in today's Tab (lower
right portion of page 3).  Just wanted to give you a heads-up (Henry, if you're not familiar with this
nonsense then you are lucky to have Jon who can wax poetic about this garbage from the past few
years).

Just a heads-up.  Please let me know if there's anything I can do.

Matt


 ----------------

From: Sent: Wednesday, November 30, 2016 7:13 PM
To: Matt Hills
Subject: Ad in Nov. 30 Newton TAB-Confidential



Hope you had a good Thanksgiving.  I wanted to call your attention to an ad on p. A3 lower R. about an
essay contest for Newton North (not South) students only for which entrants must submit "a list of all
(bold) teaching materials made available to you at school concerning the Palestinian-Israeli issue...all
lesson plans, outlines, chapters in specific textbooks, handouts, homework or other work..."



This looks to me like a backdoor effort to amass "proof" of bias so that Charles Jacobs-style advocacy
against NPS or at least against NNHS can be resumed.

See last few lines of ad.  Joshua Resnek, a hard-rightist and personally unpleasant journalist was publisher/editor of the Jewish Journal of the North Shore, also circulating in Newton, before being pushed out of there.  He then, w/in past few months, founded (w/ a partner) the Chelsea Press to publish Newton Voice and Brookline Voice, ostensibly general community newspapers.  At least re the Newton Voice, he has recently been pushing more and more Jewish-related and Israel-related material into the paper, most of it right-wing.

I have personal experience w/ the man and can tell you more if you wish.  Ironically, though now publishing here, he has in the past evinced a scornful attitude towards Newton as a whole and towards Newton Jewry in particular.

Best,

---

From:          "Jonathan Bassett" <Jonathan_Bassett@newton.k12.ma.us>,Newton.Public Schools
           Thursday, December 01, 2016 9:21:23 AM
Subject:Re: FW: Ad in Nov. 30 Newton TAB-Confidential
To:            matt.hills@comcast.net,internet          View in Browser
Cc:            David Fleishman       Toby Romer      Henry Turner (North)    Jennifer Morrill

Matt:

Thanks for sending this along. We noticed the ad yesterday. I don't think we need to do anything - the Newton Voice has the same free speech rights as anyone else, so they can sponsor an essay contest with whatever terms they wish. And we have nothing to hide about our work here, so I'm not worried about the results at all.

I did find certain aspects of the ad amusing. To wit:
    -The 200-400 word limit. This gives students under two typewritten pages to address the Israeli-Palestinian crisis. Pretty funny!
    -The request for the listing of materials. We have enough trouble getting students to write a proper bibliography for a small number of sources when we work with them in class - the notion that a student will find it easy to provide such a comprehensive listing is amusing to me.
    -The December 9 due date. Our tenth grade world history curriculum is expanding to include a unit on the modern Middle East - which will be taught in May.

Thanks again for your support, and I will certainly reach out if I think it's necessary.

Best,

Jonathan Bassett
History & Social Sciences Department Chair
Room 359
Newton North High School

Newton Teacher Residency Program Director
[ http://www.newton.k12.ma.us/ntr ]www.newton.k12.ma.us/ntr

# EXHIBIT AA

content copy 68

From:           John Fitzgerald Tuesday, May 03, 2016 2:09:44 PM
Subject:        Re: Summer Days - Please Re-Send
To:             Jonathan Bassett
Cc:             Albert Cho      Amy Worth       Andrew Ziomek   Anthony Patelis
Aylin Tamburrini         Aylin Tamburrini        Brian Goeselt
David Bedar     Duncan Wood     Emily Lewis     Gregory Drake   Isongesit Ibokette
Jamie E. Bal    Jamie Moore
John Fitzgerald Kathryn K. Codd Katie Connolly  Kristen Durocher        Leah A.
Morelli Max F. Roberts
Meghan Burns    Peter B. Turner Rob Greenfield  Stephen Hess    Stephen Martin
Subheen Razzaqui
Susan Mucci     Susan Wilkins   Tom Barry       Ty Vignone      William Joiner

Hi John,

The 10th grade team would be interested in two days for three people sometime after
Jamie and I have completed the Primary Source course so that we can finalize the ME
Unit for next year's roll out.

Take care,

John Fitzgerald
Newton North High School
Dept. of History and Social Sciences
Office: 358E
http://www2.newton.k12.ma.us/~john_fitzgerald/
[Image:Me.jpg]

# EXHIBIT BB

content

| | | |
|---|---|---|
| From: | Jonathan Bassett | Monday, May 09, 2016 2:59:17 PM |
| Subject: | Jamie Rinaldi | |
| To: | Jennifer Morrill | |
| Cc: | John Fitzgerald | |

Jen:

My tenth grade team has been trying valiantly to get Jamie Rinaldi to come to a
meeting to share South's Israel-Palestine unit, which we are hoping to incorporate
into our Middle East unit in tenth grade. He is currently scheduled to come on
Monday the 23rd. I just wanted to let you know that I would greatly appreciate any
assistance you might be able to provide with coverage or whatever is necessary - we
need to get the benefit of South's expertise!

Best,

Jonathan Bassett
History & Social Sciences Department Chair
Room 359
Newton North High School

Newton Teacher Residency Program Director
www.newton.k12.ma.us/ntr

# EXHIBIT CC

content

From:          Jonathan Bassett       Friday, December 08, 2017 8:45:45 AM
Subject:       Newton Political Update
To:            Albert Cho      Andrew Ziomek    Anthony Patelis Aylin Tamburrini
Brian Goeselt   Caitlin O'Rourke     David Bedar
Duncan Wood     Emily Lewis     Gregory Drake    Isongesit Ibokette      Jamie E.
Bal    Jamie Moore     Jennifer Devlin
John Fitzgerald Kathryn K. Codd Katie Connolly   Leah A. Doyle ( Morelli )      Max
F. Roberts     Meghan Burns
Peter B. Turner Rob Greenfield  Stephen Hess     Stephen Martin  Steven Young
Subheen Razzaqui        Susan Mucci
Tom Barry       William Joiner

Dear Esteemed Colleagues:

Some of you may be aware that Charles Jacobs ("Americans for Peace and Tolerance")
has been stirring the pot in Newton recently. There has been an op-ed, an article,
and some letters in the Tab, and on Wednesday night there was a city council
committee hearing about the history curriculum in NPS. Here's what I want you to
know about all of this:

1. Since late summer I've been working with central administration and some outside
organizations to respond to these provocations in ways that will not fan the
flames. We're aware, and we're on it.

2. Despite this latest round of public allegations, I have received absolutely no
inquiries, complaints, or follow-up from anyone, in any medium. No phone calls, no
emails, no requests for meetings. This tells me that Jacobs et al are gaining no
sympathy for their claims. Jacobs and his allegations are, for our purposes,
entirely irrelevant.

3. You should not change a thing in your teaching. Keep doing what you do, and
ignore the noise. We continue to enjoy the full confidence and support of our
Superintendent, School Committee, City Council, and public.

Thank you for all your excellent work!

Best,

Jonathan Bassett
History & Social Sciences Department Chair
Room 359
Newton North High School

Newton Teacher Residency Program Director
www.newton.k12.ma.us/ntr

content

# EXHIBIT DD

content


From:          Jennifer Morrill        Tuesday, February 27, 2018 4:19:53 PM
Subject:       foia request
To:            Faye X. Cassell Jeffrey C. ( Corey ) Davison     Timothy Jones
Brian Murray   Marcia Okun    Jamie Rinaldi
Lisa Soohoo    Kyle J. Stark   Eugene Stein    Katherine L. Wildman Zinger

10th grade teachers

We have had a FOIA request for the materials you might have used in the 2016-2017
school year to teach the Israeli-Palestinian unit. I believe most people opted not
to teach the unit last year since we are planning to update it. Please respond to
this email asap (so I can let the lawyers know) with the following information

1) Did you teach the I/P unit?

2) If you did teach it, how long would it take you to gather the following
materials for it. You will be paid for you time; round up to the nearest hour:

All classroom materials, including but not limited to handouts, websites,
multimedia presentations, Powerpoint or other slide presentations, textbook
sections, class notes, and lesson plans, used by any teacher at Newton South and
Newton North in teaching on any topic related to the Arab Israeli conflict in 10th
grade honors and standard curriculum World History classes during the 2016-2017
school year.

Do not yet gather these materials - just tell me how much time it would take you to
do so.

The work several of you did to develop the I/P unit was excellent and we are not
going to step away from teaching students to understand complex events from
multiple perspectives. This latest FOIA request only underscores for me that it is
well worth our time to revise the unit so it is more in keeping with current events
and to continue all teaching the I/P unit with the same thoughtfully chosen
materials. As always, thank you for your excellent work on behalf of our students!

Jen

# EXHIBIT EE

# Anti-Israel bias found in Newton South curriculum

Revelation contradicts superintendent's assurances

*April 04, 2018*

By Brett M. Rhyne
Advocate staff



A map from an online 2011 New York Times interactive taught in Newton South High School in May 2017 SCREENSHOT: NYTIMES.COM

NEWTON – Despite reported assurances by Superintendent David Fleishman that the Arab-Israeli conflict was not taught in Newton Public Schools during the 2016-2017 school year, course materials garnered through a Freedom of Information Act request suggest anti-Israel curricula appeared in world history classes as recently as last spring.

Assignments, quizzes and other course materials received by The Jewish Advocate suggest Newton South High School students in five or six 10th-grade World History classes worked with the curriculum in May and June 2017.



"This is exactly the stuff that the ADL warned Fleishman about."

– Ilya Feoktistov
Americans for Peace and Tolerance

Among the curricular materials released by NPS are syllabi for two weeklong units on the "Israeli- Palestinian Conflict"; many maps suggesting Israel perpetuated geographic injustices upon the Palestinians; and a slideshow tracing conflicts in the Middle East to the Balfour Declaration. Several of the materials reference an online 2011 New York Times interactive, "Challenges in Defining an Israeli-Palestinian Border."

As recently reported by The Advocate, Anti-Defamation League New England regional director Robert O. Trestan wrote a letter to Fleishman in October 2017 describing the outcome of a meeting held previously between Fleishman, Trestan and other unknown parties.



"What does this mean to the public? It's chicanery."
— Andrea Levin
CAMERA

"We were pleased the District made the determination prior to the 2015-16 school year that the Middle East curriculum should be changed," Trestan wrote, "and therefore the materials and subject were not part of the World History class during the last school year."

"We understand from our meeting that until a new curriculum is developed, this subject and the previously used materials will not be taught in World History," he noted.

Ilya Feoktistov, research director for Americans for Peace and Tolerance, a Watertown-based pro-Israel advocacy group, submitted the FOIA request.

"I wanted to test the assertion in the letter that the Arab-Israeli conflict was not taught in 2016-17," Feoktistov said. "This would be a huge thing. I wanted to see if it was true."

Newton was "extremely prompt in responding" to the FOIA request, he said, providing the requested documents in "a matter of weeks. They even waived the [$100] fee." He also speculated the Newton South history department chair fulfilled the FOIA request.

According to Feoktistov, while Newton South offers seven 10th-year history classes, the FOIA request garnered materials from four teachers. He admitted he did not know which classes the materials came from, but speculated one of them was an "advanced college prep" world history class.

Feoktistov described the first teacher's materials – Pages 1 through 42 of the packet – as "the worst." He gave as examples a lengthy article about passing through an Israeli checkpoint in the West Bank and historical maps of Israel, the West Bank and the Gaza Strip that "the ADL calls problematic."

"This shows they weren't at all interested in addressing our, or the ADL's, concerns," he said.

Feoktistov also pointed to another teacher's materials that included a slide describing Zionism as an "Idea that emerges late in the 19th century about creating a Jewish HOMELAND (not state) in Palestine." The text of the slide is quoted exactly as it appears in the materials.

"Theodor Herzl was clear that the Jews will have a state," Feoktistov said. "He even wrote a book, 'The Jewish State.'"

"This is exactly the stuff that the ADL warned Fleishman about," he said.

Feoktistov noted that while he requested "all classroom materials … used by any teacher at Newton South or Newton North in teaching on any topic related to Arab-Israeli conflict in 10th grade honors or standard curriculum World History classes during the 2016-2017 school year," NPS only supplied materials from Newton South.

In its 2017 monograph, "Indoctrinating Our Youth: How a U.S. public school curriculum skews the Arab-Israeli conflict and Islam," the Committee for Accuracy in Middle East Reporting in America also noted that anti-Israel materials only appeared in Newton South curriculum.

Andrea Levin, executive director of the Newton-based CAMERA, described the recently revealed materials as "terrible" and "objectionable."

"These were used in classrooms less than a year ago," she said.

Levin said the 2017 materials echoed those described in CAMERA's report, which examined Newton's Middle East curriculum of 2011-2014.

"One of the key findings of our study," she said, "was that objectionable materials were taken from the Internet, from outlets like The New York Times and the BBC."

Among the 2017 materials, Levin noted a World History 421 assignment sheet titled, "The Middle East: Focus on the Israeli- Palestinian Conflict (1917-present)" that relies heavily on an online 2011 New York Times interactive, "Challenges in Defining an Israeli-Palestinian Border."

"Israeli and Palestinian negotiators resumed peace talks in Washington in July [2011] for the first time in three years," the interactive notes in its introduction. "While the talks are initially expected to focus on procedural issues, they are already beginning to take on a last-ditch quality. Below, explore some of the contentious issues that negotiators have faced in drawing borders between Israel and a future Palestinian state."

"These materials are old and completely biased," Levin said. "Where is the context that the Palestinians have refused to define borders?"

"The teacher has to fill in the gaps," she said, but questioned whether students received that context. "You don't know what's in the classroom," she said.

Charles Jacobs, president of Americans for Peace and Tolerance, put the matter in perspective.

"This is a national problem," he said. "The issue is who controls what's being taught to the students. Arab countries are promoting and funding pro-Arab, anti-Israel materials in the classroom. There is very little vetting."

It remains unclear if Fleishman was aware that 10th-grade Newton South students studied the Arab-Israeli conflict when he assured Trestan they were not.

Neither Fleishman nor Trestan responded to requests for comment from The Advocate.

Levin said the presence of the materials in Newton South classes last year, in apparent contradiction to claims by Fleishman and other school officials that neither the Israeli- Arab conflict in particular nor Middle East history in general was being taught, casts doubt on all the actions of NPS administrators since the questionable curriculum was first discovered in 2011.

"One does not know how to interpret the stonewalling or the claims of evaluation and removal," Levin said. "What does this mean to the public?"

"It's chicanery," she added.

# EXHIBIT FF

content


From:           David Fleishman
RUth Goldman <ruthgoldperson@gmail.com>,internet
Wednesday, April 04, 2018 2:30:30 PM
Subject:        Fwd: more on the middle east
To:             Jennifer Morrill        View in Browser

Hi Jen,

So sorry to forward this to you but I figured I would give you a heads up in case
you get questions.  Hope all is well.

David




----- Original Message -----

Assume you have seen this.


Ruth Goldman
Ruth Goldman Consulting
[ mailto:ruthgoldperson@gmail.com ]ruthgoldperson@gmail.com
(617)719-5048


Begin forwarded message:

From: Diana Fisher Gomberg <[ mailto:dfgomberg@gmail.com ]dfgomberg@gmail.com>

Subject: fyi

Date: April 4, 2018 at 1:24:57 PM EDT

To: RUth Goldman <[ mailto:ruthgoldperson@gmail.com ]ruthgoldperson@gmail.com>


This talks about spring 2017
[ x-msg://689/goog_310852413 ]

[

content
https://www.thejewishadvocate.com/articles/anti-israel-bias-found-in-newton-south-c
urriculum/
]https://www.thejewishadvocate.com/articles/anti-israel-bias-found-in-newton-south-
curriculum/


--
Diana Fisher Gomberg

content


From:           David Fleishman
Jennifer Morrill
Friday, April 06, 2018 9:31:50 AM
Subject:        Fwd: Recent foia
To:             Jennifer Morrill

Hi Jen,

This is really good.  Many thanks.

Matt Hills suggested that we add a paragraph stating that the decision to revamp
the unit was due to a need to update not because it was in any way biased.  I think
that could be helpful.  I took a stab at a paragraph and it would be great if you
could edit or expand.  For example, it might be good to add a sentence about the
two state solution being outdated.

As always, your help is much appreciated.

DF


----- Original Message -----

David

I wanted to write you an email clarifying events around the recent FOIA for the
2016-2017 year.

Last year, I decided in consultation with a few 10th grade teachers that we needed
to revise the unit on the Israeli-Palestinian conflict and stop teaching it until
we did so.  Last spring (2017) I asked all 10th grade teachers not to teach the
unit. Last fall when we met with Robert Trestan and other representatives from the
ADL, I believed that all of the teachers had followed my directive and not taught
the unit during the 2016-2017 school year. However, when the FOIA was issued
recently, I found that one teacher had not followed my directive and had taught the
entire old unit. She did not disregard my directive intentionally but somehow
missed my message to the department. (This is a teacher who has struggled in the
past with following department wide directions.) Additionally, two teachers showed
a few slides on the Israeli-Palestinian conflict in a ppt as part of a larger
lesson. When I realized that one teacher had taught the old unit, I included a note
with the FOIA materials explaining that the unit was no longer supposed to be
taught by the department and that only one teacher had taught it last year.
Clearly this note was ignored, and our curriculum was misrepresented in the Jewish
Advocate article.

content

I believe it is important to note that we decided to revise the unit because we
believed that it needed to be updated not because it was in any way biased. We
continue to believe that the curriculum materials that we used in the unit
represented a range of perspectives in a thoughtful and accurate manner.  In fact,
I would expect that we will use some of the materials again.

I was especially sorry to see that the FOIA materials were being used to discredit
the ADL and Robert Trestan. I cannot say enough how much Newton South appreciates
the efforts of the ADL. The recent work they did training sophomores and juniors
was life changing for many of the students. Our trained ADL peer leaders are now
practicing the lessons they will be doing in 9th grade classes after April break.
We hope to continue our partnership with the ADL by sending two teachers to a
summer workshop and doing another training for 30 more students in late August.

Please let me know if there is anything further I can do to clarify this
misunderstanding. I very much regret that the ADL has been put in bad position on
our account.

Jen Morrill
History and Social Science Department Chair
Newton South High School
617 559 6548

# EXHIBIT GG

content


From:          Jonathan Bassett        Friday, February 09, 2018 10:17:22 AM
Subject:       Re: what's going on?
To:            Jennifer Huntington <granx4@gmail.com>,internet

Jennifer Huntington <granx4@gmail.com> writes:
Hi Jon - I got a flyer in the mail advertising a rally "to protest the bias and
lies in the Newton School Curriculum" - I think it's focussed on history classes
..... The rally is Monday, Feb. 12th outside the Admin. Building - I would like to
go as a counter protester, but would like some facts first ..... Any thoughts?
Jennifer

Hi Jennifer!

This is the same tired crapola that a bunch of Islamophobic folks have been pushing
for some years now: "The history curriculum is anti-semitic." I don't have time to
give you the full run-down but suffice to say:
        -Their claims that our curriculum materials are anti-Israel are false
        -Their claims that NPS hides curriculum are false
        -Their claims that we don't respond to concerns and complaints about
curriculum are false

They pretend to be interested in curriculum reform, but they are not acting in good
faith when they make that claim. They are interested in stoking controversy.

Have fun, and enjoy the free donuts!

Best,

Jonathan Bassett
History & Social Sciences Department Chair
Room 359
Newton North High School

Newton Teacher Residency Program Director
www.newton.k12.ma.us/ntr

# EXHIBIT HH

content


From:          Jonathan Bassett          Tuesday, February 27, 2018 3:26:13 PM
Subject:       Re: Fwd: Re(2): Public records request
To:            Toby Romer
Cc:            Jennifer Morrill          jmurray@newtonma.gov,internet

Toby Romer writes:
Jon and Jen,

This is an FYI about the records request below.  This looks very similar to one
that was requested just for North in the past.  Legal department will reply by this
Friday as required by law with an estimate of how much work it will take to comply
with the request, but I am curious as to how long you think it will take each World
History teacher to collect the materials specified (All classroom materials,
including but not limited to handouts, websites, multimedia presentations,
Powerboat or other slide presentations, textbook sections, class notes, and lesson
plans, used by any teacher at Newton South and Newton North in teaching on any
topic related to the Arab Israeli conflict in 10th grade honors and standard
curriculum World History classes during the 2016-2017 school year.)

Feel free to call to discuss.

Toby

Toby:

North's tenth grade course did not include any teaching on the Arab Israeli
conflict in 2016-2017.

Best,

Jonathan Bassett
History & Social Sciences Department Chair
Room 359
Newton North High School

Newton Teacher Residency Program Director
www.newton.k12.ma.us/ntr



Toby N. Romer
Assistant Superintendent
Secondary Education and Special Programs

Mary Eich
Assistant Superintendent
For Teaching and Learning

March 15, 2018

VIA E-MAIL if@peaceandtolerance.org

Ilya Feoktistov
Research Director
Americans for Peace and Tolerance

RE:     Public Records Request

Dear Mr. Feoktistov:

Newton Public Schools has received your request for public records pursuant to M.G.L. 66, in which you request copies of the following:

> All classroom materials, including but not limited to handouts websites, multimedia presentations, PowerPoint or other slide presentations, textbook sections, class notes and lesson plans, used by any teacher at Newton South and Newton North in teaching on any topic related to Arab-Israeli conflict in 10th grade honors and standard curriculum World History classes during the 2016-2017 school year.  Please keep the records for each school, as well as each teacher's materials, separate.

NPS has finalized its review of your records request. Enclosed please find the records responsive to your request. As indicated in the prior response, Newton North High School has no records responsive to your request. NPS has waived any fees that may have been charged with compliance with this request.

In accordance with state regulations pertaining to public records, you have the right to appeal the response to your request for records to the Supervisor of records pursuant to 950 CMR 32.08.

Sincerely,

Toby N. Romer

Mary Eich

# EXHIBIT II

# EXHIBIT II(a)

From:            "Matt Hills" <matt.hills@comcast.net>,Newton.Public Schools    Wednesday, November 30, 2016 10:57:16 PM
Subject:FW: Ad in Nov. 30 Newton TAB-Confidential
To:              david_fleishman@newton.k12.ma.us,internet
         toby_romer@newton.k12.ma.us,internet        Henry Turner (North)
Jonathan_Bassett@newton.k12.ma.us,internet  jennifer_morrill@newton.k12.ma.us,internet
View in Browser

David, Toby, Henry, John and Jen,

Sorry to bother you with this, but I got this email from a friend regarding an ad in today's Tab (lower right portion of page 3).  Just wanted to give you a heads-up (Henry, if you're not familiar with this nonsense then you are lucky to have Jon who can wax poetic about this garbage from the past few years).

Just a heads-up.  Please let me know if there's anything I can do.

Matt


 ----------------

From: Sent: Wednesday, November 30, 2016 7:13 PM
To: Matt Hills
Subject: Ad in Nov. 30 Newton TAB-Confidential



Hope you had a good Thanksgiving.  I wanted to call your attention to an ad on p. A3 lower R. about an essay contest for Newton North (not South) students only for which entrants must submit "a list of all (bold) teaching materials made available to you at school concerning the Palestinian-Israeli issue...all lesson plans, outlines, chapters in specific textbooks, handouts, homework or other work..."



This looks to me like a backdoor effort to amass "proof" of bias so that Charles Jacobs-style advocacy against NPS or at least against NNHS can be resumed.

