UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN DECHTER, LEON KADIS, MERRY SMITH, TRAUTE MARSHALL, REBECCA KATZ, and GEORGE FLESH, <br><br> Plaintiffs <br><br> v. <br><br> CITY OF NEWTON SCHOOL COMMITTEE, RUTH GOLDMAN, in her official capacity as NEWTON SCHOOL COMMITTEE CHAIRPERSON, DAVID FLEISHMAN in his official capacity as NEWTON SUPERINTENDENT OF SCHOOLS, HENRY TURNER in his official capacity as PRINCIPAL OF NEWTON NORTH HIGH SCHOOL, JOEL STEMBRIDGE in his official capacity as PRINCIPAL OF NEWTON SOUTH HIGH SCHOOL, JONATHAN BASSETT in his official capacity as CHAIR OF THE HISTORY AND SOCIAL SCIENCES DEPARTMENT OF NEWTON NORTH HIGH SCHOOL, JENNIFER MORRILL in her official capacity as CHAIR OF THE HISTORY DEPARTMENT OF NEWTON SOUTH HIGH SCHOOL, DAVID BEDAR in his Official capacity as HISTORY TEACHER AT NEWTON NORTH HIGH SCHOOL, JAMIE RINALDI in his official capacity as HISTORY TEACHER AT NEWTON SOUTH HIGH SCHOOL, SUSAN WILKINS, in her official capacity as HISTORY TEACHER AT NEWTON NORTH HIGH SCHOOL, and PAUL ESTIN, in his official capacity as HISTORY TEACHER AT NEWTON SOUTH HIGH SCHOOL, <br><br> Defendants | CIVIL ACTION NO. 19-10736-DJC |

**ASSENTED-TO MOTION FOR LEAVE OF COURT TO FILE MEMORANDUM IN SUPPORT OF MOTION TO DISMISS IN EXCESS OF 20 PAGES**

Defendants, City of Newton School Committee, Ruth Goldman, David Fleishman, Henry Turner, Joel Stembridge, Jonathan Bassett, Jennifer Morrill, David Bedar, Jamie Rinaldi, Susan Wilkins and Paul Estin (collectively the "School Defendants"), hereby move to exceed the twenty (20) page limit under Rule 7.1(b)(4) of the Local Rules of the United States District Court for the District of Massachusetts with respect to their Memorandum in Support of the Motion to Dismiss in this matter.  In support of this motion, the School Defendants submit that Plaintiffs' Amended Complaint is a total of 495 pages (including a 72-page Amended Complaint and 421 pages of Exhibits).  See Docket No. 1, Exhibit 1 (State Court Pleadings).  The School Defendants require more than twenty pages to properly lay out the issues involved in the Amended Complaint and provide a sound legal analysis as to why these claims should be dismissed.  As such, the School Defendants respectfully request that the Court allow the instant motion.

Plaintiffs' counsel Karen Hurvitz assents to this motion.

RESPECTFULLY SUBMITTED,

DEFENDANTS,

CITY OF NEWTON SCHOOL COMMITTEE, RUTH GOLDMAN, in her official capacity as NEWTON SCHOOL COMMITTEE CHAIRPERSON, DAVID FLEISHMAN in his official capacity as NEWTON SUPERINTENDENT OF SCHOOLS, HENRY TURNER in his official capacity as PRINCIPAL OF NEWTON NORTH HIGH SCHOOL, JOEL STEMBRIDGE in his official capacity as PRINCIPAL OF NEWTON SOUTH HIGH SCHOOL, JONATHAN BASSETT in his official capacity as CHAIR OF THE HISTORY AND SOCIAL SCIENCES DEPARTMENT OF NEWTON NORTH HIGH SCHOOL, JENNIFER

MORRILL in her official capacity as CHAIR OF THE HISTORY DEPARTMENT OF NEWTON SOUTH HIGH SCHOOL, DAVID BEDAR in his Official capacity as HISTORY TEACHER AT NEWTON NORTH HIGH SCHOOL, JAMIE RINALDI in his official capacity as HISTORY TEACHER AT NEWTON SOUTH HIGH SCHOOL, SUSAN WILKINS, in her official capacity as HISTORY TEACHER AT NEWTON NORTH HIGH SCHOOL, and PAUL ESTIN, in his official capacity as HISTORY TEACHER AT NEWTON SOUTH HIGH SCHOOL.

By their attorney,

*/s/ Jennifer C. Pucci*
Jennifer C. Pucci (BBO #669823)
Assistant City Solicitor
City of Newton Law Department
1000 Commonwealth Avenue
Newton Centre, MA 02459
Tel: (617) 796-1240
jpucci@newtonma.gov

DATED:   April 26, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on April 26, 2019.

*/s/ Jennifer C. Pucci*
Jennifer C. Pucci