UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN DECHTER, LEON KADIS, MERRY SMITH, TRAUTE MARSHALL, GEORGE FLESH, and REBECCA KATZ<br>         Plaintiffs<br>   v<br><br>CITY OF NEWTON SCHOOL COMMITTEE, RUTH GOLDMAN, in her official capacity as NEWTON SCHOOL COMMITTEE CHAIRPERSON, DAVID FLEISHMAN in his official capacity as NEWTON SUPERINTENDENT OF SCHOOLS, HENRY TURNER in his official capacity as PRINCIPAL OF NEWTON NORTH HIGH SCHOOL, JOEL STEMBRIDGE in his official capacity as PRINCIPAL OF NEWTON SOUTH HIGH SCHOOL, JONATHAN BASSETT in his official capacity as CHAIR OF THE HISTORY AND SOCIAL SCIENCES DEPARTMENT OF NEWTON NORTH HIGH SCHOOL, JENNIFER MORRILL in her official capacity as CHAIR OF THE HISTORY DEPARTMENT OF NEWTON SOUTH HIGH SCHOOL, DAVID BEDAR in his official capacity as HISTORY TEACHER AT NEWTON NORTH HIGH SCHOOL, and JAMIE RINALDI in his official capacity as HISTORY TEACHER AT NEWTON SOUTH HIGH SCHOOL<br>         Defendants | C. A. NO. 19-10736-DJC<br><br>**PLAINTIFFS' REVISED MOTION TO RECONSIDER COURT'S RULINGS ON ALLOWING PLAINTIFFS AN OPPORTUNITY TO RESPOND AND PREPARE** |

  Plaintiffs hereby urge the Court to reconsider its Orders, Docket Entries 36-38, allowing Defendants to file their Reply, Docket Entry 32, allowing Amici to file their Amicus Brief, Docket Entry 38, and denying Plaintiffs' motion to postpone the hearing in order to give Plaintiffs a fair and reasonable opportunity to analyze the arguments raised in the Reply and Amicus Brief, prepare responses to them, and be able to address them at the hearing.

As grounds for this motion, Defendants and Amici waited to move for leave to file their Reply and Brief until two weeks prior to the hearing on Defendants' Motion to Dismiss, with just enough time for the Court to consider the Reply and the Brief prior to the hearing, but without any time for Plaintiffs to file anything in reply except their Oppositions. Nevertheless, Plaintiffs filed their oppositions to both motions well within the fourteen days allowed by the Court's motions practice rules. The Court did not address Plaintiffs' arguments in opposition and allowed both the motions that had been filed outside of regular motions practice. By contrast, the Court denied Plaintiffs' motion to postpone the hearing, again without addressing its arguments. The Court has ruled that it will consider both Defendants' Reply and the Amicus Brief at tomorrow's hearing without allowing Plaintiffs to respond to either of these filings—or even to prepare to address the arguments in those filings during the oral argument itself.

Plaintiffs therefore respectfully ask this Court to reconsider its Orders, Docket Entries 36-38.

A few minutes after Plaintiff's attorney filed this motion, Defendants' attorney called back (see Rule 7.1 Certificate on original motion) and stated that Defendants take no position on Plaintiff's Motion to Reconsider.

Plaintiffs
By their attorney,

*/s/ Karen Hurvitz*

Karen D. Hurvitz, BBO#245720
Law Offices of Karen D. Hurvitz
34 Tanglewood Drive
Concord MA 01742
HurvitzLaw@comcast.net
(617) 513-3365

CERTIFICATE UNDER LOCAL RULE 7.1

I hereby certify that I have spoken to counsel for Defendants in and counsel informed me that Defendants take no position on this motion.

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 8th 2019.

*/s/ Karen Hurvitz*