UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN DECHTER, LEON KADIS, MERRY SMITH, TRAUTE MARSHALL, GEORGE FLESH, and REBECCA KATZ<br>　　　　　　　　　　Plaintiffs<br><br>　　　　　v<br><br>CITY OF NEWTON SCHOOL COMMITTEE, RUTH GOLDMAN, in her official capacity as NEWTON SCHOOL COMMITTEE CHAIRPERSON, DAVID FLEISHMAN in his official capacity as NEWTON SUPERINTENDENT OF SCHOOLS, HENRY TURNER in his official capacity as PRINCIPAL OF NEWTON NORTH HIGH SCHOOL, JOEL STEMBRIDGE in his official capacity as PRINCIPAL OF NEWTON SOUTH HIGH SCHOOL, JONATHAN BASSETT in his official capacity as CHAIR OF THE HISTORY AND SOCIAL SCIENCES DEPARTMENT OF NEWTON NORTH HIGH SCHOOL, JENNIFER MORRILL in her official capacity as CHAIR OF THE HISTORY DEPARTMENT OF NEWTON SOUTH HIGH SCHOOL, DAVID BEDAR in his official capacity as HISTORY TEACHER AT NEWTON NORTH HIGH SCHOOL, and JAMIE RINALDI in his official capacity as HISTORY TEACHER AT NEWTON SOUTH HIGH SCHOOL<br>　　　　　　　　　　Defendants | C. A. NO. 19-10736-DJC<br><br><br><br>**MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY TO AMICUS BRIEF AND SUR-REPLY TO DEFENDANTS' REPLY** |

  Plaintiffs hereby request this Court to allow them to file the accompanying Reply to Amicus Brief and Sur-Reply to Defendants' Reply. As grounds for this Motion, Plaintiffs state that the Amicus brief and Defendants' Reply to Plaintiffs' Opposition relied heavily on a case previously not cited by Defendants, and Plaintiffs would like an opportunity to address it.

                PLAINTIFFS
                By their attorney,

/s/
Karen Hurvitz
BBO No. 245720
Law Office of Karen D. Hurvitz
34 Tanglewood Drive
Concord, MA 01742
(617) 513-3365
HurvitzLaw@comcast.net

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 9, 2019.

/s/
Karen Hurvitz