**From:** Jennifer C. Pucci
**Sent:** Wednesday, July 24, 2019 4:54 PM
**To:** Karen Hurvitz <hurvitzlaw@comcast.net>
**Subject:** RE: FW: Local Rule 7.1(a)(2) consultation - Dechter v. NPS

I meant to add that I don't intend to send it, but it is pretty straightforward – a motion to strike for violation of the local rules.

Thank you.
Jenn

**From:** Jennifer C. Pucci
**Sent:** Wednesday, July 24, 2019 4:54 PM
**To:** Karen Hurvitz <hurvitzlaw@comcast.net>
**Subject:** RE: FW: Local Rule 7.1(a)(2) consultation - Dechter v. NPS

I'm sorry to hear that.  I hope everything is okay.

It is a motion to strike the memorandum of law filed on Monday (D.E. 55).  Obviously I assume you do not agree, but I wanted to do you the courtesy of asking.  I assume I should put in that you do not agree with this motion?

**From:** Karen Hurvitz <hurvitzlaw@comcast.net>
**Sent:** Wednesday, July 24, 2019 4:52 PM
**To:** Jennifer C. Pucci <jpucci@newtonma.gov>
**Subject:** Re: FW: Local Rule 7.1(a)(2) consultation - Dechter v. NPS


Hi Jenn,

I've been in waiting area of a hospital most of the day and reception is spotty.  If you send me what you're intending to file I can take a look at it tonight when I get home and let you know.

Thanks.

LAW OFFICE OF KAREN D. HURVITZ
HURVITZLAW@COMCAST.NET
(617) 513-3365

"The only thing necessary for the triumph of evil is that good men do nothing." -
Edmund Burke

THIS MESSAGE AND ANY ATTACHED DOCUMENTS CONTAIN ATTORNEY-CLIENT COMMUNICATION, SUBJECT TO PRIVILEGE AND EXEMPT FROM DISCLOSURE UNDER LAW. THEY ARE FOR THE INTENDED RECIPIENT ONLY; DELIVERY OF THIS MESSAGE TO ANYONE OTHER THAN THE INTENDED RECIPIENT DOES NOT WAIVE THEIR CONFIDENTIALITY. IF YOU ARE NOT THE INTENDED RECIPIENT PLEASE NOTIFY ME AND DELETE THIS MESSAGE FROM YOUR SYSTEM.

On Wed, Jul 24, 2019 at 4:35 PM Jennifer C. Pucci <jpucci@newtonma.gov> wrote:
Hi Karen:

I'm still waiting to hear from you regarding your position on my motion to strike.  Please get back to me when you have a chance regarding this request.

Thank you.
Jenn

**From:** Jennifer C. Pucci
**Sent:** Wednesday, July 24, 2019 11:04 AM
**To:** Karen Hurvitz <hurvitzlaw@comcast.net>
**Subject:** Local Rule 7.1(a)(2) consultation - Dechter v. NPS

Hi Karen,

I am going to file a motion to strike the memorandum of law you filed on Monday (D.E. 55).  I assume you will obviously not agree to this, but I wanted to reach out in accordance with Rule 7.1 to get your position to include in the motion.  If you want to have a call, I am around today and happy to talk, or please just confirm that you oppose this request through email so I can include your position in the motion.

Thank you.
Jenn

Jennifer C. Pucci
Assistant City Solicitor
City of Newton Law Department
1000 Commonwealth Avenue
Newton Centre, MA 02459
617-796-1240


When responding, please be aware that the Massachusetts Secretary of State has determined that most email is public record and therefore cannot be kept confidential.

When responding, please be aware that the Massachusetts Secretary of State has determined that most email is public record and therefore cannot be kept confidential.