See last few lines of ad.  Joshua Resnek, a hard-rightist and personally unpleasant journalist was publisher/editor of the Jewish Journal of the North Shore, also circulating in Newton, before being pushed out of there.  He then, w/in past few months, founded (w/ a partner) the Chelsea Press to publish Newton Voice and Brookline Voice, ostensibly general community newspapers.  At least re the Newton Voice, he has recently been pushing more and more Jewish-related and Israel-related material into the paper, most of it right-wing.

I have personal experience w/ the man and can tell you more if you wish.  Ironically, though now publishing here, he has in the past evinced a scornful attitude towards Newton as a whole and towards Newton Jewry in particular.

Best,

---

From:        "Jonathan Bassett" <Jonathan_Bassett@newton.k12.ma.us>,Newton.Public Schools
             Thursday, December 01, 2016 9:21:23 AM
Subject:Re: FW: Ad in Nov. 30 Newton TAB-Confidential
To:          matt.hills@comcast.net,internet        View in Browser
Cc:          David Fleishman      Toby Romer      Henry Turner (North)    Jennifer Morrill

Matt:

Thanks for sending this along. We noticed the ad yesterday. I don't think we need to do anything - the Newton Voice has the same free speech rights as anyone else, so they can sponsor an essay contest with whatever terms they wish. And we have nothing to hide about our work here, so I'm not worried about the results at all.

I did find certain aspects of the ad amusing. To wit:
    -The 200-400 word limit. This gives students under two typewritten pages to address the Israeli-Palestinian crisis. Pretty funny!
    -The request for the listing of materials. We have enough trouble getting students to write a proper bibliography for a small number of sources when we work with them in class - the notion that a student will find it easy to provide such a comprehensive listing is amusing to me.
    -The December 9 due date. Our tenth grade world history curriculum is expanding to include a unit on the modern Middle East - which will be taught in May.

Thanks again for your support, and I will certainly reach out if I think it's necessary.

Best,

Jonathan Bassett
History & Social Sciences Department Chair
Room 359
Newton North High School

Newton Teacher Residency Program Director
[ http://www.newton.k12.ma.us/ntr ]www.newton.k12.ma.us/ntr

# EXHIBIT II(b)

Subheen Razzaqui
Film Guide for BBC Documentary:
"The Other Side of the Suez Canal"
10th Grade Modern World History class
Newton North High School
Primary Source Modern Middle East Course Summer
2016

**Abstract:** "The Other Side of the Suez" is a great BBC documentary that shows Egypt under the rule of President Gamal Abdel Nasser (1956-1970). This film does a wonderful job highlighting Nasser's desire to build strong, independent Egypt that serves the needs of its populace. In particular, it has great archival footage, an interesting recounting of why the Suez Canal was nationalized and how this created tensions between England and Egypt.
 This film will be shown on the day 2 of my two week unit on the Modern Middle East.

**[Pre-viewing Activities/Contextual Resources]**
- Day 1 will be a lecture on the decline of the Ottoman Empire and the regional autonomy Egypt had prior to and during WWI.  **See Attached PowerPoint " 20th Century Nationalisms"** for lecture notes section. I would use slides 1-6,8.
- For homework that night, students will be asked to read about Gamal Nasser and make a chart about his accomplishments & failures (See Appendix A).

- Day 2: Movie Day: Distribute Student Movie Questions (See Appendix B) I will then show selected excerpts from the BBC documentary "The Other Side of the Suez".  This film is available on YouTube.
  https://www.youtube.com/watch?v=ETOUALw2EIs


Selections to show in class.
3:33 to 17,
20:46 to 23:50, 35:24 to 36:19, 49:10 to 51:40,
53:43 to 54:29. [total 21 mins]

**Vocabulary List:**
- **The Revolutionary Command Council:** An executive body formed by Nasser that led  domestic reforms, got rid of political opponents and implemented a new constitution ( Cleveland & Bunton 305).
- **Suez Canal:** strategic canal built in 1869 this canal allowed ships to travel directly from Europe to South Asia bypassing Africa and thus reducing the journey by 4300 miles ( "Suez Canal Wikipedia). The canal was made by French Investments and the profits for using this went to the British once they ruled Egypt.
- **Aswan Dam:(1970)** A dam that helped control the flooding caused naturally by the Nile. This dam helped irrigation of Egyptian lands and led to the industrialization of Egypt. When Nasser was denied funding from the U.S. and Britain for this, he nationalized the Suez Canal to raise funds for this important project. Construction took 10 yrs.
- **Sir Anthony Eden:** Prime Minister of UK from 1955 to 1957. He represented the Conservative Party in the UK and had a strong orientalist dislike for Gamal Nasser. His mismanagement of the Suez Crisis led to an unnecessary invasion of Egypt by the Israelis, French and British. Eventually, he was severely chastised by the U.S. and was removed from power in the UK.
- **Non Aligned Movement:** This was a movement that was formed after the Bandung Conference of 1955. Where charismatic leaders from newly independent African and Asian countries met and decided that they would adopt a non- aligned

stance during the Cold War. This meant that nations like India, Vietnam and Egypt would not side with either the Capitalist U.S. or the Communist U.S.S.R unilaterally. Instead, these countries would decide issue by issue what decisions they made. The purpose of this non- aligned status was not to be pawns for the two super powers and instead to make decisions that served each country's national and domestic interests.

**Essential Questions & Post Viewing Activity:** Student triads are to work on these questions in groups for 10-15 mins. (Student triads are assigned groups of students per term that must work together on such assignments.)

1. How did Egypt's status as a former British Colony influence its relationship with Britain during the Suez Canal Crisis?

2. What role did Prime Minister Sir Albert Eden play in exacerbating tensions between Egypt, France and Israel?

3. Did nationalizing the Suez help or hurt Egypt internationally? In the short term? In the long term?

4. Are there any actions that Nasser took during his rule that you think would be beneficial for present day leaders in the Middle East to take? If so, which ones? Why?

**Tips for Teachers:**
1. Stick to the selected excerpts for the movie. While the rest of the movie is interesting it may be too detailed to fit into a lesson on the Middle East.
2. I would not show the end of the movie on Nasser's invasion of Israel unless I had considerable time and background to explain this complicated section. Introducing Nasser as someone who disliked Israel distracts from the goal of teaching about his domestic and international stand in the 1950s. My goal was to focus on how a leader builds an independent nation after its colonial history with a powerful country like the U.K. I also think that emphasizing Nasser's non-aligned, pragmatic and socialist agenda lends itself to a great case study on decolonization, cold war tensions and nationalist movements.
3. I would add this film study unit to a larger unit on Turkey, Egypt and Iran. I focused on the part on Egypt since this was the hardest section for someone unaware of the region. However, I would probably show the section on Ataturk before this one and then follow up with Reza Shah in Iran. My 20th Century Nationalism PowerPoint has all the relevant information to show movies and teach about those leaders. I would then ask students to write a compare and contrast 2 page paper on which of the three leaders was most successful in building a modern nation and why? I would expect students to outline a criteria

for what makes a leader most successful in their opinion and then expect them to use evidence from the movies and unit.  I would probably make this paper reflection worth a 50 pt. quiz grade.

**Subjective Review:**  I think this film is an excellent one on the topic of  Gamal Nasser. I found the narrative centered around the Suez Crisis to be an interesting, tangible event that students could learn about.  I have spent a great deal of time studying Nasser and have always found his story compelling but never had a visual resource to illustrate his charisma and central role in the minds of Egyptians and the larger Muslim World.  Nasser is an iconic figure who has a clearer platform than most leaders in the Middle East.  I think the film does an excellent job of highlighting the tensions between Nasser and the U.K. I also think the film shows a side of the Suez Crisis that is often not mentioned in traditional high school textbooks.  Most textbooks focus on Nasser nationalizing the Suez without explaining his motivations.  This movie clearly fills in a much needed gap. I also like that that film highlights the personality and decision of Prime Minister Sir Anthony Eden. It clearly shows students that the role of the individual is a powerful one in shaping crises.  I will definitely be using this film in my 10th grade history classroom.

**Appendix A**

Homework:  Background Reading on Gamal Nasser.

***Directions:*** Read the short biography below and on a separate piece of paper make a list of 10 facts focusing on Nasser's accomplishments & failures.

**Gamal Abdel Nasser**



**Gamal Abdel Nasser.**© *Bettmann/Corbis*

**Gamal Abdel Nasser,** Arabic **Jamāl ʿAbd al-Nāṣīr** (bornJanuary 15, 1918, Alexandria, Egypt—died September 28, 1970, Cairo) army officer, prime minister (1954–56), and then president (1956–70) of Egypt who became a controversial leader of the Arab world, creating the short-lived United Arab Republic (1958–61), twice fighting wars with Israel (1956, 1967), and engaging in such inter-Arab policies as mediating the Jordanian civil war (1970).

*Early life*

Nasser was born in a mud-brick house on an unpaved street in the Bacos section of Alexandria, where his father was in charge of the local post office. In an effort to cultivate a more earthy image of the president as a member of the class of rural agrarians (fellahin), Egyptian government publications for years gave his

birthplace as Banī Murr, the primitive Upper Egypt village of his ancestors. From Alexandria, Nasser's father was transferred to Al-Khaṭāṭibah, a squalid delta village, where the boy got his first schooling. Then he went to live in Cairo with an uncle who had just been released from a British prison and had rooms in a building occupied by nine Jewish families.

Constantly in trouble with schoolteachers, some of them British, Nasser took part in many anti-British street demonstrations. In one he received a blow on the forehead that left a lifelong scar. After secondary school he went to a law college for several months and then entered the Royal Military Academy, graduating as a second lieutenant.

While serving in the Egyptian army in the Sudan, Nasser met three fellow officers—Zakariyyā Muḥyi al-Dīn (Zakaria Mohieddine), later vice president of the United Arab Republic; ʿAbd al-Hakīm ʿĀmir, later field marshal; and Anwar el-Sādāt, who would succeed Nasser as president. Together, they planned a secret revolutionary organization, the Free Officers, whose composition would be known only to Nasser; their aim was to oust the British and the Egyptian royal family.

In the 1948 Arab war against the newly created State of Israel, Nasser was an officer in one of three battalions surrounded for weeks by the Israelis in a group of Arab villages called the Faluja Pocket. (*See* Arab-Israeli wars.)

*Attainment of power*

On July 23, 1952, Nasser and 89 other Free Officers staged an almost bloodless coup d'état, ousting the monarchy. Sādāt favoured the immediate public execution of King Farouk I and some members of the establishment, but Nasser vetoed the idea and permitted Farouk and others to go into exile. The country was taken over by a Revolutionary Command Council of 11 officers controlled by Nasser, with Major General Muhammad Naguib as the puppet head of state. For more than a year Nasser kept his real role so well hidden that astute foreign correspondents were unaware of his existence, but in the spring of 1954, in a complicated series of intrigues, Naguib was deposed and placed under house arrest, and Nasser emerged from the shadows and named himself prime minister. That same year an Egyptian fanatic allegedly tried to assassinate Nasser at a mass meeting in Alexandria. When the gunman confessed that he had been given the assignment by the Muslim Brotherhood, Nasser cracked down on this extremist Muslim religious organization.

In January 1956 Nasser announced the promulgation of a constitution under which Egypt became a socialist Arab state with a one-party political system and

with Islam as the official religion. In June, 99.948 percent of the five million Egyptians voting marked their ballots for Nasser, the only candidate, for president. The constitution was approved by 99.8 percent.

As Nasser took titular as well as actual control, Egypt's prospects looked bright. A secret contract had been signed with Czechoslovakia for war matériel, and Great Britain and the United States had agreed to put up $270 million to finance the first stage of the Aswān High Dam project. But on July 20, 1956, the U.S. secretary of state, John Foster Dulles, canceled the U.S. offer; the next day Britain followed suit. Five days later, addressing a mass meeting in Alexandria, Nasser announced the nationalization of the Suez Canal, promising that the tolls Egypt collected in five years would build the dam. Both Britain and France had interests in the canal and conspired with Israel—whose relations with Egypt had grown even more tense after the first Arab-Israeli war in 1948–49—to best Nasser and regain control of the canal. According to their plan, on October 29, 1956, Israeli forces invaded the Sinai Peninsula. Two days later, French and British planes attacked Egyptian airfields. Although the Israelis occupied the Sinai Peninsula to Sharm al-Shaykh and the Egyptian air force was virtually destroyed, Nasser emerged from the brief war with undiminished prestige throughout the Arab world. (*See* Suez Crisis.)

In *Philosophy of the Revolution*, which he wrote in 1954, Nasser told of "heroic and glorious roles which never found heroes to perform them" and outlined his aspiration to be the leader of the 55 million Arabs, then of the 224 million Africans, then of the 420 million followers of Islam. In 1958 Syria and Egypt formed the United Arab Republic, which Nasser hoped would someday include the entire Arab world. Syria withdrew in 1961, but Egypt continued to be known as the United Arab Republic until 1971. That was as close as Nasser ever came to realizing his tripartite dream.

*Nasser's accomplishments*

There were other accomplishments, however. The Aswān High Dam, built with the help of the Soviet Union, began operating in 1968; 20th-century life was introduced into many villages; industrialization was accelerated; land reforms broke up Egypt's large private estates; a partially successful campaign was conducted against corruption; and women were accorded more rights than they had ever had, including the right to vote. A new middle class began to occupy the political and economic positions once held in Egypt by Italians, Greeks, French, Britons, and other foreigners, whom Nasser now encouraged—sometimes not gently—to leave the country. Nasser's outstanding accomplishment was his

survival for 18 years as Egypt's political leader, despite the strength of his opponents: communists, Copts, Jews, Muslim extremists, old political parties, rival military cliques, dispossessed landowners, supporters of Naguib, and what was left of the foreign colony.

On the negative side, Nasser made Egypt a police state, in which mail was opened, the communications media were strictly censored, the chief newspapers were nationalized, telephones were tapped, and visitors' rooms were searched. Political democracy in the Western sense was nonexistent. One-party candidates for office were handpicked by Nasser and his close associates. Political enemies were herded into concentration camps in the desert. Life was little changed for most fellahin. The birth rate remained so high as to defeat attempts to increase the living standard.

In foreign affairs Nasser joined Josip Broz Tito of Yugoslavia and Jawaharlal Nehru of India as an advocate of nonalignment, or "positive neutrality." At the Bandung Conference of Asian and African nations in 1955, he emerged as a world figure. His refusal to recognize Israel and Egypt's defeat by Israel in 1956 led him to divert vast sums into military channels that might have gone to implementing his social revolution.

Egyptian troops supported the Republican Army in Yemen's civil war starting in 1962. But they were withdrawn in 1967 when war broke out again between Egypt and Israel in June after Nasser had requested that the United Nations remove its peacekeeping troops from the Gaza Strip and Sharm al-Shaykh and then closed the Gulf of Aqaba to Israeli shipping. The conflict came to be known as the Six-Day (or June) War. After the Egyptian air force was destroyed on the ground and the Egyptian army was forced to retreat across the Suez, Nasser attempted to resign, but massive street demonstrations and a vote of confidence by the National Assembly induced him to remain in office. The Soviet Union immediately began replacing all the destroyed war equipment and installed surface-to-air missiles along the Suez as a cover for Egypt's artillery emplacements. Nasser had tentatively accepted a U.S. plan leading to peace negotiations with Israel when he died, in 1970, from a heart attack.

*Assessment*

Although complex and revolutionary in his public life, privately Nasser was conservative and simple. No other Arab leader in modern times has succeeded in winning the sometimes hysterical support of Arab masses throughout the Middle East as did Nasser during the last 15 years of his life. Even the loss of

two wars, with disastrous results for Egypt, did not dim the popularity of this charismatic, almost mythogenic, army officer who became the first true Egyptian to rule the country in several millennia, giving his people the dignity denied them under foreign rule. Yet he failed in his ambition to create a unified Arab world, and before his death he was forced to sacrifice some of Egypt's political independence for the military support of the Soviet Union.*Robert St. John*

"Gamal Abdel Nasser". *Encyclopædia Britannica. Encyclopædia Britannica Online.*
Encyclopædia Britannica Inc., 2016. Web. 27 Jul. 2016
<https://www.britannica.com/biography/Gamal-Abdel-Nasser>.

Appendix B:
BBC Documentary " The Other Side of the Suez"
Movie Questions Handout

1.  Who was Gamal Nasser?

2.  Who was Sir Albert Eden?

3.  What were Gamal Nasser's goals for Egypt?

4.  Why did Gamal Nasser turn to the Soviet Union for
    help?

5. What was the Suez Crisis?

6. How did Egyptians view Nasser's decision to
   nationalize the canal?

7. How was the Suez Crisis resolved?

**Post Movie: Discussion Questions.**

***Directions***: *Read these questions as a group and discuss the answers with your triads before you write a response.  Make sure you use evidence from the movie and your homework reading on Nasser to answer these.*

1. How did Egypt's status as a former British Colony influence its relationship with Britain during the Suez Canal Crisis?

2. What role did Prime Minister Sir Albert Eden play in exacerbating tensions between Egypt, France and Israel?

3.  Did nationalizing the Suez help or hurt Egypt internationally? In the short term? In the long term?

4. Are there any actions that Nasser took during his rule that you think would be beneficial for present day leaders in the Middle East to take? If so, which ones? Why?

5. Which of Nasser's actions should not be replicated by present day Middle Eastern leaders? Why?



filmguidelessonprimarysource Properties

General | Security | **Details** | Previous Versions

| Property | Value |
|---|---|
| **Description** | |
| Title | |
| Subject | |
| Tags | |
| Categories | |
| Comments | |
| **Origin** | |
| Authors | Newton Public Schools |
| Last saved by | Newton Public Schools |
| Revision number | 2 |
| Version number | |
| Program name | Microsoft Macintosh Word |
| Company | |
| Manager | |
| Content created | 7/27/2016 5:30 PM |
| Date last saved | 7/27/2016 5:30 PM |
| Last printed | |
| Total editing time | 00:00:00 |
| **Content** | |
| Content status | |

Remove Properties and Personal Information

OK     Cancel     Apply

# EXHIBIT II(c)

# MODERN WORLD HISTORY (CP) 2016/17
## (Department of History and Social Sciences)

Dr. I. Ibokette
Cubicle #358C
Classroom #329
Email: Isongesit_Ibokette@newton.k12.MA.US
Webpage: www.empoweringthemind.weebly.com

## EXPECTATIONS, GUIDELINES and SYLLABUS

**1. Objectives:** "The History and Social Sciences program seeks to encourage informed democratic citizenship through the study of World and American History and the social sciences. We want students to:

➢ recognize and appreciate the diversity of peoples, cultures and experiences that make up our world's history.

➢ gain a clear understanding of American institutions and traditions.

➢ gain an understanding of the many ways in which our present world is rooted in and shaped by the past.

➢ explore their own identities and individual places in history.

➢ learn to work as historians and social scientists, demonstrating analytical thinking, clear oral and written expression of ideas and strong research skills.

2. **Course Description**: Following sequentially on World History One, this course examines World History from the French Revolution through the twentieth century. It includes study of nationalism and industrialization and their consequences in Europe, European imperial expansion and non-Western responses to it, the World Wars, the Cold War, and national liberation movements of the later twentieth century…. The curriculum two textbook is *World History: Human Legacy* by Ramirez, Stearns, and Wineburg. In addition to their textbooks, students will use maps, primary source documents, secondary readings, and videos in their work. The course teaches students to think and write like historians, emphasizing analytical skills, and teaches basic research skills. Students will write analytical essays and a major research paper." (2010-2011 Course Catalogue)

**3. A Word of Caution**: Tenth grade is one of the two most crucial years (the other being eleventh grade) in the acquisition and/or development of basic and sound academic skills. These skills include those essential to critical and analytical thinking, expository writing, note-taking and research. It is very important that you establish a solid academic foundation at this stage in your intellectual growth. This will serve you very well in your future academic endeavors.  It is imperative therefore that you work with me and take advantage of the resources available to you to achieve these key goals.

**4. Academic Integrity:** I do not tolerate cheating of any kind. This includes copying from another student's homework, cheating on exams, and plagiarism. I will strictly enforce existing building-wide disciplinary measures in all cases of academic dishonesty.

In all your written work, I expect you to restate information (facts, ideas, opinions and

1

arguments) from the source material **in your own words**.  This entails minimizing quotations and working to expand your vocabulary.  Over-reliance on the expressions, sentences and phrases from source material is usually an indication of the narrowness of a writer's vocabulary and/or a problem with comprehension. Personally, I prefer that you paraphrase the original text, even if you make some mistakes in the process.

See the latest edition of "Students' Handbook…." for school-wide guideline and penalties on plagiarism and other forms of cheating.

**5. Course Material:**
   a) **Each student must have a three-ring-binder (one or two-inch thick).** Effective organizational skills are necessary to academic success. It is therefore important that you have all your course material (handouts, notes, worksheets, corrected homework, etc.) well organized for easy reference and review. Your tests and quizzes will be drawn from these materials.
   b) Bring your binders and writing material to class on a daily basis.

**6. Attendance/Tardiness:** I expect you to be punctual to class. Consider yourself tardy if you enter the class once I have started with the day's agenda.

**7. Contact Person:** Each student should have one or two other persons in class that he/she can contact for information, notes and handouts when he/she has missed a class. It is important that you know what transpired in class during your absence so that you are well prepared for the next class.

**8. Workload:**
- daily homework assignments
- an average of two written assignments (homework) per week
- one major research paper or a major essay per term
- regular brain-warming activities (oral, written, group, etc.)
- two tests per term

If you have an excused absence from school during a test or brain warmer, you will make it up on your first day of returning to school. The questions and format may be different from the earlier one. It is your responsibility to make time for the missed assessment.

Every assignment/homework that you turn in must be neatly done
- I prefer type-written work. Worksheet-based questions must be answered on a separate sheet of paper.
- Answer all questions in complete sentences and **in your own words.**

**9. Grades**: Each term's grade will comprise the following: research paper/essays (20%), tests (45%), brain warmers (15%), all other activities including in-class work, group activities and homework (20%)
- Tests: These will consist of multiple-choice, fill in the blanks (with and/or without word-bank), true or false questions and some terms to define or identify. In addition I may also give you a take-home essay question. I will give you a two-week notice prior to any test.

2

➢ **Research Paper**: Work on any research paper will be spread over a few week period and divided into phases (preliminary, outline, etc.) Each phase will be assessed separately.

**10. Late Work:**

All assignments, homework and papers have to be turned in during class on the due date. You will lose five percent if you do not turn in your work during this time, ten percent after the school day and ten additional points each school day thereafter. I will not accept work turned in after three school days. Any requests for extensions have to be made well before the due date, in writing, and based on extenuating circumstances.

**11. Rewrites:**

On a case-by-case basis, I may permit you to redo an assignment if you are dissatisfied with your initial effort. Please turn in the rewrite with the previous work. I will not accept an unauthorized rewrite. Note that the highest grade on rewrites is 80%.

**11. Extra-Credit Work:**

Each student can earn a maximum of five extra-grade points per term from extra-credit activities. Such additional work has to be turned in not later than two weeks before the end of each marking period. I will give you more information in class on this topic.

# Course Content

**Unit 1: General Introduction to Course**
➢ House Keeping, Roll Call, etc
➢ Expectations and Course Overview
➢ The Study of History

**Unit 2: The French Revolution**
➢ The Age of Enlightenment
➢ The French Old Order
➢ The Years of Upheaval, to 1799
➢ The Rise and Fall of Napoleon

**Unit 3: Nineteenth-Century Europe**
➢ The Age of Metternich
➢ The Clash of Ideologies: Conservatism and Liberalism
➢ Nationalism and the Rise of Nation States

**Unit 4: Industrial Revolutions**
➢ The Factory System
➢ New Social Order
➢ The Birth of Socialism
➢ The Emergence of Mass Society

3

➢ Arts and Literature in the Industrial Age

**Unit 5: New Imperialism – European Expansionism**
➢ Motives in European Imperialism
➢ The Changing Geo-Political Global Map

**Unit 6: Asia in the Age of New Imperialism**
➢ The Transformation of South East Asia/India
➢ The Transformation of China and Japan

**Unit 7: Europe in Crisis I**
➢ World War I
➢ The Great Depression
➢ The Rise of Totalitarian States

**Unit 8: Russia: From Serfdom to Communism**
➢ Tsarist Russia: 1801 – 1914
➢ The 1917 Communist Revolution
➢ Comrade Stalin

**Unit 9: Europe in Crisis II**
➢ World War II: Causes
➢ The European Theater
➢ From Pearl Harbor to Hiroshima: The Pacific Theater
➢ The Origins of the Cold War

**Unit 10: Nationalism and Imperialism in Latin America**
➢ US Imperialism in Latin America
➢ Nationalism and Dictatorship

**Unit 11: Colonialism and Nationalism in Africa and the Middle East**
➢ European Imperial Conquests
➢ Struggles for Independence
➢ Challenges of Nation Building

**Unit 13: Ghosts of the Past**
➢ Towards a New World Order
➢ Looking Back: Continuities and Changes
➢ The Future: Globalization
➢ Technology: Prospects and Challenges
➢ "Nine-Eleven": A Global Perspective

# I WISH YOU A SUCCESSFUL SCHOOL YEAR

# MODERN WORLD HISTORY (CP) 2017/18

# (Department of History and Social Sciences)

## EXPECTATIONS and SYLLABUS

**Dr. I. Ibokette**
**Cubicle #358C**
**Classroom #329**
**Email: Isongesit_Ibokette@newton.k12.MA.US**
**Webpage: www.empoweringthemind.weebly.com**

**SYLLABUS and EXPECTATIONS**


**1. Objectives:** "The History and Social Sciences program seeks to encourage informed democratic citizenship through the study of World and American History and the social sciences. We want students to:
  ➤ recognize and appreciate the diversity of peoples, cultures and experiences that make up our world's history.
  ➤ gain a clear understanding of American institutions and traditions.
  ➤ gain an understanding of the many ways in which our present world is rooted in and shaped by the past.
  ➤ explore their own identities and individual places in history.
  ➤ learn to work as historians and social scientists, demonstrating analytical thinking, clear oral and written expression of ideas and strong research skills.

2. **Course Description**: Following sequentially on World History One, this course examines World History from the French Revolution through the twentieth century. It includes study of nationalism and industrialization and their consequences in Europe, European imperial expansion and non-Western responses to it, the World Wars, the Cold War, and national liberation movements of the later twentieth century…. The curriculum two textbook is *World History: Human Legacy* by Ramirez, Stearns, and Wineburg. In addition to their textbooks, students will use maps, primary source documents, secondary readings, and videos in their work. The course teaches students to think and write like historians, emphasizing analytical skills, and teaches basic research skills. Students will write analytical essays and a major research paper." (2010-2011 Course Catalogue)


**3. A Word of Caution**: Tenth grade is one of the two most crucial years (the other being eleventh grade) in the acquisition and/or development of basic and sound academic skills. These skills include those essential to critical and analytical thinking, expository writing, note-taking and research. It is very important that you establish a solid academic foundation at this stage in your intellectual growth. This will serve you very well in your future academic endeavors.  It is imperative therefore that you work with me and take advantage of the resources available to you to achieve these key goals.


**4. Academic Integrity:** I do not tolerate cheating of any kind. This includes copying from another student's homework, cheating on exams, and plagiarism. I will strictly enforce existing building-wide disciplinary measures in all cases of academic dishonesty.
    In all your written work, I expect you to restate information (facts, ideas, opinions and arguments) from the source material **in your own words**.  This entails minimizing quotations and working to expand your vocabulary.  Over-reliance on the expressions, sentences and phrases from source material is usually an indication of the narrowness of a writer's vocabulary and/or a problem with comprehension. Personally, I prefer that you paraphrase the original text, even if you make some mistakes in the process.
    See the latest edition of "Students' Handbook…." for school-wide guideline and penalties

1

on plagiarism and other forms of cheating.

**5. Course Material:**

   a. **Each student must have a three-ring-binder (one or two-inch thick).** Effective organizational skills are necessary to academic success. It is therefore important that you have all your course material (handouts, notes, worksheets, corrected homework, etc.) well organized for easy reference and review. Your tests and quizzes will be drawn from these materials.

   b. Bring your binders and writing material to class on a daily basis.

**6. Attendance/Tardiness:** I expect you to be punctual to class. Consider yourself tardy if you enter the class once I have started with the day's agenda.

**7. Contact Person:** Each student should have one or two other persons in class that he/she can contact for information, notes and handouts when he/she has missed a class. It is important that you know what transpired in class during your absence so that you are well prepared for the next class.

**8. Workload:**

   ➢ daily homework assignments
   ➢ an average of two written assignments (homework) per week
   ➢ one major research paper or a major essay per term
   ➢ regular brain-warming activities (oral, written, group, etc.)
   ➢ two tests per term

   If you have an excused absence from school during a test or brain warmer, you will make it up on your first day of returning to school. The questions and format may be different from the earlier one. It is your responsibility to make time for the missed assessment.

   Every assignment/homework that you turn in must be neatly done
   ➢ I prefer type-written work. Worksheet-based questions must be answered on a separate sheet of paper.
   ➢ Answer all questions in complete sentences and **in your own words.**

**9. Grades**: Each term's grade will comprise the following: research paper/essays (20%), tests (45%), brain warmers (15%), all other activities including in-class work, group activities and homework (20%)

   ➢ Tests: These will consist of multiple-choice, fill in the blanks (with and/or without word-bank), true or false questions and some terms to define or identify. In addition I may also give you a take-home essay question. I will give you a two-week notice prior to any test.

   ➢ **Research Paper**: Work on any research paper will be spread over a few week period and divided into phases (preliminary, outline, etc.) Each phase will be assessed separately.

2

**10. Late Work:**

      All assignments, homework and papers have to be turned in during class on the due date. You will lose five percent if you do not turn in your work during this time, ten percent after the school day and ten additional points each school day thereafter. I will not accept work turned in after three school days. Any requests for extensions have to be made well before the due date, in writing, and based on extenuating circumstances.

**11. Rewrites:**

      On a case-by-case basis, I may permit you to redo an assignment if you are dissatisfied with your initial effort. Please turn in the rewrite with the previous work. I will not accept an unauthorized rewrite. Note that the highest grade on rewrites is 80%.

**11. Extra-Credit Work:**

      Each student can earn a maximum of five extra-grade points per term from extra-credit activities. Such additional work has to be turned in not later than two weeks before the end of each marking period. I will give you more information in class on this topic.

# Course Content

**Unit 1: General Introduction to Course**
- ➢ House Keeping, Roll Call, etc
- ➢ Expectations and Course Overview
- ➢ The Study of History

**Unit 2: The French Revolution**
- ➢ The Age of Enlightenment
- ➢ The French Old Order
- ➢ The Years of Upheaval, to 1799
- ➢ The Rise and Fall of Napoleon

**Unit 3: Nineteenth-Century Europe**
- ➢ The Age of Metternich
- ➢ The Clash of Ideologies: Conservatism and Liberalism
- ➢ Nationalism and the Rise of Nation States

**Unit 4: Industrial Revolutions**
- ➢ The Factory System
- ➢ New Social Order
- ➢ The Birth of Socialism
- ➢ The Emergence of Mass Society
- ➢ Arts and Literature in the Industrial Age

3

**Unit 5: New Imperialism – European Expansionism**
- ➢ Motives in European Imperialism
- ➢ The Changing Geo-Political Global Map

**Unit 6: Asia in the Age of New Imperialism**
- ➢ The Transformation of South East Asia/India
- ➢ The Transformation of China and Japan

**Unit 7: Europe in Crisis I**
- ➢ World War I
- ➢ The Great Depression
- ➢ The Rise of Totalitarian States

**Unit 8: Russia: From Serfdom to Communism**
- ➢ Tsarist Russia: 1801 – 1914
- ➢ The 1917 Communist Revolution
- ➢ Comrade Stalin

**Unit 9: Europe in Crisis II**
- ➢ World War II: Causes
- ➢ The European Theater
- ➢ From Pearl Harbor to Hiroshima: The Pacific Theater
- ➢ The Origins of the Cold War

**Unit 10: Nationalism and Imperialism in Latin America**
- ➢ US Imperialism in Latin America
- ➢ Nationalism and Dictatorship

**Unit 11: Colonialism and Nationalism in Africa and the Middle East**
- ➢ European Imperial Conquests
- ➢ Struggles for Independence
- ➢ Challenges of Nation Building

**Unit 13: Ghosts of the Past**
- ➢ Towards a New World Order
- ➢ Looking Back: Continuities and Changes
- ➢ The Future: Globalization
- ➢ Technology: Prospects and Challenges
- ➢ "Nine-Eleven": A Global Perspective

# I WISH YOU A SUCCESSFUL SCHOOL YEAR

# MODERN WORLD HISTORY (HONORS) 2017/18

## (Department of History and Social Sciences)

## SYLLABUS and EXPECTATIONS

Dr. I. Ibokette
Classroom #329
Cubicle #358C
Email: Isongesit_Ibokette@newton.k12.MA.US
Webpage: WWW.Empoweringthemind.weebly.com

## <u>SYLLABUS and EXPECTATIONS</u>

**1. Objectives:**

"The History and Social Sciences program seeks to encourage informed democratic citizenship through the study of World and American History and the social sciences. We want students to:

➢ recognize and appreciate the diversity of peoples, cultures and experiences that make up our world's history.

➢ gain a clear understanding of American institutions and traditions.

➢ gain an understanding of the many ways in which our present world is rooted in and shaped by the past.

➢ explore their own identities and individual places in history.

➢ learn to work as historians and social scientists, demonstrating analytical thinking, clear oral and written expression of ideas and strong research skills.

Following sequentially on World History One, this course examines World History from the French Revolution through the twentieth century. It includes study of nationalism and industrialization and their consequences in Europe, European imperial expansion and non-Western responses to it, the World Wars, the Cold War, and national liberation movements of the later twentieth century…. The main textbook is *World History by Jackson Spielvogel*. In addition to this textbook, students will use maps, primary source documents, secondary readings, and videos in their work. The course teaches students to think and write like historians, emphasizing analytical skills, and teaches basic research skills. Students will write analytical essays and a major research paper." (2015-2016 Course Catalogue)

**A Word of Caution**: Tenth grade is one of the two most crucial years (the other being eleventh grade) in the acquisition and/or development of basic and sound academic skills. These skills include those essential to critical and analytical thinking, expository writing, note-taking and research. It is very important that you establish a solid academic foundation at this stage in your intellectual growth. This will serve you very well in your future academic endeavors. It is imperative therefore that you work with me and take advantage of the resources available to you to achieve these key goals.

**2. <u>Academic Integrity:</u>**

I do not tolerate cheating of any kind. This includes copying from another student's homework, cheating on exams, and plagiarism. I will strictly enforce existing disciplinary measures in all cases of academic dishonesty. In all your written work, I expect you to restate information (facts, ideas, opinions and arguments) from the source material **IN YOUR OWN WORDS**. This entails minimizing quotations and working to expand your vocabulary. Over-reliance on the expressions, sentences and phrases from source material is usually an indication of the narrowness of a writer's vocabulary and/or a problem with comprehension. Personally, I

1

prefer that you paraphrase the original text, even if you make some mistakes in the process.

3. **Course Material:**
   a) **Each student <u>must</u> have a three-ring-binder (one and one-half inch thick) for this course.** Effective organizational skills are essential to academic success. It is therefore important that you have all your course material (handouts, notes, worksheets, corrected homework, etc.) well organized for easy reference and review. Your tests and quizzes will be drawn from this material.
   b) Bring your binders and writing material to class on a daily basis.

4. **Attendance/Tardiness:**
   I expect you to be punctual to class. Consider yourself tardy if you enter the class once I have started with the day's agenda.

5. **Contact Person:**
   Each of you should have one or two other persons in class that you can contact for information, notes and handouts when you have missed a class. It is important that you know what transpired in class during your absence so that you come to the next class prepared.

6. **Workload:**
   ➢ daily homework assignments
   ➢ an average of two written assignments (homework) per week
   ➢ one major research (sophomore) paper
   ➢ one major essay per term
   ➢ regular brain-warming activities (oral, written, group, etc.)
   ➢ about three tests per term
   **If you have an excused absence from school during a test or quiz, you will make it up on your first day of returning to school. The questions and format may be different from the earlier one. It is your responsibility to make time for the missed assessment.**

   Every assignment/homework that you turn in must be neatly done
   ➢ I prefer typed work.
   ➢ Worksheet-based questions must be answered on a separate sheet of paper; in complete sentences and **in your own words.**

7. **Extra-Credit Work:**
   Each student can earn a maximum of five extra-grade points per term from extra-credit activities. Such additional work has to be turned in not later than two weeks before the end of each marking period. I will give you more information in class on this expectation.

8. **Grades**:
   ➢ Each term's grade will comprise the following:
   • research paper/essays, 20%,
   • tests and quizzes (two key tests per term), 60%,
   • all other activities including in-class work, group activities and homework, 20%

2

➢ **Tests**: These will consist of multiple-choice, fill in the blanks (without word-banks), true or false questions and some terms to define or identify. In addition, I may also give you a take-home essay question. I will give you a week's notice prior to any test.

➢ **Sophomore Research Paper (4ᵗʰ Quarter).** I will spread work on this research paper over a few weeks and divided into phases (preliminary, research, outline, etc.). Each phase will be assessed separately.

**9.  Late Work:**
      All assignments, homework and papers have to be turned in during class on the due date. You will lose five percent if you do not turn in your work during this time, ten percent after the school day and ten additional points each school day thereafter. **I will not accept work turned in after three school days**. Any requests for extensions have to be made well before the due date, and based on extenuating circumstances.

**10. Rewrites and Make-ups:**
      On a case-by-case basis, I may ask (or permit) you to redo an assignment if I am (or you are) dissatisfied with your initial effort. I will not accept an unauthorized rewrite. Please turn in the rewrite with the previous work. Note that the highest grade on rewrites is 80%.

**11**. **Electronics - OFF & AWAY: Please turn OFF and put AWAY** all personal electronic devices upon entering the classroom. I will confiscate and turn into the house office any electronic devices used without my permission once the period has begun.

**12. Conferences**: A key element to your success in this class is communication. You must make time to speak with me, **in person**, outside of class time about any concerns or extra-help. My primary responsibility in the building is to do whatever I can to assist my students to meet their academic responsibilities. Please do not hesitate to come to me to discuss your progress and any concerns you might have on any aspect of this course.

**13. Respect and Civility:** I expect all my students to respect themselves and their classmates; and to work with me to create and maintain a healthy, vibrant and conducive academic environment.

# Course Content

**Unit 1: General Introduction to Course**
➢ House Keeping, Roll Call, etc
➢ Expectations and Course Preview
➢ Understanding History

**Unit 2: The French Revolution**
➢ Causes - the Old Order & the Age of Reason
➢ The Years of Upheaval, to 1799

3

➢ The Rise and Fall of Napoleon

**Unit 3: Nineteenth-Century Europe**
➢ The Age of Metternich
➢ The Clash of Ideologies: Conservatism and Liberalism
➢ Nationalism and the Rise of Nation States

**Unit 4: Industrial Revolutions**
➢ The Factory System
➢ New Social Order
➢ The Birth of Socialism
➢ The Emergence of Mass Society
➢ Arts and Literature in the Industrial Age

**Unit 5: New Imperialism – European Expansionism**
➢ Motives in European Imperialism
➢ The Changing Geo-Political Global Map

**Unit 6: Asia in the Age of New Imperialism**
➢ The Transformation of South East Asia/India
➢ The Transformation of China and Japan

**Unit 7: Europe in Crisis I**
➢ World War I: Causes and Consequences
➢ The Rise of Totalitarian States

**Unit 8: Russia: From Serfdom to Communism**
➢ Tsarist Russia: 1801 – 1914
➢ The 1917 Communist Revolution
➢ Comrade Joseph Stalin's USSR

**Unit 9: Europe in Crisis II**
➢ World War II: The European Theater
➢ From Pearl Harbor to Hiroshima: The Pacific Theater
➢ The Holocaust

**Unit 10: Nationalism and Imperialism in Latin America**
➢ US Imperialism in Latin America
➢ Nationalism and Dictatorship

**Unit 11: Colonialism and Nationalism in Africa and the Middle East**
➢ European Imperial Conquests
➢ Struggles for Independence
➢ Challenges of Nation Building

**Unit 12: The Cold War**
- ➢ A Divided Europe
- ➢ The Cold War in Asia
- ➢ The Cold War in Latin America
- ➢ Towards a New World Order

**Unit 13: Ghosts of the Past**
- ➢ Looking Back: Continuities and Changes
- ➢ The Future: Globalization: The European Union
- ➢ Technology: Prospects and Challenges
- ➢ "Nine-Eleven": A Global Perspective


## <u>Tips on Advanced Academic Skills and for Writing History Papers</u>

### A. <u>Using Quotes and Quotations</u>

In all your written work, I expect you to re-state information from the source material **in your own words (this is called paraphrasing).** This entails using few and appropriate quotes, and working to expand your repertoire of the English vocabulary. Over-reliance on sentences and phrases from source material is usually an indication of the narrowness of a writer's vocabulary and/or a problem with comprehension. Personally, I prefer that you paraphrase the original text as much as necessary, even if you make some mistakes in the process.


### <u>When/What to Quote:</u>
1. Quote from your source of information only when the author's own words, phrases or sentences are <u>essential</u> and <u>necessary</u> to a specific aspect of your discussion.
   a. The quote should be in support of, or as evidence for an important statement <u>that you have already</u> made in your own words. Avoid repetitive statements.

   b. In some instances, <u>you do not need</u> to quote more than a few words or phrases as evidence to support your argument.

   c. You may also quote a captivating, unique or original phrase and concept for precision and exactness; or for literary effect such as irony, paradox, or metaphor).
   **Example:**
   Many Europeans who argued for the extension of the "blessings of western civilization" to non-Europeans viewed the latter as inferior human beings. For example, Rudyard Kipling, "The White Man's Burden", used racist and derogatory terms such as "sullen", "half-devil, half-man", in referring to Africans and Asians.[1]

---

1. Rudyard Kipling, "The White Man' Burden" (Garden City: Doubleday, Page & Co., 1922).

2. Avoid hanging quotes (HQ). When you quote a sentence(s), incorporate the quote into your own sentence. You may do this by identifying the author of the quote as the subject in the sentence.
   **Example**:
   According to Gandhi, the British colonial government in India "impoverished the ignorant millions by a system of progressive exploitation…."

3. Note that you can also "interact" with your source and provide the necessary scholarly evidence by **paraphrasing** his/her view or opinion.
   **Example**:
   In testifying at his trial for sedition, Gandhi expressed his disdain and objection to British colonial rule in India by referring to the government as an economic parasite. Furthermore, he asserted that the government's brutal treatment of Indians was the worst act of cruelty in human history. [2]


## B. Writing Thesis Paragraphs

A **thesis** is a point of view, position or argument that you take on an issue or a question. This could be articulated in one sentence, a few sentences or a lengthy paragraph. For most short (approx. 750-1000 words) analytical history papers, a one-sentence thesis statement will not suffice, however. Accordingly, I encourage students to think of this component of any history paper as approximately a seven-sentence paragraph (or longer based on the overall length of your paper). This is your **thesis paragraph.** This should also serve as your introductory paragraph. *To a very large extent,* the overall quality of your essay depends on the effectiveness of your thesis paragraph.

An effective **thesis paragraph** should include the following information (not necessarily in this order):

a.  **Focus Statement**: a two three-sentence statement on the theme or focus of the question (including a timeframe). This may include the **road map**: a brief identification of the major components of your essay.

b.  **Thesis statement** (approximately three to four sentences):
    This is your **thesis**, **position** or **argument**. This is where you inform your reader of your position on the essay question or focus of your work. For example, if the question wants you to examine, the significance of a particular event or movement, this is where you briefly but clearly and explicitly summarize your response to the question. You should also briefly identify the evidence that you intend to use to support your **thesis.**

c.  **Definition of key terms**: a **contextual** definition of any **term/s or concept/s** that is/are significant to your paper.

---

2.

**C.  <u>Note-Taking Template</u>**

**<u>Chapter 17 Title:</u>   <u>Revolution and Enlightenment</u>**

**<u>Section 2 Title:</u>   <u>The Enlightenment</u>**

**<u>Main Ideas:</u>**
   a. 18th century intellectuals used the ideas of Scientific Revolution to reexamine all aspects of life
   b. People gathered in salons to discuss the ideas of philosophes.

**<u>Key Terms and People</u>:**

| | | |
|---|---|---|
| salon | laissez-faire | social contract |
| separation of powers | deism | John Locke |
| Adam Smith | philosophes | Baron de Montesquieu |
| Mary Wollstonecraft | John Wesley | Jean-Jacques Rousseau |

**<u>Preview Questions</u>:**
   a.  What was enlightenment?
   b.  What role did religion play during the Enlightenment

**<u>Sub-Sections</u>**

**1. <u>Path to Enlightenment</u>:**
   ➢  Summarize key points in a bulleted format

   ➢

**<u>Reading Check</u>**: What was Newton's main contribution to Enlightenment thought?
**2. <u>Philosophes and their Ideas:</u>**
   ➢  Summarize key points in a bulleted format.

   ➢

   **a.  <u>Montesquieu</u>**

      ➢  Who was he?

      ➢  What were his key ideas or contributions?

      ➢   (Or) Why is he important?

7

    **b.**  **Voltaire**

       ➤  Who was he?

       ➤  What were his key ideas?

       ➤  (Or) Why is he important?

    **c.**  **Diderot**

       ➤

       ➤

**Reading Check**: What were the major contributions of Montesquieu, Voltaire and Diderot to the Enlightenment?

**3. Toward a New Social Science**:
       ➤  Summarize key points in a bulleted format

    a.  Economics

       ➤

    b.  Beccaria and Justice

       ➤

   **Reading Check**:

**4. The Later Enlightenment**

**5. Rights of Women**

**6. Social World of Enlightenment**
       ➤

    a. **The Growth of publishing and the reading public**:

    b. **The Salon (elegant drawing rooms):**

   **Reading Check:** What was the importance of the salons?

**7. Religion in the Enlightenment**

   **Reading Check**: What are some of the central ideas of Methodism?

8

**D. Reading for Understanding**

**Step 1:** Quickly browse through the assigned reading: What is this document or article about? That is, what is its focus or theme, and the timeframe covered?

**Step 2:** Read to identify the author's central argument or thesis and audience.

**Step 3:** Read to identify the author's key evidence; and if necessary, number and categorize them (political, social, economic; or causes, course and consequences)

**Step 4:** Keep track of the key concepts and terms, and the context in which the author uses them.

**D.  Writing Short Summaries (250 – 500 words):**

1.   In writing a formal summary of an assigned reading, the focus must be only on the key issues raised by, and the views of the author/s. Skip the details and your own opinion unless required.

2.   The first few sentences (about three to four) of the summary should identify the author/s; and clearly sum up the focus of the work, its main argument and key evidence.

3.   The number of body paragraphs will depend on the required length of the summary.

4.   Use the last couple of sentences of the last paragraph to sum up the key argument/s, and provide a post-script (or developments that followed or resulted from the events that are the focus of the reading - these developments may or may not be covered by the reading).

**E. Useful Tips for Writing a History Paper:**

1. Your essay must have a thesis (or introductory) paragraph. See "Writing Thesis Paragraph" above.

2. Do not assume that the reader knows the answer to the question. Think of your reader as an intelligent eight grader who has a clue about history but has never taken this course. Do not be afraid to **explain** and give a little **background** (but do not go overboard).

3. Each supporting paragraph should begin with an effective topic sentence that relates to the thesis.

4. Use specific **evidence** to support your thesis.

5. **Define** and **identify** key terms (in context) and people you mention.

6. Include a title (of about five to seven words) that serves as the shortest possible summary of your thesis. "The French Revolution", "Nationalism" and/or "imperialism" are not appropriate titles.

7. Your **conclusion** should sum up your key argument/s and highlight your thesis. You should also shine a light on the future and suggest how the issue you wrote about played out subsequent to the focused timeframe.

8. History is about the past and must be written in the past tense!

9. The past tense of "lead" is "led". The possessive form of "it" is "its". The contraction of "it is" is "it's."

10. Avoid hanging quotes (HQ). When you quote someone, identify the author in the body of the sentence and "interact" with your source material. For example: "According to historian Gordon Wood, the American Revolution was a revolution of ideas." (See class handout on "Quotes and Quotations")

11. Careful of antecedents. Avoid: "<u>France</u> won the war because <u>they</u> had more modern weapons." Instead: "<u>France</u> won the war because <u>it</u> had more…."

12. Avoid vague statements such as, "it seemed" or "— was very important in American history" or "... made a lot of changes."

13. Avoid "basically, now, so, I mean, I think, I believe...." They weaken your argument.

14. Keep it simple. Avoid: "The Revolution was an event that upset the loyalists." Instead: "The Revolution upset the loyalists."

15. Avoid the passive voice and vague statements: "The law was passed." Instead: "The National Assembly passed the law."

16. Avoid contractions such as "they'd, wouldn't, and can't".

17. Proofread and edit your work!

### G. <u>Paper Correction Terms and Abbreviations</u>:

Ante.  - Antecedent and pronoun do not match, or there is no antecedent

Awk   - Sentence or phrasing is awkward

Def.   - Define in context

HQ     - Hanging quote: quote needs to be placed in a sentence

MS     - Misleading

PE      - Poorly expressed

RO      - Run-on sentence

SF      - Sentence fragment

Sp      - Incorrect spelling

Vague -- Vague: not specific enough/lacks clarity

WTS    - Weak topic sentence

WC      - Poor word choice

?          - Meaning?/I do not get it.

Λ         - insert word/s or phrase

# EXHIBIT JJ



Toby N. Romer
Assistant Superintendent
Secondary Education and Special Programs

August 6, 2018

VIA E-MAIL  if@peaceandtolerance.org

Ilya Feoktistov
Research Director
Americans for Peace and Tolerance

RE:    Public Records Request

Dear Mr. Feoktistov:

Please accept this correspondence in response to your numerous emails received between July 31, 2018 and August 3, 2018 seeking specific information and additional documents.

First, enclosed, please find the Guidelines for Talking about Politics that was sent in an email by Jonathan Bassett to the Newton North History Department on February 7, 2017, as requested.

Second, you requested a copy of a post referenced in an email from David Meshoulam on March 10, 2017.  The post referenced was made on a public, non-NPS website and is not in our possession. Moreover, upon investigation, the post is no longer available on the third-party site.  No paper copy of the post is in the possession, custody or control of Newton Public Schools   Additionally, the related correspondence regarding the post among Aaron Sanders, Henry Turner and David Meshoulam is enclosed, as requested.

Third, you have stated your position that Newton Public Schools failed to comply with the public records request sent by you on February 28, 2018, whereby you sought:

> All classroom materials, including but not limited to handouts websites, multimedia presentations, PowerPoint or other slide presentations, textbook sections, class notes and lesson plans, used by any teacher at Newton South and Newton North in teaching on any topic related to Arab-Israeli conflict in 10th grade honors and standard curriculum World History classes during the 2016-2017 school year. Please keep the records for each school, as well as each teacher's materials, separate.

Your claim that we have failed to comply is incorrect.  In response to this request, NPS responded on March 15, 2018, with documents responsive to your request from Newton South High School (indicating that those documents were inadvertently used by one teacher during the 2016-2017 SY only).   NPS responded that Newton North High School did not have any documents responsive to your request.

You point to a document and an email communication that you have received from NPS in subsequent responses to public records requests to support your position that Newton North did have documents responsive to your February 28, 2018 request but did not produce them to you in violation of public records laws.  The inferences you have made from these documents are inaccurate.

First, you point to an email dated December 1, 2016, from department head Jonathan Bassett stating that the "tenth grade world history curriculum is expanding to include a unit on the modern Middle East -which will be taught in May." You drew the conclusion from this email that the unit was in fact taught in May 2017 and/or thereafter.   The revision and review of this unit has not yet been completed and has not been taught in 10th grade World History at Newton North High School to date.  Therefore there are no documents related to such a unit responsive to your request.

Second, you point to a document sent by teacher Subheen Razzaqui to teacher David Bedar identified as "filmguidelinesonprimarysource.dox" attached to an email dated October 4, 2016. This document, entitled "Film Guide for BBC Documentary: 'The Other Side of the Suez Canal'" was created by Ms. Razzaqui as part of a professional development course she attended and has not been incorporated into and used in any Middle East or Arab-Israeli unit in a 10th grade World History course at Newton North High School. Ms. Razzaqui did provide sections of the film referenced to her students while teaching a unit on modern imperialism, but omitted sections related to Israeli-Egyptian history. Your assumption that this document was used as curriculum materials for teaching the Arab-Israeli conflict in 10th grade World History of Newton North High School, your allegation that NPS has failed to comply with your public records requests, and your assertion that NPS is purposefully withholding documents are all incorrect.

We have complied fully with each and every request you have made and will continue to do so.  As NPS has stated multiple times, and set forth in more detail herein, you have been provided with all documents within the custody of control of NPS that was responsive to your February 28, 2018 request.  If you still dispute this, you have a right to appeal this response the Commonwealth of Massachusetts Supervisor of Public Records under G.L. c. 66, § 10A(a) and the right to seek judicial review of an unfavorable decision by commencing a civil action in the superior court under G.L. c. §10A(c).

Finally, we have received your new request dated August 1, 2018 (revised August 3, 2018) related to communications of Jonathan Bassett regarding several topics and we will respond with a cost estimate pursuant to public records laws.

Sincerely,

Toby N. Romer
Assistant Superintendent for
Secondary Education and Special Programs

Cc:     Superintendent David Fleishman
        Jill Murray, Asst. City Solicitor
        Mary Eich, Asst. Supt. of Teaching and Learning

Encl.   GuidelinesForTalkingAboutPolitics.docx
        Emailattachment.pdf

**LAW DEPARTMENT**



# CITY OF NEWTON, MASSACHUSETTS
## CITY HALL
**1000 COMMONWEALTH AVENUE**
**NEWTON CENTRE, MA  02459**
TELEPHONE (617) 796-1240
FACSIMILE (617) 796-1254

**ACTING CITY SOLICITOR**
**OUIDA C.M. YOUNG**
_____

**DEPUTY CITY SOLICITORS**
ANGELA BUCHANAN SMAGULA
JEFFREY A. HONIG
**ASSISTANT CITY SOLICITORS**
MARIE M. LAWLOR
ROBERT J. WADDICK
MAURA E. O'KEEFE
ALAN D. MANDL
JULIE B. ROSS
JILL M. MURRAY
JONAH M. TEMPLE

August 24, 2018

VIA E-MAIL
if@peaceandtolerance.org

Ilya Feoktistov
Research Director
Americans for Peace and Tolerance

RE:   Public Records Request

Dear Mr. Feoktistov:

Please accept this correspondence in response to your email received on August, 20, 2018 disputing Newton Public Schools' compliance with the public records laws.  I will address your statements and requests as follows:

1.  URL Address:  As been previously stated, there are no documents containing a URL address responsive to this request in NPS' custody, control or possession that is not subject to disclosure by virtue of attorney client protections.   Moreover, all documents responsive to the request in NPS' control, custody or possession regarding this post and David Meshoulam have already been provided to you.

2.  Privilege Logs:  Enclosed herewith please find revised Privilege Logs to replace those that have been previously provided to you with NPS' responses to prior Public Records Requests.  If you still dispute whether these comply with public records laws and regulations, you have the right to appeal to the Supervisor of Public Records. Furthermore, attorney-client privilege extends to communications between legal counsel and Jennifer Morrill.

3. Arab-Israeli Conflict curriculum documents: You have again stated your position that Newton Public Schools failed to comply with the public records request sent by you on February 28, 2018, whereby you sought:

"All classroom materials, including but not limited to handouts websites, multimedia presentations, PowerPoint or other slide presentations, textbook sections, class notes and lesson plans, used by any teacher at Newton South and Newton North in teaching on any topic related to Arab-Israeli conflict in 10th grade honors and standard curriculum World History classes during the 2016-2017 school year.   Please keep the records for each school, as well as each teacher's materials, separate."

In response to this request, NPS responded on March 15, 2018, with documents responsive to your request from Newton South High School (indicating that those documents were inadvertently used by one teacher during the 2016-2017 SY only). NPS responded that Newton North High School did not have any documents responsive to your request.

Your email raised the concern that other related topics, such as colonialism and nationalism in the Middle East, had been taught and that those documents had not been provided. As NPS has stated multiple times, you have been provided with all documents within the custody of control of NPS that was responsive to your February 28, 2018 request (seeking curriculum materials related to "the Arab-Israeli conflict".) If you would like to request additional public records related to other topics in the Middle East such as colonialism and nationalism, please provide a formal request and NPS will be happy to provide any responsive documents.

You have a right to appeal this response the Commonwealth of Massachusetts Supervisor of Public Records under G.L. c. 66, § 10A(a) and the right to seek judicial review of an unfavorable decision by commencing a civil action in the superior court under G.L. c. §10A(c).

Thank you,

*Jill M. Murray*

Jill M. Murray
Assistant City Solicitor

Cc:    Superintendent David Fleishman
       Toby Romer, Asst. Supt. of Secondary Education

Encl.

# EXHIBIT KK



Toby N. Romer
Assistant Superintendent
Secondary Education and Special Programs

September 17, 2018

Ilya Feoktistov
Research Director
Americans for Peace and Tolerance
if@peaceandtolerance.org

Re: Follow-Up to February 21, 2018 Public Records Request sent on March 15, 2018

Dear Mr. Feoktistov:

Newton Public Schools sent you responsive documents to your request of February 21, 2018 in which you request: *any and all classroom materials ….….used by any teacher at Newton North or Newton South…..…any topic related to Arab-Israeli Conflict in 10th grade honors and standard World History classes during 2016-2017………*

In reviewing our records recently we discovered an additional set of responsive materials from a class that was taught by one teacher at Newton North during the 2016-2017 school year. I have attached those documents separately. We apologize for the earlier oversight.

Sincerely,

*[signature]*

Toby N. Romer

Encl.

Cc:      Superintendent David Fleishman
         Jill Murray, Assistant City Solicitor

# EXHIBIT LL

content


From:           David Fleishman
Jennifer Morrill
Friday, April 06, 2018 9:31:50 AM
Subject:        Fwd: Recent foia
To:             Jennifer Morrill

Hi Jen,

This is really good.  Many thanks.

Matt Hills suggested that we add a paragraph stating that the decision to revamp
the unit was due to a need to update not because it was in any way biased.  I think
that could be helpful.  I took a stab at a paragraph and it would be great if you
could edit or expand.  For example, it might be good to add a sentence about the
two state solution being outdated.

As always, your help is much appreciated.

DF


----- Original Message -----

David

I wanted to write you an email clarifying events around the recent FOIA for the
2016-2017 year.

Last year, I decided in consultation with a few 10th grade teachers that we needed
to revise the unit on the Israeli-Palestinian conflict and stop teaching it until
we did so.  Last spring (2017) I asked all 10th grade teachers not to teach the
unit. Last fall when we met with Robert Trestan and other representatives from the
ADL, I believed that all of the teachers had followed my directive and not taught
the unit during the 2016-2017 school year. However, when the FOIA was issued
recently, I found that one teacher had not followed my directive and had taught the
entire old unit. She did not disregard my directive intentionally but somehow
missed my message to the department. (This is a teacher who has struggled in the
past with following department wide directions.) Additionally, two teachers showed
a few slides on the Israeli-Palestinian conflict in a ppt as part of a larger
lesson. When I realized that one teacher had taught the old unit, I included a note
with the FOIA materials explaining that the unit was no longer supposed to be
taught by the department and that only one teacher had taught it last year.
Clearly this note was ignored, and our curriculum was misrepresented in the Jewish
Advocate article.

content

I believe it is important to note that we decided to revise the unit because we
believed that it needed to be updated not because it was in any way biased. We
continue to believe that the curriculum materials that we used in the unit
represented a range of perspectives in a thoughtful and accurate manner.  In fact,
I would expect that we will use some of the materials again.

I was especially sorry to see that the FOIA materials were being used to discredit
the ADL and Robert Trestan. I cannot say enough how much Newton South appreciates
the efforts of the ADL. The recent work they did training sophomores and juniors
was life changing for many of the students. Our trained ADL peer leaders are now
practicing the lessons they will be doing in 9th grade classes after April break.
We hope to continue our partnership with the ADL by sending two teachers to a
summer workshop and doing another training for 30 more students in late August.

Please let me know if there is anything further I can do to clarify this
misunderstanding. I very much regret that the ADL has been put in bad position on
our account.

Jen Morrill
History and Social Science Department Chair
Newton South High School
617 559 6548

# EXHIBIT MM



**LAW DEPARTMENT**

# CITY OF NEWTON, MASSACHUSETTS
## CITY HALL
**1000 COMMONWEALTH AVENUE**
**NEWTON CENTRE, MA  02459**
TELEPHONE (617) 796-1240
FACSIMILE (617) 796-1254

**ACTING CITY SOLICITOR**
**OUIDA C.M. YOUNG**

**DEPUTY CITY SOLICITORS**
ANGELA BUCHANAN SMAGULA
JEFFREY A. HONIG
**ASSISTANT CITY SOLICITORS**
MARIE M. LAWLOR
ROBERT J. WADDICK
MAURA E. O'KEEFE
ALAN D. MANDL
JULIE B. ROSS
JILL M. MURRAY
JONAH M. TEMPLE

August 24, 2018

VIA E-MAIL
if@peaceandtolerance.org

Ilya Feoktistov
Research Director
Americans for Peace and Tolerance                                                    `

RE:    Public Records Request

Dear Mr. Feoktistov:

Please accept this correspondence in response to your email received on August, 20, 2018
disputing Newton Public Schools' compliance with the public records laws.  I will address
your statements and requests as follows:

1. URL Address:  As been previously stated, there are no documents containing a URL
   address responsive to this request in NPS' custody, control or possession that is not
   subject to disclosure by virtue of attorney client protections.  Moreover, all documents
   responsive to the request in NPS' control, custody or possession regarding this post and
   David Meshoulam have already been provided to you.

2. Privilege Logs:  Enclosed herewith please find revised Privilege Logs to replace those
   that have been previously provided to you with NPS' responses to prior Public Records
   Requests.  If you still dispute whether these comply with public records laws and
   regulations, you have the right to appeal to the Supervisor of Public Records.
   Furthermore, attorney-client privilege extends to communications between legal
   counsel and Jennifer Morrill.

3. Arab-Israeli Conflict curriculum documents: You have again stated your position that Newton Public Schools failed to comply with the public records request sent by you on February 28, 2018, whereby you sought:

"All classroom materials, including but not limited to handouts websites, multimedia presentations, PowerPoint or other slide presentations, textbook sections, class notes and lesson plans, used by any teacher at Newton South and Newton North in teaching on any topic related to Arab-Israeli conflict in 10th grade honors and standard curriculum World History classes during the 2016-2017 school year.   Please keep the records for each school, as well as each teacher's materials, separate."

In response to this request, NPS responded on March 15, 2018, with documents responsive to your request from Newton South High School (indicating that those documents were inadvertently used by one teacher during the 2016-2017 SY only). NPS responded that Newton North High School did not have any documents responsive to your request.

Your email raised the concern that other related topics, such as colonialism and nationalism in the Middle East, had been taught and that those documents had not been provided. As NPS has stated multiple times, you have been provided with all documents within the custody of control of NPS that was responsive to your February 28, 2018 request (seeking curriculum materials related to "the Arab-Israeli conflict".) If you would like to request additional public records related to other topics in the Middle East such as colonialism and nationalism, please provide a formal request and NPS will be happy to provide any responsive documents.

You have a right to appeal this response the Commonwealth of Massachusetts Supervisor of Public Records under G.L. c. 66, § 10A(a) and the right to seek judicial review of an unfavorable decision by commencing a civil action in the superior court under G.L. c. §10A(c).

Thank you,

*Jill M. Murray*

Jill M. Murray
Assistant City Solicitor

Cc:    Superintendent David Fleishman
       Toby Romer, Asst. Supt. of Secondary Education

Encl.

# EXHIBIT NN

content


From:          Marcia Okun      Wednesday, February 28, 2018 11:30:09 AM
Subject:       Re: foia request
To:            Jennifer Morrill
Cc:            Faye X. Cassell Jeffrey C. ( Corey ) Davison    Timothy Jones
Brian Murray    Jamie Rinaldi   Lisa Soohoo
Kyle J. Stark   Eugene Stein    Katherine L. Wildman Zinger


You had said it was required, so I taught it.  It would take 30-60 minutes to
locate and produce the material.
Marcia

Dr. Marcia Okun
History and Social Sciences
Goldrick
NSHS


Jennifer Morrill writes:
10th grade teachers

We have had a FOIA request for the materials you might have used in the 2016-2017
school year to teach the Israeli-Palestinian unit. I believe most people opted not
to teach the unit last year since we are planning to update it. Please respond to
this email asap (so I can let the lawyers know) with the following information

1) Did you teach the I/P unit?

2) If you did teach it, how long would it take you to gather the following
materials for it. You will be paid for your time; round up to the nearest hour:

All classroom materials, including but not limited to handouts, websites,
multimedia presentations, Powerpoint or other slide presentations, textbook
sections, class notes, and lesson plans, used by any teacher at Newton South and
Newton North in teaching on any topic related to the Arab Israeli conflict in 10th
grade honors and standard curriculum World History classes during the 2016-2017
school year.

Do not yet gather these materials - just tell me how much time it would take you to
do so.

The work several of you did to develop the I/P unit was excellent and we are not
going to step away from teaching students to understand complex events such as this
one from multiple perspectives. This latest FOIA request only underscores for me
that it is well worth our time to revise the unit so it is more in keeping with
current events and to continue all teaching the I/P unit with the same thoughtfully
chosen materials. As always, thank you for your excellent work on behalf of our

content
students!

Jen

content


From:        Lisa Soohoo     Wednesday, February 28, 2018 7:35:53 PM
Subject:     Re(2): foia request
To:          Jennifer Morrill

I too thought it was required.  I did a very short version.  It would take me 15
minutes to put stuff together.

Lisa

Jennifer Morrill writes:
Please respond to the email below TODAY - the lawyer's are required to submit a
response by Friday. All I need to know now is if you taught the unit and how long
it would take to gather materials.

Thanks
Jen

Jennifer Morrill writes:
10th grade teachers

We have had a FOIA request for the materials you might have used in the 2016-2017
school year to teach the Israeli-Palestinian unit. I believe most people opted not
to teach the unit last year since we are planning to update it. Please respond to
this email asap (so I can let the lawyers know) with the following information

1) Did you teach the I/P unit?

2) If you did teach it, how long would it take you to gather the following
materials for it. You will be paid for your time; round up to the nearest hour:

All classroom materials, including but not limited to handouts, websites,
multimedia presentations, Powerpoint or other slide presentations, textbook
sections, class notes, and lesson plans, used by any teacher at Newton South and
Newton North in teaching on any topic related to the Arab Israeli conflict in 10th
grade honors and standard curriculum World History classes during the 2016-2017
school year.

Do not yet gather these materials - just tell me how much time it would take you to
do so.

The work several of you did to develop the I/P unit was excellent and we are not
going to step away from teaching students to understand complex events such as this
one from multiple perspectives. This latest FOIA request only underscores for me
that it is well worth our time to revise the unit so it is more in keeping with
current events and to continue all teaching the I/P unit with the same thoughtfully

content

chosen materials. As always, thank you for your excellent work on behalf of our
students!

Jen


Thanks,
Jen Morrill
History and Social Science Department Chair
Newton South High School
617 559 6548


Lisa Soo Hoo
History & Social Science Dept.
Newton South High School
(617)559-6552

# EXHIBIT OO

content


```
From:        Jonathan Bassett        Friday, February 12, 2016 1:51:09 PM
Subject:     Middle East
To:          Jamie Rinaldi   John Fitzgerald
Cc:          Jennifer Morrill
```

Jamie:

I hope that this finds you well and ready to enjoy your break. Jen Morrill tells me
that you are the key person in your department for working on the Middle East unit
you've had in your 10th grade course for some years now. We are finally ready to add
one ourselves, and John Fitzgerald is our tenth grade team leader. It would be great
if the two of you could touch base, and/or if you and I could find a time to talk
about what you've done at South. Let me know what might work for you to do that
sometime!

Best,

Jonathan Bassett
History & Social Sciences Department Chair
Room 359
Newton North High School

Newton Teacher Residency Program Director
www.newton.k12.ma.us/ntr

# EXHIBIT PP

content


From:           Jennifer Morrill
Jamie Rinaldi
Thursday, February 13, 2014 1:23:12 PM
Subject:        Fwd: On the APT website
To:             Jonathan Bassett

regarding the latest ad in the tab

Thanks,
Jen Morrill
History and Social Science Department Chair
Newton South High School
617 559 6548


----- Original Message -----

Dear Jen and Joel,

I've written quite a bit below.  Feel no need to read this now but please save it
for future reference.  I felt the need to comment now that my words and my student
words (from classroom lecture notes, agendas, and discussion transcripts) are now
appearing on the APT website.

Best wishes,
Jamie

- - - - - - -

I just wanted to give you both an update that an excerpt from my online notebook
(from last year's class, now offline) appears on the APT website and may become
part of a future ad.  This was not material I submitted with the FOIA request.  I
actually looks like a student printed the materials out (misspelling Palestine in
the process) and then APT scanned the print out.

Here is the link:
http://www.scribd.com/doc/205290019/Newton-Teacher-s-Class-Notes-for-Israel-Palisti
ne-sic

I'm going to go more in depth on the materials below... NOT because you need to
read them now, but so you can refer to them in the future if need be.

The other materials in the recent round ads are out-dated and in some cases, never
widely incorporated.

A) We no longer use the Hamas Charter as a primary source, although I stand by the

content

way we used it in class.  I never had a class that missed its blatant anti-Semitism and I always walked students through some of the more egregious anti-Semitic elements of the charter (such as the reference to the Protocols of the Elders of Zion).  The notion that we edited this source is absurd - it was taken from a Middle East and Islamic World Reader, which I still have on my desk at school. Classroom ready primary sources routinely edit sentences out for length constraints.  In no way does the excerpted document obscure the charter's anti-Semitic nature.  This is a bogus accusation.

B) The sheet about the One-State Solution is an unfortunate disclosure.  This assignment sheet was used by Sean Turley (I believe) in a constructive and thoughtful manner ... and it was never presented as a role-play. I don't believe that this assignment sheet was ever used widely in the department and it surprises me that APT even has it.  Its possible Adam also used it several years back.  I dug pretty deep into my hard drive and couldn't find a copy of this sheet in any of the previous departmental unit plans, so I think the usage was pretty isolated.

At face value, this is a controversial and I say "controversial" because it cites several scholars, namely Edward Said, that many on the right loathe.  Said was an incredible thinker and historian - his contributions on how we understand European colonialism changed the entire study in the 1970s.  But his steadfast defense of his people (he was Palestinian) has led to some right-wing defenders of Israel to heap scorn on nearly any word he says.  As I've worked to redesign the unit, my goal was to avoid these lightning rods ... the kinds of names or keywords that folks like APT will latch onto.  The bottom line is: this worksheet was never in wide use and is deleted from the curriculum.

C) Now, in regards to my classroom agendas:  This I stand by with no hesitation and no caveats.  The initial points in the lecture grow out of conversations I've had with a number of people, including Rabbi Jim Morgan.  I don't believe the conflict is fundamentally ideological or religious and I think a robust historical analysis would lead us to this conclusion.  Our unit today rests upon the question of land and resources and most of our materials, culled from the New York Times and the Council on Foreign Relations, provide a similar focus.  APT wants to frame this conflict in terms of a holy war, but we can't allow this mistruth to be taught in our classrooms.  I think the discussion notes that I transcribed from class speak to this pedagogical goal ... if you read what we actually said in class, you get a sense of how we were trying to make sense of the complex issues.

D) Lastly, everything in APT's recent batch of online posts has come from the Newton South History Department.  We are under the magnifying glass and this will probably grow in intensity rather than subside.

content

# EXHIBIT QQ



Copyright 2019 The Washington Institute - printed with permission

# Religion and the Israel-Palestinian Conflict: Cause, Consequence, and Cure

---

**Mohamed Galal Mostafa**

Mohamed Galal Mostafa is a former Egyptian diplomat, and currently a researcher at the Heller School for Social Policy and Management at Brandeis University.

May 31, 2018

The Israeli-Palestinian conflict is driven by several factors: ethnic, national, historical, and religious. This brief essay focuses on the religious dimension of the conflict, which both historical and recent events suggest lies at its core. That much is almost a truism. What is less often appreciated, however, is how much religion impacts the identity of actors implicated in this conflict, the practical issues at stake, and the relevant policies and attitudes -- even of non-religious participants on both sides. It follows that religion must also be part of any real solution to this tragic and protracted conflict, in ways a concluding paragraph will very briefly outline.

## Why is religion at the core of this conflict?

Several religious factors pertinent to Islam and Judaism dictate the role of religion as the main factor in the conflict, notably including the sanctity of holy sites and the apocalyptic narratives of both religions, which are detrimental to any potential for lasting peace between the two sides. Extreme religious Zionists in Israel increasingly see themselves as guardians and definers of the how the Jewish state should be, and are very stringent when it comes to any concessions to the Arabs. On the other hand, Islamist groups in Palestine and elsewhere in the Islamic world advocate the necessity of liberating the "holy" territories and sites for religious reasons, and preach violence and hatred against Israel and the Jewish people.

Religion-based rumors propagated by extremists in the media and social media about the hidden religious agendas of the other side exacerbate these tensions. Examples include rumors about a "Jewish Plan" to destroy al Aqsa mosque and build the Jewish third temple on its remnants, and, on the other side rumors that Muslims hold the annihilation of Jews at the core of their belief.

In addition, worsening socio-economic conditions in the Arab and Islamic world contribute to the growth of religious radicalism, pushing a larger percentage of youth towards fanaticism, and religion-inspired politics.

The advent of the Arab spring, ironically, also posed a threat to Arab-Israeli peace, as previously stable regimes were often challenged by extreme political views. A prominent example was the Muslim Brotherhood in Egypt, who after succeeding to the presidency in 2012, threatened to compromise the peace agreement with Israel based on their religious ideology – even if they did not immediately tear up the treaty.

## Practical Consequences On Negotiations

If we take a closer look at the permanent status issues – borders, security, mutual recognition, refugees, the Jewish settlements in the West Bank, and the issue of authority over Jerusalem – we find that the last two are directly linked to the faiths of Jewish people and Muslim people around the world. The original ownership and authority over Jerusalem are highly contested due to the presence of holy sites for Christians, Jews, and Muslims

in the city. This conflict is also deeply rooted in history, in which Jerusalem has been attacked fifty-two times, captured and recaptured forty-four times, besieged twenty-three times, and destroyed twice. The city was ruled by the Ancient Egyptians, the Canaanites, the Israelites, the Greeks, the Romans, the Persians, Byzantines, the Islamic Caliphates, the Crusaders, the Ottomans, and finally the British, before its division into Israeli and Jordanian sectors from 1948 to 1967.

In Jewish and Biblical history, Jerusalem was the capital of the Kingdom of Israel during the reign of King David. It is also home to the Temple Mount, and the Western Wall, both highly sanctified sites in Judaism. In Islamic history, the city was the first Muslim Qiblah (the direction which Muslims face during their prayer). It is also the place where Prophet Muhammad's Isra' and Mi'raj (bringing forward and ascension to heaven, also called the night journey) ensued according to the Qur'an.

Thus the sanctity of Jerusalem resonates among many Muslims around the world, not just Palestinians. Reactions in the Arab and the Islamic world to the recent violence in Gaza and the West Bank after the U.S. decision to relocate the embassy to Jerusalem suggest that many view this issue mainly in a religious light. The narratives on social media platforms and the media in general in those countries usually included references to religion, even among seemingly secular people.

The issue of West Bank settlements, too, has a religious aspect. It concerns the physical restoration of the biblical land of Israel before the return of the Messiah, something central to the beliefs of some orthodox Jews. They continue to settle the West Bank to fulfill this prophecy, clashing with the local Palestinians.

On the other hand, according to fundamentalist schools of Islam, at the end of days, the whole land of Israel and Palestine should be under Islamic rule. Prophecies surrounding this issue are deeply rooted in some versions of the Hadith (traditional sayings of the Prophet), although only implied in the Qur'an.

**Historical and Organizational Consequences**

As far back as the 1948 war, some Jewish extremist groups justified their contribution to the conflict as part of a divinely promised return to the holy land of Israel. More recently, however, the most extreme such groups, like the "Gush Emunim Underground" which plotted to bomb the mosques in the Temple Mount area back in the 1980s, have been banned by the Israeli authorities

On the other side, several religious extremist groups like the Muslim Brotherhood justified their contribution to the conflict in 1948 as an eschatological event pertinent to the approach of the Day of Judgment. Nowadays, terrorist Brotherhood offshoots like Hamas call for using violence against Israel in the name of Islam, without distinction between civilian and military targets. They continue to use religion to gain supporters in Gaza and elsewhere by propagating this apocalyptic narrative. This Muslim Brotherhood group ideology, stretching through many Arab (and several non-Arab) countries, seeks to revive Islam and re-establish the historical Islamic Caliphate by seizing power. They consider Israel to be a "foreign object" in the continuum of a potential Islamic Caliphate, and they continue to call for the use of violence against it.

In parallel to this extreme Sunni side, ever since the Islamic revolution in Iran in 1979, Iran has been the fiercest in opposing Israel. Its radical regime calls openly for the destruction of Israel and asserts the necessity of this quest from a theological standpoint. It finances Hezbollah and Hamas and supplies them with weapons and training, as well as supporting Assad's forces in Syria, thereby posing a direct security threat to Israel – all allegedly in the name of Islam.

**Social Consequences**

For two Arab countries, Egypt and Jordan, direct peacemaking was achieved with Israel. Nevertheless, that did not entail the people-to-people or cultural normalization that is assumed to accompany peace, due to many reasons -- including religious ones. Accepting peace with Israel may be viewed as religious treachery, which goes against the beliefs not only of extremists but also of many relative moderates in Arab states. The key point

is that these various forms of religion-based conflict drivers are not limited to religious groups, but are linked to much wider bases in society. This results from two major factors, as follows:

Interest and Identity Overlap: Interests of religious extremists who are directly linked to the religious drivers at many instances overlap with other segments in the Arab and Islamic societies. They share some elements of their identities, if not the whole. For example, a secular nationalist Palestinian and an extremely religious, Salafi Palestinian in the Qassam Brigades of Hamas may share very similar views of Israel. Much the same is true of some secularists, traditionalists, and fundamentalists in other Arab or Islamic societies.

Systematic Abuse of Linkages to Wider Bases in Societies: Religious extremists in the Arab and Islamic world and in Israel, whether violent or not, have used deliberately the ideological and functional linkages to connect to wider bases in their respective countries. Ideologically, links with the wider society are established by trying to radicalize elements that have this potential, either due to natural tendencies toward perceived communal self-defense, or to the superficial knowledge of their religions. For example, extremists would use an isolated incident of violence against the Jewish community to justify retaliation by their wider society. A non-religious traditional Arab might well share the fear of secularization, and of "Jewish influence," with the Islamist. Functionally, extreme Imams have very strong tools at their disposals across the Arab and Islamic world to promote violence through their mosques and privately funded media, subjecting people repeatedly to the narrative and rhetoric of violence against Israel in particular and Jewish people in general.

**Possible Interventions**

To contribute to curbing the religious violence in this conflict, several interventions can be considered: interfaith dialogue; the remembrance of past fruitful cooperation between Jews and Muslims, ever since the seventh century; and focusing on religious texts asserting positive and tolerant religious values, and reinforcing these values in educational systems on both sides. These are perhaps not new ideas. What should be new, however, is the urgency and centrality of this religious component as part of any current effort to achieve an Israeli-Palestinian "deal of the century" – or even just to mitigate the conflict and pave the way for peaceful coexistence in the long-term future.

[Customize your RSS Feed](#)

Fikra Forum is an initiative of the Washington Institute for Near East Policy. The views expressed by Fikra Forum contributors are the personal views of the individual authors, and are not necessarily endorsed by the Institute, its staff, Board of Directors, or Board of Advisors.

منتدى فكرة هو مبادرة لمعهد واشنطن لسياسة الشرق الأدنى. والآراء التي يطرحها مساهمي المنتدى لا يقرها المعهد بالضرورة، ولا موظفيه ولا مجلس أدارته، ولا مجلس مستشاريه، وإنما تعبر فقط عن رأى أصاحبها

# EXHIBIT RR

content


From:          Jennifer Morrill        Wednesday, January 25, 2017 8:30:22 PM
Subject:       Re(2): lawyer eyes
To:            Jonathan Bassett
Attachments:            Guidelines for talking about politics in NSHS history
cla.docx               122K

I used all of your comments so we will be working from the same draft. My plan is
to take this to the dept and present it as a draft that they will revise and then
agree to once Joel has signed off on our final version. My dilemma at South is that
a fair number of my teachers see issues as settled that aren't. That is why I see
this way of framing it as particularly useful. I would welcome your thoughts on my
thinking below. If you have none, no need to respond.

Jen

Revised document attached.

Below is what I sent to Jamie that explain my thinking more:
Attached is a draft of what I wrote today. I will touch base with Joel about it
tomorrow and would love to get your reaction to it. The idea is this would be a
draft that we would revise together as a dept. I am most intrigued to talk about
the distinction between settled and current controversial issues since I think that
is where we get into trouble. When a teacher assumes something is settled, but
others do not, it gets tricky. Also, Trump has upended us by engaging in behavior
that contradicts what we thought were settled issues (presidents should not mock
the disabled or sexually assault women, to name a few). That is why this is so hard
- are we going to pretend his actions are defensible in these areas? I don't think
so since as a society we have settled these issues and all of these behaviors would
get us fired from our jobs.  I wonder if we even used this framework of settled vs
current issues with kids, if it would help them as well.

# EXHIBIT SS

 By **Ann Green**

# CAMERA Fights Anti-Israel Bias in Newton and Beyond

Anti-Israel bias permeates universities and high schools. CAMERA empowers people to confront the campaign of disinformation.

FEBRUARY 1, 2018                                                    💬 0    ⤳ 36



(Photo: stellalevi/iStock)

Over the last few decades, educators in colleges, high schools and, in some cases middle and elementary schools, have been teaching history and current events from a decidedly anti-Israel perspective. On Jan. 29 at the Newton JCC, CAMERA (Committee for Accuracy in Middle East Reporting in America) presented the program, "What's Happening in *Your* School?" focusing on biased teaching, especially in the Newton public schools.

Never miss the best stories and events for families, children and teens! Get **JewishBoston Plus Kids.**

| Your email address | **SUBSCRIBE** |
| --- | --- |

Anti-Israel bias in Newton schools went under the radar until 2011, when a Newton student told her father that she'd been assigned an article claiming that Israel Defense Forces soldiers had raped and killed hundreds of Palestinian women. The father spoke to the school principal, who replied, "Next year we're going to be studying some things that are going to be even more upsetting to you about the Israeli-Palestinian conflict." Other parents began to look into the situation. Parents and students testified to widespread bias. CAMERA became involved. There were heated confrontations with the school superintendent and the school committee.

One result was the publication of the monograph *Indoctrinating Our Youth* by CAMERA analyst Steven Stotsky.

At the JCC, Andrea Levin, CAMERA executive director, and Jonah Cohen, communications director, discussed anti-Israel bias in higher education and public schools. "For several years, while we worked on the serious mischaracterizing of Israel in the Newton schools," said Levin, "we were not allowed to access the materials being used." By law this material should be available to the public. CAMERA studied the results of a FOIA (Freedom of Information Act) request and reviewed the 500 pages that were eventually provided.

"Kids want to know all viewpoints, but with Israel that is not happening. Things have been worse lately, everywhere, in blue states and red," said Cohen. "The head of the Washington, D.C., teacher's union, who is pro-BDS (Boycott, Divest and Sanction, an anti-Israel movement), recently asked the police to cut all relations with Israel. We spent over a year studying this issue in Newton. If it can happen here, with a large Jewish population, it can happen anywhere."



Andrea Levin (Courtesy photo)

Cohen explained that a major problem in Newton, and other school systems, is the omission of facts, as well as pro-Israel viewpoints, in articles, texts, maps and videos. "A sign of classroom indoctrination, perhaps the essence of it, is omission: leaving out salient facts to promote a narrow point of view. Most American teachers aren't malevolent ideologues. If they leave out facts, it's because they themselves were misled. Often, they don't embrace the ideologies they teach; rather, those ideologies have embraced them. They've become unwitting mouthpieces of doctrines which trickle down from partisan faculty at the universities. This is especially true at Centers for Middle East Studies, which are dominated by a narrow political and philosophical outlook…. In 2006, the U.S. Commission on Civil Rights issued findings and recommendations to the president and both houses of Congress. It linked the absence of viewpoint diversity in Title-VI funded Middle East Studies programs with the growth of anti-Semitism and anti-Israel propaganda in American higher education. The Commission found "substantial evidence" that "many university departments of Middle East studies provide one-sided, highly polemical academic presentations, and some may repress legitimate debate concerning Israel." The Newton situation, remember, erupted because high school teachers were sharing inflammatory articles recommended by the Harvard Outreach Center, which at the time was directed by a university firebrand who promotes BDS."

"High school lesson plans use radical viewpoints from anti-Israel extremists, making fringe views look mainstream. This is cognitive manipulation," Cohen continued. "In recent years, sociologists and social psychologists have conducted surveys on the political biases of professors in the humanities and social sciences. There is an absence of viewpoint diversity and it has had dire consequences for scholarship. According to *Inside Higher Ed*, recent studies suggest over 80 percent of humanities papers are never cited. That's significant. Citations are regarded as the chief measure of a paper's scholarly impact. So, either humanities scholarship is appalling. Indeed, an article in the Chronicle of Higher Education bemoaned, 'The amount of redundant, inconsequential, and outright poor research has swelled in recent decades, filling countless pages in journals and monographs.' Or, an alternative interpretation is there's just too much groupthink in the humanities for there to be any serious scholarly impact. This is a troubling situation. If nobody is reading your work, how do you know you're not making capital errors? Or omitting vital information? In Newton's lesson plans, we found sloppy factual errors and very serious factual omissions in a wide range of classroom materials—online videos, maps, handouts, internet articles."

Widely used materials omit Israel's many offers of peace and statehood to the Palestinians, all of which were turned down. (The 1947 U.N. Partition Plan, 1967 at Khartoum, 2000 at Camp David, 2001 at Taba and the 2008 Olmert Plan.) "These plans have been erased from the historical record, along with their rejections by the Arabs, including the ongoing refusal to accept any form of a Jewish state," said Cohen. "Israel is depicted as being unwilling to compromise." The curricula also ignore or minimize terror attacks against Israel. Some classes use a one-page summary of the Hamas charter, omitting all references to its dedication to the murder of Jews and the destruction of Israel. "There is no mention of Palestinian and Fatah support for violence against Jews. Hamas and the PA are portrayed as moderates who seek a peaceful two-state solution, ignoring PA President Abbas's repeated statements that he will never recognize any Jewish state, no matter what form, along with the fact that the PA financially rewards terrorists and their families."

Cohen noted that Newton school curricula discounted the role of religion in the Middle East conflict, saying that the only issue is land. All references to the ideology of Jihad are omitted. "They also do not mention the ethnic cleansing of 800,000 Jews from Muslim countries where they had lived since ancient times or that there are no Jews left in these countries.

"Frequently omitted from Newton's class lessons was the role of Haj Amin al-Husseini, the Grand Mufti of Jerusalem, who collaborated with the Nazis, produced pro-Nazi propaganda and recruited several SS divisions. This is a serious historical omission. Al-Husseini wasn't a fringe figure, but a major leader in the first half-century, setting the course of the Palestinian cause. He helped cement the uncompromising positions of many Palestinians, such as Yasser Arafat, who proudly claimed him as kin."

There are also no references to hate crimes against Jews. Instead, teachers used materials such as a TIME magazine article depicting America as Islamophobic, and omitted the information that Jews are the targets of 54 percent of the hate crimes in the U.S., despite being less than 2 percent of the population. "It is a victim culture and Jews are not on the list. In fact, they are depicted as victimizers," said Cohen.

Both speakers emphasized the importance of parents being involved and raising awareness of what is being taught. Newton's Middle East unit has been replaced with a unit on China. However, said Levin, "A Middle East Day was held in May of 2017 at Newton North High School, featuring a pro-BDS professor from Tufts and an anti-Israel activist from Mass Peace, both of whom leveled incendiary charges. Anti-Israel propaganda was spread to hundreds of students. Despite school committee assurances, it was allowed to happen. Many anti-Israel partisans continue to teach in our schools nationwide. Things are still fluid in Newton." In response, CAMERA has developed a curriculum, "Eyes on Israel."

Levin assured concerned parents that they can fight the bias. "The first step is to figure out what's happening in your schools. Go online and look for curriculum outlines. There are red flags to look for, especially in courses such as world studies and modern world history." Cohen added: "Ask if they're using materials and videos from PBS. Without exception these materials are unacceptable for classroom use and are completely anti-Israel. Get a copy of the syllabus for your child's classes. Ask what books and articles are being used."

A member of the audience from the organization Stand With Us pointed out, "This also happens in Hebrew schools and Jewish day schools. Be aware of the program called Reframing Israel." Levin acknowledged, "Private schools are also vulnerable."

Levin reminded the audience, "The Gulf States fund these curricula, as does your tax money through Title VI." Title VI of the Higher Education Act, through which the federal government supports Middle East studies centers, typically includes only faculty hostile to Israel for K-12 teachers. More than $13.4 million was allocated for 15 Middle East centers from 2014-2018.

"Contact your congressional representatives about how your tax dollars are being used," advised Levin.

"If you find something, let CAMERA know," she continued. "The worst material in Newton was taken from the internet. Ask your school how they vet this material. Schools are required to provide information on what they're teaching, but often ignore such requests."

CAMERA monitors bias in media, universities, textbooks, encyclopedias and travel guides. For more information on CAMERA, go to camera.org. For a copy of *Indoctrinating Our Youth* and for help in countering anti-Israel bias in schools, go to schoolbias.org.

*This post has been contributed by a third party. The opinions, facts and any media content are presented solely by the author, and JewishBoston assumes no responsibility for them. Want to add your voice to the conversation? Publish your own post here.*

## More From... ANN GREEN



**Yoseph Haddad: Arab, Christian, Defender of Israel**
Ann Green



**Two Calendars, Many New Years**
Ann Green



**Is Gift-Giving a Chanukah Tradition?**
Ann Green



## More In... PLUS KIDS



**How to Support a Grieving Parent**
Kara Baskin



**2019 NEA Award for Excellence in Jewish Student Writing**
Jewish Teen Initiative



**A Bar Mitzvah in Israel: A Million Dreams**
Dan Brosgol





**Dave Bedar** ·
Boston, Massachusetts

I am the History teacher who helped students to coordinate the event at Newton North High School mentioned in this piece of "journalism." This article's characterization is incredibly misleading, dangerous, irresponsible, and riddled with inaccuracies.

Amid the false accusations, the article cites Andrea Levin as saying the following about Newton North High School [my notes in brackets]:
"A Middle East Day was held in May of 2017 at Newton North High School, featuring a pro-BDS professor from Tufts [she was there to screen and discuss a film, but regardless, she offered just one perspective] and an anti-Israel activist from Mass Peace [this is not even the name of the group. It's Mass Peace Action, and I questioned some of his claims myself; again, he presented one perspective], both of whom leveled incendiary charges [they shared their opinions. The article conveniently leaves out, in typical cherry-picking, decontextualized fashion, that we also invited AIPAC (of all groups!) to speak, which in fact infuriated some of our students. We did so, however, precisely for the purpose of sharing different perspectives. Those students were free to register a peaceful protest, which they did, just as some students asked the Tufts professor tough questions. They were advised to keep it civil but do their homework and come ready to ask tough questions. I wish Ms. Green and her friends at CAMERA, Americans for Peace and Tolerance, and other groups with similarly farcical monikers would demonstrate similar thoughtfulness. Do your research and get the facts right. People may disagree on what the "facts" even are when it comes to Israel, but a simple email to me would have sufficed to find out what indeed happened that day, rather than rely on the words of ideologues. The day's schedule also consisted of cultural celebrations, dance performances, and student and faculty discussion panels, but none of these facts are mentioned here. The whole event was started at my students' initiative, and I am very proud of them for wanting to start conversations and not shy away from difficult topics. Indeed, students came out of the sessions dealing with the Israeli-Palestinian conflict asking questions and curious to learn more. I view that as a success. This publication should be thoroughly embarrassed about the article's depiction.

Politicization of curricula and the stifling of free discussion and critical thinking are teachers' worst nightmares, but by publishing an article that gives a platform to a hateful group like CAMERA and treats it as a heroic muckraking organization, you are aiding and abetting exactly that. The desire to hear different perspectives and have honest discussions about challenging topics is not tantamount to antisemitism. One cannot conflate criticism of government of Israeli government policy with antisemitism or being anti-Israel. It's a false equivalence. CAMERAperson Jonah Cohen claims "Kids want to know all viewpoints, but with Israel that is not happening." I would venture a guess that Mr. Cohen would argue there only IS one viewpoint, and that's CAMERA's. I hope people don't fall for this.

Like · Reply · 3 · 17w



**Dave Bedar** ·
Boston, Massachusetts

I myself am Jewish, which frankly is completely irrelevant to my ability to teach a course that covers the Israeli-Palestinian topic, which I do, but I highlight my background because it's personally offensive to me that certain groups are trying to promote their political agendas, at the cost of student learning and academic freedom, when the vast majority of Newton's Jewish (and non-Jewish) community, Jewish members of the School Committee, the ADL, many prominent rabbis, and other Jewish groups have concluded that the attacks on the Newton Public Schools have been unfounded and irresponsible.

On a personal level, the fact that people who haven't set foot in a classroom in decades would tell me what I am or am not doing is infuriating. It makes me even more angry that there are those who will say I'm a self-loathing Jew for wanting my students to think for themselves and not be brainwashed. Our community is at its best when it engages in critical self-reflection. I think my students and their parents would attest that our unit consisted of an evenhanded approach to controversial material and critical, thoughtful source analysis that did not at all sanitize the bad things that have happened on both sides (nor did we fall into the trap of comparing pain). As a matter of fact, to address one complaint from the article, we did read the original Hamas Charter, discuss the Grand Mufti, and grapple with all the complexities and nuances of both Israeli and Palestinian decision-making for the last 70 years. But that's not the point. The point is that as a teacher who was hired to teach in one of the best school districts in the country, it is reasonably safe to assume that I care about my work and would excercise good judgment in crafting lessons on a potentially hazaradous topic.

Throughout our unit, I didn't tell my students what to think, because that's not what teachers do. Our job is to make students think. I wish I could help some adults do the same. Perhaps I should transition to a career in Adult Ed.

# EXHIBIT TT

***Newtonite* [video](#):**

(*Chatter*)

**JOHN FITZGERALD**
So, you guys, welcome. So, let's, um — let's kinda' form, like, a semi-circle around here. Come on, David, ah…

(*Chatter*)

Katherine [Mannelly]! Come on over.

**WOMAN**
Explain what — John, people don't understand. Where's the semi-circle? Here?

**FITZGERALD**
Yeah, like right here. This is fine. Um… Ah… Who else?

**DAVID BEDAR**
Kate. Pull to the side! Kate honey, come on over.

**FITZGERALD**
Kate Mannelly.

(*Laughter*)

**CROWD**
Hey, Kate…!

(*Cheers and applause*)

**FITZGERALD**
How did they…? We've got her.

(*Cheers and applause*)

Okay. Welcome, everybody. This is amazing. Thank you for being here. This is what solidarity looks like. Um, so, let me just quickly introduce this, uh… this event. Um, so, uh, we are here today because our colleagues are under attack by folks willing to engage in all sorts of unprincipled behavior in order to move their hateful agenda. This morning we're gonna' hear from some of our colleagues to get a sense of the impact these attacks have had, and to think about how to respond. We are then going to, ah, march kids together as a group, and then we're gonna' go teach. That's the plan for this morning.

(*Cheers and applause*)

**BEDAR**

This is fantastic. I'm not as used to John is using one of these (*laughter*), so, we're gonna' do our best here. So, first of all, good morning and thank you for coming out. Um, this is…

(*Cheers and applause*)

This is pretty awesome to see, I gotta say. I missed all the craziness. I think that there's something positive that already has been coming out of this, which is that something like this could happen and the school is getting brought together, and we can then reaffirm what we stand for in Newton, and what we stand for as a school, uh, and what we stand for as far as our values in this district. So just a little bit, as far as how, ah, we've actually been attacked in recent weeks and in recent months. Harassment, bullying by hate groups, groups that have been labeled as such by mainstream groups, ah, from the entire Boston area. Petitions — another one, ah, got opened the other night, ah, accusing us of promoting some sort of, ah, agenda. Accusations that are baseless of anti-Semitism, of anti-, ah, -conservative bias, um, in some cases, anti-Americanism. Um, we were also excluded from a so-called "discussion panel" on Tuesday night that was not meant to be held in good faith — there was no reasonable desire for a reasoned conversation and a reasonable discussion. A discussion about the Newton public schools without representation from the Newton public schools. Uh, that is just indicative of what we've been dealing with, as far as outside groups trying to dictate what it is that actually happens in our classrooms.

So the message is essentially this. This has taken, first of all, ah, an enormous toll. Some of us can speak to this very, very directly — myself included. Feels as though, uh, for some of us, our new job, when we should be in there focusing exclusively on students, is dealing with distractions and not getting to do our jobs the way that we want to be doing them. It's taken an enormous emotional toll on all of us, on our families, on our colleagues, and assumptions are made and baseless accusations without any evidence, without any proof. But we will not be intimidated. We will maintain the academic freedom, critical thinking, we're gonna' continue to — (*Video cuts out*)

(*Laughter*)

**KATHRYN CODD**

Hi, I'm Kathryn Codd. I'm a member of the History Department.

(*Cheers and applause*)

I really — first of all, I wanna' say how amazing the support from all of you, including the administration, has been. Um, it has really allowed us, I think, to keep doing our jobs and keep the attention on students, because we feel so supported by all of you. I really, really appreciate it. Ah, you're okay with email, accessing Facebook… When I saw "Codd Ibokette Bedar email," and I — (*Video cuts out*)

***Newton Patch* [video](#):**

**JOHN FITZGERALD**
…Do?!

**CROWD**
Stand up, fight back!

**FITZGERALD**
Newton teachers under attack. What do we do?!

**CROWD**
Stand up, fight back!

**FITZGERALD**
Newton teachers under attack. What do we do?!

**CROWD**
Stand up, fight back!

**FITZGERALD**
Excellent.

(*Cheers and applause*)

Thank you for the chant. This is so very… This is what we need. Uh… Let me just… close this out by saying, um… [the people of] Newton are good, decent people, right? They — they abhor racism, they abhor anti-Semitism and bigotry in all its forms. That's why this is a great community to teach in. That's why the Newton public schools' values or multi-culturalism and anti-racism.

(*Cheers and applause*)

These… These are the things that are under attack. We cannot — we — we need to be absolutely clear on what's happening. These are the things that are under attack. Everything else is just misdirection, um — and the people of Newton are rightly concerned when they hear some of the allegations because, again, they're good, decent people. We need to go out and win this narrative. This needs to be not *our* fight, this needs to be the community's fight.

We need to — if we are — if we live in Newton, ah, and we are members of religious organizations or civic organizations, we need to get them in on this fight. Ah, because again, this is not right for *us* to be the only ones with this on our own, when all we are doing is sticking up for the values of the people of Newton. Um, this rightly is —

(*Cheers and applause*)

Ah, there is a talking point circling around: raise your hands if you have a bundle of talking points? Ah, and so we need to inform this community. Be one of those folks if wanna' pass stuff out. Um, there is going to be a hearing that is going to be scheduled sometime, ah, near the end of November in which the concerns of these groups are gonna' be addressed, but, in particular, the going after our superintendent, David Fleishman, who is with us this morning…

(*Cheers and applause*)

An event that's gonna' depend on all of us, and we — get as many members of the community there as possible. We need to be there in huge numbers. We need to show that we will not be intimidated by these attacks. Again, there is no basis for any of this stuff, and we need to be very mindful that as our colleagues of color, who are *most* likely to come under attack from these groups — and we need to watch out for them, we need to be real allies, ah, we need to, ah — we need to stand up for the values that Newton claims to articulate best: the values of our — of multi-culturalism and anti-racism and critical thinking. Um, and — and that's why we're here. That's why we love to work here, and that's why — why we're gonna' continue to fight for these things. And now what we're gonna' do is — as a group, we're — (*Video cuts out*)

(*Cheers and applause*)

# EXHIBIT UU

June 11, 2018

Superintendent David Fleishman
Office of the Superintendent
100 Walnut Street, Room 212
Newton, MA 02460

Dear Superintendent Fleishman:

We write in response to questions from our community that have been raised regarding the "Middle East Day" that was held at Newton North High School last month. The focus of the concerns regards the content presented, including the film that was screened, whether students were provided with different perspectives, and the sources and sponsors of the content.

Given the concerns that the Middle East Day has generated from within the Jewish community, we request that your office publicly address the current concerns, including:

- A full accounting of all content used for the May 2, 2018 Middle East Day, including materials, media presentations, handouts, and resources materials.
- Clarification as to the nature of program for which this content was developed and which segments of the student body, staff and others were participants in the program or recipients of this content.
- An elucidation of the process by which this program was developed, including any internal vetting procedures and approvals that may have been adhered to.

As has been stated in the past, we believe that it is critical to ensure that proper context is provided in the presentation of materials in the classroom, but of equal importance is the quality and credibility of handouts and materials.  We believe it is important for all schools to have in place a transparent process, inclusive of parents that guarantees adherence to this standard.

We, along with our members, network of agencies, and others in the Newton community look forward to your reply and to continuing this discussion.


Sincerely,


Robert O. Trestan                              Jeremy Burton
Regional Director                              Executive Director
Anti-Defamation League, New England            Jewish Community Relation Council of Greater Boston

# EXHIBIT VV



DAVID FLEISHMAN
SUPERINTENDENT OF SCHOOLS

July 3, 2018

Jeremy Burton
Executive Director
Jewish Community Relation Council of Greater Boston
126 High Street
Boston, MA 02110

Dear Mr. Burton,

We are writing in response to your letter of June 11, 2018 and hope to provide you with some information in response to questions you brought about "Understanding and Celebrating the Middle East Day" at Newton North High School in early May. We value our on-going partnership with the ADL, including our participation in the World of Difference Peer Leadership Program, currently entering its third year in Newton's secondary schools, and we want to keep the lines of communication open with you and your organizations.

*Understanding and Celebrating the Middle East Day* is a student-led cultural day created by students in a sought after senior level elective course entitled *Middle East, Latin America, and Asia Since 1945*, now in its second year and taught by a highly regarded teacher. Both last year and this year, students, with faculty supervision, organized a series of workshops and presentations by Newton North community members and outside speakers. As is the case for all of our cultural days, classes of students attend sessions accompanied by their teachers. The goal for these cultural days is to expose more students to the rich culture and complex issues that exist related to a particular topic or region, in this case, the Middle East.

For the past two years, students have invited a diverse group of presenters representing the cultural, academic and social diversity of the Middle East region. At each session, students and faculty provide context and facilitate questions and conversation. Last year, the presenters who were able to attend included various student clubs and faculty members, as well as outside groups such as the American Israel Public Affairs Committee (AIPAC), Mass Peace Action, and Seeds of Peace. This year, as you know from documents sent earlier, outside presenters included dance troupes, Brandeis and Harvard professors, and a film from the Palestinian Film Festival. This year, several of the presenters who shared Israeli perspectives on the Middle East were not able to join the line-up of presenters. While some of the day's sessions hope to broaden students' cultural perspectives, others aim to challenge the thinking of students through the presentation of multiple perspectives in a constructive and respectful setting. Care and thought is put into each part of the program, context is set, and conversation and questioning is encouraged. You can appreciate how challenging it is to have constructive, responsible dialogue about the complex issues in the Middle East in a way that respects the varying perspectives, beliefs and feelings of all members of our community.

Our skilled faculty and administrators are essential to helping our students become critical thinkers in these highly divisive and often difficult times. As you reference in your October 23, 2017 letter, our pedagogy involves presenting a range of opinions and perspectives to interpret facts, up-to-date materials from credible sources, and contextualized and balanced discussions. This year, the School Committee updated our policies and procedures to include Item **IMB: Outside Speakers or Forums Related to Contemporary Social and Political Issues**, which has guidance for how and when outside speakers may be invited and ensures there are procedures for oversight by the Principal. We work hard in Newton to educate our students in an emotionally safe and supportive environment. Teaching controversial topics may engender questions, discomfort and often criticism. We remain committed to exposing students to diverse opinions and to encouraging our faculty to teach about tough issues that require open minds and critical thought. Students will not agree with every perspective and point of view they encounter in our classrooms nor should they. Our goal is to help them formulate their own opinions and learn *how* to think, rather than *what* to think.

Your letter prompted us to figure out how to better inform our Newton parent and student community about how and why we teach about complex and controversial topics. We will be creating a clear document to this effect to go out to all parents at the start of the 2018/2019 school year that we hope will address the larger concerns and questions that some have raised.

Please do not hesitate to contact us directly if you have further questions about this issue or how we can continue to work together.

Sincerely,

David Fleishman
Superintendent of Schools

DF/cc

Cc:    Mayor Fuller
       Robert Trestan, Anti-Defamation League, New England
       School Committee

# EXHIBIT WW

**From:** David Fleishman <<u>no_reply@newton.k12.ma.us</u>>
**Date:** September 17, 2018 at 1:33:45 PM EDT
**To:** ███████████████
**Subject: Teaching History and Controversial Topics**
**Reply-To:** David Fleishman <<u>no_reply@newton.k12.ma.us</u>>

September 17, 2018

Dear Newton Community:

For the past seven years, the Newton Public Schools have been the target of outside groups claiming anti-Israel bias in our history curriculum. These baseless claims, often reliant upon materials and documents taken out of context, are misleading and only serve to denigrate the hard work and professionalism of our skilled and dedicated faculty.

In recent months, the attacks have grown increasingly and unjustly personal. Our history teachers have been singled out, harassed and subjected to harsh and unfair criticism in the media and online. As a result, there is growing concern among our faculty about teaching controversial topics. Should these attacks continue, we worry it will jeopardize our ability to expose students to diverse opinions and to teach them about controversial issues that require open minds and critical thought.

We stand behind our faculty members, who are guided by the mission and values of the Newton Public Schools and their professional judgment. Whether it is the history of the Middle East or contemporary American politics, they are committed to engaging students around complex and challenging issues in a responsible, intellectual and balanced way.

In every class, our teachers work to ensure that students learn to separate fact from opinion, discern between different points of view, challenge their own thinking and that of their peers, and develop evidence-based opinions through study and the testing of ideas. They also provide space for students to actively listen, particularly to those voices in the minority - whether it be political, racial, ethnic, religious, or gender.

As always, we encourage our families to bring any questions about curriculum to their child's teacher or department head. Information and teaching materials are always available to families and our administrators and faculty are happy to discuss them. For more information on teaching controversial topics in the Newton Public Schools, please visit our <u>Frequently Asked Questions</u> on our website.

Sincerely,

David Fleishman
Superintendent of Schools

DF:cc

# EXHIBIT XX

**From:** James Epstein [mailto:jamesepstein5@aol.com]
**Sent:** Wednesday, November 14, 2018 2:34 AM
**To:** ruth_goldman@newton.k12.ma.us
**Cc:** bridget_raycanada@newton.k12.ma.us; margaret_albright@newton.k12.ma.us;
anping_shen@newton.k12.ma.us; diana_gomberg@newton.k12.ma.us;
steven_siegel@newton.k12.ma.us; kathleen_shields@newton.k12.ma.us;
matt_millersc@newton.k12.ma.us; rfuller@newtonma.gov;
David_FleishmanDavid_Fleishman@newton.k12.ma.us;
Carolyn_CampoCarolyn_Campo@newton.k12.ma.us
**Subject:** Public Comment of Jim Epstein at and/or for November 14, 2018 School Committee Meeting

November 14, 2018

Ruth Goldman, Chair
Newton School Committee
Newton Public Schools
100 Walnut Street
Newton, MA  02460

Dear Chairperson Goldman:

I see from the current revised agenda for today's, November 14, 2018, 7:00 pm, School Committee Meeting, that you are allocating only up to 30 minutes for total public comment, showing no extension despite the great public controversy as well as litigation surrounding consideration and deliberation on extension of the Superintendent's Employment Contract through June 30, 2021 -- which per the same agenda you show an allocation of only up to 5 minutes for that consideration and deliberation by the Committee.  To make sure my comments are available for adequate review and consideration by the Committee in advance of that 5 minute consideration and deliberation, and for the written record, please accept the following as my public comment:

*"My name is Jim Epstein and I'm a long time resident at 110 Manchester Road, Newton Highlands, having had two daughters go through the Newton Public Schools.*

*Now, in spite of how professional, formal and proper, Chair Goldman, the School Committee and the Superintendent appear at these public meetings, there's another side to all this. That side was on display the morning of Thursday, October 11, 2018 -- a school day -- on Newton North High School property, where Superintendent Fleishman more than participated in a videotaped rally -- without requisite permit I might add -- along with some Newton North teachers and students, to garner student support for his continuing tenure as Superintendent and his support of teacher led curricula hostile to the State of Israel, where opponents to his tenure and of the anti-Israel curriculum were labeled "hate groups" and "outside groups" with "hateful agendas", "unprincipled behavior" and "baseless accusations without any evidence, without any proof."*

*To those of us who have repeatedly criticized the Superintendent's stone cold silence to our objections, the Superintendent HAS now replied, without any demonstrated review*

*as required by regulation, by these false, demeaning, insulting, inflaming and defamatory sanctioned statements, that is, that we are "hate groups" and "outside groups" with "hateful agendas" and "unprincipled behavior" and by proclaiming that our legitimate and earnest concerns are "baseless", "without evidence" and "without proof".  His sanctioning of these actions and statements, even participation in organization of the rally itself, surely must constitute the Superintendent's breach of the terms of his tenure.  Now just think if you were a student of Newton North who happened to be a pro-Israeli Jew or pro-Israeli Israeli, watching the Superintendent and teachers organizing and leading such a rally.  Talk about intimidation; talk about remaining fearfully silent.  And think about that in terms of the Superintendent's utter lack of good faith compliance with Massachusetts Regulation, 603 CMR 26.05(2), of which the School Committee has been made fully aware -- which leads to this:  Retaining Superintendent Fleishman is the City of Newton buying, at the expense of Newton Taxpayers, more litigation. That's a certainty.*

*Will the School Committee openly consider these points in its deliberation on Superintendent Fleishman's contract?  We all know the answer -- even with the certainty of litigation.  Add THAT expense to the salary being negotiated in the Superintendent's contract, because it most assuredly will be substantial in terms of time, money and effort, again, cost to be borne by the Newton taxpayers.*

*I submit this statement for the record."*

Jim Epstein
110 Manchester Road
Newton, MA  02461
email:  jamesepstein5@aol.com
cell:  617-447-5129

cc:  Newton School Committee Members
bc:  Newton Community Distribution List

# EXHIBIT YY



# A message from the Newton School Committee

Posted Feb 21, 2018 at 11:51 AM
Updated Feb 21, 2018 at 11:51 AM

As your School Committee, we wanted to share some information with you about an event that took place outside the Education Center prior to our meeting on Feb. 12 and the subsequent news story that was published on the TAB front page.

The Newton Public Schools works to ensure a safe and welcoming school environment. We are committed to being an inclusive community where our students, regardless of religion, race, ethnicity, sexual orientation, gender identity and expression, feel accepted.

For the past five years, the Newton Public Schools district has been the target of groups claiming bias in our high school history curriculum concerning the Middle East. Time and again, these allegations have proven to be misleading or untrue. In 2013, the Massachusetts Department of Elementary and Secondary Education stated in response to a filed complaint, "no violation of education law, regulation or policy has occurred with regard to the specific concern(s) you have raised." When similar claims resurfaced last summer, the Anti-Defamation League met with Newton Public Schools leaders and determined there was no issue with the curriculum.

As elected officials with oversight for the district, we want to reassure the community that our schools are nurturing and supportive environments for all of our students and families. We are confident that our educators and the district provide our students with a high quality education that prepares them to be productive contributing citizens. We invite parents and the public to reach out to us with any questions or concerns. You may reach us at schoolcommittee@newton.k12.ma.us

*Submitted by the Newton School Committee*

# EXHIBIT ZZ



# Letters: School bias in teaching about Israel

Posted Oct 14, 2018 at 6:00 PM

**'Critical thinking' in Newton schools**

I keep hearing the term "critical thinking" by Superintendent David Fleishman, the School Committee and history teachers explaining what they teach in class. So I decided to look up the term and here is what I learned:

Critical thinking is the objective analysis of facts to form a judgment. The subject is complex, and several different definitions exist, which generally include the rational, skeptical, unbiased analysis or evaluation of factual evidence." This is from Wikipedia.

I think we can all agree there is nothing wrong with this if the information given to students in regards to Israel is indeed factual. Unfortunately it is not. Why not teach the truth about our closest ally and friend?

Sande Young

Waban

**Bias remains on controversial issue**

I've read online and elsewhere Newton School Superintendent Fleishman's Sept. 17, 2018, letter to the school community where he cites the importance of teaching "controversial issues that require open minds and critical thought" as the reason essentially to make High School students debate whether Jews have a right to a homeland in Israel. This, coming after, and seemingly in reply to, repeated citizen claims of bias by the Newton Public Schools against Jews and Israel, voiced at School Committee public meetings. In examining the superintendent's apparent justification, it would seem that the bias remains since those students are never asked to ponder if ANY other people (including the Palestinians themselves) deserve a state.

Jim Epstein

Manchester Road

Newton

**Why I don't want my kids to move to Newton**

Still, the school committee and the superintendent are not or will not listen. They refuse to face and address the concerns of some Newton residents. What must be said and acknowledged is that if we have not gone away to this point we are not going anywhere! Our concerns are real and are important to us, our children and all children in Newton. Shouldn't you by this point have taken an impartial and honest look at what we are saying?!

It is shocking and beyond disturbing that in this time in America that we have bias and, teaches personal beliefs, being taught to our children as "fact." It is shocking and beyond disturbing that no one in the city, including the mayor, will listen.

I am most fortunate to have my grown children living near me. I have told one of them, who is looking to buy a house, "do not buy in Newton." What does that say?!

Sue Ramler Toochin

Clifton Road, Newton Centre

# EXHIBIT AAA

From: James Epstein <jamesepstein5@aol.com>
To: ruth_goldman <ruth_goldman@newton.k12.ma.us>; bridget_raycanada
<bridget_raycanada@newton.k12.ma.us>; margaret_albright <margaret_albright@newton.k12.ma.us>;
anping_shen <anping_shen@newton.k12.ma.us>; diana_gomberg
<diana_gomberg@newton.k12.ma.us>; steven_siegel <steven_siegel@newton.k12.ma.us>;
kathleen_shields <kathleen_shields@newton.k12.ma.us>; matt_millersc
<matt_millersc@newton.k12.ma.us>; rfuller <rfuller@newtonma.gov>; David_Fleishman
<David_Fleishman@newton.k12.ma.us>; Carolyn_Campo <Carolyn_Campo@newton.k12.ma.us>
Sent: Fri, Oct 19, 2018 7:51 pm
Subject: Fwd: Newton School Curriculum

October 19, 2018

Newton School Committee:

I would ask that the entire School Committee, including the Mayor, carefully review
School Committee Chair Goldman's specific statements (below thread) to me in view of
the High School's own documents -- again attached -- and provide an explanation as to
the apparent gross inconsistency.

Jim Epstein
110 Manchester Road
Newton, MA  02461
email:  jamesepstein5@aol.com
cell:  617-447-5129


4 attachments as stated
cc:  Mailing List w/4 attachments


-----Original Message-----
From: James Epstein <jamesepstein5@aol.com>
To: ruth_goldman <ruth_goldman@newton.k12.ma.us>; bridget_raycanada
<bridget_raycanada@newton.k12.ma.us>; margaret_albright
<margaret_albright@newton.k12.ma.us>; anping_shen
<anping_shen@newton.k12.ma.us>; diana_gomberg
<diana_gomberg@newton.k12.ma.us>; steven_siegel
<steven_siegel@newton.k12.ma.us>; kathleen_shields
<kathleen_shields@newton.k12.ma.us>; matt_millersc
<matt_millersc@newton.k12.ma.us>; rfuller <rfuller@newtonma.gov>; David_Fleishman
<David_Fleishman@newton.k12.ma.us>; Carolyn_Campo
<Carolyn_Campo@newton.k12.ma.us>
Cc: npsconcerns <npsconcerns@gmail.com>; jburton <jburton@jcrcboston.org>; taliab
<taliab@adl.org>; boston <boston@adl.org>; dshimoni <dshimoni@plumchoice.com>;
paula <paula@israeliamerican.org>; boston <boston@israeliamerican.org>
Sent: Fri, Oct 12, 2018 10:54 am
Subject: Re: Newton School Curriculum

October 12, 2018

Newton School Committee:

In specific reply to Committee Chair's Friday morning's (10/12/18) question, please find attached several plans and syllabi (attachments 1 through 3) from the Newton North twelfth-grade Middle East, Asia, and Latin America elective taught, per these documents, by Mr. Bedar.  All refer to this *"Essential Question"* that students are required to consider in the unit:  *"What are the pros and cons to the one and two-state solutions?"*

Following that, please find attached the format of the relevant classroom debate assignment (attachment 4) as follows:  *"U.N. General Assembly discussion seminar.  In your first written assignment, you were asked to develop a solution to the conflict in Palestine as of the year 1947.  Now, we're going to revisit that question using our deeper understanding of the more recent history and current events.  Should we have a one or two state solution?  How should each of the six issues be addressed?"*

In light of the above, it is difficult to understand how Chair Goldman states, as she does below, that she "never heard of such a thing" and that she "believe[s what I relayed yesterday] to be very misleading and incorrect."

Jim Epstein
110 Manchester Road
Newton, MA  02461
email:  jamesepstein5@aol.com
cell:  617-447-5129

4 attachments as stated
cc:  Panelists of 10/9/18 NPS Middle East Curriculum Discussion w/4 attachments


------------
From: Ruth Goldman <ruth_goldman@newton.k12.ma.us>
To: jamesepstein5 <jamesepstein5@aol.com>
Sent: Fri, Oct 12, 2018 7:42 am
Subject: Re: Newton School Curriculum

I have never heard of such a thing and I would like to know where you get your information since I believe it to be very misleading and incorrect.

Ruth

Ruth Goldman
School Committee Member Ward 6
(617)719-5048
ruth_goldman@newton.k12.ma.us

------------
From: James Epstein <jamesepstein5@aol.com>
To: ruth_goldman <ruth_goldman@newton.k12.ma.us>; bridget_raycanada
<bridget_raycanada@newton.k12.ma.us>; margaret_albright
<margaret_albright@newton.k12.ma.us>; anping_shen
<anping_shen@newton.k12.ma.us>; diana_gomberg
<diana_gomberg@newton.k12.ma.us>; steven_siegel
<steven_siegel@newton.k12.ma.us>; kathleen_shields
<kathleen_shields@newton.k12.ma.us>; matt_millersc
<matt_millersc@newton.k12.ma.us>; rfuller <rfuller@newtonma.gov>; David_Fleishman
<David_Fleishman@newton.k12.ma.us>; Carolyn_Campo
<Carolyn_Campo@newton.k12.ma.us>
Sent: Thu, Oct 11, 2018 8:33 pm
Subject: Fwd: Newton School Curriculum

October 11, 2018

Newton School Committee:

Since I've not heard further from Chair Goldman, albeit she made initial comment
(below), I'm passing this on to the full School Committee to address my specific
question (resulting from her comment).

Thank you.

Jim Epstein
110 Manchester Road
Newton, MA  02461
email:  jamesepstein5@aol.com
cell:  617-447-5129


------------
From: James Epstein <jamesepstein5@aol.com>
To: ruth_goldman <ruth_goldman@newton.k12.ma.us>
Sent: Thu, Oct 11, 2018 6:23 pm
Subject: Fwd: Newton School Curriculum

Ruth,

As I have not heard back, I want to make sure you have the inquiry where we left off --
as I still would like specifically to know whether you or the School Committee are
claiming "that it is not true that students have been both formally and informally
presented, by their teacher(s), for both student consideration and student discussion,
the opposing arguments on whether the Israelis or the Palestinians have a right to
nationhood in what is currently Israel?"

Thanks.

Jim

------------
From: James Epstein <jamesepstein5@aol.com>
To: ruth_goldman <ruth_goldman@newton.k12.ma.us>
Sent: Thu, Oct 11, 2018 3:33 pm
Subject: Re: Newton School Curriculum

Ruth,

Again, are you claiming that it is not true that students have been both formally and informally presented, by their teacher(s), for both student consideration and student discussion, the opposing arguments on whether the Israelis or the Palestinians have a right to nationhood in what is currently Israel?

Jim

------------
From: Ruth Goldman <ruth_goldman@newton.k12.ma.us>
To: jamesepstein5 <jamesepstein5@aol.com>
Sent: Thu, Oct 11, 2018 3:25 pm
Subject: Re: Newton School Curriculum

Exactly who is reporting this?  this is exactly my point - who are the students who are in these classes that are giving you this information?

If they are concerned and if this is really happening, they should absolutely go see the Principal.

Ruth

Ruth Goldman
School Committee Member Ward 6
(617)719-5048
ruth_goldman@newton.k12.ma.us

------------
From: James Epstein <jamesepstein5@aol.com>
To: ruth_goldman <ruth_goldman@newton.k12.ma.us>
Sent: Thu, Oct 11, 2018 3:06 pm
Subject: Re: Newton School Curriculum

Ruth:

It has been repeatedly reported that students have been both formally and informally presented, by their teacher(s), for both student consideration and student discussion, the opposing arguments on whether the Israelis or the Palestinians have a right to nationhood in what is currently Israel.  Are you claiming you have no knowledge of that?

Jim


------------
From: Ruth Goldman <ruth_goldman@newton.k12.ma.us>
To: jamesepstein5 <jamesepstein5@aol.com>
Sent: Thu, Oct 11, 2018 2:31 pm
Subject: Re: Newton School Curriculum

Jim:

To my knowledge, students have never been and never will be asked to debate this question.  I have no idea where you are getting your information, but this is just not true.

Thank you,

Ruth

Ruth Goldman
School Committee Member Ward 6
(617)719-5048
ruth_goldman@newton.k12.ma.us

# EXHIBIT BBB

**DAVID BEDAR**

Good evening. My name is David Bedar.

I started my career as a history teacher at Newton North High School 12 years ago. I love what I do, as do all the educators sitting here tonight. We *love* our students. We *love* working alongside smart, dedicated, and thoughtful professionals. Many of us wanted to teach in Newton for the educational excellence of the schools and the community's unwavering commitment to core values of integrity, open-mindedness, civil discourse, and respect for the dignity of all people.

Three years ago, I developed a senior elective course called "The Middle East, Asia, and Latin America." I was excited to teacher about these regions because they're so important for understanding our modern world. But I never anticipated to hear accusations of bias and anti-Semitism. These claims are a personal affront to me as a professional educator, as a Newton resident, and as a Jew.

As you've heard from other speakers tonight, *all* Newton teachers condemn unequivocally any type of harassment or bias, including racism, homophobia, Islamophobia, and anti-Semitism. We won't let baseless charges intimidate us into providing anything less than the very best education for our students.

The study of history goes beyond memorizing facts. We examine multiple perspectives and ask why people think and act the way they do. The goal is *not* to advocate for any particular position, but rather the — to get students to move past simplistic arguments and one-sided narratives.

Students are assessed on the clarity of their reasoning and evidence. As a result, they learn to think for *themselves*. Teachers provide a safe classroom setting for students to grapple with difficult topics. We facilitate debates and discussions that sometimes get heated, but are thoughtful and productive. We help students cultivate the ability to *empathize* with views that are different from their own. We spark in them a curiosity about their country and their world. *This*, for me, is what teaching is all about.

Teachers should not avoid teaching challenging subjects or be intimidated into watering down their curriculum. Students need to see the adults in their lives model what it means to stand for what they believe in. That is why I would like all those present who support the curriculum and values of the Newton public schools to stand at this time.

We teachers, we have lessons to prep. We have students to teach tomorrow. It's time for us to get to that job — our *real* job. Let's go get ready for class.

Thank you.

*(Applause and cheering)*

• Diana Fisher Gomberg
*Newton School Committee, Ward 4*
(**02:47:55**): "…[T]otal transparency might seem simple and good, but it's actually very difficult when we expect classes to be dynamic and current, and when Social Studies teachers and History teachers are asked about current topics… we want them to be able to use new resources as they arise. …[W]e expect our teachers to use a diversity of resources. They might be online, they might be multi-media, and to just restrict them to a very set list with no changes at all would not let them reach to the high level of teaching that they are doing in our schools, and I certainly won't want to reduce instruction."

• Matthew Miller
*Newton School Committee, Ward 8*
(**02:49:01**): "…[T]otal transparency is *not* achievable. The idea of *total* transparency would be impossible — how could we, you know, keep up with what we read that morning and send it to parents? …I did [also] read the emails that have come into the teachers' inboxes, and I feel that that crossed a very *big* line for me. They… created a privacy violation, it was a threat to the *safety* of the teachers and the students, and it created an environment which is the opposite of which I believe some of these groups are trying to achieve, which is peace and tolerance. And we do not accept hate in Newton public schools."

• Ruth Goldman
*Chairwoman, Newton School Committee, Ward 6*
(**02:51:09**): "…I kind of defer to… [previously stated comments] on whether we [the School Committee] actually have purview in this area. I think 'transparency' is a, sort of, slippery term for me. I firmly believe that it is really not the purview of the School Committee to be *involved* in curriculum design, development, and we have really no authority to determine what should be in the curriculum and what isn't in the curriculum."

• Margaret Albright
*Newton School Committee, Ward 2*
(**02:56:53**): "I also think we have to be careful in terms of publishing stuff, regarding copyright law and fair use laws. Sometimes we *don't* have the ability to share anything beyond the classroom because of the copyright limitations of a piece of material. So it can get very sticky very quickly. And… any parent can ask at any time, and [that material] is available to them."

(**03:21:34**): "…I don't think we have any statutory… ability to… cease teaching these topics until they're vetted because the curriculum frameworks in Mass General Laws direct us to teach what is in the frameworks.… They tell us what to teach, what things we need to teach… and we determine the 'how.' So… the materials that we have, the materials that we use, are in line to the frameworks. They have to be. So I don't see that we have any authority to change anything that's in the frameworks."

• Anping Shen
*Newton School Committee, Ward 3*
(**02:58:04**): "In terms of curriculum… overall, I agree that parents should know about the curriculum, and… have much concern about what's going on. But on [the] other hand, talking

about the total transparency… I think we have excellent teachers. We should trust our teachers to do their job. We a have school administration who were [*sic*] working with teachers and faculty to develop the curriculum, especially strategies and instructions, and I'm afraid the current strong emotional criticism could have a chilling effect, and we have heard that from teachers. …I think we do not want to *micro-manage* the curriculum… [and] the development and the process, especially from the School Committee's perspective."

• Bridget Ray-Canada
*Newton School Committee, Ward 1*
(**03:00:35**): "…[I]t's not just about, you know, one race or one culture or one religion — there are a lot of things in these classrooms that are very sensitive subjects that need to be insured that we are addressing in a thoughtful way in the classroom, that we are also hearing from both sides, and I think that what we've heard today… [is that the students] are feeling that way. So what's incredible to me is that we have adults saying that things are happening in the classroom, but our *students* are not feeling that, and we're not hearing that. We don't have parents coming to us saying that there's something wrong in the classroom. We don't have students coming to us saying that there is a problem. And I can tell you, I get many calls from parents, and that is not something that I've ever heard from any parent or any student in Newton."

• Steve Siegel
*Newton School Committee, Ward 5*
(**03:27:21**): "My reaction to… [the petitioners' demand that students be informed by mail that they have been mis-informed by their materials is that] it presumes that we're teaching materials that are biased and propagandistic, and I don't share that [view], so I would vote 'no' for that [demand]."

**ANPING SHEN (Ward 3)**

I was not even quite sure how to understand this petition. The language, um, was very, um — how to say? And it gave me [the] impression that, um — Newton is [a] Jewish province, [a] Jewish city, and, ah — um, this gave people a very bad taste and, ah — um… Of course, you know, I've been living here over 30 years. I have *very* high regard for the Jewish community, and I think Newton has been well-known for [the] past half-century because, I will say, you know, after [the] Second World War, Jewish people [have] come here and, ah — ah, shape[d] the quality of [the] Newton community and school system, and I did some s- — research, and, ah, I — I — I have tremendous admiration for the Jewish culture and, ah, tradition and all those things associated with Jewish [people].

But — but I think we all have to be careful to say — you know — if you're anti-Jewish, anti-Israel, you're "anti-America" and "anti-Christian," and those kinds of slogans give me some impression — sounds like a hundred years ago, some similar slogans: you know, people used that. And so, my feeling — I have to make [it a] little bit public tonight, and, um, as someone [who] came from China and, um… in a way, we have more, more, ah, immigrants from all over the world, including from Asian countries and [the] Asian student population increased tri- — you know, doubled [in] past 10 years. So, I hate to s- — to hear someone say, "Hey, now it's [the] Chinese century, and you guys have to pay all attention to what we think." No, that — that's very dangerous. I — I apologize if I digressed [a] little bit, but, again, regarding this petition, I have really some trouble.

MAYOR RUTHANNE FULLER

(**03:01:42**)

Thanks. Um, what I'd like to do is kind of talk about the first petition — the first question of the petitioners. I'm gonna' add in the second one, which you have not read yet, but, uh, using their words, "vet all teaching materials and" proach- — "approaches concerning the above topics using a panel of scholars, historians, and educators," and, um, weave it in with some introductory comments. So, bear with me. This one's gonna' long, but I promise every other answer will be short. So, ah, stick with me if you can.

Um… First, um, to start out, I actually am so proud to be mayor here in Newton and proud of tonight. Um, I'm proud that we live in an America where we have this kind of public hearing. Um, that we're in a democracy where people can speak up. Um, I'm particularly proud of the young people who spoke tonight: uh, the current students in the recent alums, um, I reject the category — categorization that's some applied to them of being indoctrinated and just speaking some kind of party line. Um, I heard it very differently. I did hear of them speaking of "peace and tolerance" in a very, ah, wonderful way. Um, and I'll repeat, ah — again, a lot of my comments you'll have — I'm echoing what I've heard tonight, but what I believe in. Um, I really, um, encourage any student, any parent, any community member, who perceives any hate, any racism, any — any anti-Semitism, any xenophobia, um, any Islamophobia, um, to speak up. Um, and I'm grateful that, um, we do have students and parents, community members, who raise serious and thoughtful questions and, yes, about our curriculum or materials and our approaches. And I listened very *carefully* when those questions come, and tonight we're focused on a specific part of the curriculum, but you should know the Superintendent, the School Committee, I as mayor, we hear this about other areas. It might be the Math curriculum, it might be what foreign languages we're speaking. It is not, um, only about History and Social Studies.

Um, I will also say I'm — I'm ending my first year as mayor, um, I have heard these questions, but I've also heard over and over again from parents and students who are so passionate and supportive and grateful to Newton's teachers. Uh, we heard it a lot tonight. Uh, there was a couple of weeks ago, some of you might've been there, a student who graduated from here at South, a guy named Michael Ryter. Um, he graduated just this past May. He came to speak before the School Committee, and he was just so powerful and so articulate. He fell in love with history. I think he said he had five different history teachers here at South, six history courses, and he talked about the two things each of those teachers had in common. One was their enthusiasm for teaching, but also the other was their shared commitment to what he called "intellectual dialogue and critical thinking." Um, and he was so grateful that they *did* lean into class discussions on complex issues, discussions that he thought was essential for him to grow into the young adult that he has.

Our teachers have really hard jobs. Um, and I'm grateful to each and every one of them that they've chosen to work here in Newton. They — our teachers could be hired by anyone anywhere, they are an extraordinary group. I am struck over and over again by how seriously they approached their decisions about curriculum. They're workin' hard, they're acting professionally, and yes, they are *behaving* ethically as they are teaching these difficult, complicated, and, sometimes, very controversial subjects. And they are *deliberately* choosing to expose students to diverse opinions

and helping them separate fact from opinion, discerning different points of view, and developing evidence-based opinions. And let me be really crystal clear. Um, I believe deeply in our teachers here in Newton. I support our teachers, and I'm, um, speaking directly to some people in the audience. I am particularly disur- — disturbed when you're goin' after individual teachers, by name, in a *vitriolic* way.

Um… Um… I — you, ah — all of us were here. We all heard, um, one of the teachers talking about the chilling effect that the *way* some of you are choosing to raise your questions — are having the chilling effect on how they lead class discussions, how they, um, write their emails, whether they feel they can speak openly in class and to their fellow teachers. It is absolutely critical that our teachers and our students feel safe, feel safe in the Newton public schools. Um, when I — and I am hearing it more and more — I'm hearing of students and teachers who aren't feeling safe. Um… and, um, I'm gonna' mention, refer to somebody who spoke earlier tonight, um, who spoke eloquently about the way you raise questions and the way you — she used the word "fight matters." It *does*, and an important part of my job as mayor is making sure that we actually make *actionable* those core principles of respect, diversity, and acceptance, and that we do make that actionable in every classroom, every playground, every sidewalk, every street, every village here in Newton. Let's be clear: hate has no place here in Newton.

Now I know that anti-Semitism is real. And, um, yep, I'm a Jew, and I'm a pro-Israel Jew. Um… I suspect, like everyone in this room — this, I'm not speakin' for myself, I'm speakin' for all of us — we are all still in mourning for the 11 people who were murdered in Squirrel Hill. You know, that was exactly one month ago. Ah, we — I, again, believe I speak for all of us when we *all* reject the violence, the anti-Semitism, the hatred that we saw in a community awfully similar to Newton. Um, and I said it *before* — I would love to say that here in Newton, where we'd have these core principles of respect, acceptance, and inclusion, um, that, um… um… Sorry, gotta flip the page here. Uh, that we're immune to this kind of hatred, this kind of anti-Semitism, and my heart aches. We are not immune. Um, we have had those swastikas drawn on — in our schools and playgrounds. We've had incidents of anti-Semitism, racism, hatred *this* year while I've been mayor that I hoped I would never see *anywhere*, and especially not here in Newton. And, uh, we all feel that — that we're livin' in a time when our country's divided, when rhetoric is driving us further apart — apart and stokes this fear of the other. A speaker earlier tonight spoke of hope, and what gives me hope is how seriously issues of hate and questions about our curriculum are taken by our Superintendent, by our curriculum coordinators, by our principals, by our department heads, and our teachers.

I wanna' echo something that Bridget [Ray-Canada, Ward 1] just said. Ah, you may have the *perception* that we have sat here in silence for years and have not been listening, and that we've been doing nothing. That is, um, *so* far from the truth. And I also just want to be really clear that I *reject* categorically the characterization of our curriculum as anti-Christian, anti-Semitic, anti-American. And I reject *categorically* the statement that somebody said earlier tonight that Newton and Newton public schools are a center of anti-Semitism — anti-Semitic propaganda that teaches hateful information. That's wrong.

I know how thoughtfully our teachers, our educators, are using the Massachusetts curriculum frameworks as they *regularly* re-design our high school curriculum, including our History curriculum, and update the materials that they use it in their courses. I *know* that our educators in

the Newton public schools are always thinking about what we teach and how we teach. In April we had, um — here on the School Committee — we had the most amazing night. The School Committee heard from, ah, the K – 8 History and Social Studies curriculum coordinator. And let me tell ya', as a History major in college, I am so glad that at — starting at a very young age, our students are being taught to ask, "So, who created this source? What is the creator's perspective? Is it reliable? Why or why not?" And to those who spoke tonight and said, um, our teachers are *unthinkingly* taking seminars, choosing textbooks that are biased, our teachers, too, are always thinking about whether it's who's putting on a seminar or what the textbook is, "Who created it?", "What's the creator's perspective?", "Is it reliable?", "Why or why not?"

Let me, um, finish with one last thing, and sorry for taking so long, but I promise everything else will be short. Um, this is a really important point as we talk about bias, and that's riddled through a lot of the petition, the questions that are in — inherent to the petition. Our educators *have* been and continue to choose materials, including primary sources, that have overt *and* subtle points off you. They do this deliberately. Our teachers are teaching our tu- — students very consciously and deliberately that content may have inherent bias, and they help them discern between these, ah — to — to — to discern these overt and subtle points of view, distinguished fact and opinion, and thereby do what I'm *so* proud they do — they teach our students to think: how to think, not what to think.

Um, moreover, let me — final two sentences — I am proud that our teachers are always striving to improve their pedagogy and curricular materials. Always looking to see if they have missed the mark in what they teach or how they teach. Always learnin' to be — but leaning in to be better, more effective teachers as, again, they teach our children how to think and not what to think. Thank you.

**(03:31:53)**

I'll build on what Anping [Shen, Ward 3] just said, which is, uh, we are all aware that there's an uptick of anti-Semitism in the world and we're not immune from it here in Newton. What I know really well, though, is in both our high schools we have educators who… take all forms of hatred, racism, bigotry, prejudice, and I — anti-Semitism, whether new or old forms of anti-Semitism, very seriously and are working in *so* many ways to try to address it, and, um — and we'll continue to. This is at the core of what our educators are doing. They're not just teaching reading, writing, and arithmetic. They are teaching our young people, um, to be good adults. Um, so I — I — I would — I don't know if "no action necessary" is the right thing or — or "deny" the — "deny it," but one or the other — um, this [petitions demand] is not necessary.

# EXHIBIT CCC

From: **School Committee** <no_response@newton.k12.ma.us>
Date: Fri, Nov 30, 2018 at 8:59 AM
Subject: School Committee Response to Public Hearing
To: ███████████████████

Dear Newton Families,

As a result of a formal petition alleging anti-Semitism in the Newton Public School history curriculum, the School Committee was required to hold a public hearing on the petitioners' requests. On Tuesday evening, approximately 400 students, faculty, staff, and community members attended the public hearing at Newton South.

We fully recognize that anti-Semitism, as well as bigotry and outright hate and intolerance against Muslim, Immigrant, Black and Brown and, LGBTQ members has become more pronounced in this country in the past few years. It is deeply distressing and we should all be working together to address it. However, we categorically rejected that Newton Public Schools' curriculum is anti-Semitic or that there is an anti-Semitic bias inherent in our schools.

At the hearing, students, parents, teachers and other community members overwhelmingly affirmed the quality and integrity of our school system. Attendees voiced strong support, admiration, and respect for the history teachers in the Newton Public Schools and for the mission of our history department. We as School Committee members were moved by the passion and eloquence of the speakers, especially current and former students, who noted the importance of their Newton education in navigating today's volatile and divisive political atmosphere. They talked about learning to engage in civil and lively discourse, to analyze critically, and to develop evidence-based opinions.

We are deeply concerned about the chilling effect the recent attacks by the Americans for Peace and Tolerance and Education Without Indoctrination are having on our faculty and our school atmosphere. Our teachers have shared their apprehension about teaching not only controversial topics, but any topic of historical importance for fear that a statement or document may be taken out of context. The ongoing public records requests for curriculum documents and materials, as well as online communication, is slowly instilling a fear of censorship and misrepresentation. This all comes at a cost: valuable time and focus spent away from students and the classroom. Following the hearing, Superintendent Fleishman sent the attached letter to faculty and staff in support of their work.

Moving forward, we will continue to work with administrators to combat bias in all its forms through our curriculum, student and faculty led initiatives and on-going professional development of our teachers and administrators. All members of our community (students, faculty, parents) should feel safe, welcome and included in our schools and beyond. Parents and families are important partners and we welcome your involvement.

Sincerely,

Bridget Ray-Canada, Ward 1                 Margaret Albright, Ward 2

Anping Shen, Ward 3                         Diana Fisher Gomberg, Ward 4

Steven Siegel, Vice Chair, Ward 5          Ruth Goldman, Chair, Ward 6

Kathy Shields, Ward 7                       Matthew Miller, Ward 8

Mayor Ruthanne Fuller

[Superintendent's Letter to Faculty.pdf](Superintendent's Letter to Faculty.pdf)
[Boston Globe Article_112818.pdf](Boston Globe Article_112818.pdf)

---

Newton Public Schools would like to continue connecting with you via email. If you prefer to be removed from our list, please contact Newton Public Schools directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm:

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.

# EXHIBIT DDD

Obtained via MPRL by Judicial Watch, Inc.

**World of Islam: HISTORICAL HAJJ Project** v.2015          **World History 411 (9th grade)**

As part of our study of Islam, you will work in groups to simulate a historical hajj (pilgrimage) to Mecca.  Your group will complete the following tasks:
* make a presentation about your city (up to the year of your hajj and then, *separately*, up to today)
* write and perform a skit of the hajj from your city to Mecca, in a historical year
* create a city banner
* read and explain a verse from the Qur'an
* memorize, recite, and explain 3 Muslim proverbs
* compete in the "Hajj Podge" quiz bowl! (later, in class)

*(It's fine – and more straightforward to plan – if your group completes each of these tasks separately, but if your group successfully* combines *some of them together, then you may all earn* bonus points for creativity!*)*

Each of you will be part of a group of Muslim pilgrims from one of the following seven Islamic cities, during a specific year:

* **Baghdad** (circa 1000 CE / 390 AH, but choose a *precise* year)
* **Damascus** (ca. 1000)
* **Cordoba/Granada** (al-Andalus)  (ca. 1000)
* **Cairo** (ca. 1000)
* **Jerusalem** (ca. 1000)
* **Timbuktu** (ca. 1400 CE / 802 AH)
* **Istanbul (Constantinople)** (ca. 1500 CE / 905 AH)

To represent three of the "five pillars" – **Hajj (Pilgrimmage)**, **Shahada (Faith)**, and **Salaat (Prayer)** – each group must make a presentation about their assigned city and their hajj (pilgrimage) to Mecca.

☐   1. Present an **overview of your homeland**. *Note that the file (Powerpoint, GoogleDoc, etc.) for this portion is due 6 pm on the day before presentations begin, with sources cited and bibliography.*
   ⇒ Geography; location of city
   ⇒ Origins and history—geographic features, date of founding, founder (if any), historical background (up to the year of your hajj), language(s), other religions, unique customs/ traditions, significance in the Islamic world.  Focus on the history *up to* the year of your hajj.  (You may even use your "city presentation" as part of your "tale of hajj," for example as an introduction.)
   ⇒ Include, *separately*, a brief (2 slides or so) history of your city *after* the year of your hajj, up to the current year.

☐   2. Share a brief **tale of your hajj**, from your homeland to the holy city of Mecca (and perhaps back).  When did you travel on your journey?  Were there setbacks?  Did you meet interesting people or cultures en route?  Your tale should be based on facts, but be creative!  Include an exact year, (appropriate) fictional names of characters you are role-playing (e.g., see handout or http://www.muslimdirectory.co.uk/mnames.php), and a description of the route taken from your homeland to Mecca (draw or render a map highlighting the route).  *Please submit a typed copy of your tale.  You can write it in either skit form or as prose (double-spaced).*

☐   3. To represent **Shahada (Faith)**, create a city banner (on paper or as a slide in your presentation) that highlights important aspects of your city/homeland.
   The banner should be visually appealing, and it should include the following features:
   → city name (evident and highlighted)
   → the phrase (in English or Arabic) "There is no god but God*, and Muhammad is His Prophet"
   → Arabesque images (see textbook p. 273),          *(*or "Allah" instead of "God")*
   → images highlighting unique aspects of city

☐   4. Owing to the sensitive nature of imitating another's form of prayer, you will not be asked to directly simulate the pillar of **Salaat (Prayer)**.  Instead, you will show your understanding of several religious sayings by *reading* and analyzing one verse from the Qur'an, and *memorizing*, reciting, and explaining three proverbs.  This will be part of your group's presentation, and as noted above, you may choose to incorporate it into your skit and/or divide the recitation up among the members of your group.  You will be graded on effectiveness of delivery and quality of analysis.

☐   5. Success at the "Hajj Podge" Islamic Quiz Bowl.  Use your "Unit Review Outline" to prepare for it.  This will also serve as a good review for the Islam Unit Test.  (Warning: the Quiz Bowl might include some terms **not** on the Unit Review Outline, too!)

Obtained via MPRL by Judicial Watch, Inc.

## RESEARCH PROCESS:

We will be going to the library for two class periods to do research.  We will also have most of one additional class period to work in class (preparing your banner and presentation, and *rehearsing*!).

At the library, work efficiently!  Keep track of your sources for all information-- you will need to <u>cite</u> them where appropriate and you must include them in a <u>bibliography</u>!  During the library time, make sure you *find enough information* to be able to complete all three of the following:

1) Be able to make your **Google presentation (or powerpoint, or other presentation file)** about the **geography, origins, history, etc.** of your homeland.  If you can, it's best to *finish* this at the Library. The presentation file is *due* (either email the file or link the GoogleDoc to <u>Dr.Estin.NSHS@gmail.com</u>) by 6 pm the day *before* presentations begin in class.

2) Be able to write and perform the **"tale" of your pilgrimage**, including the **route** you took.

3) Be able to make your **city banner**.

As part of your homework, you are expected to conduct your own individual research (as necessary) and have contact with your group *outside* of class, in order to be "ready to go" *in* class.

Since you will receive a grade as a group, it is recommended that you divide up the work in a way that makes sense, but *also* help each other and check each other's work, *not* just leave it to each individual to complete "their portion" separately.

## ADDITIONAL: INDIVIDUAL FEEDBACK FORM & EVALUATION

Each group member will also have to complete an <u>evaluation</u> of the project, <u>including</u> a rating of how well their fellow group members worked on the project.  I will use this (private) feedback, as well as my own observations, to help determine up to additional 8 points for the "Historical Hajj" project (for a total of 50 points possible).  Did the group work cooperatively?  With fair distribution for all tasks?  Was your time – in the library, in class, at home – used effectively?

**due by 6 pm the evening before Presentation Day 1, on _____:**
→ Your group's **presentation file** (<u>powerpoint, GoogleDoc, etc.</u>), final version, containing:
- "overview of homeland" (geography, origins, history before your hajj and after, etc.)
   - including citations and annotated bibliography (sources used and purposes you used them for) *(may be included in presentation file or on separate sheet)*
- city banner *(if part of file – if you make a <u>separate poster</u>, you can hand it in tomorrow in class)*
- *(optional)* materials for your "tale of hajj" (e.g. map) *(or separately, due tomorrow in class)*
- *(optional)* verse from the Qur'an

→ Your group's **script** or text for your "Tale of hajj" (skit).  (The map of your route should be contained in the presentation file.)

**due in class on Presentation Day 1, _____:**
→ Be ready to present "Historical Hajj" project (city overview, city banner, tale of hajj, verse from Qur'an (recite, explain), proverbs (recite *from memory* & explain).  <u>Hand in any materials **not** already submitted electronically the previous evening!</u>

**due shortly AFTER your group presents (same day or next day):**
→ Individual Feedback Form

**on _____:**
→ Islamic Quiz Bowl ("Hajj podge"): in class

**on _____:**
→ UNIT TEST: WORLD OF ISLAM:

Good luck, learn well, and have fun!

| The "Historical Hajj" project is worth 50 points total. |
| --- |

Obtained via MPRL by Judicial Watch, Inc.



SOURCE 6 Baghdad's trade routes

2. Plan the routes. Different people in your group could be responsible for getting different goods.

3. Estimate how long the journeys will take. Write brief descriptions of the journeys.

Key

⋯⋯⋯⋯⋯ Desert routes: 30km per day

▬▬▬▬▬ Land routes: 40km per day

▬▬▬▬▬ Sea routes: 150km per day

▓▓▓ The Islamic world

...ctor must arrange the crafts
...e with like.
...ad must be supervised. Often
...hall quantity of good dough
...p the front of the bread.
...bad flour.
... weights for weighing food
...ected.

... With a partner, choose one
...hy it might help the market

Obtained via MPRL by Judicial Watch, Inc.

# Historical Hajj project – Proverbs

### 1

When you see a son's mustache grow, don't hesitate to come down on his back.

The best way to success is through unity.

Time is gold.

### 2

One hand does not clap.

Kindness will draw a bird.

Love is blind.

### 3

The most preferred and honored role of women is that of mother and household educator.

When a man does, his legs become longer.

God preserves us from the saying of "I"

### 4

What comes with ease goes with ease.

If you see two people getting along, one is carrying the burden.

Ten dervishes can sleep on a rug, but two kings cannot be accommodated in an entire kingdom.

### 5

If you see a lion's teeth, don't mistake it for a smile.

Children are the pride of the Arabs.

The beauty of a man lies in the eloquence of his speech.

### 6

Need brings ways.

Too many cooks burn the food.

Don't cut the tree that shades you.

Obtained via MPRL by Judicial Watch, Inc.

# Qur'anic Verses

http://etext.virginia.edu/toc/modenq/public/HolKora.html

*from* Surat An-Nisā' (**The Women**) - سورة النساء

*In the name of Allah, the Beneficent, the Merciful.*

1

4.17–4.18:
Repentance with Allah is only for those who do evil in ignorance, then turn (to Allah) soon, so these it is to whom Allah turns (mercifully), and Allah is ever Knowing, Wise.
And repentance is not for those who go on doing evil deeds, until when death comes to one of them, he says: Surely now I repent; nor (for) those who die while they are unbelievers. These are they for whom We have prepared a painful chastisement.

2

4.19:
O you who believe! It is not lawful for you that you should take women as heritage against (their) will, and do not straighten them in order that you may take part of what you have given them, unless they are guilty of manifest indecency, and treat them kindly; then if you hate them, it may be that you dislike a thing while Allah has placed abundant good in it.

3

4.32–4.33:
And do not covet that by which Allah has made some of you excel others; men shall have the benefit of what they earn and women shall have the benefit of what they earn; and ask Allah of His grace; surely Allah knows all things.
And to every one, We have appointed heirs of what parents and near relatives leave; and as to those with whom your rights hands have ratified agreements, give them their portion; surely Allah is a witness over all things.

4

4.34–4.35:
Men are the maintainers of women because Allah has made some of them to excel others and because they spend out of their property; the good women are therefore obedient, guarding the unseen as Allah has guarded; and (as to) those on whose part you fear desertion, admonish them, and leave them alone in the sleeping-places and beat them; then if they obey you, do not seek a way against them; surely Allah is High, Great.
And if you fear a breach between the two, then appoint judge from his people and a judge from her people; if they both desire agreement, Allah will effect harmony between them, surely Allah is Knowing, Aware.

On Killing: Believers and non-believers

5

4.92:
And it does not behoove a believer to kill a believer except by mistake, and whoever kills a believer by mistake, he should free a believing slave, and blood-money should be paid to his people unless they remit it as alms; but if he be from a tribe hostile to you and he is a believer, the freeing of a believing slave (suffices), and if he is from a tribe between whom and you there is a convenant, the blood-money should be paid to his people along with the freeing of a believing slave; but he who cannot find (a slave) should fast for two months successively: a penance from Allah, and Allah is Knowing, Wise.

Obtained via MPRL by Judicial Watch, Inc.

6

4.93–4.94:
And whoever kills a believer intentionally, his punishment is hell; he shall abide in it, and Allah will send His wrath on him and curse him and prepare for him a painful chastisement.
O you who believe! When you go to war in Allah's way, make investigation, and do not say to any one who offers you peace: You are not a believer. Do you seek goods of this world's life! But with Allah there are abundant gains; you too were such before, then Allah conferred a benefit on you; therefore make investigation; surely Allah is aware of what you do.

*from* Surat Al-Mu'minūn (**The Believers**) - سورة المؤمنون

*In the name of Allah, the Beneficent, the Merciful.*

7

23.1–23.17:
Successful indeed are the believers,
Who are humble in their prayers,
And who keep aloof from what is vain,
And who are givers of poor-rate,
And who guard their private parts,
Except before their mates or those whom their right hands possess, for they surely are not blameable,
But whoever seeks to go beyond that, these are they that exceed the limits;
And those who are keepers of their trusts and their covenant,
And those who keep a guard on their prayers;
These are they who are the heirs,
Who shall inherit the Paradise; they shall abide therein.
Then after that you will most surely die.
Then surely on the day of resurrection you shall be raised.
And certainly We made above you seven heavens; and never are We heedless of creation.

*from* Surat At-Tīn (**The Fig**) - سورة التين

*In the name of Allah, the Beneficent, the Merciful.*

8

95.1–95.8:
I swear by the fig and the olive,
And Mount Sinai,
And this city made secure,
Certainly We created man in the best make.
Then We render him the lowest of the low.
Except those who believe and do good, so they shall have a reward never to be cut off.
Then who can give you the lie after (this) about the judgment?
Is not Allah the best of the Judges?

# EXHIBIT EEE

Obtained via MPRL by Judicial Watch, Inc.

*Grading Rubric—"Historical Hajj" simulation project*                    out of **50 Points**

**SHAHADA/FAITH**
❖ City Banner  **[8 pts.]**
- ❏ City Name clear and highlighted
- ❏ Include the phrase (in English and/or Arabic): "There is no God but God" (or "There is no God but Allah"), "and Muhammad is His Prophet."
- ❏ Included Arabesque images
- ❏ Included images highlighting <u>unique</u> aspects of city
- ❏ Visually appealing

**HAJJ/ PILGRIMAGE**
❖ Presentation:
- ❏ Overview of city/homeland  **[15 pts.]**
  - ❏ Geography (location, features)
  - ❏ Founding (date, founder if any)
  - ❏ Historical background (*up to* year of hajj)
  - ❏ Languages
  - ❏ Other religions
  - ❏ Unique customs/traditions
  - ❏ Significance in the Islamic world
  - ❏ Brief history *after* the year of the hajj, up to the present day
  - ❏ Citations
  - ❏ Bibliography
  - ❏ Effective delivery

- ❏ Tale of hajj  **[10 pts.]**
  - ❏ Typed, double-spaced copy submitted
  - ❏ Based on facts
  - ❏ Creative! (e.g. may incorporate *other* project elements into the tale)
  - ❏ Details - exact year (CE&AH), fictional names
  - ❏ Included route taken from city to Mecca
  - ❏ Effective delivery

rubric continues →

Obtained via MPRL by Judicial Watch, Inc.

**SALAAT/PRAYER**

❖ Verse from Qur'an & Proverbs:
  ❑ Verse from Qur'an:  **[4 pts.]**
    ❑ Recite – effective delivery
    ❑ Analyze - good analysis
  ❑ Proverbs:  **[5 pts.]**
    ❑ Memorized
    ❑ Effective delivery
    ❑ Good explanation

**"HAJJ PODGE"**
**REVIEW GAME**

❖ "Hajj Podge" Jeopardy review game results
  **[bonus points]**

**INDIVIDUAL EFFORT**
**& COLLABORATION**

❖ Your individual grade **[out of 8 pts.]** is based partly on the evaluations of your group members, and partly on my own observation of factors such as these:
  ❑ The group seemed to work cooperatively, with tasks distributed fairly.
  ❑ You completed the Individual Feedback Form!
  ❑ Your comments on Individual Feedback Form and Audience Feedback sheets were thoughtful and fair.
  ❑ You effectively used your time (in the library, in class, and as homework)

Historical Hajj – Audience Feedback Form         (World History)

Obtained via MPRI by Judicial Watch, Inc.

**Your name:**

**City of the Group Being Reviewed:**

Overall, how well do you think the group presented the material?
Consider:
- City Banner
  - All elements included? (see rubric)  Visually appealing?
- Overview of city/homeland
  - All elements included? (see rubric)  Did the presenters demonstrate understanding?
    Effective delivery?  Clear and organized visuals?  Clear and organized presentation?
    Both entertaining and educational?
- Tale of Hajj
  - Included exact year (in both calendars)?  Included fictional names?  Included the
    route taken to Mecca?  Was the tale based on appropriate, correct historical facts?
    Was the tale creative? (E.g. did it include other project elements, and not just have
    them separate?)  Was the presentation entertaining, with effective delivery?
- Verse from Qur'an
  - Effective delivery?  Good analysis?
- Proverbs
  - Memorized?  Effective delivery?  Good analysis?
- any other factors you think are relevant

**What grade do you think the presenters earned?  How well did they teach the material?**
(Circle one:)

F       D-      D       D+      C-      C       C+      B-      B       B+      A-      A

**Briefly explain your rating.**
**What factors/reasons were the most important in giving the rating that you did?**

Obtained via MPRL by Judicial Watch, Inc.

*Your name:*                    *Your block:*          *Your city:*

*Historical Hajj group project*
**INDIVIDUAL FEEDBACK FORM**

> ❖ Each student is REQUIRED to complete
>    this individual evaluation.  See rubric!

(1.) Look over the rubric.  What grade (A to F) would you give YOUR GROUP for this exercise?  How would you compare your group's work to that of the other groups?  Please **explain your response**.

(2). Briefly answer any or all of the following questions:
How well did the group members work together?
What went well and/or what problems did you encounter (and how did you attempt to resolve them)?
What went **well** about the project/presentation as a whole, and what could have gone better? (And **how** could things have gone better?  If you had a "do-over," what would you like to have happen differently?)

→ continued →

Obtained via MPRL by Judicial Watch, Inc.

**(3.)**     List the names of OTHER GROUP MEMBERS.  For each, briefly describe his/her contributions to and roles in the project.   To the <u>left</u> of each group member's name, you should <u>assess the member's contribution</u> to your presentation, using a score of 1 to 8, as follows:

* 7½ to 8: Exceeded expectations; should be recognized for valuable contribution to project, helpful collaborator, kept group organized and focused; communicated tasks effectively, but also worked independently.  *("I would welcome working with this person again!")*

* 6 to 7: Met expectations well; worked independently and performed all tasks effectively and on time; communicated effectively with group.  *("Sure, I'd work with this person again.")*

* 4½ to 5½: Only a general sense of expectations met, some confusion about task or duties; did not complete assigned task satisfactorily, but made an attempt.  *("I'm indifferent to working with this person again.")*

* 4 or below: Expectations not met; did not complete assigned task(s); failed to communicate effectively with group.  *("It was a real challenge working with this person; I would prefer not to do so for future projects.")*

(For scores *above 7* or *below 6,* please make sure you justify *why* you awarded such a high or low score.)

Obtained via MPRL by Judicial Watch, Inc.

(4.) What score (from 1 to 8, using the scale on the previous page) would you give **yourself**? Briefly describe what you specifically contributed and why you chose the score you did.

(5.) Other than what you have **already** written for feedback (after each of the other group presentations), briefly comment on the overall job you think the OTHER GROUPS did on the presentation/project/simulation. Did you notice any patterns? What did they do well? What do you think they could have done to improve their presentations? **Please provide specific examples**.

(6.) Would you recommend this exercise to other students studying Islam? WHY OR WHY NOT? (Did you enjoy the activity? Did it help you to better understand Islam and the historical World of Islam?)

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                          SUPERIOR COURT
                                                        DEPARTMENT OF THE TRIAL COURT

ALAN DECHTER, LEON KADIS,                  )
MERRY SMITH, TRAUTE MARSHALL,              )
REBECCA KATZ, and GEORGE FLESH,            )
                                           )
           Plaintiffs                      )
                                           )
v.                                         )          CIVIL ACTION NO. 1981-cv-00692
                                           )
CITY OF NEWTON SCHOOL COMMITTEE,           )
RUTH GOLDMAN, in her official capacity as  )
NEWTON SCHOOL COMMITTEE                     )
CHAIRPERSON, DAVID FLEISHMAN in his        )
official capacity as NEWTON                )
SUPERINTENDENT OF SCHOOLS, HENRY           )
TURNER in his official capacity as PRINCIPAL )
OF NEWTON NORTH HIGH SCHOOL, JOEL          )
STEMBRIDGE in his official capacity as      )
PRINCIPAL OF NEWTON SOUTH HIGH             )
SCHOOL, JONATHAN BASSETT in his official   )
capacity as CHAIR OF THE HISTORY AND       )
SOCIAL SCIENCES DEPARTMENT OF              )
NEWTON NORTH HIGH SCHOOL, JENNIFER         )
MORRILL in her official capacity as CHAIR OF )
THE HISTORY DEPARTMENT OF NEWTON           )
SOUTH HIGH SCHOOL, DAVID BEDAR in his      )
Official capacity as HISTORY TEACHER AT     )
NEWTON NORTH HIGH SCHOOL, and JAMIE        )
RINALDI in his official capacity as HISTORY )
TEACHER AT NEWTON SOUTH HIGH               )
SCHOOL,                                    )
           Defendants                      )



FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX
APR - 1 2019
CLERK

## **NOTICE OF APPEARANCE**

Assistant City Solicitor Jennifer C. Pucci hereby enters her notice of appearance on

behalf of each of the above-captioned defendants in this matter.

RESPECTFULLY SUBMITTED,

DEFENDANTS,

CITY OF NEWTON SCHOOL COMMITTEE,
RUTH GOLDMAN, in her official capacity as
NEWTON SCHOOL COMMITTEE
CHAIRPERSON, DAVID FLEISHMAN in his
official capacity as NEWTON
SUPERINTENDENT OF SCHOOLS, HENRY
TURNER in his official capacity as PRINCIPAL
OF NEWTON NORTH HIGH SCHOOL, JOEL
STEMBRIDGE in his official capacity as
PRINCIPAL OF NEWTON SOUTH HIGH
SCHOOL, JONATHAN BASSETT in his official
capacity as CHAIR OF THE HISTORY AND
SOCIAL SCIENCES DEPARTMENT OF
NEWTON NORTH HIGH SCHOOL, JENNIFER
MORRILL in her official capacity as CHAIR OF
THE HISTORY DEPARTMENT OF NEWTON
SOUTH HIGH SCHOOL, DAVID BEDAR in his
Official capacity as HISTORY TEACHER AT
NEWTON NORTH HIGH SCHOOL, and JAMIE
RINALDI in his official capacity as HISTORY
TEACHER AT NEWTON SOUTH HIGH
SCHOOL,

By their attorney,

Jennifer C. Pucci (BBO #669823)
Assistant City Solicitor
City of Newton Law Department
1000 Commonwealth Avenue
Newton Centre, MA 02459
Tel: (617) 796-1240
jpucci@newtonma.gov

DATE:      March 28, 2019

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above
document was served upon the attorney(s) of
record for each other party by mail/hand/fax/
email on 3/28/19

Jennifer C. Pucci